# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL ASSETS HELD AT BANK JULIUS )<br>BAER & COMPANY, LTD., GUERNSEY )<br>BRANCH, ACCOUNT NUMBER 121128, )<br>IN THE NAME OF PAVLO )<br>LAZARENKO, LAST VALUED AT )<br>APPROXIMATELY $2 MILLION IN )<br>UNITED STATES DOLLARS, *ET AL.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:04-cv-00798-PLF<br><br>**ORAL ARGUMENT REQUESTED** |

## CLAIMANT PAVEL LAZARENKO'S
## MOTION TO COMPEL

Claimant Pavel Lazarenko, by and through his counsel of record, respectfully submits this motion to compel pursuant to Federal Rules of Civil Procedure 26 and 34.

Counsel for Mr. Lazarenko served the government with Requests for the Production of Documents on September 19, 2014. As of today, the government has only produced the trial transcript, the government's admitted trial exhibits, and most, but not all, of the depositions from the investigation.

Claimant files this motion seeking the Court to compel the production of the following items:

*1.* All documents known to Plaintiff which in any way relate to the facts and allegations asserted in the Amended Complaint.
*2.* All documents and exhibits Plaintiff intends to use at the trial of this matter.
*3.* Any depositions that Plaintiff plan to introduce at trial.

1

4. *Copies of all grand jury transcripts for any witness who testified about the subject matter of the Amended Complaint.*
5. *All records that Plaintiff obtained by grand jury subpoena as part of the government's criminal investigation of Mr. Lazarenko.*
6. *All records that Plaintiff obtained by other process as part of the government's criminal investigation of Mr. Lazarenko.*
7. *Any records Plaintiff obtained voluntarily during the government's criminal investigation of Mr. Lazarenko.*
8. *All documents that Plaintiff intend to use at Mr. Lazarenko's deposition.*
11. *All documents that refer or relate to any searches and seizures connected with this case.*
12. *Copies of all Mutual Litigation Assistance Treaty ("MLAT") requests made to obtain any evidence in this case or the criminal prosecution of Mr. Lazarenko.*
13. *Copies of all MLAT requests received by Plaintiff pertaining to Mr. Lazarenko or Mr. Peter Kiritchenko.*
14. *Any documents that Plaintiff received as a result of the MLAT requests referenced in ¶ 12.*
15. *Translations of any documents that Plaintiff received from the MLAT requests in ¶ 12.*
16. *Any communication between Plaintiff and the representatives of any foreign government about the subject matter of this Amended Complaint.*
17. *Any communication between Plaintiff and the representatives of any foreign government about Mr. Lazarenko.*
18. *Any law enforcement memorandum prepared about the subjects of the Amended Complaint.*
19. *Any law enforcement memorandum prepared about Mr. Lazarenko.*
20. *Any law enforcement memorandum prepared about Peter Kiritchenko.*
21. *Any law enforcement memorandum prepared about Julia Tymoshenko.*
22. *Any law enforcement memorandum prepared about Oleksander Tymoshenko.*
23. *Any law enforcement memorandum prepared about Alex Lazarenko.*
24. *Any law enforcement memorandum prepared about Alexei Ditiatkovsky.*
25. *The FBI evidence log pertaining to the investigation of Mr. Lazarenko.*
27. *Any documents reviewed by Revenue Agent Charles Tonna to prepare his summary charts.*
30. *All tapes provided to the U.S. Department of State by Mykola Melnychenko.*
31. *All documents analyzing the tapes provided by Melnychenko (including any translations).*
32. *Any interview memorandum of meetings with Melnychenko.*
33. *All documents used to produce the State Department Reports as they relate to Mr. Lazarenko or the specified political dissidents.*
34. *All documents relating to the arrest and prosecution of specified political dissidents.*
36. *English translations of the documents referenced in ¶ 35.*
37. *Any documents that relate to impeachment material of any witness Plaintiff intend to call at trial.*

>    38.  *English translations of the documents referenced in ¶ 37.*
>    39.  *Any communications between Plaintiff and any witness who testified at the criminal trial.*
>    43.  *Any reports about the movement of money internationally by the Gromada Party.*

Rule 26(b) of the Federal Rules of Civil Procedure provides that "Parties may obtain discovery regarding any nonprivileged matter this is relevant to any party's claim or defense." As detailed in Claimant's memorandum of law, the declaration of Jed M. Silversmith, and the Second Declaration of Jed M. Silversmith (to be filed under seal), the items listed above clearly meet that threshold requirement.  The government has consistently refused to produce responsive documents, and delayed indefinitely, the production of other records.

WHEREFORE, Claimant Lazarenko respectfully requests that this Court enter an order compelling the United States to meet its basic discovery obligations and produce the records requested above.

Dated:  January 14, 2015.

Respectfully submitted,

**BLANK ROME LLP**

By:  __/s/ Ian M. Comisky_____
  Ian M. Comisky (D.C. Bar No. 927608)
  Matthew D. Lee (D.C. Bar No. 453529)
One Logan Square, 130 N. 18th Street
Philadelphia PA  19103
Phone:  (215) 569-5646
Fax:  (215) 832-5646
Comisky-im@blankrome.com
Lee-m@blankrome.com

**SMITH & ZIMMERMAN, PLLC**
By:  __/s/ David B. Smith_____
  David B. Smith (D.C. Bar No. 403068)

        108 N. Alfred St.
        Alexandria, VA 22314
        Phone:  (703) 548-8911
        Fax: (703) 548-8935
        Dsmith@smithzimmerman.com

## **CERTIFICATE OF CONFERENCE**

As detailed in the Declaration of Jed M. Silversmith, the undersigned and attorneys at his law firm and associated counsel, David Smith, have had multiple meetings with the government pertaining to discovery, including on October 29, 2014 and December 16, 2014, as well as the exchange of the attached letters and email.

                                                                  ___/s/ Ian M. Comisky____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. I also certify that parties not so noticed have been served in accordance with Fed. R. Civ Pr. Pr. 5(d).

                                                        ___/s/ Ian M. Comisky____