**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:04-cv-00798-PLF** |
| | ) | |
| **ALL ASSETS HELD AT BANK JULIUS** | ) | |
| **Baer & Company, Ltd., Guernsey** | ) | **UNDER SEAL** |
| **Branch, account number 121128, in the** | ) | |
| **name of Pavlo Lazarenko, *et al.*,** | ) | |
| | ) | |
| **Defendants *In Rem*** | ) | |

**UNITED STATES' UNOPPOSED MOTION**
**FOR LEAVE TO FILE MOTION UNDER SEAL**

Plaintiff, United States of America, by and through its undersigned attorneys, and in accordance with Local Rule 5.1(h), respectfully moves this Court to direct the Clerk of the Court to file the attached motion under seal. The attached motion requests that the Court seal certain unredacted materials that were previously filed in redacted form at ECF No. 365. Counsel for Plaintiff contacted counsel for Claimant Lazarenko, who advised that his client does not oppose the motion to seal the unredacted materials. A proposed order is attached.

Respectfully submitted,

M. KENDALL DAY, ACTING CHIEF
ASSET FORFEITURE AND
MONEY LAUNDERING SECTION

By: __*/s/ Daniel H. Claman*__________
DANIEL H. CLAMAN
Assistant Deputy Chief
TERESA TURNER-JONES
Senior Trial Attorney
Asset Forfeiture and Money
Laundering Section
Criminal Division

U.S. Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2015, I caused the foregoing "UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE MOTION UNDER SEAL" to be delivered via electronic mail to counsel for the following remaining parties of record:

Ian Comisky, Esq.
Matthew David Lee, Esq.
Jed Silversmith, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
IComisky@blankrome.com
lee-m@blankrome.com
JSilversmith@BlankRome.com
*Counsel to Claimant Pavel Lazarenko*

David B. Smith, Esq.
Smith & Zimmerman
108 N. Alfred St.
Alexandria, VA 22314
dsmith@smithzimmerman.com
*Counsel to Claimant Pavel Lazarenko*

Doron Weinberg, Esq.
Nina Wilder, Esq.
Weinberg & Wilder
523 Octavia Street
San Francisco, CA 94102
doronweinberg@aol.com
ninawilder@aol.com
*Counsel to Claimant Alex Lazarenko*

Daniel Horowitz
3650 Mt. Diablo Blvd.
Suite 225
Lafayette, CA 94549
Horowitz@Whitecollar.US
*Counsel to Claimant Pavel Lazarenko*

In light of the Court's Order entering the settlement agreement between the United States and Claimant Eurofed Bank, Limited, (Stipulation and Settlement Agreement and Order Thereon, ECF No. 334), I certify that I have served counsel for Claimant Eurofed Bank with notice of the filing of a document under seal via the Court's Electronic Case Filing System, without copies of the documents so filed.

By: *<u>/s/ Daniel H. Claman</u>*
Assistant Deputy Chief
Asset Forfeiture and Money
Laundering Section