# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>ALL ASSETS HELD AT BANK JULIUS )<br>BAER & COMPANY, LTD., GUERNSEY )<br>BRANCH, ACCOUNT NUMBER 121128, )<br>IN THE NAME OF PAVLO )<br>LAZARENKO, LAST VALUED AT )<br>APPROXIMATELY $2 MILLION IN )<br>UNITED STATES DOLLARS, *ET AL.*, )<br>)<br>Defendants. ) | Civil Action No. 1:04-cv-00798-PLF/GMH |

## 6th DECLARATION OF JED M. SILVERSMITH

I, Jed M. Silversmith, am over 18 years of age and competent to testify:

1. I am employed as an attorney with the law firm of Blank Rome LLP.

2. As part of my responsibilities with the firm, I am working on the above-referenced matter on behalf of Claimant Pavel Lazarenko.

3. I have personal knowledge of the matters set forth herein.

4. Attached as Exhibit 112 to this declaration is a letter from Blank Rome LLP to the Department of Justice, dated May 1, 2015. I declare that the contents of the letter are accurate.

5. Attached as Exhibit 113 to this declaration is the Declaration of Charles Tonna, which was previously furnished in the criminal proceeding against Claimant.

6. Attached as Exhibit 114 to this declaration are excerpts from the trial testimony of Alex Liverant, a director of European Federal Credit Bank ("Eurofed") at Claimant's criminal trial.

7. Attached as Exhibit 115 to this declaration is criminal trial exhibit 1516.

1

8. Attached as Exhibit 116 to this declaration are excerpts from the testimony of Peter Kiritchenko at Claimant's criminal trial.

9. Attached as Exhibit 117 is an internal report prepared by a Swiss law firm. Neither the report, nor the underlying attachments were produced in discovery to Claimant in this action. The government did previously file the report as an attachment to one of its earlier pleadings. *See* Docket entry no. 224-5.

10. Attached as Exhibit 118 is a table that I prepared listing the C bates range documents that were produced by the United States to Claimant in this action. In my motion, I reference a production of records from Antigua bearing the D bates range. The records listed in the motion were the only D bates range records that have been produced in this action.

11. Based on the productions to date, Claimant is in need of many additional bank records. A table of what is missing is appended hereto as Exhibit 119.

12. I have reviewed the various productions by the government. All of the productions have been jumbled. I also attach as an example, Exhibit 120, the government's production of admitted exhibits. The records were produced by DOJ bates numbering. As you can see, the DOJ numbering appears arbitrary.

13. With the assistance of a paralegal, I have reviewed a number of the records on the 60,000 database. There were a handful of records from Eurofed's Credit Suisse account and a number of records from Eurofed's U.S. accounts. During the initial review, I did not observe records for any of the other *in rem* defendants or the relevant pooling accounts (*e.g.*, CARPO, NIHPRO).

**I declare under penalty of perjury that the foregoing is true and correct. Dated this 8th day of May, 2015 in Washington, DC.**

_____