# Exhibit 113

1   KEVIN V. RYAN (CASBN 118321)
    United States Attorney

2

3   CHARLES B. BURCH (CASBN 79002)
    Chief, Criminal Division

    ORIGINAL
    FILED

4   JONATHAN R. HOWDEN (CASBN 97022)
    Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055

    MAY 9 1 2003

6       San Francisco, California 94102-3495
        Telephone: (415) 436-6814

    RICHARD W. WIEKING
    CLERK U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

7       FAX: (415) 436-7234

8   Attorneys for Plaintiff

9

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15   UNITED STATES OF AMERICA,        )   No.: CR 00-0284 MJJ
                                       )
16          Plaintiff,                 )   DECLARATION OF
                                       )   CHARLES A. TONNA
17                                     )
     PAVEL LAZARENKO                   )
18          Defendant.                 )
                                       )
19   _____)

20      I, Charles A. Tonna declare:

21      1.    I am a duly commissioned Revenue Agent employed in the Small Business/Self-

22   Employed Division of the Internal Revenue Service at 450 Golden Gate Avenue, 6th Floor, San

23   Francisco, CA 94102.

24      2.    In my capacity as a Revenue Agent, I have been assisting in the investigation and

25   prosecution of Pavel Invanovich Lazarenko (CR 00-0284-MJJ).

26      3.    As part of the my duties, I have examined numerous bank and financial records,

27   including those related to a financial account maintained at Credit Suisse (Guernsey) in the name

28   of "Samante Limited as Trustees of the Balford Trust", account number 0041610. Based on my

     DECLARATION OF CHARLES A. TONNA
     CR 00-0284 MJJ                        1

1    examination of the bank's financial records, bank correspondence and other documents, and the

2    declarations of Andre Walkowicz, a bank official, I declare as follows:

3           a).      This account was opened in April 1998 with transfers of funds from a bank

4    account maintained at Credit Suisse (Zurich) in the name of "Samante Ltd as Trustee for

5    the Balford Trust", account number 0251-914499-4.  These transfers were made on the following

6    dates and in the following amounts:

7                           04/20/1998     $85,428,161.00

8                           04/20/1998     $15,000,000.00

9                           04/21/1998     $ 6,521,592.00

10          b).      In addition, there was one other deposit from another unknown Credit Suisse

11   account on the following date and in the following amount:

12                          04/20/1998     $15,781,988.00.

13          c).      There were no other deposits made to Credit Suisse (Guernsey) account 0041610

14   from its inception until September 30, 2001 (the latest date for which account information is

15   available) other than interest earned on a money market investment.

16          d).      The balance in the account as of 09/30/2001 was $143,813,862.11, including

17   money market investments and accrued interest (Attached as Exhibit A.)

18          e).      A file note dated February 15, 2001 from K A Truelove, a senior manager

19   at Credit Suisse Guernsey, indicates that the account is currently frozen by the bank

20   (Attached as Exhibit B.)

21          f).      A document labeled Establishment of the Beneficial Owner's Identity, dated

22   03/06/1998, shows that Pavlo Lazarenko was the beneficial owner of the assets of

23   account number 0251-914499-4 at Credit Suisse (Zurich) in the name of "Samante

24   Limited as Trustee of the Balford Trust" (Attached as Exhibit C.)

25          g).      A document entitled "Credit Suisse Trust in Guernsey – Acceptance Procedures",

26   undated, lists Mr. Pavlo Lazarenko as the principal of The Balford Trust and lists Mr.

27   Lazarenko's wife, son and two daughters as the beneficiaries of the trust.  This document

28   contains Mr. Lazarenko's signature as well as that of Andre Walkowicz and Gerhard Lohmann,

DECLARATION OF CHARLES A. TONNA
CR 00-0284 MJJ                                    2

1    two bank officials of Credit Suisse (Attached as Exhibit D.)

2        h).    A trust declaration dated August 7, 1997, lists Pavlo Lazarenko as the

3    "Protector" of the Balford Trust, and his wife, son and two daughters as beneficiaries

4    Attached as  Exhibit E.  Clause 19(a) of the trust declaration indicates that "all and every power

5    and discretion vested in the Trustees ... shall only be exercisable by the Trustees with the

6    prior or simultaneous written consent of the Protector ...".

7        i).    Letter of Wishes, dated August 4, 1997, signed by Pavlo Lazarenko and

8    Alexandre Lazarenko (his son) indicates that the trust assets should be "available to meet

9    any contingent requirements of" Alexandre, Tamara, Lecia and Ekaterina Lazarenko in

10   equal parts (Attached as Exhibit F.)

