UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

        v.                       Civil Action No. 04-798 (PLF/GMH)

**ALL ASSETS HELD AT BANK JULIUS**
**Baer & Company, Ltd., Guernsey**
**Branch, account number 121128, in the**
**Name of Pavlo Lazarenko,** *et al.***,**

    Defendants *In Rem*.

**ORDER GRANTING UNITED STATES' SEALING MOTIONS**

The Court, having considered (1) the United States' Unopposed Motion for Leave to File Motion Under Seal [Dkt. 381], (2) the United States' Unopposed Motion to Seal [Dkt. 381-1], (3) the unredacted version of the United States' Reply in Support of its Motion to Compel Pavel Lazarenko's Responses to Plaintiff's First Set of Interrogatories and to Stay Further Discovery Pending Such Responses and its accompanying attachments P and Q [Dkt. 381-2, 381-3, 381-4], which Plaintiff requests be filed under seal, and (4) the government's proposed Order Granting United States' Sealing Motions [Dkt. 381-5], and having found good cause to seal items 2 and 3; it is hereby

**ORDERED** that the United States' Unopposed Motion for Leave to File Motion Under Seal [Dkt. 381] and the United States' Unopposed Motion to Seal [Dkt. 381-1] are **GRANTED**; it is further

**ORDERED** that United States' Unopposed Motion to Seal and the unredacted version of the United States' Reply in Support of its Motion to Compel Pavel Lazarenko's Responses to

Plaintiff's First Set of Interrogatories and to Stay Further Discovery Pending Such Responses [Dkt. 381-2] shall be **SEALED** by the Clerk of the Court; it is further

  **ORDERED** that attachments P and Q to the United States' Reply in Support of its Motion to Compel Pavel Lazarenko's Responses to Plaintiff's First Set of Interrogatories and to Stay Further Discovery Pending Such Responses [Dkt. 381-3, 381-4] shall be **SEALED** by the Clerk of the Court and retained by the Court as part of the record, as provided in LCvR 5.4(f); and it is further

  **ORDERED** that the United States' Unopposed Motion for Leave to File Motion Under Seal [Dkt. 381] and the government's proposed Order Granting United States' Sealing Motions [Dkt. 381-5] shall be **UNSEALED** by the Clerk of the Court and placed on the public record.

  **SO ORDERED.**


Date:  May 18, 2015           _____
                      G. MICHAEL HARVEY
                      UNITED STATES MAGISTRATE JUDGE