# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

        v.                                Civil Action No. 04-798 (PLF/GMH)

**ALL ASSETS HELD AT BANK JULIUS**
**Baer & Company, Ltd., Guernsey**
**Branch, account number 121128, in the**
**Name of Pavlo Lazarenko,** *et al.***,**

    Defendants *In Rem*.

## ORDER

Having considered the United States' Unopposed Motion to Seal [Dkt. 371], and for good cause shown, it is hereby

**ORDERED** that the United States' Unopposed Motion to Seal [Dkt. 371] is **GRANTED**; and it is further

**ORDERED** that United States' Unopposed Motion to Seal [Dkt. 371] and the unredacted version of the United States' Statement of Points and Authorities in Support of the United States' Motion to Compel Pavel Lazarenko's Responses to Plaintiff's First Set of Interrogatories, and its accompanying unredacted versions of Exhibits B, C, D, E, F, H and I, all of which are attached to the Unopposed Motion to Seal [Dkt. 371], shall be **SEALED** by the Clerk of the Court.

    **SO ORDERED.**

Date: May 18, 2015                                          _____
                                                                    G. MICHAEL HARVEY
                                                                    UNITED STATES MAGISTRATE JUDGE