**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALL ASSETS HELD AT BANK JULIUS** )<br>**Baer & Company, Ltd., Guernsey** )<br>**Branch, account number 121128, in the** )<br>**name of Pavlo Lazarenko,** *et al.* )<br>)<br>**Defendants *In Rem*** ) | Case No. 1:04-cv-00798-PLF-GMH |

**UNITED STATES' STATEMENT CONCERNING IRS SPECIAL AGENT REPORT**

Pursuant to this Court's Order of August 12, 2015, the United States respectfully submits this statement concerning the IRS Special Agent Report ("SAR") that is the subject of Claimant's Second Motion to Compel (ECF No. 369). During the hearing held on August 11, 2015, the Court ordered Government counsel to review the SAR and submit a statement indicating whether all the facts in the SAR regarding the allegations in the Amended Complaint[1] (ECF No. 20) have been disclosed to Claimant Pavel Lazarenko. Government counsel has reviewed the SAR and state as follows:

1.  As stated in the Declaration of Richard G. Goldman (ECF No. 410-1), the SAR "reflects the work performed by an IRS Special Agent under the direction and supervision of the United States Attorney's Office for the Northern District of California. It is a selective and consolidated description of the investigation that summarizes the significant evidence gathered in

---

[1] This includes facts regarding the alleged criminal activities of Claimant Pavel Lazarenko during the relevant time period (1992-99). It does not include facts regarding the Government's investigation or internal Government deliberations.

1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

the course of the grand jury investigation, including the identities of witnesses and the documents subpoenaed and obtained during the course of the investigation, including from foreign countries." Goldman Decl. ¶ 5.

2. As also stated by Mr. Goldman, the SAR is "[a] twenty-page report dated June 30, 2001, preceded by a cover page and table of contents, authored and signed by Bennet Hong, Special Agent, approved and signed by a Supervisory Special Agent, and approved and signed by the Special Agent in charge." *Id*. ¶ 11. "The subjects of the SAR are Pavel Lazarenko, aka Pavlo Lazarenko, and Peter Kiritchenko, and pertain to alleged violations of Title 18 USC 1956(a)(2), laundering of monetary instruments, for the tax years 1994 and 1995. The SAR consists of a history and discussion of the subjects, summary of activity, extracts from the indictment, pertinent statutes, documented transactions, specified unlawful activity, witness statements documenting specified unlawful activity, contracts related to specified unlawful activity, evidence relating to sentencing guidelines, and conclusions and recommendations." *Id*.

3. The SAR includes a list of documents cited in the report. Government counsel have confirmed that all documents on this list have been produced to Claimant between September 5, 2014, and July 28, 2015. Government counsel checked that all of the documents on the list were produced by searching the Relativity database, which shows that all of these documents are tagged as produced and contain a production label (DOJ Bates stamp).

4. Government counsel have also read the SAR to check whether all of the facts regarding the Amended Complaint have been disclosed. The SAR sections entitled "Summary of Activity" and "Extract from Indictment" contain facts and allegations that can be found in the Superseding Indictment, among other documents. The remaining sections of the SAR, except for the section concerning sentencing guidelines and the section of "Conclusions and

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Recommendations," discuss specific financial transactions, contracts, and witness statements. The vast majority of the facts in these sections contain a citation to records included on the list of documents referenced in Paragraph 3. Government counsel have determined that, except for two facts,[2] all of these facts regarding the allegations in the Amended Complaint are contained in documents disclosed to Claimant. Government counsel checked that all of these facts are included in documents that have been produced by searching the Relativity database, which shows that all of these facts are in documents tagged as produced and that contain a production label (DOJ Bates stamp).

Dated: August 14, 2015

Respectfully submitted,

M. KENDALL DAY
Chief
ASSET FORFEITURE AND
　MONEY LAUNDERING SECTION

　/s/ Héctor G. Bladuell
DANIEL H. CLAMAN
Assistant Deputy Chief
HECTOR G. BLADUELL
Trial Attorney
Asset Forfeiture and Money
　Laundering Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 616-2706

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[2] These facts do not have specific citations to a document. As of the time of this filing, Government counsel have not found documents containing these facts. Government counsel respectfully requests additional time to determine whether these facts are contained in documents that have been disclosed or will be disclosed in discovery.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)