A002920

*"Approved"*
*[signed]*
*E. Dovzhok*
*Head of Derzhnaftogazprom*
*12/26/95*

Attested: *[signed]*
*[impression of Official Seal]*

| Grouping of Oblasts of Ukraine for Their Supply with Natural Gas in 1996 | | | | |
|---|---|---|---|---|
| Oblast | Annual Quantities of Natural Gas Consumption, billion cub.m | | | Name of Commercial Structure to Supply Gas in 1996 |
| | Industries | Utilities & Population | Total | |
| 1. Dnipropetrovsk | 7.3 | 3.8 | 11.1 | |
| 2. Donetsk | 8.3 | 4.1 | 12.4 | |
| 3. Volyn' | 0.2 | 0.5 | 0.7 | Unified Energy Systems |
| 4. Kharkiv | 3.2 | 2.5 | 5.7 | |
| 5. Chernivtsy | 0.1 | 0.4 | 0.5 | |
| 6. Cherkassy | 2.0 | 0.7 | 2.7 | |
| | 21.1 | 12.0 | 33.1 | |
| 1. Khmel'nitsk | 0.7 | 0.9 | 1.6 | |
| 2. Zaporizhye | 2.1 | 1.4 | 3.5 | |
| 3. Kherson | 0.2 | 0.5 | 0.7 | ATZT INTERGAZ |
| 4. Odessa | 1.75 | 0.75 | 2.5 | |
| 5. Rivno | 0.9 | 0.6 | 1.5 | |
| 6. Crimea | 0.7 | 0.7 | 1.4 | |
| | 6.35 | 4.85 | 11.2 | |
| 1. Lviv | 1.8 | 3.0 | 4.8 | |
| 2. Kirovograd | 0.15 | 0.55 | 0.7 | |
| 3. Ivano-Frankivsk | 1.51 | 1.45 | 2.96 | |
| 4. Mikolaiv | 0.7 | 0.7 | 1.4 | ITERA Firm |
| 5. Lugansk | 4.4 | 2.0 | 6.4 | |
| 6. Ternopil | 0.3 | 0.7 | 1.0 | |
| | 8.86 | 8.1 | 17.26 | |
| 1. Poltava | 1.3 | 1.6 | 2.9 | |
| 2. Vinnitsa | 0.8 | 0.7 | 1.5 | NVIG INTERPIPE |
| 3. City of Sevastopol | 0.1 | 0.2 | 0.3 | |
| 4. Sumy | 0.73 | 0.97 | 1.7 | |
| | 2.93 | 3.17 | 6.4 | |
| 1. City of Kiiv | 3.1 | 1.0 | 4.1 | PFK OLGAZ |
| 2. Kiiv Oblast | 1.6 | 2.1 | 3.7 | JV UKRROSGAZ |
| 3. Zhitomir | 0.58 | 0.68 | 1.16 | PRAVEX Concern |
| 4. Chernigiv | 0.17 | 0.68 | 1.12 | |
| 5. Zakarpatie | 0.2 | 0.6 | 0.8 | PFK SPIVDRUZNOST |
| | 5.85 | 5.03 | 10.88 | |

A002920T

A002921

**PHOTOCOPY**

## State Committee for Oil, Gas and Refinery Industry of Ukraine
## DERZHNAFTOGAZPROM

### ORDER

*January 26, 1996*        *Kiiv*        *No. 18*

*On Putting Into Effect the Grouping of Oblasts*
*of Ukraine for Their Supply with Natural Gas*
*in 1996*

I HEREBY ORDER:

1. To have canceled the "Grouping of Oblasts of Ukraine for Their Supply with Natural Gas in 1996," as approved on 12/26/95.

2. To have put into effect the "Grouping of Oblasts of Ukraine for Their Supply with Natural Gas in 1996," as coordinated with the wholesale suppliers (attached).

3. To have voided all the previous directives as to the breakdown of the importers on the territorial principle.

4. I hereby reserve for myself the monitoring of the execution of this Order.

*[signed]*
E.M. Dovzhok
Head of Committee

---

**This photocopy is authentic with the original**
Head, General Section of Derzhnaftogazprom

*[signed]*
*N. Kirichenko*
*[impression of Official Seal]*

A002921T

DOJ_00101145

A002922
PHOTOCOPY

Addendum to Order
No. 18 of 01/26/1996

| Grouping of Oblasts of Ukraine for Their Supply with Natural Gas in 1996 | | | |
|---|---|---|---|
| Oblast | Annual Quantities of Natural Gas Consumption, billion cub.m | | Name of Commercial Structure to Supply Gas in 1996 |
| | Industries | Utilities & Population | |
| 1. Dnipropetrovsk | 7.3 | | |
| 2. Donetsk | 3.0 | | |
| 3. Cherkassy | 2.0 | | Unified Energy Systems |
| 4. Utilities and Population | | 12.9 | |
| TOTAL: | 12.3 | 12.9 | |
| 1. Khmel'nitsk | 0.7 | | |
| 2. Zaporizhye | 2.1 | | |
| 3. Kherson | 0.2 | | ATZT INTERGAZ |
| 4. Vinnitsa | 0.8 | | |
| 5. Odessa | 1.75 | | |
| 6. Rivno | 0.9 | | |
| 7. Poltava | 1.3 | | |
| TOTAL: | 7.8 | 0 | |
| 1. City of Kiiv | 0.5 | | |
| 2. Chernivtsy | 0.15 | | PFK OLGAZ |
| 3. Volyn' | 0.2 | | |
| TOTAL: | 0.85 | 0 | |
| 1. Donetsk | 3.0 | | |
| 2. Kharkiv | 3.2 | | |
| 3. Crimea | 0.8 | | |
| 4. Mikolaiv | 0.7 | | |
| 5. Lviv | 1.8 | | |
| 6. Ternopil | 0.3 | | ITERA Firm |
| 7. Sumy | 0.73 | | |
| 8. Zhitomir | 0.48 | | |
| 9. Kiiv Oblast | 0.8 | | |
| 10. Ivano-Frankivsk | 1.5 | | |
| 11. Lugansk | 4.4 | | |
| TOTAL: | 21.21 | | |
| 1. Donetsk | 2.4 | | Factories of Donetsk Oblast |
| 1. City of Kiiv | 2.6 | | Ukrrosgaz |
| 2. Kiiv Oblast | 0.8 | | Ukrzarubizhnaftogaz |
| 3. Chernigiv | 0.47 | | Ukrgazprom |
| 4. Zakarpatie | 0.2 | | Motor-Sich |
| 5. Kirovograd | 0.15 | | Pravex |
| TOTAL: | 4.22 | | |
| **Total Quantity:** | **45.23** | **12.9** | |
| **Additionally:** | | **3.5** | |

*Authenticity Attested: [signed]*
*[impression of Official Seal]*

A002922T

DOJ_00101146

A002923

PHOTOCOPY

### State Committee for Oil, Gas and Refinery Industry of Ukraine
### DERZHNAFTOGAZPROM

## ORDER

| 05.21. 1996 | Kiiv | No. 82 |
|---|---|---|

**On Correcting  the Grouping of Oblasts**
**of Ukraine for Their Supply with Natural Gas**
**in Quarters II through IV of 1996**

Proceeding from the Minutes of May 20, 1996, of negotiations between the Government of Ukraine and RAO Gazprom, as to the redistribution of the quantities of natural gas delivered from various sources,

### I HEREBY ORDER:

1. To have voided the effect of Order No. 79 of May 15, 1996.

2. To have put into effect as of May 1, 1996, the "Grouping of Oblasts of Ukraine for Their Supply with Natural Gas in 1996," as coordinated with the wholesale suppliers (attached).

3. To have voided all the previous directives as to the breakdown of the wholesale importers on the territorial principle.

4. I hereby reserve for myself the monitoring of the execution of this Order.

*[signed]*
E.M. Dovzhok
Head of Committee

| This photocopy is authentic with the original |
|---|
| Head, General Section of Derzhnaftogazprom |

*[signed]*
*N. Kirichenko*
*[impression of Official Seal]*

A002923T

| Grouping of Oblasts of Ukraine for Their Supply with Natural Gas in 1996 | | | |
|---|---|---|---|
| Oblast or Region | Annual Quantities of Natural Gas Consumption, billion cub.m | | Name of Commercial Structure to Supply Gas in 1996 |
| | Industries | Utilities & Population | |
| 1. Dnipropetrovsk | 7.3 | | |
| 2. Donetsk | 3.0 | | |
| 3. Cherkassy | 2.0 | | Unified Energy Systems |
| 4. Utilities and Population | | 12.9 | |
| TOTAL: | 12.3 | 12.9 | |
| 1. Khmel'nitsk | 0.7 | | |
| 2. Zaporizhye | 0.6 | | |
| 3. Kherson | 0.2 | | |
| 4. Vinnitsa | 0.8 | | ATZT INTERGAZ |
| 5. Rivno | 0.22 | | |
| 6. Poltava | 1.3 | | |
| TOTAL: | 3.82 | | |
| 1. City of Kiiv | 0.5 | | |
| 2. Chernivtsy | 0.15 | | |
| 3. Volyn' | 0.2 | | PFK OLGAZ |
| 4. Rivno | 0.68 | | |
| TOTAL: | 1.53 | | |
| 1. Donetsk | 1.5 | | |
| 2. Kharkiv | 3.2 | | |
| 3. Crimea | 0.8 | | |
| 4. Mikolaiv | 0.7 | | |
| 5. Lviv | 1.8 | | |
| 6. Ternopil | 0.3 | | ITERA Firm |
| 7. Sumy | 0.73 | | |
| 8. Zhitomir | 0.48 | | |
| 9. Kiiv Oblast | 0.8 | | |
| 10. Ivano-Frankivsk | 1.5 | | |
| 11. Lugansk | 4.4 | | |
| 12. Odessa | 1.75 | | |
| 13. City of Kiiv | 0.5 | | |
| TOTAL: | 18.46 | | |
| Donetsk | 1.7 | | Factories of Donetsk Oblast |
| 1. Factories of Donetsk Oblast | 0.7 | | |
| 2. Zaporizhye | 1.5 | | UKRGAZPROM |
| 3. Donetsk | 1.5 | | |
| TOTAL: | 3.7 | | |
| 1. City of Kiiv | 2.1 | | UKRROSGAZ |
| 2. Kiiv Oblast | 0.8 | | UKRZARUBIZHNAFTOGAZ |
| 3. Chernigiv | 0.47 | | UKRGAZPROM |
| 4. Zakarpatie | 0.2 | | MOTOR-SICJ |
| 5. Kirovograd | 0.15 | | PRAVEX |
| | | | UKRENERGOIMPORT |
| TOTAL: | 3.72 | | |
| **Total Quantity:** | **45.23** | **12.9** | |
| **Additionally:** | | **3.5** | |

A002924

**PHOTOCOPY**

### State Committee for Oil, Gas and Refinery Industry of Ukraine
### DERZHNAFTOGAZPROM

### ORDER

*May 15, 1996*                                     *Kiiv*                                     *No. 79*

*On Correcting the Grouping of Oblasts*
*of Ukraine for Their Supply with Natural Gas*
*in Quarters II through IV of 1996*

On Instructions of the management of the Cabinet of Ministers of Ukraine, No. 8134/2 of 04/23/1996, in connection with an Application of RAO Gazprom as to the redistribution of the quantities of natural gas delivered from various sources,

I HEREBY ORDER:

1. To have voided the effect of Order No. 18 of January 26, 1996.

2. To have put into effect as of May 1, 1996, the corrected "Grouping of Oblasts of Ukraine for Their Supply with Natural Gas in 1996," as coordinated with the wholesale suppliers (attached).

3. To have voided all the previous directives as to the breakdown of the wholesale importers on the territorial principle.

4. I hereby reserve for myself the monitoring of the execution of this Order.

*[signed]*
E.M. Dovzhok
Head of Committee

**This photocopy is authentic with the original**
Head, General Section of Derzhnaftogazprom

*[signed]*
*N. Kirichenko*
*[impression of Official Seal]*

Authenticated
*[signed]*

Related Payments Appx - 000006                                     A002924T

DOJ_00101149

Addendum to Order
No. 79 of 05/15/1996

| Grouping of Oblasts of Ukraine for Their Supply with Natural Gas in 1996 | | | |
|---|---|---|---|
| Oblast or Region | Annual Quantities of Natural Gas Consumption, billion cub.m | | Name of Commercial Structure to Supply Gas in 1996 |
| | Industries | Utilities & Population | |
| 1. Dnipropetrovsk | 7.3 | | |
| 2. Donetsk | 3.0 | | |
| 3. Cherkassy | 2.0 | | Unified Energy Systems |
| 4. Utilities and Population | | 12.9 | |
| TOTAL: | 12.3 | 12.9 | |
| 1. Khmel'nitsk | 0.7 | | |
| 2. Zaporizhye | 2.1 | | |
| 3. Kherson | 0.2 | | |
| 4. Vinnitsa | 0.8 | | ATZT INTERGAZ |
| 5. Rivno | 0.22 | | |
| 6. Poltava | 1.3 | | |
| TOTAL: | 5.32 | | |
| 1. City of Kiiv | 0.5 | | |
| 2. Chernivtsy | 0.15 | | |
| 3. Volyn' | 0.2 | | PFK OLGAZ |
| 4. Rivno | 0.68 | | |
| TOTAL: | 1.53 | | |
| 1. Donetsk | 3.0 | | |
| 2. Kharkiv | 3.2 | | |
| 3. Crimea | 0.8 | | |
| 4. Mikolaiv | 0.7 | | |
| 5. Lviv | 1.8 | | |
| 6. Ternopil | 0.3 | | ITERA Firm |
| 7. Sumy | 0.73 | | |
| 8. Zhitomir | 0.48 | | |
| 9. Kiiv Oblast | 0.8 | | |
| 10. Ivano-Frankivsk | 1.5 | | |
| 11. Lugansk | 4.4 | | |
| 12. Odessa | 1.75 | | |
| 13. City of Kiiv | 0.5 | | |
| TOTAL: | 19.96 | | |
| Donetsk | 2.4 | | Factories of Donetsk Oblast |
| 1. City of Kiiv | 2.1 | | UKRROSGAZ |
| 2. Kiiv Oblast | 0.8 | | UKRZARUBIZHNAFTOGAZ |
| 3. Chernigiv | 0.47 | | UKRGAZPROM |
| 4. Zakarpatie | 0.2 | | MOTOR-SICJ |
| 5. Kirovograd | 0.15 | | PRAVEX / UKRENERGOIMPORT |
| TOTAL: | 3.72 | | |
| Total Quantity: | 45.23 | 12.9 | |
| Additionally: | | 3.5 | |

A002924U

DOJ_00101150

A002926

PHOTOCOPY

### State Committee for Oil, Gas and Refinery Industry of Ukraine
### DERZHNAFTOGAZPROM

## ORDER

*January 4, 1997*                                 *Kiiv*                                 *No. 1*

### On Putting Into Effect the Grouping of Regions
### of Ukraine for Their Supply with Natural Gas in 1997

In execution of the Decree of the Cabinet of Ministers of Ukraine of December 23, 1996, No. 1539 "On procedure for supply natural gas for national economy and population of Ukraine in 1997",

### I HEREBY ORDER:

1. To have approved the "Grouping of Regions of Ukraine for Their Supply with Natural Gas in 1997," (attached).

2. To have put into effect the "Grouping of Regions of Ukraine for Their Supply with Natural Gas in 1997," (attached).

3. To charge with the supervision of adherence of the wholesale importers and suppliers of gas to this "Grouping of Regions of Ukraine for Their Supply with Natural Gas in 1997" to the Ukrainian Gas Resource Consortium, jointly with Derzhnaftogazprom.

4. To entrust the monitoring of the execution of this Order to V.O. Lopatin, First Deputy Head of Derzhnaftogazprom.

*[signed]*
**B. Babiy**
**Head of Committee**

---
**This photocopy is authentic with the original**
Head, General Section of Derzhnaftogazprom
---

*[signed]*
*N. Kirichenko*
*[impression of Official Seal]*

A002926T

DOJ_00101152

A002927

Attachment to Order of Derzhnaftogazprom
of January 4, 1997, No. 1

### Grouping of Regions of Ukraine
### for Their Supply With Natural Gas in 1997

| Names of Oblasts and Regions | Annual Quantities of Gas Supply, billion cub.m | | | Name of Supply Structure or Gas Owner |
|---|---|---|---|---|
| | Total | Including to Industries | Including to Utilities, Population and Budgeted Entities | |
| Kharkiv | | 1.7 | | |
| Chernigiv | | 0.5 | | |
| Crimea | | 0.5 | | |
| City of Sevastopol | | 0.03 | | |
| Donetsk | | 0.5 | | AT Ukrgazprom |
| City of Kiev | | 3.1 | | VAT Ukrnafta |
| Dnipropetrovsk | | 0.4 | | DVP Chornomornaftogaz |
| Volyn | | 0.2 | | |
| Chernivtsy | | 0.1 | | |
| Zakarpatie | | 0.1 | | |
| Kiiv Oblast | | 1.7 | | |
| Total: | 30.73 | 8.83 | 21.9 | |
| Odessa | | 2.0 | | |
| Kherson | | 0.2 | | |
| Vinnitsa | | 0.7 | | |
| Poltava | | 1.3 | | ATZT Intergaz |
| Zaporizhye | | 2.3 | | |
| Khmel'nitsk | | 0.3 | | |
| Kharkiv | | 1.5 | | |
| Total: | 8.3 | 8.3 | | |
| Lugansk | | 4.2 | | |
| Gorlivka (Styrol) | | 1.8 | | |
| Ivano-Frankivsk | | 1.2 | | |
| Kiiv Oblast (B. Tserkva) | | 0.3 | | ATZT TEK |
| Lviv | | 1.6 | | Itera - Ukraina |
| Mikolaiv | | 0.8 | | |
| Sumy | | 0.7 | | |
| Ternopil | | 0.5 | | |
| Total: | 11.1 | 11.1 | | |
| Dnipropetrovsk | | 5.4 | | PFK EESU |
| Total: | 15.5 | 5.4 | 10.1 | |
| Cherkassy | | 2.3 | | |
| Zhitomir | | 0.7 | | Ukrainian Gas Company |
| Rivno | | 1.0 | | (Gazpeks) |
| Total: | 4.0 | 4.0 | | |
| Kirovograd | | 0.2 | | |
| Zaporizhye (Zaporizhstal) | | 0.7 | | |
| Dnipropetrovsk | | 2.1 | | Ukrgazsintez |
| Total: | 3.0 | 3.0 | | |
| Poltava | | 0.3 | | Poltava Gas & Oil |
| Total: | 0.3 | 0.3 | | Company |
| Donetsk | | | | Ukrainian Gas Resource |
| Total | 10.0 | 8.0 | 2.0 | Consortium |
| **TOTAL:** | **82.93** | **48.93** | **34.0** | |

[impression of Official Seal]
Authenticity Attested. [signed]

A002927T

A002931

PHOTOCOPY

### State Committee for Oil, Gas and Refinery Industry of Ukraine
### DERZHNAFTOGAZPROM

## ORDER

| August 30, 1997 | Kiiv | No. 165 |
|---|---|---|

### On Replacement of the Wholesale Gas Supplier
### to Consumers in the Dnipropetrovsk Oblast

In execution of a Resolution by the Cabinet of Ministers of Ukraine of December 23, 1996, No. 1539, and upon having analyzed the situation with deliveries of natural gas to consumers in Ukraine, and also taking into account the lack of sufficient resources of natural gas possessed by the PFK Unified Energy Systems of Ukraine (PFK EESU) and the failure by this Corporation to comply with the terms of activities of the wholesale gas importers, with the resolutions and recorded decisions by Derzhnaftogazprom, and also with the aim of reliable provision of natural gas to consumers in the Dnipropetovsk Oblast,

#### I HEREBY ORDER:

1. To have the following amendment made in the Attachment to Order No. 1 of January 4, 1997:
as of September 1 of this year, to entrust the supply of natural gas to consumers in the Dnipropetrovsk Oblast to AT Ukrgazprom, instead of PFK EESU.

2. To oblige AT Ukrgazprom, in connection with this replacement of the gas supplier, to assure the appropriate re-conclusion of the corresponding agreements.

3 To oblige PFK EESU jointly with the consumers to resolve the issues of payments for the consumed gas in accordance with the previously concluded agreements.

4. To entrust the monitoring of the execution of this Order to V.I. Sheludchenko, First Deputy Head of Derzhnaftogazprom.

*[signed]*
**M.P. Kovalko**
**Head of Committee**

**This photocopy is authentic with the original**
Head, General Section of Derzhnaftogazprom

*[signed]*
*N. Kirichenko*

*[impression of Official Seal]*
*Authenticity Attested: [signed]*

A002931T

DOJ_00101157

Form No.

APPROVED
by Order of the Ministry of Finance of Ukraine
dated November 20, 1997, No. 250

## DECLARATION

of Incomes, Financial Obligations and Property Status
of the Candidate for People's Deputy and Family Members
obtained in the year 1996

Sheet I      General Information

ID NO.: ▇▇▇ *6319*

| 1.1 *Lazarenko* | 1.2 *Pavlo* | 1.3 *Ivanovich* |
|---|---|---|
| Last Name | First Name | Patronymic |

Residence address:   1.4  *252025*  1.5  -   1.6  -
                    Postal Code   (Oblast)   (District)

*City of Kiev*   1.8 *Desyatinna*  1.9 *10*   1.10  -  1.11  *7*
City           Street      #.           Bldg.   Apt. #

Employment: *1.12 20064120*  1.13 *Supreme Rada of Ukraine*
                DRZSO Code   (Organization Name)

Contact Telephone:  1.14 *2917483*  1.15
                  Work         Home

A021189T

Related Payments Appx - 000011

DOJ_0006867

Blank page

*Impression of seal: City of Kiev – State Committee of Archives of Ukraine – Central State Archive of Supreme State Authorities – ID Code 03494349*

A021190T

DOJ_0006868

Blank page

*Impression of seal: City of Kiev – State Committee of Archives of Ukraine – Central State Archive of Supreme State Authorities – ID Code ████7349*

A021191AT

DOJ_0006869

II. Incomes obtained (estimated) from sources in Ukraine and abroad for 199__

| List of incomes | Income amount (grivna) | |
|---|---|---|
| | Candidate for People's Deputy | Family members |
| 2 | 3 | 4 |
| Total amount of aggregate income, including | 9397 | - |
| Dividends, interest, royalties | - | - |
| Material assistance, gifts, donations | 1167 (Health Improvement from Supreme Rada) | |
| Awards, prizes | - | - |
| Unemployment allowance | - | - |
| Alimony | - | - |
| Heritage | - | - |
| Insurance compensations | - | |
| Income from lending (giving for temporary use) money and other property | | |
| Income from disposal of assets specified in Sections IV, V | - | - |
| Authorship remuneration (fees) | - | |
| Income from entrepreneurial and secondary professional activity | - | - |
| Income from disposal of securities and corporate rights | - | - |
| Wages and other income other than those specified above | 8230 | - |

| III Information on real estate property in private ownership | | |
|---|---|---|
| List of assets | Candidate for People's Deputy | Family members |
| | Total square footage (m2) | Total square footage (m2) |
| 2 | 3 | 4 |
| Land plots | - | - |
| Residential building | - | - |
| Apartment | 196 Dnepropetrovsk, Voroshilova str. 15., apt. 6 | |
| Garden (country) home | - | - |
| Garage | - | - |
| Other real estate property | - | - |

A 021191T

| SECTION IV.  Information on vehicles in private ownership | | | | | |
|---|---|---|---|---|---|
| # | List of assets | Candidate for People's Deputy | | Family members | |
| | | Brand/Model | Engine capacity (cm³) | Brand/Model | Engine capacity (cm³) |
| 1 | 2 | 3 | 4 | 5 | 6 |
| | Cars | VAZ-2106 | 1600 | - | - |
| | Trucks, special vehicles, buses | - | - | - | - |
| | Motorcycles | - | - | - | - |
| | Tractors | - | - | - | - |
| | Vessels | - | - | - | - |
| | | | | | |

| SECTION V.  Information on deposits with banks, securities, and other assets | | | | | |
|---|---|---|---|---|---|
| # | List of assets | Candidate for People's Deputy | | Family members | |
| | | Total grivna | Including abroad grivna | Total grivna | Including abroad grivna |
| 1 | 2 | 3 | 4 | 5 | 6 |
| | Nominal value of purchased securities | - | - | - | - |
| | Amount of contributions (shares) in charter (joint stock) funds of enterprises, institutions, organizations | - | - | - | - |
| | Amount of monetary funds on accounts in banks and other financial and credit institutions | - | - | - | - |

Authenticity of the information in this Declaration

CORROBORATED _____ [signed]      *November 26, 1997*
　　　　　　　　　　(signature)　　　　　　(Date)

A 021192T

DOJ_0006871

Form No.

APPROVED
by Order of the Ministry of Finance of Ukraine
dated November 20, 1997, No. 250

## DECLARATION

of Incomes, Financial Obligations and Property Status
of the Candidate for People's Deputy and Family Members
obtained in the year 1997

Sheet I        General Information

ID NO.:        *6319*

| 1.1 *Lazarenko* | 1.2 *Pavlo* | 1.3 *Ivanovich* |
|---|---|---|
| Last Name | First Name | Patronymic |

Residence address:     1.4   *252025*   1.5   -     1.6   -
                        Postal Code     (Oblast)       (District)

*City of Kiev*   1.8 *Desyatinna*   1.9 *10*     1.10  -  1.11   *7*
City             Street             #.           Bldg.     Apt. #

Employment: *1.12 20064120*  1.13 *Supreme Rada of Ukraine*
            DRZSO Code        (Organization Name)

Contact Telephone:  1.14 *2917483*   1.15
                    Work              Home

*Impression of seal: Ukraine - .... Election Commission*

*Incoming # 3, 01.12.98*

A 021196T

Section II. Incomes obtained (estimated) from sources in Ukraine and abroad for 199__

| | List of incomes | Income amount (grivna) | |
|---|---|---|---|
| | | Candidate for People's Deputy | Family members |
| 1 | 2 | 3 | 4 |
| 1.1 | Total amount of aggregate income, including | 10386 | - |
| 1.2 | Dividends, interest, royalties | - | - |
| 1.3 | Material assistance, gifts, donations | 1429 (Health Improvement from Cabinet of Ministers of Ukraine) | |
| 1.4 | Awards, prizes | - | - |
| 1.5 | Unemployment allowance | - | - |
| 1.6 | Alimony | - | - |
| 1.7 | Heritage | - | - |
| 1.8 | Insurance compensations | - | - |
| 1.9 | Income from lending (giving for temporary use) money and other property | - | - |
| 1.10 | Income from disposal of assets specified in Sections IV, V | - | - |
| 1.11 | Authorship remuneration (fees) | - | - |
| 1.12 | Income from entrepreneurial and secondary professional activity | - | - |
| 1.13 | Income from disposal of securities and corporate rights | - | - |
| 1.14 | Wages and other income other than those specified above | 8957 | - |

*Impression of seal: Ukraine - Central Election Commission*

A 021197T

Section III Information on real estate property in private ownership

| # | List of assets | Candidate for People's Deputy | Family members |
|---|---|---|---|
| | | Total square footage (m2) | Total square footage (m2) |
| 1 | 2 | 3 | 4 |
| 1 | Land plots | - | - |
| 2 | Residential building | - | - |
| 3 | Apartment | 196 Dnepropetrovsk, Voroshilova str. 15., apt. 6 | |
| 4 | Garden (country) home | - | - |
| 5 | Garage | - | - |
| 6 | Other real estate property | - | - |

| SECTION IV.  Information on vehicles in private ownership | | | | | |
|---|---|---|---|---|---|
| # | List of assets | Candidate for People's Deputy | | Family members | |
| | | Brand/Model | Engine capacity (cm$^3$) | Brand/Model | Engine capacity (cm$^3$) |
| 1 | 2 | 3 | 4 | 5 | 6 |
| 1 | Cars | VAZ-2106 | 1600 | - | - |
| 2 | Trucks, special vehicles, buses | - | - | - | - |
| 3 | Motorcycles | - | - | - | - |
| 4 | Tractors | - | - | - | - |
| 5 | Vessels | - | - | - | - |

| SECTION V.  Information on deposits with banks, securities, and other assets | | | | | |
|---|---|---|---|---|---|
| # | List of assets | Candidate for People's Deputy | | Family members | |
| | | Total grivna | Including abroad grivna | Total grivna | Including abroad grivna |
| 1 | 2 | 3 | 4 | 5 | 6 |
| | Nominal value of purchased securities | - | - | - | - |

*Impression of seal: Ukraine - .... Election Commission*

A 021198T

| | | | | | |
|---|---|---|---|---|---|
| | Amount of contributions (shares) in charter (joint stock) funds of enterprises, institutions, organizations | - | - | - | - |
| | Amount of monetary funds on accounts in banks and other financial and credit institutions | - | - | - | - |

Authenticity of the information in this Declaration

CORROBORATED _____ [*signed*]      *January 6, 1998*
                           (signature)            (Date)

*Impression of seal: Ukraine - Central Election Commission*

A 021199T

DOJ_0006881

# UKRAINE CENTRAL
# ELECTORAL COMMISSION

*9//96. Kiev Lesy Ukrainky Square*                                    *Tel/Fax: (044) 296 82 88*

*09.05.2000 # 21-22-1890*

to # _____ datedд _____

## *CORROBORATION OF AUTHENTICITY OF OFFICIAL DOCUMENTS*

I, RYABETS, Mikhail Mikhailovich, certify that I am holding the position of Chairman of the Central Electoral Commission and in this capacity I am authorized by laws of Ukraine to attest to the fact that the documents attached hereto and described below:

(1) are true copies of the official documents whose registration, or filing with the Central Electoral Commission, which is the governmental body, is required by laws of Ukraine;

(2) contain records of matters that have to be reported under laws of Ukraine and that have to be registered or kept in archives.

List of documents: Declaration of incomes, financial obligations and property status of the Candidate for People' Deputy Lazarenko Pavel Ivanovich and his family members obtained for the year 1997.

