**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　　　　v.<br><br>ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:04-cv-00798-PLF<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT REGARDING IMPLEMENTATION OF STIPULATION AND SETTLEMENT BETWEEN PLAINTIFF AND CLAIMANT EUROFED BANK REGARDING ASSETS IN SWITZERLAND AND LITHUANIA**

In response to the Court's April 3, 2018, Minute Order, Plaintiff United States of America and Claimant Eurofed Bank, Limited (*in Liquidation*) (collectively, the "parties"), by and through their respective counsel, hereby file this further Joint Status Report regarding implementation of the Court-approved Settlement Agreement between the United States and Eurofed Bank with respect to accounts located in Switzerland and Lithuania.  *See* Stipulation and Settlement Agreement and Order Thereon, November 14, 2014 (ECF No. 334); Mem. Op. and Order, November 14, 2016 (ECF No. 333), *also United States v. All Assets Held at Bank Julius Baer & Co., Ltd.,* 307 F.R.D. 249 (D.D.C. 2014).

Under the terms of the Stipulation and Settlement Agreement, the parties agreed to the dismissal of Eurofed Bank's claims and a portion of certain Defendant Assets.  In addition, the parties agreed to cooperate to try to obtain pre-judgment repatriation to the United States of Defendant Assets located in Switzerland and Lithuania.

Since the parties' April 2, 2018, joint status report (Dkt. No. 1092), the United States and the other claimants in this action, Claimants Pavel Lazarenko and Alexander, Ekaterina and Lecia Lazarenko (together the "Lazarenko Claimants"), have continued to engage in settlement discussions following their participation in mediation in March. At the request of the Lazarenko Claimants and the United States, the Court has extended certain discovery deadlines as they seek to determine whether a negotiated resolution is possible. *See* Joint Motion to Modify Scheduling Order (Dkt. No. 1098); May 10, 2018, Amended Scheduling Order (Dkt. No. 1099). The United States has requested that the Lazarenko Claimants' consent to allow the United States to more fully apprise Eurofed Bank of the status of those deliberations. Counsel for the United States and Eurofed Bank intend to speak within two weeks regarding the status of the settlement discussions and how such deliberations may affect implementation of the settlement between the United States and Eurofed Bank.

Because possible settlement of the United States' forfeiture allegations and the claims of the Lazarenko Claimants could facilitate implementation of the prior settlement agreement between the United States and Eurofed Bank, the United States and Eurofed Bank recommend that they submit a further status report within 60 days.

        Respectfully submitted,

        DEBORAH CONNOR, ACTING CHIEF
        MONEY LAUNDERING
          AND ASSET RECOVERY SECTION

By:    */s/ Daniel H. Claman*
        DANIEL H. CLAMAN
        Principal Assistant Deputy Chief, International Unit
        TERESA TURNER-JONES
        Senior Trial Attorney
        MARA V.J. SENN
        ADAM J. SCHWARTZ
        REBECCA A. CARUSO

        Trial Attorneys
        Money Laundering and
        Asset Recovery Section
        Criminal Division
        United States Department of Justice
        1400 New York Avenue, N.W., Suite 10100
        Washington, D.C. 20530
        Telephone: (202) 514-1263

        Attorneys for Plaintiff
        United States of America


By:    */s/ Gordon A. Greenberg*
        GORDON A. GREENBERG
        MCDERMOTT WILL & EMERY LLP
        2049 Century Park East, Suite 3800
        Los Angeles, CA 90067-3218
        Telephone:  (310) 277-4110

        Attorneys for
        Eurofed Bank Limited (*in Liquidation*)