UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*,<br><br>    Defendants. | Civil Action No. 1:04-cv-00798-PLF/GMH |

## AMENDED SCHEDULING ORDER

The parties' Joint Motion to Amend the May 9, 2018 Amended Scheduling Order is **GRANTED**. It is **ORDERED** that the following deadlines in this case are amended as follows:

| Event | Current Date per ECF 1099 | New Date |
|---|---|---|
| Close of Fact Discovery | July 20, 2018 | September 21, 2018 |
| Close of Expert Discovery | September 21, 2018 | November 21, 2018 |
| Dispositive Motions Due | November 2, 2018 | January 11, 2019 |
| Oppositions to Dispositive Motions Due | December 4, 2018 | February 11, 2019 |
| Reply Brief to Dispositive Motions Due | December 20, 2018 | March 4, 2019 |

DATE: July 11, 2018

Hon. G Michael Harvey
United States Magistrate Judge