**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:04-cv-00798-PLF** |
| | ) | |
| **ALL ASSETS HELD AT BANK JULIUS** | ) | |
| **Baer & Company, Ltd., Guernsey** | ) | |
| **Branch, account number 121128, in the** | ) | |
| **name of Pavlo Lazarenko, et** *al.* | ) | |
| | ) | |
| **Defendants** *In Rem* | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Mara V.J. Senn is withdrawn as counsel for Plaintiff United States

of America in the above-captioned case.  The Clerk is requested to remove Ms. Senn's name

from the docket for this case.

Respectfully submitted,

　*/s/Mara V.J. Senn*
MARA V.J. SENN
Trial Attorney
Money Laundering and
　Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone:  (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated:   August 10, 2018