UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*,<br><br>    Defendants. | Civil Action No. 1:04-cv-00798-PLF/GMH |

## ORDER

Upon agreement of Plaintiff United States of America and Claimants Pavel, Alexander, Katerina and Lessia Lazarenko (the "Parties"), it is hereby ORDERED that this action be stayed until October 18, 2018, and that all deadlines established under prior Orders of this Court be vacated, including the hearing in this action currently scheduled for August 17, 2018.

It is further ORDERED that the Parties are to appear for a telephonic status conference on October 15, 2018, at 2:00 PM before the undersigned, unless a stipulation of dismissal is filed prior to that hearing date.

It is further ORDERED that, in the event the Parties cannot agree to terms on a settlement agreement, any one of the Parties may move this Court for an Order to lift the stay and resume the proceedings on a schedule set by the Court.

So ORDERED this 14th day of August, 2018

Hon. G. Michael Harvey
United States Magistrate Judge