UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, *ET AL.*<br><br>　　　　Defendants *In Rem*. | Civil Action No. 04-798 (PLF/GMH) |

## ORDER

Upon agreement of Plaintiff United States of America and Claimants Pavel, Alexander, Katerina, and Lessia Lazarenko (the "Parties"), it is hereby

**ORDERED** that the stay in this action be continued until December 18, 2018. It is further

**ORDERED** that the Parties are to appear for a telephonic status conference on November 19, 2018, at 11:00 a.m. before the undersigned. It is further

**ORDERED** that, in the event the Parties cannot agree to terms on a settlement agreement, any one of the Parties may move this Court for an order to lift the stay and resume the proceedings on a schedule set by the Court.

Dated: October 15, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　G. MICHAEL HARVEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE