# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

*Phone:*   *(215) 569-5789*
*Fax:*     *(215) 832-5789*
*Email:*   *jsilversmith@blankrome.com*

March 8, 2019

Magistrate Judge G. Michael Harvey
Magistrate Judge, U.S. District Court
333 Constitution Avenue NW
Washington, D.C. 20001

    Re:    *United States v. All Funds Held at Bank Julius Baer*, 1:04-cv-798,
            Response to Docket Entry No. 1123-1

Dear Judge Harvey:

      We write in response to the government's discovery letter sent on March 6, 2019. We have no additional information about Alex Lazarenko's intentions to sit for a deposition beyond what Ms. Beckman has reported in her letter brief. We have no objection to taking Alex Lazarenko's deposition shortly after the close of fact discovery to accommodate the Parties' schedule.

      As noted in the government's letter, the government and Pavel Lazarenko have agreed to take Pavel Lazarenko's 3-hour deposition on April 4, 2019, in San Francisco. I have already purchased nonrefundable tickets for a family vacation, from March 22 through March 30. Thus, we join the government's request to take this deposition after the close of fact discovery and appreciate their effort to work cooperatively.

                                                                     Sincerely,

                                                        Jed M. Silversmith

JMS:mp