**KING, CAMPBELL, PORETZ & THOMAS PLLC**
ATTORNEYS AND COUNSELORS AT LAW

JOSEPH KING
ATTORNEY AT LAW

108 N. ALFRED STREET, ALEXANDRIA, VIRGINIA 22314

RYAN CAMPBELL
ATTORNEY AT LAW

DANIEL PORETZ
ATTORNEY AT LAW

TELEPHONE: 703-683-7070
FACSIMILE: 703-652-6010

EMILY BECKMAN
ATTORNEY AT LAW

March 8, 2019

**VIA ELECTRONIC FILING**

The Honorable G. Michael Harvey
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: United States v. All Assets, et. al., No. 1:04-CV-00798 PLF/GMH (D.D.C.)

Dear Magistrate Judge Harvey:

    The current information in the possession of counsel regarding the deposition of claimant Alexander Lazarenko is that Alexander Lazarenko wishes to withdraw his claim in this proceeding and does not wish to participate further in this lawsuit. Counsel is preparing documents for Alexander Lazarenko to sign and file which would effectuate that intent, but such documents have not yet been signed by him.

    Given the information I have at this time, it would be wasteful for the government to expend additional resources preparing for a deposition of Alexander Lazarenko on March 18, 2019 in Kiev, Ukraine.[1] Should Alexander Lazarenko change his position with respect to withdrawing his claim prior to executing and filing the appropriate documents, counsel would not object to the rescheduling of his deposition outside the window of time currently authorized for fact discovery in this case.

    Kateryna and Lessia Lazarenko maintain their claims in this matter, and are prepared to sit for deposition in Washington, D.C. on March 12 and March 13 as noticed by the United States.

Sincerely yours,

*[signature]*

Emily R. Beckman

---

[1] At any rate, given my conversations with Alex Lazarenko, even if there were a deposition in Ukraine, he does not live anywhere near Kiev and we would object to his deposition being taken there.