UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA         )
                                 )
         Plaintiff,              )
                                 )
v.                               )   Civil Action No. 04-798 (PLF/GMH)
                                 )
ALL ASSETS HELD AT BANK JULIUS BAER & )
CO., LTD., GUERNSEY BRANCH, ACCOUNT )
NUMBER 121128, IN THE NAME OF PAVLO )
LAZARENKO, *ET AL*.              )
                                 )
         Defendants *In Rem*.    )
_____)

## ORDER

For the reasons discussed on the record at the hearing of March 12, 2019, before the undersigned, it is hereby

**ORDERED** that the government's motion to compel (ECF No. 1123-1) is **GRANTED**; it is further

**ORDERED** that Caimant Alexander Lazarenko shall cooperate with his counsel and the government in setting his deposition and making himself available for his deposition either prior to the scheduled close of fact discovery in this case or shortly thereafter with the agreement of the concerned parties; it is further

**ORDERED** that Claimant Alexander Lazarenko shall give the government two weeks notice of the date that he will make himself available for his deposition in order for the government to make the necessary preparations for the deposition; it is further

**ORDERED** that the parties shall continue to cooperate with respect to the location of the deposition of Claimant Alexander Lazarenko; it is further

**ORDERED** that Claimant Pavrel Lazarenko's deposition may take place on April 4, 2019, notwithstanding that the date is after the scheduled close of fact discovery.

2

**SO ORDERED.**

Dated:  March 13, 2019

                                                            _____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE