

2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
Tel (215) 299-2000  Fax (215) 299-2150
www.foxrothschild.com

WILLIAM H. STASSEN
Direct No:  215.299.2853
EMAIL: WSTASSEN@FOXROTHSCHILD.COM

March 25, 2019

**VIA ELECTRONIC FILING**

Honorable G. Michael Harvey
United States Magistrate Judge
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

**Re:   United States v. All Assets, et al.
         No. 1:04-CV-00798 PLF/GMH (D.D.C.)**

Dear Magistrate Harvey:

We represent Pavel Lazarenko in the matter captioned above.  We write Your Honor to provide a limited response to the March 22, 2019 letter of the United States concerning the scheduling of Alexander Lazarenko's deposition.

We prefer that Alexander Lazarenko's deposition take place in Washington D.C.  A deposition in Washington D.C. is far less expensive and time consuming for all parties as compared to a deposition anywhere in Ukraine.  Attending a deposition in Ukraine requires multiple days travel and is an expensive venture.  Second, the relevant documents, other parties and counsel are all located in the United States – not Ukraine.  Thus, a deposition here is far less burdensome for all.

Given the significant cost to the United States to conduct Mr. Lazarenko's deposition in Ukraine, it is respectfully suggested that its insistence that the deposition take place there is purely a litigation tactic.  The United States knows Mr. Lazarenko does not want to sit for a deposition in Ukraine, so it presses its requested relief – not in the pursuit of justice – but in the hope he will not appear and that this Court then dismisses his claim.

Finally, we are agreeable to having the deposition taken outside the current discovery deadline, as the parties have agreed for the deposition of Pavel Lazarenko.  This case is many years old and a

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington



Hon. G. Michael Harvey, U.S.M.J.
March 25, 2019
Page 2

short delay in Mr. Lazarenko's deposition causes no unfair prejudice to the United States or any other party.

Accordingly, we respectfully request that the Court enter an Order requiring Mr. Lazarenko to appear at a deposition held in Washington D.C.

Respectfully,

William H. Stassen

WHS:ad


cc:   All counsel of record (via ECF)