UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**UNITED STATES OF AMERICA**,       )
                                    )
       **Plaintiff**,            )
                                    )
v.                                  )  Civil Action No. 04-798 (PLF/GMH)
                                    )
**ALL ASSETS HELD AT BANK JULIUS BAER &** )
**CO., LTD., GUERNSEY BRANCH, ACCOUNT** )
**NUMBER 121128, IN THE NAME OF PAVLO** )
**LAZARENKO,** *ET AL*.             )
                                    )
       **Defendants** *In Rem*.  )
_____)

## ORDER

The government has filed a letter requesting that the Court "compel the appearance of [Claimant] Alexander Lazarenko for a deposition on April 9-10, 2019, in either Kiev, Ukraine, or Lviv, Ukraine. Should Alexander Lazarenko refuse to confirm his appearance at the deposition at least ten days in advance, the [government] requests that Alexander Lazarenko be required to show cause why his claim in this matter should not be dismissed for failure to participate in good faith in the proceedings." ECF No. 1131-1 at 2. Alexander Lazarenko, who lives in Ukraine, seeks to travel to the United States for his deposition, which will require a visa, and therefore asks the Court to enter an Order requiring him to appear for a deposition here. ECF No. 1132-1. Claimant Pavel Lazarenko joins in Alexander Lazarenko's request that the deposition be held in the United States for the convenience of the parties and of counsel, and to avoid needless expenditure of funds. ECF No. 1133.

Neither the government nor the two claimants have advised the Court as to the anticipated length of time it will take Alexander Lazarenko to procure a visa to travel to the United States, or the likelihood that he will be granted one. Nevertheless, in light of the efficiencies of holding the deposition in the United

States, the undersigned will permit a reasonable extension of the discovery deadline to allow Alexander Lazarenko to attempt to acquire a visa to travel here to sit for his deposition.[1]  Accordingly, it is hereby

**ORDERED** that the government's application is **DENIED WITHOUT PREJUDICE**.  It is further

**ORDERED** that the request of Claimants Alexander Lazarenko and Pavel Lazarenko for an Order requiring Alexander Lazarenko to appear for a deposition in the United States is **DENIED**.  It is further

**ORDERED** that the government and Alexander Lazarenko shall cooperate in good faith to permit Alexander Lazarenko to timely file an application for a visa to travel to the United States.  It is further

**ORDERED** that, on or before **April 5, 2019**, the government and Claimant Alexander Lazarenko shall file a Joint Status Report informing the Court of their progress in scheduling the deposition of Alexander Lazarenko, including, if he has not yet received a visa to travel to the United States, the amount of time reasonably likely for a decision to be made on his visa application.  It is further

**ORDERED** that, if it appears necessary at that time because insufficient progress has been made in procuring a visa, the government may renew its application to compel Alexander Lazarenko's appearance for a deposition in Ukraine.

**SO ORDERED.**

Dated:  March 27, 2019            _____
                                  G. MICHAEL HARVEY
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Nothing in this Order should be interpreted as requiring the government to grant Alexander Lazarenko's request for a visa or to interfere with its responsibilities in that regard.