**KING, CAMPBELL, PORETZ & THOMAS PLLC**
ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| **JOSEPH KING**<br>ATTORNEY AT LAW | 108 N. ALFRED STREET, ALEXANDRIA, VIRGINIA 22314 | **RYAN CAMPBELL**<br>ATTORNEY AT LAW |
| **DANIEL PORETZ**<br>ATTORNEY AT LAW | TELEPHONE: 703-683-7070<br>FACSIMILE: 703-652-6010 | **EMILY BECKMAN**<br>ATTORNEY AT LAW |

March 28, 2019

**VIA ELECTRONIC FILING**

The Honorable G. Michael Harvey
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

  Re: United States *v.* All Assets, *et. al.*, No. 1:04-CV-00798 PLF/GMH (D.D.C.)

Dear Magistrate Judge Harvey:

  Counsel for the Lazarenko children acknowledges that a response to the government's Second Set of Requests for Production of Documents, dated February 16, 2018, was not provided to the government prior to the stay of discovery entered in this case to facilitate resolution of the case by mediation and agreement. Counsel is working with her clients to respond to the Requests and does not expect that additional responsive documents will be identified.

  Counsel expects to be able to submit a response to the government within the next 24 hours and would be happy to notify your chambers when the response is provided.

            Sincerely yours,

            Emily R. Beckman