UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**UNITED STATES OF AMERICA**          )
                                      )
         **Plaintiff,**               )
                                      )
v.                                    )   **Civil Action No. 04-798 (PLF/GMH)**
                                      )
**ALL ASSETS HELD AT BANK JULIUS BAER &** )
**CO., LTD., GUERNSEY BRANCH, ACCOUNT**   )
**NUMBER 121128, IN THE NAME OF PAVLO**   )
**LAZARENKO,** *ET AL***.**           )
                                      )
         **Defendants** *In Rem***.**  )
_____)

### ORDER

In light of the government's letter motion to compel the A/E/L Claimants to respond to its Second Set of Requests for Production (ECF No. 1134); the A/E/L Claimant's letter motion to quash subpoenas served by the government on First Federal Bank and Eagle Bank (ECF Nos. 1136, 1138), and the A/E/L Claimants' response to the government's letter motion to compel them to respond to its Second Set of Requests for Production (ECF No. 1139), it is hereby

**ORDERED** that the government's motion to compel (ECF No. 1134) is **GRANTED** and the A/E/L Claimants shall, as contemplated in their response to the motion, respond to the Second Set of Requests for Production today, March, 29, 2019.  It is further

**ORDERED** that the government shall respond on or before April 1, 2019, to the A/E/L Claimants' motion to quash the two aforementioned subpoenas.

**SO ORDERED.**

Dated:  March 29, 2019                    _____
                                          G. MICHAEL HARVEY
                                          UNITED STATES MAGISTRATE JUDGE