# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>ALL ASSETS HELD AT BANK JULIUS )<br>BAER & COMPANY, LTD., GUERNSEY )<br>BRANCH, ACCOUNT NUMBER 121128, )<br>IN THE NAME OF PAVLO )<br>LAZARENKO, LAST VALUED AT )<br>APPROXIMATELY $2 MILLION IN )<br>UNITED STATES DOLLARS, *ET AL.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:04-cv-00798-PLF/GMH |

## PARTIAL WITHDRAWAL OF CLAIM

TO: THE CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

PAVEL LAZARENKO (aka Pavlo Lazarenko, Pavlo Ivanovich Lazarenko) hereby withdraws his claim in account number 0153633 AB, in the name of Tanas AG, held at the LGT Bank in Liechtenstein. The account was last valued at $369.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 2 day of April 2019, in Marin____, California.

_____
PAVEL LAZARENKO

143753.00601/105118111v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. I also certify that parties not so noticed have been served in accordance with Fed. R. Civ. P. 5(d).

/s/ Jed M. Silversmith