**KING, CAMPBELL, PORETZ & THOMAS PLLC**
ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| **JOSEPH KING**<br>ATTORNEY AT LAW | 108 N. ALFRED STREET, ALEXANDRIA, VIRGINIA 22314 | **RYAN CAMPBELL**<br>ATTORNEY AT LAW |
| **DANIEL PORETZ**<br>ATTORNEY AT LAW | TELEPHONE: 703-683-7070<br>FACSIMILE: 703-652-6010 | **EMILY BECKMAN**<br>ATTORNEY AT LAW |

April 3, 2019

**VIA ELECTRONIC FILING**

The Honorable G. Michael Harvey
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re: United States *v.* All Assets, *et. al.*, No. 1:04-CV-00798 PLF/GMH (D.D.C.)

Dear Magistrate Judge Harvey:

      The Lazarenko children concur in all respects with the views expressed in Mr. Stassen's letter of April 2, 2019. The taking of a deposition outside of the discovery period does not and should not extend the period of fact discovery generally. Furthermore, counsel concurs that the resumption of discovery has only distracted the parties from finalizing the settlement agreement in this case. The government's long delay in responding to the most recent draft settlement agreement, as well as the many letter briefs filed regarding discovery, amply demonstrate that the resumption of discovery has caused fact discovery to become the government's primary focus and has hindered the settlement process.

      Sincerely yours,

      Emily R. Beckman