UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                )

**UNITED STATES OF AMERICA**       )
                                                                )
          **Plaintiff,**            )
v.                                                          )      Civil Action No. 04-798 (PLF/GMH)

**ALL ASSETS HELD AT BANK JULIUS BAER &**  )
**CO., LTD., GUERNSEY BRANCH, ACCOUNT**  )
**NUMBER 121128, IN THE NAME OF PAVLO**  )
**LAZARENKO,** *ET AL***.**      )

      **Defendants** *In Rem*.  )
_____)

**ORDER**

In light of the scheduling order entered in this case on February 6, 2019, setting a schedule for the remaining discovery in this case (ECF No. 1121), it is hereby

**ORDERED** that the government's motion for a scheduling order filed on January 18, 2019 (ECF No. 1115) is **DENIED AS MOOT**. It is further

**ORDERED** that the Claimants' motion for an extension of time for discovery filed on January 23, 2019 (ECF No. 1118) is **DENIED AS MOOT**.

**SO ORDERED.**

Dated: April 8, 2019                                        _____
                                                                           G. MICHAEL HARVEY
                                                                           UNITED STATES MAGISTRATE JUDGE