UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     **Plaintiff,**<br><br>          v.<br><br>**ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS,** *ET AL.***,**<br><br>     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:04-cv-00798-PLF/GMH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT OF THE
UNITED STATES AND CLAIMANT ALEXANDER LAZARENKO**

Plaintiff United States of America and Claimant Alexander Lazarenko jointly file this Status Report as ordered by the Court on March 27, 2019 (Dkt. No. 1135).  The position of each party is set for below.

**UNITED STATES:**   On March 28, 2019, the United States advised counsel for Alexander Lazarenko that the visa application process described by Alexander Lazarenko in previous correspondent with the United States (*see* Ltr. From Beckman to Schwartz dated Mar. 15, 2019) and the Court (Dkt. No. 1132-1) was inaccurate.  The United States provided counsel for Alexander with a link to a website detailing the requirements for a Ukrainian citizen to obtain a non-immigrant visa to the United States.  For the convenience of counsel, the United States provided a short summary of the major application requirements, which are:

a) Completing the online application form under penalty of perjury;

b) Paying the application fee;

c) Scheduling an interview with a consular official at the US Embassy in Kyiv; and

d) Attending the interview in Kyiv, Ukraine and bringing supporting documentation to the interview.

The United States also provided counsel to Alexander Lazarenko with the phone number of the U.S. Embassy in Kyiv, Ukraine, and encouraged them to call the U.S. Embassy in Kyiv, Ukraine with any questions. The United States advised counsel for Alexander Lazarenko that it was unaware of any requirement that Alexander Lazarenko obtain a letter from the Department of Justice in order to allow him to complete a visa application.

Since providing the above information to counsel for Alexander Lazarenko on March 28, 2019, the United States has not received a response, an update from counsel regarding the status of Alexander Lazarenko's visa application, or a proposed date for Alexander Lazarenko's deposition either in the United States or Ukraine.

**ALEXANDER LAZARENKO:** Counsel has communicated to her clients that the United States will not be providing a letter regarding the proposed deposition in the United States and that Alexander Lazarenko should proceed with seeking a visa without such letter. Due to language and logistical barriers, counsel is currently unable to definitively confirm that the initial online application has been submitted. Counsel expects to be able to provide an additional update in that regard at or prior to the April 9, 2019 hearing in this case.

***

DEBORAH CONNOR
CHIEF, MONEY LAUNDERING
AND ASSET RECOVERY SECTION

By: /s/ Adam J. Schwartz

DANIEL H. CLAMAN
Principal Deputy Chief, International Unit
TERESA C. TURNER JONES
Senior Trial Attorney
ADAM J. SCHWARTZ
REBECCA A. CARUSO
Trial Attorneys
Money Laundering and Asset Recovery Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA

By: /s/ Emily Beckman
Emily Beckman
**KING CAMPBELL PORETZ**
108 N. Alfred Street
Alexandria, VA 22314
703-683-7070 (Phone)
703-652-6010 (Fax)

Daniel Horowitz
**LAW OFFICES OF DANIEL HOROWITZ**
3650 Mt Diablo Blvd
Lafayette, CA 94549
(925) 299-6720 (Phone)

Attorneys for Claimants ALEXANDER LAZARENKO, KATERINA LAZARENKO and LESSIA LAZARENKO