**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-798 (PLF/GMH) |
| | ) | |
| **ALL ASSETS HELD AT BANK JULIUS BAER & CO., LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, *ET AL*.** | ) ) ) ) ) | |
| **Defendants *In Rem*.** | ) ) | |

**ORDER**

On March 27, 2019, the Court ordered the parties to provide, by April 5, 2019, a joint update reporting the progress made in scheduling the deposition of Alexander Lazarenko, including the amount of time reasonably likely for a decision to be made on his application for a visa for travel to the United States. ECF No. 1135. The Court has received the parties' submission, in which the government lays out the steps required for a Ukrainian citizen to procure such a visa and counsel for Alexander Lazarenko indicates that "[d]ue to language and logistical barriers" she cannot even report that Alexander Lazarenko has filed the initial application for a visa but expects that she will be able to provide an update at the conference to be held on April 9, 2019. ECF No. 1148.

The parties' submission does not comply with the Court's Order of March 27, 2019.

It is therefore

**ORDERED** that, at the conference on April 9, 2019, the parties shall provide a status update on the progress of Alexander Lazarenko's visa application, including (1) whether he has filed the initial application, (2) whether he has paid the required fee, and (3) whether an interview has been scheduled or completed. It is further

**ORDERED** that, prior to the April 9, 2019 conference, the government, with the cooperation of Alexander Lazarenko, shall take steps to determine the approximate amount of time that it will take for Alexander Lazarenko's visa application to be acted on or, if it is impracticable to estimate that amount of time because, for example, the application has not yet been filed, shall be prepared to make a representation to the Court as to the average amount of time it takes after it is filed for the government to act on an application from a Ukrainian citizen for a visa for travel to the United States.

**SO ORDERED.**

Dated: April 6, 2019                        _____
                                            G. MICHAEL HARVEY
                                            UNITED STATES MAGISTRATE JUDGE