# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                  )

**UNITED STATES OF AMERICA**      )

      **Plaintiff,**      )

v.      )      Civil Action No. 04-798 (PLF/GMH)

**ALL ASSETS HELD AT BANK JULIUS BAER & CO., LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO,** *ET AL.*      )

      **Defendants** *In Rem*.      )
_____)

## ORDER

As discussed at the hearing on April 9, 2019, the issues raised by the parties' letter briefs regarding quashing the government's subpoenas served on First Federal Bank in San Francisco, California, and Eagle Bank in Bethesda, Maryland, require full briefing. Accordingly, it is hereby

**ORDERED** that the A/E/L Claimants shall file their motion to quash on or before April 19, 2019. It is further

**ORDERED** that the government shall file its opposition on or before May 3, 3019. It is further

**ORDERED** that the A/E/L Claimants shall file their reply on or before May 10, 2019.

**SO ORDERED.**

Dated: April 9, 2019                                  _____
                                                                     G. MICHAEL HARVEY
                                                                       UNITED STATES MAGISTRATE JUDGE