# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 1:04-cv-00798-PLF |
| ) | |
| ) | |
| **ALL ASSETS HELD AT BANK JULIUS** ) | |
| **BAER & COMPANY, LTD., GUERNSEY** ) | |
| **BRANCH, ACCOUNT NUMBER 121128,** ) | |
| **IN THE NAME OF PAVLO** ) | |
| **LAZARENKO, LAST VALUED AT** ) | |
| **APPROXIMATELY $2 MILLION IN** ) | |
| **UNITED STATES DOLLARS,** *ET AL.***,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING CLAIMANTS' MOTION TO QUASH

Having considered the claimants' motion and the government's opposition the Court hereby GRANTS claimants' motion to quash the government's subpoenas issued to Eagle Bank, First Republic Bank, and Goldberg Gluck & Brusilovsky, LLP.

IT IS SO ORDERED.

This ____ day of _____, 2019.

_____
Hon. Judge Harvey