**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**           ) | |
| )| |
| **Plaintiff,**           ) | |
| ) | |
| v.           ) | Case No. 1:04-cv-00798-PLF |
| ) | |
| **ALL ASSETS HELD AT BANK JULIUS** ) | |
| **Baer & Company, Ltd., Guernsey**           ) | |
| **Branch, account number 121128, in the**  ) | |
| **name of Pavlo Lazarenko, et** *al.*           ) | |
| ) | |
| **Defendants** *In Rem*   ) | |

**UNITED STATES' NOTICE OF**
**<u>WITHDRAWAL MOTION TO SEAL EXHIBIT</u>**

Plaintiff, United States of America, by and through its undersigned attorneys, respectfully submits this Notice withdrawing its May 3, 2019, Motion for Leave to File Document Under Seal (Dkt. No. 1160). In its Motion, the United States sought to file Exhibit 4 to its Opposition to Quash Government Subpoenas (Dkt. No. 1159) under seal. Based on information provided by counsel to Pavel Lazarenko on May 6, 2019, it appears that this document was already publicly filed in a prior filing in this matter.

Given that the aforementioned document is already publicly available, the United States no longer seeks the Court's permission to submit Exhibit 4 to its Opposition to Quash Government Subpoenas (Dkt. No. 1159) under seal. The United States requests that the document also be included as part of Dkt. No. 1159.

.

Respectfully submitted,

DEBORAH CONNOR, CHIEF
MONEY LAUNDERING AND
   ASSET RECOVERY SECTION

/s/ Daniel H. Claman
DANIEL H. CLAMAN
Principal Deputy Chief, International Unit
TERESA TURNER-JONES
Senior Trial Attorney
ADAM J. SCHWARTZ
REBECCA A. CARUSO
Trial Attorneys
Money Laundering and
   Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone:  (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA