## DELETION CODES

A. INFORMATION WHICH IS PROPERLY CLASSIFIED PURSUANT TO EXECUTIVE ORDER, THE DISCLOSURE OF WHICH COULD REASONABLY BE EXPECTED TO CAUSE DAMAGE TO THE NATIONAL SECURITY OR THE CONDUCT OF THE GOVERNMENT'S INTERNATIONAL RELATIONS.

B. INFORMATION, THE DISCLOSURE OF WHICH WOULD TEND TO REVEAL THE IDENTITY OF AN INFORMANT.

D. INFORMATION PROTECTED UNDER THE GRAND JURY SECRECY PROVISION -- RULE 6(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

E. INFORMATION, THE DISCLOSURE OF WHICH WOULD TEND TO IDENTIFY A SOURCE OF INFORMATION, WHERE CONFIDENTIALITY IS EXPRESSED OR IMPLIED.

F. ADMINISTRATIVELY DESIGNATED FBI FILE NUMBERS, WHICH REPRESENT INDIVIDUALS OR MATTERS WHICH ARE NOT THE SUBJECT OF THIS FILE.

G. THE LAW ENFORCEMENT PRIVILEGE - THE DISCLOSURE OF THIS INFORMATION COULD CAUSE HARM TO, IMPEDE, IMPAIR, OR HINDER AN INVESTIGATION AND/OR AN INVESTIGATIVE INTEREST OF THE FBI.

H. THE LAW ENFORCEMENT PRIVILEGE - THE DISCLOSURE OF THIS INFORMATION WOULD IMPEDE OR IMPAIR THE EFFECTIVENESS OF AN INVESTIGATIVE TECHNIQUE, METHOD OR PROCEDURE OF THE FBI.

N. INFORMATION ORIGINATING WITH ANOTHER GOVERNMENT AGENCY WHICH MUST BE REFERRED TO THAT AGENCY FOR REVIEW. THE USE OF THIS CODE DOES NOT WAIVE ANY APPLICABLE PRIVILEGE WHICH MAY BE APPLIED BY THE ORIGINATING AGENCY.

O-1. INFORMATION, THE DISCLOSURE OF WHICH WOULD IDENTIFY MATERIAL FILED UNDER SEAL.

P-1. INFORMATION, THE DISCLOSURE OF WHICH WOULD BE AN UNWARRANTED INVASION OF PERSONAL PRIVACY.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**
Date of
transcription
Investigation on                              at
File #                                                        Date dictated
by
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to
your agency;
it and its contents are not to be distributed outside your agency.

09/28/2005

    On September 25 and 26, 2005, Alexi Ditiatkovsky was interviewed at the at the Marriot Hotel, Montreal, Canada. Present at this interview were AUSA Michael Humphreys, SA Debra LaPrevotte, FBI-WFO, LS Eugenia Leus, FBI-WFO, RCMP Staff Sargent Ronald Charlebois, and attorneys for Ditiatkovsky, Nancy Hollander and Theresa Duncan. **Ditiatkovsky requested, that until such time as he may be used as a witness, that his participation in this interview remain confidential.**

    At the beginning of this interview, AUSA Michael Humphreys made it clear to Mr. Ditiatkovsky and his attorneys, that the United States Government made no promises of assistance and did not offer Ditiatkovsky anything of benefit in exchange for information provided to the United States.

    Ditiatkovsky does speak English, however, for better clarification for all present, LS Eugenia Leus, FBI Russian translator, was present and provided translation when needed.

    Ditiatkovsky informed that he is an only child and was born in the Ukraine in 1955 and that he is Jewish. His mother was a Pediatrician, and his father was an executive at a metal factory. Ditiatkovsky is now an Israeli citizen and splits his time between Israel and Germany. Ditiatkovsky's wife lives in Germany. Ditiatkovsky obtained two educational degrees, one in Automated Control Systems and a second from the Kiev Institute in Finance and Ecomonics.

    Ditiatkovsky stated that while Ukraine was under Communist rule, he became a member of the Communist Party. He stated that this was important because he was Jewish and that there were very few Jewish members of the Communist Party. As a young man, Ditiatkovsky worked at the Scientific Institute and then he went back to school and after graduation he worked as the Head of the Department of a construction supply company. From 1986 until 1993, Ditiatkovsky managed a company that managed restaurant and catering services called Stazaya Bashnya. Eventually, Ditiatkovsky became the Director of a trading company, called Dneproneft.

