**KING, CAMPBELL, PORETZ & THOMAS PLLC**
ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| **JOSEPH KING**<br>ATTORNEY AT LAW | 108 N. ALFRED STREET, ALEXANDRIA, VIRGINIA 22314 | **RYAN CAMPBELL**<br>ATTORNEY AT LAW |
| **DANIEL PORETZ**<br>ATTORNEY AT LAW | TELEPHONE: 703-683-7070<br>FACSIMILE: 703-652-6010 | **EMILY BECKMAN**<br>ATTORNEY AT LAW |

May 16, 2019

**VIA ELECTRONIC FILING**

The Honorable G. Michael Harvey
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

  Re: United States *v.* All Assets, *et. al.*, No. 1:04-CV-00798 PLF/GMH (D.D.C.)

Dear Magistrate Judge Harvey:

  Alexander Lazarenko has consistently stated, for a variety of reasons already articulated to this Court, that he will not answer questions at a deposition in Ukraine. The government has requested that he indicate whether he prefers to be deposed in Kyiv, Ukraine or Lviv, Ukraine. He does not consider either of those locations to be an acceptable option for the location of his deposition.
  It would appear to counsel that Mr. Alexander Lazarenko will have a right to be present in the United States for trial of this matter, and that similarly it should be possible to arrange for him to come to the United States to be deposed. However, absent additional documentation of the deposition from the United States, it does not appear that a future visa application is likely to be approved by the United States.
  Should the government notice a deposition of Mr. Alexander Lazarenko in Ukraine, he will not answer the questions posed. Counsel proposes that the parties meet and confer to see if a stipulation as to what Mr. Alexander Lazarenko's actions would be in response to a deposition so noticed may suffice to obviate the need for a fruitless trip to Ukraine at substantial expense to all parties.

            Sincerely yours,

            Emily R. Beckman