# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:04-cv-00798-PLF |
| | ) |
| | ) |
| **ALL ASSETS HELD AT BANK JULIUS** | ) |
| **BAER & COMPANY, LTD., GUERNSEY** | ) |
| **BRANCH, ACCOUNT NUMBER 121128,** | ) |
| **IN THE NAME OF PAVLO** | ) |
| **LAZARENKO, LAST VALUED AT** | ) |
| **APPROXIMATELY $2 MILLION IN** | ) |
| **UNITED STATES DOLLARS,** *ET AL.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER GRANTING CLAIMANTS' MOTION FOR EXTENSION NUNC PRO TUNC

Having considered the claimants' motion and without objection by the Government, the Court hereby GRANTS claimants' motion for extension, nunc pro tunc, and extends the claimaint's deadline to June 26, 2019 and the Government's deadline to respond to July 10, 2019.

IT IS SO ORDERED.

This 1st day of July, 2019.

_____
Judge G. Michael Harvey
United States magistrate Judge