# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:04-cv-00798-PLF-GMH |
| ) | |
| **ALL ASSETS HELD AT BANK JULIUS** ) | |
| **Baer & Company, Ltd., Guernsey** ) | |
| **Branch, account number 121128, in the** ) | |
| **name of Pavlo Lazarenko, et** *al.* ) | |
| ) | |
| **Defendants** *In Rem.* ) | |

## PROPOSED ORDER ON MOTION FOR SANCTIONS

For the reasons set forth in the United States' Motion to Compel and for Sanctions for Alexander Lazarenko's Failure to Appear at His Deposition, it is hereby;

**ORDERED** that Alexander Lazarenko's claim in this matter is **DISMISSED**; and

Further **ORDERED** that claimants Pavel Lazarenko, Ekaterina Lazarenko, and Lecia Lazarenko are precluded from introducing any evidence in motions or at trial referencing Alexander Lazarenko, his ownership interest in any companies or entities, or any actions taken by Alexander Lazarenko.

In the alternative, if Alexander Lazarenko's claim is not dismissed, it is hereby:

**ORDERED** that Alexander Lazarenko sit for a deposition in Kiev, Ukraine at the Ukrainian Prosecutor General's Office within 30 days of this Order; and

**ORDERED** that Alexander Lazarenko pay all costs of the United States associated with taking the deposition, including airfare, lodging, food, court reporter fees, translation costs, and videographer fees.

SO ORDERED.

DATE: _____, 2019

_____
THE HONORABLE G. MICHAEL HARVEY
United States Magistrate Judge