UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                                  )<br>     Plaintiff,                                     )<br>                                                                  )<br>              v.                                              )<br>                                                                  )<br>                                                                  )<br>ALL ASSETS HELD AT BANK JULIUS   )<br>BAER & COMPANY, LTD., GUERNSEY  )<br>BRANCH, ACCOUNT NUMBER 121128,  )<br>IN THE NAME OF PAVLO                      )<br>LAZARENKO, LAST VALUED AT          )<br>APPROXIMATELY $2 MILLION IN       )<br>UNITED STATES DOLLARS, *ET AL.*,       )<br>                                                                  )<br>     Defendants.                              ) | Civil Action No. 1:04-cv-00798-PLF/GMH |

## ORDER TO SEAL

On July 22, 2019, Claimant Pavel Lazarenko filed a motion for leave to file under seal certain records. The motion is **GRANTED**.

**IT IS SO ORDERED.**

_____                                  _____
DATE                                                                                      Hon. G. Michael Harvey