**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                   )
**UNITED STATES OF AMERICA**                  )
                                                                   )
              **Plaintiff,**                                  )
                                                                   )
v.                                                                )    Civil Action No. 04-798 (PLF/GMH)
                                                                   )
**ALL ASSETS HELD AT BANK JULIUS BAER &**  )
**CO., LTD., GUERNSEY BRANCH, ACCOUNT**   )
**NUMBER 121128, IN THE NAME OF PAVLO**     )
**LAZARENKO, *ET AL*.**                                   )
                                                                   )
              **Defendants *In Rem*.**                )
_____)

**SCHEDULING ORDER**

Pursuant to the scheduling order entered on June 12, 2019 (ECF No. 1175), claimant Pavel Lazarenko filed his response to the government's submission regarding his notice of partial withdrawal of claim (ECF Nos. 1144, 1149) on July 23, 2019.[1]  ECF No. 1188.  That response included a cross-motion for partial summary judgment.  ECF Nos. 1188 at 4–9, 1190.  The parties have agreed to a schedule for further briefing on these issues.  It is therefore

**ORDERED** that the government's reply to claimant Pavel Lazarenko's submission of July 23, 2019 (originally due on August 5, 2019), and its opposition to his cross-motion for partial summary judgment shall be filed on or before **August 26, 2019**.  It is further

**ORDERED** that claimant Pavel Lazarenko's reply in further support of his cross-motion for partial summary judgment shall be filed on or before **September 5, 2019**.

    **SO ORDERED.**

Dated: July 29, 2019                                         _____
                                                                          G. MICHAEL HARVEY
                                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The response was due on July 22, 2019.  The Court's ECF system reflects that it was filed at 12:08 a.m. on July 23, 2019.  No party has suggested that there should be adverse cnsequences from the fact that the filing was eight minutes late.