# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:04-cv-00798-PLF-GMH |
| ) | |
| **ALL ASSETS HELD AT BANK JULIUS** ) | |
| Baer & Company, Ltd., Guernsey ) | |
| Branch, account number 121128, in the ) | |
| name of Pavlo Lazarenko, *et al.* ) | |
| ) | |
| **Defendants *In Rem*** ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that, pursuant to LCvR 83.6(b), Rebecca A. Caruso hereby withdraws as counsel of record for the United States in the above-captioned case.  Ms. Caruso no longer needs notice of filings in this matter, and the Clerk is requested to remove Ms. Caruso's name from all CM/ECF service lists for this case.  Daniel H. Claman, Teresa C. Turner-Jones, and Adam J. Schwartz will remain as counsel for the United States.

Dated: August 2, 2019                                    Respectfully submitted,

*/s/ Rebecca A. Caruso*
Rebecca A. Caruso
Trial Attorney
Money Laundering and
Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

1