**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  )  **Plaintiff,**  )  )  v.  )  )  **ALL ASSETS HELD AT BANK JULIUS**  )  **Baer & Company, Ltd., Guernsey**  )  **Branch, account number 121128, in the**  )  **name of Pavlo Lazarenko,** *et al.***,**  )  )  **Defendants** *In Rem,*  )  _____ ) | **Civil Case No. 1:04-00798 (PLF/GMH)** |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR EXTENSION OF TIME

Having considered the Plaintiff's motion, the Court hereby GRANTS Plaintiff's motion for extension, and extends the Plaintiff's deadline for filing its *ex parte* classified brief and a redacted version of the same to August 12, 2019.

IT IS SO ORDERED.

This  2nd   day of August        , 2019.

_____
Hon. Judge Harvey