## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 1:04-00798 (PLF/GMH)** |
| | ) | |
| **ALL ASSETS HELD AT BANK JULIUS** | ) | |
| **Baer & Company, Ltd., Guernsey** | ) | |
| **Branch, account number 121128, in the** | ) | |
| **name of Pavlo Lazarenko,** *et al.*, | ) | |
| | ) | |
| **Defendants *In Rem*,** | ) | |
| | ) | |

### [JOINT] MOTION FOR EXTENSION OF HEARING DATE

Plaintiff, United States of America, by and through its undersigned attorneys, and Claimants Pavel Lazarenko, Ekaterina Lazarenko, and Lecia Lazazerenko ("Claimants") respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of the September 3, 2019, hearing date to a date convenient for the Court and the parties.

Pursuant to the Court's Scheduling Order entered on July 11, 2019 (ECF No. 1185), the parties were to appear before the Court for a status conference on September 3, 2019. Given scheduling conflicts identified by counsel for the parties, the parties have conferred and would request that the hearing be moved to a date that is convenient for the Court and all parties. Counsel for the Government and the Claimants propose, subject to the Court's availability, that the next status hearing be rescheduled for a date between October 1 and 4, 2019, or on October 10 or 11, 2019.

Respectfully submitted,

DEBORAH CONNOR
CHIEF, MONEY LAUNDERING
AND ASSET RECOVERY SECTION

By: /s/ Teresa Turner-Jones
DANIEL H. CLAMAN
Principal Deputy Chief, International Unit
TERESA C. TURNER JONES
Senior Trial Attorney
ADAM J. SCHWARTZ
Trial Attorney
Money Laundering and Asset Recovery
Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA

By: /s/ Jed Silversmith
Grant S. Palmer
Daniel E. Rhynhart
Jed M. Silversmith
**BLANK ROME LLP**
One Logan Square, 130 N. 18th Street
Philadelphia PA 19103
Phone:  (215) 569-5578
Fax:  (215) 832-5578
          and
Barry W. Levine
1825 Eye Street NW Washington, DC  20006
Phone:  (202) 420-2200
Fax:  (202) 420-2201
          and
Ian M. Comisky
William H. Stassen
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone:  (215) 299-2795
Fax:  (215) 299-2150
          and
David B. Smith
Nicholas D. Smith
**LAW OFFICES OF DAVID B. SMITH**
108 N. Alfred St.
Alexandria, VA 22314

Attorneys for Claimant PAVEL
LAZARENKO

Be:  /s/ Emily Beckman
Emily Beckman
**KING CAMPBELL PORETZ**
108 N. Alfred Street
Alexandria, VA
703-683-7070 (Phone)
703-652-6010 (Fax)

Daniel Horowitz
**LAW OFFICES OF DANIEL
HOROWITZ**
3650 Mt. Diablo Blvd
Lafayette, CA 94549
(925)  299-6720 (Phone)

Attorneys for Claimants ALEXANDER
LAZARENKO, KATERINA LAZARENKO
and LESSIA LAZARENKO