UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA                )
                                        )
         Plaintiff,                     )
                                        )
v.                                      )   Civil Action No. 04-798 (PLF/GMH)
                                        )
ALL ASSETS HELD AT BANK JULIUS BAER &   )
CO., LTD., GUERNSEY BRANCH, ACCOUNT     )
NUMBER 121128, IN THE NAME OF PAVLO     )
LAZARENKO, *ET AL*.                     )
                                        )
         Defendants *In Rem*.           )
_____)

SCHEDULING ORDER

Pursuant to an order entered on July 11, 2019 (ECF No. 1185), the deadline for the government to file its *ex parte*, classified brief directed to the so-called "CIPA File" and to file a redacted public version of the brief was August 5, 2019, and a status conference regarding that public filing was to be held on September 3, 2019. At the request of the government and with the claimants' consent, the undersigned extended the due date for the briefs until September 12, 2019. ECF Nos. 1199, 1201. The parties have now filed a joint motion seeking to adjourn the status conference until a date in October 2019. ECF No. 1202. It is therefore

**ORDERED** that the parties' joint motion for an extension of time to hold the status conference regarding the CIPA brief is **GRANTED**. It is further

**ORDERED** that the status conference is **ADJOURNED** from September 3, 2019 to October 1, 2019, at 11:00 a.m. in Courtroom 6 before the undersigned.

**SO ORDERED.**

Dated: August 6, 2019                   _____
                                        G. MICHAEL HARVEY
                                        UNITED STATES MAGISTRATE JUDGE