# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:04-cv-00798 (PLF/GMH) |
| ) | |
| **ALL ASSETS HELD AT BANK JULIUS** ) | |
| **Baer & Company, Ltd., Guernsey** ) | |
| **Branch, account number 121128, in the** ) | |
| **name of Pavlo Lazarenko, et** *al.* ) | |
| ) | |
| **Defendants** *In Rem.* ) | |

## ORDER

Upon consideration of United States' Consent Motion for Extension of Time to File *Ex Parte* Briefing on Materials Identified in the Court's *Ex Parte* Order, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Plaintiff shall file its *ex parte,* classified brief, under seal on or before September 6, 2019.

**SO ORDERED.**

DATE: Aug. 7, 2019

_____
THE HONORABLE G. MICHAEL HARVEY
United States Magistrate Judge