UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>            Plaintiff,                      )<br>                                                          )<br>    v.                                                )<br>                                                          )<br> ALL ASSETS HELD AT BANK JULIUS )<br> Baer & Company, Ltd., Guernsey      )<br> Branch, account number 121128, in the  )<br>  name of Pavlo Lazarenko, *et al.*        )<br>                                                          )<br>            **Defendants *In Rem*    )** | Case No. 1:04-cv-00798-PLF-GMH |

## PROPOSED ORDER

Plaintiff United States of America and Claimant Pavel Lazarenko's (the "Parties") joint motion to modify the July 29, 2019 scheduling order is **GRANTED**.  It is hereby **ORDERED**:

1) that the government's reply to claimant Pavel Lazarenko's submission of July 23, 2019, and its opposition to his cross-motion for partial summary judgment shall be filed on or before September 9, 2019; and

2) Claimant Pavel Lazarenko's reply in further support of his cross motion for partial summary judgment shall be filed on or before September 23, 2019.

_____
Hon. J. Michael Harvey
United States Magistrate Judge