**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALL ASSETS HELD AT BANK JULIUS** )<br>**Baer & Company, Ltd., Guernsey** )<br>**Branch, account number 121128, in the** )<br>**name of Pavlo Lazarenko,** *et al.*, )<br>)<br>**Defendants** *In Rem,* )<br>_____ ) | Civil Case No. 1:04-00798 (PLF/GMH) |

*EX PARTE* **PLAINTIFF'S LETTER DATED SEPTEMBER 20, 2019**

# FILED WITH THE CISO.

                                        Respectfully submitted,

                                        DEBORAH CONNOR
                                        CHIEF
                                        MONEY LAUNDERING
                                          AND ASSET RECOVERY SECTION

                                        /s/ Teresa C. Turner-Jones
                                        DANIEL H. CLAMAN
                                        TERESA TURNER JONES
                                        ADAM J. SCHWARTZ
                                        Money Laundering and
                                           Asset Recovery Section
                                        Criminal Division
                                        United States Department of Justice
                                        1400 New York Avenue, N.W., 10th Floor
                                        Washington, DC 20530
                                        Telephone: (202) 514-1263

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA