## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         )<br>                                                               )<br>         **Plaintiff,**                                    )<br>                                                               )<br>                         v.                                 )         Civil Action No. 1:04-cv-00798-PLF/GMH<br>                                                               )<br>                                                               )<br>**ALL ASSETS HELD AT BANK JULIUS**  )<br>**BAER & COMPANY, LTD., GUERNSEY**  )<br>**BRANCH, ACCOUNT NUMBER 121128,** )<br>**IN THE NAME OF PAVLO**                       )<br>**LAZARENKO, LAST VALUED AT**           )<br>**APPROXIMATELY $2 MILLION IN**        )<br>**UNITED STATES DOLLARS,** *ET AL.*,      )<br>                                                               )<br>         **Defendants.**                              )  | |

## [PROPOSED] ORDER

On September 23, 2019, Claimant Pavel Lazarenko filed an unopposed motion for a four-day enlargement to file his reply to brief.

The Court **GRANTS** Mr. Lazarenko's motion. Claimant shall file his reply brief by September 27, 2019.

**IT IS SO ORDERED.**

_____                        _____
DATE                                                                              Hon. G. Michael Harvey