# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**UNITED STATES OF AMERICA**                )
                                            )
       **Plaintiff,**   )
                                            )
v.                                          )   Civil Action No. 04-798 (PLF/GMH)
                                            )
**ALL ASSETS HELD AT BANK JULIUS BAER &**   )
**CO., LTD., GUERNSEY BRANCH, ACCOUNT**     )
**NUMBER 121128, IN THE NAME OF PAVLO**     )
**LAZARENKO,** *ET AL***.**                 )
                                            )
       **Defendants** *In Rem***.**   )
_____)

## SCHEDULING ORDER

As discussed at the status conference today, the government filed a redacted brief regarding the so-called "CIPA File" on September 20, 2019 (ECF No. 1219-2). It is hereby

**ORDERED** that any response to the government's submission from Claimant Pavel Lazarenko or from the so-called A/E/L Claimants, should they choose to respond, is due on or before October 18, 2019. It is further

**ORDERED** that the government shall file its reply on or before November 1, 2019.

**SO ORDERED.**

Dated: October 1, 2019                    _____
                                                                      G. MICHAEL HARVEY
                                                                      UNITED STATES MAGISTRATE JUDGE