# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     Plaintiff,     v.     **ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*,**     **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   **Civil Action No. 1:04-cv-00798-PLF-GMH** |

## ORDER GRANTING CLAIMANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS

Having considered the Claimant's Motion and without objection by the Government, the Court hereby GRANTS Claimant's Consent Motion for an Extension of Time to File Objections to the Magistrate Judge's Findings and Recommendations, and extends the Claimant's deadline to October 17, 2019 and the government's deadline to November 1, 2019.

IT IS SO ORDERED.

This \_\_\_\_ day of _____, 2019.

_____
Hon. Judge Harvey

143753.00601/119129938v.1