**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:04-cv-00798-PLF/GMH |
| | ) |
| | ) |
| **ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE

Please note the attached Objections to Magistrate Judge's Report and Recommendation.

    Respectfully submitted,

    By:  _/s/Emily Beckman____
    King Campbell Poretz
    108 N. Alfred Street
    Alexandria, VA  22314
    703-683-7070 (Phone)
    703-652-6010 (Fax)

    Attorney for Claimants ALEX LAZARENKO, KATERINA LAZARENKO and LESSIA LAZARENKO

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court under seal. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.  I also certify that parties not so noticed have been served in accordance with Fed. R. Civ. P. 5(d).

                                            By:    _/s/Emily Beckman_____
                                                           Emily Beckman