**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|               v. | )   **Civil Action No. 1:04-cv-00798-PLF-GMH** |
| | ) |
| **ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*,** | ) |
| | ) |
|     **Defendants.** | ) |

**ALEXANDER LAZARENKO'S REPLY REGARDING HIS OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

In its Response to Claimant Alexander Lazarenko's Objections to the Magistrate Judge's Report and Recommendation, the Government dismisses Claimant Lazarenko's assertion that he is entitled to participate in this litigation in the United States and must have the opportunity to attend the trial of this matter in person stating, "Before contemplating how to conduct a trial in this matter, the parties must finish discovery." ECF 1232 at 7. However, the question of Alexander Lazarenko's right to be present for litigation of this matter is central to a determination of whether a refusal to be deposed *in Ukraine* is in effect a refusal to be deposed at all. It is not.

The Government's Response conveniently ignores the fact that the United States Government is a party to this case and that the United States Government has unilateral control over whether Alexander Lazarenko may enter the United States. It is the United States of America that is seeking to forfeit approximately $180 million in which Alexander Lazarenko has an interest,

1

and it is the United States of America that has denied him entry into the country to participate in that lawsuit by being deposed in the United States.  It is fundamentally unfair for a party to the litigation, whether acting through the lawyers specifically assigned to this matter or acting through its employees who reside in Ukraine, to deny an opposing party the right to be present in the location where all the documents relevant to his deposition are located, where he may consult with family member witnesses to refresh his recollection of events long past, where his lawyers and their offices are located, and where he is safe from involvement and potential retaliation from Ukrainian government officials.  Alexander Lazarenko has consistently maintained that he will sit for deposition in the United States, and it is the United States of America, not Alexander Lazarenko, that has prevented him from doing so.

Because Alexander Lazarenko has been and remains willing to be deposed in this matter in the United States, dismissal of his claims is an unwarranted and extreme sanction and should not be imposed.

Dated:  November 8, 2019

Respectfully submitted,

By:  __/s/_____
Emily Beckman
King Campbell Poretz
108 N. Alfred Street
Alexandria, VA  22314
703-683-7070 (Phone)
703-652-6010 (Fax)

Attorney for Claimants ALEX LAZARENKO, KATERINA LAZARENKO and LESSIA LAZARENKO

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court under seal. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. I also certify that parties not so noticed have been served in accordance with Fed. R. Civ. P. 5(d).

By:  _/s/Emily Beckman_____
Emily Beckman