UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**UNITED STATES OF AMERICA**                )
                                            )
              **Plaintiff,**                )
                                            )
v.                                          )   Civil Action No. 04-798 (PLF/GMH)
                                            )
**ALL ASSETS HELD AT BANK JULIUS BAER &**   )   FILED UNDER SEAL
**CO., LTD., GUERNSEY BRANCH, ACCOUNT**     )
**NUMBER 121128, IN THE NAME OF PAVLO**     )
**LAZARENKO,** *ET AL***.**                 )
                                            )
              **Defendants** *In Rem***.**  )
_____)

## ORDER

In a classified letter filed, *ex parte*, with the Court on October 31, 2019, the government informed the Court that it had discovered additional classified documents that were referenced in the briefing and perhaps submitted to the U.S. District Court for the Northern District of California in the criminal case in that court. Those documents were not submitted for this Court's *ex parte*, *in camera* review in May 2017 along with the other documents in the so-called CIPA File.

Accordingly, it is hereby

**ORDERED** that, in accordance with the procedures proposed in the hearings of March 22, 2017, and April 7, 2017, and the past practice of this Court in this case, the government shall produce to the Court the entire universe of the documents identified in the October 31, 2019 letter so that it may conduct an *ex parte*, *in camera* review to determine if they arguably fit into the categories of documents identified by Pavel Lazarenko based on his review of unclassified portions of the file and reflected in the filing at ECF No. 937. It is further

2

**ORDERED** that the government shall produce those documents to the Court, along with an index, witin seven days of the date of this Order.

**SO ORDERED.**

Dated:  November 15, 2019　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　G. MICHAEL HARVEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE