**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
**UNITED STATES OF AMERICA**                  )
                                                                    )
          **Plaintiff,**                                    )
                                                                    )
v.                                                                 )     Civil Action No. 04-798 (PLF/GMH)
                                                                    )
**ALL ASSETS HELD AT BANK JULIUS BAER &**   )
**CO., LTD., GUERNSEY BRANCH, ACCOUNT**     )
**NUMBER 121128, IN THE NAME OF PAVLO**     )
**LAZARENKO,** *ET AL***.**                                  )
                                                                    )
          **Defendants** *In Rem***.**                     )
_____)

**ORDER**

Upon consideration of the government's proposed briefing timeline for submitting supplemental briefing regardgin its renewed *ex parte*, *in camera* motion for a protective order concerning the CIPA file, it is hereby

**ORDERED** that the government shall file its *ex parte*, *in camera* supplement to its renewed *ex parte*, *in camera* motion for a protective order concerning the CIPA file on or before **January 24, 2020**.  It is further

**ORDERED** that the government file under seal its redacted supplement to its renewed *ex parte*, *in camera* motion for a protective order concerning the CIPA file on or before **January 31, 2020**.  It is further

**ORDERED** that any opposition to the redacted supplemental filing shall be filed on or before **February 28, 2020**.  It is further

**ORDERED** that any reply from the government shall be filed on or before **March 13, 2020**.

**SO ORDERED.**

Dated:  December 16, 2019                                    _____
                                                                                G. MICHAEL HARVEY
                                                                                UNITED STATES MAGISTRATE JUDGE