UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL ASSETS HELD AT BANK JULIUS )<br>Baer & Company, Ltd., Guernsey )<br>Branch, account number 121128, in the )<br>name of Pavlo Lazarenko, *et al.* )<br>)<br>               **Defendants *In Rem*** ) | Case No. 1:04-cv-00798-PLF-GMH |

**PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF DECISION**

On December 19, 2019, this Court entered a Memorandum Opinion and Order dismissing Claimant Alexander Lazarenko's claims in this action for violations of discovery orders concerning his failure to appear for a deposition. Dkt. No. 1243. While the Court's decision provides a final disposition as to Alexander Lazarenko, the United States believes the dismissal of Alexander Lazarenko's claim has an effect on Ekaterina and Lecia Lazarenko's Motion to Quash (Dkt. No. 1154) three third party subpoenas currently pending before the Court.

As described in earlier pleadings opposing the Motion to Quash, the United States has not received any financial or business records regarding the movement of funds traceable to the defendant assets in responses to multiple Requests for Production sent to Ekaterina and Lecia Lazarenko. *See, e.g.*, Dkt. No. 1159, at 10; Dkt. No. 1183, at 8-9. In addition, Lecia Lazarenko, despite opening bank accounts in the name of a corporation receiving funds traceable to one of the defendant assets and being named as the president, secretary, and treasurer of the corporation, could not offer any explanation for why the corporation received the funds at issue,

or why she subsequently dispersed the funds to accounts she and Ekaterina Lazarenko controlled. *See* Transcript of the Deposition of Lessia Shatalin, at 62-68 (attached as Ex. 1).  Instead, she stated simply "I would not know that.  That's Alex's company.  That's up to Alex." *See id.*, at 62.

While Alexander Lazarenko's discovery abuses have resulted in the dismissal of his claim, they have also deprived the United States of testimony regarding multiple transactions that trace back to one of the defendant assets and bear the indicia of money laundering.  It stands to reason that when a party engages in discovery abuses so objectionable that their claim is dismissed, the party seeking discovery should be able to use other discovery tools at its disposal to obtain the material.  Both First Republic Bank and the accounting firm of Goldberg, Gluck & Brusilovsky acknowledge that they have responsive material (Dkt. No. 1154, at 1; Email from P. Bonheyo dated June 6, 2019 (attached as Ex. 2)), and Eagle Bank has already produced responsive material.[1]  Ekaterina and Lecia Lazarenko, who are represented by the same counsel who represented Alexander Lazarenko in this matter, should not be allowed to refuse to provide meaningful responses to requests for production of documents, profess their ignorance regarding relevant subject matters, benefit from the refusal of their brother and former co-claimant to be deposed in this matter, and then foreclose document discovery from third parties on the same subject matter.

I.  **CONCLUSION**

For the foregoing reasons and those articulated in its previously filed briefs opposing Ekaterina and Lecia Lazarenko's Motion to Quash, the United States respectfully reaffirms its

---

[1] The United States has not taken any steps to review the Eagle Bank material.  The United States will not take any action with respect to the Eagle Bank production until instructed to do so by the Court.

request that this Court deny the Motion to Quash three third party subpoenas filed by Claimants Ekaterina and Lecia Lazarenko.

        Respectfully submitted,

        DEBORAH CONNOR
        CHIEF
        MONEY LAUNDERING
          AND ASSET RECOVERY SECTION

        _____
        DANIEL H. CLAMAN
        Principal Deputy Chief
        TERESA TURNER JONES
        Senior Trial Attorney
        ADAM J. SCHWARTZ
        Trial Attorney
        Money Laundering and Asset Recovery Section
        Criminal Division
        United States Department of Justice
        1400 New York Avenue, N.W., 10th Floor
        Washington, DC 20530
        Telephone: (202) 514-1263

        Attorneys for Plaintiff
        UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia, using the electronic case filing system of the Court.  The electronic case filing system sends a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept the Notice as service of this document by electronic means.  I also certify that parties not so noticed have been served in accordance with Fed. R. Civ. P. 5(d).

_____