11       j).    A Letter of Wishes, dated February 6, 1998, signed by Pavlo Lazarenko,

12   indicates, among other things, that Tamara Lazarenko would be appointed protector

13   "following my death" (Attached as Exhibit G.)

14       k).    A letter dated April 9, 1998 signed by Pavlo Lazrenko and addressed to

15   Credit Suisse Trust Limited, requests that funds standing to the credit of Samante Limited

16   as trustee of the Balford Trust be transferred from Credit Suisse Geneva to Credit Suisse

17   Guernsey (Attached as Exhibit H.)

18       l).    A letter dated April 14, 1998 from Samante Limited as Trustees of The

19   Balford Trust to Credit Suisse Geneva, requests that all the funds in account 0251-9144-

20   9942 (except for $100,000) be transferred to its account #41610 at Credit Suisse

21   (Guernsey) (Attached as Exhibit I.)

22       m).    A facsimile dated August 11, 1997 from Kathy Truelove, an employee of

23   Credit Suisse Trust (Guernsey) to Andre Walkowicz, an employee of Credit Suisse

24   (Geneva), states: "When Mr. L asks the trustees to make a transaction, e.g. make a

25   payment, you will need to complete a CS29 (letter of wishes) and get him to sign it.  This

26   ensures a) as protector his consent is documented and b) it does not look as if he is

27   controlling the trust, because the trustees are controlling it." (Attached as Exhibit J.)

28   //

DECLARATION OF CHARLES A. TONNA
CR 00-0284 MJJ                          3

4.      I also examined transcribed statements made by Mr. Andre Walkowicz to the Swiss Police on February 9, 1999 and to an examining Swiss judge on September 30, 1999 (Attached as Exhibits K and L), and his deposition taken on April 15, 2003, (Attached as Exhibit M).   In these statements, Walkowicz declared as follows:

a).      He was employed by Credit Suisse Geneva as a management consultant in the "private banking" sector.  His clients were from Eastern Europe and the former Soviet Union (Exhibit K pg 1).

b).      Mr. Lazarenko opened a trust account in 1997 at the bank in the name of Samante (Exhibit K pg 3).

c).      " .. it was in fact Mr. Lazarenko who gave the order to transfer the funds to Guernsey." (Exhibit K pg 3).

d).      Two other bank employees, Mr. Lohmann and Mr. Bersier, met with Lazarenko on April 8 and 9, 1998, to try to persuade him to leave his funds in Geneva, but Lazarenko insisted on removing them (Exhibit K pg. 5).

e).      " ... the economic beneficiary of Samante Limited is in fact Mr. Pavlo Lazarenko ..." (Exhibit L pg 3).

f).      " ... Samante Limited in Guernsey was opened for the account of Mr. Pavlo Lazarenko in his capacity as first beneficiary of the trust." (Exhibit L pg 3).

g).      " To my knowledge, the bank has blocked the account of Samante Limited internally." (Exhibit L pg 4).

h).      During his deposition, when asked why it was a good motivation for his client to open a trust, Walkowicz answered, "Because it was for his benefit and for his family.  But also the bank, I think, would have a better control of the funds."  (Exhibit M pgs 95-96).

i).      When asked why funds were transferred from Credit Suisse Geneva to Credit Suisse Guernsey, Walkowicz answered, "But I understand that Mr. Lazarenko came to the bank.  He met with Mr. Lohmann, the department director, and they decided to transfer the funds from Geneva." (Exhibit M pg 110).

//

DECLARATION OF CHARLES A. TONNA
CR 00-0284 MJJ                                     4

1        j).    When asked why they wanted to take money out of Switzerland, Walkowicz

2    responded, "You would have to ask Mr. Lohmann who did it with them. But I believe they felt

3    that there might be a request by the Judge. And the funds might have been blocked in

4    Switzerland." (Exhibit M pg 115).

5        5.    Based on the above documents and statements, it is my belief that the funds

6    contained in the Credit Suisse Guernsey account in the name of Samante Limited as

7    Trustee of the Balford Trust, number 0041610, belong to Mr. Pavlo Lazarenko and are

8    under his control and dominion.

9

10       I declare under penalty of perjury that the foregoing is true and correct.

11       Executed this _21st_ day of , May 2003, at San Francisco, California.

12

13                        CHARLES A. TONNA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHARLES A. TONNA
CR 00-0284 MJJ                5