A021200T

Related Payments Appx - 000020

DOJ_0006882

Blank page
*Impression of seal: illegible*

A 021201T

Related Payments Appx - 000021

```
                    ID  ████ 9995 ACCT 12089592
8-22      931       ADD INFO OUTGO WIRE $1,000,000
                    BNF INFO CREDIT AGREEMENT
                    119/97 DATED AUGUST 22 1997
8-22      931       REDEEM $1,000,000.00 FROM            1000000.00
                    YOUR FEDERATED MUTUAL FUND
                    193 PER YOUR REQUEST
8-25      931       WIRE TO PERCOMBANK TO CREDIT         7000000.00-
                    EUROPEAN FEDERAL CREDIT BANK
                    ACCT 0735
8-25      931       REDEMPTION OF FEDERATED MUTUAL       6960000.00
                    FUND 293 PER YOUR REQUEST
8-25      931       INTEREST FROM FEDERATED MUTUAL         23214.30
                    FUND 293 FOR THE MONTH OF
                    AUGUST 97


* - - - - - - - - - - -DAILY BALANCE SUMMARY - - - - - - - - - - - - *
                    CONTINUED ON NEXT PAGE
```

B010041

DOJ_0006984

EUROPEAN FEDERAL CREDIT BANK LIMITED

PAGE    2

8-31-97

ACCOUNT NUMBER -    52902

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7-31 | 462762.48 | 8-01 | 14877570.03 | 8-08 | 877570.03 |
| 8-13 | 177570.03 | 8-14 | 1877570.03 | 8-18 | 177570.03 |
| 8-25 | 160784.33 | | | | |

Average Collected Balance For This Statement Period-    3,835,133.84

B010042

```
OFFICER (415) 627-0375                          1752902
TANYA KULBERG (BG)                            Page  1
                                              9-30-97
                                            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
                                              ENCL
```

```
                EUROPEAN FEDERAL CREDIT BANK LIMITED
                P.O.BOX W528
                ST. JOHNS, ANTIGUA W.I.
```

```
        *********ATTENTION   ATTENTION   ATTENTION**********
            PLEASE MAKE A NOTE OF OUR TIME DEADLINES FOR
            RECEIVING OUTGOING WIRE TRANSFER REQUESTS:
          (INTERNATIONAL 12:00pm PST) (DOMESTIC  1:00pm PST)
```

```
ACCOUNT TYPE - REGULAR DEMAND ACCOUNT        ACCOUNT NO -   1752902
```

```
* - - - - - - - - - ACCOUNT SUMMARY - - - - - - - - - - - - -*
        Previous Statement Date          8-31-97
        Current Statement Date           9-30-97
        Previous Balance             160,784.33
        Plus Credits              14,847,977.76
        Plus Interest Paid                  .00
        Minus Debits              14,400,000.00
        Minus Service Charge                .00
        Current Balance              608,762.09
```

```
* - - - - - - - - -DEPOSITS AND WITHDRAWALS - - - - - - - - - -*
  Date            Description                   Amount
  9-02     931    WIRE TO PERCOMBANK TO CREDIT      3000000.00-
                  EUROPEAN FEDERAL CREDIT BANK
                  ACCT 0735
  9-02     931    WIRE TO JOINT STOCK B CAPITAL     1000000.00-
                  TYUMEN BR TO CREDIT IFC REGION
                  ID #7203069995 ACT 12089592
  9-02     931    ADD INFO OUTGO WIRE $1,000,000
                  BNF INFO   CREDIT AGREEMENT
                  120/97 DATED AUGUST 27,1997
  9-02     931    PER YOUR REQUEST WE HAVE          4000000.00
                  REDEEM $4,000,000.00 FROM
                  MUTUAL FUND 193
  9-02       8    INTEREST FOR AUGUST 1997             3453.66
                  FROM FUND 179
  9-02       8    INTEREST FOR AUGUST 1997            44524.10
                  FROM FUND 193
  9-22     931    FR REPUBLIC NYC FR INTERNOVA       400000.00
                  TRADING CO TO CR GUARDIAN
                  INVESTMENTS GROUP LTD
  9-22     931    ADD INFO INCO WIRE $400,000.00
                  REPAYMENT OF CREDIT CNTR.15-97
  9-30     931    WIRE TO BANK OF NEW YORK TO CR    1400000.00-
                  FEDERATED INTL FUNDS ACCT
                  8900252286 REF GROUP #11381
```

B010043 Payments Appx - 000024

```
9-30      931    ADD INFO OUTGO WIRE $1,400,00
                 FURTHER CREDIT ACCT 1752902
                 INVEST IN FUND #179
9-30      931    WIRE TO BANK OF NEW YORK TO CR        9000000.00-
                 FEDERATED INTL FUNDS ACCT
                 8900252286 REF GROUP #11381
9-30      931    ADD INFO OUTGO WIRE $9,000,000
                 FURTHER CREDIT ACCT 1752902
                 INVEST IN FUND #193
9-30        8    FEDERATED REDEMPTION 9/29/97          1400000.00
9-30        8    FEDERATED REDEMPTION 9/29/97          9000000.00
```

```
* - - - - - - - - - - -DAILY BALANCE SUMMARY - - - - - - - - - - - *
  Date     Balance        Date      Balance        Date     Balance
  8-31    160784.33       9-02     208762.09        9-22    608762.09
```

CONTINUED ON NEXT PAGE

B010044

DOJ_0006987

EUROPEAN FEDERAL CREDIT BANK LIMITED                    PAGE    2
                                                        9-30-97
                                     ACCOUNT NUMBER -   1752902

        Average Collected Balance For This Statement Period-   312,230.23

B010045

DOJ_0006988

```
OFFICER (415) 627-0375                           1752902
TANYA KULBERG (BG)                        Page  1
                                          10-31-97
                                          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
                                          ENCL    0
```

```
            EUROPEAN FEDERAL CREDIT BANK LIMITED
            P.O.BOX W528
            ST. JOHNS, ANTIGUA W.I.
```

```
          *********ATTENTION  ATTENTION  ATTENTION**********
             PLEASE MAKE A NOTE OF OUR TIME DEADLINES FOR
             RECEIVING OUTGOING WIRE TRANSFER REQUESTS:
             (INTERNATIONAL 12:00pm PST) (DOMESTIC 1:00pm PST)
```

ACCOUNT TYPE - REGULAR DEMAND ACCOUNT          ACCOUNT NO -    1752902

```
* - - - - - - - - - - ACCOUNT SUMMARY - - - - - - - - - - - - - *
        Previous Statement Date          9-30-97
        Current Statement Date           10-31-97
        Previous Balance               608,762.09
        Plus Credits                   341,615.46
        Plus Interest Paid                    .00
        Minus Debits                   450,000.00
        Minus Service Charge                  .00
        Current Balance                500,377.55
```

```
* - - - - - - - - - DEPOSITS AND WITHDRAWALS - - - - - - - - - - *
  Date            Description                      Amount
 10-01       6   FEDERATED FUND #179               5593.40
                 INTEREST FOR SEPTEMBER 1997
 10-01       6   FEDERATED FUND # 193             36022.06
                 INTEREST FOR SEPTEMBER 1997
 10-02     931   WIRE TO BANK OF NY TO CREDIT    450000.00-
                 FEDERATED INTL FUNDS ACCT
                 8900252286 REF GROUP #11381
 10-02     931   ADD INFO OUTGO WIRE $450,000
                 FURTHER CREDIT ACCT 1752902
                 INVEST IN FUND #179
 10-14     931   REPUBLIC NYF FR INTERNOVA TDG    300000.00
                 CO TO CR GUARDIAN INVEST D1196
                 48 REPMNT OF CREDIT CNTR 15-97
```

```
* - - - - - - - - - - DAILY BALANCE SUMMARY - - - - - - - - - - *
  Date     Balance        Date     Balance        Date     Balance
  9-30   608762.09       10-01   650377.55       10-02   200377.55
 10-14   500377.55
```

```
Average Collected Balance For This Statement Period-    392,583.50
```

B010046
Related Payments Appx - 000027

DOJ_0014138
C008096
9608000C

467-001
03.01.96-05-26-021800
A GARDER D ICI: 01/06

DONNEES D'ORDRE TPE                              18 GENEVE

MT BONIFICATION    333    USD       ID ORDRE    0518-660-126757

NO TX FINANC.                      518-060995-660-26757        299.974.00

D-ECRITURE                                                NO TX    0851
D-ORDRE                            06.09.95              NO CO    DATE      HEURE
C-GENRE D'ENTREE                   22.08.95     1ERE LIB.   4335   06.09.95   17:00:06
C-RESP.OPER.                                    2ME LIB.    4325   06.09.95   17:00:39
                                   1           2ME LIB.    4351   06.09.95   17:03:38
C-GENRE FRAIS                      15

NOS FRAIS ETRS                                 STATUS/SOUS-STATUT
C-DEBIT DE FRAIS                   0.00        DEPASS.-USER-ID
FRAIS ETRANGE/IE                   0.00        VISA-IDE/DEPASSEMENT
MT FRAIS ETRS                      0.00
TEXTE FRAIS
MEMO CLIENT                        N           SERVICE DESTINATAIRE   TPE
COMMISSION DE DEVISES                          REMARQUES
C-SANS DEDUCT.D'INTERETS
CCP                                            ID-RECHERCHES
DEVIATION DU SI                                C-TRAITEMENT
DEVIATION AU SI
REFORG
DONNEUR D'ORDRE                                BENEFICIAIRE
INTERNOVA TRADING CO
1050 S.STATE STREET 19901 DELAWARE
DOVER USA

RAISON DU PAIEMENT
950818012483706177FEES DEDUCTED
26.00 FOR GOODS ACCORDING CONTRACT

DOJ_0014139

C008097

6r/-001
03.01.96-08:26.921777
À GARDER D'ICI : 01.06

MT BONIFICATION

DEPIT
ID COMPTE          335    USD
NO CLIENT

ADRESSE

DONNÉES D'ORDRE TFE

ID ORDRE      0516-460-1287/56
              799,950.00

595-19-999,951.8-          S

STATUS SOUS-STATE

NO 21383 ORPHIN                    04

RUNNALE/MONTANT
VALEUR
COURS
CONTREVALEUR FRS
COURS DIRECT

SERVICE
RESPONSABLE
IC-NOTRE/LEUR

C-TEXTE D'ÉCRITURE
TEXTE/COMPTA 2

NO ECRG

AVIS DE DEBIT/CREDIT
ENVOI CENTRAL DOCUMENTS
REMARQUES SUR DOC. DE CLIENT

799,950.00
22.08.95
0.000,000.00
971,539.30
1,212,500.0

96

AS10.49355P

0.000,000.000

NOUS VOUS PRIONS DE NOUS EXCUSER
POUR LA COMPTABILISATION TARDIVE
DE CETTE ENTRÉE.

799,950.00
22.08.95
0.000,000.00
971,539.30

96

0.000,000.000

DOJ_0014140

C0008098

```
407-001
03.01.96 08:26 021798
A GARDER D'ICI : 01/06

DONNEES D'ORDRE TPE                              518 GENEVE

MT BONIFICATION : 333   USD   ID ORDRE   0518-460-126756     STATUS/SOUS-STATUT

NO TX FINANC.                    518-060995-660-26756 : NO TX  0851   DATE    HEURE
D-ECRITURE                       06.09.95 : SAI./MUT.   4335   06.09.95   16:56:04
D-ORDRE                          21.08.95 : IERE LIB.   4325   06.09.95   17:00:17
C-GENRE D'ENTREE                         1 : 2ME LIB.   4351   06.09.95   17:03:55
C-RESP.OPER.                           TS :

C-DEBIT DE FRAIS                          : DEPASS.-USER-ID :
C-GENRE FRAIS                             : VISA DE DEPASSEMENT

NOS.FRAIS.FRS
FRAIS.ETRANG.
FRAIS ETRANG. ME                    0.00 :
DT.FRAIS.FRS                        0.00 :
TEXTE.FRAIS
MEME CLIENT                              : NF : SERVICE.DESTINATAIRE  TPE
COMMISSION DE DEVISES                    :    : REMARQUES.

C-SANS DEDUCT. D'INTERETS                : 1D.RECHERCHES
CCP                                       : C.TRAITEMENT

REPORT
DEVIATION DU S
DEVIATION.AU.S
DONNEUR D'ORDRE                           : BENEFICIAIRE
ASTERIES
TALLINN
ESTONIA

RAISON DU PAIEMENT
FOR GOODS ACCORDING TO CONTRACT
FROM INTERNOVA TRADING COLE SS
CHRGS/
```

**EUROFED**   Advice of Debit

Date *8/27/98*

| REFERENCE | AMOUNT |
|---|---|
| *VISA PMT* | *150,000.00* |

| Account Number | *110648* | *211* | TOTAL |
|---|---|---|---|
| Currency Code | Sequence # | | *150,000.00* |

Mail To: *Guardian Investment*

Have Debited Your Account Today As Indicated          Authorized Signature

---

**EUROFED**   Advice of Debit

Date *8/04/98*

| REFERENCE | AMOUNT |
|---|---|
| *VISA PMT* | *19,590.45* |

| Account Number | *110648* | *211* | TOTAL |
|---|---|---|---|
| Currency Code | Sequence # | | *19,590.45* |

Mail To: *Guardian Inv't Group*

We Have Debited Your Account Today As Indicated          Authorized Signature

---

**EUROFED**     Advice of Debit

Date *9/28/98*

| REFERENCE | AMOUNT |
|---|---|
| *VISA PMT* | *37,339.96* |

| | TOTAL |
|---|---|
| Account Number *796478 dll* | *37,339.96* |
| Currency Code     Sequence # | |

Mail To   *Guardian*

We Have Debited Your Account Today As Indicated     Authorized Signature

---

**EUROFED**     Advice of Debit

Date *11/30/98*

| REFERENCE | AMOUNT |
|---|---|
| *VISA PMT Nov.* | *81.88* |

| | TOTAL |
|---|---|
| Account Number *796478 dll* | *81.88* |
| Currency Code     Sequence # | |

Mail To   *Guardian*

Have Debited Your Account Today As Indicated     Authorized Signature

Related Payments Appx - 000032          **D003047**

| EUROFED | Advice of Debit | Date 12/22/99 | |
|---|---|---|---|
| | **REFERENCE** | **AMOUNT** | |
| visa pymt | | $ 81.88 | |
| monthly visa service charge 2 card | | $ 16.00 | |
| Account Number 114648 341 | | **TOTAL** | |
| Currency Code | Sequence # | $ 97.88 | |
| M a i l   T o | Guardian Inv't | $ 81.88 | |

Have Debited Your Account Today As Indicated       Authorized Signature

DOJ_0016542

```
===============================================================================
|          MERVA/2 Automatic Print      SIUSTPRI   #000169               |
===============================================================================
Message already printed: No

Acknowledgement:
 * Field - Contents:
    {1:F21COBHLT2XAXXX6062203954}{4:{177:9902231443}{451:0}}
 * Explanation - Code:
    ENC1025I SWIFT ACK.
 * Explanation - Text:
------------------------------------------------------------------------
Msg Reference: MERVAXXX00028387, Queue: SIUSTPRI, 1999-02-23-14.34.49.770007
Msg Type:      100  (Customer Transfer)
-------------------------------------------------------------------------
           Basic Header   Appl Id: F    APDU Id: 01    LT Addr: COBHLT2XAXXX
                          Session: 6062  Sequence: 203954
     Application Header   Input/Output: I               Msg Type: 100
                          Receiver LT:  AEIBUS33XXXX
                          AMERICAN EXPRESS BANK, LTD.
                          NEW YORK,NY
                          Priority: N   Delivery Mon.:   Obsolesc. period:
                 TRN *20  1990008107
         Value Amount *32 A Date 990223 Code USD Amount 500.000,
       Ordering Cust. *50  EUROFED
       Account with  57 A /   /
                          WFBIUS6S
                          WELLS FARGO BANK N.A.
                          SAN FRANCISCO,CA
         Beneficiary *59  / 0020 035879
                          JAMES R.MAYOCK
    Details charges  71 A OUR
             Trailer  MAC:DE635BC1
                      CHK:7DC03B6CF06B
------------------------->  End of Message  <-----------------------------
```



RECEIVED
FEB 23 1999

AB bankas HERMIS
1999 02 23    35
Jogailos g. 9/1 2001 Vilnius
kodas 260101790

DOJ_0016543

```
==========================================================================
                                                     Page   1 of  1
|    ======================================================================
|          MERVA/2 Automatic Print        LASERPRI   #000007
|    ======================================================================
Message already printed: No                                              |
```

Acknowledgement:
```
    * Field - Contents:
      ENN9131I Auth OK, key B19809201C767996, COBHLT2X / AEIB**** record

    * Explanation - Code:
    * Explanation - Text:                              ENMTDGPA
```

```
Msg Reference: MERVAXXX00028600, Queue: LASERPRI, 1999-02-24-07.42.12.040000
Msg Type:       202  (General Financial Institution Transfer)
```

```
          Basic Header    Appl Id: F
                          Session: 6063    APDU Id:  01    LT Addr:  COBHLT2XAXXX
      Application Header   Input/Output:    Sequence: 269792
                           Input/Output:  O
                           Input Time:   1656                 Msg Type:      202
                           Sender LT:    AEIBUS33AXXX         Input Date:  990223
                           AMERICAN EXPRESS BANK, LTD.
                           NEW YORK,NY
                           Input Session: 7518     ISN: 455770   Output Date: 990224
                  TRN *20  Output Time:   0724                   Priority:      N
          Related Ref *21  990223018721
               Amount *32 A RETURN OF FUNDS
           Ordering Inst 52 D Date 990223 Code USD Amount 500.000,
                              /    /  /FW121000248
                              WELL FARGO SF
                              WELLS FARGO BANK
                              SAN FRANCISCO, CA
      Beneficiary Inst *58 D  /    /
          Send Rec Info  72  YOURSELVES
                              /INS/CNORUS33
                              /BNF/RET YR SWF REF 1990008107
                              /AMEX NY REF 990223008908 DTD 2/
                              //23/99 AS REC BK WELLS FARGO SF
                              //RTND FUNDS AS THEY NEED VLD 10
                              //DGT AC TO APPLY
                 Trailer   MAC:33AA9A72
                           CHK:2965EEDAFB34
                           DLM:
----------------------->      End of Message    <----------------------------
```

*ATTN. VLADIMIR*

*This acc. of beneficiary is incorrect.*

8-10-1-268-460-5455

AB bankas HERMIS

1999 02 24  35

Jogailos g. 9/1  2001 Vilnius
kodas 260101730

DOJ_0016544

EUROFED   Advice of Debit

Date Dec 10, 98

| REFERENCE | AMOUNT |
|---|---|
| Loan to Selective Assets | |

| Account Number | 11648 | 211 | TOTAL |
|---|---|---|---|
| Currency Code | Sequence # | | 3,600,000 ⁰⁰ |

Mail To: Guardian Inv.

We Have Debited Your Account Today As Indicated          Authorized Signature

---

EUROFED   Advice of Debit

Date 2/24/99

| REFERENCE | AMOUNT |
|---|---|
| IJSA AMT | 6,033.58 |

| Account Number | 11648 | 211 | TOTAL |
|---|---|---|---|
| Currency Code | Sequence # | | 6,033.58 |

Mail To: Guardian

We Have Debited Your Account Today As Indicated          Authorized Signature

---

**D003051**

DOJ_0016545

Date 2.24.99

24/2/99 →1

24/2/99

**EUROFED**   Advice of Credit

| REFERENCE | AMOUNT |
|---|---|
| RIN Wire | |

| Account Number | 119648 | 211 | | TOTAL |
|---|---|---|---|---|
| Currency Code | 001 | Sequence # | 04 | 500,000.00 |

Mail To   GUARDIAN INVESTM.

We Have Credited Your Account Today As Indicated          Authorized Signature

DOJ_0016546

*ATT. V. IVANOV*

*USD 500.000,00 from Gardian Group.*

# WIRE TRANSFER INFORMATION:

Account Number:  0020-035879

Account Name:  "James R. Mayock"

Routing/ABA Number:  121 000 248

Int'l Wires BIC/SWIFT Number:  WFB IUS6S

Wells Fargo Bank *2283*
Embarcadero Office
292 Battery Street
San Francisco, CA 94111

*20.02.1999г.*



RECEIVED
FEB 22 1999

**EUROFED**   Advice of Credit

Date 23/2/99

| REFERENCE | AMOUNT |
|---|---|
| Reverse Entry | |

| Account Number | : 119648 211 | | TOTAL |
| Currency Code | Sequence # : | | 3,600,000.00 |

Mail To: Guardian Inv

We Have Credited Your Account Today As Indicated          Authorized Signature

---

-23/2/99-274

**EUROFED**   Advice of Debit

Date 2.23.99

| REFERENCE | AMOUNT |
|---|---|
| TRANSFER | 500,000.00 |
| SVC | 75.00 |

| Account Number | : 119648 211 | | TOTAL |
| Currency Code   001 | Sequence # : 01 | | 500,075.00 |

Mail To: GUARDIAN INV.

We Have Debited Your Account Today As Indicated          Authorized Signature

DOJ_0016548

Page 1 of

```
==================================================================================
| MERVA/2 Automatic Print    SIUSTPRI #000008
==================================================================================
```

Message already printed: No

Acknowledgement:
* Field - Contents:
  {1:F21COBHLT2XAXXX6066204477}{4:{177:9902251414}{451:0}}
* Explanation - Code:
  ENC1025I SWIFT ACK.
* Explanation - Text:
------------------------------------------------------------------------------------
Msg Reference: MERVAXXX00029431, Queue: SIUSTPRI, 1999-02-25-11.49.59.8100(
Msg Type:      100  (Customer Transfer)