    Ditiatkovsky was asked if he had ever been interviewed regarding his association with Pavel Lazarenko, in the past.

    9/25/05        Montreal, Canada

272A-WF-226344

SA Debra LaPrevotte

S003419

FD-302a (Rev. 10-6-95) -226344
Continuation of FD-302 of  Alexi Ditiatkovsky        9/25/05        2

Ditiatkovsky stated that back in February or March 1997, he was interviewed by the Prosecutor General's Office (PGO) of the Ukraine. Ditiatkovsky added that during this time, Lazarenko called him twice to tell him that this was nothing of importance and that these interviews were just a formality.

Ditiatkovsky stated that back in 1994, while Lazarenko held political positions in the Ukraine, President Kuchma knew that Lazarenko was sending money out of the Ukraine and the PGO was seeking information about Lazarenko's foreign bank accounts. Ditiatkovsky believed that many members of the KGB were close associates of Lazarenko's and that he was afraid to answer any questions because of these relationships.

Ditiatkovsky stated that he was interviewed again on April 15, 2000, in Milan, Italy. Based on his relationship with Lazarenko, and bribes paid to Lazarenko by Ditiatkovsky, Ukraine had issued an arrest warrant for Ditiatkovsky. Ditiatkovsky was arrested in Milan based off of this warrant and was in jail for six months. In exchange for his information about his dealings with Lazarenko, all charges against Ditiatkovsky were dismissed in the Ukraine. According to Ditiatkovsky, on June 22, 2001, all of the charges were dropped. Ditiatkovsky informed that in the Ukraine it was necessary to pay money to people in positions power, in exchange for preferential treatment and to obtain the licenses needed to conduct business. Ditiatkovsky informed that he was interviewed for two hours by Nikoli Obichod, from the Ukrainian PGO. The PGO knew that it would be difficult to extradite him from Italy back to the Ukraine, so they interviewed him in Italy. Ditatkovsky stated that the PGO knew about most of the transfers of funds from Ditiatkovsky to Lazarenko. Ditiatkovsky stated that because of his knowledge of Lazarenko's business dealings, there had been several threats made against Ditiatkovsky's life. The PGO offered to provide Ditiatkovsky with protection.

Ditiatkovsky stated that Mykola Agafonov, the manager of the Nakovy State Farm and another business associate of Lazarenko, had placed a contract out against Ditiatkovsky's life.

Ditiatkovsky also believed that a man named Butkevich, the head of security for Yulia Tymoshenko, also put a contract out against his life.

Ditatkovsky stated that even though he was arrested in Milan, Italy, He has never been found guilty of a crime, he has never pled guilty to a crime and all charges against him were dropped.

Ditatkovsky stated that he was interviewed again on or around March 3, 2001, in Zurich, Switzerland, by the Ukrainian PGO. PGO Investigator Nikoli Obichod wanted Ditiatkovsky to take Investigator Mochanov to Liechtenstein to review the financial records for Ditiatkovsky's business OPTECH. It was from the bank accounts for OPTECH that most of Ditiatkovsky's payments to Lazarenko were made.

S003420

FD-302a -226344
Continuation of FD-302 of Alexi Ditiatkovsky                9/25/05              3
On
, Page

Ditiatkovsky stated that he started the company OPTECH in Liechtenstein to work with Lazarenko and to have a bank account from which to pay Lazarenko 50% of the profits.

Prior to opening the OPTECH account in Liechtenstein, Ditiatkovsky had a personal account at BAWAG Bank, in Austria, and it was from this personal account that one or two payments were made to Lazarenko. This included the payment of $450,000 to Lazarenko's Lip Handle account on 7/26/93.

Ditiatkovsky stated that he was the man behind the scenes of at least three companies. Ditiatkovsky would come up with an idea, design a concept for the company and then get the business started. These companies did not give money to Lazarenko.

Ditiatkovsky stated that Lazarenko would just select a company that he knew would work with him and could make money. Lazarenko worked with companies that sold metal and would get a share of as much as $25-$50 per ton of metal product.