------------------------------------------------------------------------------------
        Basic Header    Appl Id: F    APDU Id:  01    LT Addr:   COBHLT2XAXX
                        Session: 6066  Sequence: 204477
   Application Header   Input/Output: I             Msg Type: 100
                        Receiver LT:   AEIBUS33XXXX
                        AMERICAN EXPRESS BANK, LTD.
                        NEW YORK,NY
                        Priority: N    Delivery Mon.:    Obsolesc. period:
               TRN *20  1990008428
   Value Amount *32 A Date 990225 Code USD Amount 500.000,
   Ordering Cust. *50   EUROPEAN FEDERAL CREDIT BANK
                        HIGH STREET POBOX W528
                        ST.JOHNS ANTIGUA
   Account with  57 D /    / /FW121029672
                        BANK OF THE ORIENT
                        233 SANSOME STR.
                        SAN FRANCISCO, CA 94104
      Beneficiary *59   / 655058220
                        JAMES MAYOCK~
   Details charges  71 A OUR
            Trailer  MAC:9DC247CC
                     CHK:53A5DB925FC2
-----------------------> End of Message    <----------------------
```

8-10-1-268-460-5455.



RECEIVED

FEB 2 - 1999

AB bankas HERMIS

1999 02 25    35

Jogailos g. 9/1  2001 Vilnius
kodas 260101730

Related Payments Appx - 000040

**D003055**

Date 2.25.99

| EUROFED | Advice of Debit | | |
|---|---|---|---|
| | **REFERENCE** | | **AMOUNT** |
| TRANSFER SVC | | | 500,000.00 75.00 |
| **Account Number** 119648 211 | | | **TOTAL** |
| **Currency Code** 001   **Sequence #** 9 | | | 500,075.00 |

M
a
i
l

T
o

GUARDIAN INVESTMENT

We Have Debited Your Account Today As Indicated                Authorized Signature

*Aff. V. IVANOV*

# WIRE TRANSFER INFORMATION:

Account  Number:   655058220

Acount  Name:   "James  Mayock"

Routing/ABA  Number:   121029672

Bank  of  The  Orient
233  Sansome  Street
San  Francisco,  CA   94104
USA

FEB. 24, 99
RECEIVED VERBAL AUTHORIZATION FROM
TAMARA LAZARENKO TO TRANSFER
$500,000.00 TO JAMES MAYOCK.

RECEIVED
FEB 2 4 1999

DOJ_0016551

## EUROFED CREDIT BANK

### ATTN: V. IVANOV

| | |
|---|---|
| **Amount:** | **USD 3'300'000** |
| **Beneficiary:** | **Poncet, Turrettini, Amaudruz, Neyroud & Associes** |
| **Account:** | **CO–646,250.0** |
| **Bank:** | **UBS (Geneva) 5 rue de la Corraterie 1204 Geneva, Switzerland** |
| **Ref:** | **74673** |
| **Details of payment:** | return of the guarantee |

*8333*

*05. 03. 1999 г.     ТЛаф.*

*From Gazolian group.*

Date 2.23.99

**EUROFED**     Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| SVC COP BK | |

| Account Number | 119648 211 | | TOTAL |
|---|---|---|---|
| Currency Code   001 | Sequence #   01 | | 100.00 |

Mail To   GUARDIAN INVESTMENT

We Have Debited Your Account Today As Indicated          Authorized Signature

---

9/3/99  51

Date 5 9 99

**EUROFED**     Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| TRANSFER SVC | 3,300,000.00  75.00 |

| Account Number | 119648 211 | | TOTAL |
|---|---|---|---|
| Currency Code   001 | Sequence #   01 | | 3,300,075.00 |

Mail To   GUARDIAN INVESTMENT

We Have Debited Your Account Today As Indicated          Authorized Signature

---

Related Payments Appx - 000044          **D003059**

**EUROFED CREDIT BANK**

**ATTN: V. IVANOV**

| | |
|---|---|
| **Amount:** | USD 3'000'000 |
| **Intermediary Bank:** | Bankers Trust Company<br>P.O. Box 318, New York, USA<br>S.W.I.F.T.: BKTRUS 33 |
| **Benebank:** | a/c 04-169-575<br>National Bank of Sharjah<br>Sharjah, UAE<br>S.W.I.F.T.: NBSHAEAS |
| **Beneficiary:** | Dr. SERGEI CLINIC<br>a/c 05 91 204975 in<br>National Bank of Sharjah (Dubai branch) |
| **Details of payment:** | investment in cancer research in the<br>oncological clinic |

4560

05. 03. 1998 г.

From Cardian group.



MAR 05 1999

DOJ_0016554

Date _8/26/99_

**EUROFED**   Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| _VISA PMT_ | _23419.46_ |

Account Number _119648  211_

Currency Code _001_   Sequence #

| TOTAL |
|---|
| _23,419.46_ |

M
a
i
l

T
o

_Guardian
Investment
Group_

We Have Debited Your Account Today As Indicated     Authorized Signature

---

Date _9/20/99_  →63

**EUROFED**   Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| _VISA PMT_ | _57,968.09_ |

Account Number _119648  211_

Currency Code _001_   Sequence #   _01_

| TOTAL |
|---|
| _57,968.09_ |

M
a
i
l

T
o

_Guardian
Investment
Group_                    _Ro_

We Have Debited Your Account Today As Indicated     Authorized Signature

---

Related Payments Appx - 000046          **D003061**

**EUROFED**   Advice of Debit

Date _11/28/99_

| REFERENCE | AMOUNT |
|---|---|
| VISA PMT | 490.13 |

Account Number _119648 211_

| | TOTAL |
|---|---|
| Currency Code      Sequence # | 490.13 |

**M a i l   T o**   Guardian

We Have Debited Your Account Today As Indicated            Authorized Signature

---

**EUROFED**   Advice of Debit

Date _11/15/99_

| REFERENCE | AMOUNT |
|---|---|
| VISA PMT | 100,000.00 |

Account Number _119648 211_

| | TOTAL |
|---|---|
| Currency Code  001    Sequence #  09 | 100,000.00 |

**M a i l   T o**   Guardian

We Have Debited Your Account Today As Indicated            Authorized Signature

Date 5/04/99

**EUROFED**   Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| *VISA PMT* | 25,926.53 |
| | **TOTAL** |
| Account Number   *119648  211* | 25,926.53 |
| Currency Code      Sequence # | |

Mail To   *Guardian Investment Group*

Authorized Signature

We Have Debited Your Account Today As Indicated

---

Date 5-5-99

**EUROFED**   Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| *REVERSAL ADJ* | |
| | **TOTAL** |
| Account Number   *119648   211* | 200.00 |
| Currency Code  *001*    Sequence #   *01* | |

Mail To   *GUARDIAN INV.*

Authorized Signature

We Have Debited Your Account Today As Indicated

DOJ_0016557

Date 3.1.99

**EUROFED**   Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| TRANSFER | |

| Account Number :119648 211 | TOTAL |
| Currency Code 001   Sequence # 01 | 15,000,000,00 |

Mail To   GUARDIAN INV.

We Have Debited Your Account Today As Indicated          Authorized Signature

---

7/5/99

Date 3.1.99

**EUROFED**   Advice of Credit

| REFERENCE | AMOUNT |
|---|---|
| TRANSFER | |

| Account Number 119648 211 | TOTAL |
| Currency Code 001   Sequence # 02 | 15,000,000 00 |

Mail To   GUARDIAN INV.

We Have Credited Your Account Today As Indicated          Authorized Signature

Date 3.1.99

**EUROFED**   Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| TRANSFER | |

| Account Number 714648 24 | TOTAL |
|---|---|
| Currency Code 001   Sequence # 01 | 444,328.78 |

Mail To   GUARDIAN INV.

We Have Debited Your Account Today As Indicated

Authorized Signature

---

7/3/99   35 61

Date 5.5.99

**EUROFED**   Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| REVERSAL | |

| Account Number 714648 24 | TOTAL |
|---|---|
| Currency Code 001   Sequence # 01 | 595.00 |

Mail To   GUARDIAN INV.

We Have Debited Your Account Today As Indicated

Authorized Signature

---

Related Payments Appx - 000050   **D003065**

DOJ_0016559

Date _3/19/99_

**EUROFED**    Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| VISA PMT | 23,246.43 |

| | |
|---|---|
| Account Number | 119648  211 |
| Currency Code | Sequence # |

| TOTAL |
|---|
| 23,246.43 |

Mail To: Guardian

We Have Debited Your Account Today As Indicated        Authorized Signature

---

Date _4/9/99_

**EUROFED**    Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| VISA PMT | 25,000.00 |

| | |
|---|---|
| Account Number | 119648  211 |
| Currency Code | Sequence # |

| TOTAL |
|---|
| 25,000.00 |

Mail To: Guardian

We Have Debited Your Account Today As Indicated        Authorized Signature

DOJ_0016560

9/13/99 DL

Date 3.9.95

**EUROFED** Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| TRANSFER<br>SVC | 3,000,000.00<br>75.00 |
| | **TOTAL** |
| Account Number 119648 211<br>Currency Code 001 Sequence # 01 | 3,000,075.00 |

Mail To: GUARDIAN INVESTMENT

We Have Debited Your Account Today As Indicated

Authorized Signature

cbsfops@hungary-c.i, 05:19 PM 6/11/98 , DAILY STATEMENT

Average Collected Balance                    1.80


Total Current Balance           -10,362,530.40
Total Average Collected Balance     442,834.48

Total Accrued Interest               0.00
                              3

Printed for European Federal Credit Bank <eurofed.admin@euro...                    4

DOJ_0016562

**EUROFED**   Advice of Credit

Date 4th June 98

| REFERENCE | AMOUNT |
|---|---|
| CBSF  TRANSFER | 100,000.00 |

Account Number  119648 211
Currency Code  001  Sequence #

| | TOTAL |
|---|---|
| | 100,000.00 |

Mail To

GUARDIAN INVEST
GROUP LTD

We Have Credited Your Account Today As Indicated

Authorized Signature

cbsfops@belarus-c.i, 06:30 PM 6/4/98 +, DAILY STATEMENT

From: cbsfops@belarus-c.it.earthlink.net
Comments: Authenticated sender is <cbsfops@vipmail.earthlink.net>
To: eurofed@candw.ag
Date: Thu, 4 Jun 1998 18:30:15 +0000
Subject: DAILY STATEMENT
X-Confirm-Reading-To: cbsfops@vipmail.earthlink.net
X-pmrqc: 1
Return-receipt-to: cbsfops@vipmail.earthlink.net
Priority: normal

Report of Account Activity

04-Jun-98

EUROPEAN FEDERAL C

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Beginning Balance | 120,114.87 |  |
| 6/4/98 | 1,500.00 | Debit WIRE TO TORONTO DOMINION BANK | | 118,614.87 |
|  |  | TO CR GLADWELL ROBERTSON ACCT 7109356 | | |
| 6/4/98 | 50,000.00 | Debit WIRE TO ANTILLES BANKING CORP | | 68,614.87 |
|  |  | TO CR SUN TROPICAL TRADERS INC. ACCT#23-04-200260 | | |
| 6/4/98 | 24,999.21 | Debit OD TRF TO DDA | 0001754727 | 43,615.66 |
| ✓ 6/4/98 | 11,207.00 | Credit BARCLAYS PLC FR THE WALDORF | | 54,822.66 |
|  |  | CORP TO CR PIL D5000000458 RFB F F C TO PROSPER TRUST 14139 | | |
| 6/4/98 | 10,600,000.00 | Debit INVEST IN FEDERATED INT'L FUND | | -10,545,177.34 |
|  |  | #293 TO FURTHER CREDIT ACCOUNT 1752902 | | |
| ✓ 6/4/98 | 132.00 | Credit BK OF NYC FR JENS POLKO | | -10,545,045.34 |
|  |  | PMNT FOR 120391/CL | | |
| 6/4/98 | 1,000.00 | Debit WIRE TO BANCO INTL DE COSTA | | -10,546,045.34 |
|  |  | TO CR FINANCIERA INTERVEST SA ACCOUNT 102-022-289 | | |

Printed for European Federal Credit Bank <eurofed.admin@euro...                    1

cbsfops@belarus-c.i, 06:30 PM 6/4/98 +, **DAILY STATEMENT**

| | | | |
|---|---|---|---|
| 6/4/98 | 5,000.00 | Credit FAR WEST BK FR ANDREW HATTON- | -10,541,045.34 |
| | | WARD FOR FINAL DEPOST TO PIL | |
| | | ACC 5000000458 FOR CREDIT OF | |
| 6/4/98 | 3,000.00 | Debit  WIRE TO WELLS FARGO BANK TO CR | -10,544,045.34 |
| | | ALEXANDRE KIRICHENKO ACCOUNT | |
| | | 0018630079 | |
| 6/4/98 | 20,000.00 | Debit  WIRE TO ANTIGUA OVERSEAS BANK | -10,564,045.34 |
| | | TO CR EAGEL VISION HOLDINGS | |
| | | ACCOUNT 1506845 | |

1

Report of Account Activity

04-Jun-98

| | | | |
|---|---|---|---|
| 6/4/98 | 800.00 | Debit  WIRE TO FIRST COLUMBIA BANK | -10,564,845.34 |
| | | AND TRUST TO CREDIT SKYTECH | |
| | | SYSTEMS ACCT#0187367 | |
| 6/4/98 | 500.00 | Debit  WIRE TO COMMUNITY BANK TO CR | -10,565,345.34 |
| | | SVETLANA NOVIKOVA ACCOUNT # | |
| | | 5710 20973 | |
| 6/4/98 | 3,500.00 | Debit  WIRE TO KEY BANK TO CREDIT | -10,568,845.34 |
| | | BRAIN AND JENNIFER HUSKEY | |
| | | ACCT#124710213685 | |
| 6/4/98 | 0.00 | Credit ADD INFO FOR INCMG WIRE $5,000 | -10,568,845.34 |
| | | PROSPER TRUST #13063 | |
| 6/4/98 | 0.00 | Credit ADD INFO FOR INCMG WIRE$11,207 | -10,568,845.34 |
| | | REF FOR BNF GDT 1008 | |
| 6/4/98 | 0.00 | Credit ADD INFO FOR WIRE $10,012.23 | -10,568,845.34 |
| | | MR WAYNE BEACH BY FAX PHN 801- | |
| | | 3770655 | |
| 6/4/98 | 4,985.00 | Credit NATIONAL BK OF NEW ZEALAND LTD | -10,563,860.34 |
| | | FR PACIFIC SECURITY ASSOC.TO | |
| | | CR QUANTUM EXECUTIVE CORP | |

Related Payments Appx - 000056          **D003071**

DOJ_0016565

cbsfops@belarus-c.i, 06:30 PM 6/4/98 +, DAILY STATEMENT

---

✓ 6/4/98    5,980.00    Credit HSBC NEW ZEALAND FR TAN C Y TO    -10,557,880.34

CR QUANTUM EXECUTIVE CORPORATI
ON PMNT MADE BY KIEN SIN LY

6/4/98    0.00    Credit ADD INFO FOR INCMG WIRE $9,985    -10,557,880.34

REF FOR BNF T0659J853233

✓ 6/4/98    9,985.00    Credit BKOF NEW ZEALAND FR PHIL BLAKE    -10,547,895.34

FOR FURTHER CR TO PIL 50000004
58 REF PROSPER TRUST 7284

✓ 6/4/98    327.96    Credit UNION LA AKA UBOC FR HERRN    -10,547,567.38

DEM 626.00 AT 1.8253 REF 12039
1 CL REF BNF 96490 0602 9183

2

Report of Account Activity

04-Jun-98
6/4/98    12,500.00    Debit  WIRE TO WESTPAC TRUST TO CR    -10,560,067.38

DS HEENAN ACCT 030931002041300

✓ 6/4/98    108.00    Credit SWISS BK CORP FR HERRN    -10,559,959.38

REF 120391/CL REF FOR BNF
10-00041699.0002

✓ 6/4/98    108.00    Credit RAIFFEISENBANK FR CORNELIA    -10,559,851.38

SCHUERMANN PMNT FOR 120391/CL/
LESS CHARGES

6/4/98    0.00    Credit ADD INFO FOR INCMG WIRE $5,000    -10,559,851.38

JON FOX AND ASSOC REF FOR BNF
110210023202007

✓ 6/4/98    5,000.00    Credit BANCOMER FR JON FOX Y ASOCIADO    -10,554,851.38

S SA TO CR ACCORD INSURANCE CO
LTD D110787 INSURANCE FOR

6/4/98    0.00    Credit ADD INFO FOR INCMG WIRE $5,980    -10,554,851.38

REF FOR BNF TT SVL800243MNY

---

Printed for European Federal Credit Bank <eurofed.admin@euro...    3

cbsfops@belarus-c.i, 06:30 PM 6/4/98 +, DAILY STATEMENT

---

√ 6/4/98   10,012.23   Credit KEY BANK OREGON FR DAVID K      -10,544,839.15

DETURK TO CR ALLIED INTL RESOU
RCES INC D119773 REF:CONTRACT

√ 6/4/98   150.00   Credit VOLKSBANK WOLGAST EG FR HANS-      -10,544,689.15

JUERGEN SZOSTAK PYT FOR 120391
(CL)REF BNF 120ZAVI122623-02

6/4/98   100,000.00   Credit ERA-BANK FR INTERNOVA TDG CO      -10,444,689.15

TO CR GUARDIAN INVEST GROUP LT
D119648 REPYT OF CR.CNTR 04/98

√ 6/4/98   980.00   Credit VESTJYSK BANK A/S FR TONY      -10,443,709.15

FONAGER KRISTENSEN TO CR TONY
F.KRISTENSEN D105976

6/4/98   15,997.50   Credit CENTRAL DURHAM FR W J ESPERSET      -10,427,711.65

H TO CR PIL ACC D5000000458

3

Report of Account Activity

04-Jun-98

Current Balance                -10,427,711.65

Average Collected Balance        640,895.33

Beginning Balance                0.00

6/4/98   24,999.21   Credit OD TRF FROM DDA   0001752902    24,999.21

2

6/4/98   24,999.21   Debit DRAWDOWN FOR VISA INTL BASE II          0.00

SETTLEMENT ACCT D009102439081

Current Balance                0.00

---

Printed for European Federal Credit Bank <eurofed.admin@euro...                    4

cbsfops@belarus-c.i, 06:30 PM 6/4/98 +, DAILY STATEMENT

Average Collected Balance                    0.00


Total Current Balance                   -10,427,711.65
Total Average Collected Balance            640,895.33

Total Accrued Interest                     0.00
                                    4

Printed for European Federal Credit Bank <eurofed.admin@euro...                    5

Related Payments Appx - 000059

D003074

DOJ_0016568

Date 5/29/98

**EUROFED**     Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| VISA PMT | 50.00 |
| Monthly fee on VISA | 8.00 |

| | | | | TOTAL |
|---|---|---|---|---|
| Account Number | 119648 | 5001 | | 58.00 |
| Currency Code | 001 | Sequence # | 01 | |

Mail To: Guardian Inv't

We Have Debited Your Account Today As Indicated

Authorized Signature

---

29/5/98 - 83

Date 5/29/98

**EUROFED**     Advice of Debit

| REFERENCE | AMOUNT |
|---|---|
| VISA  Security Deposit | 150,000.00 |

| | | | | TOTAL |
|---|---|---|---|---|
| Account Number | 119648 | 211 | | 150,000.00 |
| Currency Code | 000 | Sequence # | 01 | |

Mail To: Guardian Inv't Group

We Have Debited Your Account Today As Indicated

Authorized Signature

---

Related Payments Appx - 000060       **D003075**

DOJ_0016569

Date 7th May 78

**EUROFED**   Advice of Credit

| REFERENCE | AMOUNT |
|---|---|
| CBSF TRANSFER | 550,000.00 |

| | | | TOTAL |
|---|---|---|---|
| Account Number | 119648 | 211 | 550,000.00 |
| Currency Code 001 | Sequence # | | |

Mail To: GUARDIAN INVEST GROUP LTD 119648

...e Have Credited Your Account Today As Indicated        Authorized Signature

---

29/5/98  363

Date 5/24/98

**EUROFED**   Advice of Credit

| REFERENCE | AMOUNT |
|---|---|
| # 4210 4400 1000 0541 | 150,000.00 |

| | | | TOTAL |
|---|---|---|---|
| Account Number | 119648 | 208 | 150,000.00 |
| Currency Code 001 | Sequence # | 01 | |

Mail To: Guardian Inv't Group

Have Credited Your Account Today As Indicated        Authorized Signature

---

Related Payments Appx - 000061        **D003076**

GENERAL LEDGER  **EUROPEAN FEDERAL CREDIT BANK**

# DEBIT

*16/10/97 → 3*

14.10.97 _____ 19 ___

CB 8F
_____
(ACCOUNT TITLE)

Account Number | | | 9 | 00001

Posting Description (34 character(s) must be printed)

1 | G|U|A|R|D|I|A|N| |I|N|V|E|S|T|M| . | | |

Department Number | 1 | 0 | 0

2 | | | | | | | | | | | | | | | | | | |

Additional Information _____

| MILL | THOU | HUND | CTS |
|------|------|------|-----|
|      | 300  | 000  | 00  |
|      |      |      |     |
|      |      |      |     |
|      |      |      |     |
|      |      |      |     |
|      |      |      |     |

Offset Acct. No. | | | |    Dept. No. | | |

Entered By _____

Approved By _____

TOTAL

CFCB - 8 - 96 - DR

---

GENERAL LEDGER  **EUROPEAN FEDERAL CREDIT BANK**

# CREDIT

*16/10/97 → 3*

14.10.97 _____ 19 ___

Guardian Invesiment
_____
(ACCOUNT TITLE)

Account Number | | | 1 | 19648

Posting Description (34 character(s) must be printed)

1 | W|i|r|e| |T|R|A|N|S|F|E|R| | | | | | |

Department Number | 2 | 1 | 1

2 | | | | | | | | | | | | | | | | | | |

Additional Information _____

| MILL | THOU | HUND | CTS |
|------|------|------|-----|
|      | 300  | 000  | 00  |
|      |      |      |     |
|      |      |      |     |
|      |      |      |     |
|      |      |      |     |
|      |      |      |     |

Offset Acct. No. | | | |    Dept. No. | | |

Entered By _____

Approved By _____

TOTAL

CFCB - 8 - 96 - CR

Report of Account Activity

15-Oct-97

EUROPEAN FEDERAL C

|  |  | Beginning Balance |
|---|---|---|
|  | 200,377.55 |  |
| 10/14/9 | 300,000.00 | Credit REPUBLIC NYF FR INTERNOVA TDG |
|  | 500,377.55 |  |

                               CO TO CR GUARDIAN INVEST D1196
                               48 REPMNT OF CREDIT CNTR 15-97

|  |  | Current Balance |
|---|---|---|
|  | 500,377.55 |  |
|  |  | Average Collected Balance |
|  | 253,948.98 |  |

1

Page 1

Related Payments Appx - 000063        **D003078**

GENERAL LEDGER   **EUROPEAN FEDERAL CREDIT BANK**          23/1/97 ɔ,

# DEBIT    Commercial Bank of San Francisco   22 Sep.   19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)          Account Number | | | | 9 | 0 0 0 0 1

1 | G U A R D I A N | | I N V . | G R O U P |          Department Number | 1 0 0

2 |

Additional Information

| | MILL | THOU | HUND | CTS |
|---|---|---|---|---|
| | | 400 | 000 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☑ Offset Acct. No. | | | |     Dept. No. | | |

Entered By

Approved By

CFCB - 8 - 96 - DR     TOTAL

---

GENERAL LEDGER   **EUROPEAN FEDERAL CREDIT BANK**          23/9/97 ɔ,

# CREDIT    Guardian Inv. Group   22 Sep.   19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)          Account Number | | | | 1 | 1 9 6 4 8

1 | W I R E | T R A N S F E R | | |          Department Number | 2 1 1

2 |

Additional Information

| | MILL | THOU | HUND | CTS |
|---|---|---|---|---|
| | | 400 | 000 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Offset Acct. No. | | | |     Dept. No. | | |

Entered By

Approved By

CFCB - 8 - 96 - CR     TOTAL

Related Payments Appx - 000064          **D003079**

DOJ_0016573

cbsfops@hungary-c.i, 05:02 PM 9/22/97 , DAILY STATEMENT

```
Return-Path: <cbsfops@hungary-c.it.earthlink.net>
From: cbsfops@hungary-c.it.earthlink.net
Comments: Authenticated sender is <cbsfops@vipmail.earthlink.net>
To: eurofed@candw.ag
Date: Mon, 22 Sep 1997 17:02:42 +0000
Subject: DAILY STATEMENT
X-Confirm-Reading-To: cbsfops@vipmail.earthlink.net
X-pmrqc: 1
Return-receipt-to: cbsfops@vipmail.earthlink.net
Priority: normal
```

Report of Account Activity

22-Sep-97

EUROPEAN FEDERAL C

|         |            |                                         |            |
|---------|-----------|-----------------------------------------|------------|
|         |            | Beginning Balance                       | 208,762.09 |
| 9/22/97 | 400,000.00 | Credit FR REPUBLIC NYC FR INTERNOVA     | 608,762.09 |
|         |            | TRADING CO TO CR GUARDIAN INVESTMENTS GROUP LTD | |
| 9/22/97 | 0.00       | Credit ADD INFO INCO WIRE $400,000.00   | 608,762.09 |
|         |            | REPAYMENT OF CREDIT CNTR.15-97          |            |
|         |            | Current Balance                         | 608,762.09 |
|         |            | Average Collected Balance               | 206,477.43 |

1

Related Payments Appx - 000065          **D003080**

GENERAL LEDGER      **EUROPEAN FEDERAL CREDIT BANK**

# DEBIT

_Commercial Bank of SF_

14 Aug _____ 19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)

Account Number [ ][ ][ 9 ][ 0 ][ 0 0 0 1 ]

1 | G U A R D I A N | | I N V . | G R O U P |

Department Number [ 1 ][ 0 0 ]

2

Additional Information _____

| MILL | THOU | HUND | CTS |
|------|------|------|-----|
| 1 | 700 | 000 | 00 |
| | | | |
| | | | |
| | | | |
| | | | |

Offset Acct. No. [ ][ ][ ][ ]      Dept. No. [ ][ ][ ]

Entered By

Approved By

TOTAL

CFCB - 8 - 96 - DR

---

GENERAL LEDGER      **EUROPEAN FEDERAL CREDIT BANK**

# CREDIT

_Guardian Inv. Group_

14 Aug _____ 19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)

Account Number [ ][ ][ 1 ][ 1 9 6 4 8 ]

1 | W i r e | T R A N S F E R | | |

Department Number [ 2 ][ 1 1 ]

2

Additional Information _____

| MILL | THOU | HUND | CTS |
|------|------|------|-----|
| 1 | 700 | 000 | 00 |
| | | | |
| | | | |
| | | | |
| | | | |

Offset Acct. No. [ ][ ][ ][ ]      Dept. No. [ ][ ][ ]

Entered By

Approved By

TOTAL

CFCB - 8 - 96 - CR

---

Related Payments Appx - 000066      **D003081**

**cbsf3@vhost.systemv, 10:15 AM 8/15/97 , DAILY STATEMENT**