One of these companies was Nakosta Metal, which was operated by Alexander Kox. Kox was a business associate of Lazarenko and traveled with Lazarenko to Switzerland. Ditiatkovsky believed that Nakosta Metal (Kox) sent money to Lazarenko through accounts in the name of Peter Kiritchenko.

Ditiatkovsky stated that Lazarenko instructed him to wire money to a Nakosta Metal account. Ditiatkovsky believes that these funds were later transferred on to Lazarenko from Nakosta Metal.

Ditiatkovsky believes that Percobank was associated with Yulia Tymoshenko. A man named FNU Bespaliy was the Vice President of Percobank. Bispaliy is now a member of the Ukrainian parliament.

On January 31, 1994, Zemelniy Bank was started in Ukraine. This bank was a mortgage bank. Ditiatkovsky started the bank and was chairman of the bank at one point. In the 1990's, inflation in the the Ukriane was 1000%. Ditiatkovsky started the bank with $1 million dollars and at this time he owned 51% of the bank. Ditiatkovsky stated that Lazarenko gave him the needed approvals to start a bank. Ditiatkovsky stated that from 1999 to present, Lazarenko received money through one of his (Lazarenko's) attorney, of 6-8% or approximately $70,000 per year.

Ditiatkovsky stated that he first met Lazrenko in 1984 when Ditiatkovsky was the Deputy Director of a restaurant and catering business called Stazaya Bashnya. This restaurant would cater events for important people and Ditiatkovsky met many of them including Lazarenko. Ditiatkovsky met Lazarenko many times in 1986-1987, maybe even back in 1985.

After the fall of communist rule, Lazarenko provided the necessary documents and approvals for the restaurant business to be

S003421

```
FD-302a (Rev 10-6-95) -226344
Continuation of FD-302 of   Alexi Ditiatkovsky              9/25/05            4
On
, Page
```

privatized. Ditiatkovsky wrote up the proposal for the privatization and Lazarenko agreed and provided the documents. Ditiatkovsky stated that Lazarenko would write down bank instructions and would show it to Ditiatkovsky. Ditiatkovsky was instructed to write the information down himself. Ditiatkovsky believes he was asked to do this so that he never was in possession of instructions written in Lazarenko's handwriting.

Ditiatkovsky was asked if he was threatened by Lazarneko. Ditiatkoavsky made it clear that he knew that Lazarenko was a very powerful man and that Lazarenko would constantly tell Ditiatkovsky that he had to live up to his obligations. Ditiatkovsky stated that in 1999 he was in Switzerland with Lazarenko and Lazarenko told him to live up to his obligations, and Ditiatkovsky understood this to mean keep sending Lazarenko money. Ditiatkovsky stated that all of their meetings were face to face and that they met at least a six times.

Ditiatkovsky stated that he was often afraid of being kidnaped, and that he often traveled with a security detail.

Ditiatkovsky stated that the first company he started was called SELHOZTECH IMPORT. It was while he was running this business that Lazarenko first saw Ditiatkovsky as a successful businessman, and it was at this time that Lazarenko instructed Ditiatkovsky to start a business called Dneproneft. This was in 1993. Lazarenko arranged for Dneproneft to get the appropriate licenses to barter commodities, both import and export, and to receive tax exemptions as a trading company. This company was set up to trade in all types of commodities. This company started to make money. Then Dneproneft started purchasing other companies, real estate and eventually purchased the restaurant/catering business.

Ditiatkovsky stated that a man named Kovalev owned the Jurimex Company. Money, $1.5M, was wired from a Jurimex account into one of Ditiatkovsky's account. Ditiatkovsky was told by Lazarneko that this money was from Nakosta Metal. Ditiatkovsky said that it was his understanding that Nokosta Metal purchased agricultural companies in the Ukraine via a company called Agrosnabservice. Ditiatkovsky believes that Nokosta Metal still holds monies for Lazarenko today, possibly as much as $25 million.

Ditiatkovsky was asked about Peter Kiritchenko. Ditiatkovsky stated that he first met Kiritchenko 20 years ago and that they were competitors in the business world. Lazarenko told Ditiatkovsky that he had a business arrangement with Kiritchenko and Agafonov and Lazarenko added that "They are happy with this arrangement. You need to do the same deal". Lazarenko told Ditiatkovsky that this deal was to remain just between them, and Ditiatkovsky stated that he did not talk to the other businessmen who had similar relationships with Lazarenko.