```
Return-Path: <cbsf3@vhost.systemv.com>
From: cbsf3@vhost.systemv.com
Comments: Authenticated sender is <cbsf3@vhost.systemv.com>
To: eurofed@candw.ag
Date: Fri, 15 Aug 1997 10:15:02 +0000
Subject: DAILY STATEMENT
X-Confirm-Reading-To: cbsf3@vhost.systemv.com
X-Pmrqc: 1
Return-Receipt-To: cbsf3@vhost.systemv.com
Priority: normal
```

Report of Account Activity

15-Aug-97

EUROPEAN FEDERAL C

|  |  |  |  |
|---|---|---|---|
|  |  | Beginning Balance | 157,520.87 |
| 8/14/97 | 1,700,000.00 | Credit FR INTWRNATIONAL TDG CO TO CR. | 1,857,520.87 |
|  |  | GUARDIAN INVES GROUP LTD D1196 48 REPAYMENT OF CR CNTR 15-97 |  |
|  |  | Current Balance | 1,857,520.87 |
|  |  | Average Collected Balance | 8,342,136.25 |

1

Related Payments Appx - 000067          **D003082**

DOJ_0016576

GENERAL LEDGER     **EUROPEAN FEDERAL CREDIT BANK**

# DEBIT

SVC ON Cup. Acc. - Corp                    7 Aug        19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)        Account Number [ ] [ ] [ ] [4] [6] [1] [1]

1 | G | U | A | R | D | I | A | N | - | W | R | O | N | G |   |   |   |

2 | P | O | S | T | e | D |   | e | N | T | R | y |   |   |   |   |   |

Department Number [2] [1] [1]

Additional Information _____

| | MILL | THOU | HUND | CTS |
|---|---|---|---|---|
| | | | 10 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Offset Acct. No. [ ] [ ] [ ]     Dept. No. [ ] [ ]        TOTAL

Entered By

~ed By

CFCB - 8 - 96 - DR

---

GENERAL LEDGER     **EUROPEAN FEDERAL CREDIT BANK**

# CREDIT

Guardian Inv. Group                    7 Aug        19 97

(ACCOUNT TITLE)

osting Description (34 character(s) must be printed)        Account Number [ ] [ ] [1] [1] [9] [6] [4] [8]

1 | W | R | O | N | G |   | P | O | S | T | e | D |   |   |   |   |   |

2 | E | N | T | R | y |   |   |   |   |   |   |   |   |   |   |   |   |

Department Number [2] [1] [1]

Additional Information _____

| | MILL | THOU | HUND | CTS |
|---|---|---|---|---|
| | | | 10 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Offset Acct. No. [ ] [ ] [ ]     Dept. No. [ ] [ ]        TOTAL

Entered By

Approved By

CFCB - 8 - 96 - CR

Related Payments Appx - 000068

**D003083**

GENERAL LEDGER   **EUROPEAN FEDERAL CREDIT BANK**

# DEBIT

Commercial Bk of SF — 1 Aug. — 19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)

1 | G | U | A | R | D | I | A | N | | I | N | V | . | | | |
2 | | | | | | | | | | | | | | | | |

Account Number: [ ][ ][ ] 9 0 0 0 0 1

Department Number 1 0 0

Additional Information

| MILL | THOU | HUND | CTS |
|------|------|------|-----|
| | 394 | 773 | 39 |
| | | | |
| | | | |
| | | | |
| | | | |

Offset Acct. No. [ ][ ][ ]     Dept. No. [ ][ ]

TOTAL

Entered By

Approved By

CFCB - 8 - 96 - DR

---

GENERAL LEDGER   **EUROPEAN FEDERAL CREDIT BANK**

# CREDIT

Guardian Inv. Group — 1 Aug. — 19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)

1 | W | i | r | e | | T | R | A | N | S | F | E | R | | | |
2 | | | | | | | | | | | | | | | | |

Account Number: [ ][ ][ ] 1 1 9 6 9 8

Department Number 2 1 1

Additional Information

| MILL | THOU | HUND | CTS |
|------|------|------|-----|
| | 394 | 773 | 39 |
| | | | |
| | | | |
| | | | |
| | | | |

Offset Acct. No. [ ][ ][ ]     Dept. No. [ ][ ]

TOTAL

Entered By

Approved By

CFCB - 8 - 96 - CR

---

Related Payments Appx - 000069          **D003084**

Att00000

Report of Account Activity

01-Aug-97

EUROPEAN FEDERAL C

|  |  | Beginning Balance |
|---|---|---|
| 153,780.22 |  |  |
| 7/31/97 | 131,039.52 | Credit FR MAXIMAX TO CREDIT GUARDIAN |
| 284,819.74 |  | INVESTMENT GROUP LTD D119648 |
| 7/31/97 | 177,942.74 | Credit FR MAXIMAX TO CREDIT |
| 462,762.48 |  | GUARDIAN INVESTMENT GROUP LTD D119648 |
| 8/1/97 | 13,999,985.00 | Credit FR ONE OF OUR CLIENTS |
| 14,462,747.48 |  | REF FOR BNF 00048434701AR |
| 8/1/97 | 394,773.39 | Credit FR MAXIMAX F/O ACC NR 119648 |
| 14,857,520.87 |  | GUARDIAN INVESTMENT GROUP LTD |

Current Balance

14,857,520.87

Average Collected Balance

14,857,520.87

1

Related Payments Appx - 000070         **D003085**

DOJ_0016579

GENERAL LEDGER   **EUROPEAN FEDERAL CREDIT BANK**

# DEBIT

Commercial Bank of SF          31 July          19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)

Account Number: [ ][ ][ ] [9] [0][0][0][1]

| 1 | G | U | A | R | D | I | A | N | | I | N | V | E | S | T | M | . | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | |

Department Number: [1][0][0]

Additional Information

| | MILL | THOU | HUND | CTS |
|---|---|---|---|---|
| | | 177 | 942 | 74 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Offset Acct. No. [ ][ ][ ][ ]     Dept. No. [ ][ ][ ]

TOTAL

Entered By

Approved By

CFCB - 8 - 96 - DR

---

GENERAL LEDGER   **EUROPEAN FEDERAL CREDIT BANK**

# CREDIT

Guardian Investment Group    31 July     19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)

Account Number: [ ][ ][ ] [1] [1][9][6][4][8]

| 1 | W | i | r | e | | T | R | A | N | S | F | E | R | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | |

Department Number: [2][1][1]

Additional Information

| | MILL | THOU | HUND | CTS |
|---|---|---|---|---|
| | | 177 | 942 | 74 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Offset Acct. No. [ ][ ][ ][ ]     Dept. No. [ ][ ][ ]

TOTAL

Entered By

Approved By

CFCB - 8 - 96 - CR

Act00060

Report of Account Activity


31-Jul-97

EUROPEAN FEDERAL C

|  | | Beginning Balance |
| 153,780.22 | | |
| 7/31/97 | 177,942.74 | Credit FR MAXIMAX TO CREDIT |
| 331,722.96 | | |
| | | GUARDIAN INVESTMENT GROUP LTD D119648 |
| 7/31/97 | 131,039.52 | Credit FR MAXIMAX TO CREDIT GUARDIAN |
| 462,762.48 | | |
| | | INVESTMENT GROUP LTD D119648 |
| | | Current Balance |
| 462,762.48 | | |
| | | Average Collected Balance |
| 685,796.22 | | |

1

Page 1

**D003087**

DOJ_0016581

GENERAL LEDGER  **EUROPEAN FEDERAL CREDIT BANK**

# DEBIT

Comercial Bk of SF                                    31 July        19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)          Account Number | | | | 9 | 0 | 0 | 0 | 0 | 1 |

1 | G | U | A | R | D | i | A | N | | i | N | V | O | S | T | | | | |

2 | | | | | | | | | | | | | | | | | | | |                Department Number | 1 | 0 | 0 |

Additional Information

| | MILL | THOU | HUND | CTS |
|---|---|---|---|---|
| | | 131 | 039 | 52 |
| | | | | |
| | | | | |
| | | | | |

Offset Acct. No. | | | |     Dept. No. | | |

Entered By

Approved By

TOTAL

CFCB - 8 - 96 - DR

---

GENERAL LEDGER  **EUROPEAN FEDERAL CREDIT BANK**

# CREDIT

GuARDIAN INVESTMENT                                31 July        19 97

(ACCOUNT TITLE)

Posting Description (34 character(s) must be printed)          Account Number | | | | 1 | 1 | 9 | 6 | 4 | 8 |

1 | W | i | R | e | | T | R | A | N | S | f | e | R | | | | | | |

2 | | | | | | | | | | | | | | | | | | | |                Department Number | 2 | 1 | 1 |

Additional Information

| | MILL | THOU | HUND | CTS |
|---|---|---|---|---|
| | | 131 | 039 | 52 |
| | | | | |
| | | | | |
| | | | | |

Offset Acct. No. | | | |     Dept. No. | | |

Entered By

Approved By

TOTAL

CFCB - 8 - 96 - CR

DOJ_0016582

Report of Account Activity

31-Jul-97

EUROPEAN FEDERAL C

|  | Beginning Balance |
| --- | --- |
| 153,780.22 | |
| 7/31/97   177,942.74 | Credit FR MAXIMAX TO CREDIT |
| 331,722.96 | |
| | GUARDIAN INVESTMENT GROUP LTD D119648 |
| 7/31/97   131,039.52 | Credit FR MAXIMAX TO CREDIT GUARDIAN |
| 462,762.48 | |
| | INVESTMENT GROUP LTD D119648 |
| | Current Balance |
| 462,762.48 | |
| | Average Collected Balance |
| 685,796.22 | |

1

**D003089**

Related Payments Appx - 000074

DOJ_0016583

Statement Clos  ate : 11/09/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ...... : Main Branch
Currency .... : US DOLLARS
Type ........ : Time Deposits - Corporate
Account number : 119648/222/001/001/02

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 10/01/97 | 10/01/97 | TD-Opening 1196482110010010101 | | 400,000.00 | 400,000.00 |
| 10/01/98 | 10/01/98 | TD-Closing 1196482110010010101 | 400,000.00 | | |

*** End of statement ***

Balance Forward

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page : 1

Related Payments Appx - 000075

**D003090**

DOJ_0016584

Statement Closing Date : 11/09/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch .......... : Main Branch
Currency ......... : US DOLLARS
Type ............. : Time Deposits - Corporate
Account number ... : 119648/222/001/001/03

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 11/26/97 | 11/01/97 | TD 119648211001001101 | | 300,000.00 | 300,000.00 |
| 10/27/98 | 10/27/98 | TD-Closing 119648211001001101 | 300,000.00 | | |
| 10/27/98 | 10/27/98 | TD-Autom. Renewal 119648211001001101 | | 315,090.41 | 315,090.41 |
| 03/08/99 | 10/27/98 | TD-Cancellation 119648211001001101 | 315,090.41 | | |

*** End of Statement ***

Balance Forward

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page :   1

D003091

DOJ_0016585

Statement Closing Date : 11/09/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ....... : Main Branch
Currency ...... : US DOLLARS
Type ......... : Time Deposits - Corporate
Account number : 119648/222/001/001/04

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 07/31/98 | 08/01/98 | TD-Opening 119648211001001101 | | 18,000,000.00 | 18,000,000.00 |
| 03/08/99 | 08/01/98 | TD-Withdrawal 119648211001001101 | 3,000,000.00 | | 15,000,000.00 |
| 05/07/99 | 03/01/99 | TD-Closing 119648211001001101 | 15,000,000.00 | | |
| | | *** End of statement. *** | | | |

Balance Forward

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page :   1

Related Payments Appx - 000077

**D003092**

DOJ_0016586

Statement Closing Date : 11/09/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ........ : Main Branch
Currency ....... : US DOLLARS
Type .......... : Time Deposits - Corporate
Account number : 119648/222/M01/001/05

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 11/11/98 | 09/01/98 | TD-Opening 119648211001001001 | | 3,630,000.00 | 3,630,000.00 |
| 02/26/99 | 09/01/98 | TD-Cancellation 119648211001001001 | 3,630,000.00 | | |
| | | *** End of statement *** | | | |

Balance Forward

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page : 1

DOJ_0016587

Statement Closing Date : 11/09/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch . . . . . . : Main Branch
Currency . . . . . : US DOLLARS
Type . . . . . . . : Time Deposits - Corporate
Account number : 119648/222/001/001/06

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| 02/26/99 | 09/01/98 | Balance Forward | | | |
| | | TD-Opening | | 2,700,000.00 | 2,700,000.00 |
| | | 11964821100100101 | | | |
| 03/08/99 | 09/01/98 | TD-Cancellation | 2,700,000.00 | | |
| | | 11964821100100101 | | | |
| | | *** End of statement *** | | | |

Balance Forward

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page :   1

Related Payments Appx - 000079          **D003094**

DOJ_0016588

St....ment Closing Date : 11/09/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ....... : Main Branch
Currency ..... : US DOLLARS
Type ......... : Time Deposits - Corporate
Account number : 119648/222/001/001/07

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 05/07/99 | 08/01/98 | TD-Opening 1196482100100101 | | 15,000,000.00 | 15,000,000.00 |
| 05/07/99 | 08/01/98 | TD-Cancellation 1196482120010010 | 15,000,000.00 | | |
| | | *** End of statement *** | | | |

Balance Forward

Mail to :
   GUARDIAN INVESTMENT GROUP LTD
   HIGH STREET
   ST.JOHN'S
   Antigua & Barbuda

Related Payments Appx - 000080

**D003095**

DOJ_0016589

Statement Closing Date : 11/12/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ....... : Main Branch
Currency ..... : US DOLLARS
Type ......... : Current A/C-NIB Corporate
Account number : 119648/211/001/001/01

| Date | Value Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 02/26/99 | 02/23/99 | SVC Cor Bk | 100.00 | | 3,128,092.53 |
| 02/26/99 | 05/01/98 | TD-Opening 1196482220010 0105 | 2,700,000.00 | | 428,092.53 |
| 03/08/99 | 08/01/98 | TD-Withdrawal | | 3,000,000.00 | 3,428,092.53 |
| 03/08/99 | 09/01/98 | TD-Cancellation 1196482220010 0104 | 2,700,000.00 | | 6,128,092.53 |
| 03/08/99 | 10/27/98 | TD-Cancellation 1196482220010 0106 | 315,090.41 | | 6,443,182.94 |
| 03/09/99 | 03/09/99 | TD-Cancellation 1196482220010 0103 | 3,300,075.00 | | 3,143,107.94 |
| 03/09/99 | 03/09/99 | Transfer / SVC | 3,000,075.00 | | 143,032.94 |
| 03/23/99 | 03/19/99 | Transfer / SVC | 23,246.43 | | 119,786.51 |
| 04/09/99 | 04/09/99 | Visa Pmt | 25,000.00 | | 94,786.51 |
| 04/20/99 | 04/20/99 | Visa Pmt Guardian | 13,162.24 | | 81,624.27 |
| 05/07/99 | 03/01/99 | Visa Pmt | | 15,000,000.00 | 15,081,624.27 |
| 05/07/99 | 03/01/99 | TD-Closing 1196482220010 0104 | | 444,328.78 | 15,525,953.05 |
| 05/05/99 | 05/05/99 | TD-Int.Payment 1196482220010 0104 | | 795.00 | 15,526,748.05 |
| 05/07/99 | 08/01/98 | Transfer | 15,000,000.00 | | 526,748.05 |
| 05/07/99 | 08/01/98 | TD-Opening 1196482220010 0107 | | 15,000,000.00 | 15,526,748.05 |
| 05/07/99 | 05/05/99 | TD-Cancellation 1196482220010 0107 | 595.00 | | 15,526,153.05 |
| 05/07/99 | 03/01/99 | Reversal | 444,328.78 | | 15,081,824.27 |
| 05/07/99 | 03/01/99 | Transfer | 15,000,000.00 | | 81,824.27 |
| 05/18/99 | 05/05/99 | Reversal Adj | 200.00 | | 81,624.27 |
| 05/22/99 | 05/24/99 | Visa Pmt | 25,926.53 | | 55,697.74 |
| 07/16/99 | 07/15/99 | Visa Pmt | 100,000.00 | | 44,302.26- |
| 07/29/99 | 07/28/99 | Visa Pmt | 490.13 | | 44,792.39- |
| 08/27/99 | 08/26/99 | Visa Pmt | 23,419.46 | | 68,211.85- |
| 09/24/99 | 09/22/99 | Visa Pmt | 57,968.04 | | 126,179.89- |

Balance Forward                                                                126,179.89-

Page :   4

Statement Closing Date : 11/12/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ...... : Main Branch
Currency ..... : US DOLLARS
Type ........ : Current A/C-N1$ Corporate
Account number : 119648/211/001/001/01

| Date | Value Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | | Balance Forward | | | 752,059.66 |
| 08/28/98 | 08/27/98 | Visa Pmt. | 19,590.46 | | 732,469.20 |
| 09/01/98 | 09/01/98 | TD-Closing | | 2,400,000.00 | 3,132,469.20 |
| | | 119648222001001101 | | | |
| 09/01/98 | 09/01/98 | TD-Int Payment | | 122,400.00 | 3,254,869.20 |
| | | 119648222001001101 | | | |
| 09/28/98 | 09/28/98 | Visa Pmt. | 37,339.96 | | 3,217,529.24 |
| 10/01/98 | 10/01/98 | TD-Closing | | 400,000.00 | 3,617,529.24 |
| | | 119648222001001102 | | | |
| 10/01/98 | 10/01/98 | TD-Int Payment | | 20,400.00 | 3,537,929.24 |
| | | 119648222001001102 | | | |
| 10/22/98 | 10/21/98 | Visa Pmt | 3,399.37 | | 3,634,539.87 |
| 10/27/98 | 10/27/98 | TD-Closing | | 300,000.00 | 3,934,539.87 |
| | | 119648222001001103 | | | |
| 10/27/98 | 10/27/98 | TD-Int Payment | | 15,090.41 | 3,949,630.28 |
| | | 119648222001001103 | | | |
| 10/27/98 | 10/27/98 | TD-Auto. Renewal | 315,090.41 | | 3,634,539.87 |
| | | 119648222001001103 | | | |
| 11/11/98 | 09/01/98 | TD-Opening | 3,630,000.00 | | 4,539.87 |
| | | 119648222001001105 | | | |
| 11/30/98 | 11/30/98 | Visa Pmt Nov | | 81.88 | 4,457.99 |
| 12/22/98 | 12/22/98 | Visa Pmt Mthly Visa | | 81.88 | 4,376.11 |
| | | SVC 2 Cards | | | |
| 02/10/99 | 12/10/98 | Loan to Selective A | 3,600,000.00 | | 3,595,623.89- |
| | | ssets | | | |
| 02/23/99 | 02/23/99 | Reverse Entry | | 3,600,000.00 | 4,376.11 |
| 02/23/99 | 02/23/99 | Reverse Entry | | 35,210.00 | 39,586.11 |
| 02/23/99 | 02/23/99 | Int on Loan | 35,210.00 | | 4,376.11 |
| 02/23/99 | 02/23/99 | Transfer / SVC | 500,075.00 | | 495,698.89- |
| 02/24/99 | 02/24/99 | Amt Wire | | 500,000.00 | 4,301.11 |
| 02/24/99 | 02/24/99 | Visa Pmt | 6,033.58 | | 1,732.47- |
| 02/25/99 | 02/25/99 | Transfer / SVC | 500,075.00 | | 501,807.47- |
| 02/26/99 | 09/01/98 | TD-Cancellation | | 3,630,000.00 | 3,128,192.53 |
| | | Balance Forward | | | 3,128,192.53 |

Page : 3

DOJ_0016591

Statement Closing Date : 11/12/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ........ : Main Branch
Currency ...... : US DOLLARS
Type .......... : Time Deposits - Corporate
Account number : 119648/222/001/001/0/

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 05/07/99 | 08/01/98 | TD-Opening | | 15,000,000.00 | 15,000,000.00 |
| | | 119648100100101 | | | |
| 05/07/99 | 08/01/98 | TD-Cancellation | 15,000,000.00 | | |
| | | 119648100100101 | | | |

*** End of statement ***

-------------------------------

Balance Forward
-------------------------------

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

DOJ_0016592

Statement Closing Date : 11/12/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ........ : Main Branch
Currency ...... : US DOLLARS
Type .......... : Current A/C-ATB Visa
Account number : 11948B/295/C01/001/01

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | 150,000.00 |
| 05/29/98 | 05/29/98 | #42104401000541 | | 150,000.00 | 150,000.00 |
| | | *** End of statement *** | | | |

Balance Forward                     150,000.00

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page :   1

Related Payments Appx - 000084

Statement Closing Date : 11/12/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ...... : Main Branch
Currency ..... : US DOLLARS
Type ........ : Time Deposits - Corporate
Account number : 119648/2222/001/001/06

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 02/26/99 | 09/01/98 | TD-Opening 119648211O0100101 | | 2,700,000.00 | 2,700,000.00 |
| 03/08/99 | 09/01/98 | TD-Cancellation 119648211O0100101 | 2,700,000.00 | | |
| | | *** End of statement *** | | | |

Balance Forward

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page :   1

**Related Payments Appx - 000085**

DOJ_0016594

Statement Closing Date : 11/12/99
Customer ID : 119548

GUARDIAN INVESTMENT GROUP LTD

Branch ........ : Main Branch
Currency ...... : US DOLLARS
Type .......... : Time Deposits - Corporate
Account number : 119548/222/001/001/05

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 11/11/98 | 09/01/98 | TD-Opening 119548211001001101 | | 3,630,000.00 | 3,630,000.00 |
| 02/26/99 | 09/01/98 | TD-Cancellation 119548211001001101 | 3,630,000.00 | | |
| | | *** End of statement *** | | | |

Balance Forward

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page :    1

Related Payments Appx - 000086

Statement Closing Date : 11/12/99
Customer ID : 119548

GUARDIAN INVESTMENT GROUP LTD

Branch ....... : Main Branch
Currency ..... : US DOLLARS
Type ......... : Time Deposits - Corporate
Account number : 11948/222/001/001/04

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 07/31/98 | 08/01/98 | TD-Opening 11964821100100101 | | 18,000,000.00 | 18,000,000.00 |
| 03/08/99 | 08/01/98 | TD-Withdrawal 11964821100100101 | 3,000,000.00 | | 15,000,000.00 |
| 03/01/99 | 03/01/99 | TD-Closing 11964821100100101 | 15,000,000.00 | | |

*** End of statement ***

----------------------------------------

Balance Forward

----------------------------------------

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page : 1

Related Payments Appx - 000087

DOJ_0016596

Statement Closing Date : 11/12/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ........ : Main Branch
Currency ...... : US DOLLARS
Type .......... : Time Deposits - Corporate
Account number : 119648/222/501/001/03

| Date | Value Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/26/97 | 11/01/97 | Balance Forward TD 119648211010010101 | | | 300,000.00 |
| | | | | 300,000.00 | 300,000.00 |
| 10/27/98 | 10/27/98 | TD-Closing 119648211010010101 | 300,000.00 | | |
| 10/27/98 | 10/27/98 | TD-Auton. Renewal 119648110010010101 | | 315,090.41 | 315,090.41 |
| 03/08/99 | 10/27/98 | TD-Cancellation 119648211010010101 | 315,090.41 | | |

*** End of statement ***

Balance Forward

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page : 1

DOJ_0016597

Statement Closing Date : 11/12/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ....... : Main Branch
Currency ...... : US DOLLARS
Type .......... : Time Deposits - Corporate
Account Number : 119648/222/001/001/02

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 10/01/97 | 10/01/97 | TD-Opening 1964B2110100100101 | | 400,000.00 | 400,000.00 |
| 10/01/98 | 10/01/98 | TD-Closing 119648211001000101 | 400,000.00 | | |
| | | *** End of statement *** | | | |

----------------------------------------
                    Balance Forward
----------------------------------------

Mail to : GUARDIAN INVESTMENT GROUP LTD
          HIGH STREET
          ST.JOHN'S
          Antigua & Barbuda

Page :  1

Related Payments Appx - 000089

DOJ_0016598

...tement Closing Date : 11/12/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ........ : Main Branch
Currency ....... : US DOLLARS
Type .......... : Time Deposits - Corporate
Account number : 119648/222/001/001/01

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | |
| 09/12/97 | 09/01/97 | TD-Opening 119648211001001O1 | | 2,400,000.00 | 2,400,000.00 |
| 09/01/98 | 09/01/98 | TD-Closing 119648211001001O1 | 2,400,000.00 | | |
| | | *** End of statement *** | | | |

Balance Forward

Mail to :
  GUARDIAN INVESTMENT GROUP LTD
  HIGH STREET
  ST.JOHN'S
  Antigua & Barbuda

Page : 1

Related Payments Appx - 000090

DOJ_0016599

Statement Closing Date : 11/12/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ........ : Main Branch
Currency ....... : US DOLLARS
Type .......... : Current A/C-MIB Corporate
Account number : 119648/211/001/001/02

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | 15,000,000.00 |
| 05/07/99 | 03/01/99 | Transfer | 15,000,000.00 | | 15,000,000.00 |
| | | *** End of Statement *** | | | |

Balance Forward                              15,000,000.00

Mail to :
GUARDIAN INVESTMENT GROUP LTD
HIGH STREET
ST.JOHN'S
Antigua & Barbuda

Page :    1

Related Payments Appx - 000091

DOJ_0016600

Statement Closing Date : 11/12/99
Customer ID : 119648

GUARDIAN INVESTMENT GROUP LTD

Branch ......... : Main Branch
Currency ...... : US DOLLARS
Type .......... : Current A/C-NIB Corporate
Account number : 119648/211/001/001/01

| Date | Value Date | Description | Debit | Credit | Balance |
|------|-----------|-------------|-------|--------|---------|
| | | Balance Forward | | | 126,179.89- |
| 10/29/99 | 10/25/99 | Visa Pmt | 53,511.28 | | 179,691.17- |
| | | *** End of statement *** | | | |

| | | | |
|--|--|--|--|
| | Balance Forward | | 179,691.17- |

Page : 1

Related Payments Appx - 000092

3. GHP CORPORATION

**C008123**

Related Payments Appx - 000093



**CREDIT SUISSE**

CREDIT SUISSE

Rue de Lausanne 17
Case Postale 100
1211 Genève 70

| | |
|---|---|
| Téléphone | 022 393 21 11 |
| Téléfax | 022 393 27 28 |
| Télex | 428 251 |
| SWIFT | CRESCHZZ12A |
| CCP | 12-35-2 |

Service juridique
Léonard Possa



RECOMMANDE
Monsieur
Laurent KASPER-ANSERMET
Juge d'instruction
Case Postale 3344
1211 GENEVE 3

393 22 83                                29 avril 1998          POGS3/cm

**Procédure No P/2489/1998 dirigée contre le nommé Petro KYRYTSCHENKO**

Monsieur le Juge,

Nous nous référons à votre ordonnance du 22 courant ainsi qu'à l'entretien téléphonique
que le soussigné de droite a eu avec vous-même le 24 avril, et ensuite de votre requête
expresse.

Après avoir conduit toutes investigations utiles, nous sommes en mesure de vous com-
muniquer les informations et documents suivants :

1.      PADDOX INDUSTRIES LTD

        Vous trouverez copie des documents d'ouverture de la relation nouée par cette
        entité avec le Crédit Suisse en juillet 1996 (sous fourre No 1.1) ainsi que le relevé
        du compte US$ 875709-72 de son ouverture au 23 avril 1998, compte présentant
        un solde créancier de US$ 64'227.62 que nous avons bloqué conformément à vo-
        tre ordonnance (sous fourre No 1.2).

2.      21383 ORPHIN

        La relation dont s'agit a été nouée par M. Petr KIRITCHENKO en janvier 1994 au-
        près de la Banque Populaire Suisse, devenue CREDIT SUISSE le 1er janvier
        1997.

        Nous vous remettons les documents d'ouverture de cette relation (sous fourre No
        2.1) et le relevé du compte US$ du 2 septembre 1994 au 22 avril 1998 (sous
        fourre No 2.2). Au crédit de ce compte No 401604-12 sont comptabilisés US$
        21'908.96 qui ont été bloqués suite à votre ordonnance.

DOJ_0021773



**CREDIT SUISSE**

3.    GHP CORPORATION

L'entité susmentionnée, dont P. KIRITCHENKO a été désigné ayant-droit écono-
mique, a noué relation avec la Banque Populaire Suisse en juillet 1996.

Sous fourre No 3.1 vous sont remises copies des documents d'ouverture de
compte et, sous fourre No 3.2, d'une part le relevé du compte US$ 823896-22 de
son ouverture au 22 courant et, d'autre part, un relevé du dépôt-titres No 0518-
823896-25.

Le solde du compte US$ (US$ 1'451.84) et les titres sous dépôt (US$ 173'969.--
au 23 courant) ont été bloqués conformément à votre ordonnance.

4.    EUROPEAN FEDERAL CREDIT BANK LTD

Cette entité, dont P. KIRITCHENKO est l'un des trois ayants-droit économiques, a
noué relation avec le CREDIT SUISSE en septembre 1997.

Vous trouverez sous fourre No 4.1 les documents d'ouverture de compte de EU-
ROPEAN FEDERAL CREDIT BANK LTD et sous fourre No 4.2 le relevé du
compte US$ 562927-62 de son ouverture au 22 courant, compte présentant un
solde créancier de US$ 4'822'598.45 que nous avons bloqué conformément à vo-
tre saisie conservatoire, étant précisé que nous avons été en mesure de stopper
un transfert de US$ 4'500'000.-- en date du 23 avril.

Tout en demeurant à votre disposition, nous vous prions de croire, Monsieur le Juge, à
l'expression de nos sentiments distingués.

CREDIT SUISSE

Nicolas Billé

Léonard Possa

4 fourres

RÉPUBLIQUE ET CANTON DE GENÈVE



**POUVOIR JUDICIAIRE**

CABINET DU JUGE
D'INSTRUCTION
Correspondance :
Case postale 3344
1211  Genève  3
Tél.  319.26.11

*Prière d'adresser toute correspondance
au Juge soussigné personnellement*

*COPIE*

Genève, le 22 avril 1998
1, Place du Bourg-de-Four

RECOMMANDE
CREDIT SUISSE
Service juridique
17, rue de Lausanne
Case postale
1211 **GENEVE** 70

<u>Concerne</u> : Procédure n° P/2489/1998 dirigée ccontre le nommé
Petro KYRYTSCHENKO, né le 5 février 1952,
ressortissant ukrainien

Madame, Monsieur,

Je suis en charge de la procédure pénale visée en marge, ouverte par
Monsieur le Procureur général en date du 9 mars 1998 du chef de
blanchissage d'argent et de défaut de vigilance en matière
d'opérations financières (art. 305 bis et ter CP).

Dans l'intérêt de mon enquête, je vous invite à me faire tenir copie
des documents d'ouverture (y compris formule A-CDB) et relevés de
tout(s) compte(s) ouvert(s) auprès de votre établissement au nom de la
société PADDOX INDUSTRIALS LTD ou à celui du nommé Petro KYRYTSCHENKO,
ou encore de tout(s) compte(s) dont ce dernier serait ayant droit
économique ou fondé de procuration.

A titre conservatoire, j'ordonne, cas échéant, **la saisie des avoirs**
figurant sur ces comptes, ainsi que du contenu de tout(s) coffre(s)
loué(s) par les entités susvisées.

La présente requête revêtant un **caractère d'urgence**, je vous remercie
de contacter le soussigné par téléphone sitôt connu le résultat de vos
recherches.

**La présente vaut ordonnance de perquisition et de saisie de documents
au sens des art. 178 et ss CPP.**

Veuillez agréer, Madame, Monsieur, l'expression de mes sentiments
distingués.

Le Juge d'instruction

L. KASPER-ANSERMET

Related Payments Appx - 000096

42-00-00-0005



P03

DOJ_0021775

# GHP CORPORATION

## 3.1 Documents d'ouverture

Related Payments Appx - 000097

**C008127**

843896-2

Date: 4.7.96

☐ **Ouverture d'un nouveau dossier numérique**

☒ **Ouverture d'un nouveau dossier de client**

No _____   Mot clef: _____

| ☒ CC | ☐ fr. s. | ☒ $ US  22 | ☐ DM | ☐ |
| ☐ Cpte dép. | ☐ fr. s. | ☒ $ US | ☐ DM | ☐ |
| ☒ Dépôt lib. 24 | ☐ simple | ☐ conjoint | | |
| ☐ Liv. ép. | ☐ Liv. dép. | ☐ | | |
| ☐ Safe | | | | |

Nom: GHP Corp Panama

Prénom: _____

Date de naissance: 13.6.96

Profession: _____          ☐ indépendant

Branche: _____             ☐ salarié

Célibataire – marié – veuf – divorcé      Célibataire – marié – veuf – divorcé

Nationalité/Lieu d'origine: Panama

_____

Passeport no: _____

Adresse:
  privée: _____

  professionnelle: Ville de Panama
  Panama

Corresp.   ☐ à adresser   ☒ banque restante

à l'adresse d'un tiers: _____

_____

Procurations: Sa épouse KIRITCHENKO Petr
(23.8.54)  KIRITCHENKO Isabella

Ayant droit: KIRITCHENKO Petr

1.3410 / 88 bf / 6. 89                          (Souligner ce qui convient)

C008128

LA DIRECCION GENERAL DEL REGISTRO PUBLICO                    PAG-      2

CON VISTA A LA SOLICITUD-    3449---MADD        ---

19/06/1996

C E R T I F I C A-

DIRECCION GENERAL DE REGISTRO
--------------------QUE LA SOCIEDAD - -----------------------------

GHP CORP.
SE ENCUENTRA REGISTRADA EN LA FICHA-    317100 ROLLO-   50091 IMAGEN-    89
DESDE EL CATORCE DE JUNIO DE MIL NOVECIENTOS NOVENTA Y SEIS ,
QUE LA SOCIEDAD SE ENCUENTRA VIGENTE

QUE SUS SUSCRIPTORES SON-
     -    1 - JUAN JOSE ESPINO SAGEL
     -    2 - ALEXIS PICARDO VALLES
QUE SUS DIRECTORES SON-
     1 - ANDREI SOUVOROV
     2 - NATALIA SOUVOROVA
     3 - JUAN JOSE ESPINO SAGEL
QUE SUS DIGNATARIOS SON-
     PRESIDENTE                           - ANDREI SOUVOROV
     TESORERO                             - JUAN JOSE ESPINO SAGEL
     SECRETARIO                           - NATALIA SOUVOROVA
QUE LA REPRESENTACION LEGAL LA EJERCERA-
     EL PRESIDENTE Y EN AUSENCIA DE ESTE LO SERA EL SECRETARIO O TESORERO
QUE SU AGENTE RESIDENTE ES- JUAN JOSE ESPINO SAGEL
QUE SU CAPITAL ES DE ********$10,000.00 DOLARES AMERICANOS.
QUE SU DURACION ES PERPETUA
QUE SU DOMICILIO ES PANAMA
EXPEDIDO Y FIRMADO EN LA CIUDAD DE PANAMA ,  EL VEINTE DE JUNIO DE
MIL NOVECIENTOS NOVENTA Y SEIS ,          A LAS 04-14-15.6 P.M.

NOTA- ESTA CERTIFICACION NO ES
VALIDA SI NO LLEVA ADHERIDOS LOS
TIMBRES CORRESPONDIENTES.

LICC. IVONNE ARIAS
CERTIFICA

La copie est conforme à l'original
DANIEL MOURON

Related Payments Appx - 000099

TRANSLATION

GENERAL DIRECTORATE FROM PUBLIC REGISTRY

Certifies that the corporation G H P, CORP. is registered at
jacket 317100, roll 50091, frame 0089 since June 14th,1996 . That
the corporation is in goodstanding;

That it´s subscribers are: 1.   JUAN JOSE ESPINO SAGEL
                           2.   ALEXIS RICARDO VALDES

DIRECTORS ARE:

                           1.   ANDREI SOUVOROV
                           2.   NATALIA SOUVOROVA
                           3.   JUAN JOSE ESPINO SAGEL

OFFICERS ARE:

                           PRESIDENT/ANDREI SOUVOROV
                           TREASURER/JUAN JOSE ESPINO SAGEL
                           SECRETARY/NATALIA SOUVOROVA

Legal representation will be performed by THE PRESIDENT, and in
his absence THE SECRETARY or TREASURER of the company or any
other person appointed by board of directors.

RESIDENT AGENT is JUAN JOSE ESPINO SAGEL

CAPITAL: US$ 10,000.00 dollars

It´s domiciled in the Republic of Panama.

Granted and signed in the Republic of Panama, June 20th, 1996.

_____
Ivonne Arjona
CERTIFIER

Translated by LIC. ANABEL CHANIS

Appear public registry seal and stamps
This is a true translation of it´s original

Yo, MARIO VELASQUEZ CHIZMAR, Notario Público
Quinto del Circuito de Panamá, con Cédula ·No. 8-176-422
CERTIFICO: Que la firma anterior es auténtica, pues ha
sido reconocida por el firmante como suya.

                         JUN 2 1 1996
Panamá .........................................................

Lltestigo                    Testigo

Dr. MARIO VELASQUEZ CHIZMAR
    Notario Público Quinto

Lcda. Annabell Chanis A.
INTERPRETE PÚBLICO AUTORIZADO
RESOLUCION No. 151
DE 4 DE DICIEMBRE DE 1989.
PANAMA, REP. DE PANAMA

La copie est conforme à l'original

Related Payments Appx - 000100



Adresse postale:
C. P. 2054 · 1211 Genève 2
SWIFT: VOLKCH 22 12A
Chèques postaux 12-60-7

**Banque Populaire Suisse**
**Schweizerische Volksbank**
**Banca Popolare Svizzera**
**Swiss Volksbank**

Téléfax 022 790 25 78
Télex 422 156 BPS CH

Siège de Genève
Quai des Bergues 1/Place Saint-Gervais 2 · CH-1201 Genève
Téléphone 022 790 21 11

CIF 0518-823896-2

# Board Resolution
## of
GHP CORPORATION **Company**

concerning current and custody accounts,
credit transactions and other kinds of
banking relationships.

**C008131**



BPS Genève

Related Payments Appx - 000101

We, .................................................................................................................................., Director and
........................................................................................................................, Secretary of
_____
       GHP CORPORATION
_____

a company duly incorporated and existing under the laws of
_____
               Panama
_____

hereinafter referred to as the "Company", hereby certify that the following is a true copy of resolutions adop-
ted by the Board of Directors of the Company at a meeting duly held, a quorum being present, on _____
     19th June         , 19 96 , that such resolutions have been duly entered in the Minute Book and
that they are now in full force and effect:

1. RESOLVED, that accounts be opened with SWISS VOLKSBANK, Geneva/Switzerland (hereinafter
   referred to as the "Bank"), and that the Bank be designated as bankers to the Company; and

2. FURTHER RESOLVED, that all drafts, bills of exchange, promissory notes, cheques and other
   instruments, instructions or orders for the payment or withdrawal of funds drawn against the account or
   accounts of the Company with the Bank as well as all orders for the purchase, subscription, receipt and
   every other kind of acquisition or for the selling, delivery or realization of shares, stock, debentures,
   debenture stocks, notes, options, financial futures or other securities or claims of any kind whatsoever
   given on behalf of the Company shall be signed, made or accepted on behalf of the Company by the
   following (insert the names, descriptions, method of signature of the officers and their signature
   specimen):

| Name | Description (eg Directory or Secretary) | Method of Signature (sole or jointly by any two) | Signature Specimen |
|------|------|------|------|
| Petr KIRITCHENKO | Directory | sole | |
| | | | |
| | | | |
| | | | |
| | | | |

and that the Bank be and is hereby authorized to act upon such orders and to honour such drafts, bills of
exchange, promissory notes, cheques and other instruments as mentioned above notwithstanding that
any such payment may necessiate the opening of a Loan Account in the name of the Company or cause
any account or accounts of the Company to be overdrawn or increase any existing overdraft; and

3. FURTHER RESOLVED, that the Bank shall not be liable for any disposition which any of the officers or
   agents mentioned above shall make of all or any part of any draft, bill of exchange, promissory note,
   cheque, instrument, instruction or order for the payment or withdrawal of funds drawn on an account or
   accounts of or payable to the order of the Company or the proceeds thereof, notwithstanding that such
   disposition may be for the personal account or benefit or in payment of the individual obligation of any
   such officer or agent to the Bank, or otherwise, and that the Bank shall be indemnified and held harmless
   for all and any loss or damage it may suffer and against any claims or suits asserted or brought against
   the Bank in connection with the Bank's position as bankers to the Company, in particular with her acting
   upon orders or instructions of the officers mentioned in para. 2 or her honouring drafts, bills of
   exchange, promissory notes, cheques and other instruments.

4. FURTHER RESOLVED, that (a) the Bank is designated a custodian of the Company for the deposit of
   property of any nature, (b) the said officers acting as above specified are authorized to request the Bank
   to open a Custody Account in the name of the Company and are authorized to execute and deliver in the
   name and on behalf of the Company to the Bank any agreement relating to such Custody Account in the
   form required by the Bank, and (c) all withdrawals of funds, securities and/or other property from such
   Custody Account and all orders to purchase, receive, exchange, sell or deliver funds, securities and/or
Related Payments Appx - 000102        ████████████

other property for or from such Custody Account shall be made upon the order of the said officers acting as above specified, and (d) without limit as to amount, without inquiry and without regard to the application of funds, securities and/or other property, the Bank is authorized to take any action relating to any such funds, securities and/or other property (including delivery or payment for the Company to any person ordering such delivery or payment and registration in the name of any nominee or otherwise) upon the order of the said officers acting as above specified; and

5. FURTHER RESOLVED, that the said officers acting as above specified are authorized to open deposit and current accounts in foreign currencies with the Bank; to purchase, sell, transfer, or dispose of for present or future delivery foreign moneys, credits or exchange on deposit or otherwise and all manner of instruments representative thereof by endorsement or otherwise; and to execute and deliver any agreements or instruments relating to any such transactions; and

6. FURTHER RESOLVED, that the said officers acting as above specified are authorized to execute and deliver in the name and on behalf of the Company to the Bank such agreements or instruments in connection with any account or accounts of the Company as they may deem necessary or proper; and

7. FURTHER RESOLVED that the Company borrow and/or obtain credit in Swiss francs, United States dollars, English pounds or any foreign currency (including all manner of credits and/or letters of credit) from time to time from the Bank; and

8. FURTHER RESOLVED, that the said officers acting as above specified are authorized to execute and deliver any drafts, notes, agreements, trust receipts, security agreements, financing statements or other documents in connection with any loan and/or credit obtained from the Bank, and to endorse for discount or otherwise negotiable or non-negotiable instruments held by the Company; and

9. FURTHER RESOVED, that, from time to time , any prperty of any sort of the Company may be pledged, mortgaged, assigned or subjected to a security interest or lien as security for any liability of any sort of the Company and that the said officers acting as above specified are authorized to take any action and to execute and deliver any agreements or instruments relating to any such pledges, mortgages, assignments, security interests, or liens; and

10. FURTHER RESOLVED, that a member of the Board and the Secretary of the Company shall certify to the Bank the names of the presently duly elected and qualified officers of the Company and shall from time to time hereafter, as changes in the personnel of said officers are made, immediately certify such changes to the Bank, which shall be fully protected in relying on such certifications and shall be indemnified and held harmless from any and all loss, damage, liability, claims and expenses whatsoever resulting from honouring the signature of any officer so certified or refusing to honour any signature not so certified; and

11. FURTHER RESOLVED, that the Bank, in addition to and with like effect as if acting upon orders or other instruments signed manually by the officers designated in the foregoing resolutions, may act, in effecting any of the aforesaid transactions, upon instructions contained in any message received by it, transmitted by any form or agency of communication whatsoever, which purports to come from the Company and purports to be authenticated by a code or cipher (known as a private test key) which is then in force and agreed upon by the Bank and the said officers acting as above specified; and

12. FURTHER RESOLVED, that in consideration of the Bank acting in reliance upon the foregoing resolutions and the succeeding resolutions, it shall be fully protected in so acting and the Company agrees to indemnify and save harmless the Bank from and against and all loss, damage, liability, claims and expenses whatsoever arising by reason of its so acting; and

13. FURTHER RESOLVED, that the foregoing resolutions shall remain in full force and effect until written notice of their amendment or rescission shall have been received by the Bank and that receipt of said notice shall not affect any action taken by the Bank prior thereto; and

Related Payments Appx - 000103

14. FURTHER RESOLVED, that a member of the Board and the Secretary be, and they hereby are, authorized and directed to certify these resolutions to the Bank and that the provisions thereof are in conformity with the constitutive documents of the Company; and

15. FURTHER RESOLVED, that the Company agrees to the "General Conditions" of the Bank, a copy of which has been presented to the Board and is attached to these minutes.

We further certify that there is no provision in the constitutive documents of the Company limiting the power of the Board of Directors to adopt the foregoing resolutions and that the same are in conformity with the provisions of said constitutive documents, neither of which requires or provides for any vote or consent of shareholders to authorize the adoption of such resolutions.

We further certify that the persons enumerated in para. 2 above are duly elected and qualified officers of the Company and hold in the Company the positions indicated there.

IN WITNESS WHEREOF, the corporate seal of the Company was hereto affixed this

_____4th_____ day of __July__ , 19 _96_ in the presence of

Director

Petr KIRITCHENKO

Identité, légitimation
et signature vérifiée.

visa

Secretary

(CORPORATE SEAL)

DOJ_0021783

**G H P , CORP.**
(The Corporation)

Held the 19th day of June 1996.

At ten o'clock of the morning of the 19th day of June  of 1996 notice to this meeting as to the time, place and purpose there of having been waived by all persons entitled thereto, a meeting of the Board of  Directors of the **Corporation** was held in the City of Panama, Republic of Panama.

Present at this meeting either personally or by proxy , were all of the members of said , Board of Directors, to wit:

**ANDREI SOUVOROV/PRESIDENT**

**NATALIA SOUVOROVA/SECRETARY**

**JUAN JOSE ESPINO SAGEL/TREASURER**

The meeting was chaired and declared open by **ANDREI SOUVOROV** and **NATALIA SOUVOROVA** acted as Secretary of the meeting, and kept the minutes there of.

The Chairman indicated that the purpose of the meeting was to grant a **GENERAL POWER OF ATTORNEY**  to  (hereinafter called the attorney in fact).

**PETR KIRITCHENKO**

After a brief discussion of the matter brought before this meeting, and upon a motion duly made and seconded , the following resolutions were unanimously approved:

**IT WAS RESOLVED**

That the corporation, by mean of this resolution grant, and it hereby grants a **GENERAL POWER OF ATTORNEY**  to  **PETR KIRITCHENKO** (the

*Lcda. Annabell Chanis A.*
INTERPRETE PUBLICO AUTORIZADO
RESOLUCION No. 151
DE 4 DE DICIEMBRE DE 1989,
PANAMA. REP. DE PANAMA

C008135

attorney in fact), according to the following ▮▮▮▮▮▮▮

The attorney in fact shall have the most extensive powers to manage the corporation, without any limitation, through acts of simple administration as well as through acts of disposition, and therefore shall have powers to enter into and more specifically but not limited to the powers granted hereinafter.

To receive or lend money with or without security, purchase products, merchandise, securities, stocks and movable or immovable goods or properties, the right to purchase real estate, in cash or on credit, to open or close branches or offices in any country of the world; to pledge, mortgage, lease, assign, exchange, deliver, charge and sell any movable or immovable assets of the corporation; to charge, receive and claim money, products or any other things which may be owed to the corporation and issue the respective receipts; to open bank accounts in the name of the corporation at any bank, banks or credit institutions, draw against the same and determine of those other persons who individually or jointly could do so and establish the rules for the operation of the same, deposit funds on those accounts and endorse checks payable to the corporation; to purchase or rent safes at any institution which has such a service for the use of the corporation, and subject to the rules and regulations of such institutions, have access to each one and all the safes which may be in the name of the corporation; to draw and issue drafts, promissory notes and acceptance bills, to transact or submit to arbitration of litigation any controversy in which the corporation may be involved and to appoint and constitute all kinds of agents, lawyers, solicitors and attorneys-in-fact, general or special, delegating all or part or the herein granted powers and to revoke such delegations.

DOJ_0021785



**IT WAS FURTHER RESOLVED**

That the general power of attorney herein granted to PETR KIRITCHENKO may be used and exercised by the attorney-in-fact in any part of the world including any country, state, colony, province, municipality or political sub-division of any country and it shall remain in full force until the board of directors may decide otherwise.

This power shall be valid for **ten (10) years** as of the date hereof.

There being no further business to be transacted at this meeting, it was declared closed by the Chairman, and in witness there of these minutes have been issued on the date and place first above written.

**ANDREI SOUVOROV**

President

**NATALIA SOUVOROVA**

Secretrary

Leda. Annabell Chanis A.
INTERPRETE PUBLICO AUTORIZADO
RESOLUCION No. 151
DE 4 DE DICIEMBRE DE 1989.
PANAMA. REP. DE PANAMA

Yo, MARIO VELASQUEZ CHIZMAR, Notario Público Quinto del Circuito de Panamá, con Cédula No. 8-176-422

**CERTIFICO:**

Que Andrei Souvorov y Natalia Souvorova a quien(es) conozco ha(n) firmado este documento en mi presencia y en la de los testigos que suscriben, y por consiguiente esas firmas son auténticas.

Panamá, ........... JUN. 21 1996 .................

Testigo                    Juege

Dr. MARIO VELASQUEZ CHIZMAR
Notario Público Quinto

**C008137**

DOJ_0021786



CERTIFICATION

We, **ESPINO & VALDES**, attorneys duly established in the Republic of Panama and represented by **JUAN JOSE ESPINO SAGEL** and **ALEXIS RICARDO VALDES** with domicile in: Calle 50 y Elvira Méndez, Edificio Anacris, Piso 1, hereby certify and declare:

1.  That we are first subscribers of shares and founders of the Panamanian Corporation **G H P CORP.**, duly constituted by means of Public Deed Number 5,240 of June 13, 1996, duly recorded at Panama Public Registry since June 14, 1996 at jacket 317100, roll 50091, frame 0089.

We hereby certify the legality an acknowledgment of the decision of the Board of Directors of the corporation **G H P CORP.**, whereby a **GENERAL POWER OF ATTORNEY** is granted to Mr. **PETR KIRITCHENKO**.

Panamá, Republic of Panama, June 21th, 1996

_____
Juan José Espino Sagel
8-282-307

_____
Alexis Ricardo Valdés
8-163-314

Yo, MARIO VELASQUEZ GUZMAN, Notario Público Quinto del Circuito de Panamá, con Cédula No. 8-176-422

CERTIFICO:

Que Juan Jose Espino Y Alexis Valdés

JUN 21 1996

Dr. MARIO VELASQUEZ GUZMAN
Notario Público Quinto

Lcda. Annabell Chanis A.
INTERPRETE PUBLICO AUTORIZADO
RESOLUCION No. 151
PANAMA REP

APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. País

Mario Velásquez
2. Ferro S

5. _____ 21/6/__

7. por ____ D Árbitros

8. Bajo el ____ 7303

9. Sello/timbre  11. Firma: E Vartu
6 0 8



Related Payments Appx - 000109

DOJ_0021788



# REPUBLICA DE PANAMA

PROVINCIA DE PANAMA

## Notaria Quinta del Circuito

### DR. MARIO VELASQUEZ CHIZMAR

NOTARIO

TELS: 223-2974 / 223-2979
TELEFAX: 223-2982

EDIFICIO FRONTENAC
2DO. PISO, # 3C, CALLE 50 Y 54

P.O. BOX 6-92 EL DORADO
PANAMA REP. DE PANAMA

**COPIA** **notarial**
ESCRITURA No. **5,240** de **13** de **JUNIO** de 19 **96**

Por la cual:

**SE PROTOCOLIZA EL PACTO SOCIAL DE LA SOCIEDAD
ANONIMA DENOMINADA GHP CORP.,**
**con domicilio en Panamá, República de Panamá.**

ROLLO *50091*
IMAGEN *0089*

La copie est conforme à l'original

Related Payments Appx - 000110

**C008140**



REPÚBLICA DE PANAMÁ
Ministerio de Hacienda y Tesoro

**PAPEL NOTARIAL**

TIMBRE NACIONAL
B/.4.00 CUATRO BALBOAS B/.4.00

LEY No 38 de 1974

DECRETO EJECUTIVO No 89 de 1974

ESCRITURA PUBLICA NUMERO CINCO MIL DOSCIENTOS CUARENTA--------

================================(5,240)=================================

POR LA CUAL SE PROTOCOLIZA EL PACTO SOCIAL DE LA SOCIEDAD

ANONIMA DENOMINADA GHP CORP.,------------------------------------

--------con domicilio en Panamá, República de Panamá.----------

-----------------Panamá, 13 de junio de 1996.------------------

=================================================================

En la ciudad de Panamá, capital de la República y Cabecera del

Circuito Notarial del mismo nombre, a los trece (13) días del

mes de junio de mil novecientos noventa y seis (1996) ante mí,

Dr. **MARIO VELASQUEZ CHIZMAR**, Notario Público Quinto del

Circuito de Panamá, con cédula número ocho-ciento setenta y

seis-cuatrocientos veintidós (8-176-422), comparecieron

personalmente los señores **JUAN JOSE ESPINO SAGEL**, varón,

panameño, mayor de edad, casado, abogado, vecino de esta

ciudad, con cédula de identidad personal número ocho-doscientos

ochenta y dos-trescientos siete (8-282-307), y **ALEXIS RICARDO**

**VALDES**, varón, panameño, mayor de edad, soltero, abogado,

vecino de esta ciudad, con cédula de identidad personal número

ocho-ciento sesenta y tres-trescientos catorce (8-163-314),

personas a quienes conozco y me entregaron para protocolizar en