Ditiatkovsky stated that he and Yulia Tymoshenko were not friendly. Ditiatkovsky did know Agafonov since 1988, but that Agafonov never mentioned the arrangements he had with Lazarenko to him.

S003422

FD-302a (Rev. 10-6-95)-226344
Continuation of FD-302 of Alexi Ditiatkovsky           ,On 9/25/05 ,Page 5

Ditiatkovsky stated that he only knew a little about ITERA and Makarov. Lazarenko would send Ditiatkovsky to meetings at GASPROM to act as his ears and get information from other businessmen who would drink too much and talk too much.

Ditiatkovsky stated that he did not know much about DAV RIGA, but believed that it this company may have a corresponding bank account at Slaviansky Bank in the Ukraine.

Ditiatkovsky stated that one of the Slaviansky Bank representative named Feldman went to prison but did not testify against Lazarenko. He believes that Feldman ended up working for Yulia Tymoshenko.

Ditiatkovsky had no knowledge of accounts at Eurofed Bank.

Ditiatkovsky stated that he did travel on several occasions to meek with Lazarenko about money matters. In 1993-94, Ditiatkovsky traveled from Kiev, to Vienna, Austria and to Zurich, Switzerland to meet with Lazarenko. On one trip, Mr. Kovalev, (Jurimex Company) was with Lazarenko from Vienna to Zurich. On one trip, Ditiatkovsky traveled with Lazarenko to Czechoslovakia and he, Lazarenko and Kiritchenko all stayed at the same hotel. While in Austria, Lazarenko was with his body guards and told Ditiatkovsky, that he wanted to meet his wife. This made Ditiatkovsky feel uneasy, but he was never in a position to refuse.

Ditiatkovsky stated that he has never held a position of power in the Ukrainian government. Ditiatkovsky added that even though Lazarenko is no longer in power, he still had enough power, by using his contacts with Leonid Gadiatsky, who is now a member of Ukrainian Parliment, to get Ditiatkovsky's company, Dneproneft, audited in 2004.

In February, 2004, Horowitz, who was one of Lazarenko's attorney's flew to Israel to visit Ditiatkovsky's parents. Ditiatkovsky stated that Horowitz begged Ditiatkovsky's parents to persuade Ditiatkovsky not to testify against Lazarenko. There were many phone calls to Ditiatkovsky's family members and in the end, Ditiatkovsky was talked out of testifying.

Ditiatkovsky stated that Leonid Gadiaksky still owns a percentage of the several Ukrainian companies on behalf of Lazarenko. He believes that these include:
   Tanas Aktiengesellschaft
   Tanas AG, registered in Liechtenstein
   Holy Pavel Holdings
   Zemelny Bank in Ukraine

Ditiatkovsky believes that money from Tanas AG was wired to Holy Pavel Holdings at the Royal Bank of Canada, and that Lazarenko may have accounts at the BC Central Credit Union in Vancouver, BC. Ditiatkovsky also believes that some of Lazarenko's money ended up in

S003423

```
FD-302a (Rev 10-6-95) -226344
Continuation of FD-302 of  Alexi Ditiatkovsky         9/25/05         6
On
, Page
```

Richmond, Virginia. Ditiatkovsky believes that for the last three years, Lazarenko, or his family members have been sending money to an account in the name of Holy Pavel Holdings.

Ditiatkovsky stated that Lazarenko may be hiding funds in accounts in the name of Surface Investment Inc, a British Virgin Islands Co. Surface Investment Inc may own UkrInvest in the Ukraine. Ditiatkovsky believes that Dugsbury Inc., bought hotels in the Ukraine and was used as a front company to purchase real estate in the Ukraine. Ditiatkovsky believes that some of Lazarenko's money was used to invest in Kiev Star, the largest telecommunications company in the Ukraine.

Ditiatkovsky believes that Lazarenko wired as much as $5 million dollars into accounts in Israel back in 2002. It may be in Hapoalim Bank in Israel.

Ditiatkovsky was told by other businessmen that Lazarenko has more than $1 billion out of the country.

S003424