esta escritura pública, y al efecto protocolizo el Pacto Social

firmado por ellos en esta misma fecha, referente a la sociedad

anónima denominada GHP CORP., con domicilio en la ciudad de

Panamá, República de Panamá. Queda hecha la protocolización

solicitada y se expedirán las copias que soliciten los

interesados. Leída como les fue a los comparecientes esta

escritura pública en presencia de los testigos instrumentales

señores **NELLY DE ANDROS**, mujer, panameña, mayor de edad,

cedulada ocho-trescientos setenta y cuatro-ciento noventa y

E-95- 539490

La copie est conforme à l'original

Related Payments Appx - 000111

**C008141**

DOJ_0021790

cuatro (8-374-194) y **ANTONIO LUIS MAWELL**, varón, panameño,

mayor de edad, cedulado tres-sesenta y cuatro-mil ochocientos

diecisiete (3-64-1817), a quienes conozco y son hábiles para

ejercer el cargo, la encontraron conforme, le impartieron su

aprobación y para constancia la firman por ante mí, el Notario

que doy fe. LA PRESENTE ESCRITURA HA SIDO CONFECCIONADA POR EL

DR. JUAN JOSE ESPINO SAGEL, ABOGADO EN EJERCICIO, CON CEDULA

NUMERO 8-282-307.--- ESTA ESCRITURA EN EL PROTOCOLO DEL

PRESENTE AÑO LLEVA EL NUMERO DE ORDEN: CINCO MIL DOSCIENTOS

CUARENTA (5,240).----(Fdos.) JUAN JOSE ESPINO SAGEL: ALEXIS

RICARDO VALDES:   NELLY DE ANDROS: ANTONIO LUIS MAWELL; Dr.

MARIO VELASQUEZ CHIZMAR, Notario Público Quinto del Circuito de

Panamá.-------------------------------------------------------

-------PACTO SOCIAL DE LA SOCIEDAD ANONIMA DENOMINADA:--------

------------------------- GHP CORP., ------------------------

Los que abajo suscribimos, a saber: JUAN JOSE ESPINO SAGEL,

varón, panameño, mayor de edad, vecino de esta ciudad, con

cédula de identidad personal número ocho-doscientos ochenta y

dos-trescientos siete (8-282-307) y **ALEXIS RICARDO VALDES**,

varón, panameño, mayor de edad, vecino de esta ciudad, con

cédula de identidad personal número ocho-ciento sesenta y tres-

trescientos catorce (8-163-314), deseosos de formar una

sociedad anónima de conformidad con las normas contenidas en la

Ley Treinta y Dos (32) de mil novecientos veintisiete (1927),

sobre sociedades anónimas de la República de Panamá, por este

medio establecemos, constituímos y formalizamos el presente

Pacto Social compuesto por los siguientes artículos:-PRIMERO:El

nombre de la sociedad es: GHP CORP.,-----SEGUNDO: El objeto

principal de la sociedad es el de (a) Establecer, gestionar, y

llevar a cabo el negocio de financiamiento, inversiones y

Contraloría General - D.E.C.



DOJ_0021791



**PAPEL NOTARIAL**

TIMBRE NACIONAL
B/.4.00 CUATRO BALBOAS B/.4.00

LEY No 38 de 1974

DECRETO EJECUTIVO No.89 de 1974

corretaje de toda clase; organizar y llevar a cabo y emprender
cualquier negocio, transacción u operación en calidad de
financistas, capitalistas, promotores, banqueros, aseguradores
de acciones, valores y obligaciones de personas naturales o
jurídicas.   (b)   Actuar como principal o agente en todas las
gestiones relacionadas con el comercio local o internacional.
Adquirir, comprar, poseer, vender, tomar y dar en depósito,
enajenar, disponer y negociar en toda clase de materias primas,
mercancías, artículos de comercio, valores, acciones, bonos o
documentos negociables, sean o no transmisibles, por endoso o
por cualquier manera. c) Dedicarse a las actividades generales
de bienes raíces, incluyendo pero no limitado a la compra,
venta, corretaje, hipoteca de todo tipo de bienes raíces
ubicados en Panamá, o en cualquier parte del mundo; la
construcción, administración, compra, venta, hipoteca de todo
tipo de vivienda y edificios, o urbanizaciones en Panamá, o en
cualquier parte del mundo.  Compra, venta y administración de
bienes muebles e inmuebles, ya sea como propietaria de los
mismos o como arrendadora, concesionaria o intermediaria de
tales bienes.   Además de su objeto social principal la sociedad
podrá realizar cualesquiera otras actividades comerciales,
industriales o civiles y celebrar toda clase de contratos.
Podrá hacer todo cuanto sea necesario o conveniente para la
protección y beneficio de la sociedad, y en general, la de
hacer cualquier negocio lícito aunque no sea semejante a
ninguno de los objetos especificados en este Pacto Social o en
sus reformas.------TERCERO:  El capital social autorizado será
de DIEZ MIL U.S. DOLARES (US$10,000.00) dividido en CIEN (100)
acciones comunes nominativas o al portador con un valor nominal
de CIEN U.S. DOLARES (U.S.$100.00) cada una.   Cada acción

E-95- 539491

La copie est conforme à l'original

C008143

Related Payments Appx - 000113

DOJ_0021792

tendrá derecho a un (1) voto. ----CUARTO: El domicilio de la sociedad será la República de Panamá, pero podrá establecer otras oficinas o sucursales fuera del territorio de la República de Panamá. El Agente Residente de la sociedad es el Doctor JUAN JOSE ESPINO SAGEL, con oficinas en Calle 50 y Elvira Méndez, Edificio Anacris, Piso N°1, Local N°1, quien además acepta la designación del cargo.-----QUINTO: Los negocios sociales estarán dirigidos por la Junta Directiva que tendrá no menos de tres (3) ni más de siete (7) miembros. Para ser director no se requiere ser accionista. Las vacantes que se produjeren por renuncia, muerte o inhabilitación de uno o más directores serán llenadas por el voto de los demás directores restantes. Los primeros directores serán: ANDREI SOUVOROV, NATALIA SOUVOROVA y JUAN JOSE ESPINO SAGEL, todos con dirección en Calle 50 y Elvira Méndez, Edificio Anacris, Piso N°1, Local N°1, República de Panamá.-----SEXTO: En cada nueva emisión de acciones los accionistas tendrán derecho preferente de suscribir las acciones por emitirse en proporción a las acciones de que a la sazón sean propietarios. SEPTIMO: Los directores podrán ser representados y votar en las reuniones de la Junta Directiva por mandatarios que no necesitan ser directores y que deberán ser nombrados por escrito. Cualquier contrato o acto social en el cual un director tenga un interés personal no será nulo por esa causa. OCTAVO: La duración de la sociedad es perpetua. Sin embargo, podrá ser disuelta en cualquier momento si así lo aprueba la mayoría de las acciones en circulación con derecho a voto en sesión convocada a tal efecto, o por consentimiento por escrito de tal mayoría.----- NOVENO: Los dignatarios de la sociedad serán nombrados y removidos libremente por los directores de acuerdo a lo que

Contraloría General - D.E.C.



C008144

Related Payments Appx - 000114

DOJ_0021793



REPUBLICA DE PANAMA
Ministerio de Hacienda y Tesoro

**PAPEL NOTARIAL**

TIMBRE NACIONAL
B/.4.00 CUATRO BALBOAS B/.4.00

LEY No 38 de 1974

DECRETO EJECUTIVO No 89 de 1974

1 ellos determinen. Los primeros dignatarios de la sociedad

2 serán:----------------------------------------------------------

3 ANDREI SOUVOROV--------------PRESIDENTE Y REPRESENTANTE LEGAL

4 NATALIA SOUVOROVA---------------------------------SECRETARIO

5 JUAN JOSE ESPINO SAGEL-----------------------------TESORERO.

6 El Representante Legal de la sociedad será el Presidente y en

7 ausencia de éste lo será el Secretario o Tesorero. DECIMO: la

8 Junta Directiva podrá adoptar, alterar, reformar y variar las

9 cantidades del capital social que utilizará para fondos de

10 reservas. Igualmente podrá la Junta Directiva así como los

11 Accionistas, celebrar sus reuniones y establecer uno o más

12 oficinas dentro de la República de Panamá y/o en cualquier

13 parte del mundo.----DECIMO PRIMERO: Los suscriptores del Pacto

14 Social convienen en tomar una acción cada uno. Se entienden

15 incorporadas a este Pacto Social todas las disposiciones de la

16 Ley 32 de 1927, sobre sociedades anónimas de la República de

17 Panamá, régimen al cual se somete esta sociedad. EN TESTIMONIO

18 DE LO CUAL, firmamos el presente Pacto Social en la ciudad de

19 Panamá, a los trece (13) días del mes de Junio de mil

20 novecientos noventa y seis (1996).-----(FDO.) JUAN JOSE ESPINO

21 SAGEL: (FDO.) ALEXIS RICARDO VALDES. Concuerda con su original

22 esta copia que expido, sello y firmo, en la ciudad de Panamá,

23 República de Panamá, a los trece (13) días del mes de Junio de

24 mil novecientos noventa y seis (1996).----------------------

25

26 Dr. MARIO VELASQUEZ CHIZMAR
NOTARIO PUBLICO QUINTO

27

28

29

30

E-95- 539492

La copie est conforme à l'original

INSCRITO EL DOCUMENTO ANTERIOR EN EL REGISTRO PUBLICO

Sección de Micropelícula (Mercantil)

Ficha  *317100*
Rollo  *50091*
Imagen  *0089*
Derechos B/.  *60.00*
Panamá,  *14 de junio de 1996*

Microfilmador Jefe

Contraloría General - D.E.C.

La copie est conforme à l'original

C008146

Related Payments Appx - 000116

REPUBLICA DE PANAMA

**RECIBO**

DIRECCION GENERAL DE INGRESOS

C008147

Related Payments Appx - 000117

DOJ_0021796

CODE 8
Photocopie à YR 12.7.96 P

**Ⅴ** Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

**Determinazione dell'avente diritto economico**
(Formulario A conformemente agli art. 3 e 4 CDB)
**Verification of the Beneficial Owner's Identity**
(Form A as per Art. 3 and 4 CDB)

0518-823896-2

**A**

Contraente:
Contracting partner:

GHP CORPORATION

No. del conto/del deposito:
Account No.:

_____

_____

**COPIE**

Con la presente il sottoscritto dichiara:
(indicare con una croce ciò che fa al caso)
The undersigned hereby declares:
(mark with a cross where appropriate)

☐ che il contraente è l'avente diritto economico dei valori conferiti alla banca
☐ that the contracting partner is the beneficial owner of the assets deposited with the bank

☐ che l'avente diritto economico dei valori conferiti alla banca è:
☒ that the beneficial owner of the assets deposited with the bank is:

Cognome, nome/o ragione sociale
Full name (or firm)

*Petr Kiritchenko*

Indirizzo/sede, stato
Address/Domicile, Country

*406 PARADISE dr*
*TIBURON CA 94920*
*USA.*

Il contraente si obbliga a comunicare volontariamente ogni cambiamento alla banca.
The contracting partner undertakes to inform the bank immediately of any changes.

Luogo e data/Place and date:

Geneva, July 4th, 1996
NFP/chm-esm/42312

Firma/Signature:

Identité, légitimation
et signature vérifiée.
Christian MOURON

Christian MOURON
Niels Bohr Olsen
OR Related Payments Appx - 000118

C008148

DOJ_0021797



UNION DES RÉPUBLIQUES
SOVIÉTIQUES SOCIALISTES

PASSEPORT
DE SERVICE

СОЮЗ СОВЕТСКИХ
СОЦИАЛИСТИЧЕСКИХ
РЕСПУБЛИК
СЛУЖЕБНЫЙ

La copie est conforme à l'original
Visa
Christian MOURON

C008149

La copie est conforme à l'original
Visa,
Christian MOURON





La copie est conforme à l'original
Vica :
Christian MOURON

C008151

DOJ_0021800



La copie est conforme à l'original

Visa

Christian MOURON

**C008152**



La copie est conforme à l'original
Visa :

Christian MOURON

**C008153**



La copie est conforme à l'original

Visa

Christian MOURON

Related Payments Appx - 000124

DOJ_0021803



Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

# Signature Card

0518-823896-2

**Genève**

The person(s) mentioned below is/are authorized to sign on my behalf with a legally binding and **unrestricted** signature

☒ for all my/our present and **future** relations with the Bank (general signature agreement), provided no other written agreement is made for one or more of my/our bank relations

☐ for my/our bank relations described below (special signature agreement)

| | Client(s) |
|---|---|
| | GHP CORPORATION |
| | PANAMA |

Surname, first name and date of birth of the authorized person

Specimen signature(s)

Form of signature(s)
singly (s) or two jointly to sign (j)

*IZABELLA Kirtchenko*

*1954*

Identité, légitimation
et signature vérifiée.

Visa : Christian MOURON

I/We confirm having taken notice of the General Terms of Business, of the special terms (see overleaf) governing this signature agreement and of the safekeeping rules, should a custody account relation exist, and I/we confirm having received a copy of each of these contract terms. I/We agree to abide by these terms. I/We also confirm the authenticity of the above signature(s).

Place and date:

Geneva, July 4th, 1996
NFP/chm-esm/42312

This signature agreement
☐ replaces the existing general agreement
☐ replaces the existing special agreement
☒ complements the existing general agreement
☐ complements the existing special agreement

Christian MOURON

Clerk:

Signature(s) of the client(s)

Niels Bøur Gjesen
Christian MOURON

Identité, légitimation
et signature vérifiée.

Related Payments Appx - 000125

**C008155**

1.0103/jur 2e/5 94

*Procuration   EHP Corporation*



La copie est conforme à l'original

Visa : Christian MOURON

**C008156**

DOJ_0021805

Просьба ко всем гражданским и военным властям СССР и Дружественнах Государств пропускать беспятственно предъявителя настоящего паспорта, граждан<u>ина</u><u>ку</u> Союза ССР, отправляющ<u>егося</u><u>уюся</u> за границу, и оказывать <u>ему</u><u>ей</u> всяческое содействие.

## UNION DES RÉPUBLIQUES SOCIALISTES SOVIÉTIQUES

## PASSEPORT
## DE SERVICE

Toutes les autorités civiles et militaires de l'URSS et des États Amis sont priées de laisser passer librement <u>le citoyen</u><u>la citoyenne</u> de l'URSS, titulaire du présent passeport se rendant à l'étranger, et de lui accorder toutes aide et protection.



# СОЮЗ СОВЕТСКИХ СОЦИАЛИСТИЧЕСКИХ РЕСПУБЛИК



СЛУЖЕБНЫЙ
ПАСПОРТ

СК-I № 481495

C008157

Related Payments Appx - 000127

DOJ_0021806



Related Payments Appx - 000128

**C008158**

DOJ_0021807



Related Payments Appx - 000129

DOJ_0021808



**Schweizerische Volksbank**
**Banque Populaire Suisse**
**Banca Popolare Svizzera**
**Swiss Volksbank**

## Dichiarazione «Fermo Banca» «c/o-Bank»-Declaration

0518-823896-2

N del cliente/Client no.: 0518-823896-2

GHP CORPORATION

Cognome, nome:
Surname, first name: _____

PANAMA

Via/Address: _____
NAP, Località: _____
Postcode, City: _____

Data di nascita:
Date of birth: 1996

Tel. n./Telephone no.: _____

Nazionalità:
Nationality: Panaméenne

La persona sottoscritta/le persone sottoscritte è detta/sono dette in seguito cliente.

In the present form, the undersigned is referred to as the Client.

Il cliente vi chiede – fino a nuovo ed espresso ordine – di ritenere in futuro a sua disposizione, vale a dire di indirizzargli fermo banca, ogni sua corrispondenza, estratti conto, benestari, notifiche ed atti di qualsiasi genere come anche eventuale corrispondenza o invio indirizzatigli da terzi. Egli autorizza al ritiro dei documenti:

The Client requests the Bank, until instructed to the contrary, to retain all correspondence, account statements, ratification notices, notifications and documents, as well as any mail addressed to him by a third party, and to keep these at his/her disposal. The Client authorizes the following person(s) to collect his correspondence:

☐ _____

☐ la persona/le persone autorizzate secondo cartoncino firme.

☐ _____

☒ The person(s) authorized according to signature card

Se il cliente o il suo mandatario ritira personalmente questi documenti al vostro indirizzo, si legittimerà confacentemente e confermerà il ritiro apponendo la sua firma. Egli dichiara di riconoscere a lui appartenente ogni comunicazione indirizzatagli fermo banca e di considerare il recapito giuridicamente vincolante. Per la fissazione di termini di qualsiasi genere:

Whenever the Client, or his authorized representative, collects correspondence from the Bank, he will be required to give proof of his identity and acknowledge receipt by signing. The Client states that all correspondence addressed in his name retained in care of the Bank are recognized as duly received by him and, therefore, fully and legally binding upon him. In case correspondence or documents involve a time limit,

☐ vale lo stesso

☒ the Bank is to retain the correspondence

☐ chiede il recapito a

☐ the Bank is requested to forward such correspondence to

_____

_____

_____

_____

Il cliente autorizza la banca ad eliminare, dopo 5 anni dal loro allestimento, i documenti da lui non ritirati. Per un eventuale danno o pregiudizio, che potrebbe derivargli dalla ritenzione o dall'eliminazione, vi esenta da ogni responsabilità obbligandosi a rimborsarvi non appena richiesto ogni spesa e onere, insorti in seguito alla custodia o in altro modo.

The Client authorizes the Bank to destroy all correspondence not collected after the lapse of five years. The Client releases the Bank from any obligation or liability for damages or disadvantages caused to him by correspondence retained or destroyed, and engages to reimburse the Bank all costs and expenses incurred from the safekeeping or for other reasons, upon request by the Bank.

NFP/chm-esm/42312

Luogo e data: _____

Place and date: Geneva, July 4th, 1996

Firma: _____

Signature: _____

Collaboratore: _____

Clerk: chm _____

Visto: _____

Tel. no. (int.): 42312

Related Payments Appx - 000130
J.3404/jur 13i/e/12.93

**C008160**

# GHP CORPORATION

# 3.2 Relevés de compte et de dépôt

**C008161**

DOJ_0021810

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

Account holder

630
26
05

1201 GENEVE
TEL. 022/304 2111

# COPY

**STATEMENT OF ACCOUNT**          PER 30.09.96

GHP CORPORATION
RET

A

Account No. **823896-22**

**CURRENT ACCOUNT**

| Currency | | Sheet | |
|----------|--|-------|--|
| **US DOLLARS** | **NFP** | **1** | |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|------|------|-------------|---|---------------|----------------|-------|---------|---|
| 050796 | OPENING OF ACCOUNT | | | | | | | |
| 150796 | PAYMENT ORPHIN S.A. | | | | 8,062,968.50 | 150796 | 8,062,968.5 | |
| 150796 | FIDUC. CALL DEPOSIT 700086 | | | 8,060,000.00 | | 170796 | | |
| 150796 | HANDLING-FEE 700086 | | | 158.67 | | 170796 | 2,809.8 | |
| 300796 | PAYMENT | | | | | | | |
| | INTERNOVA TRADING CO S.STATE STREET | | | | 2,000,000.00 | 300796 | 2,002,809.8 | |
| 020896 | FIDUC. TIME DEPOSIT F-00001 | | | 2,000,000.00 | | 020896 | 2,809.8 | |
| 120896 | HANDLING-FEE 700086 | | | 83.30 | | 140896 | | |
| 120896 | FIDUC. CALL DEP.-REDUCTION 700086 | | | | 4,930,000.00 | 140896 | | |
| 140896 | PAYMENT ORDER | | | | | | | |
| | ACCORD. TO THE INSTRUCT. RECEIVED | | | 4,930,000.00 | | 140896 | 2,726.53 C | |
| 270896 | PAYMENT ORPHIN S.A. | | | | 7,799,968.50 | 270896 | 7,802,695.03 C | |
| 300896 | FIDUC. TIME DEPOSIT F-00002 | | | 7,500,000.00 | | 300896 | 302,695.03 C | |
| 290896 | NEW ISSUES 149 CREDIS MM FD US$ | | | 299,949.08 | | 030996 | | |
| 030996 | PAYMENT ORDER K. WURS | | | 2,000,023.53 | | 030996 | | |
| 030996 | PAYMENT ORDER COMPTE NO PO 58179 | | | 2,000,023.53 | | 030996 | | |
| 030996 | FIDUC. TIME DEPOSIT F-00003 | | | 1,000,000.00 | | 030996 | | |
| 030996 | FID.TIME DEP. INT. SETTLMT. | | | | | | | |
| | F-00001 | | | | 8,555.56 | 030996 | | |
| 030996 | FID. TIME DEP.- LIQUIDATION F-00001 | | | | 2,000,000.00 | 030996 | 2,988,745.55 D | |
| 040996 | TRANSFER BAL.OF CLOSING ENTRIES | | | | | | | |
| | VON KONTO 823896-22-1 | | | | 36,175.17 | 060996 | | |
| 040996 | FIDUC. CALL DEP.LIQUIDATION 700086 | | | | 3,130,000.00 | 060996 | 177,429.62 C | |
| 100996 | NEW ISSUES 87 CREDIS MM FD US$ | | | 175,356.35 | | 120996 | 2,073.27 C | |
| 300996 | PAYMENT ORDER | | | | | | | |
| | ACCORD. TO THE INSTRUCT. RECEIVED | | | 8,000,000.00 | | 300996 | | |

* Legend
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

□ In your favour = C
In our favour = D

Yours sincerely
**Swiss Volksbank**

Form without signature

**Conditions for your deposits in foreign currencies**

The Bank fulfills its obligations exclusively at the place of the branch maintaining the account. The Bank proceeds by procuring a credit entry in the country of the currency, at the Bank designated by the customer. If the Bank has no instructions to that effect, it will proceed at its own branch or at a correspondent bank.

The law in force at the place of the branch maintaining the account(s) is applicable; the measures of the country of the currency remain under reserve.

C008162

**Important!**

Errors and omissions excepted
This statement is considered as accepted unless queried in writing within one month.

Related Payments Appx - 000132

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

Account holder

GHP CORPORATION                    630
RET                                 26
                                    05

1201 GENEVE
TEL. 022/304 2111

# COPY

**STATEMENT OF ACCOUNT**     PER 30.09.96

Account No. **823896-22**

**CURRENT ACCOUNT**

A

| Currency | | Sheet |
|---|---|---|
| **US DOLLARS** | NFP | **2** |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| 300996 | FID. TIME DEP.- LIQUIDATION F-00002 | | | | 7,530,677.09 | 300996 | | |
| 300996 | BALANCE OF CLOSING ENTRIES | | | 2,315.30 | | 300996 | 469,564.94 D | |
| | | | | | | | ************ | |
| 270996 | REDEMPTION 233 CREDIS MM FD US$ | | | | 469,157.15 | 011096 | | |
| 300996 | BOOK BALANCE | | | | | | 407.79 D | |
| | TOTAL TURNOVER | | | 35,967,909.76 | 35,967,501.97 | | | |

* **Legend**
  F = Free of commission
  N = Not subject to deduction of interest
  P = Subject to deduction of interest, not debited
  U = Subject to turnover commission
  Z = Subject to deduction of interest, debited

□ In your favour = C
  In our favour = D

Yours sincerely
**Swiss Volksbank**
Form without signature

**Conditions for your deposits in foreign currencies**

The Bank fulfills its obligations exclusively at the place of the branch
maintaining the account  The Bank proceeds by procuring a credit entry
in the country of the currency, at the Bank designated by the customer.
If the Bank has no instructions to that effect, it will proceed at its own
branch or at a correspondent bank

The law in force at the place of the branch maintaining the account(s)
is applicable; the measures of the country of the currency remain
under reserve.

**C008163**

**Important!**

Errors and omissions excepted
This statement is considered as accepted unless queried in writing
within one month

Related Payments Appx - 000133

DOJ_0021812

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

Account holder

630
26
05

1201 GENEVE
TEL. 022/304 2111
        231051

# COPY

**CLOSING STATEMENT**          **PER 30.09.96**

Account No. **823896-22**

**CURRENT ACCOUNT**

GHP CORPORATION
RET

A

| Currency | | Sheet |
|---|---|---|
| **US DOLLARS** | **NFP** | **1** |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| | CURRENT ACCOUNTING PERIOD(77 DAYS): | | | | | | | |
| | DEBIT INTEREST | | | | | | | |
| | 8.25% UP TO 30.09.96 ON 89,662 | | | | | | | |
| | INTEREST NUMBERS | | | 2,054.75 | | | | |
| | CREDIT COMMISSION | | | | | | | |
| | 0.25% ON USD 116,444.63 AVERAGE | | | | | | | |
| | OVERDRAFT 3. QUARTER 1996 | | | | | | | |
| | PRO RATE | | | 249.07 | | | | |
| | CHARGES | | | 11.48 | | | | |
| 300996 | BALANCE OF CLOSING ENTRIES | | | | | 300996 | 2,315.30 D | |

* Legend
F  = Free of commission
N  = Not subject to deduction of interest
P  = Subject to deduction of interest, not debited
U  = Subject to turnover commission
Z  = Subject to deduction of interest, debited

□ In your favour = C
In our favour   = D

Yours sincerely
**Swiss Volksbank**

Form without signature

**Conditions for your deposits in foreign currencies**

The Bank fulfills its obligations exclusively at the place of the branch
maintaining the account. The Bank proceeds by procuring a credit entry
in the country of the currency, at the Bank designated by the customer.
If the Bank has no instructions to that effect, it will proceed at its own
branch or at a correspondent bank.

The law in force at the place of the branch maintaining the account(s)
is applicable; the measures of the country of the currency remain
under reserve.

C008164

**Important!**

Errors and omissions excepted.
This statement is considered as accepted unless queried in writing
within one month.

Related Payments Appx - 000134

DOJ_0021813

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

Account holder

630
05

1201 GENEVE
TEL. 022/304 2111

# COPY

**STATEMENT OF ACCOUNT**   PER 31.12.96

Account No. **823896-22**

**CURRENT ACCOUNT**

GHP CORPORATION
RET

A

| Currency | | Sheet | |
| --- | --- | --- | --- |
| **US DOLLARS** | **NFP** | **1** | |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | B/F | | | | | 300996 | 469,564.94 | D |
| 270996 | REDEMPTION 233 CREDIS MM FD US$ | | | | 469,157.15 | 011096 | 407.79 | D |
| 251096 | REDEMPTION 1 CREDIS MM FD US$ | | | | 2,021.58 | 291096 | 1,613.79 | C |
| 041196 | PAYMENT ORDER | | | | | | | |
| | CHF 200.00 AT 1.2360//BANQUE POPULAI | | | 161.81 | | 041196 | 1,451.98 | C |
| 061196 | PAYMENT DAV RIGA, LATVIA | | | | 8,499,939.00 | 061196 | 8,501,390.98 | C |
| 061196 | FIDUC. CALL DEPOSIT 700112 | | | 8,500,000.00 | | 081196 | 1,235.16 | C |
| 061196 | HANDLING-FEE 700112 | | | 155.82 | | 081196 | 1,235.16 | C |
| 121196 | PAYMENT | | | | | | | |
| | SHIRAN GENERAL TRADE LIMITED DOUGLAS | | | | 200,000.00 | 121196 | 201,235.16 | C |
| 201196 | NEW ISSUES 98 CREDIS MM FD US$ | | | 199,506.79 | | 221196 | 1,728.37 | C |
| 221196 | HANDLING-FEE 700112 | | | 78.92 | | 261196 | | |
| 221196 | FIDUC. CALL DEP.-REDUCTION 700112 | | | | 1,500,000.00 | 261196 | | |
| 261196 | PAYMENT ORDER | | | | | | | |
| | ELITE GROUP CONSOLIDATED SA | | | 1,500,035.20 | | 261196 | 1,614.25 | C |
| 291196 | FIDUC. CALL DEP.-INCREASE 700112 | | | 1,000,000.00 | | 031296 | | |
| 291196 | HANDLING-FEE 700112 | | | 77.22 | | 031296 | | |
| 031296 | FID. TIME DEP.- LIQUIDATION F-00003 | | | | 1,012,322.92 | 031296 | 13,859.95 | C |
| 021296 | NEW ISSUES 6 CREDIS MM FD US$ | | | 12,270.24 | | 041296 | | |
| 041296 | PAYMENT DAV RIGA, LATVIA | | | | 155,970.00 | 041296 | | |
| 041296 | PAYMENT DAV RIGA, LATVIA | | | 3,000,000.00 | | 041296 | 5,157,559.71 | C |
| 051296 | PAYMENT LATEKO RIGA,LATVIA | | | | 5,000.00 | 051296 | | |
| 051296 | PAYMENT | | | | | | | |
| | INTERNOVA TRADING CO S.STATE STREET | | | | 451,000.00 | 051296 | | |
| 051296 | PAYMENT DAV RIGA, LATVIA | | | | 5,000,000.00 | 051296 | 8,613,559.71 | C |
| 041296 | FIDUC. CALL DEP.-INCREASE 700112 | | | 3,000,000.00 | | 061296 | | |

\* Legend
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

□ In your favour  = C
  In our favour   = D

Yours sincerely
**Swiss Volksbank**

Form without signature

**Conditions for your deposits in foreign currencies**

The Bank fulfills its obligations exclusively at the place of the branch
maintaining the account. The Bank proceeds by procuring a credit entry
in the country of the currency, at the Bank designated by the customer.
If the Bank has no instructions to that effect, it will proceed at its own
branch or at a correspondent bank.

The law in force at the place of the branch maintaining the account(s)
is applicable; the measures of the country of the currency remain
under reserve.

C008165

**Important!**

Errors and omissions excepted
This statement is considered as accepted unless queried in writing
within one month.

DOJ_0021814

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

Account holder

GHP CORPORATION
RET

630
05

1201 GENEVE
TEL. 022/304 2111

# COPY

**STATEMENT OF ACCOUNT**          **PER 31.12.96**

Account No. **823896-22**          A

**CURRENT ACCOUNT**

| Currency | | Sheet |
|---|---|---|
| **US DOLLARS** | **NFP** | **2** |

**RET**

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance □ |
|---|---|---|---|---|---|---|---|
| 041296 | HANDLING-FEE | | | | | | |
| | 700112 | | ! | 75.76 | | 061296 | 5,613,483.95 C |
| 051296 | FIDUC. CALL DEP.-INCREASE 700112 | | | 5,450,000.00 | | 091296 | |
| 051296 | FID. CALL DEP. INT. SETTLEMT. | | | | | | |
| | 700112 | | | 75.76 | | 091296 | 163,408.19 C |
| 091296 | NEW ISSUES 80 CREDIS MM FD US$ | | | 163,267.36 | | 111296 | 140.83 C |
| 131296 | TRANSFER BAL.OF CLOSING ENTRIES | | | | | | |
| | VON KONTO 823896-22-3 | | | | 46,711.81 | 171296 | |
| 131296 | FIDUC. CALL DEP.LIQUIDATION 700112 | | | | 16,450,000.00 | 171296 | |
| 171296 | PAYMENT ORDER | | | | | | |
| | ACCORD. TO THE INSTRUCT. RECEIVED | | | 16,788,000.00 | | 171296 | 291,147.36 D |
| 161296 | REDEMPTION 143 CREDIS MM FD US$ | | | | 291,045.04 | 181296 | 102.32 D |
| 171296 | REDEMPTION 1 CREDIS MM FD US$ | | | | 2,035.54 | 191296 | 1,933.22 C |
| 161296 | SAFEKEEPING FEES | | | 384.89 | | 311296 | |
| 161296 | PORTFOLIO MANAGEMENT FEE | | | 0.73 | | 311296 | |
| 311296 | BALANCE OF CLOSING ENTRIES | | | 267.86 | | 311296 | 1,279.74 C |
| | | | | | | | ********** |
| | TOTAL TURNOVER | | | 36,614,358.36 | 37,085,203.04 | | |

* Legend
  F = Free of commission
  N = Not subject to deduction of interest
  P = Subject to deduction of interest, not debited
  U = Subject to turnover commission
  Z = Subject to deduction of interest, debited

□ In your favour = C
In our favour = D

Yours sincerely
**Swiss Volksbank**
Form without signature

**C008166**

**Conditions for your deposits in foreign currencies**

The Bank fulfills its obligations exclusively at the place of the branch maintaining the account. The Bank proceeds by procuring a credit entry in the country of the currency, at the Bank designated by the customer. If the Bank has no instructions to that effect, it will proceed at its own branch or at a correspondent bank.

The law in force at the place of the branch maintaining the account(s) is applicable; the measures of the country of the currency remain under reserve.

**Important!**

Errors and omissions excepted.
This statement is considered as accepted unless queried in writing within one month.

Related Payments Appx - 000136

DOJ_0021815

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

Account holder

630
05

1201 GENEVE
TEL. 022/304 2111
       231051

# COPY

**CLOSING STATEMENT**          **PER 31.12.96**

Account No. **823896-22**

**CURRENT ACCOUNT**

GHP CORPORATION
RET

A

| Currency | Sheet |
|---|---|
| **US DOLLARS**          NFP | **1** |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| | CURRENT ACCOUNTING PERIOD(92 DAYS): | | | | | | | |
| | DEBIT INTEREST | | | | | | | |
| | 8.25% UP TO 31.10.96 ON 4,810 | | | | | | | |
| | INTEREST NUMBERS | | | 110.23 | | | | |
| | 8.375% UP TO 31.12.96 ON 2,912 | | | | | | | |
| | INTEREST NUMBERS | | | 67.74 | | | | |
| | CREDIT COMMISSION | | | | | | | |
| | 0.25% ON USD 8,393.83 AVERAGE | | | | | | | |
| | OVERDRAFT 4. QUARTER 1996 | | | 21.45 | | | | |
| | CHARGES F.CORR.RET. | | | 55.07 | | | | |
| | CHARGES | | | 13.37 | | | | |
| 311296 | BALANCE OF CLOSING ENTRIES | | | | | 311296 | 267.86 D | |
| | | | | | | | ******** | |

* Legend
  F = Free of commission
  N = Not subject to deduction of interest
  P = Subject to deduction of interest, not debited
  U = Subject to turnover commission
  Z = Subject to deduction of interest, debited

□ In your favour  = C
   In our favour   = D

Yours sincerely
**Swiss Volksbank**

Form without signature

**Conditions for your deposits in foreign currencies**

The Bank fulfills its obligations exclusively at the place of the branch
maintaining the account. The Bank proceeds by procuring a credit entry
in the country of the currency, at the Bank designated by the customer
If the Bank has no instructions to that effect, it will proceed at its own
branch or at a correspondent bank.

The law in force at the place of the branch maintaining the account(s)
is applicable; the measures of the country of the currency remain
under reserve.

C008167

**Important!**

Errors and omissions excepted.
This statement is considered as accepted unless queried in writing
within one month.

Related Payments Appx - 000137

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

Account holder

630
05

1201 GENEVE
TEL. 022/304 2111

# COPY

**STATEMENT OF INTEREST** 1996

Account No. **823896-22**

**CURRENT ACCOUNT**

GHP CORPORATION
RET

| Currency | | Sheet |
| --- | --- | --- |
| **US DOLLARS** | **NFP** | **1** |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | UP TO 31.12.96 THE FOLLOWING CLOSING ENTRIES HAVE BEEN PASSED ON THIS ACCOUNT: | | | IN CHF | IN CHF | | | |
| | DEBIT INTEREST USD | 2,232.72 | | 2,779.80 | | | | |
| | COMMISSIONS    USD | 270.52 | | 336.79 | | | | |
| | CHARGES       USD | 79.92 | | 105.36 | | | | |
| | TOTAL | | | 3,221.97 | | | | |
| | STATEMENT MAY BE USED FOR TAX PURPOSES | | | | | | | |
| 311296 | BOOK BALANCE | | | | | | 1,279.74 C | |
| | | | | | | | ********** | |

* Legend
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

□ In your favour = C
In our favour = D

Yours sincerely
**Swiss Volksbank**
Form without signature

**Conditions for your deposits in foreign currencies**

C008168

The Bank fulfills its obligations exclusively at the place of the branch maintaining the account  The Bank proceeds by procuring a credit entry in the country of the currency, at the Bank designated by the customer. If the Bank has no instructions to that effect, it will proceed at its own branch or at a correspondent bank.

The law in force at the place of the branch maintaining the account(s) is applicable; the measures of the country of the currency remain under reserve.

**Important!**

Errors and omissions excepted.
This statement is considered as accepted unless queried in writing within one month

DOJ_0021817

# CREDIT SUISSE | PRIVATE BANKING

Account holder

630
05

1201 GENEVE
022/304 2111

# COPY

STATEMENT OF ACCOUNT        PER 31.03.97

Account No. 823896-22                                      GHP CORPORATION        A
                                                           RET
CURRENT ACCOUNT

| Currency | Sheet |
|---|---|
| US DOLLARS        NFP | 1 |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance ☐ |
|---|---|---|---|---|---|---|---|
| | B/F | | | | | 311296 | 1,279.74 C |
| 140197 | PAYMENT ORPHIN S.A. | | | | 2,999,981.50 | 020197 | 3,001,261.24 |
| 080197 | PAYMENT DAV RIGA, LATVIA | | | | 2,230,000.00 | 070197 | 5,231,261.24 |
| 080197 | PAYMENT DAV RIGA, LATVIA | | | 2,760,000.00 | | 080197 | |
| 080197 | PAYMENT DAV RIGA, LATVIA | | | | 3,012,970.00 | 080197 | 11,004,231.24 |
| 090197 | FIDUC. CALL DEPOSIT 0554-200879 | | | 4,990,000.00 | | 100197 | |
| 090197 | HANDLING-FEE 0554-200879 | | | 74.24 | | 100197 | |
| 100197 | FIDUC. TIME DEPOSIT F-00004 | | | 3,000,000.00 | | 100197 | |
| 130197 | PAYMENT DAV RIGA, LATVIA | | | | 27,000.00 | 100197 | 3,041,157.00 |
| 090197 | NEW ISSUES 6 CREDIS MM FD US$ | | | 12,336.74 | | 130197 | 3,028,820.26 |
| 140197 | NEW ISSUES 13 CREDIS MM FD US$ | | | 26,739.94 | | 160197 | 3,002,080.32 |
| 150197 | FIDUC. CALL DEP.-INCREASE | | | | | | |
| | 0554-200879 | | | 3,000,000.00 | | 170197 | |
| 150197 | HANDLING-FEE 0554-200879 | | | 74.24 | | 170197 | 2,006.08 C |
| 300197 | TRANSFER BAL.OF CLOSING ENTRIES | | | | | | |
| | VON KONTO 823896-22-2 | | | | 20,752.08 | 030297 | |
| 300197 | FIDUC. CALL DEP.LIQUIDATION | | | | | | |
| | 0554-200879 | | | | 7,990,000.00 | 030297 | |
| 030297 | PAYMENT ORDER | | | | | | |
| | ACCORDING TO THE INSTRUCTIONS RECEIV | | | 8,000,011.19 | | 030297 | 12,746.97 C |
| 050297 | PAYMENT ORDER | | | | | | |
| | ARFICO INTERNATIONAL CORP | | | 50,021.83 | | 050297 | |
| 060297 | PAYMENT DAV RIGA, LATVIA | | | | 1,663,970.00 | 050297 | |
| 060297 | PAYMENT DAV RIGA,LATVIA | | | | 4,000,000.00 | 050297 | |
| 270297 | PAYMENT GHP CORPORATION RET | | | | 2,000,000.00 | 050297 | 7,626,695.14 C |
| 060297 | FIDUC. CALL DEPOSIT 0554-210940 | | | 8,620,000.00 | | 100297 | |
| 060297 | HANDLING-FEE 0554-210940 | | | 70.77 | | 100297 | |

* Legend
 F = Free of commission
 N = Not subject to deduction of interest
 P = Subject to deduction of interest, not debited
 U = Subject to turnover commission
 Z = Subject to deduction of interest, debited

☐ In your favour = C
  In our favour = D

Yours faithfully

CREDIT SUISSE

Form without signature

C008169

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

**Important!**

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

DOJ_0021818

**CREDIT SUISSE** | PRIVATE BANKING

Account holder

GHP CORPORATION
RET

630
05

1201 GENEVE
022/304 2111

# COPY

STATEMENT OF ACCOUNT          PER 31.03.97

Account No. **823896-22**

**CURRENT ACCOUNT**

A

| Currency | | Sheet | |
|---|---|---|---|
| **US DOLLARS** | | NFP | 2 |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| 100297 | FID. TIME DEP.- LIQUIDATION F-00004 | | | | 3,012,270.83 | 100297 | 2,018,895.20 C |
| 070297 | NEW ISSUES 8 CREDIS MM FD US$ | | | 16,510.51 | | 110297 | 2,002,384.69 C |
| 200297 | PAYMENT DAV RIGA, LATVIA | | | | 2,000,000.00 | 190297 | |
| 270297 | PAYMENT ORDER GHP CORPORATION RET | | | 2,000,000.00 | | 190297 | 2,002,384.69 C |
| 200297 | FIDUC. CALL DEP.-INCREASE | | | | | | |
| | 0554-210940 | | | 2,000,000.00 | | 240297 | |
| 200297 | HANDLING-FEE 0554-210940 | | | 67.43 | | 240297 | 2,317.26 C |
| 240297 | HANDLING-FEE 0554-210940 | | | 67.43 | | 260297 | |
| 240297 | FIDUC. CALL DEP.-REDUCTION | | | | | | |
| | 0554-210940 | | | | 250,000.00 | 260297 | |
| 260297 | PAYMENT ORDER | | | | | | |
| | CHF 5,000.00 AT 1.4475//INSTITUT MON | | | 3,464.59 | | 260297 | |
| 280297 | PAYMENT GHP CORPORATION RET | | | | 250,000.00 | 260297 | |
| 050397 | PAYMENT ORDER GHP CORPORATION RET | | | 250,030.98 | | 260297 | |
| 050397 | PAYMENT ORDER GHP CORPORATION RET | | | 250,000.00 | | 260297 | 1,245.74 D |
| 070397 | PAYMENT DAV RIGA, LATVIA | | | | 1,900,000.00 | 070397 | |
| 070397 | PAYMENT DAV RIGA, LATVIA | | | | 2,982,880.00 | 070397 | 4,881,634.26 C |
| 100397 | FIDUC. CALL DEP.-INCREASE | | | | | | |
| | 0554-210940 | | | 4,920,000.00 | | 110397 | |
| 100397 | HANDLING-FEE 0554-210940 | | | 67.43 | | 110397 | 38,433.17 D |
| 180397 | REDEMPTION 19 CREDIS MM FD US$ | | | | 39,140.95 | 200397 | 707.78 C |
| 250397 | TRANSFER BAL.OF CLOSING ENTRIES | | | | | | |
| | FROM ACC. 823896-22-2 | | | | 65,171.25 | 270397 | 65,879.03 C |
| 270397 | BALANCE OF CLOSING ENTRIES | | | 105.64 | | 310397 | 65,773.39 C |
| | | | | | | | *********** |
| | **TOTAL TURNOVER** | | | 37,139,642.96 | 37,204,136.61 | | |

* Legend
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

□ In your favour  = C
  In our favour   = D

Yours faithfully

**CREDIT SUISSE**

Form without signature

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

**C008170**

**Important!**

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

DOJ_0021819

**CREDIT SUISSE** | **PRIVATE BANKING**

Account holder

630
05

1201 GENEVE
022/304 2111
        231051

# COPY

**CLOSING STATEMENT**     PER 31.03.97

Account No. **823896-22**                                    A

**CURRENT ACCOUNT**

GHP CORPORATION
RET

| Currency | | Sheet |
|---|---|---|
| **US DOLLARS** | **NFP** | **1** |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| | **CURRENT ACCOUNTING PERIOD(90 DAYS):** | | | | | | | |
| | **DEBIT INTEREST** | | | | | | | |
| | **8.375% ON 3,571 INTEREST** | | | | | | | |
| | **NUMBERS** | | | | 83.08 | | | |
| | **CREDIT COMMISSION** | | | | | | | |
| | **0.25% ON USD 3,967.89 AVERAGE** | | | | | | | |
| | **OVERDRAFT 1. QUARTER 1997** | | | | 9.92 | | | |
| | **CHARGES** | | | | 12.64 | | | |
| 270397 | **BALANCE OF CLOSING ENTRIES** | | | | | 310397 | **105.64 D** |  |
| | | | | | | | ******** | |

**\* Legend**
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

□ In your favour    = C
In our favour    = D

Yours faithfully

**CREDIT SUISSE**

Form without signature

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

## C008171

**Important!**

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

Related Payments Appx - 000141

DOJ_0021820

**CREDIT SUISSE** | **PRIVATE BANKING**

630
05

1201 GENEVE
022/304 2111

# COPY

STATEMENT OF ACCOUNT          PER 30.06.97

Account No. **823896-22**                    GHP CORPORATION          A
                                             RET
**CURRENT ACCOUNT**

| Currency | Sheet |
|---|---|
| **US DOLLARS**          NFP | 1 |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| | B/F | | | | | 310397 | 65,773.39 C | |
| 030497 | HANDLING-FEE 0554-210940 | | | 68.21 | | 070497 | | |
| 030497 | FIDUC. CALL DEP.-REDUCTION | | | | | | | |
| | 0554-210940 | | | | 935,000.00 | 070497 | | |
| 070497 | PAYMENT ORDER | | | | | | | |
| | GROSVENOR CONSULTANCY SERVICES LTD | | | 1,000,032.19 | | 070497 | 672.99 C | |
| 080497 | PAYMENT ORDER I.H.F. CO LTD | | | 3,200,034.93 | | 080497 | 3,199,361.94 D | |
| 070497 | HANDLING-FEE 0554-210940 | | | 68.21 | | 100497 | | |
| 070497 | FIDUC. CALL DEP.-REDUCTION | | | | | | | |
| | 0554-210940 | | | | 3,200,000.00 | 100497 | 569.85 C | |
| 150497 | HANDLING-FEE 0554-210940 | | | 68.35 | | 170497 | | |
| 150497 | FIDUC. CALL DEP.-REDUCTION | | | | | | | |
| | 0554-210940 | | | | 7,115,000.00 | 170497 | | |
| 170497 | PAYMENT ORDER | | | | | | | |
| | ACCORDING TO THE INSTRUCTIONS RECEIV | | | 7,112,010.27 | | 170497 | | |
| 170497 | PAYMENT ORDER | | | | | | | |
| | NFP31//ACCORDING TO THE INSTRUCTIONS | | | 4,086,000.00 | | 170497 | 4,082,508.77 D | |
| 170497 | REDEMPTION 18 CREDIS MM FD US$ | | | | 37,243.26 | 210497 | | |
| 170497 | TRANSFER BAL.OF CLOSING ENTRIES | | | | | | | |
| | FROM ACC. 823896-22-2 | | | | 39,777.60 | 210497 | | |
| 170497 | FIDUC. CALL DEP.LIQUIDATION | | | | | | | |
| | 0554-210940 | | | | 4,040,000.00 | 210497 | 34,512.09 C | |
| 220497 | NEW ISSUES 16 CREDIS MM FD US$ | | | 33,298.37 | | 240497 | 1,213.72 C | |
| 280497 | PAYMENT | | | | | | | |
| | SBCORP, NUARU, ACC.0001073214 | | | | 11,499,932.00 | 280497 | 11,501,145.72 C | |
| 280497 | FIDUC. CALL DEPOSIT 0554-211130 | | | 11,500,000.00 | | 300497 | | |
| 280497 | HANDLING-FEE 0554-211130 | | | 136.71 | | 300497 | 1,009.01 C | |

* Legend
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

☐ In your favour   = C
In our favour   = D

Yours faithfully

**CREDIT SUISSE**

Form without signature

## C008172

**Important!**

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

DOJ_0021821

**CREDIT SUISSE** | PRIVATE BANKING

1201 GENEVE
022/304 2111

Account holder

GHP CORPORATION
RET

630
05

# COPY

**STATEMENT OF ACCOUNT**      **PER 30.06.97**

Account No. **823896-22**

**CURRENT ACCOUNT**

A

| Currency | Sheet |
|---|---|
| **US DOLLARS**      **NFP** | **2** |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| 020597 | PAYMENT ORDER | | | | | | | |
| | NFP31//KINGSTON TRADING LTD | | | 1,100,019.17 | | 020597 | 1,099,010.16 | D |
| 020597 | TRANSFER BAL.OF CLOSING ENTRIES | | | | | | | |
| | FROM ACC. 823896-22-2 | | | | 9,223.96 | 060597 | | |
| 020597 | FIDUC. CALL DEP.LIQUIDATION | | | | | | | |
| | 0554-211130 | | | | 11,500,000.00 | 060597 | | |
| 060597 | PAYMENT ORDER | | | | | | | |
| | NFP31//ACCORDING TO THE INSTRUCTIONS | | | 10,400,010.27 | | 060597 | 10,203.53 | C |
| 200697 | PAYMENT SBCORP 0001073214 NUARU | | | | 1,499,610.00 | 200697 | 1,509,813.53 | C |
| 250697 | FIDUC. CALL DEPOSIT 0554-211254 | | | 1,500,000.00 | | 270697 | | |
| 250697 | NEW ISSUES 4 CREDIS MM FD US$ | | | 8,405.36 | | 270697 | | |
| 250697 | HANDLING-FEE 0554-211254 | | | 138.65 | | 270697 | 1,269.52 | C |
| 250697 | PORTFOLIO MANAGEMENT FEE | | | 23.31 | | 300697 | | |
| 260697 | TRANSFER BAL.OF CLOSING ENTRIES | | | | | | | |
| | FROM ACC. 823896-22-2 | | | | 601.56 | 300697 | | |
| 300697 | BALANCE OF CLOSING ENTRIES | | | 7,355.99 | | 300697 | 5,508.22 | D |
| | | | | | | | ********** | |
| | **TOTAL TURNOVER** | | | **39,947,669.99** | **39,876,388.38** | | | |

* Legend
  F = Free of commission
  N = Not subject to deduction of interest
  P = Subject to deduction of interest, not debited
  U = Subject to turnover commission
  Z = Subject to deduction of interest, debited

□ In your favour  = C
  In our favour    = D

Yours faithfully

**CREDIT SUISSE**

Form without signature

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

**C008173**

**Important!**

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

Related Payments Appx - 000143

**CREDIT SUISSE** | PRIVATE BANKING

Account holder

630
05

1201 GENEVE
022/304 2111
231051

# COPY

**CLOSING STATEMENT**       PER 30.06.97

Account No. **823896-22**

**CURRENT ACCOUNT**

GHP CORPORATION
RET

A

| Currency | | Sheet | |
|----------|--|-------|--|
| **US DOLLARS** | **NFP** | **1** | |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|------|------|-------------|---|---------------|----------------|-------|---------|---|
| | **CURRENT ACCOUNTING PERIOD(91 DAYS):** | | | | | | | |
| | DEBIT INTEREST | | | | | | | |
| | 8.75% UP TO 30.06.97 ON 271,247 | | | | | | | |
| | INTEREST NUMBERS | | | 6,592.81 | | | | |
| | CREDIT COMMISSION | | | | | | | |
| | 0.25% ON USD 298,074.72 AVERAGE | | | | | | | |
| | OVERDRAFT 2. QUARTER 1997 | | | 753.46 | | | | |
| | CHARGES | | | 9.72 | | | | |
| 300697 | BALANCE OF CLOSING ENTRIES | | | | | 300697 | 7,355.99 D | |

* Legend
F  = Free of commission
N  = Not subject to deduction of interest
P  = Subject to deduction of interest, not debited
U  = Subject to turnover commission
Z  = Subject to deduction of interest, debited

□ In your favour  = C
   In our favour   = D

Yours faithfully

**CREDIT SUISSE**

Form without signature

**C008174**

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

**Important!**

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

DOJ_0021823

**CREDIT SUISSE** | PRIVATE BANKING

Account holder

630
05

1211 GENEVE CORNAVIN (0518)
022/393 21 11

# COPY

**STATEMENT OF ACCOUNT**        PER 31.12.97

Account No. **823896-22**

A

**CURRENT ACCOUNT**

GHP CORPORATION
RET

| Currency | | Sheet | |
|---|---|---|---|
| **US DOLLARS** | **PAA 6** | **1** | |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| | B/F | | | | | 300697 | 5,508.22 D |
| 010797 | REDEMPTION 3 CREDIS MM FD US$ | | | | 6,266.88 | 030797 | 758.66 C |
| 060897 | HANDLING-FEE 0554-211254 | | | 66.07 | | 080897 | |
| 060897 | FIDUC. CALL DEP.-REDUCTION | | | | | | |
| | 0554-211254 | | | | 200,000.00 | 080897 | |
| 080897 | PAYMENT ORDER | | | | | | |
| | NFP20//BANCO BILBAO VIZCAYA VALENCIA | | | 200,019.21 | | 080897 | 673.38 C |
| 130897 | PAYMENT SBC | | | | 4,000,000.00 | 130897 | 4,000,673.38 C |
| 130897 | FIDUC. CALL DEP.-INCREASE | | | | | | |
| | 0554-211254 | | | 4,000,000.00 | | 150897 | |
| 130897 | HANDLING-FEE 0554-211254 | | | 65.21 | | 150897 | 608.17 C |
| 230997 | TRANSFER BAL.OF CLOSING ENTRIES | | | | | | |
| | FROM ACC. 823896-22-2 | | | | 38,085.59 | 250997 | |
| 230997 | FIDUC. CALL DEP.LIQUIDATION | | | | | | |
| | 0554-211254 | | | | 5,300,000.00 | 250997 | |
| 250997 | PAYMENT ORDER | | | | | | |
| | ACCORDING TO THE INSTRUCTIONS RECEIV | | | 5,271,000.00 | | 250997 | 67,693.76 C |
| 240997 | PORTFOLIO MANAGEMENT FEE | | | 17.31 | | 300997 | 67,676.45 C |
| 231097 | NEW ISSUES 31 CS MMF USD | | | 66,009.35 | | 271097 | 1,667.10 C |
| 151297 | SAFEKEEPING FEES | | | 67.50 | | 311297 | |
| 151297 | PORTFOLIO MANAGEMENT FEE | | | 17.70 | | 311297 | |
| 311297 | BALANCE OF CLOSING ENTRIES | | | 108.93 | | 311297 | 1,472.97 C |
| | | | | | | | ********** |
| | TOTAL TURNOVER | | | 9,537,371.28 | 9,544,352.47 | | |

\* Legend
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

□ In your favour = C
In our favour = D

Yours faithfully

**CREDIT SUISSE**

Form without signature

**C008175**

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

**Important!**

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

Related Payments Appx - 000145

**CREDIT SUISSE** | **PRIVATE BANKING**

Account holder

630
05

1211 GENEVE CORNAVIN (0518)
022/393 21 11
      231051

# COPY

**CLOSING STATEMENT**          PER 31.12.97

Account No. **823896-22**

**CURRENT ACCOUNT**

GHP CORPORATION
RET

A

| Currency | | Sheet |
|---|---|---|
| **US DOLLARS** | **PAA 6** | **1** |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| | **CURRENT ACCOUNTING PERIOD(184 DAYS):** | | | | | | | |
| | CHARGES F.CORR.RET. | | | 103.81 | | | | |
| | CHARGES | | | 5.12 | | | | |
| 311297 | **BALANCE OF CLOSING ENTRIES** | | | | | 311297 | 108.93 D | |
| | | | | | | | ********* | |

**Legend**
F = Free of commission
N = Not subject to deduction of interest
P = Subject to deduction of interest, not debited
U = Subject to turnover commission
Z = Subject to deduction of interest, debited

□ In your favour = C
  In our favour = D

Yours faithfully

**CREDIT SUISSE**

Form without signature

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

## C008176

**Important!**

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

**CREDIT SUISSE** | PRIVATE BANKING

Account holder

630
05

1211 GENEVE CORNAVIN (0518)
022/393 21 11

# COPY

**STATEMENT OF INTEREST**     1997

Account No. **823896-22**

**CURRENT ACCOUNT**

GHP CORPORATION
RET

| Currency | | Sheet |
|---|---|---|
| **US DOLLARS** | **PAA 6** | **1** |

**RET**

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| | UP TO 31.12.97 THE FOLLOWING CLOSING ENTRIES HAVE BEEN PASSED ON THIS ACCOUNT: | | | **IN CHF** | **IN CHF** | | | |
| | DEBIT INTEREST USD | 6,675.89 | | 9,613.19 | | | | |
| | COMMISSIONS    USD | 763.38 | | 1,099.25 | | | | |
| | CHARGES        USD | 131.29 | | 189.59 | | | | |
| | TOTAL | | | 10,902.04 | | | | |
| | STATEMENT MAY BE USED FOR TAX PURPOSES | | | | | | | |
| 311297 | BOOK BALANCE | | | | | | 1,472.97 C | |

* Legend
  F = Free of commission
  N = Not subject to deduction of interest
  P = Subject to deduction of interest, not debited
  U = Subject to turnover commission
  Z = Subject to deduction of interest, debited

□ In your favour   = C
In our favour   = D

Yours faithfully

**CREDIT SUISSE**

Form without signature

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

**C008177**

**Important!**

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as approved in those cases where possible objections have not reached the Bank within one month. In case of differences, the management of the office carrying the accounts should be notified.

Related Payments Appx - 000147

# CREDIT SUISSE | PRIVATE BANKING

```
1211 GENEVE CORNAVIN (0518)
022/393 21 11
```

| EXTRACT OF ACCOUNT | FROM 01.01.98 TO 22.04.98 |
|---|---|

Account No. **823896-22**

**CURRENT ACCOUNT**

**GHP CORPORATION**
**RET**

A

| Currency | Sheet |
|---|---|
| **US DOLLARS** | **1** |

RET

| Date | Text | Ref. legend | * | In our favour | In your favour | Value | Balance | □ |
|---|---|---|---|---|---|---|---|---|
| | B/F | | | | | | 1,472.97 | C |
| 300398 | PORTFOLIO MANAGEMENT FEE | | | | 21.13 | 310398 | 1,451.84 | C |
| | TOTAL TURNOVER | | | | 21.13 | | | |

```
* Legend
  F = Free of commission
  N = Not subject to deduction of interest
  P = Subject to deduction of interest, not debited
  U = Subject to turnover commission
  Z = Subject to deduction of interest, debited
```

| □ In your favour = C |
| In our favour = D |

Yours faithfully

**CREDIT SUISSE**

Form without signature

## C008178

**Conditions governing your deposits in foreign currencies**

The obligations of the bank shall be discharged exclusively at the place of business of the office carrying the account(s) and solely through the establishment of a credit entry in the country of the currency at the bank designated by the customer or failing designation at the bank's own branch or a correspondent bank.
The proper law shall be the law of the place of business of the office carrying the above mentioned account(s); however, measures of the country of the currency shall be given effects as well. The courts of the place of business of the office carrying the account(s) shall have exclusive jurisdiction.

**Important!**

According to article 7 paragraph 2 of our Bank's General Conditions statements of account are considered as **approved** in those cases where possible objections have not reached the Bank **within one month. In case of differences, the management of the office carrying the accounts should be notified.**

Related Payments Appx - 000148

DOJ_0021827

DOJ_0021828

Nicht für Steuerzwecke verwendbar
Not to be used for tax purposes

# CREDIT SUISSE | PRIVATE BANKING

C008179

1211 Genève
TEL. 022/391 37 56
REFERENCE: MR. LOHMANN GERHARD

CUSTOMER NUMBER: 0518- 825896-2

SAFEKEEP.: 825896-25

SAFEK., ACC., OPTIONS & FUTURES STATEMENT
************************************************

VALUED AT MARKET VALUE

Lautend auf / Titulaire / Titolare / Account holder

GHP CORPORATION                          RET
RET                                      STAA
                                         E
                                         A

ESTABLISHED ON              27.04.1998
ENTRIES UP TO               23.04.1998
WITH PRICES AS OF           23.04.1998

                                              TO
EVALUATION CURRENCY:    USD                   POG/MEYER

| PAR/ NUMBER | DESIGNATION | SEC.-NO/ACC.-NO (V) (C) ISIN | DUE DATE CONVERS. FROM/TO | ANTICIPATED REPAIRE ON PRICE | PRICE | QUOT. VAL. (QV) / SHARE ACCRUED INT. ON QV | USD % |
|---|---|---|---|---|---|---|---|
| | M O N E Y   M A R K E T   I N V . ----- | | | | | | |
| 80 | UNITS CREDIT SUISSE MONEY MARKET   V 218485 | | | | | | |
| | FUND (LUX) FCP (EX CREDIS MONEY | LU0049014870 | | USD 2,174.61 NV | 175,969 100.00 | 173,969 100.00 | |
| | MARKET FUND FCP) USD | | | | | | |
| | WITH CREDIT SUISSE LUXEMBOURG, | | | | | | |
| | LUXEMBOURG | | | | | | |
| T O T A L | | | | | ==================== | 175,969 100.00 | ==================== |

YOURS SINCERELY
CREDIT SUISSE

Related Payments Appx - 000149

# CREDIT SUISSE | PRIVATE BANKING

1211 Genève

Laufend auf / Titulaire / Titolare / Account holder
GHP CORPORATION
RET

**SAFEK. ACC., OPTIONS & FUTURES STATEMENT**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CUSTOMER NUMBER 0518- 823696-2

## LEGEND

NOTES EXPLAINING THE HEADING OF THIS LIST

SAFEKEEPING ACCOUNT, OPTIONS AND FUTURES STATEMENT
INCLUDES ONLY ITEMS DEPOSITED IN SAFEKEEPING ACCOUNT (VALUABLES, METALS, DOCUMENTS, ETC./ -> DESIGNATION V).

STATEMENT OF INVESTMENTS/PERFORMANCE ANALYSIS
INCLUDES ITEMS DEPOSITED IN SAFEKEEPING ACCOUNT (VALUABLES, METALS, DOCUMENTS, ETC./ -> DESIGNATION V), THE BALANCES OF ACCOUNTS AND OF (SAVINGS) BOOKLETS
DEPOSITED WITH US AS WELL AS FIDUCIARY TIME DEPOSITS (-> DESIGNATION C) AND FORWARD TRANSACTIONS IN FOREIGN EXCHANGE, IN FOREIGN NOTES AND COINS,
IN PRECIOUS METALS AND SECURITIES.

HOWEVER, THE FOLLOWING ITEMS/TRANSACTIONS ARE NOT INCLUDED: CONSTRUCTIONS LOANS AND MORTGAGE DEBTS, CONSUMER CREDITS(LOANS); COMMITMENTS IN THE FORM OF
BILLS OF EXCHANGE AND ACCEPTANCES; LETTERS OF CREDIT; FIDUCIARY LOANS; SURETIES; GUARANTEES AND THE LIKE; AS WELL AS PENDING TRANSACTIONS.

VALUATION OF THE SECURITIES FORWARD FIXED AND FORWARD PREMIUM POSITIONS OCCURS AT THE SPOT RATES.

IMPORTANT !

THIS STATEMENT IS CONSIDERED TO BE APPROVED, IF NO WRITTEN COMPLAINT IS RECEIVED WITHIN 30 DAYS. ANY COMPLAINTS ARE TO BE SENT TO THE MANAGER OF OUR BRANCH

## ABBREVIATIONS

DUE DATE / TYPE OF YIELD        D     = CURRENT YIELD

TYPE OF PRICE                   NV    = NET ASSET VALUE
ANALYSES                        *     = INCOMPL./NO INDICATIONS

PAGE   2/27.04.98

Nicht für Steuerzwecke verwendbar
Not to be used for tax purposes

Non destiné à des fins fiscales
Non utilizzabile per fini fiscali

Related Payments Appx - 000150

C008180

DOJ_0021829

3. GHP CORPORATION

**C008181**

DOJ_0021830



**CREDIT SUISSE**

17, Rue de Lausanne
CP 100
1211 Genève 70

| | |
|---|---|
| Téléphone | 022 393 21 11 |
| Téléfax | 022 393 27 28 |
| Télex | 428 251 |
| SWIFT | CRES CHZZ 12T |
| CCP | 12-35-2 |

Léonard Possa
Service juridique



RECOMMANDE
Monsieur
Laurent KASPER-ANSERMET
Juge d' Instruction
Palais de Justice
Case postale 3344
1211 Genève 3

022 / 393 22 83                    23 juin 1998          POGS 3

**Procédure No P/2489/1998 contre M. Petro Kyrytschenko**

Monsieur le Juge,

Nous donnons suite à votre ordonnance additionnelle du 4 crt et vous prions de bien vouloir trouver en annexe, et sous quatre fourres distinctes, les pièces justificatives des mouvements enregistrés au crédit et au débit des comptes des relations visées, depuis leur ouverture jusqu'au 22 avril 1998, à l'exception des opérations de gestion.

Nous nous sommes permis de ne pas vous produire les pièces aux montants inférieurs à CHF 10'000.- et/ou contrevaleur.

Nous précisons par ailleurs que font encore défaut un certain nombre de pièces, d'une part pour la relation Paddox Industries Ltd et, d'autre part, pour le compte 21383 Orphin. Nous ne manquerons pas de vous les faire suivre par un prochain courrier.

Dans l'intervalle, et demeurant à votre disposition, nous vous prions de croire, Monsieur le Juge, à l'expression de nos sentiments distingués.

CREDIT SUISSE

Nicolas Bille                              Léonard Possa

- quatre fourres de pièces



Genève, le 4 juin 1998
1, Place du Bourg-de-Four

**POUVOIR JUDICIAIRE**

CABINET DU JUGE
D'INSTRUCTION
Correspondance :
Case postale 3344
1211  Genève  3
Tél.  319.26.11

Prière d'adresser toute correspondance
au Juge soussigné personnellement

RECOMMANDE
CREDIT SUISSE
Service juridique
17, rue de Lausanne
Case postale 100
1211 **GENEVE** 70

Concerne : Procédure n° P/2489/1998 contre M. Petro KYRYTSCHENKO
V/réf. PGOS3/cm

Madame, Monsieur,

Référence étant faite à mon ordonnance du 22 avril 1998 ainsi qu'à
votre courrier du 29 avril 1998, je vous invite, à titre
complémentaire, à me remettre copie des extraits relatifs à l'ensemble
des opérations effectuées par le biais des comptes ouverts auprès de
votre établissement par les sociétés suivantes :

- PADDOX INDUSTRIES LTD
- 21383 ORPHIN
- GHP CORPORATION
- EUROPEAN FEDERAL CREDIT BANK LTD

ceci depuis leur ouverture à ce jour.

**La présente vaut ordonnance additionnelle de perquisition et de saisie
de documents au sens des articles 178 et suivants CPP.**

Compte tenu de la complexité et du volume des opérations à analyser
dans le cadre de mon instruction, ma requête revêt un caractère
d'urgence.

En vous remerciant d'ores et déjà de votre collaboration, je vous prie
d'agréer, Madame, Monsieur, l'expression de mes sentiments distingués.

Le Juge d'instruction

L. KASPER-ANSERMET

DOJ_0021832

**Schweizerische Volksbank**
**Banque Populaire Suisse**
**Banca Popolare Svizzera**
**Swiss Volksbank**

0518-960715-22-90006-000110

REKAP 15 JUL 1996
AUFTR.ART:    AWZA-SWIFT            BKST 0518

CREDIT ADVICE                     8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                              GHP CORPORATION RET

12 JUL 96

WE CREDIT THE ACCOUNT ON THE RIGHT       CURRENT ACCOUNT

VAL. 15 JUL 96 US$        8,062,968.50                0518-0823896-22-000
------------- ************************  ******************************************

                                         ORPHIN S.A.

                                         DETAILS OF PAYMENT
                                          /RFB/WT76246/OBI/FEES DEDUCTED 31.5
                                          0 CTR.305-001-044/96

                                         BY ORDER OF
                                          ORPHIN S.A.



**C008184**

DOJ_0021833

**Schweizerische Volksbank**
**Banque Populaire Suisse**
**Banca Popolare Svizzera**
**Swiss Volksbank**

```
0518-960730-22-70013-000110          REKAP 30 JUL 1996          BKST 0518
                                     AUFTR.ART:    AWZA-SWIFT

CREDIT ADVICE                  8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION RET

30 JUL 96

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 30 JUL 96 US$        2,000,000.00              0518-0823896-22-000
-------------  xxxxxxxxxxxxxxxxxxxxxxx  xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

                                     INTERNOVA TRADING CO S.STATE STREET

                                     DETAILS OF PAYMENT
                                       /RFB/960729006854/OBI/CONTRACT 10 2
                                       6.07.96

                                     BY ORDER OF
                                       INTERNOVA TRADING CO
                                       1050 S.STATE STREET 19901 DELAWARE
                                       DOVER UNITED STATES
```

**C008185**

DOJ_0021834

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

GOHZ-960812-21-00085-200100

```
REKAP 14 AUG 1996          BKST 0518
AUFTR.ART:    AUSLAND-ZV
```

DEBIT ADVICE                    8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

GHP CORPORATION
RET

14 AUG 96

WE HAVE DEBITED THE ACCOUNT ON THE RIGH
AS PER ORDER OF 12 AUG 96

CURRENT ACCOUNT

VAL. 14 AUG 96 US$        4,930,000.00
-------------- ************************

                          0518-0823896-22-000
****************************************

ACCORD. TO THE INSTRUCT. RECEIVED

BENEFICIARY
   ACCORD. TO THE INSTRUCT. RECEIVED

**C008186**

DOJ_0021835

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

```
0518-960827-22-30003-000110          REKAP 27 AUG 1996        BKST 0518
                                     AUFTR.ART:   AWZA-SWIFT

CREDIT ADVICE                 8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
27 AUG 96

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 27 AUG 96 US$       7,799,968.50               0518-0823896-22-000
-------------- ***********************    ****************************

                                     ORPHIN S.A.

                                     DETAILS OF PAYMENT
                                      /RFB/WT93376/OBI/FEES DEDUCTED 31.5
                                      0 CTR.305-001-0044/96

                                     BY ORDER OF
                                      ORPHIN S.A.
```



**C008187**

Related Payments Appx - 000157

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

G9ST-960902-21-00050-200100

DEBIT ADVICE                              8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

02 SEP 96

WE HAVE DEBITED THE ACCOUNT ON THE RIGH
AS PER ORDER OF 02 SEP 96

```
                    US$         2,000,000.00
OUR CHARGES         US$                23.53
                    ------------------------
VAL. 03 SEP 96  US$             2,000,023.53
--------------  ************************
```

REKAP 03 SEP 1996              BKST 0518
AUFTR.ART:    AUSLAND-ZV

GHP CORPORATION
RET

CURRENT ACCOUNT

             0518-0823896-22-000
************************************

K. WURS

BENEFICIARY
   536
   K. WURS

ACCOUNT WITH
   BANK HEUSSER
   BASEL

OUR CORRESPONDENT
   BANK LEU AG
   ZUERICH

**C008188**

Related Payments Appx - 000158

DOJ_0021837

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

G9ST-960902-21-00054-200100

REKAP 03 SEP 1996                BKST 0518
AUFTR.ART:    AUSLAND-ZV

DEBIT ADVICE                            8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
02 SEP 96

WE HAVE DEBITED THE ACCOUNT ON THE RIGH    CURRENT ACCOUNT
AS PER ORDER OF 02 SEP 96

                 US$      2,000,000.00              0518-0823896-22-000
OUR CHARGES      US$             23.53      **************************************
                 ---------------------
VAL. 03 SEP 96   US$      2,000,023.53      COMPTE NO PO 58179
-------------    **********************
                                            BENEFICIARY
                                              PO 58179
                                              COMPTE NO PO 58179

                                            ACCOUNT WITH
                                              SCHWEIZ.BANKVEREIN
                                              POSTFACH
                                              8010 ZUERICH-MUELLIGEN

**C008189**

DOJ_0021838

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

G9ST-960927-21-00064-200100

DEBIT ADVICE                                      8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

30 SEP 96

WE HAVE DEBITED THE ACCOUNT ON THE RIGH
AS PER ORDER OF 27 SEP 96

VAL. 30 SEP 96 USD        8,000,000.00
-------------- ✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗

REKAP 30 SEP 1996                    BKST 0518
AUFTR.ART:     AUSLAND-ZV

GHP CORPORATION
RET

CURRENT ACCOUNT

              0518-0823896-22-000
✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗

ACCORD. TO THE INSTRUCT. RECEIVED

BENEFICIARY
  ACCORD. TO THE INSTRUCT. RECEIVED



DOJ_0021839

**M** Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

0518-961106-22-90010-000100

DEBIT INTERNE                              8222

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

05 NOV 96

NOUS AVONS DEBITE LE COMPTE CI-CONTRE
SELON ORDRE DU 06 NOV 96

VAL. 06 NOV 96 USD          8,499,939.00
-------------- ×××××××××××××××××××××××

REKAP 06 NOV 1996
AUFTR.ART:     AWZA-SWIFT          BKST 0518

SCHWEIZ.VOLKSBANK
POSTFACH 631

8021 ZUERICH

BPS HAUPTSITZ/ GD ZUERICH
ZUERICH
                    0518-1042080-84-780
××××××××××××××××××××××××××××××××××××

0208-3329

MOTIF DU PAIEMENT
  /RFB/BNY15957/OBI/REPLENISHMENT OF
  ACCOUNT

BENEFICIAIRE
  GHP CORPORATION
  RET

DONNEUR D'ORDRE
  DAV
  RIGA, LATVIA

**Schweizerische Volksbank**
**Banque Populaire Suisse**
**Banca Popolare Svizzera**
**Swiss Volksbank**

0518-961111-22-20114-000110

CREDIT ADVICE                          8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

11 NOV 96

WE CREDIT THE ACCOUNT ON THE RIGHT

VAL. 12 NOV 96 USD        200,000.00
-------------- ***********************

REKAP 12 NOV 1996
AUFTR.ART:    AWZA-SWIFT        BKST 0518

GHP CORPORATION
RET

CURRENT ACCOUNT

                    0518-0823896-22-000
***************************************

SHIRAN GENERAL TRADE LIMITED DOUGLAS

DETAILS OF PAYMENT
 /RFB/SWF OF 96/11/06/OBI/INV. NO.

BY ORDER OF
  SHIRAN GENERAL TRADE LIMITED
  19 PEEL ROAD
  DOUGLAS
  ISLE OF MAN U K



**C008192**

DOJ_0021841

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

G9ST-961122-21-00029-200100

DEBIT ADVICE                             8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

26 NOV 96

WE HAVE DEBITED THE ACCOUNT ON THE RIGH
AS PER ORDER OF 21 NOV 96

|              | USD | 1,500,000.00 |
|--------------|-----|--------------|
| OUR CHARGES  | USD | 35.20        |

VAL. 26 NOV 96 USD          1,500,035.20
------------- **********************

REKAP 26 NOV 1996           BKST 0518
AUFTR.ART:    AUSLAND-ZV

GHP CORPORATION
RET

CURRENT ACCOUNT

                       0518-0823896-22-000
*****************************************

ELITE GROUP CONSOLIDATED SA

DETAILS OF PAYMENT
   40% OF THE OWNERSHIP
   NEWSPAPER ZERKALO NEDELI

BENEFICIARY
   610195
   ELITE GROUP CONSOLIDATED SA

ACCOUNT WITH
   BANCO DI NAPOLI INTERNATIONAL SA
   10-12 AVENUE PASTEUR
   L-2310 LUXEMBOURG

OUR CORRESPONDENT
   BANCO DI NAPOLI INTERNATIONAL SA
   LUXEMBOURG



C008193

DOJ_0021842

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

0518-961204-22-30017-000110

CREDIT ADVICE                          8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

04 DEC 96

WE CREDIT THE ACCOUNT ON THE RIGHT

VAL. 04 DEC 96 USD          155,970.00
------------- ***********************

REKAP 04 DEC 1996          BKST 0518
AUFTR.ART:    AWZA-SWIFT

GHP CORPORATION
RET

CURRENT ACCOUNT

                    0518-0823896-22-000
**************************************

DAV RIGA, LATVIA

DETAILS OF PAYMENT
  /RFB/BNY18446/OBI/REPLENISHMENT OF
  ACCOUNT

BY ORDER OF
  DAV
  RIGA, LATVIA



**C008194**

DOJ_0021843

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

0518-961204-22-90009-000110

REKAP 04 DEC 1996          BKST 0518
AUFTR.ART:    AWZA-SWIFT

CREDIT ADVICE                    8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

GHP CORPORATION
RET

04 DEC 96

WE CREDIT THE ACCOUNT ON THE RIGHT      CURRENT ACCOUNT

VAL. 04 DEC 96 USD        3,000,000.00
-------------- xxxxxxxxxxxxxxxxxxxxxxx          0518-0823896-22-000
                                        xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

DAV RIGA, LATVIA

DETAILS OF PAYMENT
  /RFB/BNY18445/OBI/REPLENISHMENT OF
  ACCOUNT

BY ORDER OF
  DAV
  RIGA, LATVIA



**C008195**

DOJ_0021844

**Schweizerische Volksbank**
**Banque Populaire Suisse**
**Banca Popolare Svizzera**
**Swiss Volksbank**

0518-961205-22-90006-000110

CREDIT ADVICE                                    8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

05 DEC 96

WE CREDIT THE ACCOUNT ON THE RIGHT

VAL. 05 DEC 96 USD          451,000.00
-------------- ***********************

REKAP 05 DEC 1996
AUFTR.ART:    AWZA-SWIFT          BKST 0518

GHP CORPORATION
RET

CURRENT ACCOUNT

                              0518-0823896-22-000
*********************************************

INTERNOVA TRADING CO S.STATE STREET

DETAILS OF PAYMENT
  /RFB/9612040011934/OBI/CONTRACT 10
  26.07.96

BY ORDER OF
  INTERNOVA TRADING CO
  1050 S.STATE STREET 19901 DELAWARE
  DOVER UNITED STATES



Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

0518-961205-22-40008-000110

CREDIT ADVICE                        8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

05 DEC 96

WE CREDIT THE ACCOUNT ON THE RIGHT

VAL. 05 DEC 96 USD        5,000,000.00
------------- ***********************

REKAP 05 DEC 1996
AUFTR.ART:    AWZA-SWIFT        BKST 0518

GHP CORPORATION
RET

CURRENT ACCOUNT

                        0518-0823896-22-000
**********************************

DAV RIGA, LATVIA

DETAILS OF PAYMENT
 /RFB/BNY18447/OBI/REPLENISHMENT OF
 ACCOUNT

BY ORDER OF
 DAV
 RIGA, LATVIA



**C008197**

DOJ_0021846

Schweizerische Volksbank
Banque Populaire Suisse
Banca Popolare Svizzera
Swiss Volksbank

G9ST-961216-21-00063-200100

DEBIT ADVICE                              8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

17 DEC 96

WE HAVE DEBITED THE ACCOUNT ON THE RIGH
AS PER ORDER OF 13 DEC 96

VAL. 17 DEC 96 USD       16,788,000.00
-------------- ✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

REKAP 17 DEC 1996
AUFTR.ART:    AUSLAND-ZV        BKST 0518

GHP CORPORATION
RET

CURRENT ACCOUNT

                    0518-0823896-22-000
✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

ACCORD. TO THE INSTRUCT. RECEIVED

BENEFICIARY
  ACCORD. TO THE INSTRUCT. RECEIVED

C008198

DOJ_0021847

```
G114-970114-21-00003-500110           REKAP 14 JAN 1997         BKST 0518
                                       AUFTR.ART:    AUSLAND-ZV
CREDIT ADVICE                    8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                            GHP CORPORATION
                                       RET
14 JAN 97

WE CREDIT THE ACCOUNT ON THE RIGHT     CURRENT ACCOUNT

VAL. 02 JAN 97 USD        2,999,981.50               0518-0823896-22-000
-------------- ***********************  ****************************************

                                       ORPHIN S.A.

                                       DETAILS OF PAYMENT
                                         FEES DEDUCTED 31.50
                                         CONTRACT UK 708/77 DD 11.10.96

                                       BY ORDER OF
                                         ORPHIN S.A.
```

**C008199**

DOJ_0021848

```
0518-970108-22-30009-000110              REKAP 08 JAN 1997          BKST 0518
                                         AUFTR.ART:    AWZA-SWIFT
CREDIT ADVICE                     8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                              GHP CORPORATION
                                         RET
08 JAN 97

WE CREDIT THE ACCOUNT ON THE RIGHT       CURRENT ACCOUNT

VAL. 07 JAN 97 USD        2,230,000.00                    0518-0823896-22-000
------------- ***********************    ***************************************

                                         DAV RIGA, LATVIA

                                         DETAILS OF PAYMENT
                                           /RFB/BNY21165/OBI/REPLENISHMENT OF
                                           ACCOUNT

                                         BY ORDER OF
                                           DAV
                                           RIGA, LATVIA

                                           /INS/THE BANK OF NEW YORK NEW YORK
                                           ///BBI//REC//ACC/F/C SW/VOLKCH2212A
                                           // SWISS VOLKS //BANK 1201 GENEVA S
                                           //WITZERLAND SUBJECT TO CHIPS SETTL
                                           //EMENT
```

**C008200**

DOJ_0021849

```
0518-970108-22-10010-000110          REKAP 08 JAN 1997        BKST 0518
                                     AUFTR.ART:    AWZA-SWIFT
CREDIT ADVICE                8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
08 JAN 97

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 08 JAN 97 USD       2,760,000.00                    0518-0823896-22-000
-------------- ***********************  ***************************************

                                     DAV RIGA, LATVIA

                                     DETAILS OF PAYMENT
                                       /RFB/BNY21166/OBI/REPLENISHMENT OF
                                       ACCOUNT

                                     BY ORDER OF
                                       DAV
                                       RIGA, LATVIA

                                       /INS/THE BANK OF NEW YORK NEW YORK
                                       ///BBI//REC//ACC/FC SW/VOLKCH2212A
                                       ////SWISS VOLK SBANK //1201 //GENEV
                                       //A, SWITZERLAND SUBJECT TO CHIPS S
                                       //ETTLEMENT
```

C008201

DOJ_0021850

```
0518-970108-22-80009-000110

CREDIT ADVICE                          8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

08 JAN 97

WE CREDIT THE ACCOUNT ON THE RIGHT

VAL. 08 JAN 97 USD       3,012,970.00
-------------- ✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱
```

```
REKAP 08 JAN 1997            BKST 0518
AUFTR.ART:     AWZA-SWIFT

GHP CORPORATION
RET

CURRENT ACCOUNT

                    0518-0823896-22-000
✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

DAV RIGA, LATVIA

DETAILS OF PAYMENT
  /RFB/BNY21167/OBI/REPLENISHMENT OF
  ACCOUNT

BY ORDER OF
   DAV
   RIGA, LATVIA
```

**C008202**

```
0518-970113-22-80011-000110              REKAP 13 JAN 1997          BKST 0518
                                         AUFTR.ART:    AWZA-SWIFT
CREDIT ADVICE                     8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                              GHP CORPORATION
                                         RET
13 JAN 97

WE CREDIT THE ACCOUNT ON THE RIGHT       CURRENT ACCOUNT

VAL. 10 JAN 97 USD         27,000.00                   0518-0823896-22-000
-------------- ************************   ***************************************
```

DAV RIGA, LATVIA

DETAILS OF PAYMENT
 /RFB/BNY21341/OBI/REPLENISHMENT OF
 ACCOUNT

BY ORDER OF
 DAV
 RIGA, LATVIA



**C008203**

Related Payments Appx - 000173

DOJ_0021852

```
G9ST-970130-21-00003-200100          REKAP 03 FEB 1997          BKST 0518
                                     AUFTR.ART:    AUSLAND-ZV
DEBIT ADVICE                  8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
31 JAN 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH    CURRENT ACCOUNT
AS PER ORDER OF 29 JAN 97

              USD      8,000,000.00                0518-0823896-22-000
OUR CHARGES   USD             11.19    ******************************************
              ------------------------
VAL. 03 FEB 97 USD     8,000,011.19    ACCORDING TO THE INSTRUCTIONS RECEIV
-------------- ************************
                                       BENEFICIARY
                                          ACCORDING TO THE
                                          INSTRUCTIONS RECEIVED
```

**C008204**

DOJ_0021853

G9ST-970203-21-00035-200100

DEBIT ADVICE                                8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

05 FEB 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH
AS PER ORDER OF 03 FEB 97

```
                USD        50,000.00
OUR CHARGES     USD            21.83
                ---------------------
VAL. 05 FEB 97  USD        50,021.83
--------------  ***********************
```

REKAP 05 FEB 1997
AUFTR.ART:    AUSLAND-ZV         BKST 0518

GHP CORPORATION
RET

CURRENT ACCOUNT

             0518-0823896-22-000
**********************************

ARFICO INTERNATIONAL CORP

BENEFICIARY
  0276046489
  ARFICO INTERNATIONAL CORP

ACCOUNT WITH
  WELLS FARGO BANK NA
  INTERNATIONAL DIVISION
  420 MONTGOMERY STREET
  USA-SAN FRANCISCO CA

OUR CORRESPONDENT
  CREDIT SUISSE GROUP
  KONTROLLBEZIEHUNGEN RZ 2

**C008205**

Related Payments Appx - 000175

DOJ_0021854

```
0518-970206-22-20003-000110                REKAP 06 FEB 1997            BKST 0518
                                           AUFTR.ART:    AWZA-SWIFT
CREDIT ADVICE                     8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                                GHP CORPORATION
                                           RET
06 FEB 97

WE CREDIT THE ACCOUNT ON THE RIGHT         CURRENT ACCOUNT

VAL. 05 FEB 97 USD       1,663,970.00                  0518-0823896-22-000
------------- ×××××××××××××××××××××       ×××××××××××××××××××××××××××××××××

                                           DAV RIGA, LATVIA

                                           DETAILS OF PAYMENT
                                            /RFB/BNY23787/OBI/REPLENISHMENT OF
                                            ACCOUNT

                                           BY ORDER OF
                                            DAV
                                            RIGA, LATVIA

                                            /INS/THE BANK OF NEW YORK NEW YORK
                                            ///BBI//REC//ACC/1201 GENEVA SWITZE
                                            //RLAND SUBJECT TO CHIPS SETTLEMENT
```

**C008206**

DOJ_0021855

```
0518-970206-22-50007-000110          REKAP 06 FEB 1997
                                     AUFTR.ART:    AWZA-SWIFT      BKST 0518

CREDIT ADVICE                 8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
06 FEB 97

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 05 FEB 97 USD         4,000,000.00              0518-0823896-22-000
-------------- xxxxxxxxxxxxxxxxxxxxxx  xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

                                     DAV RIGA,LATVIA

                                     DETAILS OF PAYMENT
                                      /RFB/BNY23785/OBI/REPLENISHMENT OF
                                      ACCOUNT

                                     BY ORDER OF
                                      DAV
                                      RIGA,LATVIA

                                      /INS/THE BANK OF NEW YORK NEW YORK
                                      ///BBI//REC//ACC/1201 GENEVA SWITZE
                                      //RLAND SUBJECT TO CHIPS SETTLEMENT
```

**C008207**

DOJ_0021856

```
G114-970227-21-00003-500110          REKAP 27 FEB 1997          BKST 0518
                                     AUFTR.ART:    AUSLAND-ZV

CREDIT ADVICE                8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
27 FEB 97

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 05 FEB 97 USD        2,000,000.00                   0518-0823896-22-000
-------------- ***********************   ***************************************

                                     GHP CORPORATION RET

                                     DETAILS OF PAYMENT
                                       RECTIFICATION DE VALEUR
                                       CONCERNANT NOTRE CREDIT DU
                                       20.02.97 REF 0518-0220-22-30012

                                       TO THE DEBIT OF YOUR ACCOUNT
                                       CURRENT ACCOUNT

                                       0518-0823896-22-000
```

**C008208**

DOJ_0021857

```
0518-970220-22-30012-000110          REKAP 20 FEB 1997          BKST 0518
                                     AUFTR.ART:    AWZA-SWIFT
CREDIT ADVICE                8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
20 FEB 97

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 19 FEB 97 USD       2,000,000.00              0518-0823896-22-000
------------- ***********************  *****************************

                                     DAV RIGA, LATVIA

                                     DETAILS OF PAYMENT
                                      /RFB/BNY23786/OBI/REPLENISHMENT
                                      OF ACCOUNT

                                     BY ORDER OF
                                      DAV
                                      RIGA, LATVIA
```

**C008209**

G114-970227-21-00003-500100

DEBIT ADVICE                              8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

27 FEB 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH
AS PER ORDER OF 27 FEB 97

VAL. 19 FEB 97 USD          2,000,000.00
-------------- ✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

REKAP 27 FEB 1997
AUFTR.ART:    AUSLAND-ZV        BKST 0518

GHP CORPORATION
RET

CURRENT ACCOUNT

                        0518-0823896-22-000
✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

GHP CORPORATION RET

DETAILS OF PAYMENT
  RECTIFICATION DE VALEUR
  CONCERNANT NOTRE CREDIT DU
  20.02.97 REF 0518-0220-22-30012

  TO THE CREDIT OF YOUR ACCOUNT
  CURRENT ACCOUNT

  0518-0823896-22-000



**C008210**

DOJ_0021859

```
G9ST-970228-21-00018-200110        REKAP 28 FEB 1997        BKST 0518
                                   AUFTR.ART:    AUSLAND-ZV
CREDIT ADVICE                8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                        GHP CORPORATION
                                   RET
28 FEB 97

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 26 FEB 97 USD        250,000.00
------------- ***********************     0518-0823896-22-000
                                   *******************************************

                                   GHP CORPORATION RET

                                   DETAILS OF PAYMENT
                                     EXTOURNE

                                     TO THE DEBIT OF YOUR ACCOUNT
                                     FIDUCIARY CALLMONEY
                                     CSPB/DEPOSIT CENTER GUERNSEY
                                     0518-0823896-22-002
```

**C008211**

DOJ_0021860

```
G14M-970305-21-00002-500100          REKAP 05 MAR 1997        BKST 0518
                                     AUFTR.ART:    AUSLAND-ZV
DEBIT ADVICE                  8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
05 MAR 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH   CURRENT ACCOUNT
AS PER ORDER OF 05 MAR 97

VAL. 26 FEB 97 USD       250,000.00               0518-0823896-22-000
-------------- ************************   ***************************************

                                     GHP CORPORATION RET

                                     DETAILS OF PAYMENT
                                       RECTIFICATION DE NOTRE
                                       ECRITURE PASSEE SUR VOTRE
                                       COMPTE 823896-22-2 AU LIEU DE
                                       823896-22.

                                       TO THE CREDIT OF YOUR ACCOUNT
                                       FIDUCIARY CALLMONEY
                                       CSPB/DEPOSIT CENTER GUERNSEY
                                       0518-0823896-22-002
```

**C008212**

DOJ_0021861

```
0518-970306-22-90019-000110          REKAP 07 MAR 1997
                                     AUFTR.ART:    AWZA-SWIFT      BKST 0518

CREDIT ADVICE                 8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
06 MAR 97

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 07 MAR 97 USD        1,900,000.00              0518-0823896-22-000
------------- ***********************  *************************************

                                     DAV RIGA, LATVIA

                                     DETAILS OF PAYMENT
                                       /RFB/BKTR714-970306/OBI/REPLENISHME
                                       NT OF ACCOUNT

                                     BY ORDER OF
                                       DAV
                                       RIGA, LATVIA
```



DOJ_0021862

```
0518-970306-22-90018-000110          REKAP 07 MAR 1997          BKST 0518
                                     AUFTR.ART:     AWZA-SWIFT
CREDIT ADVICE                 8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
06 MAR 97

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 07 MAR 97 USD        2,982,880.00            0518-0823896-22-000
------------- ************************* ************************************

                                     DAV RIGA, LATVIA

                                     DETAILS OF PAYMENT
                                      /RFB/BKTR713-970306/OBI/REPLENISHME
                                      NT OF ACCOUNT

                                     BY ORDER OF
                                       DAV
                                       RIGA, LATVIA
```



C008214

DOJ_0021863

```
G9ST-970403-21-00001-200100          REKAP 07 APR 1997
                                     AUFTR.ART:    AUSLAND-ZV     BKST 0518

DEBIT ADVICE                 8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
07 APR 97

                                     CURRENT ACCOUNT
WE HAVE DEBITED THE ACCOUNT ON THE RIGH
AS PER ORDER OF 02 APR 97
                                                 0518-0823896-22-000
              USD        1,000,000.00   *******************************
OUR CHARGES   USD               32.19
              ------------------------   GROSVENOR CONSULTANCY SERVICES LTD
VAL. 07 APR 97 USD      1,000,032.19
-------------- ***********************   BENEFICIARY
                                           240-597
                                           GROSVENOR CONSULTANCY
                                           SERVICES LTD

                                         ACCOUNT WITH
                                           BANK HAPOALIM BM
                                           P.O.BOX 9188
                                           IL-61091 TEL AVIV

                                         OUR CORRESPONDENT
                                           CREDIT SUISSE
                                           ZUERICH
```

C008215

DOJ_0021864

```
G9ST-970408-21-00014-200100          REKAP 08 APR 1997          BKST 0518
                                     AUFTR.ART:    AUSLAND-ZV

DEBIT ADVICE                  8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.    GHP CORPORATION
1201 GENEVE                                RET

07 APR 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH    CURRENT ACCOUNT
AS PER ORDER OF 07 APR 97

                                                   0518-0823896-22-000
              USD         3,200,000.00    ************************************
OUR CHARGES   USD                34.93
              ------------------------    I.H.F. CO LTD
VAL. 08 APR 97 USD        3,200,034.93
-------------- ************************    BENEFICIARY
                                             I 1040 CDDU
                                             I.H.F. CO LTD

                                           ACCOUNT WITH
                                             MEESPIERSON N.V.
                                             HK-HONG KONG

                                           OUR CORRESPONDENT
                                             CREDIT SUISSE
                                             ZUERICH
```

**C008216**

DOJ_0021865

```
G9ST-970415-21-00028-200100        REKAP 17 APR 1997        BKST 0518
                                   AUFTR.ART:    AUSLAND-ZV
DEBIT ADVICE                8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                        GHP CORPORATION
                                   RET
17 APR 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH   CURRENT ACCOUNT
AS PER ORDER OF 15 APR 97

             USD        7,112,000.00               0518-0823896-22-000
OUR CHARGES  USD               10.27   **************************************
             ----------------------
VAL. 17 APR 97 USD      7,112,010.27   ACCORDING TO THE INSTRUCTIONS RECEIV
-------------  ***********************
                                       BENEFICIARY
                                         ACCORDING TO THE
                                         INSTRUCTIONS RECEIVED
```

**C008217**

DOJ_0021866

```
GOIH-970417-21-00047-200100        REKAP 17 APR 1997           BKST 0518
                                    AUFTR.ART:      AUSLAND-ZV

DEBIT ADVICE                 8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                         GHP CORPORATION
                                    RET
17 APR 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH   CURRENT ACCOUNT
AS PER ORDER OF 16 APR 97

VAL. 17 APR 97 USD        4,086,000.00         0518-0823896-22-000
------------- **********************     **************************************

                                    NFP31//ACCORDING TO THE INSTRUCTIONS

                                    BENEFICIARY
                                      ACCORDING TO THE
                                      INSTRUCTIONS RECEIVED
```

**C008218**

DOJ_0021867

```
0518-970425-22-80016-000110          REKAP 28 APR 1997        BKST 0518
                                     AUFTR.ART:    AWZA-SWIFT
CREDIT ADVICE                 8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
28 APR 97

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 28 APR 97 USD      11,499,932.00              0518-0823896-22-000
-------------- ***********************  ***************************************

                                     SBCORP, NUARU, ACC.0001073214

                                     DETAILS OF PAYMENT
                                       DD 24.04.97
                                       BNY CUST RRN - FUNDS RECEIVED

                                     BY ORDER OF
                                       SBCORP, NUARU, ACC.0001073214
```

**C008219**

DOJ_0021868

```
GOIH-970502-21-00032-200100          REKAP 02 MAY 1997        BKST 0518
                                     AUFTR.ART:    AUSLAND-ZV
DEBIT ADVICE                  8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
02 MAY 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH   CURRENT ACCOUNT
AS PER ORDER OF 01 MAY 97
                                              0518-0823896-22-000
             USD      1,100,000.00   ****************************************
OUR CHARGES  USD             19.17
             ------------------------   NFP31//KINGSTON TRADING LTD
VAL. 02 MAY 97 USD    1,100,019.17
------------- ************************   BENEFICIARY
                                           D 528033 A
                                           KINGSTON TRADING LTD

                                        ACCOUNT WITH
                                          BSI-BANCA DELLA
                                          SVIZZERA ITALIANA
                                          P.O.BOX 2833
                                          6901 LUGANO

                                        OUR CORRESPONDENT
                                          CREDIT SUISSE
                                          ZUERICH
```

**C008220**

GOIH-970502-21-00031-200100

DEBIT ADVICE                              8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

06 MAY 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH
AS PER ORDER OF 01 MAY 97

```
                USD      10,400,000.00
OUR CHARGES     USD              10.27
                --------------------------
VAL. 06 MAY 97  USD      10,400,010.27
-------------   **************************
```

REKAP 06 MAY 1997
AUFTR.ART:    AUSLAND-ZV        BKST 0518

GHP CORPORATION
RET

CURRENT ACCOUNT

                    0518-0823896-22-000
*******************************************

NFP31//ACCORDING TO THE INSTRUCTIONS

BENEFICIARY
   ACCORDING TO THE
   INSTRUCTIONS RECEIVED



**C008221**

0518-970620-22-30007-000110

CREDIT ADVICE                           8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE

20 JUN 97

WE CREDIT THE ACCOUNT ON THE RIGHT

VAL. 20 JUN 97 USD          1,499,610.00
-------------- ✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

REKAP 20 JUN 1997
AUFTR.ART:     AWZA-SWIFT        BKST 0518

GHP CORPORATION
RET

CURRENT ACCOUNT

                            0518-0823896-22-000
✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

SBCORP 0001073214 NUARU

DETAILS OF PAYMENT
 /RFB/NONE/OBI/DD 19.06.97

BY ORDER OF
 SBCORP 0001073214 NUARU



**C008222**

DOJ_0021871

```
G9TF-970806-21-00026-100100          REKAP 08 AUG 1997          BKST 0518
                                     AUFTR.ART:    AUSLAND-ZV

DEBIT ADVICE                  8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
08 AUG 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH   CURRENT ACCOUNT
AS PER ORDER OF 06 AUG 97
                                                  0518-0823896-22-000
             USD        200,000.00   ✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗
OUR CHARGES  USD             19.21
             -------------------     NFP20//BANCO BILBAO VIZCAYA VALENCIA
VAL. 08 AUG 97 USD      200,019.21
-------------- ✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗  BENEFICIARY
                                       182-652-557-011-502-960
                                       BANCO BILBAO VIZCAYA
                                       VALENCIA FFC HOUSELINE

                                     ACCOUNT WITH
                                       BANCO BILBAO VIZCAYA
                                       OPERATING CENTRE
                                       APARTADO 472
                                       E-28080 MADRID

                                     OUR CORRESPONDENT
                                       CREDIT SUISSE
                                       ZUERICH
```

**C008223**

DOJ_0021872

```
0518-970813-22-90004-000110          REKAP 13 AUG 1997          BKST 0518
                                     AUFTR.ART:    AWZA-SWIFT

CREDIT ADVICE                  8410

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
13 AUG 97

WE CREDIT THE ACCOUNT ON THE RIGHT   CURRENT ACCOUNT

VAL. 13 AUG 97 USD       4,000,000.00                    0518-0823896-22-000
------------- xxxxxxxxxxxxxxxxxxxxxx  xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

                                     SBC

                                     DETAILS OF PAYMENT
                                       /RFB/G706 70600138280/OBI/DD 120897

                                     BY ORDER OF
                                       SBC

                                       /INS/THE BANK OF NEW YORK NEW YORK
                                       ///BBI//REC//ACC/GENEVA BRANCH SUBJ
                                       //ECT TO CHIPS SETTLEMENT
```



**C008224**

DOJ_0021873

```
G9ST-970924-21-00048-100100          REKAP 25 SEP 1997         BKST 0518
                                     AUFTR.ART:    AUSLAND-ZV
DEBIT ADVICE                  8135

INT. BUCHUNGSBELEG/FICHE COMPTABLE INT.
1201 GENEVE                          GHP CORPORATION
                                     RET
25 SEP 97

WE HAVE DEBITED THE ACCOUNT ON THE RIGH    CURRENT ACCOUNT
AS PER ORDER OF 24 SEP 97
                                                      0518-0823896-22-000
VAL. 25 SEP 97 USD        5,271,000.00     *************************************
-------------- ************************

                                     ACCORDING TO THE INSTRUCTIONS RECEIV

                                     BENEFICIARY
                                        ACCORDING TO THE
                                        INSTRUCTIONS RECEIVED
```

**C008225**



**CREDIT
SUISSE**

CREDIT SUISSE

| | |
|---|---|
| Rue de Lausanne 17 | Téléphone 022 393 21 11 |
| Case Postale 100 | Téléfax 022 393 27 28 |
| 1211 Genève 70 | Télex 428 251 |
| | SWIFT CRESCHZZ12A |
| | CCP 12-35-2 |

Service juridique
Léonard Possa



Monsieur
L. KASPER-ANSERMET
Juge d'instruction
Case Postale 3344
1211 GENEVE 3

393 22 83                    28 juillet 1998              PHFB1/LP/cm

**Procédure No P/2489/1998 contre M. Petro KYRYTSCHENKO**

Monsieur le Juge,

Nous nous référons à votre ordonnance additionnelle de perquisition et de saisie de documents du 14 courant dans la procédure rappelée en exergue et concernant les relations 21383 ORPHIN et 823896-2 GHP CORPORATION.

Déférant à votre ordonnance, nous vous prions de bien vouloir trouver sous fourre No 1 a) les pièces requises concernant le compte ORPHIN et sous fourre No 1 b) celles relatives à GHP CORPORATION.

Nous précisons, et s'agissant des pièces sous fourre No 1 a), que la deuxième opération mentionnée dans votre ordonnance est du 24 avril 1996 et non du 2 septembre 1994, alors que la cinquième est du 17 avril 1997 et non 1996.

S'agissant de la sixième opération relative à GHP CORPORATION, à savoir le montant de US$ 2'999'981.50, d'ordre de ORPHIN SA, nous n'avons pas encore pu établir la banque par l'intermédiaire de laquelle ce montant est parvenu au CREDIT SUISSE.

Les pièces ci-incluses doivent vous permettre de déterminer soit le donneur d'ordre, soit le bénéficiaire, respectivement la banque intermédiaire, voire la banque dépositaire.

Tout en demeurant à votre disposition, nous vous prions de croire, Monsieur le Juge, à l'expression de nos sentiments distingués.

CREDIT SUISSE

Nicolas Bille

Léonard Possa

2 sous-fourres

RÉPUBLIQUE ET CANTON DE GENÈVE



Genève, le 14 juillet 1998
1, Place du Bourg-de-Four

**POUVOIR JUDICIAIRE**

**CABINET DU JUGE
D'INSTRUCTION**
Correspondance :
Case postale 3344
1211   Genève   3
Tél.   319.26.11

*Prière d'adresser toute correspondance
au Juge soussigné personnellement*

RECOMMANDE
CREDIT SUISSE
Service juridique
17, rue de Lausanne
Case postale 2153
1211 **GENEVE** 2

<u>Concerne</u> : Procédure n° P/2489/1998 contre M. Petro KYRYTSCHENKO

Madame, Monsieur,

Vous me savez chargé de l'instruction de la procédure pénale visée
sous référence, ouverte du chef de blanchment d'argent et de défaut
de vigilance en matière d'opérations   financières (articles 305 bis et
ter CP) à l'encontre du nommé **Petro KYRYTSCHENKO**, né le 5 février
1952, citoyen ukrainien.

Dans l'intérêt de mon enquête, je vous invite à me faire parvenir
copie  de  tous  documents  en  votre  possession me  permettant  de
déterminer le donneur d'ordre, les contreparties (références du compte
et de la banque dépositaire), les modalités exactes des  opérations
suivantes :

**a)** <u>**En ce qui concerne le compte n° 21383, ORPHIN**</u>
ouvert en son temps auprès de la BANQUE POPULAIRE SUISSE

- Le 02.09.94 crédit de USD  4'989'894.03
- Le 02.09.94 crédit de USD  5'799'973.50 (d'ordre de ORPHIN SA)
- Le 03.10.94 débit  de USD  4'000'000.--
- Le 09.02.96 débit  de USD    357'000.--
- Le 17.04.96 crédit de USD  4'086'000.-- (d'ordre de GHP CORP.)
- Le 08.05.96 crédit de USD  2'799'973.50 (d'ordre de ORPHIN SA)
- Le 13.05.96 débit  de USD 11'000'000.--
- Le 17.05.96 crédit de USD  2'799'973.50 (d'ordre de ORPHIN SA)
- Le 28.05.96 débit  de USD  9'200'000.--
- Le 26.06.96 crédit de USD  4'699'973.50 (d'ordre de ORPHIN SA)
- Le 16.08.96 débit  de USD 14'000'000.--
- Le 18.09.96 débit  de USD    890'000.--
- Le 01.10.96 débit  de USD  5'000'000.--

**C008227**

RÉPUBLIQUE ET CANTON DE GENÈVE



Lettre du Juge d'instruction
L. KASPER-ANSERMET à
CREDIT SUISSE, Service juridique
du 14 juillet 1998, page 2.

**POUVOIR JUDICIAIRE**

**CABINET DU JUGE
D'INSTRUCTION**

**b) En ce qui concerne le compte n° 823896-2, GHP CORPORATION**
   ouvert en son temps auprès de la BANQUE POPULAIRE SUISSE

   - Le 15.07.96 crédit de USD  8'062'000.-- (d'ordre de ORPHIN SA)
   - Le 14.08.96 débit  de USD  4'930'000.--
   - Le 27.08.96 crédit de USD  7'799'068.50 (d'ordre de ORPHIN SA)
   - Le 30.09.96 débit  de USD  8'000'000.--
   - Le 17.12.96 débit  de USD 16'788'000.--
   - Le 02.01.97 crédit de USD  2'999'981.50 (d'ordre de ORPHIN SA)
   - Le 03.02.97 débit  de USD  8'000'011.19
   - Le 17.04.97 débit  de USD  7'112'010.27
   - Le 17.04.97 débit  de USD  4'086'000.--
   - Le 06.05.97 débit  de USD 10'400'010.27
   - Le 25.09.97 débit  de USD  5'271'000.--

**La présente vaut ordonnance additionnelle de perquisition et de saisie
de documents du Juge d'instruction au sens des articles 178 et
suivants CPP.**

Je vous prie de communiquer le résultat de vos investigations, quel
qu'il soit, par écrit, **à l'adresse du soussigné personnellement, et ce
dans les meilleurs délais.**

Je reste à votre disposition pour tous renseignements complémentaires
dont vous pourriez avoir besoin.

En vous remerciant d'ores et déjà de votre collaboration, je vous prie
d'agréer, Madame, Monsieur, l'expression de mes sentiments distingués.


                                    Le Juge d'instruction



                                    L. KASPER-ANSERMET


**C008228**

42.00.00-0005 Related Payments Appx - 000198