

# Transcript of Lessia Shatalin

**Date:** March 13, 2019
**Case:** United States of America -v- All Assets Held at Bank Julius, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Lessia Shatalin
Conducted on March 13, 2019

---

**Page 1**

```
1          UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF COLUMBIA
3   ----------------------------X
4   UNITED STATES OF AMERICA,    :
5          Plaintiff,            :
6          v.          :   Case No.
7   ALL ASSETS HELD AT BANK JULIUS:  1:04-cv-00798-PLF-
8   Baer & Company, Ltd. Guernsey :  GMH
9   Branch, account number 121128,:
10  in the name of               :
11  Pavlo Lazarenko, et. al.     :
12          Defendants In Rem :
13  ----------------------------X
14
15          Deposition of LESSIA SHATALIN
16                Washington, D.C.
17          Wednesday, March 13th, 2019
18                  10:25 a.m.
19
20  Job No.: 233550
21  Pages 1 - 246
22  Reported by:  Stefanie Towns, CCR
```

---

**Page 2**

```
1          Deposition of LESSIA SHATALIN held at the
2   offices of:
3
4
5          USDOJ, CRIMINAL DIVISION
6          1400 New York Avenue, N.W.
7          10th Floor
8          Washington, D.C. 20530
9          202-616-3393
10
11
12
13
14
15          Pursuant to agreement, before Stefanie
16  Towns, Notary Public in and for the District of
17  Columbia.
18
19
20
21
22
```

---

**Page 3**

```
1          A P P E A R A N C E S
2
3   ON BEHALF OF PLAINTIFF:
4          Adam Schwartz, ESQUIRE
5          USDOJ
6          1400 New York Avenue, N.W.
7          Washington, D.C. 20005
8          202-514-1263
9
10  ON BEHALF OF THE WITNESS LESSIA SHATALIN
11          EMILY BECKMAN, ESQUIRE
12          KING, CAMPBELL & PORETZ, ESQS.
13          108 N. Alfred Street
14          Alexandria, Virginia 22314
15          703-683-7070
16
17
18
19
20
21
22
```

---

**Page 4**

```
1          A P P E A R A N C E S  (Continued)
2
3          ON BEHALF OF DEFENDANT LAZARENKO:
4          WILLIAM STASSEN, ESQUIRE
5          FOX, ROTHSCHILD, LLP.
6          200 Market Street
7          Philadelphia, PA 19103
8
9          ON BEHALF OF DEFENDANT LAZARENKO:
10          JED SILVERSMITH, ESQUIRE
11          BLANK & ROME, LLP.
12          One Logan Square
13          130 North 18th Street
14          Philadelphia, PA 19103
15          215-569-5789
16
17  ALSO PRESENT:
18          Rebecca A. Caruso, Esquire
19          Teresa C. Turner-Jones, Esquire
20
21
22
```

5

C O N T E N T S

EXAMINATION OF LESSIA SHATALIN          PAGE

By Mr. Schwartz                                    7
By Mr. Silversmith                               245

E X H I B I T S

(Attached to the transcript.)

PAGE

1     Notice                                    8
2     News Article                             17
3     Tax Return                               40
4     First Republic Bank                      44
5     Document                                 49
5A    Business Form                            51
6     Document                                 74
7     Agreement                                94
8     Additional Agreement                     99
9     Interrogatories                         127
10    Verified Claim                          171
11    Declaration of Trust                    175
12    Answer to Amended Complaint             185

6

THE VIDEOGRAPHER:  Here begins disk No.
1 in the videotaped deposition of Lessia
Shatalin in the matter of the United States
States of America versus All Assets Held At
Bank Julius Baer & Company, Ltd., et. al. in
the court of the United States District for
the District of Columbia, case No.
1:04-cv-00798-PLF-GMH.  Today's date is
Wednesday, March 13, 2019.  The time on the
video monitor is 10:25 a.m.  The videographer
is Brian Krieger, representing Planet Depos.
This deposition is taking place at 1400 New
York Avenue, Northwest in Washington, D C.
If counsel would please identity themselves
for the record and whom they represent and
then the court reporter, Stefanie Towns can
swear in the witness.
MR. SCHWARTZ:  Adam Schwartz for the
United States of America.
MS. CARUSO:  Rebecca Caruso for the
United States of America.
MS. TURNER-JONES:  Teresa Turner-Jones

7

for the United States of America.
MS. BECKMAN:  I thought we were going
around the table.  Emily Beckman for Lessia
Lazarenko.
MR. SILVERSMITH:  Jed Silversmith for
Pavlo Lazarenko.
MR. STASSEN:  William Stassen for Pavlo
Lazarenko Thereupon,
LESSIA SHATALIN,
called as a witness, and having been first duly
sworn, was examined and testified as follows:
Q.  Good morning, Ms. Shatalin.
A.  **Good morning.**
Q.  My name is Adam Schwartz as you heard I'm an
attorney for the United States of America.
We are representing the government in this
matter.  Just as a preliminary matter, your
counsel introduced herself as counsel to
Lessia Lazarenko.  Do you go by Lessia
Lazarenko.
A.  **Shatalin.**
Q.  Shatalin, okay.  I'm going to apologize, I

8

may slip and refer to you as Ms. Lazarenko.
I will try to refer to you as Ms. Shatalin
but do you understand if I say,
Ms. Lazarenko, I'm still referring to you?
A.  **Yes.**
Q.  Okay.  I can have the exhibit marked.
(Exhibit Shatalin-1 was marked for
identification and is attached to the
transcript.)
Q.  The court reporter is handing you what's been
marked as deposition Exhibit Shatalin-1.
Have you ever seen that exhibit before?
A.  **Yes, I have.**
Q.  Okay.  And when did you see that exhibit
before?
A.  **A few weeks ago.**
Q.  Okay.  And do you understand that you're
appearing for this deposition today pursuant
to that notice?
A.  **Yes, I do.**
Q.  Okay.  Have you ever been deposed before?
A.  **Once.**

Transcript of Lessia Shatalin
Conducted on March 13, 2019

**9**

1  Q.  Okay.  And when were you deposed?

2  **A.  I guess maybe two years ago.  But not really**

3  **in this case.**

4  Q.  What type of case were you deposed in?

5  **A.  Custody, child custody.**

6  Q.  Okay.  And was that a deposition done under

7  oath?

8  **A.  Yes.**

9  Q.  So it sounds like you're familiar with the

10  procedure but just to go over very briefly,

11  during the deposition I'll be asking you a

12  series of questions.  If you don't understand

13  one of my questions, please ask me.  I'm

14  going to assume if you don't ask, that you

15  have understood my question.  The court

16  reporter is taking down everything that you

17  say as well as the videographer videotaping

18  today's deposition.  It's very important that

19  you provide audible answers so that the court

20  reporter can take down everything that you

21  say.  Is that clear?

22  **A.  Yes.**

**10**

1  Q.  And another thing is, the court reporter

2  can't take down head nods.  So if you can

3  please try to answer verbally rather than

4  nodding your head yes or shaking your head,

5  no.

6  **A.  Yes.**

7  Q.  And one of the other things that is important

8  is we have a very good court reporter but

9  it's hard for her to take down when people

10  are talking over each other so I will try to

11  wait for you to finish your answer to a

12  question before I ask the next question and

13  if you can wait until I complete my question

14  before providing your answer that will be

15  very helpful for her.

16  **A.  Yes.**

17  Q.  Okay.  Your lawyer -- well, let me start by

18  this, are you can being represented by

19  counsel today?

20  **A.  Yes.**

21  Q.  And who is your counsel today?

22  **A.  Emily.**

**11**

1  Q.  Okay.  During the day Ms. Beckman may raise

2  objections to some of my questions.  Those

3  objections are being taken down for the

4  record of this deposition.  You are still to

5  answer my question unless Ms. Beckman

6  specifically instructs you not to answer the

7  question.  Is that clear?

8  **A.  Clear.**

9  Q.  And during the day we'll take breaks.  We'll

10  take a long break for lunch and we'll take

11  various shorter breaks throughout the day.

12  If you do need a break at any time during the

13  day please ask me, and I'll be happy to allow

14  a break.  The only rule that I would ask that

15  we respect, is that we don't take a break

16  while a question is pending.  So I will that

17  -- I will ask that you provide an answer to

18  my pending question, and then we can take a

19  break right afterwards.  Is that clear?

20  **A.  Clear.**

21  Q.  Any questions before we begin?

22  **A.  No.**

**12**

1  Q.  And I know that your are taking some vitamins

2  to prevent a cold, are you taking any other

3  medications?

4  **A.  Yes.**

5  Q.  What other medications are you taking?

6  **A.  Anxiety.**

7  Q.  Okay.  Is there any reason to believe that

8  that medication would prevent you from

9  testifying truthfully today?

10  **A.  I don't -- I don't think so.**

11  Q.  Are you aware that your sister, Katarina

12  Duncan was deposed yesterday?

13  **A.  Yes.**

14  Q.  And did you discuss her testimony with her?

15  **A.  We discussed that she had a deposition.**

16  Q.  Did you discuss any of the questions that

17  were asked during the day?

18  **A.  I mean we discussed that it went, not -- to**

19  **the best of my knowledge, no, nothing**

20  **specific.**

21  Q.  Okay.  During Ms. Duncan's deposition my

22  colleague, Ms. Turner-Jones, asked her some

**13**

1  questions about whether she had ever received
2  financial support from you.  Ms. Duncan
3  responded that she did not recall ever
4  receiving financial support from you.  I'd
5  like to ask you, if you have ever provided
6  financial support to Ms. Duncan?
7  **A.  Can you clarify what is financial support is?**
8  Q.  Let's clarify by saying, do you recall ever
9  sending her money over $2,000?
10  **A.  What year?**
11  Q.  From 2004 to 2015?
12  MS. BECKMAN:  Objection.  Scope and
13  relevance.
14  **A.  To the best of my knowledge I don't see how**
15  **this is -- this is part of the scope of this**
16  **deposition.**
17  Q.  Between the years of 2004 and 2015 do you
18  recall providing any sort of financial
19  support to your sister, Ms. Duncan, over
20  $2,000?
21  **A.  To the best of my understanding this is out**
22  **of the scope of the questions that should be**

**14**

1  **-- that I should be asked.**
2  Q.  Okay.  Let me explain the relevance of this.
3  **A.  Yeah.**
4  Q.  Your father has been accused of stealing over
5  $250,000,000 from the government of Ukraine
6  and he used various different forms of
7  nominate companies and nominate individuals
8  to hide these assets.  We have a belief that
9  some of those moneys may have been funneled
10  to you, your sister, your brother, his
11  current wife, himself, and various other
12  individuals through you, companies you own,
13  companies your brother owns, companies his
14  wife owns, companies your sister may have an
15  interest in, so the fact that you have been
16  taking money from some of those entities and
17  funneling to your sister is relevant to that
18  claim in this case.  So I'm going to ask the
19  court reporter to read back the question I
20  asked you previously, and ask that you either
21  respond, or tell me that you are refusing to
22  respond to my question, and then I'll ask

**15**

1  Ms. Beckman for a justification for that
2  refusal to answer.
3  (The previous question was read back.)
4  **A.  I'm not refusing to answer this question.  As**
5  **to my understanding, I don't see how this is**
6  **within the scope of this case, how this**
7  **relates to in rem assets of financial support**
8  **from my father.**
9  MR. SCHWARTZ:  Ms. Beckman, do you have
10  anything else to add because her answer is
11  non responsive to my question.
12  MS. BECKMAN:  I would add that in this
13  case, we had litigation prior to the
14  deposition, which is an unusual scenario to
15  be in, that where the judge limited the scope
16  of discovery in this case, initially limited
17  it to prior to the year 2000 completely at
18  the government's request for a
19  reconsideration of that with respect to my
20  client's asserted defenses of the innocent
21  owner defense the judge created two limited
22  exceptions to the -- to the limitation on

**16**

1  discovery only before the year 2000.  Those
2  two exceptions were documents and information
3  traceable to the name or traceable to In rem
4  assets, the In rem assets being the named
5  assets in the complaint, and financial
6  support from Pavlo Lazarenko or entities
7  associated with him in the past five years.
8  Obviously, the time period of 2004 is well
9  outside the last five years and cannot be
10  relying on that exception, nor is there any
11  limitation on the scope of the question to
12  funds traceable to the In rem assets.
13  MR. SCHWARTZ:  Okay.  Let's try it a
14  different way.
15  Q.  Ms. Shatalin, are you familiar with an entity
16  named Bank Zemelny Capital?
17  **A.  I heard of it.**
18  Q.  What is your understanding of the entity Bank
19  Zemelny Capital?
20  **A.  I've heard the name.  I don't have any -- I**
21  **don't -- to the best of my knowledge I don't**
22  **recall.**

Transcript of Lessia Shatalin
Conducted on March 13, 2019

17

1  Q.  Do you have any involvement with the entity
2      named Bank Zemelny Capital?
3  **A.  To the best of my knowledge I don't think so.**
4  Q.  Have you ever had any involvement with the
5      entity named Bank Zemelny Capital?
6          MS. BECKMAN: Objection. Vague.
7  Q.  Go ahead and answer.
8  **A.  To the best of my knowledge I don't remember.**
9  Q.  Are you an owner of shares in the bank, Bank
10     Zemelny Capital?
11 **A.  To the best of my knowledge, no.**
12 Q.  Were you ever an owner of shares of the bank
13     of Bank Zemelny Capital?
14 **A.  To the best of my knowledge I don't remember.**
15     (Exhibit 2 was marked for identification
16     and is attached to the transcript.)
17         MR. STASSEN: How are we -- how are we
18     marking this?
19         MR. SCHWARTZ: We're calling it
20     Shatalin-2.
21         MR. STASSEN: Okay.
22 Q.  Did I pronounce your last name correct?

18

1  **A.  Yes.**
2  Q.  Okay. Ms. Shatalin, have you had a chance to
3      review the exhibit marked Shatalin-2?
4  **A.  I'm doing it right now.**
5  Q.  Okay. Have you finished reviewing the
6      document?
7  **A.  Yes.**
8  Q.  Do you see in the document where it lists you
9      as a 7.8193% Bank Zemelny?
10 **A.  I don't understand what this document is.**
11     **It's not a document.**
12 Q.  It's a --
13 **A.  It's a news article.**
14 Q.  It is a news article --
15 **A.  Yeah.**
16 Q.  -- that's correct. So we've established that
17     Shatalin-2 is a news article?
18 **A.  Yes.**
19 Q.  Okay. And this news article reports that you
20     are almost an 8% owner of Bank Zemelny when
21     this article was printed on May 30th of 2016.
22 **A.  Where did you get that information?**

19

1          MR. STASSEN: Objection.
2          MS. BECKMAN: Objection.
3          MR. STASSEN: Objection to form.
4      Assumes facts not in evidence.
5  Q.  Okay. Do you have any idea how you could be
6      -- have been reported as an almost 8% owner
7      of Bank Zemelny --
8          MS. BECKMAN: Objection.
9  Q.  -- in 2016?
10         MS. BECKMAN: Objection to form.
11         THE WITNESS: Do I answer?
12 **A.  I don't recall. I don't -- to the best of my**
13     **knowledge I don't know.**
14 Q.  Could it be possible that someone used your
15     name --
16         MS. BECKMAN: Objection to form.
17 Q.  -- and bought these shares in your name?
18         MS. BECKMAN: Objection to the form.
19 **A.  To the best of my knowledge I don't know how**
20     **that could be possible. I'm not aware of it.**
21 Q.  So you have no explanation for why you are
22     reported to be an almost 8% owner of Zemelny

20

1      bank?
2  **A.  This is a news article. It's just -- so**
3      **anybody can write it up. I don't understand**
4      **what this is.**
5  Q.  At any time in 2016 did you own a share of
6      Zemelny Bank?
7  **A.  To the best of my knowledge, no.**
8  Q.  Is there anything that I could provide you,
9      to give you better degree of certainty as to
10     whether or not you were an owner of Zemelny
11     Bank in 2016?
12 **A.  I don't know.**
13 Q.  Have you ever spoken with your father Pavlo
14     Lazarenko about Bank Zemelny?
15 **A.  I don't recall.**
16 Q.  Have you ever spoken with your brother,
17     Alexander Lazarenko about Bank Zemelny?
18 **A.  I don't recall.**
19 Q.  Have you ever spoken with your sister Ms.
20     Duncan about Bank Zemelny?
21 **A.  I don't recall.**
22 Q.  Have you ever spoken with any individual in

21

1   your family about Bank Zemelny?
2 **A. I don't recall.**
3   Q.   Have you ever spoken with anyone associated
4       with Bank Zemelny?
5 **A. I don't recall.**
6   Q.   Have you ever spoken with any board members
7       of Bank Zemelny?
8 **A. I don't recall?**
9   Q.   Have you ever spoken with any loan officers
10      of Bank Zemelny?
11 **A. I don't recall.**
12  Q.   You'll also notice that this news article
13      reports Tamara Tsykova owns over 22% of Bank
14      Zemelny.  Have you ever heard the name Tamara
15      Tsykova?
16 **A. Yes, I have.**
17  Q.   Who is Tamara Tysykova?
18 **A. My dad's wife's mother.**
19  Q.   Have you ever met Tamara Tsykova?
20 **A. I have.**
21  Q.   Did you ever discuss her ownership of Bank
22      Zemelny with her?

22

1 **A. No.**
2       MS. BECKMAN:  Objection, form.
3   Q.   Is there anyone else you've spoken with who
4       might own shares of Bank Zemelny Bank?
5       MS. BECKMAN:  Objection.  Form and
6       scope.
7   Q.   You can answer the question, Ms. Shatalin.
8 **A. Can you repeat the question?**
9       MR. SCHWARTZ:  Can you repeat it?
10  (The previous question was read back.)
11 **A. I don't recall.**
12  Q.   And I believe you previously testified you
13      don't recall having any sort of relationship
14      with Bank Zemelny?
15 **A. Me personally, no.**
16  Q.   Personally.
17 **A. Yes, I testified to it.**
18  Q.   Does any corporation with which you are
19      affiliated have a relationship with Bank
20      Zemelny?
21 **A. How is this part of the scope of what the**
22 **judge allowed for this deposition?  I don't**

23

1 **doesn't -- it doesn't relate to In rem assets**
2 **and it doesn't relate to financial support of**
3 **my dad.**
4       MR. SCHWARTZ:  Can you please repeat the
5       question?
6   (The previous question was read back.)
7       MS. BECKMAN:  Objection to the scope and
8       relevance.
9 **A. I don't see how this relates to the scope of**
10 **this deposition, what the judge allowed and**
11 **how it's related to In rem assets and how is**
12 **it related to financial support from my**
13 **father?**
14  Q.   Are you refusing to answer my question?
15 **A. I'm not refusing to answer the question.  I**
16 **just answered the question.**
17  Q.    For the third time --
18 **A. My answer is, I don't see how this is**
19 **relevant for the scope of what the judge**
20 **allowed this deposition to be asked questions**
21 **and to the -- as to the financial support of**
22 **my father.**

24

1   Q.   What is UIS, Inc.?
2 **A. I've heard of it.**
3   Q.   Do you have a role with UIS, Inc.?
4 **A. For --**
5       MS. BECKMAN:  Objection.  Scope and
6       relevance.
7 **A. It's to my understanding I don't see how this**
8 **is within the scope of what the judge allowed**
9 **to -- as it relates to In rem assets or**
10 **financial support from my father.**
11      MS. BECKMAN:  Perhaps, it would help to
12      be clear on the time frame we're talking
13      about here.
14      MR. SCHWARTZ:  Perhaps, it would but I'm
15      going to ask the questions the way I want to.
16      And if we need to go Judge Harvey we will go
17      to Judge Harvey.
18  Q.   UIS, Inc. as we described in a previous
19      hearing with Judge Harvey, has received
20      multiple hundreds of thousands of dollars
21      from Bank Zemelny, which itself received
22      hundreds of thousands of dollars from an

25

1 entity named Tonas, Inc. which received money
2 directly from or that is traceable to or
3 mentions the In rem assets.  It is,
4 therefore, relevant to the discovery that
5 Judge Harvey ordered.  So I will ask, again,
6 what is your role, Ms. Shatalin, with UIS,
7 Inc.?
8      MR. SILVERSMITH:  And I just want to put
9 an objection on the record.  The definition
10 of traceable used by the government here is
11 not the definition that's ever been used by
12 any court.
13      MS. BECKMAN:  And Judge Harvey's orders
14 specifically says traceable to.  It doesn't
15 say, coming from a corporation that once upon
16 a time received some funds into one account
17 that was traceable to In rem assets, and then
18 sent money out of a different account to a
19 different entity.
20      MR. SCHWARTZ:  You've actually just
21 described the definition of traceable --
22      MR. SILVERSMITH:  No.

26

1      MS. BECKMAN:  No.
2      MR. SILVERSMITH:  That's not correct.
3      MR. SCHWARTZ:  -- so --
4      MR. SILVERSMITH: And we've cited in
5 numerous briefs the definition of traceable.
6      MR. SCHWARTZ:  Jeff, if you want to --
7      MR. SILVERSMITH:  Adam --
8      MR. SCHWARTZ:  -- dispute -- let me
9 finish.  If you want to dispute our
10 definition of tracing the forum for doing
11 that, is in front of Judge Harvey and Judge
12 Friedman.  It is not to do it in a discovery
13 deposition where we are attempting to
14 establish the facts that the money that was
15 stolen from the government of Ukraine, was
16 funneled through Mr. Lazarenko's three adult
17 children, one of whom I'm deposing here.  So
18 if you are prepared to do that, and want to
19 prevent the evidence I'm about to elicit from
20 becoming testimony in the trial in this case
21 or in a summary judgment motion, you are more
22 than happy -- I'm happy to have you do that,

27

1 and we can week fight about it in discovery
2 motions.  This deposition where the judge has
3 ordered a discovery that is traceable to the
4 In rem assets, is not the form for doing that
5 because I am about to establish that these
6 funds are traceable to the In rem assets.  So
7 if the witness would simply answer my
8 questions, I will actually develop
9 information in this case that can be used and
10 is relevant to our claims.
11 Q.   Ms. Shatalin, what is your role with UIS,
12      Inc.?
13 A.   **To the best of my understanding I don't see**
14      **how this is related to In rem assets of**
15      **financial support from my father.**
16 Q.   Are you aware that UIS, Inc. received money
17      from Zemelny Bank?
18      MS. BECKMAN:  Objection.  Scope and
19      relevance.
20 A.   **To the best of my knowledge, I don't see how**
21      **this is within the scope and me receiving**
22      **financial support from my father.**

28

1      MR. SCHWARTZ:  Why don't we go off the
2 record for a second.
3      THE VIDEOGRAPHER:  Off the record at
4 10:47 a.m.
5 (Discussion held off the record.)
6      THE VIDEOGRAPHER:  11:01 a.m. back on
7 the record.
8      MR. STASSEN:  So just before we went on
9 -- back on the record, Mr. Schwartz asked if
10 there were any things that we need to talk
11 about before we restarted.  So I would just
12 say that to the extent, Mr. Schwartz, your
13 belief that the prior answer was not
14 responsive to your question, I would suggest
15 reasking your question or re-exploring it to
16 see if, perhaps, the answer you may get would
17 be more responsive at this point going
18 forward.
19      MR. SCHWARTZ:  Excellent.  Thank you,
20 Mr. Stassen.
21 Q.   Ms. Shatalin, with those introductory
22      remarks, first, I want to remind you, you do

29

1   understand that you are still under oath?
2 **A.  I do.**
3   Q.   Okay.  And every time we come from back from
4        a break you are still under oath as if you
5        were testifying in open court.
6 **A.  I understand.**
7   Q.   Let's go back to Duncan -- or Shatalin
8        Exhibit 2, this was the news article
9        regarding Zemelny Bank, do you have any
10       information regarding the reporting in this
11       news article that you are almost an 8% owner
12       of Zemelny Capital Bank?
13 **A.   The first time I saw it is when Emily showed**
14 **     it to me in her office.**
15  Q.   And prior to seeing Shatalin Exhibit 2 did
16       you have any understanding that there was an
17       article in the news reporting that you owned
18       8% of Zemelny Capital Bank?
19 **A.   To the best of my knowledge I saw it for the**
20 **     first time in Emily's office.**
21  Q.   And when did you see it in her office?
22 **A.   I don't remember.  When we were -- one of the**

30

1  **     times we met and were going through all this,**
2  **     stuff, like in one of the prep meetings.  I**
3  **     don't remember exactly when was it.**
4   Q.   Was it some time within the last year?
5  **A.   Maybe.  I'm not sure.**
6        MR. SILVERSMITH:  Want to just help her
7        with the time frame, could we?
8        MS. BECKMAN:  I mean I don't -- I
9        honestly don't know either.  There were
10       meetings regarding the potential for
11       depositions a year ago.  There were also
12       meetings regarding the potential for
13       depositions more recently and I -- I don't
14       recall either, whether we talked about this
15       particular document, you know, in the
16       conversations which would have been slightly
17       more than a year ago, versus -- versus now --
18       when was the first time.  I don't remember
19       either.
20  Q.   Okay.  Lets try it this way, prior to seeing
21       Shatalin Exhibit 2 in Ms. Beckman's offices,
22       did you have any information to suggest that

31

1        you owned almost 8% of Bank Zemelny?
2 **A.   To the best of my knowledge, no.**
3   Q.   Is there any plays you can think where you
4        would look to figure out why there's a news
5        article in 2016 regarding that you own 8% of
6        Bank Zemelny?
7 **A.   To the best of my knowledge, I don't know**
8 **     where I would look, no.**
9   Q.   Okay.  And I believe you previously stated
10       that you had no other -- or strike that.
11       Earlier I believe you testified that you had
12       no financial relationships with Bank Zemelny.
13       Is that correct?
14       MS. BECKMAN:  Objection, form.
15       MR. STASSEN:  Objection, form.
16 **A.   Me personally?**
17       MS. BECKMAN:  I think --
18 **A.   Me Lessia Shatalin as an individual?**
19  Q.   Correct.
20 **A.   I have no relationships with Zemelny Bank.**
21  Q.   Do any business entities with which you are
22       affiliated have a financial relationship with

32

1        Bank Zemelny?
2 **A.  Yes.**
3   Q.   Okay.  Which entities?
4 **A.  UIS.**
5   Q.   Okay.  What is UIS?
6 **A.  It's a company.**
7   Q.   What kind of company?
8        MS. BECKMAN:  Objection to form.
9 **A.   I know that it's a company, that's -- I don't**
10 **     know anything else.**
11  Q.   Do you have any role in this company?
12 **A.  I had.**
13  Q.   Okay.  What was your role in the company?
14 **A.  I did administrative work for it.**
15  Q.   Administrative work?
16 **A.  Yes.**
17  Q.   Okay.  What type of administrative work did
18       you do?
19 **A.  I don't recall exactly what I did.**
20  Q.   What was the time frame during which you were
21       performing administrative work for UIS, Inc.?
22       MS. BECKMAN:  Objection.  Scope.

---

**33**

1      Relevance.
2  **A.   It was long time ago, some time -- I mean did**
3       **work, did some administrative work for them**
4       **after 2013 I did.**
5  Q.   After 2013?
6  **A.   And before -- well, that's the scope.  Yes, I**
7       **did before.**
8  Q.   Okay.  Do you recall how long you performed
9       administrative work for UIS, Inc.?
10 **A.   I mean I think some time 2002, 2004, or 6.  I**
11      **don't remember.**
12 Q.   Do you recall the duration that you performed
13      the work?
14 **A.   Specifically I'll have to go back and look at**
15      **it.  I don't know.  I don't remember.**
16 Q.   Was this a full-time job?
17 **A.   Can you define full-time job?**
18 Q.   Did you work 40 hours a week for UIS, Inc.?
19 **A.   No.**
20 Q.   Did you receive a salary from UIS, Inc.?
21 **A.   I have.**
22 Q.   For how many years did you receive a salary

---

**34**

1      ray from UIS, Inc.?
2          MS. BECKMAN:  Objection.  Scope and
3      relevance.
4  **A.   I don't recall for how many years.**
5  Q.   Did you have any other role at UIS besides
6      administrative assistant?
7  **A.   I didn't say I was administrative assistant.**
8  Q.   I apologize.  Besides performing
9      administrative work for UIS, Inc., did you
10     have any other role.
11 **A.   I don't recall.**
12 Q.   Did you own shares of UIS, Inc.?
13 **A.   To the best of my knowledge I don't remember**
14      **owning shares ever.**
15 Q.   Were you a corporate officer of UIS, Inc.?
16 **A.   Yes.**
17 Q.   What was your position?
18 **A.   I was the president, the secretary, and**
19      **something else on that form that I filled**
20      **out.**
21 Q.   What do you mean the form you filled out?
22 **A.   As part of my duties I had to file annual**

---

**35**

1      list of officers and I filed it.
2  Q.   Were there any other officers besides you?
3  **A.   I don't recall.**
4  Q.   Okay.  What did you what did UIS, Inc. do?
5  **A.   I don't recall.**
6  Q.   What type of administrative duties did you
7      perform for UIS, Inc. besides filing this
8      annual paperwork?
9          MS. BECKMAN:  Objection.  Asked and
10     answered.
11 **A.   I answered.**
12 Q.   What was your answer?
13 **A.   I filed the list and as to the rest, I don't**
14      **recall exactly what I did, that was long time**
15      **ago.**
16 Q.   Did you open bank accounts on behalf of UIS,
17     Inc.?
18         MS. BECKMAN:  Objection.  Scope and
19     relevance.
20 **A.   I don't remember specifically.  Maybe.**
21 Q.   Did your brother have a role, your brother
22     Alexander Lazarenko, did he have a role at

---

**36**

1      UIS, Inc.?
2  **A.   Yes, he did.**
3  Q.   What was his role at UIS, Inc.?
4  **A.   To the best of my knowledge that was his**
5       **company.**
6  Q.   Okay.  What -- and you have no recollection
7      of what the company did?
8  **A.   I don't recall.**
9          MS. BECKMAN:  Objection.  Asked and
10     answered.
11 Q.   Did the company have any employees?
12 **A.   Yes.**
13 Q.   Who were the employees of UIS, Inc.?
14 **A.   Me and Katrina Duncan.**
15 Q.   And what did Ms. Duncan do at UIS?
16 **A.   Administrative work, same as me.**
17 Q.   Did you or Ms. Duncan receive a salary from
18     UIS, Inc.?
19 **A.   Yes, we have.**
20 Q.   And would that salary have been reported to
21     you on a W-2 form every year?
22 **A.   I don't remember.  I don't recall.**

Transcript of Lessia Shatalin
Conducted on March 13, 2019

37

1  Q.  Does Ms. Duncan own shares in UIS, Inc.?
2        MS. BECKMAN:  Objection.
3        MR. STASSEN:  Objection.
4        MS. BECKMAN:  Form.
5  A.  **I don't know how to answer that question.**
6  **That's question to her.**
7  Q.  Well, you were the president, secretary, and
8  treasurer of UIS, Inc. correct?
9        MR. STASSEN:  Objection.  Misstates the
10  testimony.
11  Q.  As the secretary, president, and treasurer of
12  UIS, Inc., are you aware of the shareholders
13  of UIS, Inc.?
14        MS. BECKMAN:  Objection to form.
15  A.  **I don't recall.**
16  Q.  Did UIS, Inc. engage in commercial
17  activities?
18        MS. BECKMAN:  Objection.  Relevance.
19  A.  **I don't remember.**
20  Q.  Did it buy things or sell things?
21  A.  **I don't remember.**
22  Q.  You mentioned that Ms. Duncan received a

38

1  salary from UIS, Inc. and you received a
2  salary from UIS, Inc., correct?
3  A.  **Yes, I've said that.**
4  Q.  Do you recall any other disbursements that
5  were made by UIS, Inc.?
6        MS. BECKMAN:  Objection, relevance.
7  A.  **I -- I don't recall.**
8  Q.  Do you recall any other employees at UIS,
9  Inc.?
10        MS. BECKMAN:  Objection.  Relevance.
11  A.  **To the best of my knowledge I don't recall.**
12  Q.  You said earlier UIS, Inc. was your brother's
13  company, correct?
14  A.  **Correct.**
15  Q.  Did that change at some point?
16  A.  **I don't recall.**
17  Q.  Dozen UIS, Inc. file tax returns?
18  A.  **It did.**
19  Q.  Where does it file tax returns?
20        MS. BECKMAN:  Objection.  Scope.
21  A.  **I don't remember.**
22        MS. BECKMAN:  Relevance.

39

1  A.  **Don't remember.**
2  Q.  Do you recall if it filed federal tax
3  returns?
4  A.  **I don't remember.**
5  Q.  Do you recall if it filed state tax returns?
6  A.  **I know it filed taxes.  I don't remember**
7  **which ones.**
8  Q.  Why did UIS, Inc. file taxes?
9        MS. BECKMAN:  Objection to form.
10        MR. STASSEN:  Objection to form.  Calls
11  for legal conclusion.
12  A.  **I don't remember.**
13  Q.  Do you recall the sources of income for UIS,
14  Inc.?
15  A.  **You have to define source of income.**
16  Q.  Where did UIS earn money from?
17        MS. BECKMAN:  Objection to form.
18  A.  **I don't remember.**
19  Q.  Do you know how UIS earned money?
20  A.  **How?  I don't know.  I don't remember.**
21  Q.  Do you know if UIS, Inc. had any assets?
22        MS. BECKMAN:  Objection.  Scope.

40

1        MR. STASSEN:  Objection to form.
2  Q.  Assets are property that the company owns.
3  A.  **I am not aware of it.  I don't remember.**
4  Q.  Okay.  Assets could also be investments that
5  the company owns.
6  A.  **I'm not aware of it.**
7        MR. SCHWARTZ:  Let's introduce Shatalin
8  3.
9  (Exhibit Shatalin-3 was marked for
10  identification and is attached to the
11  transcript.)
12  Q.  Let me know when you've had a chance to
13  review the exhibit Shatalin-3, please.  Have
14  you had a chance to review Exhibit 3?
15  A.  **Yes, I have.**
16  Q.  Have you ever seen Exhibit 3?
17  A.  **Might have.**
18  Q.  When do you think you might have seen Exhibit
19  3?
20  A.  **I mean I see it now.**
21  Q.  Other than -- other than now, do you recall
22  seeing it?

41

1  A.  I'm not sure.
2  Q.  Okay.  If you turn to Page 2, do you see that
3      your name is listed at the bottom of the
4      page?
5  A.  Yes.
6  Q.  And it says that you received annual
7      compensation of $26,000 -- $26,400 in 2010?
8          MS. BECKMAN:  Objection --
9  A.  That's what it says.
10         MS. BECKMAN:  -- to the scope and
11     relevance as to the time frame.
12 Q.  If you look at Schedule K which is on page 3
13     of exhibit 3 it lists business activities as
14     investments, does that refresh your
15     recollection as to what UIS, Inc. did?
16 A.  I don't -- I don't recall it.
17 Q.  Okay.  If I can have you turn to page 1 of
18     Exhibit 3.  If you look at the top of the
19     page on the right-hand side under D total
20     assets, it lists total assets of UIS, Inc. as
21     $673,166, does that refresh your recollection
22     as to whether or not UIS, Inc. had any

42

1      assets?
2          MS. BECKMAN:  Objection.  Scope and
3      relevance as to the time frame.
4  A.  That's what it says here.  I don't recall it.
5  Q.  Do you have any knowledge about how UIS, Inc.
6      obtained almost $700,000 in assets?
7          MS. BECKMAN:  Objection.  Scope and
8      relevance.
9  A.  I don't recall it.
10 Q.  Do you know who Elina Brusilovsky is?
11 A.  I've heard of her.
12 Q.  What have you heard about her?
13 A.  She's an accountant.
14 Q.  Have you ever met her?
15 A.  Yes.
16 Q.  When did you meet her?
17 A.  I don't remember.
18 Q.  Have you ever spoken with her?
19 A.  Think so, yeah.
20 Q.  Do you recall what you spoke with her about?
21 A.  I don't recall the specifics.
22 Q.  If you look on line five of Exhibit 3 it

43

1      lists interest of $24,834.  Do you know where
2      UIS, Inc. would have obtained interest of
3      over $24,000?
4          MS. BECKMAN:  Objection to form.
5  A.  I don't recall.
6          MS. BECKMAN:  Scope and relevance.
7  Q.  Is UIS, Inc still an operating corporation?
8  A.  I'm not aware of it.  I don't recall.
9  Q.  Do you recall every winding up or closing the
10     operations of UIS, Inc.?
11 A.  I don't recall it.
12 Q.  Do you recall there every being a change in
13     UIS's activities from what was described in
14     Exhibit 3 which is investments?
15 A.  I don't recall.
16 Q.  And earlier today I believe I asked you
17     whether or not you were -- ever recalled
18     opening bank accounts on behalf of UIS, do
19     you remember that?
20 A.  Opening a bank account, I don't recall it.
21 Q.  You don't recall ever opening bank accounts
22     for UIS, Inc.?

44

1  A.  I don't recall.
2      (Exhibit Shatalin-4 was marked for
3      identification and is attached to the
4      transcript.)
5          MS. BECKMAN:  This is 4?
6          MR. SCHWARTZ:  It is, yes.
7          MS CARUSO:  Shatalin-4.
8  Q.  Let me know when you're done reviewing
9      Exhibit 4, please.  Have you finished
10     reviewing Exhibit 4?
11 A.  Yes.
12 Q.  Is that your signature on the bottom
13     left-hand corner of Exhibit 4?
14         MS. BECKMAN:  Objection.  Scope and
15     relevance at as to time frame of the
16     document.
17 A.  Maybe.  Looks like it.  I'm not sure.
18 Q.  Okay.  If you look in the middle of the
19     right-hand side, looks like there's another
20     signature that seems to match the signature
21     on the bottom of the page of Exhibit 4?
22 A.  Mm-hmm.

45

1  Q.  Do you know why in November of 2004 you were
2      opening up a bank account for UIS, Inc. at
3      First Republic Bank?
4  A.  I don't remember.
5          MS. BECKMAN:  Objection.
6          MR. STASSEN:  Give us time to state an
7      objection if we have one before you answer.
8      I'm going to object to form.  It assumes
9      facts not in evidence.
10         MS. BECKMAN:  Objection.  Form, scope
11     and relevance as to the time frame for
12     personal finances.
13 A.  Don't recall.
14 Q.  Where were you living in November of 2004?
15         MS. BECKMAN:  Objection.  Relevance.
16     Scope.  Same scope objection.
17 A.  In D.C. area.
18 Q.  Why would you open up a business bank account
19     for UIS, Inc. in San Fransisco, California if
20     you were living in Washington D.C. area?
21         MR. STASSEN:  Objection to form.
22         MS. BECKMAN:  Objection.

46

1          MR. STASSEN:  Assumes facts not in
2      evidence.
3  A.  I don't recall.
4  Q.  If you look on the middle of the left-hand
5      side under the box marked ownership of
6      account business purpose, it says the purpose
7      of UIS, Inc. is property managements, do you
8      see that?
9  A.  I see it.
10 Q.  Does that refresh your recollection of the
11     business purpose of UIS, Inc.?
12 A.  That's 2004, I don't remember.
13 Q.  Does that refresh your recollection at all as
14     to what types of activities UIS, Inc. engaged
15     in?
16 A.  I don't recall.
17 Q.  Do you have any knowledge of property that
18     UIS, Inc. may have managed?
19 A.  I don't recall.
20 Q.  Do you recall if you were employed by UIS,
21     Inc. at this time?
22         MS. BECKMAN:  Objection.  Scope and

47

1      relevance to the time frame.
2  A.  I think so.
3          MR. STASSEN:  Objection to form.
4  Q.  Just to put this in the time frame, in
5      November of 2004 could you graduated college?
6  A.  November of 2004, yeah.  I think so, yeah.
7  Q.  Okay.  Do you recall if you were employed
8      right after graduating college?
9  A.  Don't recall.
10 Q.  So you don't recall if you were working at
11     UIS, Inc. in 2004?
12 A.  I think so, yeah.
13 Q.  Do you recall what you were doing at UIS,
14     Inc. at the time?
15 A.  Administrative stuff.
16 Q.  And other than filing the annual report
17     listing the officers and directors of the
18     company, can you identify any other
19     administrative work that you performed for
20     UIS, Inc.?
21 A.  I don't recall.
22 Q.  Where was UIS, Inc. located?

48

1          MS. BECKMAN:  Objection.  Scope and time
2      frame.
3  A.  It's what I see here, it says Carson City,
4      Nevada.
5  Q.  Have you ever been to the UIS, Inc. office at
6      Carson City, Nevada?
7  A.  I don't recall.
8          MR. STASSEN:  Objection to form.
9  Q.  Do you know if UIS, Inc. even has a physical
10     office anywhere?
11 A.  I don't recall.
12 Q.  Do you recall at some point opening up
13     additional bank accounts on behalf of UIS,
14     Inc.?
15         MR. STASSEN:  Objection.  Facts not in
16     evidence.
17 A.  I don't recall.
18 Q.  Do you recall around 2011 approaching First
19     Republic Bank to open up additional bank
20     accounts for UIS, Inc.?
21 A.  I don't recall.
22     (Exhibit Shatalin-5 was marked for

49

1   identification and is attached to the
2   transcript.)
3   Q.   You had a chance to review Exhibit?
4   A.   Yes, I have.
5   Q.   Does this refresh your recollection at all
6       about you going to -- approaching First
7       Republic Bank to open up an additional
8       account on behalf of UIS, Inc.?
9           MS. BECKMAN:  Objection to the, scope,
10      relevance, and time frame.
11  A.   I don't recall it.
12  Q.   Can you turn to the last page of Exhibit 5,
13      please is that your signature where it lists
14      you as the president of UIS, Inc.?
15          MS. BECKMAN:  Objection.  Scope.
16  A.   Where is the signature?
17          MS. BECKMAN:  Relevant time frame.
18          MR. SILVERSMITH:  I think it's not the
19      last page.
20          MR. SCHWARTZ:  Oh, I'm --
21          MR. STASSEN:  Second to last page.
22          MR. SILVERSMITH:  It's the last page.

50

1   It's the back?
2           MS. BECKMAN:  On the back?
3   Q.   Oh, flip that over.  Can I see your copy of
4       Exhibit 5, I apologize.
5           MR. SCHWARTZ:  I think this exhibit
6       doesn't include the back pages.  Can I see
7       your copy please?  We'll make -- we'll
8       restamp it at a break.
9   Q.   If I can have you take a look at this copy.
10          MR. STASSEN:  Are we -- are we marking
11      officially with the court reporter?  How are
12      we doing this so we keep track.
13          MR. SCHWARTZ:  Yeah, we'll -- we'll
14      remark -- we'll mark this one as Exhibit 5A
15      then, Jed, if you want to just --
16          MR. STASSEN:  Okay.
17          MR. SCHWARTZ:  Or just cross it --
18          MS. BECKMAN:  With a stamp not a
19      sticker.
20          MR. SILVERSMITH:  And I wrote incomplete
21      copy on this one.
22          MR. SCHWARTZ:  Okay.  If you could mark

51

1   this as Exhibit 5A.
2           (Exhibit Shatalin-5A was marked for
3   identification and is attached to the
4   transcript.)
5           MR. STASSEN:  Can we, in order -- in
6   order to keep the record pristine, could I
7   kindly ask that you mark this exhibit either
8   5A or 6 --
9           MR. SCHWARTZ:  Okay.
10          MR. STASSEN:  -- because you've already
11  have some testimony and comments --
12          MR. SCHWARTZ:  Sure.
13          MR. STASSEN:  -- about 5 that way it
14  will be --
15          MR. SCHWARTZ:  We will call this 5A.
16  Let's take -- go off the record for two
17  minutes and we'll just make a copy of the
18  entire exhibit.
19          THE VIDEOGRAPHER:  Off the record at
20  11:30 a.m.
21  (Discussion held off the record.)
22          THE VIDEOGRAPHER:  The time is

52

1   11:45 a.m.  We are back on the record.
2   Q.   Ms. Shatalin, before we left for a break you
3       were reviewing Exhibit 5A, correct?
4   A.   Yes.
5   Q.   And just for the record you understand that
6       you are still under oath?
7   A.   I do.
8   Q.   Okay.  Before the break we asked that you
9       turn to the last page of Exhibit 5A and do
10      you see in the middle of the page there's a
11      signature there?
12  A.   Yes.
13  Q.   Is that your signature?
14  A.   Looks like it.
15  Q.   Okay.  And it also lists you as the president
16      of UIS, Inc.?
17  A.   I see that.
18  Q.   And is that consistent with your testimony
19      earlier today?
20  A.   Yes.
21  Q.   And that's consistent with your current
22      recollection of your position at UIS, Inc.?

53

1  A.  Yes.
2  Q.  Does this document Exhibit 5A refresh your
3     recollection about opening up a savings
4     account in 2011 for UIS, Inc.?
5        MS. BECKMAN: Objection. Scope and
6     relevance.
7  A.  I don't recall. It's 2011. I don't recall
8     doing it.
9  Q.  Do you recall having any conversations with
10     any of your family members about opening up
11     bank accounts for UIS, Inc.?
12 A.  Alex.
13 Q.  What do you recall about conversations with
14     Alexander Lazarenko regarding opening up bank
15     accounts for UIS, Inc.?
16 A.  I mean I don't recall specifics. I mean in
17     this case I don't -- I don't recall that I
18     talked to him about this. I don't recall it.
19 Q.  Was UIS, Inc. Alexander Lazarenko's company
20     or your company?
21 A.  Alex --
22        MR. STASSEN: Objection. Asked and

54

1     answered.
2  A.  I already answered it was Alex's company?
3  Q.  Okay. Did you have conversations with
4     Alexander Lazarenko regarding the types of
5     business UIS, Inc. engaged in?
6  A.  I don't remember. I don't think so.
7  Q.  Did UIS, Inc. conduct any business activities
8     in the United States?
9        MS. BECKMAN: Objection. Asked and
10     answered.
11 A.  I don't recall that it did.
12 Q.  Do you know if UIS, Inc. conducted any
13     business activities outside the United
14     States?
15 A.  I don't recall.
16 Q.  Besides you and Alexander Lazarenko Anyone is
17     there anyone else who would have knowledge of
18     UIS's businesses activities in the United
19     States or abroad?
20 A.  Besides me and Alex, no. As to my knowledge,
21     no.
22 Q.  If you can look at the second to the last

55

1     page of Exhibit 5A do you see in the middle
2     of the page it says if business account?
3  A.  Mm-hmm.
4  Q.  Here it lists the type of business as an
5     interior design services company?
6  A.  I see that.
7  Q.  What interior design services did UIS, Inc.
8     provide in 2011?
9        MS. BECKMAN: Objection to form and
10     scope.
11 A.  I don't recall.
12 Q.  Do you recall any clients for whom UIS, Inc.
13     performed interior design services in 2011?
14        MS. BECKMAN: Objection. Form and
15     scope.
16 A.  I don't recall.
17 Q.  Do you know why you have -- you would have
18     reported to First Republic Bank that UIS,
19     Inc. was a interior design services firm in
20     2011?
21        MS. BECKMAN: Objection. Form and scope
22     objection.

56

1  A.  I don't recall.
2  Q.  If you can turn to the first page of Exhibit
3     5A, do you see about four lines from the top
4     of the first page of Exhibit 5A, again, it
5     says type of business, interior design
6     services?
7  A.  I see it.
8  Q.  Okay. And then do you also see where it says
9     anticipated money flows?
10 A.  Mm-hmm.
11 Q.  It says that there's the anticipated activity
12     is less than ten deposits and less than ten
13     withdrawals per month?
14 A.  I see that.
15 Q.  Do you know why you would have made that
16     representation to the bank regarding the
17     activity in this UIS account?
18        MS. BECKMAN: Objection, scope.
19 A.  I don't recall it.
20 Q.  Okay. If you go a little bit further down it
21     just talks about wire activity. And it says
22     that you don't anticipate having any domestic

57

1    outgoing wire activity from this account?
2 **A.   I see that.**
3    Q.   And there's nothing marked for any incoming
4        domestic wire activity?
5 **A.   I don't understand.**
6    Q.   If you look to the right of where it says
7        domestic outgoing --
8 **A.   Mm-hmm.**
9    Q.   -- there's a category called incoming?
10 **A.   Mm-hmm.**
11   Q.   And there's nothing marked there, correct?
12 **A.   I don't see anything marked there.**
13   Q.   Okay.  And then on the next line it discusses
14       foreign outgoing wire activity.  And it says
15       that there's zero foreign outgoing wire
16       activity anticipated, correct?
17 **A.   I see that.**
18   Q.   Okay.  Do you know where the representations
19       regarding wire activity in the UIS, Inc. bank
20       account would have come from?
21           MS. BECKMAN:  Objection, scope.
22 **A.   I don't understand the question.**

58

1    Q.   It appears that this is a bank form that you
2        completed in order to open up a savings
3        account at UIS, Inc. bank -- strike that.
4        This appears to be a form from First Republic
5        Bank that you filled out to open up a
6        business savings account in 2011.  I'm trying
7        to understand where you would have gotten
8        information to complete this form on behalf
9        of UIS, Inc.?
10           MS. BECKMAN:  Objection, form.
11   Q.   Do you need the court reporter read the
12       question back to you?
13 **A.   Yes, please.**
14       (The previous question was read back.)
15           MS. BECKMAN:  Objection to the form.
16 **A.   I still don't understand where did I get what**
17 **information?**
18   Q.   Let's try and break this down.  On the first
19       page of Exhibit 5A, it says under wire
20       activity that there is zero outgoing domestic
21       wire activity anticipated.  Do you see that?
22 **A.   Yes.**

59

1    Q.   Okay.  That means that when you filled out
2        this form, the bank believed that there would
3        be no wire transactions from the UIS savings
4        account to any domestic individual or
5        corporation.
6           MS. BECKMAN:  Objection, form.
7           MR. STASSEN:  Objection, form.
8    Q.   So I'm trying to understand what information
9        you had at the time and where you got the
10       information to make that representation to
11       the bank.
12           MS. BECKMAN:  Objection to --
13 **A.   I don't remember.**
14           MS. BECKMAN:  -- form.
15           MR. STASSEN:  Same objection.
16 **A.   I don't remember, that's 2011.  I don't**
17 **remember it.**
18   Q.   Okay.
19 **A.   It's eight years ago.**
20   Q.   Then with respect to the representation that
21       there would be zero outgoing foreign banking
22       trend -- wire transactions, do you know where

60

1        you got information to provide the bank with
2        the impression that there would be no foreign
3        wire activity?
4           MS. BECKMAN:  Objection, form.
5 **A.   I don't remember.  That was eight years ago.**
6    Q.   Okay.
7 **A.   I don't remember.**
8    Q.   On this form, which is dated 2011, it says
9        that UIS, Inc. was an interior design
10       services form, correct?
11 **A.   That's what it says on the document in front**
12 **of me.**
13   Q.   In Exhibit 4 we saw that it said that UIS,
14       Inc. was a property management firm.
15 **A.   I see that.**
16   Q.   Do you know when UIS, Inc. changed from a
17       property management form to an interior
18       design services form?
19           MS. BECKMAN:  Objection to form.
20           MR. STASSEN:  Objection to form.
21 **A.   I don't remember.  That's like years and**
22 **years ago.  I don't remember.**

Transcript of Lessia Shatalin
Conducted on March 13, 2019

61

1  Q.  Well, this was a company where you were the
2     president, secretary, and treasurer, correct?
3  **A.  Yes.**
4        MS. BECKMAN: Objection. Form.
5  Q.  So you would think that the president of a
6     company would have some idea of the company's
7     operations, correct --
8        MS. BECKMAN: Objection, form.
9  **A.  -- this is years and years ago. I don't**
10    **recall any of this.**
11 Q.  Well, it's not that long ago. You were an
12    adult when this was happening.
13 **A.  I was.**
14 Q.  You were working at the company, correct?
15 **A.  Correct.**
16 Q.  And you have no idea when it changed from a
17    property management company to an interior
18    design services company?
19       MS. BECKMAN: Objection. Asked and
20    answered.
21       MR. STASSEN: Objection to form.
22 **A.  I don't recall.**

62

1  Q.  Did you have to fill out any corporate
2     documentation to change the service line of
3     the company from property management to
4     interior design services?
5        MS. BECKMAN: Objection, form.
6  **A.  I don't recall.**
7  Q.  Did you bring on new employees when you
8     changed from a property management firm to an
9     interior design service form?
10       MS. BECKMAN: Objection, form.
11 **A.  I don't recall it at all.**
12 Q.  Do you recall at some time UIS, Inc.
13    beginning to receive wire transfers from
14    Zemelny Bank?
15       MS. BECKMAN: Objection. Scope and
16    relevance and form.
17 **A.  Sounds familiar.**
18 Q.  Do you know why UIS, Inc. would be receiving
19    wire transfers from Zemelny Capital Bank?
20 **A.  I would not know that. That's Alex's**
21    **company. That's up to Alex.**
22 Q.  But this was a bank account that you opened

63

1     on behalf of UIS, Inc., correct?
2        MS. BECKMAN: Objection. Scope and
3     relevance.
4  **A.  I answered, I don't recall opening it. It**
5     **looks like it but I don't recall doing it.**
6  Q.  Well, your signature's on this account
7     opening document, correct?
8  **A.  This is a copy.**
9        MS. BECKMAN: Which?
10       MR. STASSEN: Objection. Asked and
11    answered.
12       MR. SCHWARTZ: Exhibit 5, 5A.
13 Q.  Your signature's on the last page of Exhibit
14    5A, correct?
15       MR. STASSEN: Objection. Asked and
16    answer.
17 **A.  As I said -- as I said, looks like my**
18    **signature. I don't recall doing it.**
19 Q.  Okay. And on Exhibit 4 that's also your
20    signature, correct?
21       MR. STASSEN: Objection. Asked and
22    answered.

64

1  **A.  Looks like it. I don't recall 2002 what was**
2     **-- what year was this, 2002?**
3  Q.  2004, I believe.
4  **A.  2004, I don't recall it.**
5  Q.  But that looks like your signature on that
6     document?
7  **A.  It could been be my signature. Looks like**
8     **it. I'm not sure. It's a copy. If I see**
9     **the original maybe I can testify as to that**
10    **if it's truly my signature or not.**
11 Q.  Do you recall directing wire transfers from
12    UIS bank accounts?
13       MS. BECKMAN: Objection. Scope, time
14    frame.
15       MR. SILVERSMITH: Objection, form.
16 **A.  I think I did. I don't recall specifics but,**
17    **yeah, probably.**
18 Q.  Do you recall to whom you sent wire transfers
19    from bank accounts affiliated with UIS, Inc.?
20       MS. BECKMAN: Objection, scope.
21 **A.  Bank accounts affiliated with UIS, Inc.?**
22 Q.  Correct. Like the --

65

1  A.  What bank accounts?

2  Q.  The First Republic Bank account we're talking

3     about.

4  A.  Can you be more specific about the bank

5     account exactly?

6  Q.  Well, there's a savings account and a

7     checking account.  Do you recall directing

8     wires --

9  A.  What are the numbers?

10 Q.  The number on Exhibit 5A.

11 A.  And that is -- what's the account number

12    there?

13 Q.  It's on the last page of Exhibit 5A.

14       MS. CARUSO:  Where it says account

15    number.

16       MS. BECKMAN:  At the bottom?

17       MS. CARUSO:  Correct.

18 Q.  Can you take a look at Exhibit 4,

19    Ms. Shatalin?  Do you see at the top of page

20    4 it has account number DD91800024135?

21 A.  I see that.

22 Q.  Okay.  So that's the account number that I'm

66

1     going to reference from now on when I say

2     account number, with respect to wire

3     transfers going in and out of a UIS bank

4     account.

5  A.  Mm-hmm.

6  Q.  Do you recall directing wire transfers be

7     made from the bank account referenced on

8     Exhibit 4?

9        MS. BECKMAN:  Objection.  Scope and time

10    frame.

11 A.  I don't remember the specifics but probably,

12    yes.

13 Q.  Okay.

14 A.  I don't know.

15 Q.  Why do you think you would have directed wire

16    transfers from that bank account referenced

17    in Exhibit 4?

18       MS. BECKMAN:  Objection.  Scope, time

19    frame.

20 A.  Income.

21 Q.  What do you mean income?

22 A.  To the people that worked for the company as

67

1     to my income and Ms. Duncan's income.

2  Q.  So any transfers -- is there any other reason

3     you can think why you would have made wire

4     transfers from --

5        MS. BECKMAN:  Objection, scope.

6  Q.  -- the bank account referenced in Exhibit 4?

7  A.  I don't recall.  That's all I recall.  Maybe

8     something else but I don't recall at this

9     moment.

10 Q.  What about wire transfers coming into the

11    bank account referenced on Exhibit 4?

12       MS. BECKMAN:  Objection.  Scope and

13    relevance.

14 A.  What --

15       MS. BECKMAN:  Time frame.

16 A.  What referenced?

17 Q.  Do you recall instructing companies to send

18    money into the bank account referenced on

19    Exhibit 4?

20 A.  I never instructed --

21       MS. BECKMAN:  Objection.

22 A.  -- anybody to come.

68

1        MS. BECKMAN:  Scope and time.  Frame you

2     got to give me a second to object.

3  Q.  Do you know why Zemelny Bank would have sent

4     over $800,000 to the First Republic Bank

5     referenced in Exhibit 4?

6        MS. BECKMAN:  Objection.  Scope and time

7     frame.  Relevance.

8        MR. STASSEN:  And objection to form

9     assumes facts.

10 A.  As to my knowledge, UIS was Alex's company

11    and Alex arranged it.  I had no knowledge of

12    it.

13 Q.  So your recollection is that Alex Lazarenko

14    arranged Zemelny Bank to send money to UIS

15    Inc.?

16 A.  I don't know what was going on there.  I

17    don't know.  I know as of 2002 I was doing

18    administrative work for it, that's all my

19    understanding.  I don't know what was -- how

20    and what.

21 Q.  How did you make the decision to transfer

22    money out of the bank account referenced in

69

1 in Exhibit 4?
2     MS. BECKMAN: Objection. Form and
3 scope, time frame.
4 **A. As I stated before, it was mine and**
5 **Ms. Duncan's income.**
6 Q.  But you said it was all Alex's company,
7 correct?
8 **A. Yes.**
9 Q.  And you have no understanding of why this
10 company was receiving money?
11 **A. No.**
12 Q.  So if you have no understanding of why it's
13 receiving money, how did you get the
14 authority to send money out of the company?
15     MS. BECKMAN: Objection. Scope,
16 relevance.
17 **A. I don't recall.**
18     MR. STASSEN: Objection. Calls for a
19 legal conclusion.
20 **A. I don't recall.**
21 Q.  Did you ask Alex for permission to distribute
22 money from the UIS bank account referenced in

70

1 Exhibit 4?
2     MS. BECKMAN: Objection. Same
3 objection, scope and relevance.
4 **A. I don't recall exactly. I know since we are**
5 **doing work for it we would -- we were**
6 **supposed to be compensated by Alex for it.**
7 **That's it. That's all I know.**
8 Q.  If this was Alex's company why were you the
9 president, secretary, and treasurer?
10     MR. STASSEN: Objection.
11     MS. BECKMAN: Objection. Scope, time
12 frame. Form.
13 **A. I don't -- you have to ask him that. I -- I**
14 **don't know.**
15 Q.  Did Alex ask you to be the secretary,
16 president, and treasurer of UIS, Inc.?
17 **A. Yes, he did.**
18     MS. BECKMAN: Objection to scope.
19 Q.  Describe that conversation for me.
20 **A. That's 2002, I don't remember any of it.**
21 Q.  Did you think it was strange that your
22 brother was asking you to act as the

71

1 president, secretary and treasurer for a
2 company you knew nothing about?
3     MS. BECKMAN: Objection, form.
4 **A. That's 2002. I don't know how I felt in 2002**
5 **whether it's strange or no.**
6 Q.  Let me ask you, sitting here today, do you
7 think it's strange that you would have been
8 asked to be the president, secretary, and
9 treasurer of a company you know absolutely
10 nothing about?
11     MS. BECKMAN: Objection to form.
12     MR. STASSEN: Objection to form.
13 Misstates facts in evidence.
14 **A. I don't see how the --**
15     MR. STASSEN: Mischaracterizes her
16 testimony.
17 **A. I don't understand it.**
18 Q.  I'm trying to get your understanding of this
19 situation. So sitting here today and looking
20 back on the facts as established in the
21 deposition so far, I'm asking whether you
22 think it's strange that your brother Alex

72

1 asked you to serve as the secretary,
2 president, and treasurer of UIS, Inc. when
3 you have knowledge of the operations of the
4 company?
5     MS. BECKMAN: Objection to form.
6     MR. STASSEN: Objection. Misstates the
7 testimony.
8 **A. I don't -- I don't understand, what strange**
9 **means. What is it? What do you mean,**
10 **strange?**
11 Q.  Let's try this, if Ms. Beckman asked you to
12 be the president, secretary, and treasurer of
13 a company that she established, would you do
14 it?
15     MS. BECKMAN: Objection, form.
16 Relevance.
17 **A. Ms. Beckman is my attorney. Alex is my**
18 **brother.**
19 Q.  So if your attorney asked you to do
20 something, you will not do it. But if your
21 brother --
22 **A. I don't know how --**

73

1  Q.  -- asks you will?
2  A.  I -- I have no idea what would I do.  Whether
3      I would do it or I would not do it.  I don't
4      understand this line of questioning.
5  Q.  Well, I don't understand your business
6      activity in 2002 and I'm trying to get a
7      better understanding of it.
8  A.  2002 was not the scope.
9      MS. BECKMAN:  That's not a question.
10 Q.  All right.  Let's go to the incoming wire --
11     MS. BECKMAN:  At this point, I mean
12     we've been going for an hour, it's our
13     position that all of the questions the
14     Department of Justice has asked are outside
15     the scope of Judge Harvey's order.
16     MR. SCHWARTZ:  Duly noted.
17     MS. BECKMAN:  Any there any questions
18     within the scope?
19     MR. SCHWARTZ:  6.
20     (Exhibit Shatalin-6 was marked for
21     identification and is attached to the
22     transcript.)

74

1  Q.  Ms. Shatalin, the court reporter has placed
2      in front of you what's been marked as
3      deposition Exhibit 6.
4  A.  Mm-hmm.
5  Q.  And I'm he going to represent to you that
6      deposition Exhibit 6 reflects 28 wire
7      transfers totaling $806,000 from Zemelny Bank
8      into the bank account at First Republic
9      referenced in Exhibit 4 that were made
10     between January 5th of 2015 and October 11th
11     of 2011.  And I'm going to ask if you have
12     any explanation for why Zemelny Bank was
13     sending UIS, Inc. approximately $806,000
14     during this time frame?
15     MS. BECKMAN:  Objection.  Scope, time
16     frame.  Relevance.  Outside the scope of the
17     order.
18 A.  As I answered before, Alex -- Alex set it up.
19     I have no knowledge of why.  As to best of my
20     recollection, I don't -- I don't know.
21     MR. SILVERSMITH:  This doesn't have a
22     DOJ Bates label on it.  Was this produced in

75

1      discovery?
2      MR. SCHWARTZ:  I don't believe it was.
3      MR. SILVERSMITH:  Okay.
4  Q.  Ms. Shatalin, did you have signature
5      authority over the bank account referenced in
6      Exhibit 4, the First Republic Bank account
7      for UIS, Inc.?
8      MS. BECKMAN:  Objection to form and
9      scope.
10     MR. STASSEN:  I just have -- before you
11     answer that question, I want to put a general
12     objection on the record objecting to any
13     questions relating to a document not
14     previously produced in the case.  Clearly
15     responsive to discovery request.
16     MS. BECKMAN:  We join in that objection.
17     MR. STASSEN:  I mean is there -- we can
18     talk about this off the record.
19     MR. SCHWARTZ:  No.  We can do it on the
20     record, that's fine.
21     MR. STASSEN:  Okay.
22     MR. SCHWARTZ:  I anticipated your

76

1      objection.  The only discovery request for
2      which this is responsive arguably is one of
3      Ms. Beckman's discovery requests on behalf of
4      the children, seeking all documents that the
5      United States intends to use in depositions.
6      We objected to that request and said that it
7      was objectionable based on attorney work
8      product in that it would reveal our thinking
9      and our litigation strategy.  There was no
10     motion to compel filed with respect to our
11     objection, so our objection stands and is
12     valid.
13     MR. SILVERSMITH:  Can I just add, we
14     litigated that issue before you were involved
15     and Judge Harvey said that was a baseless
16     objection, and he overruled it.  The other
17     point, I guess, is we made a request for all
18     documents the government intends to use in
19     depositions and this was not produced and it
20     was responsive to that, and we did litigate
21     that issue and we prevailed.  We also asked
22     for all documents that were relevant to all

77

1  of the government's claims and defenses.  To
2  the extent you want to use this to sort of
3  make a 404B argument, it was relevance and
4  should have been produced.  So we would ask,
5  again, that before we have to go back to the
6  court for everything that the government
7  intends to use, and we don't know what to do,
8  I mean we get court orders and you just
9  disregard them.  Is that how it works that
10 the United States ignore's the Court's
11 suggestions.
12    MR. SCHWARTZ:  Well, Jed thank you for
13 the grand.standing first of all, I would note
14 for the record, that I believe that you're
15 mischaracterizing the ruling with respect to
16 Judge Harvey's previous decision and to the
17 extent that discovery is now closed with
18 respect to Mr. Lazarenko, it's only
19 responsive to our discovery request filed by
20 Ms. Beckman and I explained the basis on
21 which the United States did not produce it,
22 and I still stand on that.  Secondly, this -

78

1  these documents are clearly responsive to the
2  government's request to the AEL claimants
3  complaints for all documents related to UIS,
4  Inc. as well as other entities that we named
5  in our second request for production to the
6  AEL claimants.  And I very vividly remember
7  that Judge Harvey specifically asked
8  Ms. Beckman to provide all documents, not
9  just in the possession of her clients, but in
10 the possession, custody and control of her
11 clients which would include all people acting
12 on behalf of her clients.  So I would hope
13 and expect that she would have reached out to
14 Mr. Alexander Lazarenko to get these
15 documents, would have reached out to the CPA
16 who was named on -- as the accountant for
17 UIS, Inc., as well as any other individual
18 who had access to these documents, which are
19 clearly relevant to any claim --
20    MS. BECKMAN:  Is it --
21    MR. SCHWARTZ:  -- or defense in this
22 case.

79

1     MS. BECKMAN:  I'm sorry, is the
2  government representing that they obtained
3  these documents from one of those
4  individuals?
5     MR. SCHWARTZ:  No.
6     MR. SILVERSMITH:  Then how did you get
7  them?
8     MS. BECKMAN:  Then what is the basis for
9  the government to believe that any of those
10 individuals currently maintain these
11 documents?
12    MR. SCHWARTZ:  Did you ask those
13 individuals for the documents?
14    MS. BECKMAN:  I asked a variety of
15 individuals for documents.  I am not aware of
16 any of those individuals maintaining any
17 documents nor do I have any reason to believe
18 that any of those people maintained documents
19 that over ten years old.
20    MR. SCHWARTZ:  Did you ask the
21 accountant for UIS, Inc. for documents
22 related to the company?

80

1     MS. BECKMAN:  I'm not answering that
2  question and I don't believe --
3     MR. SCHWARTZ:  If you're not prepared to
4  answer that question I think your objection
5  is baseless and we can argue --
6     MR. SILVERSMITH:  Oh, by the way,
7  Teresa, did you ever figure out if the
8  document that you had used yesterday had been
9  produced in discovery because you incorrectly
10 --
11    MS. TURNER-JONES:  I told -- oh --
12    MR. SILVERSMITH:  You're still working
13 on the clarification?
14    MS. TURNER-JONES:  We'll still work on
15 it.  But as you know --
16    MR. SILVERSMITH:  Keep working on it.
17    MS. TURNER-JONES:  While we're on it,
18 actually, Jed, as you know that there were
19 several boxes, a few hundred boxes that your
20 firm was invited to inspect for several
21 years.  I don't know that you've made any
22 effort to come and inspect the large --

81

1       MS. SILVERSMITH:  We've we moved to
2  compel on these issues and we prevailed.  I'm
3  not --
4       MS. TURNER-JONES:  While we're on the
5  record, did you -- did you come to inspect
6  any of that?
7       MR. SILVERSMITH:  No, we didn't.
8       MS. TURNER-JONES:  Exactly.
9       MR. SILVERSMITH:  But we asked for a
10 court order and we got a court order
11 requiring you to produce documents that were
12 going to be used in depositions.
13      MS. TURNER-JONES:  And we have produced
14 documents to you.
15      MR. SILVERSMITH:  And did you produce
16 that document, yes or no?
17      MS. TURNER-JONES:  Did you come --
18      MR. SILVER:  And if so, what's the Bates
19 number?
20      MS. TURNER-JONES:  Did you come and
21 inspect?
22      MR. SCHWARTZ:  Yes, we produced the

82

1  document by making it available for you to
2  inspect --
3       MR. SILVERSMITH:  That was not what
4  Judge Harvey ordered.
5       MR. SCHWARTZ:  We made the documents
6  available for you to inspect and told you to
7  come and look at them and we would copy any
8  documents you wanted.
9       MR. SILVERSMITH:  That was not what
10 Judge Harvey ordered you to do.
11      MR. SCHWARTZ:  There were over a hundred
12 boxes of hard copy documents that were made
13 available for you to inspect.
14      MR. SILVERSMITH:  We want copies.
15      MR. SCHWARTZ:  You chose not to inspect
16 those documents.  I can't litigate this case
17 on behalf of the government and on behalf of
18 Pavlo Lazarenko and on behalf of AEL
19 claimants.  If you chose not to come and
20 inspect the documents, that's your own
21 decision that you made on behalf of your
22 client.  If you would like to now move to

83

1  compel the production of hundred boxes of
2  documents, we will go to Judge Harvey and
3  explain that you did not avail yourself of
4  the opportunity to look at any of those
5  documents, which were available for months
6  for your review.  And if he says that that
7  was not good enough, we will deal with that.
8       MR. SILVERSMITH:  And I will represent
9  that we did move to compel on that issue, and
10 Ms. Turner-Jones told the Court that she had
11 personally reviewed those hundred boxes, and
12 that everything had been produced and the
13 boxes simply contained duplicates.  As
14 evidenced yesterday, we believe that you
15 produced a document or used a document in the
16 deposition that had not been produced.  And
17 we're asking now for clarification on that
18 point.
19      MS. TURNER-JONES:  For the record --
20      MR. SILVERSMITH:  Can you just clarify
21 did that document get produced or was it
22 simply made available for proffer inspection.

84

1       MS. TURNER-JONES:  For the record, we
2  invited you to inspect a hundred -- several
3  hundred thousands of documents which you
4  failed to come and inspect.  And we've also
5  produced hundreds of thousands of pages of
6  electronic information, some of which may be
7  duplicative of the document, and as we
8  indicated to you yesterday, we would also
9  look through documents electronically
10 produced to see if there is a Bates stamped
11 copy.
12      MR. SILVERSMITH:  Okay have you done
13 that yet?
14      MS. TURNER-JONES:  We discussed this
15 yesterday afternoon and no, I have not done
16 that --
17      MR. SILVERSMITH:  Okay.
18      MS. TURNER-JONES:  But we will be glad
19 to look into it for you.
20      MR. SILVERSMITH:  Because you did
21 represent to Judge Harvey, that you had
22 reviewed the hundred boxes, and that you had

85

1 looked at the government's production and the
2 only thing left in those boxes were
3 duplicates and so based on your
4 representation.
5     MS. TURNER-JONES:  I think --
6     MR. SILVERSMITH:  As an officer of the
7 court -- let me finish, Teresa.  Obviously
8 that was not a correct representation.  Maybe
9 it was a mistake.  Maybe it was a
10 misrepresentation.
11     MS. TURNER-JONES:  I think you have
12 mischaracterized the representations made
13 during that hearing so we can both go back to
14 the transcripts and determine what was said
15 at that point.  But I think today on this
16 record you have mischaracterized the
17 government's representation regarding the
18 status of discovery.
19     MR. STASSEN:  Can I ask for one
20 clarification?
21     MR. SCHWARTZ:  Sure.
22     MR. STASSEN:  Adam, you and I -- when

86

1 you were responding to Mr. Silverman --
2 Silversmith regarding the responses of
3 production of documents related to requests
4 made by Pavlo Lazarenko.  I may have
5 misunderstood what you said.  But I thought
6 you said within your answer that because
7 discovery was closed as to Mr. Lazarenko
8 there was no -- now I'm interpreting sort of
9 your no further obligation to produce
10 documents with regard to Mr. Lazarenko's
11 document request is that --
12     MR. SCHWARTZ:  No, I --
13     MR. STASSEN:  Did I hear that correctly?
14     MR. SCHWARTZ:  No, I didn't -- I don't
15 think I said that there was no further
16 obligation.  Obviously, there's an
17 obligation, I believe, it's under rule 26E to
18 supplement discovery responses.  And I
19 believe the supplementation requirement is
20 that if there is not -- if the document or
21 information was not otherwise produced, it
22 needs to be produced.  So, obviously, I

87

1 believe that our objection stands with
2 respect to the work product.  I believe
3 Mr. Silversmith has misinterpreted the
4 decision made by Judge Harvey and then
5 obviously, as the depositions are taken,
6 excuse me, the work product objection
7 obviously disappears.  And if you would like
8 an additional copy of these documents
9 produced with Bates stamps we're happy to do
10 that as well.
11     MR. STASSEN:  When are we taking a lunch
12 break?
13     MS. BECKMAN:  Let's just do it.
14     MR. SCHWARTZ:  That's fine.
15     MS. BECKMAN:  Let's do it now.
16     MR. SCHWARTZ:  We can take the break
17 now.
18     THE VIDEOGRAPHER:  Off the record at
19 12:18 p.m.
20 (A recess was held.)
21     THE VIDEOGRAPHER:  Here begins disk 2 of
22 the deposition of Lessia Shatalin.  The time

88

1     is 1:42 p.m.  We back on the record.
2 Q.  Ms. Shatalin, you understand you are still
3     under oath, correct?
4 A.  I do.
5 Q.  When we took our lunch break we started
6     talking about money flowing out of the UIS
7     bank account that was held at I think it was
8     First Republic Bank.  Do you recall between
9     the years 2005 and 2011 the amount of
10     activity in that bank account?
11     MS. BECKMAN:  Objection, scope.
12 A.  I don't recall specific information to that.
13 Q.  Would it surprise you that between
14     August 5th, 2015 and 20 -- 2005 and December
15     of 2011 that there were approximately
16     $500,000 in outgoing wire transactions made
17     on that account?
18     MS. BECKMAN:  Objection.  Scope.
19 A.  I don't remember the specifics of the
20     amounts.
21 Q.  Do you recall during that same time period
22     sending approximately 75 wire transfers to

Transcript of Lessia Shatalin
Conducted on March 13, 2019

---

89

1    Katarina Duncan totally approximately
2    $200,000?
3         MS. BECKMAN: Objection. Scope.
4  A.   I don't remember the specifics of it.
5  Q.   Do you know why you would have sent so much
6       money to your sister over the time period
7       August 2005 through December 2011 from the
8       UIS, Inc. Bank account?
9         MS. BECKMAN: Objection. Scope.
10        MR. STASSEN: Objection to form.
11 A.   As I answered before, it was income.
12 Q.   And what did your sister do to earn the
13      income?
14 A.   I don't remember the specifics.
15      Administrative stuff, same as me.
16 Q.   Previously you described the administrative
17      stuff as filing forms on behalf of UIS, Inc.?
18 A.   Yeah, the forms -- yeah, taxes. We filed
19      that's pretty much --
20 Q.   And did you --
21 A.   Far as I remember.
22 Q.   Did you actually fill out the taxes or could

---

90

1       you rely on the CPA to fill out the taxes?
2         MS. BECKMAN: Objection. Scope.
3  A.   I don't remember filling them out. I think I
4       relied on the CPA.
5  Q.   Okay. Other than looking over the tax forms,
6       did you do anything else to complete the tax
7       forms for UIS, Inc. on an annual basis?
8         MS. BECKMAN: Objection. Scope.
9  A.   I don't remember the specifics. It was so
10      long ago.
11 Q.   Okay. Do you remember what your sister
12      Ms. Duncan would have done with respect to
13      completing the taxes for UIS, Inc.?
14 A.   I don't remember.
15 Q.   And other than looking over and filing tax
16      forms and the annual corporate forms, is
17      there anything else you can remember that you
18      would have done on behalf of UIS, Inc.?
19        MS. BECKMAN: Objection. Scope.
20 A.   I don't remember what else I would have done.
21 Q.   Do you remember during the time period
22      August 2005 through December 2011 wiring from

---

91

1       the UIS, Inc. bank account to your personal
2       account, almost $300,000 in payments?
3         MS. BECKMAN: Objection. Scope.
4  A.   I don't recall the specifics of it.
5  Q.   Do you recall sending money to any other
6       family members from the UIS, Inc. bank
7       account?
8         MS. BECKMAN: Objection. Scope.
9  A.   I don't remember.
10 Q.   Do you recall at some point in 2012 closing
11      the UIS, Inc. Bank account at First Republic
12      Bank?
13        MS. BECKMAN: Objection. Scope.
14 A.   I don't remember the specifics of it.
15 Q.   .Okay do you recall opening up a bank account
16      for UIS, Inc. at Eagle Bank?
17        MS. BECKMAN: Objection. Scope.
18 A.   I don't remember the specifics of it.
19 Q.   Do you recall ever banking at Eagle Bank in
20      Maryland?
21        MS. BECKMAN: Objection. Scope.
22        MR. STASSEN: Objection to form.

---

92

1  A.   I heard the name of it. I don't remember the
2       specifics of it.
3  Q.   So you don't recall ever opening a bank
4       account at Eagle Bank on behalf of UIS, Inc.?
5  A.   Maybe. I don't remember the specifics of it.
6         (Exhibit Shatalin-7 was marked for
7         identification and is attached to the
8         transcript.)
9  Q.   Let me know when you've had a chance to
10      review Shatalin Exhibit No. 7, please.
11        MR. STASSEN: Adam, while she's
12      reviewing that there's a 2005 that's
13      highlighted on the front page --
14        MR. SCHWARTZ: Yes.
15        MR. STASSEN: -- do you know if that was
16      highlighted in the original?
17        MR. SCHWARTZ: That is -- that is in the
18      original.
19        MR. STASSEN: Thank you.
20        MR. SCHWARTZ: Or let me rephrase that.
21      However it was maintained in our database has
22      the highlighting. So I don't know if the

---

Transcript of Lessia Shatalin
Conducted on March 13, 2019

93

1  highlighting was added had by someone else
2  before it was produced to us, if you see what
3  I'm saying.  I don't - I don't know if this
4  is an original document, but in terms of how
5  it's maintained in our data base, it has
6  highlighting on the year of 2005.
7      MR. STASSEN:  So do you have the ability
8  to -- within your data base, highlight
9  documents?  Could this have been highlighted
10 by --
11     MR. SCHWARTZ:  Our legal assistant is
12 shaking their head, no, so --
13     MR. STASSEN:  Okay.
14     MR. SCHWARTZ:  I will -- I will accept
15 her representation of our ability to
16 manipulate the activity database.
17     MR. STASSEN:  In other words, you
18 believe it was probably produced to the
19 Department of Justice with that already
20 highlighted?
21     MR. SCHWARTZ:  That is correct.
22     MR. STASSEN:  Okay.  Thank you.

94

1      MR. SCHWARTZ:  That is my understanding.
2  I will say.
3      MR. STASSEN:  Okay.  Fair enough.
4      (Exhibit Shatalin-7 was marked for
5      identification and is attached to the
6      transcript.)
7  Q.  Have you reviewed Exhibit 7, Ms. Shatalin?
8  **A.  Yes.**
9  Q.  Do you recognize Shatalin No. 7?
10     MS. BECKMAN:  Objection.  Scope and time
11 frame.
12 **A.  It's 2005.  I don't recognize it.  I don't**
13 **remember it.**
14 Q.  If you look at page 2 of Exhibit 7 do you see
15 that there's a signature at the bottom of the
16 page, there's two signatures actually?
17 **A.  I see two signatures.**
18 Q.  Okay.  Is the signature on the left your
19 signature?
20     MS. BECKMAN:  Objection.  Scope.
21 **A.  I don't remember signing it.  Looks like it.**
22 **Maybe it's mine.  Maybe it's a copy.  It's**

95

1      **hard to read.**
2  Q.  In reviewing Exhibit 7 does this refresh your
3      recollection about any business relationship
4      between UIS, Inc. and Zemelny bank?
5          MS. BECKMAN:  Objection.  Scope.
6  **A.  As I said before this is 2005 I don't**
7      **remember it.**
8  Q.  I'm sorry, you don't remember it?
9  **A.  I don't -- I don't recall it.  It's 2005 it's**
10     **so long time ago.**
11 Q.  You don't recall you UIS, Inc engaging in a
12     loan transaction with Zemelny Capital?
13         MS. BECKMAN:  Objection.  Scope.
14 **A.  I don't remember.  It's 2005 I don't remember**
15     **it.**
16 Q.  Does this loan document appear like the type
17     of investment transaction UIS, Inc. would
18     engage in?
19         MS. BECKMAN:  Objection.  Form and
20     scope.
21 **A.  I don't understand the question.**
22 Q.  Well, as the president, secretary, and

96

1      treasurer of UIS, Inc. have you ever seen a
2      loan document like this before in your
3      capacity in those positions?
4  **A.  As far as I remember, I don't remember it, as**
5      **I said before.  I don't remember it.**
6  Q.  Well, $950,000 is a lot of money, isn't it,
7      Mrs. Shatalin?
8  **A.  It is.**
9  Q.  And you are the president, secretary.  And
10     treasurer of UIS, Inc., correct?
11         MS. BECKMAN:  Objection to form and
12     scope.
13 **A.  I was.**
14 Q.  So in those positions I would think that you
15     would remember making a loan on behalf of the
16     company UIS, Inc to a bank?
17         MS. BECKMAN:  Objection, form.
18         MR. STASSEN:  Objection.
19         MS. BECKMAN:  It's not a question.
20         MR. STASSEN:  There's not a question
21     pending.
22 Q.  Did UIS, Inc usually make loans to banks?

Transcript of Lessia Shatalin
Conducted on March 13, 2019

97

1          MS. BECKMAN: Objection. Scope.
2   **A.  This is 15 years ago, I don't remember it.**
3   Q.  Well, you don't seem to remember anything
4       about what  UIS, Inc. did, do you?
5          MS. BECKMAN: Objection. Form. Not a
6       question.
7          MR. STASSEN: Objection. Argumentative.
8       Form.
9   **A.  That's not true.**
10  Q.  Besides filling out corporate forms for taxes
11      and other corporate forms that you describe,
12      what were the business activities of UIS,
13      Inc.?
14         MS. BECKMAN: Objection. Asked and
15      answered and scope.
16  **A.  I answered it already.  I don't remember.**
17  Q.  So you have no recollection of what UIS, Inc.
18      did?
19         MR. STASSEN: Objection to form.
20  **A.  I don't recall.**
21  Q.  Did you ever discuss the loan reflected in
22      Exhibit 7 with Alexander Lazarenko?

98

1          MS. BECKMAN: Objection. Scope.
2   **A.  As I answered, I don't recall this document**
3       **so I don't recall discussing it with**
4       **Alexander Lazarenko.**
5   Q.  Did you ever discuss financial transactions
6       with Zemelny Bank with your father, Pavlo
7       Lazarenko?
8   **A.  No.  My dad was incarcerated from '99 on and**
9       **off.  I haven't discussed anything of this**
10      **nature with him.  I see him twice a year.**
11  Q.  Do you recognize the other signature on the
12      back of Page 2 of Exhibit 7?
13  **A.  No, that's to my knowledge I've never seen it**
14      **before.**
15  Q.  Did you have any financial dealings with
16      anyone from Zemelny Capital?
17         MS. BECKMAN: Objection. Scope.
18  **A.  Who is -- who do you refer to?**
19  Q.  People who work at Zemelny Capital or act on
20      behalf of Zemelny Capital?
21  **A.  I don't know such people that work for**
22      **Zemelny Capital as I explained before, I**

99

1       **don't know anything about it.**
2          (Exhibit Shatalin-8 was marked for
3       identification and is attached to the
4       transcript.)
5   Q.  Let me know when you've had a chance to
6       review deposition Exhibit 8, please.  Have
7       you finished reviewing Exhibit 8, Ms.
8       Shatalin?
9   **A.  I have.**
10  Q.  Do you recognize Exhibit 8?
11  **A.  I don't recognize it.**
12  Q.  Does -- is that your signature at the bottom
13      of the first page of Exhibit 8?
14         MS. BECKMAN: Objection. Scope and
15      relevance.
16  **A.  It looks like it but it's a copy.  I can't**
17      **say for sure.**
18  Q.  And on the third and fourth pages there
19      appear to be signatures there as well, does
20      that appear to be your signature?
21  **A.  It looks like my signature but I don't know**
22      **if it is or if it's not.**

100

1   Q.  And on the fifth page, there also appears to
2       be a signature.  Does that appear to be your
3       signature?
4   **A.  Looks like mine but I'm not sure.**
5          MS. BECKMAN: Can I see which page?
6   **A.  This.**
7          THE WITNESS: This page.  This page.
8       This page.
9          MS. BECKMAN: I think my exhibit is
10      missing a page, if anyone has.  Yeah, my last
11      copy doesn't have a signature on the last
12      page.  It was kind of stapled in a way that
13      maybe the copier made a mistake.
14  Q.  And it looks -- is Exhibit 8 the same
15      document in three different languages?
16  **A.  How many different language?**
17  Q.  Three.  I'm wondering if one version of this
18      is in Ukrainian.  One version is Russian and
19      then there's an English translation as well?
20  **A.  I see English and Ukrainian.**
21  Q.  Okay.  There's no Russian version attached to
22      it?

**101**

1   A.   I don't see Russian maybe you can see some
2        Russian.
3   Q.   I don't read Russian or Ukrainian so I was
4        looking for some clarification.  Seeing the
5        Russian version of this document does this
6        give you any additional information or
7        refresh your recollection at all about the
8        origin of this document?
9            MS. BECKMAN: Objection, form and scope.
10  A.   Seeing the Ukrainian version of this document
11       I don't have any recollection of it.
12  Q.   Do you have any memory of signing this
13       document?
14           MS. BECKMAN: Objection. Scope.
15  A.   I don't recall it.
16  Q.   Exhibit 9 appears to be reflecting a loan
17       between UIS, Inc. and Zemelny Bank for
18       $825,000?
19           MS. BECKMAN: Objection to form.
20  Q.   Do you recall if Exhibit 9 is a new, an
21       additional loan or whether it was a
22       modification of Exhibit 8?

**102**

1            MS. BECKMAN: Objection.  Form and
2        scope.
3   A.   I have -- I'm trying to understand the year
4        of this one, of the English version, the
5        year.  And then the year of the Ukrainian
6        version.  I feel there is discrepancy in
7        there, so I don't know what this is.
8   Q.   Well, it looks like there's a couple of
9        discrepancies on the date, I agree with you
10       there.
11  A.   So I don't -- I don't see how this is a
12       translation of this.
13  Q.   Do you know who may have crated this
14       translation?
15           MS. BECKMAN: Objection. Scope.
16  A.   I don't recall.  I don't know.
17  Q.   Do you know the purpose of creating this
18       translation?
19  A.   Don't recall.
20  Q.   Do you think this document was signed in
21       English as well as Ukrainian and Russian?
22           MS. BECKMAN: Objection.  Form and

**103**

1        scope.
2   A.   As I said, I don't recall it so I don't know
3        how I can think about that.
4   Q.   Do you have any memory of discussing Exhibit
5        8 with Alexander Lazarenko?
6            MS. BECKMAN: Objection. Scope.
7   A.   I don't recall it.
8   Q.   Do you have any recollection of discussing
9        Exhibit 8 with your father, Pavlo Lazarenko?
10  A.   No.  As I stated before, my dad was
11       incarcerated in all those years.  I haven't
12       had discussions of any nature with him.
13  Q.   Prior to his incarceration did you have
14       discussions with him regarding his finances?
15  A.   I was 15 or 16, I don't remember what we
16       discussed at 15 or 16.
17  Q.   So you have no recollection of discussing his
18       finances prior to his --
19  A.   I have recollection of us discussing that
20       they set up a trust fund for us that I
21       remember sometime -- sometime like '97, '98
22       something like that.  That's pretty much I

**104**

1        don't -- other specifics, I don't remember.
2   Q.   Okay.  Other than the conversation regarding
3        the establishment of a trust, do you have any
4        recollection of any other conversations with
5        your father regarding his finances?
6            MS. BECKMAN: Objection. Scope.
7   A.   I didn't really fully understand what is it
8        like, his finances?  Like I was 15.  What am
9        I supposed to do I don't remember.
10  Q.   Well, some people ask -- have conversations
11       with their parents about money, regardless
12       every of their age and I'm asking if you had
13       conversations with your parents about their
14       finances prior to his incarceration other
15       than a discussion about the Balford trust?
16  A.   I don't recall any other specific
17       conversation we would have had.
18  Q.   Okay.  I believe you said some time in 1997
19       or 1998 you had a conversation with your
20       parents regarding a trust?
21  A.   Late '97, beginning '98, something like that.
22  Q.   Okay.  What do you recall about that

---

105

1    conversation?
2  A.  We had a — we had a family meeting and our
3       parents told us that they set up a trust for
4       us, and that the trust will help take care of
5       us financially.
6  Q.  Who was at the meeting?
7  A.  Dad, mom, me, and my sister and my brother
8       yeah, five of us.
9  Q.  And so just so the record is clear when you
10      say dad, you're referring to Pavlo Lazarenko?
11 A.  Pavlo Lazarenko.
12 Q.  And when you say mom you're referring to
13      Tamara Lazarenko?
14 A.  Proko, yeah.
15 Q.  Tamara Lazarenko Proko.  When you say sister
16      you're referring to?
17 A.  Katrina Lazarenko.  When I say brother, I'm
18      referring to Alexander Lazarenko.
19 Q.  Okay.  Was anyone else present at the
20      meeting?
21 A.  I don't remember.  I don't think so.
22 Q.  Were family meetings common for you growing

---

106

1       up?
2  A.  Yeah, we would sit down and talk as a family
3       about certain issues, yeah.
4  Q.  Okay.  But with respect to finances, this is
5       the only meeting you recall having with your
6       father and mother regarding finances prior to
7       your father's incarceration?
8  A.  As far as I remember, this was the big one,
9       that's why I remember this one.  Yeah.
10 Q.  Okay.  Where did this conversation occur?
11 A.  At our house.
12 Q.  This was your house in Kiev?
13 A.  I don't remember.  We traveled between Kiev
14      and Dnipropetrovsk a lot.  I don't remember
15      exactly was it in Kiev or Dnipropetrovsk.
16 Q.  Okay.  But it was in one of those two
17      locations?
18 A.  I think, yeah.  I think so.
19 Q.  Okay.  And what did your parents -- well, who
20      told you that they had set up a trust, was it
21      your father, your mother?
22 A.  They both talked at the same time, so I don't

---

107

1       remember exactly specific so who said what,
2       but from I took out of that meeting that
3       there was a trust set up, that will help take
4       care of us financially.
5  Q.  Okay.  And did you ask questions about the
6       trust?
7  A.  Like what kind of questions?
8  Q.  Well, did you ask when you would get the
9       money?
10 A.  I don't think we dis -- no, I don't think we
11      did -- I don't remember discussing when we
12      will get the money.  We were kids like I
13      don't think so.
14 Q.  Did they tell you where the money was being
15      kept?
16 A.  No, I don't think so.  No.
17 Q.  Did they tell you how they set up this trust?
18 A.  No, I don't think so.
19 Q.  And you said that they told you that the
20      trust was set up to assist you, your brother,
21      and your sister in your living expenses later
22      in life, correct?

---

108

1  A.  They said that the trust was set up to help
2       us financially in our future.
3  Q.  Did they say when you -- you would have
4       access to the money in the trust?
5  A.  I don't think so, no.
6  Q.  Did they say who controlled the money in the
7       trust?
8  A.  What do you mean controlled?
9  Q.  Well, did they describe how the trust would
10      function?
11 A.  I was 15.  All we -- all they said there was
12      a trust set up for us.  That's pretty much
13      the scope of it.
14 Q.  Did they tell you how much money was in the
15      trust?
16 A.  I don't think so.  I don't remember.
17 Q.  Did they ever tell you how you could access
18      the money in case something happened to them?
19 A.  No, I don't -- no, I don't think so.  No.
20 Q.  Did they ever identify your mother, Tamara
21      Lazarenko as a beneficiary of the trust?
22      MS. BECKMAN: Objection.  Scope.

Transcript of Lessia Shatalin
Conducted on March 13, 2019

28 (109 to 112)

---

109

1  A.  I don't remember that part.  But I -- I think
2     it was all of us.  I'm not sure.  I don't
3     remember exactly the specifics.  What I
4     remember from that meeting, is they set up a
5     trust, and it's going to help us financially
6     in the future.
7  Q.  Did you have an understanding that the trust
8     was also to assist Pavlo Lazarenko with his
9     finances as he grew older?
10 A.  I --
11      MR. STASSEN:  Asked and answered,
12    objection.
13      MS. BECKMAN:  Objection, form.
14 A.  At that meeting, as I said, we discussed that
15    it's going to help us.  They were talking to
16    the kids, and they said it's going to help
17    us, the kids.  What other part, I don't
18    remember.
19 Q.  Did you have any sense of who owned the
20    trust?
21      MR. STASSEN:  Objection, form.
22      MS. BECKMAN:  Objection, form.

---

110

1  A.  As from what I remember they said, we set up
2     trust for you.  I don't know who set up who
3     did what.  They said, we set up a trust for
4     you.
5  Q.  Do you have --
6  A.  Well, not we.  Like there is a trust set up
7     for you, something like that.
8  Q.  Do you have any understanding of how a trust
9     operates?
10 A.  Well right now I.  Do After all this.
11 Q.  What is your understanding of how a trust
12    operates?  I'm still struggling to understand
13    how a trust operates just so you know.
14 A.  My general understanding is somebody sets up
15    a trust and they have beneficiary, the people
16    that are going to benefit from the trust.
17 Q.  And do you have any understanding of who owns
18    the assets in the trust?
19 A.  My dad, I guess.  I don't know.  I think so.
20    Not sure.
21 Q.  Okay.
22      MR. STASSEN:  Objection to form.

---

111

1  Q.  Has your father --
2      MS. BECKMAN:  Objection to form.
3  Q.  Has your father ever asked you to take any
4     action with respect to the Balford trust?
5  A.  What do you mean?
6  Q.  Has your father ever ask you to do anything
7     on his behalf regarding the trust?
8  A.  No.
9  Q.  Have you ever had any conversations with the
10    trustees for the Balford trust?
11 A.  No.
12 Q.  Have you ever had any conversations with
13    lawyers representing the Balford trust?
14 A.  Who are the lawyers representing the Balford
15    trust?
16 Q.  They're at a firm called Carey, Olsen.
17 A.  No.
18 Q.  Has anyone ever instructed you to have
19    conversations with the trustees for the
20    Balford trust?
21 A.  No.
22 Q.  Has anyone every instructed you to have

---

112

1     conversations with the lawyers for the
2     Balford trust?
3  A.  No.
4  Q.  Are you familiar with an entity called
5     Samante Limited?
6  A.  I don't recall it.
7  Q.  Okay.  Do you have any understanding of how
8     Samante Limited functions?
9  A.  I don't recall the name of it.
10 Q.  That saves a lot of questions.
11      MR. SILVERSMITH:  I don't know the
12    answer to that.
13 Q.  Were you involved in any discussions
14    regarding the creation of the trust?
15 A.  That's a broad -- creation personally, no.
16    We were told there was something -- some
17    trust set up for us, that's it.
18 Q.  Do you have any understanding of how
19    distributions are made out of the trust?
20 A.  What trust?
21 Q.  The Balford trust.
22 A.  There was no discussion over that.  I don't

---

113

1     think so.
2  Q.  Have you ever seen the document that created
3     the Balford trust?
4  A.  No.
5  Q.  Okay.  Other than a beneficiary, do you have
6     any other relationship with -- with the
7     Balford trust?
8        MR. STASSEN:  Objection to form.
9  A.  Don't understand the question.
10 Q.  Earlier in your testimony you said that the
11    trust was set up for your benefit and the
12    benefit of your brother and sister, correct?
13 A.  Yeah.
14 Q.  Or at least as explained by your parents.
15 A.  Yeah, they said they set up a trust for us
16    and we'll get finances out of it one day.
17 Q.  Okay.  So other than the relationship that
18    they described to you, the fact that the
19    trust is for your benefit, do you personally
20    have any other relationship with the trust?
21 A.  No, I don't think so.  No.
22 Q.  Okay.  Yesterday your sister testified I

114

1     think that you came to the United States in
2     1999.  Is that correct?
3  A.  January 1999.
4  Q.  Okay.  When you came to the United States,
5     you went to Nevada?
6  A.  Yes.
7  Q.  And once you were there I believe your sister
8     testified you went to boarding school for a
9     year?
10 A.  Yes.
11 Q.  What did you do after boarding school?
12 A.  During our time at boarding school we applied
13    for Universities and we got accepted to
14    American University and then in August 2000
15    -- yeah, we moved to Washington. D C.
16 Q.  Okay.  So you went to school with your sister
17    at American University?
18 A.  Yes.
19 Q.  And did you live with your sister throughout
20    her time in American University?
21 A.  We lived together, yes.
22 Q.  Okay.  Do you recall any of the locations you

115

1     lived while you were at American University?
2  A.  I think first we lived like not far from
3     school.  And then we moved maybe two years in
4     or one year in I don't -- I don't remember
5     but still in D.C.
6  Q.  And where else do you recall living while you
7     were in college?
8  A.  Think by the end of it, I don't remember the
9     dates specifically, by the end of it we lived
10    in Virginia.
11 Q.  And do you -- did you buy an apartment or did
12    you rent an apartment?
13       MS. BECKMAN:  Objection.  Scope.
14 A.  I did not buy an apartment.  We lived in
15    rental apartment.
16 Q.  Okay.  Did you pay tuition to attend American
17    university?
18       MS. BECKMAN:  Objection.  Scope.
19 A.  I pay tuition?
20 Q.  Yes.
21 A.  I don't -- I mean I personally didn't pay the
22    tuition.

116

1  Q.  Do you know who paid your tuition?
2  A.  I don't remember.
3        MS. BECKMAN:  Objection.  Scope.
4  Q.  Did you take out loans to pay for American
5     University?
6        MS. BECKMAN:  Objection.  Scope.
7  A.  I don't think so, no.
8  Q.  Did your father pay for your tuition bills in
9     American University?
10       MS. BECKMAN:  Objection.  Scope.
11 A.  My father was incarcerated when I attended
12    American University.  I don't think he would
13    pay.
14 Q.  Do you know if your mother paid your
15    University bill?
16 A.  I don't remember who paid for it.
17       MS. BECKMAN:  Objection.  Scope.
18 Q.  Do you know if your brother, Alexander paid
19    your tuition bills?
20       MS. BECKMAN:  Objection.  Scope.
21 A.  I don't recall who paid for my tuition.
22 Q.  Did you have a job while you working in

117

1    American University?
2         MS. BECKMAN: Objection. Scope.
3  A.   No, I did not.
4  Q.   Did you attend graduate school after American
5    University?
6  A.   Not right after.
7  Q.   What did you do after American University?
8         MS. BECKMAN: Objection. Scope.
9  A.   Don't -- in what terms?
10 Q.   After you graduated, did you get a job?
11 A.   What kind of job?
12        MS. BECKMAN: Objection. Scope.
13 A.   No, I didn't -- I don't -- no I didn't have a
14    job.
15 Q.   Did you attend graduate school?
16 A.   Yes, I did.
17 Q.   When did you start attending graduate school?
18        MS. BECKMAN: Objection. Scope.
19 A.   I grad -- American we graduated some for I
20    think a year something after I started at
21    George Mason, maybe. And that was two years
22    -- I think two or three -- two years. So

118

1    like 2005 to 2007 or 2006 to 2008. I don't
2    remember. I have to look. I don't remember
3    the exact date.
4  Q.   And did you obtain a masters degree from
5    George Mason?
6  A.   Yes, I did.
7  Q.   In what area?
8  A.   Modern European history. French revolution
9    and after.
10 Q.   And do you teach now?
11 A.   No, I don't.
12 Q.   Okay. Did you teach before?
13        MS. BECKMAN: Objection. Scope.
14 A.   No, I did not.
15 Q.   Have you ever been married?
16 A.   Yes, I have.
17 Q.   When were you married?
18        MS. BECKMAN: Objection. Scope.
19        MR. SCHWARTZ: Yes, let me --
20 Q.   Are you currently married?
21 A.   Currently, no.
22 Q.   Okay. So I'll just ask the time period for

119

1    your marriage.
2         MS. BECKMAN: Objection. Scope.
3  A.   Right after American University so 2004,
4    2005. I don't know like five years or six
5    years. I don't remember the details exactly.
6  Q.   Okay. And where do you currently live?
7  A.   Washington, D C.
8  Q.   And your sister gave us the address
9    yesterday. With whom do you currently live?
10 A.   With my sister, my child, and my child's dad.
11 Q.   And is that person different than your
12    ex-husband?
13 A.   Yes.
14 Q.   Okay. Are you currently employed?
15 A.   Currently, no.
16 Q.   Okay. I'm going to have you look at what was
17    previously marked in your sister's deposition
18    as Duncan Exhibit 2.
19        MR. SCHWARTZ: Counsel, I think were the
20    copies you left.
21        MS. BECKMAN: I don't have it yet. It
22    was 2, Duncan, 2?

120

1         MR. SCHWARTZ: Yeah.
2  Q.   And do you recall seeing deposition Exhibit
3    Duncan 2 previously? Ms. Shatalin, I'm just
4    going to ask you general questions about it.
5    I'm not going to ask you about any specific
6    request so obviously if you want --
7  A.   I still want to read what it is.
8  Q.   No, you're more than welcome to. But I just
9    wanted to let you know I'm not going to ask
10    you specifics on the document so.
11 A.   Okay.
12 Q.   So have you seen Exhibit Duncan 2 previously?
13 A.   Duncan 2, no. Like this one with the
14    sticker?
15 Q.   Not with the sticker. The document itself
16    without the sticker. For purposes of the
17    transcript, I refer to it by the deposition
18    number. So it's clear what we're referring
19    to.
20 A.   So this should be my name at the beginning of
21    it?
22 Q.   No, because this was previously introduced at

Transcript of Lessia Shatalin
Conducted on March 13, 2019

121

1  your sister's deposition.
2  **A.  Okay.**
3  Q.  So have you seen this before?
4  **A.  I don't -- is there one like the same one**
5  **with my name on it and I should have seen**
6  **that one?  I don't understand the question.**
7  Q.  Well, let's do it this way.  Have you had
8  discussions previously with counsel.  And I'm
9  not asking you for the substance of the
10  discussion.  Have you had discussions with
11  counsel regarding requests for production
12  filed by the United States in this case?
13 **A.  I don't recall the specifics of it.  I recall**
14  **talking to Emily about some stuff of it --**
15  **like I don't recall specifically --**
16 Q.  Okay.  Do you ever --
17 **A.  Exactly what.**
18 Q.  Okay.
19 **A.  I don't.**
20 Q.  Do you ever recall speaking with Ms. Beckman
21  or Mr. Horowitz regarding the collection of
22  documents in this case?

122

1  **A.  Collection of documents?  What documents?**
2  Q.  Documents responsive to the questions in
3  exhibit Duncan 2?
4  **A.  So which of these documents?  Where are they?**
5  Q.  Did you ever have any conversations with your
6  attorneys regarding the need to produce
7  documents to the United States in this case?
8  **A.  Trying to think about it.  I don't remember**
9  **that.  I don't.**
10 Q.  Do you remember your attorneys every asking
11  you to search for documents that are
12  responsive to government document requests in
13  this case?
14  MS. BECKMAN:  I think we might.
15 **A.  I don't understand.  What's responsive?**
16  MS. BECKMAN:  I -- this might - it might
17  help to take a break.  I defer I mean if you
18  don't want to take a break but perhaps a
19  break for my bathroom break and for us to
20  discuss --
21  MR. SCHWARTZ:  Yeah, it's up to you.
22  I'm not -- as you know, I'm not trying to --

123

1  MS. BECKMAN:  Yeah.
2  MR. SCHWARTZ:  -- trick anyone here.
3  I'm just trying to get a sense of what was
4  done.
5  MS. BECKMAN:  Understood.
6  MR. SCHWARTZ:  So if you want to take a
7  break --
8  MS. BECKMAN:  I think we should take a
9  break.  I want to go to the bathroom and we
10  can --
11  THE VIDEOGRAPHER:  Off the record at
12  2:27 p.m.
13  (A recess was taken.)
14  THE VIDEOGRAPHER:  The time is 2:42 p.m.
15  we are back on the record.
16 Q.  Ms. Shatalin, before we took a break we were
17  discussing deposition Exhibit Duncan 2, do
18  you understand that those were responses to
19  requests for production that were provided by
20  you and the other claimants who are children
21  -- adult children of Pavlo Lazarenko?
22 **A.  I understand that.**

124

1  Q.  Did you play any role in putting together
2  these responses?
3  **A.  What kind of role?**
4  Q.  Did you search for responsive documents?
5  **A.  Yes.**
6  Q.  Where did you search for responsive
7  documents?
8  **A.  I discussed with Emily that -- what we need**
9  **to produce.  We looked and I have never find**
10  **anything.**
11 Q.  Okay.  Did you speak with any third parties
12  regarding whether or not they had responsive
13  documents?
14  MR. STASSEN:  Objection to form.
15 **A.  What -- I don't understand what would third**
16  **party be.  We talked with Emily.  She said,**
17  **do you have any documents?  We said, no.**
18 Q.  For example earlier today we saw that UIS,
19  Inc. had an accountant who signed the 2010
20  tax form.
21 **A.  Yes.**
22 Q.  Did you speak with anyone such as that

125

1   accountant?
2        MS. BECKMAN: Objection, form.
3   **A.   It's my understanding that was out of the**
4   **scope, so we never didn't discuss tax returns**
5   **of UIS.**
6   Q.   Okay. And I don't want to mischaracterize
7        your testimony. But I believe you said you
8        did not speak with any third party
9        individuals regarding the production of
10       documents in response to the request for
11       production served by the government in
12       Exhibit Duncan-2?
13  **A.   Again, I'm blanking on this. I don't like --**
14  **we had a meeting with Emily, she said, do you**
15  **have any documents? We looked. We didn't**
16  **find anything.**
17  Q.   Okay. I'm going to show you what's been
18       marked as Duncan Exhibit 3. And I'll ask if
19       you recall having any conversations with
20       anyone regarding Duncan Exhibit 3. Are you
21       finished reviewing Exhibit Duncan 3?
22  **A.   Yes.**

126

1   Q.   Have you ever seen this document before?
2   **A.   This specific one, I don't recall.**
3   Q.   Do you recall having any conversations
4        regarding efforts to produce documents that
5        would respond to these document requests?
6   **A.   We talked about --**
7        MS. BECKMAN: Objection, form. I just
8        objection to form, that's all. You can
9        answer.
10  **A.   I recall talking to go Emily about producing**
11  **documents, I do.**
12  Q.   Okay. And I don't want to get into the
13       substance of what you discussed. If you look
14       at request number 69, which is on page 3,
15       there's a listing of approximately ten
16       corporations. We've already talked about
17       UIS, Inc. and Zemelny Capital Bank from
18       Ukraine. Do any of the corporations or
19       companies identified in letters A through H
20       of request 69 in Exhibit Duncan 3 look
21       familiar to you?
22       MS. BECKMAN: Objection, scope.

127

1   **A.   I don't recall them.**
2   Q.   Do any of the names look familiar to you?
3   **A.   I don't -- I don't recall --**
4   Q.   Okay --
5   **A.   -- seeing them.**
6        (Exhibit Shatalin-9 was marked for
7        identification and is attached to the
8        transcript.)
9        MR. SILVERSMITH: I don't know what that
10       is but it's numbered, so it makes me think it
11       was in our production.
12       MR. SCHWARTZ: Is there a copying issue?
13       MR. SILVERSMITH: Yeah, can we go off
14       the record for one minute?
15       THE VIDEOGRAPHER: Off the record at
16       2:49 p.m.
17       (Discussion held off the record.)
18       THE VIDEOGRAPHER: 2:57 p.m. Back on
19       the record.
20       MR. SCHWARTZ: Okay. We are continuing
21       our discussion of deposition Exhibit No. 9.
22       For the record there appears to be a copying

128

1        error in deposition Exhibit No. 9. And it's
2        unclear whether that copying error is on the
3        copies that are being used today or whether
4        they were in the original document as it was
5        transmitted to the United States. But for
6        purposes of today's deposition we are going
7        to use Exhibit No. 9 and if there's any
8        clarification that needs to be made, we can
9        do it through the errata process.
10  Q.   So, Ms. Shatalin, have you had a chance to
11       review exhibit No 9?
12  **A.   Looks through it, yes.**
13  Q.   And do you recognize this as your signature
14       on the last page of Exhibit No. 9?
15  **A.   Yes, there is.**
16  Q.   And do you have any clarifications after your
17       review to the responses that you gave in
18       these interrogatory responses or do you
19       believe that these are still accurate?
20  **A.   I'll have to gone one by one but I think it's**
21  **to my understanding, yeah.**
22  Q.   Okay. Well, I'm going to focus first on your

129

1  response to interrogatory No. 1 so if you
2  just want to focus on that one we can do
3  that.
4  **A.   Can I look through it for one second?**
5  Q.   You sure can.  Go ahead.
6  **A.   Yeah.**
7  Q.   Okay.  So other than Mr. Horowitz and
8  Ms. Beckman did you have any conversations
9  with anyone else about your responses to
10  these interrogatories?
11 **A.   No, I don't think so.**
12 Q.   Okay.  Did you have any discussions with
13  Mr. Horowitz about your responses to these
14  interrogatories?
15 **A.   I've only had discussions with Emily.**
16 Q.   Okay.  Do you recall how much time you spent
17  with Ms. Beckman discussing your responses to
18  these interrogatories?
19 **A.   I don't recall.  I don't know.**
20 Q.   Okay.  If we could look at your response to
21  interrogatory No. 1, response ii it says
22  Lessia Lazarenko is a discretionary of the

130

1  Balford trust.  And is it your understanding
2  that Lessia Lazarenko is referring to you?
3  **A.   Yes.**
4  Q.   What is your understanding of that sentence
5  Lessia Lazarenko is a discretionary
6  beneficiary of the Balford trust, what does
7  that --
8       MS. BECKMAN:  Objection.
9  Q.   What does that mean?
10      MS. BECKMAN:  Objection.  Calls for
11  legal conclusion.
12 **A.   My understanding is that I'm a -- one of the**
13 **beneficiaries of the trust.**
14 Q.   And do you have any other understanding
15  beyond that?
16 **A.   From that sentence, no.**
17 Q.   Okay.  And with respect to your understanding
18  of your rights under the trust and your
19  ability to obtain money from the trust, do
20  you have any other understanding besides the
21  fact that you're a discretionary beneficiary?
22 **A.   I understand that I am the beneficiary of the**

131

1  trust.  That's my understanding.
2  Q.   Okay.  And do you see in that same response
3  number ii, the last sentence says, she
4  understands that she has the absolute right
5  along with the other discretionary
6  beneficiaries to dissolve the trust.
7       MR. STASSEN:  Dissolve.
8  Q.   Dissolve the trust.  What does that mean?
9       MS. BECKMAN:  Objection.  Calls for a
10  legal conclusion.
11 **A.   I don't think I can answer that. I don't**
12 **understand what that means exactly.**
13 Q.   Okay.  Do you have any idea of the steps you
14  would need to take along with the other
15  discretionary beneficiaries to dissolve the
16  trust?
17 **A.   No, I don't think so.  No.**
18 Q.   Okay.  And have you taken any steps to
19  dissolve the Balford trust?
20      MS. BECKMAN:  Objection, form.
21 **A.   I don't think so, no.**
22 Q.   In response No. 5 to interrogatory No. 1 it

132

1  says, Lessia Lazarenko did not pay any money
2  to be a beneficiary of the trust.  Is that
3  accurate?
4  **A.   It is accurate.**
5  Q.   Now, this says that you didn't pay any money.
6  Did you pay anything else of value to become
7  a beneficiary of the Balford trust?
8  **A.   No.**
9  Q.   Did you exchange anything with your father or
10  mother to become a beneficiary of the trust?
11 **A.   No.**
12      MR. STASSEN:  Objection.  Calls for a
13  legal conclusion.
14 Q.   If I can have you turn to the response to
15  interrogatory No. 5, I believe it's on page 8
16  and 9, the second to the last sentence in the
17  first paragraph of the response says, her
18  father was a high ranking Ukrainian official
19  and successful businessman.  On what are you
20  basing your statement that your father was a
21  successful businessman?
22 **A.   I'm basing it on the lifestyle that we had in**

133

1    Ukraine, and that would come from somebody
2    who was successful.
3 Q.  And describe your life style for me.
4 A.  Higher than average.
5 Q.  When you say higher than average, were you
6    multi-millionaires?
7 A.  I don't know how much money he had.
8 Q.  Okay.  Do you have --
9 A.  Never counted.
10 Q.  Did he have multiple houses?
11 A.  I don't remember how many houses they had,
12    more than one.
13 Q.  Was it more than four?
14 A.  I don't remember.
15 Q.  Did he have a lot of cars?
16 A.  We had a car that took us to school and
17    picked us up from school.  He had a car.  Mom
18    had a car.  That's I don't remember.
19 Q.  Was it unusual in Ukraine for government
20    officials to have a car to drive their
21    children to school?
22    MS. BECKMAN:  Objection, form.

134

1 A.  It was provided by the government.
2 Q.  So the car that took you to school was
3    provided by the government?
4 A.  I'm not sure.
5 Q.  Well the next sentence in the first paragraph
6    of the response to interrogatory 5 says,
7    Lessia Lazarenko was unaware of the details
8    of his personal governmental and business
9    affairs.  Is that accurate?
10 A.  At the time I was a kid, of course, I was not
11    aware of it.
12 Q.  Okay.  So you don't necessarily know that he
13    was a successful businessman.  You don't know
14    how he acquired his money do you?
15 A.  I assumed he was a successful businessman.
16 Q.  Okay.  Other than your assumption that he was
17    a successful businessman, do you have any
18    evidence to support the fact that he was a
19    successful businessman?
20    MR. STASSEN:  Objection to form.
21    MS. BECKMAN:  Objection, form.
22 A.  I don't understand it.  I don't understand

135

1    this line of questioning.  As I said, our
2    under -- he was a successful businessman,
3    that's all we knew.
4 Q.  On what are you basing your conclusion that
5    he was a successful businessman?
6    MR. STASSEN:  Objection.  Asked and
7    answered.
8 A.  I think I answered that prior.
9 Q.  So the fact that your life style supported --
10    your life style was higher than a normal
11    Ukrainian is what you're basing your
12    conclusion that he was a successful business
13    man?
14 A.  I guess so.  I mean I was 12.  What did I
15    know.  I was 12, 13, 15. what did I know.
16 Q.  Do you have any other information on which
17    you're basing your conclusion that your
18    father was a successful businessman?
19 A.  I don't recall.
20 Q.  In the second paragraph of your response to
21    interrogatory No. 5 the second to the last
22    sentence says, she being, you Ms. Shatalin,

136

1    also believes that a significant amount of
2    the trust will be used by her father to pay
3    his tax bill to the IRS and the state of
4    California when the restraint is lifted.  On
5    what are you basing the conclusion that your
6    father is going to use the Balford trust to
7    pay his tax bill to the IRS and the State of
8    California?
9    MS. BECKMAN:  Objection, form.
10 A.  I don't exactly remember.  But I think when I
11    discussed the case with my attorneys, that
12    was the understanding out of that.  I don't
13    -- I don't remember exactly how I came to
14    that understanding.
15 Q.  Okay.  And I don't want to --
16 A.  Something was said.
17 Q.  Okay.  I don't want to get into the substance
18    of conversations --
19 A.  Yeah.
20 Q.  - with your attorney but when did this
21    conversation occur?
22 A.  Don't remember.

137

1   Q.   Was it a recent conversation?
2   A.   I don't remember.
3   Q.   Was it a conversation with Ms. Beckman?
4   A.   I'm little confused by this whole thing.  I
5        believe so.  I don't exactly remember it.
6   Q.   Do you recall if Mr. Silversmith was also
7        there when you had this conversation
8        regarding how Mr. Lazarenko was going to use
9        funds from the Balford trust toy the IRS and
10       the State of California?
11  A.   I honestly don't remember any of that.  I do
12       have an understanding of it that that's
13       what's going to happen.  It was discussed
14       sometime at some point, I don't remember
15       exactly.
16  Q.   Other than with Ms. Beckman, do you recall
17       anything else about the people with whom you
18       had this conversation?
19  A.   As I said, honestly I don't remember.  I know
20       there is an understanding that's going to
21       happen, with who and how and when, I don't
22       understand any of that.

138

1   Q.   Did you discuss this understanding with your
2        father, Pavlo Lazarenko?
3   A.   I don't remember discussing it with him.  I
4        don't think so.
5   Q.   Did you discuss it with your sister, Ms.
6        Duncan?
7   A.   I don't remember.  I don't think so.
8   Q.   Do you remember discussing it with your
9        brother, Alexander Lazarenko?
10  A.   I don't remember.
11  Q.   Do you remember agreeing to allow your father
12       Pavlo Lazarenko to use a portion of the trust
13       funds to pay his tax bill to d the IRS and
14       the State of California?
15  A.   Yeah.  I think we agreed on it.  I think so.
16       I don't understand this.  Line of --
17  Q.   Well, I'm trying to get at why it's in this
18       response.  This is your response, correct?
19  A.   I know.
20  Q.   You see -- you see why I'm asking you these
21       questions?
22  A.   I don't remember the specifics but, yes, we

139

1        had an understanding that the portion of it
2        will be to pay the tax bill in California,
3        yes.
4   Q.   Okay.  And is this an agreement between you
5        and Pavlo Lazarenko?
6   A.   I don't understand.
7   Q.   Well, with whom did you make this
8        arrangement?
9   A.   I'm confused on this.  Like I -- as I said, I
10       believe there's going to be a portion of it
11       is going to be paid by the IRS, to the IRS.
12       The specifics of the discussion with whom, I
13       don't recall exactly.  That's it.
14  Q.   Okay.  And I apologize for asking this
15       multiple different ways, but do you have --
16  A.   Still don't understand.
17  Q.   Do you have any recollection of speaking with
18       your father about him using a portion of the
19       Balford trust to pay his taxes to the IRS and
20       the State of California?
21  A.   I don't remember.
22       MS. BECKMAN:  Objection form.  Asked and

140

1        answered.  I'd also note that it might have
2        come up with respect to the settlement
3        negotiations that we had going on for a
4        significant period of time and I don't know.
5        MR. SCHWARTZ:  Well, these were filed --
6        MS. BECKMAN:  I understand.
7        MR. SCHWARTZ:  -- before that.
8        MS. BECKMAN:  Now, asking her when those
9        conversations happened, I think, in, you
10       know, it could get conflated.  That's all I'm
11       saying.
12  Q.   All right.  Can I have you take a look at
13       your response to interrogatory 7.  I
14       apologize.  You can put that aside, and I'm
15       going to show you what's been marked as
16       Duncan Exhibit No. 5.  Let me know when
17       you've had a chance to review your response
18       to interrogatory No. 8.
19  A.   Number what?
20  Q.   Number 8.
21  A.   Mm-hmm.
22  Q.   In the second paragraph of your response to

Transcript of Lessia Shatalin
Conducted on March 13, 2019

141

1    interrogatory No. 8 there's a mention of
2    transfers between Tanas --
3  **A.   I have no idea what that is.  I don't think I**
4     **we discussed it or put it in.  I don't know**
5     **what that is.  I haven't seen it.**
6  Q.   Have you ever heard of an entity called
7    Tanas?
8  **A.   No.**
9  Q.   Or Tanas, AG?
10 **A.   No.**
11 Q.   Have you ever had any conversations with your
12    us brother Alexander regarding payments sent
13    from Tanas to Zemelny Bank?
14       MS. BECKMAN: Objection to scope.
15 **A.   Nope.**
16 Q.   Do you have any information regarding any
17    payments that your father would have made
18    from or to an entity called Tanas or Tanas,
19    AG?
20       MS. BECKMAN: Objection, scope.
21 **A.   No.**
22 Q.   If I can have you look at interrogatory No.

142

1    10 and then the response to that.  Have you
2    reviewed your response to interrogatory
3    number 10?
4  **A.   Yes.**
5  Q.   Okay.  Do you see that there's a reference I
6    believe it's the third to the last paragraph
7    about a Ukrainian investigation into your
8    father's ears criminal activities?
9  **A.   Number 10 -- which one did I review?  It's**
10    **this one?  Can you repeat the question.**
11 Q.   Do you see where there's a reference made to
12    a Ukrainian investigation?
13 **A.   The one further Ukraine has conducted an**
14    **independent investigation?**
15 Q.   Correct.
16 **A.   I see that.**
17 Q.   Have you followed the Ukrainian investigation
18    into your father Pavlo Lazarenko's
19    activities?
20       MS. BECKMAN: Objection.  Form.
21 **A.   Can you define followed?**
22 Q.   Have you reviewed information or findings

143

1    made by the Ukrainians with respect to their
2    investigation of your father's financial
3    dealings?
4  **A.   Can you repeat the question?**
5       MR. SCHWARTZ:  Read back.
6    (The previous question was read back.)
7  **A.   I don't understand reviewed, like how could I**
8     **review it?**
9  Q.   Well, if they've come to any sort of
10    conclusions and published a report or
11    published their findings, or made statements
12    regarding their findings, are you familiar
13    with any of those conclusions by the
14    Ukrainian government regarding it's
15    investigation of Pavlo Lazarenko's finances?
16 **A.   What I'm familiar with is the stuff I would**
17    **hear on the news and I don't --**
18 Q.   Did you hear anything in the news about
19    conclusions reached by the Ukraine government
20    regarding Pavlo Lazarenko's financial
21    investigation?
22 **A.   I don't get it.  I don't want to sound stupid**

144

1    **I just don't understand it.**
2  Q.   Let me try it another way.  So it says here
3    Ukraine has conducted an independent
4    investigation.  It determined that the bulk
5    of the funds are not criminally derived.
6    What I'm trying to understand is how you came
7    to that conclusion.  What information you
8    reviewed to reach that conclusion, if any.
9  **A.   Well, it says the Ukraine determined that the**
10    **bulk of the funds are not criminally derived.**
11    **I guess I've heard it somewhere.**
12 Q.   Do you know where you heard it?
13 **A.   I don't remember.**
14 Q.   Do you remember when you heard it?
15 **A.   I specifically don't remember any of that.**
16 Q.   Okay.  Do you remember discussing Ukraine's
17    investigation of your father's financial
18    activities with anyone?
19 **A.   Like in what form discussing?**
20 Q.   Orally discussing or discussing over e-mail,
21    Snap chat, any other form of communication,
22    what's App, Facetime?

145

1   A.   I mean I've discussed because I have my
2        sister, my brother and my mom like people
3        that I know that all this criminal thing was
4        politically motivated and we never believed
5        any of it and nothing came about it.  And so
6        that's all I know.
7   Q.   Okay.  Other than speaking about it with your
8        family, can you remember any other
9        conversations?
10  A.   I don't remember any specific conversation or
11       with who.
12  Q.   Okay.  Do you remember speaking with the
13       prosecutor general's office of Ukraine about
14       it's investigation?
15  A.   No.  I don't think so.
16  Q.   Okay.  All right.  I'm going to ask you
17       hopefully, generally, about the requests that
18       the United States made for what are called
19       requests for admission.  If I just told you
20       the term request for admission, does that
21       mean anything for you?
22  A.   No.

146

1   Q.   Okay.  In your conversations with Ms. Beckman
2        did you ever have conversations where she
3        told you that the government has asked a
4        series of questions where they were trying to
5        get you, your brother and your sister to take
6        a position on various issues in the case?
7   A.   Mm-hmm.
8   Q.   Okay.  And do you remember responding to
9        those?
10  A.   I think so.  I don't remember exactly.  Like
11       if you showed them to me I'll see.
12  Q.   Okay.  I'm going to show you what's been
13       marked as Duncan 6 and Duncan 7, and if you
14       could just review them, generally, to get an
15       understanding on what they are, I don't
16       intend to ask you questions about specific
17       requests for submission.  Have you had a
18       chance to review Duncan Exhibit 6 and 7?
19  A.   Yes.
20  Q.   Have you seen those before?
21  A.   Not in this form.  I think so, yeah.
22  Q.   Do you recall having conversations about

147

1        preparing responses to Duncan Exhibit 6 and
2        Exhibit 7?
3   A.   I think so, yeah.
4   Q.   Other than conversations you had with
5        Ms. Beckman, do you recall discussing your
6        responses to the request for admission with
7        anyone else?
8   A.   I don't think so, no.
9   Q.   Did you do anything personally to verify the
10       request for admission responses that are
11       drafted in Exhibit 6 and Exhibit 7?
12  A.   We've talked about it.  We reviewed it.  I
13       think so.
14  Q.   And other than speaking with your counsel and
15       reviewing it, did you do anything else in
16       preparing responses?
17  A.   I don't remember.  I don't remember.
18  Q.   Okay.  I'm going to show you what's been
19       marked as Duncan Exhibit 8.
20           MS. BECKMAN:  Can I just look over your
21       shoulder?  Okay.
22  Q.   And this is actually an exhibit to the first

148

1        set of requests for admissions.  This is just
2        a list of companies that were attached to
3        Duncan Exhibit 6.  What I'd like you to do
4        is, can you take a look at Duncan Exhibit 8
5        and let me know if the names of any of these
6        companies are familiar to you.
7           MS. BECKMAN:  Do you want her -- she --
8        she's asking for a pen to write on the
9        exhibit.  I don't know if you want her to
10       write on the exhibit.
11          MR. SCHWARTZ:  That's --
12          THE WITNESS:  No, I don't need it.
13          MS. BECKMAN:  Oh.
14          MR. SCHWARTZ:  Yeah, I was going to say
15       we can give her another copy if she was going
16       to write on it.
17  A.   I looked over it.
18  Q.   Do any of the company names listed on -- what
19       exhibit number is it?  Exhibit, is that 8 or
20       9?
21  A.   8.
22  Q.   On Exhibit 8 sound familiar to you?

Transcript of Lessia Shatalin
Conducted on March 13, 2019

---

149

1  A.  I've heard a few.

2  Q.  Okay.  Could you tell me which ones you've

3     heard of?

4  **A.  I've heard of Privat Bank.  I've heard of**

5     **United Energy Systems.  I've heard of**

6     **Zemelny, Kyivstar.  So far that is it that I**

7     **recall.**

8  Q.  Okay.  Let's start with Kyivstar, what is

9     your understanding of Kyivstar?

10 **A.  It's one of the -- it's a big phone company**

11    **in Ukraine.**

12 Q.  Do you have any other knowledge regarding

13    Kyivstar?

14 **A.  No.**

15 Q.  Do you have any financial dealings with

16    Kyivstar?

17 **A.  When I go there, I get the Sim card from**

18    **Kyivstar that says, so do millions of other**

19    **people.**

20 Q.  Other than using their telephone services, do

21    you have any sort of financial or business

22    arrangement with Kyivstar?

---

150

1  **A.  No.**

2  Q.  Are you aware of anyone in your family having

3     a financial interest in Kyivstar?

4  **A.  To the best of my knowledge, no.**

5  Q.  Are you aware of anyone in your family

6     investing in Kyivstar?

7  **A.  I'm not aware of that.**

8  Q.  Okay.  Are you aware of anyone in your family

9     loaning money to Kyivstar?

10 **A.  I'm not aware of that.**

11 Q.  Let's go to PrivatBank.

12 **A.  Yeah.**

13 Q.  What is your knowledge of PrivatBank?

14 **A.  It's a big bank in Ukraine.  It's on every**

15    **corner.**

16 Q.  Do you have an account with PrivatBank?

17 **A.  I don't.**

18 Q.  Okay.  Do you know anyone who has an account

19    at PrivatBank?

20 **A.  I don't recall anyone that has an account**

21    **there.**

22 Q.  Have you had any financial dealings with

---

151

1     PrivatBank?

2  **A.  No.**

3  Q.  Do you know anyone in your family who's had

4     financial dealings with PrivatBank?

5  **A.  To the best of my knowledge, I don't remember**

6     **no one that does.**

7  Q.  Are you aware of any -- anyone in your family

8     loaning money to PrivatBank

9  **A.  No, I'm not aware of that.**

10 Q.  Are you aware of anyone in your family

11    receiving money from PrivatBank?

12 **A.  I don't think so, no.**

13 Q.  Are you aware of anyone in your family having

14    an ownership interest in PrivatBank?

15 **A.  I'm not aware of it.  No.**

16 Q.  Okay.  What about United Energy Systems of

17    Ukraine, what is your knowledge of United

18    Energy Systems of Ukraine?

19 **A.  I only have a knowledge of it.  I remember it**

20    **coming up in the criminal case, specifically**

21    **how, I don't remember.**

22 Q.  And when you say it came up in the criminal

---

152

1     case, you're referring to your father's

2     criminal case?

3  **A.  Yes.**

4  Q.  Okay.  So your recollection Of United Energy

5     Systems of Ukraine would have to deal with

6     the criminal charges filed against your

7     father?

8  **A.  I don't know do with.  I remember hearing**

9     **this name at the trial.  I don't know in what**

10    **capacity, in what, so I cannot say that it**

11    **has anything to do with his alleged.**

12 Q.  Do you have any financial dealings with

13    United Energy Systems of Ukraine?

14 **A.  No.**

15 Q.  Do you know if anyone in your family has

16    financial dealings with Unite Energy Systems

17    of Ukraine?

18 **A.  I don't think so, no.**

19 Q.  Do you know if anyone in your family has

20    received money from United Energy Systems of

21    Ukraine?

22 **A.  I don't think so, no.**

Transcript of Lessia Shatalin
Conducted on March 13, 2019

---

153

1  Q.   Do you know if anyone from your family has
2       sent money to United Energy Systems of
3       Ukraine?
4  A.   I don't think so.
5  Q.   Do you know if anyone in your family has an
6       ownership interest in United Energy Systems
7       of Ukraine?
8  A.   I don't think so, no.
9  Q.   Okay.  And we previously discussed Zemelny
10      Bank --
11 A.   Yes, we have.
12 Q.   -- do you have any other information
13      regarding Zemelny Bank that you would like to
14      share other than what you already provided
15      today?
16 A.   I have nothing to add.
17 Q.   Okay.  And I believe you said you personally
18      do not have any financial interest in Zemelny
19      Bank.  Is that correct?
20 A.   To the best of my knowledge, I don't recall
21      having any.
22 Q.   Okay.  And you also said you are not aware of

154

1       your -- of previously having any financial
2       interest in Zemelny Bank?
3  A.   I said to the best of my knowledge, I don't
4       recall having any financial interest in
5       Zemelny Bank.
6  Q.   Other than your positions with UIS, Inc. have
7       you every held any other management or board
8       positions with a company?
9            MS. BECKMAN: Objection. Scope. You
10      can answer.
11 A.   I don't think so.
12 Q.   I'm sorry, you said you don't think so?
13 A.   Yeah.
14 Q.   All right.  I'm going to show you what was
15      previously marked as Duncan Exhibit No. 9 and
16      this was also an attachments to the first set
17      of requests for admission.  If you can have a
18      chance, I'm going to ask whether or not any
19      of the names on Duncan Exhibit 8 look
20      familiar to you.  I'm sorry, whether any of
21      the names on Duncan Exhibit 9 look familiar
22      to you.

155

1  A.   I reviewed it.
2  Q.   Okay.  Do any of the names on deposition
3       Exhibit Duncan 9 look familiar to you?
4  A.   Some do.
5  Q.   Okay.  Which ones look familiar to you?
6  A.   Vadim Agafonov, Mykola Agafonov, Gadyatsky,
7       Leonid and I believe Valentina was his wife,
8       Pinchuk, both Tymoshenkos.  I heard of
9       Tihipko.  I might be missing some but I'm not
10      sure.
11 Q.   Okay.
12 A.   These are the ones that I can say that I've
13      heard of them.
14 Q.   Okay.  How of you heard of Vadim Agafonov?
15 A.   He was the son of Mykola Agafonov and family
16      we're friends with them.  So I'm not sure if
17      I ever met him but I heard that that was the
18      older son.
19 Q.   Okay.  And are you aware of any connections
20      between Vadim Agafonov and you or your
21      family?
22 A.   No.

156

1  Q.   Are you aware of any financial connections
2       between Vadim Agafonov and any corporation
3       associated with your father?
4  A.   No.
5  Q.   Are you aware of your father ever providing
6       money to Vadim Agafonov?
7  A.   No.
8  Q.   Are you aware of Vadim Agafonov ever
9       providing money to your father?
10 A.   No.
11 Q.   And who is Mykola Agafonov?
12 A.   That's his father.
13 Q.   Okay.  What knowledge do you have of Mykola
14      Agafonov?
15 A.   They were friends.  My dad and him were
16      friends, used to hang out as families
17      together.  Before he died.
18 Q.   Okay.  Are you aware of any business ties
19      between Mykola Agafonov and your father?
20 A.   No.
21 Q.   Are you aware of Mykola Agafonov ever giving
22      money to your father?

Transcript of Lessia Shatalin
Conducted on March 13, 2019

157

1  A.  No.
2  Q.  Are you aware of Nikola Agafonov ever
3      transferring money to a corporation
4      associated or affiliated with your father?
5  A.  No.
6  Q.  Are you aware of your father ever
7      transferring to a corporation affiliated with
8      Mykola Agafonov?
9  A.  No.
10 Q.  Are you aware of any allegations regarding
11     bribe payments between your father and Mykola
12     Agafonov?
13 A.  No.
14 Q.  And who is Leonid Gadyatsky?
15 A.  I've seen him around and heard of him when we
16     were very young. I don't really remember.
17 Q.  Do you know how he was affiliated with your
18     family?
19 A.  I don't remember. That was like --I was a
20     kid. I don't remember. I remember the name,
21     what capacity I don't remember.
22 Q.  Okay. Are you aware of any financial

158

1      dealings between Leonid Gadyatsky and your
2      father?
3  A.  No.
4  Q.  Are you aware of any financial transactions
5      between corporations affiliated with Leonid
6      Gadyatsky and your father?
7  A.  No.
8  Q.  Are you aware of any financial transactions
9      between corporations affiliated with your
10     father and Leonid Gadyatsky?
11 A.  No.
12 Q.  Are aware of any corporations affiliated with
13     your father between those corporations and
14     corporations affiliated with Leonid
15     Gadyatsky?
16 A.  No.
17 Q.  And who is Valentina Gadyatsky?
18 A.  I believe that's his wife but I'm not sure.
19 Q.  Okay. Have you ever met Valentina Gadyatsky?
20 A.  I don't recall meeting her but I might have,
21     but I don't remember.
22 Q.  Okay. Do you know if she was -- if Valentina

159

1      Gadyatsky was friends with your father?
2  A.  I don't know. I don't remember. That was
3      like years ago.
4  Q.  Okay. Do you --
5  A.  I've heard of the name, that's all I can say.
6  Q.  Do you know if Valentina Gadyatsky was
7      friends with your mother?
8  A.  I don't know.
9  Q.  If I asked you the same series of questions
10     regarding financial transactions between
11     Valentina Gadyatsky and your father and
12     corporations affiliated with your father,
13     would you answer in the same manner?
14 A.  Yes.
15 Q.  Okay. Short circuit then. Who is Victor
16     Pinchuk?
17 A.  Heard of him on the news. I think he was
18     married or he's still married to Kuchma's
19     daughter.
20 Q.  And when you say Kuchma, you mean Leonid
21     Kuchma?
22 A.  The former president, yeah.

160

1  Q.  Okay. And what is -- are you aware of any
2      affiliation between Viktor Pinchuk and your
3      father?
4  A.  No.
5  Q.  Are you aware of any financial dealings
6      between Viktor Pinchuk and your father?
7  A.  No.
8  Q.  Are aware of any financial dealings between
9      corporations affiliated with Viktor Pinchuk
10     and your father?
11 A.  No.
12 Q.  Are you aware of any financial dealings
13     between corporations affiliated with your
14     father and Viktor Pinchuk?
15 A.  No.
16 Q.  And are you aware of any financial dealings
17     between corporations affiliated with your
18     father and corporations affiliated with
19     Viktor Pinchuk?
20 A.  No.
21 Q.  And who is Sergei Tihipko?
22 A.  I think he was -- yeah, he was vice prime

Transcript of Lessia Shatalin
Conducted on March 13, 2019

---

161

1    **minister or prime minister one point of**
2    **Ukraine.  I heard from the news.**
3    Q.   At what point was he prime minister or vice
4    prime minister of Ukraine?
5    **A.   After my dad.**
6    Q.   After your father?
7    **A.   Way after.  I don't remember.**
8    Q.   Do you know if -- have you ever met Sergei
9    Tihipko?
10   **A.   No.**
11   Q.   Do you know if your father's met Sergei
12   Tihipko?
13   **A.   I don't know.**
14   Q.   Okay.  If I ask you the same series of
15   questions regarding financial dealings
16   between Sergei Tihipko and corporations
17   affiliated with him and your father or
18   corporations affiliated with your father
19   Pavlo Lazarenko, would your answers be the
20   same?
21   **A.   Yes.**
22   Q.   Okay.  And who is Olexander Tymoshenko?

---

162

1    **A.   I believe that's Yulia Tymoshenko's husband.**
2    Q.   Okay.  And who is Yulia Tymoshenko?
3    **A.   She's prime minister of Ukraine.**
4    Q.   Okay.  And was she prime minister of Ukraine
5    before or after your father?
6    **A.   After.**
7    Q.   Okay.  And are you aware of any personal
8    connection between Yulia Tymoshenko and your
9    father?
10   **A.   I'm not aware.  To the best of my knowledge,**
11   **no.**
12   Q.   Okay.  And are you aware of any personal
13   relationship between Olexander Tymoshenko and
14   your father?
15   **A.   To the best of my knowledge, no.**
16   Q.   Okay.
17   **A.   I don't think so.**
18   Q.   With respect Yulia Tymoshenko are you aware
19   of any business dealings between Yulia
20   Tymoshenko and your father?
21   **A.   No.**
22   Q.   Are you aware of any business dealings

---

163

1    between corporations affiliated between Yulia
2    Tymoshenko and your father?
3    **A.   No.**
4    Q.   Are you aware of any business dealings
5    between corporations affiliated with your
6    father and Yulia Tymoshenko?
7    **A.   No.**
8    Q.   Are you aware of any business dealings
9    between corporations affiliated with your
10   father and corporations affiliated with Yulia
11   Tymoshenko?
12   **A.   No.**
13   Q.   If I asked you the same questions regarding
14   Olexander Tymoshenko and corporations
15   associated with him, and corporations and
16   entities affiliated with your father or your
17   father personally, would you answer the same
18   way?
19   **A.   Yes.**
20         MR. SCHWARTZ:  Okay.  Why don't we take
21   a quick break.
22         MS. BECKMAN:  Sure.

---

164

1          THE VIDEOGRAPHER:  Off the record at
2    3:42 p.m.
3    (A recess was taken.)
4          THE VIDEOGRAPHER:  Here begins disk No.
5    3 in the deposition of Lessia Shatalin.  The
6    time is 4:08 p.m.  We are back on the record.
7    Q.   Ms. Shatalin, you remember that you are still
8    under oath, correct?
9    **A.   I do.**
10   Q.   Earlier today we talked about the family
11   meeting that you had some time in 1997 or
12   1998 regarding the Balford trust --
13   **A.   Yes.**
14   Q.   -- with your family.  Other than that meeting
15   -- well, strike that.  At that meeting did
16   your parents ever tell you how much money was
17   in the Balford trust?
18   **A.   I don't -- no, I don't think so, no.**
19   Q.   When did you come to learn how much money was
20   in the Balford trust?
21   **A.   Of the specific amount when we started this**
22   **thing.**

---

Transcript of Lessia Shatalin
Conducted on March 13, 2019

165

1  Q.  This thing being your --
2  A.  The case.  Yeah.
3  Q.  -- claim?  So your claim in this case?
4  A.  Yeah.
5  Q.  So some time around 2004 you developed an
6      understanding of how much money was in the
7      Balford trust?
8  A.  I don't recall specifically but I assume so.
9  Q.  Okay.  Was this a conversation you had with
10     your parents?
11 A.  I think -- I think as to the sum, the exact
12     sum I think it was from all the filings and
13     the documents that we reviewed.  That's what
14     I remember.  I'm not sure.
15 Q.  And when you say the documents you reviewed,
16     what documents are you talking about?
17 A.  Whatever stuff we got about this case,
18     whatever the numbers to all this stuff that
19     we got over the years.
20 Q.  And is that information that you got from
21     your attorney --
22 A.  Yeah.

166

1  Q.  -- or did you get it from somewhere else
2  A.  From attorneys or when the government send it
3      to the attorneys.
4  Q.  Did you ever have any conversations with your
5      parents regarding the amount of money that
6      was in the Balford trust?
7  A.  Specifically about the sums, I don't recall
8      having a conversation.
9  Q.  How about generally about the sums?
10 A.  Specifically I don't recall.  Generally I
11     don't -- generally I don't recall exactly we
12     had conversation or when or how, I don't
13     remember.
14 Q.  Okay.  Did you have a conversation with your
15     sister, Ms. Duncan, about the amount of money
16     that was in the Balford trust?
17 A.  Some point, yeah, probably.
18 Q.  Tell me about that, what you recall about
19     that conversation?
20 A.  I don't recall I mean I guess from one of
21     these -- so like we saw the amount, like we
22     talked, maybe we mentioned it to each other

167

1      but as to the specific nature of it, I don't
2      remember talking about it.
3  Q.  What did you think when you found out how
4      much money was in the Balford trust?
5      MS. BECKMAN: Objection, form.
6  A.  I don't understand.
7  Q.  Were you surprised to learn how much money
8      was in the Balford trust?
9  A.  I cannot answer.  I don't remember my
10     reaction to it.
11 Q.  Okay.  What is your understanding of how much
12     money is in the Balford trust?
13 A.  My understanding is the amount that's shown
14     there, that's the amount that's there.
15 Q.  Somewhere over $150,000,000, does that sound
16     right?
17 A.  Something like that.
18 Q.  Okay.  Did you ever discuss how $150,000,000
19     came to be deposited into the Balford trust
20     with your parents?
21 A.  No.
22 Q.  Did you ever discuss how $150,000,000 ever

168

1      got deposited to the Balford trust with your
2      sister?
3  A.  No.
4  Q.  Did you ever discuss how your parents were
5      able to accumulate $150,000,000 with anyone?
6  A.  No.
7  Q.  Does it surprise you that your parents
8      accumulated $150,000,000 to deposit in the
9      Balford trust?
10 A.  We don't talk about money in our family, so
11     we never discussed it.  I don't -- I cannot
12     answer whether I surprised or not surprised.
13     I don't think I had a reaction to it.
14 Q.  Aren't you curious as to how your father and
15     mother accumulated $150,000,000 to deposit
16     into the Balford trust?
17     MS. BECKMAN: Objection, form.
18 A.  I don't -- I don't think I'm curious about
19     it, no.  We never talked about money or any
20     of that.
21 Q.  Is 100 -- is $150,000,000 a lot of money to
22     you?

169

1  A.  It is.
2  Q.  Okay.  And so you have no sense of curiosity
3     regarding how that money came to be in your
4     parent's possession?
5        MR. STASSEN:  Objection.  Asked and
6     answered.
7        MS. BECKMAN:  Objection.  Asked and
8     answered.
9  A.  I don't have curiosity towards it.
10 Q.  Did you ever have conversations with your
11    brother about the amount of money that had
12    been deposited in the Balford trust?
13 A.  I'm not sure.  We don't talk that much.
14 Q.  You don't talk that much, period or you don't
15    talk that much about the Balford trust?
16 A.  We don't talk that much, period.
17 Q.  Other than your attorneys, can you recall
18    having conversations with anyone else about
19    the Balford trust?
20 A.  I mean I've talked with my parents about it
21    but that's it.  But that's when it was
22    established.  When that conversation -- then

170

1     like in the procedures of this case, maybe.
2     I don't know.
3  Q.  Okay.  So other than your family and your
4     attorneys, do you remember having any
5     communications with anyone else about the
6     Balford trust?
7  A.  Specifically I don't recall.  I might have,
8     might have not, but I don't recall.
9  Q.  Okay.  Do you recall anything generally about
10    conversations with anyone besides your family
11    and your attorneys about the Balford trust?
12 A.  Maybe.  I don't recall the specifics.
13 Q.  Do you recall any conversations with anyone
14    regarding the need to file tax forms related
15    to the Balford trust?
16 A.  Tax forms?  I don't remember.  I mean the
17    money is frozen, so it's been frozen since
18    2000, so I don't understand how.  I don't --
19    I don't remember.
20 Q.  I'm just asking whether or not you recall
21    having conversations with an accountant or
22    anybody?

171

1  A.  No.  No, I don't recall.
2        MR. SCHWARTZ:  Exhibit 10.
3  (Exhibit Shatalin-10 was marked for
4  identification and is attached to the
5  transcript.)
6        MR. SILVERSMITH:  Is this S-10?
7        MR. SCHWARTZ:  Yes.
8  Q.  You've had a chance to review deposition
9     Exhibit 10?
10 A.  Mm-hmm.
11 Q.  Do you recall signing deposition Exhibit 10?
12 A.  Yeah that's my -- yeah, I do.
13 Q.  Okay.  What do you recall about your decision
14    to sign deposition Exhibit 10?
15 A.  That I signed it.
16 Q.  Do you recall having discussions with your
17    attorney at the time Mr. Weinberg about
18    signing this document?
19 A.  I don't recall.
20 Q.  Do you recall having discussions with anyone
21    besides Mr. Weinberg about signing deposition
22    exhibit 10?

172

1  A.  I don't recall.
2  Q.  Do you recall having any conversations with
3     your father about the claim that you were
4     making in this case?
5  A.  I don't remember.
6  Q.  Do you recall having any conversations with
7     attorneys for your father about the claim
8     that you're making in this case?
9        MS. BECKMAN:  Objection, form.
10 A.  I don't recall.
11 Q.  Before we talked about the representation
12    that you made in response to, I believe it
13    was interrogatory No. 5, where you said that
14    you had an understanding that your father
15    would have his federal and state income taxes
16    paid out of some of the distributions from
17    the Balford trust?
18 A.  Mm-hmm.
19 Q.  Do you recall that?
20 A.  Mm-hmm.
21 Q.  Do you have any other agreement with your
22    father regarding sharing in the distribution

Transcript of Lessia Shatalin
Conducted on March 13, 2019

173

1  of the funds recovered from the Balford
2  trust?
3  **A.  I don't really understand.  I don't think so,**
4  **no.  I don't think so.**
5  Q.  Have you ever talked with your fatter about
6  how you would divide any assets recovered at
7  the end of this case?
8  **A.  No.**
9  Q.  Okay.  Did your father every instruct you to
10  make any payments to his attorneys on his
11  behalf?
12 **A.  No.**
13 Q.  Did you ever receive any funds from Pavlo
14  Lazarenko's attorneys?
15 **A.  No.**
16 Q.  Okay.  If I could have you look at deposition
17  Exhibit 10, do you see where it says, Lessia
18  Lazarenko hereby claims the following In rem
19  defendant property?
20 **A.  Which one is that?**
21 Q.  Exhibit 10, it's the one I just handed you,
22  the first page.

174

1  **A.  Mm-hmm.**
2  Q.  Do you see where it lists the assets that
3  you're claiming?
4  **A.  Mm-hmm.**
5  Q.  Is it your understanding that this represents
6  the entirety of the assets that you're
7  claiming in this case?
8  **A.  You mean this line, the little lines?**
9  Q.  The little lines.
10 **A.  Yeah.**
11 Q.  Okay.  And you're not declaring an interest
12  in any other assets in this case, correct?
13 **A.  Just the Balford trust.**
14 Q.  Just the Balford trust.
15 **A.  Yes.**
16 Q.  Okay.  When did you acquire your interest in
17  the Balford trust?
18     MR. STASSEN: Objection to form.
19     MS. BECKMAN: Objection to form.  Calls
20  for a legal conclusion.
21 **A.  I think when we had the meeting with our**
22  **parents that they they're going to set up the**

175

1  **trust and later we learned that it's the**
2  **Balford trust.**
3     (Exhibit Shatalin-11 was marked for
4  identification and is attached to the
5  transcript.)
6  Q.  Do you recognize deposition Exhibit
7  Shatalin-11?
8  **A.  No.**
9  Q.  Do you see that the title of deposition
10  Exhibit 11 is declaration of trust with
11  speculative and protective clauses?
12 **A.  I see it.**
13 Q.  Okay.  Do you have any understanding as to
14  this document being the document that created
15  the Balford trust?
16 **A.  Never seen it before but taking a look at it**
17  **now.**
18     MR. STASSEN: Again, her testimony, are
19  you asking her to interpret the document?
20     MR. SCHWARTZ: No, I just want to see if
21  she's familiar with it or has an
22  understanding that this is what created her

176

1  interests in it.
2     MR. STASSEN: I think she just said I
3  haven't seen it before but I'll give you an
4  opinion in essence but I wasn't sure if you
5  wanted that opinion.
6     MR. SCHWARTZ: I'll take her opinion.
7  We may move on very quickly.
8  **A.  I don't think -- I mean to my understanding**
9  **that's what it is but I've never seen it**
10  **before.**
11 Q.  Okay.
12 **A.  And I don't know -- I don't understand this**
13  **legal stuff.**
14 Q.  But you have an understanding that the
15  Balford trust is the trust that was created
16  that your parents referenced in their
17  fireplace meeting with you and your family in
18  --
19 **A.  It wasn't called Balford at that -- there**
20  **wasn't name -- wasn't name but, yes, we**
21  **understand this is it.**
22 Q.  Okay.  And would your understanding be that

Transcript of Lessia Shatalin
Conducted on March 13, 2019

---

**177**

1  your interests in the trust is rived from
2  this particular document?
3      MS. BECKMAN: Objection. Form. Calls
4  for a legal conclusion.
5  A.  I don't -- I don't understand.
6  Q.  Do you have an understanding of what this
7  document does, deposition Exhibit 11?
8  A.  Yeah, looks like it establishes the trust.
9  Q.  Okay. And in establishing the trust it would
10  also set out your interest in the trust as
11  well?
12      MS. BECKMAN: Objection. Same
13  objection.
14  A.  I guess so.
15  Q.  Okay. And I apologize if I asked you this
16  before, did you give anything of value for
17  your interest in the Balford trust?
18      MR. STASSEN: Objection. Asked and
19  answered.
20  A.  No.
21      MR. STASSEN: Calls for legal
22  conclusion.

---

**178**

1  Q.  Do you hold an interest in any other assets
2  in which your father, Pavlo Lazarenko also
3  holds an interest?
4      MS. BECKMAN: Objection. Scope.
5  A.  I don't understand it, the question.
6  Q.  Are you co-owners with your father Pavlo
7  Lazarenko of any assets?
8  A.  To the best of my knowledge, no.
9  Q.  Okay. Are you co-owners with your father,
10  Pavlo Lazarenko of any bank accounts?
11  A.  No.
12  Q.  Are you --
13  A.  Don't think so.
14  Q.  -- co-owners with any companies affiliated
15  with Pavlo Lazarenko of any property or bank
16  accounts?
17  A.  To the best of my knowledge, no.
18  Q.  Okay. Do you hold an interest in any
19  property in which your father's current wife,
20  Oksana Tsykova holds an interest?
21  A.  I don't think so, no.
22  Q.  Do you share any bank accounts with Oksana

---

**179**

1  Tsykova?
2  A.  No, I don't think so. No.
3  Q.  Earlier today we mentioned Tamara Tsykova who
4  I understand is Oksana Tsykova's mother?
5  A.  Yes.
6  Q.  And she was identified in the newspaper
7  article we looked at or news article that we
8  looked at as a 22% owner of Zemelny Bank, do
9  you remember that?
10  A.  I remember looking at it, yes.
11  Q.  Okay. Do you own any property with Tamara
12  Tsykova?
13  A.  To the best of my knowledge I don't recall
14  owning any property with Tamara Tsykova?
15  Q.  Do you own or share any bank accounts with
16  Tamara Tsykova?
17  A.  To the best of my knowledge I don't recall
18  owning any bank accounts with Tamara Tsykova.
19  Q.  Have you had any conversations with Oksana
20  Tsykova regarding any of the defendant assets
21  in this case?
22  A.  Don't remember. I don't -- I don't think --

---

**180**

1      I don't remember.
2  Q.  Okay. Have you had any conversations with
3  Oksana Tsykova regarding any of your father's
4  currently held assets?
5  A.  I don't think so. I don't remember the
6  specifics, no.
7  Q.  Has Tamara - strike that. Has Oksana Tsykova
8  ever given you any instructions on
9  transferring money to or from your father
10  Pavlo Lazarenko?
11  A.  I don't think so, no.
12  Q.  Has Oksana Tsykova ever made any requests for
13  you to provide her money?
14  A.  I don't think so, no.
15  Q.  Has Tamara Tsykova ever asked to take any
16  action with respect to the Balford trust?
17  A.  Tamara Tsykova?
18  Q.  I'm sorry, Oksana Tsykova?
19  A.  I don't think so, no.
20  Q.  Okay. Do you hold an interest in any
21  property in which your brother Alexander
22  Lazarenko also holds an interest?

---

181

1  A.  **To the best of my knowledge I don't think so.**
2     **I don't recall it now, no.**
3  Q.  Would you consider UIS, Inc. which we talked
4     about earlier an asset held by Alexander
5     Lazarenko?
6        MS. BECKMAN: Objection. Scope.
7  A.  **Alex -- that's Alex's company, yes.**
8  Q.  Okay. And you don't hold any sort of
9     ownership interest in UIS, Inc.?
10 A.  **I don't believe I do. I don't -- to the best**
11    **of my knowledge I don't have ownership over**
12    **it.**
13 Q.  And other than the UIS bank accounts that we
14    spoke of earlier, do you share any bank
15    accounts with Alexander Lazarenko?
16 A.  **To the best of my knowledge I don't recall.**
17 Q.  Okay. Do you hold an interest in any assets
18    in which your sister also holds an interest?
19       MS. BECKMAN: Objection. Scope.
20 A.  **Would that be the Balford trust, I guess?**
21 Q.  Let's say other than the Balford trust.
22 A.  **I don't think so I don't remember.**

182

1  Q.  Did you and your sister every share ownership
2     of any property --
3        MS. BECKMAN: Objection. Scope.
4  Q.  -- like a house or a condominium?
5        MS. BECKMAN: Objection. Scope.
6  A.  **Ownership, I don't think so. I don't recall.**
7  Q.  Did you ever consider taking any action to
8     disclaim your interests in the Balford trust?
9  A.  **Can you specify disclaim?**
10 Q.  Sure. When I say disclaim, I mean have you
11    ever taken any action to give up your
12    interest in the Balford trust or renounce
13    your interest in the trust?
14 A.  **I don't think so, I don't.**
15 Q.  Has anyone every asked you to give up your
16    united in the trust or remove yourself as a
17    beneficiary from the Balford trust?
18 A.  **I don't think so, no.**
19 Q.  Did you ever have any discussions with
20    anybody about withdrawing your interest as a
21    beneficiary in the Balford trust?
22 A.  **I don't think so. To the best of my**

183

1     knowledge I don't remember.
2  Q.  Do you recall during your father's criminal
3     trial any discussions regarding using the
4     assets in the Balford trust as security to
5     guarantee his release from prison?
6  A.  **I don't remember. I don't recall.**
7  Q.  Do you have any information about how the
8     Balford trust was funded had by your parents?
9  A.  **No.**
10       MR. STASSEN: Objection. Asked and
11    answered.
12 Q.  Do you know where the money in the Balford
13    trust came from?
14 A.  **No.**
15       MR. STASSEN: Objection. Asked and
16    answered.
17 Q.  Do you know which bank accounts your parents
18    used to place money in the Balford trust?
19       MR. STASSEN: Objection. Asked and
20    answered.
21 A.  **No.**
22 Q.  Do you know who owned the bank accounts that

184

1     deposited money into the Balford trust?
2        MR. STASSEN: Objection. Asked and
3     answered.
4  A.  **No.**
5  Q.  Do you know how the money that was deposited
6     into the Balford trust was generated?
7        MR. STASSEN: Asked and answered.
8     Objection.
9  A.  **No.**
10 Q.  Can you identify any sources of income for
11    the funds that were placed in the Balford
12    trust?
13       MR. STASSEN: Objection. Asked and
14    answered.
15 A.  **No.**
16 Q.  Do you have an understanding of the
17    affirmative defenses that you're raising in
18    this case?
19 A.  **I don't know what affirmative defense is.**
20       MR. STASSEN: Objection to form. Calls
21    for legal conclusion.
22       (Exhibit Shatalin-12 was marked for

185

1  identification and is attached to the
2  transcript.)
3      MR. SCHWARTZ:  Yeah, it's dated August
4  27 or August 2017.
5      MR. SILVERSMITH:  This is Pavlo's answer
6  in mine --
7      MS. BECKMAN:  No, this is --
8      MR. SCHWARTZ:  You might have gotten the
9  wrong one --
10     MR. STASSEN:  I have the right one, I
11 think.
12     MS. BECKMAN:  That would explain why
13 there's so many copies.  I have the right
14 one.  Let's make sure you have the right one.
15 Yeah.
16     MR. STASSEN:  That's the most important.
17     MR. SCHWARTZ:  Only Jed has the wrong
18 copy.  Not at all.
19 Q.  Ms. Shatalin, I'm only going to ask you
20 questions about the last two or three pages
21 of Exhibit 12.  So you are obviously free to
22 look at the entire exhibit, but I'm only

186

1  going to ask you about Pages 21 and 22.
2  A.  Okay.
3  Q.  So let me know when you're done reviewing
4  those pages.
5  A.  Mm-hmm.  Yes.
6  Q.  Okay.  Do you see the heading where it says
7  affirmative defenses?
8  A.  Yes.
9  Q.  I'll just ask broadly at first on Page 21 of
10 Exhibit 12, the first affirmative defense
11 listed is lack of jurisdiction.  Do you have
12 any information regarding the affirmative
13 defense of lack of jurisdiction?
14     MS. BECKMAN:  Objection.  Form.
15 A.  This is all legal language.  I don't really
16 understand it.
17 Q.  Do you have any information to support the
18 defense of lack of jurisdiction that you've
19 alleged.
20     MS. BECKMAN:  Objection, form.
21     MR. STASSEN:  Objection.  Asked and
22 answered.

187

1  Q.  You can answer.
2  A.  Can you repeat it again, please?
3      MR. SCHWARTZ:  Can you repeat the
4  question for once?
5      (The previous question was read back.)
6      MS. BECKMAN:  Objection.  Form.
7  A.  Did I have any information or additional
8  information?
9  Q.  Additional information.
10 A.  I don't think so, no.
11 Q.  Do you have any documents to support the
12 affirmative defense of lack of jurisdiction?
13     MS. BECKMAN:  Objection.  Form.
14 A.  Do I have any documents in my possession?
15 Q.  Yes.
16 A.  I don't think so.
17 Q.  With respect to the affirmative defense of
18 lack of probable cause, what information do
19 you have to support the affirmative defense
20 of lack of probable cause other than what's
21 listed in Paragraph 157 of Exhibit 12?
22     MS. BECKMAN:  Objection.  Form.  Calls

188

1  for a legal skills.
2  A.  I don't understand what this is.  I can't
3  answer it, it's all legal language, I don't
4  understand it.
5  Q.  Okay.  Do you have any documents in your
6  possession to support the affirmative defense
7  have of lack of probable cause?
8      MS. BECKMAN:  Objection.  Form.
9  A.  I don't --
10     MR. STASSEN:  Objection.
11 A.  I don't think so.  I don't understand this
12 question.
13 Q.  Well, let me try and put it in a way that you
14 understand.  You have alleged in your answer
15 to the complaint the affirmative defense of
16 lack of probable cause.  Do you have any
17 understanding of what that affirmative
18 defense is?
19     MS. BECKMAN:  Objection.  Form.
20 Q.  Do you have any understanding of the defense
21 of lack of probable cause that you have
22 alleged in your answer to the first amended

**189**

1    verified complaint?
2        MS. BECKMAN: Objection. Form.
3  **A.  I don't -- do I have --**
4  Q.  Do you have any information to support the
5    statement that you've made in Paragraph 157
6    of Exhibit 12, the affirmative defense of
7    lack of probable cause?
8        MS. BECKMAN: Objection. Form. She's
9    not a lawyer.
10 **A.  I don't -- I don't know how to answer this**
11   **question.**
12 Q.  Do you have any documents in your possession
13   to support the affirmative defense of lack
14   probable cause?
15       MS. BECKMAN: Objection. Form.
16 **A.  I don't recall having any.**
17 Q.  In Paragraph 158 you've raised the
18   affirmative defense of statute of limitation
19   Do you have any understanding of affirmative
20   defense of statute of limitations is?
21       MS. BECKMAN: Objection. Form.
22 **A.  This is legal stuff. I don't really**

**190**

1    **understand all of it.**
2  Q.  Do you have any information to support the
3    legal affirmative defense of statute of
4    limitations?
5        MS. BECKMAN: Objection. Form.
6  **A.  I don't -- I don't -- I don't recall it. I**
7    **don't think so. I don't know.**
8  Q.  Do you have any documents to support the
9    affirmative defense of statute of
10   limitations?
11       MS. BECKMAN: Objection. Form.
12 **A.  I don't think so.**
13 Q.  Okay. And then the last affirmative defense
14   is innocent interest due process. Do you
15   have any information to support the
16   affirmative defense of innocent interest, due
17   process?
18       MS. BECKMAN: Objection. Form.
19 **A.  Do I have any --**
20       MS. BECKMAN: Calls for a legal
21   conclusion.
22 Q.  Do you have any information to support the

**191**

1    affirmative defense of innocent interest, due
2    process?
3        MS. BECKMAN: Objection. Form. Calls
4    for a legal conclusion.
5  **A.  Do I have any information?**
6  Q.  Correct.
7  **A.  To support?**
8  Q.  Correct.
9        MS. BECKMAN: Same objection.
10 **A.  I mean, I mean we are -- we are children and**
11   **when this trust was created so I don't see**
12   **how it wouldn't be the fact that we are --**
13   **that we have innocent interest in it, I don't**
14   **understand it.**
15 Q.  Okay. Other than the fact that were a child
16   when obtained your interest do you have any
17   other information to support a defense of
18   innocent interest?
19       MS. BECKMAN: Objection. Form. Calls
20   for a legal conclusion.
21 **A.  I -- I don't think so. I don't know.**
22 Q.  Okay. Do you receive statements from the

**192**

1    Balford trust?
2  **A.  I don't.**
3  Q.  Do you know if your sister received
4    statements from the Balford trust?
5  **A.  I don't know that.**
6  Q.  Do you know if your brother received
7    statements from the Balford trust?
8  **A.  I don't know that.**
9  Q.  Do you receive any correspondence from the
10   Balford trust?
11 **A.  Personally I do not.**
12 Q.  Have you every received any correspondence
13   from the Balford trust?
14 **A.  I don't recall receiving.**
15 Q.  Have you every signed any documents
16   pertaining to the Balford trust?
17 **A.  Maybe. I'll have to see it. I don't -- on**
18   **top of my head I don't remember signing**
19   **anything.**
20 Q.  Okay. Do you remember providing any sort of
21   instructions to the trustees of the Balford
22   trust regarding what you want done with any

Transcript of Lessia Shatalin
Conducted on March 13, 2019

193

1    of the assets held in the trust?
2  **A.  I don't remember.  I have to see if I did or**
3  **did not.  I don't remember.  I don't.**
4   Q.   Do you have any understanding of how the
5    trust funds are invested?
6  **A.  I don't think so, no.**
7   Q.   Do you have any understanding of who controls
8    the trust?
9  **A.   I don't think so.**
10  Q.   Do you under -- have an understanding of how
11    the trust earns income, if it, in fact, earns
12    any income?
13 **A.   I don't think I have an understanding of it,**
14  **no.**
15  Q.   Have you ever been provided any information
16    by the trustees of the Balford trust
17    regarding the status of the assets held in
18    the trust?
19 **A.  I don't think so, no.**
20     MS. BECKMAN:  Objection.  Form.
21  Q.   Do you know where the trust funds are
22    located?

194

1  **A.   I don't think so.  But some bank, I guess.**
2   Q.   Do you know --
3  **A.   Whatever it says.**
4   Q.   Do you know which bank holds the trust
5    assets?
6  **A.   It should -- I -- I don't know on top of my**
7  **head but it should say some on this**
8  **paperwork.**
9   Q.   But sitting here today do you have any
10    understanding of where the trust funds are
11    situated?
12 **A.   In what bank, I don't remember.  I'll have to**
13  **look at it.  I don't remember on top of my**
14  **head.**
15  Q.   Okay.
16     MR. SCHWARTZ:  Can we go off the record?
17     THE VIDEOGRAPHER:  Off the record at
18    4:45 p.m.
19   (Discussion held off the record.)
20     THE VIDEOGRAPHER:  4:57 p.m.  Back on
21    the record.
22  Q.   Ms. Shatalin, I was asking you a series of

195

1    questions about the affirmative defenses
2    raised in Exhibit 12, with respect to the
3    permanent defenses I believe you said that
4    you do not have any information other than
5    what's presented in Exhibit 12 to support
6    your claims.  Is that correct?
7  **A.   Yes.**
8   Q.   And are you aware of any additional documents
9    to support your complaints with respect to
10    the affirmative defenses raised in Exhibit
11    12?
12     MS. BECKMAN:  Objection to form.
13 **A.   I don't think so, no.**
14  Q.   I'm sorry can you repeat that?
15 **A.   I don't think I have, no.**
16  Q.   Okay.  When did you become aware that your
17    father was charged with money laundering in
18    Switzerland?
19 **A.   When I heard about it on the news.**
20  Q.   Do you remember when?
21 **A.   December of '98.**
22  Q.   And I believe you just said you heard about

196

1    it on the news?
2  **A.   Yes.**
3   Q.   What do you recall about hearing about these
4    charges?
5  **A.   I recall about some allegations about**
6  **something allegedly illegal, but I don't**
7  **remember the specifics.  That was 1998.**
8   Q.   Okay.  Did you discuss these charges with
9    your family?
10 **A.   In some form I'm sure we did.  I don't**
11  **remember the specifics.**
12  Q.   Did you have any contact with your father
13    while he was in jail in Switzerland?
14 **A.   No.**
15  Q.   Did you talk about the charges themselves and
16    what he was charged with anyone?
17 **A.   I think it was our family it was politically**
18  **motivated the charges, because he was in the**
19  **position.  That's pretty much it.**
20  Q.   Other than your family did you speak with
21    anyone else about the Swiss charges against
22    your father?

Transcript of Lessia Shatalin
Conducted on March 13, 2019

50 (197 to 200)

197

1  A.  I don't think so.  I don't remember.  I don't
2     think so.
3  Q.  To your knowledge did your father have any
4     contacts with the Swiss government?
5        MS. BECKMAN: Objection to form.
6  A.  I would have no knowledge about that.
7  Q.  You just said that the charges were
8     politically motivated so these were charges
9     that were brought in Switzerland against your
10    father, correct?
11 A.  That is correct.
12 Q.  So I'm trying to get an understanding of why
13    you think the charges that the Swiss
14    government makes would be politically
15    motivated against your father who was
16    Ukrainian public official?
17       MS. BECKMAN: Objection to form.
18       MR. STASSEN: Objection. Misstates
19    testimony.
20 Q.  You can answer the question.
21 A.  I don't have any knowledge of that.
22 Q.  Okay.  Did you speak with your father when he

198

1     returned from Switzerland to the Ukraine?
2  A.  Yeah.
3  Q.  What did he tell you about the charges
4     against him in Switzerland?
5  A.  That it was because of the political
6     situation in Ukraine, that's why it happened.
7     That's -- that's as far as I remember.  It
8     was '98.  I was 15.
9  Q.  Did -- you weren't curious as to why your
10    father was being put in jail in Switzerland
11    and charged with crimes under Swiss law?
12       MS. BECKMAN: Objection, form.
13 A.  I don't -- I don't remember whether I was
14    curious to know at 15 years old, 20 years
15    ago.
16 Q.  Okay.  Have you made any attempts to
17    determine whether the assets in the Balford
18    trust were derived legitimate business
19    activities?
20       MS. BECKMAN: Objection. Form.
21 A.  I have no reason to believe my father was
22    ever involved in any illegal activity.

199

1  Q.  Well, he was charged with crimes in
2     Switzerland, correct?
3  A.  I guess so, yeah.
4  Q.  And he was convicted of money laundering in
5     Switzerland, correct?
6  A.  I don't remember that.
7        MR. SILVERSMITH: Objection. Assumes
8     facts not in evidence.
9  Q.  And he was convicted of money laundering in
10    the United States, correct?
11       MS. BECKMAN: Objection. Form.
12 A.  I don't -- I don't think he was convicted of
13    money laundering specifically.
14 Q.  Did you attend any of his criminal trial --
15 A.  A few.
16 Q.  -- in San Francisco?
17 A.  A few.
18 Q.  A few days of the trial?
19 A.  A few days of the trial.
20 Q.  Do you recall what portion of the trial you
21    attended?
22 A.  No.

200

1  Q.  You were aware that the assets in the Balford
2     trust have been frozen since 1999, correct?
3  A.  Yes.
4  Q.  And you're aware that other assets of your
5     father's have been frozen in Lithuania,
6     correct?
7  A.  I don't recall it.  I don't know.  I don't
8     think -- I don't know any assets in
9     Lithuania.
10 Q.  And do you know that assets that your father
11    claims to have an interest in have also been
12    frozen in Switzerland?
13 A.  I don't know.  I don't know the specifics of
14    it.  I don't think I know of it.
15 Q.  And do you know that assets that your father
16    claims to have an interest in has -- have
17    also been frozen in Liechtenstein?
18 A.  I'm not aware of that, what his assets and
19    what was frozen or was not frozen.
20 Q.  And are you also aware that the government of
21    Antigua and Barbuda has forfeited over
22    $60,000,000 in assets. that your father

201

1   claims to an interest in.
2   **A.   I don't recall that.**
3   Q.   Well, given that his assets in five different
4       countries have been frozen or forfeited it
5       seems that there's a reason to believe that
6       the money is not legitimately obtained and is
7       actually the proceeds of a crime.
8           MS. BECKMAN: Objection, form.
9           MR. STASSEN: Objection form.
10          MS. BECKMAN: And it's not a question.
11          MR. STASSEN: It's not a question
12      pending.
13  Q.   So given all of the allegations made that
14      your father engaged in criminal activity,
15      what leads you to believe that there is no
16      basis to believe that the proceeds of crime
17      have -- strike that. Given that the assets
18      in five different jurisdictions that your
19      father claims have been frozen or forfeited
20      what reason do you have to conclude that the
21      assets in the Balford trust are not the
22      proceeds of criminal activity?

202

1           MS. BECKMAN: Objection, form.
2   **A.   I believe my father. I'm his daughter. And**
3       **I don't believe he's ever engaged in any**
4       **illegal activity.**
5   Q.   So other than you being his daughter, what
6       other evidence are you pointing to rely on
7       your conclusion that the assets in the
8       Balford trust are not proceeds of criminal
9       activity?
10          MS. BECKMAN: Objection, form.
11          MR. STASSEN: Objection. Misstates the
12      testimony.
13  **A.   I don't believe that assets involve those**
14      **trust are from any illegal activity.**
15  Q.   Okay. What -- what information do you have
16      to support your conclusion that the assets in
17      the Balford trust are not proceeds of illegal
18      activity?
19  **A.   Just the fact that --**
20          MS. BECKMAN: Objection to form.
21  **A.   Just the fact that I believe my dad was not**
22      **involved in any criminal activity.**

203

1   Q.   Okay.
2   **A.   I was 15 when it was established.**
3   Q.   Okay. Other than what you have just stated,
4       do you have any other evidence to support
5       your conclusion?
6           MS. BECKMAN: Objection, form. Asked
7       and answered.
8   **A.   I don't have any other evidence.**
9   Q.   And have you undertaken any investigation to
10      confirm that the assets in the Balford trust
11      are not proceeds of criminal activity?
12          MS. BECKMAN: Objection. Form. Asked
13      and answered.
14  **A.   I never found the need to do that because I**
15      **never believed they were derived from any**
16      **illegal activity.**
17  Q.   What does it mean to you to -- to have an
18      innocent interest in property?
19          MS. BECKMAN: Objection. Form. Calls
20      for a legal conclusion.
21  **A.   Innocent form the fact that when the trust**
22      **was created we believed that the money is not**

204

1       **derived from any illegal activities. And we**
2       **didn't engage into any illegal activities.**
3   Q.   Did you ever ask your father where the money
4       in the Balford trust came from?
5   **A.   No.**
6   Q.   Did you ever ask anyone else where the money
7       in the Balford trust came from?
8   **A.   No.**
9   Q.   Okay. Can I have you refer back to Exhibit
10      Shatalin-2 it was the news article that we
11      looked at earlier. Do you have that in front
12      of you?
13  **A.   Yes.**
14  Q.   Earlier today we talked about your name and
15      Tamara Tsykova, correct?
16  **A.   Yes.**
17  Q.   There's a few other names listed as owners or
18      people who have shares in banks Zemelny
19      Capital and I wanted to ask you, are you
20      familiar with Oleksandr Mazurenko?
21  **A.   I might have heard that name. I'm not sure**
22      **what context or when.**

205

1  Q.  Okay.  Do you have any general idea of where
2      you might have heard that name from?
3  A.  **Sounds familiar.  I don't remember when or I**
4      **heard about it.**
5  Q.  Okay.  Do you think he's someone that's
6      associated with your father Pavlo Lazarenko?
7  A.  **I cannot make that assumption.**
8  Q.  Okay.  Do you have any understanding of how
9      he obtained a reported 47% share of the
10     ownership of Bank Zemelny Capital?
11 A.  **Have no idea of that.**
12 Q.  If I suggested that Oleksandr Mazurenko may
13     have provided security to your father while
14     -- during his criminal trial or during his
15     release from custody, would that refresh
16     yourself recollection as to who Oleksandr
17     Mazurenko is?
18     MS. BECKMAN: Objection to form.
19 A.  **Security?**
20 Q.  Security, correct.
21 A.  **In United States?**
22 Q.  Yes.

206

1  A.  **I don't know.  I -- I have no knowledge of,**
2      **that.**
3  Q.  Okay.  Do you know who Viktor Ukhan is?
4  A.  **I've heard that name.**
5  Q.  Do you know -- do you know anything about
6      Viktor Ukhan?
7  A.  **Not really.  I don't -- I don't recall.**
8  Q.  Okay.  If I suggested to you that Oleksandr
9      Mazurenko mass provided a loan to your father
10     so that he could obtain security in
11     conjunction with his release, does that give
12     you any more information or refresh your
13     recollection as to who he is?
14     MS. BECKMAN: Objection. Form.
15 A.  **I don't recall any of that.  Does not.**
16 Q.  Okay.  Do you know if Viktor Ukhan is
17     associated with your father, Pavlo Lazarenko
18     in any way?
19 A.  **I don't recall.  I don't know.**
20 Q.  Okay.  Does the name Svitlana Lohosha sound
21     familiar?
22 A.  **Maybe.  Might have heard it.  I'm not hundred**

207

1      percent sure.
2  Q.  Do you have any idea of who Svitlana Lohosha
3      is?
4  A.  **I've heard that name, somehow, when, what**
5      **context, I don't remember.**
6  Q.  Do you think that she's affiliated with your
7      father in any way?
8      MS. BECKMAN: Objection. Form.
9  A.  **I don't remember how I heard of her, so I**
10     **don't know how that would be possible.**
11 Q.  Okay.
12 A.  **Because I don't even know how I heard of her.**
13 Q.  Do you know how she obtained her purported
14     interest in Bank Zemelny Capital?
15 A.  **I don't know.**
16 Q.  What about Viktor Ukhan, do you know how he
17     obtained his interest in Bank Zemelny
18     Capital?
19 A.  **I don't even know if he had an interest.  I**
20     **don't.  I don't know any of that stuff.**
21 Q.  Okay.  Do you know who Yury Lublin is?
22 A.  **Yes.**

208

1  Q.  Who is Yury Lublin?
2  A.  **I would say he's -- I've seen him around my**
3      **dad.**
4  Q.  You've seen him around your dad when your
5      father was in Ukraine or --
6  A.  **U.S.**
7  Q.  In United States.  Do you know when you saw
8      him around your dad?
9  A.  **On a few -- on some occasions.  I can't do**
10     **specifics.**
11 Q.  Do you know the time frame, was it within the
12     last five years?
13 A.  **Probably, yeah.**
14 Q.  Do you know if your father has any business
15     dealings with Yuriy Lublin?
16 A.  **I don't know of any of that.**
17 Q.  Okay.  Do you know if Yuriy Lublin has loaned
18     money to your father?
19 A.  **I don't know of any of that.**
20 Q.  Do you know if your father has loaned money
21     to Yuriy Lublin?
22 A.  **Not aware of that.**

Transcript of Lessia Shatalin
Conducted on March 13, 2019

209

1  Q.   Are you aware of any financial dealings
2       between your father and any of the
3       individuals listed on Exhibit 6 -- I'm sorry
4       Exhibit 2?
5  A.   Not aware.
6  Q.   Okay.  Okay.  Do you know who Alexia
7       Digiakofsky is?
8  A.   I might have heard that name.  Yeah, I think
9       I've heard that name somewhere.
10 Q.   Do you know where you heard the name Alexia
11      Digiakofsky?
12 A.   From criminal court.
13 Q.   So at some point during your father's
14      criminal trial you heard the name?
15 A.   I think so.
16 Q.   Do you know how Mr. Digiakofsky is affiliated
17      with your father?
18 A.   No, I don't know.  And I don't know if he's
19      affiliated with him.
20 Q.   Do you know whether Mr. Digiakofsky owns any
21      portion of Bank Zemelny?
22 A.   Not aware of that, no.

210

1  Q.   What about Egor Makaroff do you know who he
2       is?
3  A.   I don't think I've heard that name, no.
4  Q.   I'm sorry you said you think you --
5  A.   I don't think I've heard that name.  I don't
6       recall that name.
7  Q.   Okay.  What about the name Andre Mikonov?
8  A.   I don't remember hearing that name.  I don't
9       think so.
10 Q.   And what about Peter Takurachenko?
11 A.   I know that name.
12 Q.   How do you know the name Peter Takurachenko?
13 A.   They were friends.  My dad and him were
14      friends.  We were friends with their
15      daughter.
16 Q.   Okay.  What do you know about the business
17      dealings between your father and Peter
18      Takurachenko?
19 A.   Nothing.
20 Q.   Do you recall learning anything about the
21      business dealings between your father and
22      Pater Takurachenko?

211

1       MR. STASSEN:  Objection.  Asked and
2       answered.
3  A.   I don't recall any of it.
4  Q.   Do you know if your father had business
5       dealings with Peter Takurachenko?
6       MS. BECKMAN:  Objection.  Asked and
7       answered.
8  A.   I don't recall.
9  Q.   Did you ever discuss your father's business
10      dealings with Peter Takurachenko's daughter?
11 A.   No. I don't think so.  We were kids, 16, 15.
12 Q.   Your mother's name is Tamara Lazarenko,
13      correct?
14 A.   She goes by her maiden name now.
15 Q.   Okay.  And what was her maiden name --
16 A.   Broko.
17 Q.   Broko.  Did your mother work in Ukraine prior
18      to coming to the United States in 1999?
19 A.   Right prior -- I don't -- I don't think -- I
20      don't remember.
21 Q.   Do you remember your mother working when you
22      were in Ukraine prior to 1999?

212

1  A.   Prior to '99?
2  Q.   Yes.
3  A.   Yes, when we were kids she -- she worked for
4       some accountant thing when we were young.
5       Afterwards I think she was a stay at home --
6       stay home with us.
7  Q.   And when she worked as an accountant do you
8       remember her going to an office and doing it
9       or did she work from home?
10 A.   I was three.
11      MR. STASSEN:  Objection to this line of
12      testimony.
13 Q.   You were three.
14 A.   I was three or four.
15 Q.   Do you remember your mother having a
16      furniture business?
17 A.   Yes.
18 Q.   What do you remember about the furniture
19      business?
20 A.   I remember that when I was already in U.S.
21      she had a furniture business or maybe before.
22      But I know she had some kind of furniture

213

1    business.
2 Q.  Okay.  Do you remember ever visiting her
3    store or did she have a store associated with
4    the business?
5 A.  There was sort of an office and I might have
6    been in there once or been outside of it
7    sometime, but I don't remember the specifics.
8 Q.  Do you remember if it was a big business?
9 A.  I don't remember.
10 Q.  Do you know if the business was successful?
11 A.  Never asked her that so I wouldn't know.
12 Q.  Okay.  Do you know if your mother's family,
13    her maiden family was independently wealthy?
14 A.  I don't know what - what to say about that.
15    I don't know independently -- what do you
16    mean independently wealthy?
17 Q.  Well, did they have multiple houses that
18    you'd go visit?  Did they have domestic help
19    like a chef?
20 A.  My mother's family?
21 Q.  Yes.
22 A.  No.

214

1 Q.  Did you know your mother's mother?
2 A.  She's still alive and I know of her, yes.
3 Q.  Okay.  And do they live in a fancy house?
4 A.  They live in a normal house.
5 Q.  In a normal house.  As opposed to earlier
6    today you said you lived when you were in
7    Ukraine in nicer than normal houses?
8 A.  They're old people.  They live in the
9    village.  They never wanted to move out of
10    the village.  I mean their house is nice
11    comparing to other houses.
12 Q.  Would you say that your mother's mother is
13    wealthy?
14 A.  You have to define wealthy.
15 Q.  Does she have $500,000 or more?
16 A.  I don't know how much money my grandma has.
17    MS. BECKMAN:  Objection.  Form.
18 A.  She's 93 years old.
19 Q.  Do you know that your mother deposited
20    $15,000,000 from an account in her own name
21    into the Balford trust?
22    MR. STASSEN:  Objection to form.

215

1 A.  I'm am not aware of it.
2 Q.  Do you know where your mother would have
3    obtained 15,000,000 from a personal bank
4    account of her own?
5    MS. BECKMAN:  Objection.  Form.
6 A.  I'm not aware of it.
7 Q.  Do you have any explanation of how your
8    mother could have amassed $15,000,000 to
9    deposit into the Balford trust?
10    MS. BECKMAN:  Objection to form.
11    MR. STASSEN:  Same objection.
12 A.  I cannot explain it.
13 Q.  Do you know if your mother was involved in
14    collecting bribes for your father?
15 A.  No.
16    MS. BECKMAN:  Objection to form.
17 Q.  Do you know if your mother laundered money
18    for your father?
19 A.  No.
20    MS. BECKMAN:  Objection to form.
21 Q.  How old is your brother, Alexander Lazarenko?
22 A.  Almost 40.  39.

216

1 Q.  Your knowledge did your brother assist your
2    father in his financial affairs?
3 A.  I don't have knowledge of it.
4 Q.  Did your father ever tell you that Alexander
5    was assisting him in his financial affairs?
6 A.  I don't think so, no.
7 Q.  Did your brother ever tell you that he was
8    working with your father in his financial
9    affairs?
10 A.  I don't think so, no.
11 Q.  Did your brother Alexander ever say that he
12    was helping your father in his financial
13    affairs?
14 A.  I don't think so, no.
15 Q.  Did your brother Alexander ever say that he
16    was involved in collecting bribes on behalf
17    of your father?
18 A.  No.
19 Q.  Did your brother Alexander ever say that he
20    was involved in laundering money --
21 A.  No.
22 Q.  -- for your father?  Do you know why your

Transcript of Lessia Shatalin
Conducted on March 13, 2019

---

217

1  brother was involved in entity named Aurilis
2  Stiftung in Lichtenstein?
3        MR. STASSEN: Objection to form.
4        MS. BECKMAN: Objection to form.
5  **A.   No.  To the best of my knowledge, no.**
6  Q.   Have you ever heard of any entities from
7  Liechtenstein Aurillis Stiftung or Lestia
8  Stiftung?
9  **A.   I don't think so.  I don't recall hearing any**
10 **of that.**
11 Q.   Have you ever discussed your brother's
12 business interests in Liechtenstein with him?
13 **A.   I don't think so, no.**
14       MR. STASSEN: Objection to form.
15 Q.   Do you have any information as to how your
16 brother would have obtained $7,000,000 in
17 1999?
18       MS. BECKMAN: Objection to form.
19       MR. STASSEN: Objection to form.
20 **A.   I don't -- I don't know.**
21 Q.   Have you ever had heard of an entity named
22 Ruby Investments?

---

218

1  **A.   To the best of my knowledge I've heard of it.**
2  Q.   Have you ever heard of an entity named Elton
3  Line, L.C?
4  **A.   To the best of my knowledge I don't think so.**
5  Q.   Have you ever heard of an entity named BC
6  Limited?
7  **A.   To the about of my knowledge, no.**
8  Q.   Do you know why your brother would have wired
9  $8,000 from an entity named BC Limited to a
10 bank account in your name in 2002?
11       MS. BECKMAN: Objection.  Form and
12 scope.
13 **A.   I don't recall it.  I don't know how, no.**
14 Q.   Do you recall your brother ever giving you
15 money?
16 **A.   I don't recall any specifics of it.**
17       MS. BECKMAN: Objection.  Scope.
18 Q.   Do you recall generally your brother giving
19 you money?
20 **A.   I don't really recall it.**
21 Q.   Do you ever recall any conversations with
22 your brother where he told you that he has

---

219

1  numerous bank accounts in Canada?
2  **A.   I don't recall.**
3  Q.   Do you ever recall conversations with your
4  brother where he describes wire transfers
5  through bank accounts in Canada?
6  **A.   I don't recall any conversations.**
7  Q.   Do you recall receiving wire transfers from
8  bank accounts in Canada?
9        MS. BECKMAN: Objection.  Scope.  Again,
10 no time frame on it.
11 **A.   I don't recall.**
12 Q.   Would it be unusual for you to receive a wire
13 transfer from a bank account in Canada?
14       MS. BECKMAN: Objection.  Form and
15 scope.
16 **A.   I don't recall it, that's unusual or not**
17 **unusual.**
18 Q.   Do you typically receive lots of wire
19 transfers into your personal bank accounts?
20       MS. BECKMAN: Objection.  Scope and
21 form.
22 **A.   I don't remember how many wire transfers I**

---

220

1  **receive.**
2  Q.   Is it normal for you to receive wire
3  transfers?
4  **A.   I don't know what to say what's normal, not**
5  **normal.  That's a judgment call.**
6  Q.   In your mind is it normal to receive wire
7  transfers into your bank accounts?
8        MS. BECKMAN: Objection.  Scope.
9  **A.   I can't form an opinion on that, just normal,**
10 **not normal.  What's normal.  What's not**
11 **normal.**
12 Q.   Do you have any business interests in Canada?
13 **A.   To the best of my knowledge I don't think so.**
14 Q.   Do you have any family in Canada?
15 **A.   To the best of my knowledge I don't think so.**
16 Q.   Are you aware of anyone in your family having
17 business interests in Canada?
18 **A.   To the best of my knowledge I'm not aware of**
19 **it.**
20 Q.   Do you know why your brother would have
21 received over $29,000,000 into a bank account
22 in Canada in 2001?

221

1       MS. BECKMAN: Objection. Form and scope
2   in terms of the timing.
3 **A.  I don't -- to the best of my knowledge I'm**
4 **not aware of any of that.**
5 Q.  How many wire transfers have you received
6   into your bank account in the last month?
7 **A.  I don't know.**
8       MS. BECKMAN: Objection. Scope.
9 **A.  I don't recall.**
10       MS. BECKMAN: Again, her personal
11   finances.
12 **A.  I don't recall.**
13 Q.  Do you know where you have received wire
14   transfers from into your personal bank
15   accounts?
16       MS. BECKMAN: Objection. Scope.
17   Outside the scope of the Judge's order
18   omitting discovery of her personal financial.
19 **A.  I don't recall.**
20 Q.  Do you recall making any wire transfers out
21   of your personal accounts in the last month?
22       MS. BECKMAN: Objection. Same scope.

222

1 **A.  I don't recall.**
2 Q.  Since you graduated from graduate school at
3   George Mason, have you received any financial
4   support from any of your family members?
5       MS. BECKMAN: Objection. Same objection
6   to the scope that's outside the exceptions
7   provided by the judge for a discovery for
8   personal finances.
9 **A.  I don't recall anything specific.**
10 Q.  Do you recall anything generally?
11 **A.  No.**
12 Q.  Did your -- anyone in your family pay for
13   your graduate school at George Mason?
14       MS. BECKMAN: Objection. Same objection
15   with respect to the scope of questions
16   regarding her personal finances.
17       MR. STASSEN: Objection. Asked and
18   answered.
19 **A.  I don't recall who paid for my education.**
20 Q.  Did you personally pay for your graduate
21   school education?
22       MS. BECKMAN: Objection.

223

1       MR. STASSEN: Objection. Asked and
2   answered.
3       MS. BECKMAN: Same objection.
4 **A.  I don't recall how it was paid for.**
5 Q.  Since 2000 did you receive any financial
6   support from your father?
7 **A.  No.**
8       MR. STASSEN: Objection. Asked and
9   answered.
10 Q.  Since 2000 have you received any financial
11   information -- strike that. Since your
12   father was released from jail, do you know
13   how he supports himself?
14 **A.  Oksana I guess works. I don't know. He**
15 **never talked about it. He's not allowed to**
16 **work so his wife works.**
17 Q.  He's what?
18 **A.  He's not allowed to work so his wife works.**
19 Q.  His wife works. Do you know where his wife
20   works?
21 **A.  She's an attorney.**
22 Q.  In California, correct?

224

1 **A.  Yes.**
2 Q.  Have you visited your father in California?
3 **A.  Yes.**
4       MR. STASSEN: Objection. Asked and
5   answered.
6 Q.  Where does he live?
7 **A.  North of San Francisco.**
8 Q.  Do you know if he owns his house?
9 **A.  I don't know. We don't talk about that. I'm**
10 **not aware of that whether he owns it or not**
11 **owns it. I know they live there.**
12 Q.  Do you know what kind of car he drives?
13 **A.  I've seen him drive a car. I don't know who**
14 **it belongs to.**
15 Q.  Do you have any knowledge regarding companies
16   in which your father has a current financial
17   interest?
18 **A.  I have no knowledge of that.**
19 Q.  Do you know - have you received any financial
20   support from any companies associated with
21   your father?
22       MS. BECKMAN: Objection. Scope.

Transcript of Lessia Shatalin
Conducted on March 13, 2019

225

1 **A.   To my -- to my understanding I don't know any**
2 **of the companies associated with my dad since**
3 **he's been in jail, he's not working.  I don't**
4 **-- like I don't -- can't answer that**
5 **question.  I don't know.  I don't remember.**
6 Q.   Since coming to the United States, has your
7 father ever asked you for money?
8 **A.   I don't recall.  I don't think so.**
9      MR. STASSEN: Objection. Asked and
10 answered.
11 Q.   Do you send your father money?
12      MR. STASSEN: Objection. Asked and
13 answered.
14 **A.   I don't think so, no.**
15 Q.   Has anyone every asked you to pay money on
16 behalf of your father?
17      MR. STASSEN: Objection. Asked and
18 answered.
19 **A.   No, I don't think so.  No.**
20 Q.   Has anyone ever given you money to provide to
21 your father?
22      MR. STASSEN: Objection. Asked and

226

1 answered.
2 **A.   No.**
3 Q.   Has anyone given you money directly instead
4 of paying your father?
5      MR. STASSEN: Objection. Asked and
6 answered.
7 **A.   I don't recall.  I don't think.  So for what?**
8 Q.   Has your father ever instructed you to pay
9 someone on his behalf?
10 **A.   No.**
11      MR. STASSEN: Objection. Asked and
12 answered.
13 Q.   Other than his current wife, Oksana Tsykova
14 do you know if anyone else provides your
15 father with money currently?
16 **A.   I'm not aware of any of that.**
17 Q.   Did your father ever ask you to renounce your
18 interest in the Balford trust?
19 **A.   No.**
20      MR. STASSEN: Objection. Asked and
21 answered.
22 Q.   Did your father ever ask you to allow him to

227

1 be named as a beneficiary to the Balford
2 trust?
3 **A.   No, I don't think so.  No.**
4 Q.   Do you currently receive financial support
5 from any companies?
6      MS. BECKMAN: Objection. Scope.
7 Outside the Judge's permissible ruling on
8 personal finances.
9 **A.   What companies?  Any companies?  I can't**
10 **answer to that question.**
11 Q.   Well, are you currently employed?
12 **A.   No.**
13 Q.   Is -- I believe you said you live with your
14 child's father, correct?
15 **A.   Something like that.**
16 Q.   Okay.  Is he employed?
17 **A.   No.**
18 Q.   Okay.  Do you own the house you currently
19 reside in?
20      MS. BECKMAN: Objection. Scope of the
21 Judge's order.
22 **A.   No.**

228

1 Q.   Do you rent the house you currently reside
2 in?
3 **A.   I do.**
4 Q.   Okay.  Is your name on the rental agreement?
5 **A.   Yes.**
6 Q.   Okay.  How do you pay the rent?
7      MS. BECKMAN: Objection. Scope. The
8 Judge's order regarding her personal
9 finances.
10 **A.   From my bank account.**
11 Q.   Okay.  How do you fund the rent payments that
12 you make on a monthly basis?
13      MS. BECKMAN: Objection. Scope.
14      MR. STASSEN: Asked and answered.
15      MS. BECKMAN: Asked and answered?
16 **A.   How I support myself has nothing to do with**
17 **In Rem assets or financial support of my**
18 **father which I haven't received any financial**
19 **support from him from the day he was**
20 **incarcerated in 1999.**
21 Q.   Okay.  From where are you receiving financial
22 support?

229

1      MS. BECKMAN: Objection. Scope. Asked
2   and answered.
3      MR. STASSEN: Same objection.
4 **A.   See how this is -- I don't see how this is**
5   **relevance. I'm not receiving financial**
6   **support from my father or any of the In Rem**
7   **assets.**
8 Q.  Well, you seem to have a lot of unexplained
9   income.
10     MS. BECKMAN: Objection. Form. Not a
11  question.
12     MR. STASSEN: Objection. Argumentative.
13  No question's pending.
14 Q.  In your -- in your father's answer to the
15  complaint he says that you are a nominee
16  beneficiary to the Balford trust, and he says
17  you act as his nominee?
18 **A.   He didn't say that, did he? He said I'm the**
19  **nominee beneficiary?**
20 Q.  He said your a nominee beneficiary.
21 **A.   I know we have the beneficiary and not the**
22  **nominee any beneficiary, that's my**

230

1   **understanding of it.**
2      MR. SCHWARTZ: Let's go off the record
3   for a quick break, and I think after that we
4   can probably get done relatively quickly.
5      THE VIDEOGRAPHER: Off the record at
6   5:30 p.m.
7   (Discussion held off the record.)
8      THE VIDEOGRAPHER: 5:47 p.m. Back on
9   the record.
10 Q.  Ms. Shatalin, you understand that you're
11  still under oath, correct?
12 **A.   I do.**
13 Q.  What is your current address?
14 **A.   1341 Maryland Avenue apartment 104 Northeast,**
15  **Washington, D.C. 20002.**
16 Q.  What did you do to prepare for your
17  deposition today?
18 **A.   Met with Emily last week. That's pretty much**
19  **it.**
20 Q.  How long did you meet with Ms. Beckman?
21 **A.   A few hours, I think.**
22 Q.  Was anyone else present at this meeting?

231

1 **A.   Jed.**
2 Q.  Okay. So what did you discuss in your
3   meeting with Mr. Silversmith and Ms. Beckman?
4      MS. BECKMAN: Objection. That's
5   attorney client information.
6      MR. SCHWARTZ: Well, Mr. Silversmith
7   represents another claimant in this case.
8      MS. BECKMAN: There's a eye joint
9   defense agreement. It's attorney client
10  privilege.
11     MR. SCHWARTZ: There is a joint defense
12  agreement?
13     MS. BECKMAN: There is.
14     MR. SCHWARTZ: Okay. I did not know
15  that there was a joint defense agreement.
16     MS. BECKMAN: Understood.
17 Q.  Besides Mr. Beckman and Ms. Silversmith, was
18  anyone else present?
19 **A.   My sister was there.**
20     MR. SCHWARTZ: Is there a joint
21  agreement between Lessia Shatalin and her
22  sister?

232

1      MS. BECKMAN: I believe so. I mean
2   they're represented -- I haven't reviewed the
3   documents recently but there's a joint
4   defense agreement between all of them and
5   Pavlo.
6      MR. SILVERSMITH: Who you're jointly
7   representing.
8      MS. BECKMAN: Who I -- and I'm jointly
9   representing them.
10     MR. SCHWARTZ: Well, just because you're
11  representing someone doesn't mean that they
12  are -- fall with under a joint defense
13  agreement. You can represent multiple
14  parties and not have them be part of a joint
15  defense have agreement so long as the --
16     MS. BECKMAN: I think that they are.
17     MR. SCHWARTZ: -- parties have agreed
18  that they don't have any sort of conflict
19  between them.
20     MR. SILVERSMITH: Do you see a conflict
21  between the daughters?
22     MR. SCHWARTZ: Well, the conflict just

233

1 goes to whether or not she's able to
2 represent them. That doesn't go to the
3 presence of a joint defense agreement. So if
4 there is no joint defense agreement between
5 Lessia --
6     MS. BECKMAN: I believe that there is --
7     MR. SCHWARTZ: -- Lazarenko --
8     MS. BECKMAN: I believe that there is a
9 joint defense agreement. It's certainly been
10 my expectation and understanding up until now
11 that there is a joint defense agreement.
12    MR. SCHWARTZ: If you can provide us
13 some sort of representation as to the origin
14 of the joint defense agreement and whether or
15 not it was actually in existence before today
16 then I'll accept that at face value. If
17 there was no joint defense agreement until
18 today then our position is that the
19 conversations between Ms. Shatalin and her
20 sister, Ms. Duncan, during the preparation of
21 this deposition, would no longer be
22 privileged and are subject to discovery, and

234

1 I would then reserve my right to reopen the
2 deposition to make inquiries as to what was
3 discussed during those deposition -- during
4 those deposition sessions?
5     MS. BECKMAN: Do we need a break I mean
6 --
7     MR. SILVERSMITH: No, we can talk to
8 Doran.
9     MR. SCHWARTZ: Do you have any
10 understanding of whether this purported joint
11 defense agreement is oral or written?
12    MS. BECKMAN: There is a written joint
13 defense agreement between -- there is a
14 written joint defense agreement I am not 100%
15 clear right now sitting here on the scope of
16 that agreement, and I'm not clear on whether
17 there's also an oral agreement with respect
18 to my clients.
19    MR. SCHWARTZ: Okay. Well, obviously --
20    MS. BECKMAN: I mean that was certainly
21 my understanding but I don't -- I can't be
22 any more specific than that right now.

235

1     MR. SCHWARTZ: Okay. Well, I'll give
2 you the opportunity to clear that up and then
3 obviously based on your submission, we may
4 have to reopen the deposition depending on
5 what was said or the agreement that exists.
6 Q. Did you review any documents, Ms. Shatalin,
7    during your deposition preparation?
8 A. I think, so, yeah. We reviewed some
9    documents.
10 Q. Okay. Do you recall if any of those
11    documents refreshed your recollection about
12    facts or events that occurred in this case?
13 A. Refresh?
14 Q. Refresh, meaning after looking at the
15    documents you all of a sudden had a better
16    understanding of something that occurred in
17    the past.
18 A. Maybe I don't -- I don't -- don't
19    specifically recall if something refreshed my
20    memory.
21 Q. Okay. Did you discuss your deposition with
22    anyone else besides the meetings you had with

236

1    Ms. Beckman, Mr. Silversmith and your sister,
2    Ms. Duncan?
3 A. The fact that I have a deposition, yes.
4 Q. The substance of your testimony.
5 A. No.
6 Q. Have you ever talked about the substance of
7    your deposition with your father
8    Mr. Lazarenko, Pavlo Lazarenko?
9 A. No, I don't think so. No.
10 Q. Have you discussed your deposition with your
11    brother, Alexander Lazarenko?
12 A. No, I don't think so. No.
13 Q. Did anyone every suggest to you that you
14    should testify in a certain way in response
15    to questions during the deposition?
16 A. I've been told to answer truthfully. That's
17    all I can remember.
18 Q. Okay. Other than the instruction to answer
19    truthfully, do you recall any other
20    suggestions that you should answer questions
21    in a specific way? Did anyone attempt to
22    influence your testimony here today?

237

1  A.  I don't recall that being true, no.
2  Q.  Okay.  And do you believe that you've
3      testified truthfully today?
4  A.  To the best of my memory, I believe I
5      answered all the question truthfully.
6  Q.  Did you meet with representatives of the
7      prosecutor general's office of Ukraine
8      regarding your testimony today?
9  A.  No.
10 Q.  Were you contacted by anyone from the
11     prosecutor general's office of Ukraine --
12 A.  No.
13 Q.  -- regarding your testimony today?
14 A.  No.
15 Q.  Were you contacted by anyone claiming to
16     represent your father other than
17     Mr. Silversmith and Mr. Stassen regarding
18     your testimony here today?
19 A.  No.
20 Q.  Did you discuss your testimony here today
21     with Oksana Tsykova?
22 A.  Whatever -- the deposition stuff, no.  But

238

1      the fact that we're going to have it, yeah,
2      she knows that -- that we going to have the
3      first deposition.
4  Q.  Okay.  Do you speak frequently with Oksana
5      Tsykova?
6  A.  No.
7  Q.  When did you have this conversation with her
8      regarding your deposition today?
9  A.  I was in California last week, so I saw my
10     dad and she was there, and she knows that we
11     are going to have a deposition.
12 Q.  Did you --
13 A.  So does my dad.
14 Q.  You talked to your father about the
15     deposition?
16 A.  The fact that it's happening, yeah.
17 Q.  Did you have any conversations with your
18     father about the substance of this case?
19 A.  No.
20 Q.  Did you talk to your father at all about any
21     financial matters?
22 A.  No.

239

1  Q.  Did you talk to your father about any of the
2      pleadings in this civil case?
3  A.  No.  I haven't seen him in years.  I brought
4      my kid to see him, who hasn't seen him in a
5      year, so we played with kids, stuff like
6      that.
7  Q.  Did you ever receive any funds from your
8      father's attorneys?
9  A.  Me personally?
10 Q.  Correct.
11 A.  I don't recall receiving any funds from my
12     father's attorneys.
13 Q.  Do you recall every paying any funds to your
14     father's attorneys?
15 A.  I don't recall paying any funds to my
16     father's attorneys.
17 Q.  Do you have a -- any payment arrangement with
18     Ms. Beckman?
19     MS. BECKMAN:  Objection.
20 A.  I'm not aware of any payment arrangement.
21 Q.  Has Ms. Beckman sent you any legal bills?
22 A.  Ms. Beckman, no, I don't think she send me

240

1      any legal bills.
2  Q.  Have you ever paid Ms. Beckman for her legal
3      services?
4  A.  I don't think I have, no.
5      MR. SCHWARTZ:  Ms. Shatalin, those are
6      all the questions I have for you today.
7      THE WITNESS:  Mm-hmm.
8      MR. SCHWARTZ:  Before we close the
9      record, I just want the record reflect that
10     Mr. Silversmith we are providing you with a
11     letter which we will E-mail to all counsel
12     later today.  I inadvertently made a mistake
13     yesterday and the document that we showed
14     you, I forget the exhibit number, but it was
15     the first pleading regarding the posting of
16     the Balford trust and security, that document
17     -- I inadvertently our electronic database
18     which shows my lack of ability to use
19     relatively correctly.  It was a document that
20     was previously withheld, and I believe on our
21     privilege log as a work product document so
22     we are requesting that we receive that

Transcript of Lessia Shatalin
Conducted on March 13, 2019

241

1  document back.  It is work product privilege,
2  and we would like that document returned to
3  us as work product under the federal rules of
4  civil procedure, and we hope to work
5  cooperatively with you to figure out how we
6  should deal with the transcript, which
7  reflects discussions about that document.
8      MR. SILVERSMITH:  Can I talk to Bill
9  because -- I can conifer to Bill with certain
10 civil matters like clause.
11     MR. SCHWARTZ:  I think under the new
12 civil rules there really is no controversy
13 regarding inadvertently produced documents.
14 We provided the document to you.  I searched
15 through the database in good faith looked and
16 believed it to be a document that had been
17 produced.  And one day later our paralegal
18 was able to determine that the document was
19 not actually privileged -- or was withheld
20 previously on privilege basis, and we are now
21 one day later requesting that the document be
22 returned.  No one has used the document in

242

1  any way, shape, or form in any pleading.  No
2  one has relied on the document in any way,
3  shape or, form to suggest that a waiver of
4  work product privilege was appropriate.  So
5  that would be our position.  But if you need
6  to take a minute to discuss that, feel free.
7      MR. STASSEN:  I think that this is not
8  something we have to deal with during the
9  deposition.  I think that we can deal with it
10 later.
11     MR. SCHWARTZ:  Okay.  That's fine.  I'm
12 just going to formerly ask that the document
13 be returned to us right now.
14     MR. STASSEN:  Understood.
15     MR. SCHWARTZ:  Thank you.  And then if
16 there's any other --
17     MR. SILVERSMITH:  Copies.
18     MR. SCHWARTZ:  -- copies, they should be
19 returned and also if there's any further
20 discussion with it that needs to be done,
21 we're happy to engage in that discussion.
22     MR. STASSEN:  I mean just handed the

243

1  document back.
2      MR. SILVERSMITH:  Yeah --
3      MR. STASSEN:  The problem that we have,
4  I've never been in a situation where a
5  document has been used in a deposition as a
6  marked exhibit to the deposition and there's
7  testimony about the document, and then after
8  all that an attorney has asked for a call
9  back of the document which the attorney
10 claimed a work product privilege on.  From my
11 general expectation, I would expect that the
12 attorney work product has been waived as a
13 result of the attorney having used the
14 document in a deposition and asked questions
15 about it.  But I don't -- it's not -- this is
16 not the type of thing that is in my practice
17 to have an argument about.  I'd rather go
18 back and like look at case law and have a
19 cooperative discussion about it.  And your
20 position may be 100% warranted or maybe not.
21 But I don't think we need to take up
22 everyone's time to --

244

1      MR. SCHWARTZ:  No. And I appreciate
2  that.  I just want to put on the record since
3  we had a discussion on the record about the
4  document, you know, I obviously recognized
5  that it was used. I believe Mr. Silversmith
6  noted the issue with the document fairly
7  quickly, and a substitute was added to the
8  deposition, and most of the testimony was
9  regarding the substitute exhibit rather than
10 the document that was inadvertently produced.
11 But I -- I take your point I'm happy to have
12 you do whatever legal research you deem
13 appropriate, and then we can have a
14 discussion regarding how to deal with the
15 document at that time.
16     MR. STASSEN:  I appreciate that.
17     MR. SILVERSMITH:  I have one question.
18 You know, I have seven hours with you.  You
19 aware that.
20     THE WITNESS:  I have a child to go home
21 to.
22     CROSS EXAMINATION BY MR. SILVERSMITH:

---

**245**

1  Q.   Are you aware of the disposition of the --
2       what was the result of the criminal trial
3       against your father in the United States?
4  **A.   Initially by jury he was convicted of 42**
5       **counts and then through the appellate process**
6       **only I think seven or nine were left.**
7  Q.   Do you know how many counts were initially
8       brought?
9  **A.   Forty-two.**
10          MR. SILVERSMITH:  I have no further
11      questions.
12          MS. BECKMAN:  That it.
13          MR. SCHWARTZ:  Nothing to add.
14          THE VIDEOGRAPHER:  All right.  This
15      concludes the videotaped deposition of Lessia
16      Shatalin.  The time is 6:01 p.m.  We are off
17      the record.
18
19
20
21
22

---

**246**

1       CERTIFICATE OF REPORTER - NOTARY PUBLIC
2       I, Stefanie Towns, the officer before whom the
3   foregoing deposition was taken, do hereby certify
4   that the foregoing transcript is a true and correct
5   record of the testimony given; that said testimony
6   was taken by me and thereafter reduced to
7   typewriting under my direction; that reading and
8   signing was requested and that I am neither counsel
9   for, related to, nor employed by any of the parties
10  to this case and have no interest, financial or
11  otherwise, in its outcome.
12      IN WITNESS WHEREOF, I have hereunto set my
13  hand and affixed my seal this 29th day of March
14  2019.
15
16
17
18  _Stefanie Towns_
19  _____
20      Stefanie Towns
21
22

## A

**ability**
93:7, 93:15,
130:19, 240:18
**able**
168:5, 233:1,
241:18
**abroad**
54:19
**absolute**
131:4
**absolutely**
71:9
**accept**
93:14, 233:16
**accepted**
114:13
**access**
78:18, 108:4,
108:17
**account**
1:9, 25:16,
25:18, 43:20,
45:2, 45:18,
46:6, 49:8,
53:4, 55:2,
56:17, 57:1,
57:20, 58:3,
58:6, 59:4,
62:22, 63:6,
65:2, 65:5,
65:6, 65:7,
65:11, 65:14,
65:20, 65:22,
66:2, 66:4,
66:7, 66:16,
67:6, 67:11,
67:18, 68:22,
69:22, 74:8,
75:5, 75:6,
88:7, 88:10,
88:17, 89:8,
91:1, 91:2,
91:7, 91:11,
91:15, 92:4,
150:16, 150:18,
150:20, 214:20,

215:4, 218:10,
219:13, 220:21,
221:6, 228:10
**accountant**
42:13, 78:16,
79:21, 124:19,
125:1, 170:21,
212:4, 212:7
**accounts**
35:16, 43:18,
43:21, 48:13,
48:20, 53:11,
53:15, 64:12,
64:19, 64:21,
65:1, 178:10,
178:16, 178:22,
179:15, 179:18,
181:13, 181:15,
183:17, 183:22,
219:1, 219:5,
219:8, 219:19,
220:7, 221:15,
221:21
**accumulate**
168:5
**accumulated**
168:8, 168:15
**accurate**
128:19, 132:3,
132:4, 134:9
**accused**
14:4
**acquire**
174:16
**acquired**
134:14
**act**
70:22, 98:19,
229:17
**acting**
78:11
**action**
111:4, 180:16,
182:7, 182:11
**activities**
37:17, 41:13,
43:13, 46:14,
54:7, 54:13,

54:18, 97:12,
142:8, 142:19,
144:18, 198:19,
204:1, 204:2
**activity**
56:11, 56:17,
56:21, 57:1,
57:4, 57:14,
57:16, 57:19,
58:20, 58:21,
60:3, 73:6,
88:10, 93:16,
198:22, 201:14,
201:22, 202:4,
202:9, 202:14,
202:18, 202:22,
203:11, 203:16
**actually**
25:20, 27:8,
80:18, 89:22,
94:16, 147:22,
201:7, 233:15,
241:19
**adam**
3:4, 6:18,
7:14, 26:7,
85:22, 92:11
**add**
15:10, 15:12,
76:13, 153:16,
245:13
**added**
93:1, 244:7
**additional**
5:18, 48:13,
48:19, 49:7,
87:8, 101:6,
101:21, 187:7,
187:9, 195:8
**address**
119:8, 230:13
**administrative**
32:14, 32:15,
32:17, 32:21,
33:3, 33:9,
34:6, 34:7,
34:9, 35:6,
36:16, 47:15,

47:19, 68:18,
89:15, 89:16
**admission**
145:19, 145:20,
147:6, 147:10,
154:17
**admissions**
148:1
**adult**
26:16, 61:12,
123:21
**ael**
78:2, 78:6,
82:18
**affairs**
134:9, 216:2,
216:5, 216:9,
216:13
**affiliated**
22:19, 31:22,
64:19, 64:21,
157:4, 157:7,
157:17, 158:5,
158:9, 158:12,
158:14, 159:12,
160:9, 160:13,
160:17, 160:18,
161:17, 161:18,
163:1, 163:5,
163:9, 163:10,
163:16, 178:14,
207:6, 209:16,
209:19
**affiliation**
160:2
**affirmative**
184:17, 184:19,
186:7, 186:10,
186:12, 187:12,
187:17, 187:19,
188:6, 188:15,
188:17, 189:6,
189:13, 189:18,
189:19, 190:3,
190:9, 190:13,
190:16, 191:1,
195:1, 195:10
**affixed**
246:13

**after**
33:4, 33:5,
47:8, 110:10,
114:11, 117:4,
117:6, 117:7,
117:10, 117:20,
118:9, 119:3,
128:16, 161:5,
161:6, 161:7,
162:5, 162:6,
230:3, 235:14,
243:7
**afternoon**
84:15
**afterwards**
11:19, 212:5
**ag**
141:9, 141:19
**agafonov**
155:6, 155:14,
155:15, 155:20,
156:2, 156:6,
156:8, 156:11,
156:14, 156:19,
156:21, 157:2,
157:8, 157:12
**again**
25:5, 56:4,
77:5, 125:13,
175:18, 187:2,
219:9, 221:10
**against**
152:6, 196:21,
197:9, 197:15,
198:4, 245:3
**age**
104:12
**ago**
8:16, 9:2,
30:11, 30:17,
33:2, 35:15,
59:19, 60:5,
60:22, 61:9,
61:11, 90:10,
95:10, 97:2,
159:3, 198:15
**agree**
102:9

**agreed**
138:15, 232:17
**agreeing**
138:11
**agreement**
2:15, 5:17,
5:18, 139:4,
172:21, 228:4,
231:9, 231:12,
231:15, 231:21,
232:4, 232:13,
232:15, 233:3,
233:4, 233:9,
233:11, 233:14,
233:17, 234:11,
234:13, 234:14,
234:16, 234:17,
235:5
**ahead**
17:7, 129:5
**al**
1:11, 6:5
**alex**
53:12, 53:21,
54:20, 62:21,
68:11, 68:13,
69:21, 70:6,
70:15, 71:22,
72:17, 74:18,
181:7
**alex's**
54:2, 62:20,
68:10, 69:6,
70:8, 181:7
**alexander**
20:17, 35:22,
53:14, 53:19,
54:4, 54:16,
78:14, 97:22,
98:4, 103:5,
105:18, 116:18,
138:9, 141:12,
180:21, 181:4,
181:15, 215:21,
216:4, 216:11,
216:15, 216:19,
236:11
**alexandria**
3:14

**alexia**
209:6, 209:10
**alfred**
3:13
**alive**
214:2
**all**
1:7, 6:4, 30:1,
46:13, 49:5,
62:11, 67:7,
68:18, 69:6,
70:7, 73:10,
73:13, 76:4,
76:17, 76:22,
77:13, 78:3,
78:8, 78:11,
101:7, 103:11,
108:11, 109:2,
110:10, 126:8,
135:3, 140:10,
140:12, 145:3,
145:6, 145:16,
154:14, 159:5,
165:12, 165:18,
185:18, 186:15,
188:3, 190:1,
201:13, 232:4,
235:15, 236:17,
237:5, 238:20,
240:6, 240:11,
243:8, 245:14
**allegations**
157:10, 196:5,
201:13
**alleged**
152:11, 186:19,
188:14, 188:22
**allegedly**
196:6
**allow**
11:13, 138:11,
226:22
**allowed**
22:22, 23:10,
23:20, 24:8,
223:15, 223:18
**almost**
18:20, 19:6,

**along**
19:22, 29:11,
31:1, 42:6,
91:2, 215:22
**along**
131:5, 131:14
**already**
51:10, 54:2,
93:19, 97:16,
126:16, 153:14,
212:20
**also**
4:17, 21:12,
30:11, 40:4,
52:15, 56:8,
63:19, 76:21,
84:4, 84:8,
100:1, 109:8,
136:1, 137:6,
140:1, 153:22,
154:16, 177:10,
178:2, 180:22,
181:18, 200:11,
200:17, 200:20,
234:17, 242:19
**amassed**
215:8
**amended**
5:22, 188:22
**america**
1:4, 6:4, 6:19,
6:21, 7:1, 7:15
**american**
114:14, 114:17,
114:20, 115:1,
115:16, 116:4,
116:9, 116:12,
117:1, 117:4,
117:7, 117:19,
119:3
**amount**
88:9, 136:1,
164:21, 166:5,
166:15, 166:21,
167:13, 167:14,
169:11
**amounts**
88:20
**andre**
210:7

annual
34:22, 35:8,
41:6, 47:16,
90:7, 90:16
another
10:1, 44:19,
144:2, 148:15,
231:7
answer
5:22, 10:3,
10:11, 10:14,
11:5, 11:6,
11:17, 15:2,
15:4, 15:10,
17:7, 19:11,
22:7, 23:14,
23:15, 23:18,
27:7, 28:13,
28:16, 35:12,
37:5, 45:7,
63:16, 75:11,
80:4, 86:6,
112:12, 126:9,
131:11, 154:10,
159:13, 163:17,
167:9, 168:12,
185:5, 187:1,
188:3, 188:14,
188:22, 189:10,
197:20, 225:4,
227:10, 229:14,
236:16, 236:18,
236:20
answered
23:16, 35:10,
35:11, 36:10,
54:1, 54:2,
54:10, 61:20,
63:4, 63:11,
63:22, 74:18,
89:11, 97:15,
97:16, 98:2,
109:11, 135:7,
135:8, 140:1,
169:6, 169:8,
177:19, 183:11,
183:16, 183:20,
184:3, 184:7,

184:14, 186:22,
203:7, 203:13,
211:2, 211:7,
222:18, 223:2,
223:9, 224:5,
225:10, 225:13,
225:18, 226:1,
226:6, 226:12,
226:21, 228:14,
228:15, 229:2,
237:5
answering
80:1
answers
9:19, 161:19
anticipate
56:22
anticipated
56:9, 56:11,
57:16, 58:21,
75:22
antigua
200:21
anxiety
12:6
anybody
20:3, 67:22,
170:22, 182:20
anyone
21:3, 22:3,
54:16, 54:17,
98:16, 100:10,
105:19, 111:18,
111:22, 123:2,
124:22, 125:20,
129:9, 144:18,
147:7, 150:2,
150:5, 150:8,
150:18, 150:20,
151:3, 151:7,
151:10, 151:13,
152:15, 152:19,
153:1, 153:5,
168:5, 169:18,
170:5, 170:10,
170:13, 171:20,
182:15, 196:16,
196:21, 204:6,

220:16, 222:12,
225:15, 225:20,
226:3, 226:14,
230:22, 231:18,
235:22, 236:13,
236:21, 237:10,
237:15
anything
15:10, 20:8,
32:10, 57:12,
90:6, 90:17,
97:3, 98:9,
99:1, 111:6,
124:10, 125:16,
132:6, 132:9,
137:17, 143:18,
145:21, 147:9,
147:15, 152:11,
170:9, 177:16,
192:19, 206:5,
210:20, 222:9,
222:10
anywhere
48:10
apartment
115:11, 115:12,
115:14, 115:15,
230:14
apologize
7:22, 34:8,
50:4, 139:14,
140:14, 177:15
app
144:22
appear
95:16, 99:19,
99:20, 100:2
appearing
8:18
appears
58:1, 58:4,
100:1, 101:16,
127:22
appellate
245:5
applied
114:12
appreciate
244:1, 244:16

approaching
48:18, 49:6
appropriate
242:4, 244:13
approximately
74:13, 88:15,
88:22, 89:1,
126:15
area
45:17, 45:20,
118:7
aren't
168:14
arguably
76:2
argue
80:5
argument
77:3, 243:17
argumentative
97:7, 229:12
around
7:3, 48:18,
157:15, 165:5,
208:2, 208:4,
208:8
arranged
68:11, 68:14
arrangement
139:8, 149:22,
239:17, 239:20
article
5:11, 18:13,
18:14, 18:17,
18:19, 18:21,
20:2, 21:12,
29:8, 29:11,
29:17, 31:5,
179:7, 204:10
aside
140:14
ask
9:13, 9:14,
10:12, 11:13,
11:14, 11:17,
13:5, 14:18,
14:20, 14:22,
24:15, 25:5,

51:7, 69:21,
70:13, 70:15,
71:6, 74:11,
77:4, 79:12,
79:20, 85:19,
104:10, 107:5,
107:8, 111:6,
118:22, 120:4,
120:5, 120:9,
125:18, 145:16,
146:16, 154:18,
161:14, 185:19,
186:1, 186:9,
204:3, 204:6,
204:19, 226:17,
226:22, 242:12

**asked**
12:17, 12:22,
14:1, 14:20,
23:20, 28:9,
35:9, 36:9,
43:16, 52:8,
53:22, 54:9,
61:19, 63:10,
63:15, 63:21,
71:8, 72:1,
72:11, 72:19,
73:14, 76:21,
78:7, 79:14,
81:9, 97:14,
109:11, 111:3,
135:6, 139:22,
146:3, 159:9,
163:13, 169:5,
169:7, 177:15,
177:18, 180:15,
182:15, 183:10,
183:15, 183:19,
184:2, 184:7,
184:13, 186:21,
203:6, 203:12,
211:1, 211:6,
213:11, 222:17,
223:1, 223:8,
224:4, 225:7,
225:9, 225:12,
225:15, 225:17,
225:22, 226:5,

226:11, 226:20,
228:14, 228:15,
229:1, 243:8,
243:14

**asking**
9:11, 70:22,
71:21, 83:17,
104:12, 121:9,
122:10, 138:20,
139:14, 140:8,
148:8, 170:20,
175:19, 194:22

**asks**
73:1

**asserted**
15:20

**asset**
181:4

**assets**
1:7, 6:4, 14:8,
15:7, 16:4,
16:5, 16:12,
23:1, 23:11,
24:9, 25:3,
25:17, 27:4,
27:6, 27:14,
39:21, 40:2,
40:4, 41:20,
42:1, 42:6,
110:18, 173:6,
174:2, 174:6,
174:12, 178:1,
178:7, 179:20,
180:4, 181:17,
183:4, 193:1,
193:17, 194:5,
198:17, 200:1,
200:4, 200:8,
200:10, 200:15,
200:18, 200:22,
201:3, 201:17,
201:21, 202:7,
202:13, 202:16,
203:10, 228:17,
229:7

**assist**
107:20, 109:8,
216:1

**assistant**
34:6, 34:7,
93:11

**assisting**
216:5

**associated**
16:7, 21:3,
156:3, 157:4,
163:15, 205:6,
206:17, 213:3,
224:20, 225:2

**assume**
9:14, 165:8

**assumed**
134:15

**assumes**
19:4, 45:8,
46:1, 68:9,
199:7

**assumption**
134:16, 205:7

**attached**
5:8, 8:8,
17:16, 40:10,
44:3, 49:1,
51:3, 73:21,
92:7, 94:5,
99:3, 100:21,
127:7, 148:2,
171:4, 175:4,
185:1

**attachments**
154:16

**attempt**
236:21

**attempting**
26:13

**attempts**
198:16

**attend**
115:16, 117:4,
117:15, 199:14

**attended**
116:11, 199:21

**attending**
117:17

**attorney**
7:15, 72:17,

72:19, 76:7,
136:20, 165:21,
171:17, 223:21,
231:5, 231:9,
243:8, 243:9,
243:12, 243:13

**attorneys**
122:6, 122:10,
136:11, 166:2,
166:3, 169:17,
170:4, 170:11,
172:7, 173:10,
173:14, 239:8,
239:12, 239:14,
239:16

**audible**
9:19

**august**
88:14, 89:7,
90:22, 114:14,
185:3, 185:4

**aurilis**
217:1

**aurillis**
217:7

**authority**
69:14, 75:5

**avail**
83:3

**available**
82:1, 82:6,
82:13, 83:5,
83:22

**avenue**
2:6, 3:6, 6:13,
230:14

**average**
133:4, 133:5

**aware**
12:11, 19:20,
27:16, 37:12,
40:3, 40:6,
43:8, 79:15,
134:11, 150:2,
150:5, 150:7,
150:8, 150:10,
151:7, 151:9,
151:10, 151:13,

151:15, 153:22,
155:19, 156:1,
156:5, 156:8,
156:18, 156:21,
157:2, 157:6,
157:10, 157:22,
158:4, 158:8,
158:12, 160:1,
160:5, 160:8,
160:12, 160:16,
162:7, 162:10,
162:12, 162:18,
162:22, 163:4,
163:8, 195:8,
195:16, 200:1,
200:4, 200:18,
200:20, 208:22,
209:1, 209:5,
209:22, 215:1,
215:6, 220:16,
220:18, 221:4,
224:10, 226:16,
239:20, 244:19,
245:1

**B**

**back**
14:19, 15:3,
22:10, 23:6,
28:6, 28:9,
29:3, 29:7,
33:14, 50:1,
50:2, 50:6,
52:1, 58:12,
58:14, 71:20,
77:5, 85:13,
88:1, 98:12,
123:15, 127:18,
143:5, 143:6,
164:6, 187:5,
194:20, 204:9,
230:8, 241:1,
243:1, 243:9,
243:18

**baer**
1:8, 6:5

**balford**
104:15, 111:4,

111:10, 111:13,
111:14, 111:20,
112:2, 112:21,
113:3, 113:7,
130:1, 130:6,
131:19, 132:7,
136:6, 137:9,
139:19, 164:12,
164:17, 164:20,
165:7, 166:6,
166:16, 167:4,
167:8, 167:12,
167:19, 168:1,
168:9, 168:16,
169:12, 169:15,
169:19, 170:6,
170:11, 170:15,
172:17, 173:1,
174:13, 174:14,
174:17, 175:2,
175:15, 176:15,
176:19, 177:17,
180:16, 181:20,
181:21, 182:8,
182:12, 182:17,
182:21, 183:4,
183:8, 183:12,
183:18, 184:1,
184:6, 184:11,
192:1, 192:4,
192:7, 192:10,
192:13, 192:16,
192:21, 193:16,
198:17, 200:1,
201:21, 202:8,
202:17, 203:10,
204:4, 204:7,
214:21, 215:9,
226:18, 227:1,
229:16, 240:16

**banking**
59:21, 91:19

**banks**
96:22, 204:18

**barbuda**
200:21

**base**
93:5, 93:8

**based**
76:7, 85:3,
235:3

**baseless**
76:15, 80:5

**basing**
132:20, 132:22,
135:4, 135:11,
135:17, 136:5

**basis**
77:20, 79:8,
90:7, 201:16,
228:12, 241:20

**bates**
74:22, 81:18,
84:10, 87:9

**bathroom**
122:19, 123:9

**bc**
218:5, 218:9

**because**
15:10, 27:5,
51:10, 80:9,
84:20, 86:6,
120:22, 145:1,
196:18, 198:5,
203:14, 207:12,
232:10, 241:9

**beckman's**
30:21, 76:3

**become**
132:6, 132:10,
195:16

**becoming**
26:20

**been**
7:10, 8:10,
8:21, 14:4,
14:9, 14:15,
19:6, 25:11,
30:16, 36:20,
48:5, 64:7,
71:7, 73:12,
74:2, 77:4,
80:8, 83:12,
83:16, 93:9,
118:15, 125:17,
140:15, 146:12,

147:18, 169:12,
170:17, 193:15,
200:2, 200:5,
200:11, 200:17,
201:4, 201:19,
213:6, 225:3,
233:9, 236:16,
241:16, 243:4,
243:5, 243:12

**before**
2:15, 8:12,
8:15, 8:21,
10:12, 10:14,
11:21, 16:1,
28:8, 28:11,
33:6, 33:7,
45:7, 52:2,
52:8, 69:4,
74:18, 75:10,
76:14, 77:5,
89:11, 93:2,
95:6, 96:2,
96:5, 98:14,
98:22, 103:10,
118:12, 121:3,
123:16, 126:1,
140:7, 146:20,
156:17, 162:5,
172:11, 175:16,
176:3, 176:10,
177:16, 212:21,
233:15, 240:8,
246:2

**begin**
11:21

**beginning**
62:13, 104:21,
120:20

**begins**
6:1, 87:21,
164:4

**behalf**
3:3, 3:10, 4:3,
4:9, 35:16,
43:18, 48:13,
49:8, 58:8,
63:1, 76:3,
78:12, 82:17,

82:18, 82:21,
89:17, 90:18,
92:4, 96:15,
98:20, 111:7,
173:11, 216:16,
225:16, 226:9
**being**
10:18, 11:3,
16:4, 43:12,
107:14, 128:3,
135:22, 165:1,
175:14, 198:10,
202:5, 237:1
**belief**
14:8, 28:13
**believe**
12:7, 22:12,
31:9, 31:11,
43:16, 64:3,
75:2, 77:14,
79:9, 79:17,
80:2, 83:14,
86:17, 86:19,
87:1, 87:2,
93:18, 104:18,
114:7, 125:7,
128:19, 132:15,
137:5, 139:10,
142:6, 153:17,
155:7, 158:18,
162:1, 172:12,
181:10, 195:3,
195:22, 198:21,
201:5, 201:15,
201:16, 202:2,
202:3, 202:13,
202:21, 227:13,
232:1, 233:6,
233:8, 237:2,
237:4, 240:20,
244:5
**believed**
59:2, 145:4,
203:15, 203:22,
241:16
**believes**
136:1
**belongs**
224:14

**beneficiaries**
130:13, 131:6,
131:15
**beneficiary**
108:21, 110:15,
113:5, 130:6,
130:21, 130:22,
132:2, 132:7,
132:10, 182:17,
182:21, 227:1,
229:16, 229:19,
229:20, 229:21,
229:22
**benefit**
110:16, 113:11,
113:12, 113:19
**besides**
34:5, 34:8,
35:2, 35:7,
54:16, 54:20,
97:10, 130:20,
170:10, 171:21,
231:17, 235:22
**best**
12:19, 13:14,
13:21, 16:21,
17:3, 17:8,
17:11, 17:14,
19:12, 19:19,
20:7, 27:13,
27:20, 29:19,
31:2, 31:7,
34:13, 36:4,
38:11, 74:19,
150:4, 151:5,
153:20, 154:3,
162:10, 162:15,
178:8, 178:17,
179:13, 179:17,
181:1, 181:10,
181:16, 182:22,
217:5, 218:1,
218:4, 220:13,
220:15, 220:18,
221:3, 237:4
**better**
20:9, 73:7,
235:15

**between**
13:17, 74:10,
88:8, 88:13,
95:4, 101:17,
106:13, 139:4,
141:2, 155:20,
156:2, 156:19,
157:11, 158:1,
158:5, 158:9,
158:13, 159:10,
160:2, 160:6,
160:8, 160:13,
160:17, 161:16,
162:8, 162:13,
162:19, 163:1,
163:5, 163:9,
209:2, 210:17,
210:21, 231:21,
232:4, 232:19,
232:21, 233:4,
233:19, 234:13
**beyond**
130:15
**big**
106:8, 149:10,
150:14, 213:8
**bill**
116:15, 136:3,
136:7, 138:13,
139:2, 241:8,
241:9
**bills**
116:8, 116:19,
239:21, 240:1
**bit**
56:20
**blank**
4:11
**blanking**
125:13
**board**
21:6, 154:7
**boarding**
114:8, 114:11,
114:12
**both**
85:13, 106:22,
155:8

**bottom**
41:3, 44:12,
44:21, 65:16,
94:15, 99:12
**bought**
19:17
**box**
46:5
**boxes**
80:19, 82:12,
83:1, 83:11,
83:13, 84:22,
85:2
**branch**
1:9
**break**
11:10, 11:12,
11:14, 11:15,
11:19, 29:4,
50:8, 52:2,
52:8, 58:18,
87:12, 87:16,
88:5, 122:17,
122:18, 122:19,
123:7, 123:9,
123:16, 163:21,
230:3, 234:5
**breaks**
11:9, 11:11
**brian**
6:11
**bribe**
157:11
**bribes**
215:14, 216:16
**briefly**
9:10
**briefs**
26:5
**bring**
62:7
**broad**
112:15
**broadly**
186:9
**broko**
211:16, 211:17
**brother**
14:10, 14:13,

20:16, 35:21,
70:22, 71:22,
72:18, 72:21,
105:7, 105:17,
107:20, 113:12,
116:18, 138:9,
141:12, 145:2,
146:5, 169:11,
180:21, 192:6,
215:21, 216:1,
216:7, 216:11,
216:15, 216:19,
217:1, 217:16,
218:8, 218:14,
218:18, 218:22,
219:4, 220:20,
236:11
**brother's**
38:12, 217:11
**brought**
197:9, 239:3,
245:8
**brusilovsky**
42:10
**bulk**
144:4, 144:10
**business**
5:15, 31:21,
41:13, 45:18,
46:6, 46:11,
54:5, 54:7,
54:13, 55:2,
55:4, 56:5,
58:6, 73:5,
95:3, 97:12,
134:8, 135:12,
149:21, 156:18,
162:19, 162:22,
163:4, 163:8,
198:18, 208:14,
210:16, 210:21,
211:4, 211:9,
212:16, 212:19,
212:21, 213:1,
213:4, 213:8,
213:10, 217:12,
220:12, 220:17
**businesses**
54:18

**businessman**
132:19, 132:21,
134:13, 134:15,
134:17, 134:19,
135:2, 135:5,
135:18
**buy**
37:20, 115:11,
115:14

---
**C**
---
**california**
45:19, 136:4,
136:8, 137:10,
138:14, 139:2,
139:20, 223:22,
224:2, 238:9
**call**
51:15, 220:5,
243:8
**called**
7:10, 57:9,
111:16, 112:4,
141:6, 141:18,
145:18, 176:19
**calling**
17:19
**calls**
39:10, 69:18,
130:10, 131:9,
132:12, 174:19,
177:3, 177:21,
184:20, 187:22,
190:20, 191:3,
191:19, 203:19
**came**
114:1, 114:4,
136:13, 144:6,
145:5, 151:22,
167:19, 169:3,
183:13, 204:4,
204:7
**campbell**
3:12
**can**
6:16, 8:6,
9:20, 10:2,
10:13, 10:18,

11:18, 13:7,
20:3, 22:7,
22:8, 22:9,
23:4, 27:1,
27:9, 31:3,
33:17, 41:17,
47:18, 49:12,
50:3, 50:6,
50:9, 51:5,
54:22, 56:2,
64:9, 65:4,
65:18, 67:3,
75:17, 75:19,
76:13, 80:5,
83:20, 85:13,
85:19, 87:16,
90:17, 100:5,
101:1, 103:3,
123:10, 126:8,
127:13, 128:8,
129:2, 129:4,
129:5, 131:11,
132:14, 140:12,
140:14, 141:22,
142:10, 142:21,
143:4, 145:8,
147:20, 148:4,
148:15, 154:10,
154:17, 155:12,
159:5, 169:17,
182:9, 184:10,
187:1, 187:2,
187:3, 194:16,
195:14, 197:20,
204:9, 230:4,
232:13, 233:12,
234:7, 236:17,
241:8, 241:9,
242:9, 244:13
**can't**
10:2, 82:16,
99:16, 188:2,
208:9, 220:9,
225:4, 227:9,
234:21
**canada**
219:1, 219:5,
219:8, 219:13,

220:12, 220:14,
220:17, 220:22
**cannot**
16:9, 152:10,
167:9, 168:11,
205:7, 215:12
**capacity**
96:3, 152:10,
157:21
**capital**
16:16, 16:19,
17:2, 17:5,
17:10, 17:13,
29:12, 29:18,
62:19, 95:12,
98:16, 98:19,
98:20, 98:22,
126:17, 204:19,
205:10, 207:14,
207:18
**car**
133:16, 133:17,
133:18, 133:20,
134:2, 224:12,
224:13
**card**
149:17
**care**
105:4, 107:4
**carey**
111:16
**cars**
133:15
**carson**
48:3, 48:6
**caruso**
4:18, 6:20,
44:7, 65:14,
65:17
**case**
1:6, 6:7, 9:3,
9:4, 14:18,
15:6, 15:13,
15:16, 26:20,
27:9, 53:17,
75:14, 78:22,
82:16, 108:18,
121:12, 121:22,

122:7, 122:13,
136:11, 146:6,
151:20, 152:1,
152:2, 165:2,
165:3, 165:17,
170:1, 172:4,
172:8, 173:7,
174:7, 174:12,
179:21, 184:18,
231:7, 235:12,
238:18, 239:2,
243:18, 246:10
**category**
57:9
**cause**
187:18, 187:20,
188:7, 188:16,
188:21, 189:7,
189:14
**ccr**
1:22
**certain**
106:3, 236:14,
241:9
**certainly**
233:9, 234:20
**certainty**
20:9
**certificate**
246:1
**certify**
246:3
**chance**
18:2, 40:12,
40:14, 49:3,
92:9, 99:5,
128:10, 140:17,
146:18, 154:18,
171:8
**change**
38:15, 43:12,
62:2
**changed**
60:16, 61:16,
62:8
**charged**
195:17, 196:16,
198:11, 199:1

**charges**
152:6, 196:4,
196:8, 196:15,
196:18, 196:21,
197:7, 197:8,
197:13, 198:3
**chat**
144:21
**checking**
65:7
**chef**
213:19
**child**
9:5, 119:10,
191:15, 244:20
**child's**
119:10, 227:14
**children**
26:17, 76:4,
123:20, 123:21,
133:21, 191:10
**chose**
82:15, 82:19
**circuit**
159:15
**cited**
26:4
**city**
48:3, 48:6
**civil**
239:2, 241:4,
241:10, 241:12
**claim**
5:20, 14:18,
78:19, 165:3,
172:3, 172:7
**claimant**
231:7
**claimants**
78:2, 78:6,
82:19, 123:20
**claimed**
243:10
**claiming**
174:3, 174:7,
237:15
**claims**
27:10, 77:1,

173:18, 195:6,
200:11, 200:16,
201:1, 201:19
**clarification**
80:13, 83:17,
85:20, 101:4,
128:8
**clarifications**
128:16
**clarify**
13:7, 13:8,
83:20
**clause**
241:10
**clauses**
175:11
**clear**
9:21, 11:7,
11:8, 11:19,
11:20, 24:12,
105:9, 120:18,
234:15, 234:16,
235:2
**clearly**
75:14, 78:1,
78:19
**client**
82:22, 231:5,
231:9
**client's**
15:20
**clients**
55:12, 78:9,
78:11, 78:12,
234:18
**close**
240:8
**closed**
77:17, 86:7
**closing**
43:9, 91:10
**co-owners**
178:6, 178:9,
178:14
**cold**
12:2
**colleague**
12:22

**collecting**
215:14, 216:16
**collection**
121:21, 122:1
**college**
47:5, 47:8,
115:7
**columbia**
1:2, 2:17, 6:7
**come**
29:3, 57:20,
67:22, 80:22,
81:5, 81:17,
81:20, 82:7,
82:19, 84:4,
133:1, 140:2,
143:9, 164:19
**coming**
25:15, 67:10,
151:20, 211:18,
225:6
**comments**
51:11
**commercial**
37:16
**common**
105:22
**communication**
144:21
**communications**
170:5
**companies**
14:7, 14:12,
14:13, 14:14,
67:17, 126:19,
148:2, 148:6,
178:14, 224:15,
224:20, 225:2,
227:5, 227:9
**company**
1:8, 6:5, 32:6,
32:7, 32:9,
32:11, 32:13,
36:5, 36:7,
36:11, 38:13,
40:2, 40:5,
47:18, 53:19,
53:20, 54:2,

55:5, 61:1,
61:6, 61:14,
61:17, 61:18,
62:3, 62:21,
66:22, 68:10,
69:6, 69:10,
69:14, 70:8,
71:2, 71:9,
72:4, 72:13,
79:22, 96:16,
148:18, 149:10,
154:8, 181:7
**company's**
61:6
**comparing**
214:11
**compel**
76:10, 81:2,
83:1, 83:9
**compensated**
70:6
**compensation**
41:7
**complaint**
5:22, 16:5,
188:15, 189:1,
229:15
**complaints**
78:3, 195:9
**complete**
10:13, 58:8,
90:6
**completed**
58:2
**completely**
15:17
**completing**
90:13
**conclude**
201:20
**concludes**
245:15
**conclusion**
39:11, 69:19,
130:11, 131:10,
132:13, 135:4,
135:12, 135:17,
136:5, 144:7,

144:8, 174:20,
177:4, 177:22,
184:21, 190:21,
191:4, 191:20,
202:7, 202:16,
203:5, 203:20
**conclusions**
143:10, 143:13,
143:19
**condominium**
182:4
**conduct**
54:7
**conducted**
54:12, 142:13,
144:3
**confirm**
203:10
**conflated**
140:10
**conflict**
232:18, 232:20,
232:22
**confused**
137:4, 139:9
**conifer**
241:9
**conjunction**
206:11
**connection**
162:8
**connections**
155:19, 156:1
**consider**
181:3, 182:7
**consistent**
52:18, 52:21
**contact**
196:12
**contacted**
237:10, 237:15
**contacts**
197:4
**contained**
83:13
**context**
204:22, 207:5
**continued**
4:1

**continuing**
127:20
**control**
78:10
**controlled**
108:6, 108:8
**controls**
193:7
**controversy**
241:12
**conversation**
70:19, 104:2,
104:17, 104:19,
105:1, 106:10,
136:21, 137:1,
137:3, 137:7,
137:18, 145:10,
165:9, 166:8,
166:12, 166:14,
166:19, 169:22,
238:7
**conversations**
30:16, 53:9,
53:13, 54:3,
104:4, 104:10,
104:13, 111:9,
111:12, 111:19,
112:1, 122:5,
125:19, 126:3,
129:8, 136:18,
140:9, 141:11,
145:9, 146:1,
146:2, 146:22,
147:4, 166:4,
169:10, 169:18,
170:10, 170:13,
170:21, 172:2,
172:6, 179:19,
180:2, 218:21,
219:3, 219:6,
233:19, 238:17
**convicted**
199:4, 199:9,
199:12, 245:4
**cooperative**
243:19
**cooperatively**
241:5

**copier**
100:13
**copies**
82:14, 119:20,
128:3, 185:13,
242:17, 242:18
**copy**
50:3, 50:7,
50:9, 50:21,
51:17, 63:8,
64:8, 82:7,
82:12, 84:11,
87:8, 94:22,
99:16, 100:11,
148:15, 185:18
**copying**
127:12, 127:22,
128:2
**corner**
44:13, 150:15
**corporate**
34:15, 62:1,
90:16, 97:10,
97:11
**corporation**
22:18, 25:15,
43:7, 59:5,
156:2, 157:3,
157:7
**corporations**
126:16, 126:18,
158:5, 158:9,
158:12, 158:13,
158:14, 159:12,
160:9, 160:13,
160:17, 160:18,
161:16, 161:18,
163:1, 163:5,
163:9, 163:10,
163:14, 163:15
**correct**
17:22, 18:16,
26:2, 31:13,
31:19, 37:8,
38:2, 38:13,
38:14, 52:3,
57:11, 57:16,
60:10, 61:2,

61:7, 61:14,
61:15, 63:1,
63:7, 63:14,
63:20, 64:22,
65:17, 69:7,
85:8, 88:3,
93:21, 96:10,
107:22, 113:12,
114:2, 138:18,
142:15, 153:19,
164:8, 174:12,
191:6, 191:8,
195:6, 197:10,
197:11, 199:2,
199:5, 199:10,
200:2, 200:6,
204:15, 205:20,
211:13, 223:22,
227:14, 230:11,
239:10, 246:4
**correctly**
86:13, 240:19
**correspondence**
192:9, 192:12
**could**
19:5, 19:14,
19:20, 20:8,
30:7, 40:4,
47:5, 50:22,
51:6, 64:7,
89:22, 93:9,
108:17, 129:20,
140:10, 143:7,
146:14, 149:2,
173:16, 206:10,
215:8
**counsel**
6:14, 7:18,
10:19, 10:21,
119:19, 121:8,
121:11, 147:14,
240:11, 246:8
**counted**
133:9
**countries**
201:4
**counts**
245:5, 245:7

**couple**
102:8
**course**
134:10
**court**
1:1, 6:6, 6:16,
8:10, 9:15,
9:19, 10:1,
10:8, 14:19,
25:12, 29:5,
50:11, 58:11,
74:1, 77:6,
77:8, 81:10,
83:10, 85:7,
209:12
**court's**
77:10
**cpa**
78:15, 90:1,
90:4
**crated**
102:13
**created**
15:21, 113:2,
175:14, 175:22,
176:15, 191:11,
203:22
**creating**
102:17
**creation**
112:14, 112:15
**crime**
201:7, 201:16
**crimes**
198:11, 199:1
**criminal**
2:5, 142:8,
145:3, 151:20,
151:22, 152:2,
152:6, 183:2,
199:14, 201:14,
201:22, 202:8,
202:22, 203:11,
205:14, 209:12,
209:14, 245:2
**criminally**
144:5, 144:10
**cross**
50:17, 244:22

**curiosity**
169:2, 169:9
**curious**
168:14, 168:18,
198:9, 198:14
**current**
14:11, 52:21,
178:19, 224:16,
226:13, 230:13
**currently**
79:10, 118:20,
118:21, 119:6,
119:9, 119:14,
119:15, 180:4,
226:15, 227:4,
227:11, 227:18,
228:1
**custody**
9:5, 78:10,
205:15

## D

**dad**
23:3, 98:8,
103:10, 105:7,
105:10, 110:19,
119:10, 156:15,
161:5, 202:21,
208:3, 208:4,
208:8, 210:13,
225:2, 238:10,
238:13
**dad's**
21:18
**data**
93:5, 93:8
**database**
92:21, 93:16,
240:17, 241:15
**date**
6:8, 102:9,
118:3
**dated**
60:8, 185:3
**dates**
115:9
**daughter**
159:19, 202:2,

202:5, 210:15,
211:10
**daughters**
232:21
**day**
11:1, 11:9,
11:11, 11:13,
12:17, 113:16,
228:19, 241:17,
241:21, 246:13
**days**
199:18, 199:19
**dd**
65:20
**deal**
83:7, 152:5,
241:6, 242:8,
242:9, 244:14
**dealings**
98:15, 143:3,
149:15, 150:22,
151:4, 152:12,
152:16, 158:1,
160:5, 160:8,
160:12, 160:16,
161:15, 162:19,
162:22, 163:4,
163:8, 208:15,
209:1, 210:17,
210:21, 211:5,
211:10
**december**
88:14, 89:7,
90:22, 195:21
**decision**
68:21, 77:16,
82:21, 87:4,
171:13
**declaration**
5:21, 175:10
**declaring**
174:11
**deem**
244:12
**defendant**
4:3, 4:9,
173:19, 179:20
**defendants**
1:12

Transcript of Lessia Shatalin
Conducted on March 13, 2019                                73

defense
15:21, 78:21,
184:19, 186:10,
186:13, 186:18,
187:12, 187:17,
187:19, 188:6,
188:15, 188:18,
188:20, 189:6,
189:13, 189:18,
189:20, 190:3,
190:9, 190:13,
190:16, 191:1,
191:17, 231:9,
231:11, 231:15,
232:4, 232:12,
232:15, 233:3,
233:4, 233:9,
233:11, 233:14,
233:17, 234:11,
234:13, 234:14
defenses
15:20, 77:1,
184:17, 186:7,
195:1, 195:3,
195:10
defer
122:17
define
33:17, 39:15,
142:21, 214:14
definition
25:9, 25:11,
25:21, 26:5,
26:10
degree
20:9, 118:4
department
73:14, 93:19
depending
235:4
depos
6:11
deposed
8:21, 9:1, 9:4,
12:12
deposing
26:17
deposit
168:8, 168:15,

215:9
deposited
167:19, 168:1,
169:12, 184:1,
184:5, 214:19
deposition
1:15, 2:1, 6:2,
6:12, 8:11,
8:18, 9:6, 9:11,
9:18, 11:4,
12:15, 12:21,
13:16, 15:14,
22:22, 23:10,
23:20, 26:13,
27:2, 71:21,
74:3, 74:6,
83:16, 87:22,
99:6, 119:17,
120:2, 120:17,
121:1, 123:17,
127:21, 128:1,
128:6, 155:2,
164:5, 171:8,
171:11, 171:14,
171:21, 173:16,
175:6, 175:9,
177:7, 230:17,
233:21, 234:2,
234:3, 234:4,
235:4, 235:7,
235:21, 236:3,
236:7, 236:10,
236:15, 237:22,
238:3, 238:8,
238:11, 238:15,
242:9, 243:5,
243:6, 243:14,
244:8, 245:15,
246:3
depositions
30:11, 30:13,
76:5, 76:19,
81:12, 87:5
deposits
56:12
derived
144:5, 144:10,
198:18, 203:15,

204:1
describe
70:19, 97:11,
108:9, 133:3
described
24:18, 25:21,
43:13, 89:16,
113:18
describes
219:4
design
55:5, 55:7,
55:13, 55:19,
56:5, 60:9,
60:18, 61:18,
62:4, 62:9
details
119:5, 134:7
determine
85:14, 198:17,
241:18
determined
144:4, 144:9
develop
27:8
developed
165:5
didn't
34:7, 81:7,
86:14, 104:7,
115:21, 117:13,
125:4, 125:15,
132:5, 204:2,
229:18
died
156:17
different
14:6, 16:14,
25:18, 25:19,
100:15, 100:16,
119:11, 139:15,
201:3, 201:18
digiakofsky
209:7, 209:11,
209:16, 209:20
directed
66:15
directing
64:11, 65:7,

66:6
direction
246:7
directly
25:2, 226:3
directors
47:17
dis
107:10
disappears
87:7
disbursements
38:4
disclaim
182:8, 182:9,
182:10
discovery
15:16, 16:1,
25:4, 26:12,
27:1, 27:3,
75:1, 75:15,
76:1, 76:3,
77:17, 77:19,
80:9, 85:18,
86:7, 86:18,
221:18, 222:7,
233:22
discrepancies
102:9
discrepancy
102:6
discretionary
129:22, 130:5,
130:21, 131:5,
131:15
discuss
12:14, 12:16,
21:21, 97:21,
98:5, 122:20,
125:4, 138:1,
138:5, 167:18,
167:22, 168:4,
196:8, 211:9,
231:2, 235:21,
237:20, 242:6
discussed
12:15, 12:18,
84:14, 98:9,

103:16, 109:14,
124:8, 126:13,
136:11, 137:13,
141:4, 145:1,
153:9, 168:11,
217:11, 234:3,
236:10

**discusses**
57:13

**discussing**
98:3, 103:4,
103:8, 103:17,
103:19, 107:11,
123:17, 129:17,
138:3, 138:8,
144:16, 144:19,
144:20, 147:5

**discussion**
28:5, 51:21,
104:15, 112:22,
121:10, 127:17,
127:21, 139:12,
194:19, 230:7,
242:20, 242:21,
243:19, 244:3,
244:14

**discussions**
103:12, 103:14,
112:13, 121:8,
121:10, 129:12,
129:15, 171:16,
171:20, 182:19,
183:3, 241:7

**disk**
6:1, 87:21,
164:4

**disposition**
245:1

**dispute**
26:8, 26:9

**disregard**
77:9

**dissolve**
131:6, 131:7,
131:8, 131:15,
131:19

**distribute**
69:21

**distribution**
172:22

**distributions**
112:19, 172:16

**district**
1:1, 1:2, 2:16,
6:6, 6:7

**divide**
173:6

**division**
2:5

**dnipropetrovsk**
106:14, 106:15

**document**
5:14, 5:16,
18:6, 18:8,
18:10, 18:11,
30:15, 44:16,
53:2, 60:11,
63:7, 64:6,
75:13, 80:8,
81:16, 82:1,
83:15, 83:21,
84:7, 86:11,
86:20, 93:4,
95:16, 96:2,
98:2, 100:15,
101:5, 101:8,
101:10, 101:13,
102:20, 113:2,
120:10, 120:15,
122:12, 126:1,
126:5, 128:4,
171:18, 175:14,
175:19, 175:2,
177:7, 240:13,
240:16, 240:19,
240:21, 241:1,
241:2, 241:7,
241:14, 241:16,
241:18, 241:21,
241:22, 242:2,
242:12, 243:1,
243:5, 243:7,
243:9, 243:14,
244:4, 244:6,
244:10, 244:15

**documentation**
62:2

**documents**
16:2, 76:4,
76:18, 76:22,
78:1, 78:3,
78:8, 78:15,
78:18, 79:3,
79:11, 79:13,
79:15, 79:17,
79:18, 79:21,
81:11, 81:14,
82:5, 82:8,
82:12, 82:16,
82:20, 83:2,
83:5, 84:3,
84:9, 86:3,
86:10, 87:8,
93:9, 121:22,
122:1, 122:2,
122:4, 122:7,
122:11, 124:4,
124:7, 124:13,
124:17, 125:10,
125:15, 126:4,
126:11, 165:13,
165:15, 165:16,
187:11, 187:14,
188:5, 189:12,
190:8, 192:15,
195:8, 232:3,
235:6, 235:9,
235:11, 235:15,
241:13

**does**
22:18, 37:1,
38:19, 41:14,
41:21, 46:10,
46:13, 49:5,
53:2, 95:2,
95:16, 99:12,
99:19, 100:2,
101:5, 130:6,
130:9, 131:8,
145:20, 151:6,
167:15, 168:7,
177:7, 203:17,
206:11, 206:15,
206:20, 214:15,
224:6, 238:13

**doesn't**
23:1, 23:2,
25:14, 50:6,
74:21, 100:11,
232:11, 233:2

**doing**
18:4, 26:10,
27:4, 47:13,
50:12, 53:8,
63:5, 63:18,
68:17, 70:5,
212:8

**doj**
74:22

**dollars**
24:20, 24:22

**domestic**
56:22, 57:4,
57:7, 58:20,
59:4, 213:18

**done**
9:6, 44:8,
84:12, 84:15,
90:12, 90:18,
90:20, 123:4,
186:3, 192:22,
230:4, 242:20

**doran**
234:8

**down**
9:16, 9:20,
10:2, 10:9,
11:3, 56:20,
58:18, 106:2

**dozen**
38:17

**drafted**
147:11

**drive**
133:20, 224:13

**drives**
224:12

**due**
190:14, 190:16,
191:1

**duly**
7:10, 73:16

**duncan**
12:12, 13:2,

13:6, 13:19,
20:20, 29:7,
36:14, 36:15,
36:17, 37:1,
37:22, 89:1,
90:12, 119:18,
119:22, 120:3,
120:12, 120:13,
122:3, 123:17,
125:18, 125:20,
125:21, 126:20,
138:6, 140:16,
146:13, 146:18,
147:1, 147:19,
148:3, 148:4,
154:15, 154:19,
154:21, 155:3,
166:15, 233:20,
236:2

**duncan's**
12:21, 67:1,
69:5

**duncan-2**
125:12

**duplicates**
83:13, 85:3

**duplicative**
84:7

**duration**
33:12

**during**
9:11, 11:1,
11:9, 11:12,
12:17, 12:21,
32:20, 74:14,
85:13, 88:21,
90:21, 114:12,
183:2, 205:14,
209:13, 233:20,
234:3, 235:7,
236:15, 242:8

**duties**
34:22, 35:6

**E**

**e-mail**
144:20, 240:11

**each**
10:10, 166:22

**eagle**
91:16, 91:19,
92:4

**earlier**
31:11, 38:12,
43:16, 52:19,
113:10, 124:18,
164:10, 179:3,
181:4, 181:14,
204:11, 204:14,
214:5

**earn**
39:16, 89:12

**earned**
39:19

**earns**
193:11

**ears**
142:8

**education**
222:19, 222:21

**effort**
80:22

**efforts**
126:4

**egor**
210:1

**eight**
59:19, 60:5

**either**
14:20, 30:9,
30:14, 30:19,
51:7

**electronic**
84:6, 240:17

**electronically**
84:9

**elicit**
26:19

**elina**
42:10

**else**
15:10, 22:3,
32:10, 34:19,
54:17, 67:8,
90:6, 90:17,
90:20, 93:1,
105:19, 115:6,

129:9, 132:6,
137:17, 147:7,
147:15, 166:1,
169:18, 170:5,
196:21, 204:6,
226:14, 230:22,
231:18, 235:22

**elton**
218:2

**emily**
3:11, 7:3,
10:22, 29:13,
121:14, 124:8,
124:16, 125:14,
126:10, 129:15,
230:18

**emily's**
29:20

**employed**
46:20, 47:7,
119:14, 227:11,
227:16, 246:9

**employees**
36:11, 36:13,
38:8, 62:7

**end**
115:8, 115:9,
173:7

**energy**
149:5, 151:16,
151:18, 152:4,
152:13, 152:16,
152:20, 153:2,
153:6

**engage**
37:16, 95:18,
204:2, 242:21

**engaged**
46:14, 54:5,
201:14, 202:3

**engaging**
95:11

**english**
100:19, 100:20,
102:4, 102:21

**enough**
83:7, 94:3

**entire**
51:18, 185:22

**entirety**
174:6

**entities**
14:16, 16:6,
31:21, 32:3,
78:4, 163:16,
217:6

**entity**
16:15, 16:18,
17:1, 17:5,
25:1, 25:19,
112:4, 141:6,
141:18, 217:1,
217:21, 218:2,
218:5, 218:9

**errata**
128:9

**error**
128:1, 128:2

**esqs**
3:12

**esquire**
3:4, 3:11, 4:4,
4:10, 4:18, 4:19

**essence**
176:4

**establish**
26:14, 27:5

**established**
18:16, 71:20,
72:13, 169:22,
203:2

**establishes**
177:8

**establishing**
177:9

**establishment**
104:3

**et**
1:11, 6:5

**european**
118:8

**even**
48:9, 207:12,
207:19

**events**
235:12

**ever**
8:12, 8:21,

Transcript of Lessia Shatalin
Conducted on March 13, 2019                                    76

13:1, 13:3,
13:5, 13:8,
17:4, 17:12,
20:13, 20:16,
20:19, 20:22,
21:3, 21:6,
21:9, 21:14,
21:19, 21:21,
25:11, 34:14,
40:16, 42:14,
42:18, 43:17,
43:21, 48:5,
80:7, 91:19,
92:3, 96:1,
97:21, 98:5,
108:17, 108:20,
111:3, 111:6,
111:9, 111:12,
111:18, 113:2,
118:15, 121:16,
121:20, 122:5,
126:1, 141:6,
141:11, 146:2,
155:17, 156:5,
156:8, 156:21,
157:2, 157:6,
158:19, 161:8,
164:16, 166:4,
167:18, 167:22,
168:4, 169:10,
173:5, 173:13,
180:8, 180:12,
180:15, 182:7,
182:11, 182:19,
193:15, 198:22,
202:3, 204:3,
204:6, 211:9,
213:2, 216:4,
216:7, 216:11,
216:15, 216:19,
217:6, 217:11,
217:21, 218:2,
218:5, 218:14,
218:21, 219:3,
225:7, 225:20,
226:8, 226:17,
226:22, 236:6,
239:7, 240:2

**every**
29:3, 36:21,
43:9, 43:12,
104:12, 111:22,
122:10, 150:14,
154:7, 173:9,
182:1, 182:15,
192:12, 192:15,
225:15, 236:13,
239:13
**everyone's**
243:22
**everything**
9:16, 9:20,
77:6, 83:12
**evidence**
19:4, 26:19,
45:9, 46:2,
48:16, 71:13,
134:18, 199:8,
202:6, 203:4,
203:8
**evidenced**
83:14
**ex-husband**
119:12
**exact**
118:3, 165:11
**exactly**
30:3, 32:19,
35:14, 65:5,
70:4, 81:8,
106:15, 107:1,
109:3, 119:5,
121:17, 131:12,
136:10, 136:13,
137:5, 137:15,
139:13, 146:10,
166:11
**examination**
5:2, 244:22
**examined**
7:11
**example**
124:18
**excellent**
28:19
**exception**
16:10

**exceptions**
15:22, 16:2,
222:6
**exchange**
132:9
**excuse**
87:6
**existence**
233:15
**exists**
235:5
**expect**
78:13, 243:11
**expectation**
233:10, 243:11
**expenses**
107:21
**explain**
14:2, 83:3,
185:12, 215:12
**explained**
77:20, 98:22,
113:14
**explanation**
19:21, 74:12,
215:7
**extent**
28:12, 77:2,
77:17
**eye**
231:8

**F**

**face**
233:16
**facetime**
144:22
**fact**
14:15, 113:18,
130:21, 134:18,
135:9, 191:12,
191:15, 193:11,
202:19, 202:21,
203:21, 236:3,
238:1, 238:16
**facts**
19:4, 26:14,
45:9, 46:1,

48:15, 68:9,
71:13, 71:20,
199:8, 235:12
**failed**
84:4
**fair**
94:3
**fairly**
244:6
**faith**
241:15
**fall**
232:12
**familiar**
9:9, 16:15,
62:17, 112:4,
126:21, 127:2,
143:12, 143:16,
148:6, 148:22,
154:20, 154:21,
155:3, 155:5,
175:21, 204:20,
205:3, 206:21
**families**
156:16
**family**
21:1, 53:10,
91:6, 105:2,
105:22, 106:2,
145:8, 150:2,
150:5, 150:8,
151:3, 151:7,
151:10, 151:13,
152:15, 152:19,
153:1, 153:5,
155:15, 155:21,
157:18, 164:10,
164:14, 168:10,
170:3, 170:10,
176:17, 196:9,
196:17, 196:20,
213:12, 213:13,
213:20, 220:14,
220:16, 222:4,
222:12
**fancy**
214:3
**far**
71:21, 89:21,

96:4, 106:8,
115:2, 149:6,
198:7
**father's**
106:7, 142:8,
143:2, 144:17,
152:1, 161:11,
178:19, 180:3,
183:2, 200:5,
209:13, 211:9,
229:14, 239:8,
239:12, 239:14,
239:16
**fatter**
173:5
**federal**
39:2, 172:15,
241:3
**feel**
102:6, 242:6
**felt**
71:4
**few**
8:16, 80:19,
149:1, 199:15,
199:17, 199:18,
199:19, 204:17,
208:9, 230:21
**fifth**
100:1
**fight**
27:1
**figure**
31:4, 80:7,
241:5
**file**
34:22, 38:17,
38:19, 39:8,
170:14
**filed**
35:1, 35:13,
39:2, 39:5,
39:6, 76:10,
77:19, 89:18,
121:12, 140:5,
152:6
**filing**
35:7, 47:16,

89:17, 90:15
**filings**
165:12
**fill**
62:1, 89:22,
90:1
**filled**
34:19, 34:21,
58:5, 59:1
**filling**
90:3, 97:10
**finances**
45:12, 103:14,
103:18, 104:5,
104:8, 104:14,
106:4, 106:6,
109:9, 113:16,
143:15, 221:11,
222:8, 222:16,
227:8, 228:9
**financial**
13:2, 13:4,
13:6, 13:7,
13:18, 15:7,
16:5, 23:2,
23:12, 23:21,
24:10, 27:15,
27:22, 31:12,
31:22, 98:5,
98:15, 143:2,
143:20, 144:17,
149:15, 149:21,
150:3, 150:22,
151:4, 152:12,
152:16, 153:18,
154:1, 154:4,
156:1, 157:22,
158:4, 158:8,
159:10, 160:5,
160:8, 160:12,
160:16, 161:15,
209:1, 216:2,
216:5, 216:8,
216:12, 221:18,
222:3, 223:5,
223:10, 224:16,
224:19, 227:4,
228:17, 228:18,

228:21, 229:5,
238:21, 246:10
**financially**
105:5, 107:4,
108:2, 109:5
**find**
124:9, 125:16
**findings**
142:22, 143:11,
143:12
**fine**
75:20, 87:14,
242:11
**finish**
10:11, 26:9,
85:7
**finished**
18:5, 44:9,
99:7, 125:21
**fireplace**
176:17
**firm**
55:19, 60:14,
62:8, 80:20,
111:16
**first**
5:13, 7:10,
28:22, 29:13,
29:20, 30:18,
45:3, 48:18,
49:6, 55:18,
56:2, 56:4,
58:4, 58:18,
65:2, 68:4,
74:8, 75:6,
77:13, 88:8,
91:11, 99:13,
115:2, 128:22,
132:17, 134:5,
147:22, 154:16,
173:22, 186:9,
186:10, 188:22,
238:3, 240:15
**five**
16:7, 16:9,
42:12, 105:8,
119:4, 201:3,
201:18, 208:12

**flip**
50:3
**floor**
2:7
**flowing**
88:6
**flows**
56:9
**focus**
128:22, 129:2
**followed**
142:17, 142:21
**following**
173:18
**follows**
7:11
**foregoing**
246:3, 246:4
**foreign**
57:14, 57:15,
59:21, 60:2
**forfeited**
200:21, 201:4,
201:19
**forget**
240:14
**former**
159:22
**formerly**
242:12
**forms**
14:6, 89:17,
89:18, 90:5,
90:7, 90:16,
97:10, 97:11,
170:14, 170:16
**forty-two**
245:9
**forum**
26:10
**forward**
28:18
**found**
167:3, 203:14
**four**
56:3, 133:13,
212:14
**fourth**
99:18

fox
4:5
frame
24:12, 30:7,
32:20, 41:11,
42:3, 44:15,
45:11, 47:1,
47:4, 48:2,
49:10, 49:17,
64:14, 66:10,
66:19, 67:15,
68:1, 68:7,
69:3, 70:12,
74:14, 74:16,
94:11, 208:11,
219:10
francisco
199:16, 224:7
fransisco
45:19
free
185:21, 242:6
french
118:8
frequently
238:4
friedman
26:12
friends
155:16, 156:15,
156:16, 159:1,
159:7, 210:13,
210:14
front
26:11, 60:11,
74:2, 92:13,
204:11
frozen
170:17, 200:2,
200:5, 200:12,
200:17, 200:19,
201:4, 201:19
full-time
33:16, 33:17
fully
104:7
function
108:10

functions
112:8
fund
103:20, 228:11
funded
183:8
funds
16:12, 25:16,
27:6, 137:9,
138:13, 144:5,
144:10, 173:1,
173:13, 184:11,
193:5, 193:21,
194:10, 239:7,
239:11, 239:13,
239:15
funneled
14:9, 26:16
funneling
14:17
furniture
212:16, 212:18,
212:21, 212:22
further
56:20, 86:9,
86:15, 142:13,
242:19, 245:10
future
108:2, 109:6

## G

gadyatsky
155:6, 157:14,
158:1, 158:6,
158:10, 158:15,
158:17, 158:19,
159:1, 159:6,
159:11
gave
119:8, 128:17
general
75:11, 110:14,
120:4, 205:1,
243:11
general's
145:13, 237:7,
237:11
generally
145:17, 146:14,

166:9, 166:10,
166:11, 170:9,
218:18, 222:10
generated
184:6
george
117:21, 118:5,
222:3, 222:13
get
18:22, 28:16,
58:16, 69:13,
71:18, 73:6,
77:8, 78:14,
79:6, 83:21,
107:8, 107:12,
113:16, 117:10,
123:3, 126:12,
136:17, 138:17,
140:10, 143:22,
146:5, 146:14,
149:17, 166:1,
197:12, 230:4
give
20:9, 45:6,
68:2, 101:6,
148:15, 176:3,
177:16, 182:11,
182:15, 206:11,
235:1
given
180:8, 201:3,
201:13, 201:17,
225:20, 226:3,
246:5
giving
156:21, 218:14,
218:18
glad
84:18
gmh
1:8
go
7:19, 9:10,
17:7, 24:16,
28:1, 29:7,
33:14, 51:16,
56:20, 73:10,
77:5, 83:2,

85:13, 123:9,
126:10, 127:13,
129:5, 149:17,
150:11, 194:16,
213:18, 230:2,
233:2, 243:17,
244:20
goes
211:14, 233:1
going
7:2, 7:22,
9:14, 14:18,
24:15, 28:17,
30:1, 45:8,
49:6, 66:1,
66:3, 68:16,
73:12, 74:5,
74:11, 81:12,
109:5, 109:15,
109:16, 110:16,
119:16, 120:4,
120:5, 120:9,
125:17, 128:6,
128:22, 136:6,
137:8, 137:13,
137:20, 139:10,
139:11, 140:3,
140:15, 145:16,
146:12, 147:18,
148:14, 148:15,
154:14, 154:18,
174:22, 185:19,
186:1, 212:8,
238:1, 238:2,
238:11, 242:12
gone
128:20
good
7:12, 7:13,
10:8, 83:7,
241:15
got
59:9, 60:1,
68:2, 81:10,
114:13, 165:17,
165:19, 165:20,
168:1
gotten
58:7, 185:8

**government**
7:16, 14:5,
25:10, 26:15,
76:18, 77:6,
79:2, 79:9,
82:17, 122:12,
125:11, 133:19,
134:1, 134:3,
143:14, 143:19,
146:3, 166:2,
197:4, 197:14,
200:20

**government's**
15:18, 77:1,
78:2, 85:1,
85:17

**governmental**
134:8

**grad**
117:19

**graduate**
117:4, 117:15,
117:17, 222:2,
222:13, 222:20

**graduated**
47:5, 117:10,
117:19, 222:2

**graduating**
47:8

**grand**
77:13

**grandma**
214:16

**grew**
109:9

**growing**
105:22

**guarantee**
183:5

**guernsey**
1:8

**guess**
9:2, 76:17,
110:19, 135:14,
144:11, 166:20,
177:14, 181:20,
194:1, 199:3,
223:14

---

**H**

**had**
12:15, 13:1,
15:13, 17:4,
18:2, 31:10,
31:11, 32:12,
34:22, 39:21,
40:12, 40:14,
41:22, 49:3,
59:9, 68:11,
78:18, 80:8,
83:10, 83:12,
83:16, 84:21,
84:22, 92:9,
93:1, 99:5,
103:12, 104:12,
104:17, 104:19,
105:2, 106:20,
111:9, 111:12,
121:7, 121:10,
124:12, 124:19,
125:14, 128:10,
129:15, 132:22,
133:7, 133:11,
133:16, 133:17,
133:18, 137:7,
137:18, 139:1,
140:3, 140:17,
141:11, 146:17,
147:4, 150:22,
151:3, 164:11,
165:9, 166:12,
168:13, 169:11,
171:8, 172:14,
174:21, 179:19,
180:2, 183:8,
207:19, 211:4,
212:21, 212:22,
217:21, 235:15,
235:22, 241:16,
244:3

**hand**
246:13

**handed**
173:21, 242:22

**handing**
8:10

---

**hang**
156:16

**happen**
137:13, 137:21

**happened**
108:18, 140:9,
198:6

**happening**
61:12, 238:16

**happy**
11:13, 26:22,
87:9, 242:21,
244:11

**hard**
10:9, 82:12,
95:1

**harvey**
24:16, 24:17,
24:19, 25:5,
26:11, 76:15,
78:7, 82:4,
82:10, 83:2,
84:21, 87:4

**harvey's**
25:13, 73:15,
77:16

**has**
14:4, 24:19,
27:2, 48:9,
65:20, 73:14,
74:1, 87:3,
92:21, 93:5,
100:10, 111:1,
111:3, 111:6,
111:18, 111:22,
131:4, 142:13,
144:3, 146:3,
150:18, 150:20,
152:11, 152:15,
152:19, 153:1,
153:5, 175:21,
180:7, 180:12,
180:15, 182:15,
185:17, 200:16,
200:21, 208:14,
208:17, 208:20,
214:16, 218:22,
224:16, 225:6,

---

225:15, 225:20,
226:3, 226:8,
228:16, 239:21,
241:22, 242:2,
243:5, 243:8,
243:12

**hasn't**
239:4

**haven't**
98:9, 103:11,
141:5, 176:3,
228:18, 232:2,
239:3

**having**
7:10, 22:13,
53:9, 56:22,
106:5, 125:19,
126:3, 146:22,
150:2, 151:13,
153:21, 154:1,
154:4, 166:8,
169:18, 170:4,
170:21, 171:16,
171:20, 172:2,
172:6, 189:16,
212:15, 220:16,
243:13

**he's**
159:18, 202:3,
205:5, 208:2,
209:18, 223:15,
223:17, 223:18,
225:3

**head**
10:2, 10:4,
93:12, 192:18,
194:7, 194:14

**heading**
186:6

**hear**
86:13, 143:17,
143:18

**heard**
7:14, 16:17,
16:20, 21:14,
24:2, 42:11,
42:12, 92:1,
141:6, 144:11,

144:12, 144:14,
149:1, 149:3,
149:4, 149:5,
155:8, 155:13,
155:14, 155:17,
157:15, 159:5,
159:17, 161:2,
195:19, 195:22,
204:21, 205:2,
205:4, 206:4,
206:22, 207:4,
207:9, 207:12,
209:8, 209:9,
209:10, 209:14,
210:3, 210:5,
217:6, 217:21,
218:1, 218:2,
218:5
**hearing**
24:19, 85:13,
152:8, 196:3,
210:8, 217:9
**held**
1:7, 2:1, 6:4,
28:5, 51:21,
87:20, 88:7,
127:17, 154:7,
180:4, 181:4,
193:1, 193:17,
194:19, 230:7
**help**
24:11, 30:6,
105:4, 107:3,
108:1, 109:5,
109:15, 109:16,
122:17, 213:18
**helpful**
10:15
**helping**
216:12
**her**
10:9, 10:15,
12:14, 12:22,
13:9, 15:10,
21:21, 21:22,
29:14, 29:21,
30:6, 37:6,
42:11, 42:12,

42:14, 42:16,
42:18, 42:20,
71:15, 78:9,
78:10, 78:12,
93:15, 114:20,
132:17, 136:2,
140:8, 148:7,
148:9, 148:15,
158:20, 175:18,
175:19, 175:22,
176:6, 180:13,
207:9, 207:12,
207:13, 211:14,
211:15, 212:8,
213:2, 213:11,
213:13, 214:2,
214:20, 215:4,
221:10, 221:18,
222:16, 228:8,
231:21, 233:19,
238:7, 240:2
**here**
6:1, 24:13,
25:10, 26:17,
42:4, 48:3,
55:4, 71:6,
71:19, 87:21,
123:2, 144:2,
164:4, 194:9,
234:15, 236:22,
237:18, 237:20
**hereby**
173:18, 246:3
**hereunto**
246:12
**herself**
7:18
**hide**
14:8
**high**
132:18
**higher**
133:4, 133:5,
135:10
**highlight**
93:8
**highlighted**
92:13, 92:16,

93:9, 93:20
**highlighting**
92:22, 93:1,
93:6
**him**
16:7, 53:18,
70:13, 98:10,
103:12, 103:14,
138:3, 139:18,
155:17, 156:15,
157:15, 159:17,
161:17, 163:15,
198:4, 208:2,
208:4, 208:8,
209:19, 210:13,
216:5, 217:12,
224:13, 226:22,
228:19, 239:3,
239:4
**himself**
14:11, 223:13
**his**
14:10, 14:13,
36:3, 36:4,
103:13, 103:14,
103:17, 103:18,
104:5, 104:8,
104:14, 109:8,
111:7, 134:8,
134:14, 136:3,
136:7, 138:13,
139:19, 152:11,
155:7, 156:12,
158:18, 172:15,
173:10, 183:5,
199:14, 200:18,
201:3, 202:2,
202:5, 205:14,
206:11, 207:17,
216:2, 216:5,
216:8, 216:12,
223:16, 223:18,
223:19, 224:8,
226:9, 226:13,
229:17
**history**
118:8
**hold**
178:1, 178:18,

180:20, 181:8,
181:17
**holds**
178:3, 178:20,
180:22, 181:18,
194:4
**home**
212:5, 212:6,
212:9, 244:20
**honestly**
30:9, 137:11,
137:19
**hope**
78:12, 241:4
**hopefully**
145:17
**horowitz**
121:21, 129:7,
129:13
**hour**
73:12
**hours**
33:18, 230:21,
244:18
**house**
106:11, 106:12,
182:4, 214:3,
214:4, 214:5,
214:10, 224:8,
227:18, 228:1
**houses**
133:10, 133:11,
213:17, 214:7,
214:11
**how**
13:14, 15:5,
15:6, 17:17,
19:5, 19:19,
22:21, 23:9,
23:11, 23:18,
24:7, 27:14,
27:20, 33:8,
33:22, 34:4,
37:5, 39:19,
39:20, 42:5,
50:11, 68:19,
68:21, 69:13,
71:4, 71:14,

72:22, 77:9,
79:6, 93:4,
100:16, 102:11,
103:3, 107:17,
108:9, 108:14,
108:17, 110:8,
110:11, 110:13,
112:7, 112:18,
129:16, 133:7,
133:11, 134:14,
136:13, 137:8,
137:21, 143:7,
144:6, 151:21,
155:14, 157:17,
164:16, 164:19,
165:6, 166:9,
166:12, 167:3,
167:7, 167:11,
167:18, 167:22,
168:4, 168:14,
169:3, 170:18,
173:6, 183:7,
184:5, 189:10,
191:12, 193:4,
193:10, 205:8,
207:9, 207:10,
207:12, 207:13,
207:16, 209:16,
210:12, 214:16,
215:7, 215:21,
217:15, 218:13,
219:22, 221:5,
223:4, 223:13,
228:6, 228:11,
228:16, 229:4,
230:20, 241:5,
244:14, 245:7
**however**
92:21
**hundred**
80:19, 82:11,
83:1, 83:11,
84:2, 84:3,
84:22, 206:22
**hundreds**
24:20, 24:22,
84:5
**husband**
162:1

**I**

**i'll**
9:11, 11:13,
14:22, 33:14,
118:22, 125:18,
128:20, 146:11,
176:3, 176:6,
186:9, 192:17,
194:12, 233:16,
235:1
**i've**
16:20, 24:2,
38:3, 42:11,
98:13, 129:15,
144:11, 145:1,
149:1, 149:4,
149:5, 155:12,
157:15, 159:5,
169:20, 176:9,
206:4, 207:4,
208:2, 209:9,
210:3, 210:5,
218:1, 224:13,
236:16, 243:4
**idea**
19:5, 61:6,
61:16, 73:2,
131:13, 141:3,
205:1, 205:11,
207:2
**identification**
8:8, 17:15,
40:10, 44:3,
49:1, 51:3,
73:21, 92:7,
94:5, 99:3,
127:7, 171:4,
175:4, 185:1
**identified**
126:19, 179:6
**identify**
47:18, 108:20,
184:10
**identity**
6:14
**ignore's**
77:10

**ii**
129:21, 131:3
**illegal**
196:6, 198:22,
202:4, 202:14,
202:17, 203:16,
204:1, 204:2
**important**
9:18, 10:7,
185:16
**impression**
60:2
**inadvertently**
240:12, 240:17,
241:13, 244:10
**incarcerated**
98:8, 103:11,
116:11, 228:20
**incarceration**
103:13, 104:14,
106:7
**include**
50:6, 78:11
**income**
39:13, 39:15,
66:20, 66:21,
67:1, 69:5,
89:11, 89:13,
172:15, 184:10,
193:11, 193:12,
229:9
**incoming**
57:3, 57:9,
73:10
**incomplete**
50:20
**incorrectly**
80:9
**independent**
142:14, 144:3
**independently**
213:13, 213:15,
213:16
**indicated**
84:8
**individual**
20:22, 31:18,
59:4, 78:17

**individuals**
14:7, 14:12,
79:4, 79:10,
79:13, 79:15,
79:16, 125:9,
209:3
**influence**
236:22
**information**
16:2, 18:22,
27:9, 29:10,
30:22, 58:8,
58:17, 59:8,
59:10, 60:1,
84:6, 86:21,
88:12, 101:6,
135:16, 141:16,
142:22, 144:7,
153:12, 165:20,
183:7, 186:12,
186:17, 187:7,
187:8, 187:9,
187:18, 189:4,
190:2, 190:15,
190:22, 191:5,
191:17, 193:15,
195:4, 202:15,
206:12, 217:15,
223:11, 231:5
**initially**
15:16, 245:4,
245:7
**innocent**
15:20, 190:14,
190:16, 191:1,
191:13, 191:18,
203:18, 203:21
**inquiries**
234:2
**inspect**
80:20, 80:22,
81:5, 81:21,
82:2, 82:6,
82:13, 82:15,
82:20, 84:2,
84:4
**inspection**
83:22

Transcript of Lessia Shatalin
Conducted on March 13, 2019

82

instead
226:3
instruct
173:9
instructed
67:20, 111:18,
111:22, 226:8
instructing
67:17
instruction
236:18
instructions
180:8, 192:21
instructs
11:6
intend
146:16
intends
76:5, 76:18,
77:7
interest
14:15, 43:1,
43:2, 150:3,
151:14, 153:6,
153:18, 154:2,
154:4, 174:11,
174:16, 177:10,
177:17, 178:1,
178:3, 178:18,
178:20, 180:20,
180:22, 181:9,
181:17, 181:18,
182:12, 182:13,
182:20, 190:14,
190:16, 191:1,
191:13, 191:16,
191:18, 200:11,
200:16, 201:1,
203:18, 207:14,
207:17, 207:19,
224:17, 226:18,
246:10
interests
176:1, 177:1,
182:8, 217:12,
220:12, 220:17
interior
55:5, 55:7,

55:13, 55:19,
56:5, 60:9,
60:17, 61:17,
62:4, 62:9
interpret
175:19
interpreting
86:8
interrogatories
5:19, 129:10,
129:14, 129:18
interrogatory
128:18, 129:1,
129:21, 131:22,
132:15, 134:6,
135:21, 140:13,
140:18, 141:1,
141:22, 142:2,
172:13
into
25:16, 67:10,
67:18, 74:8,
84:19, 126:12,
136:17, 142:7,
142:18, 167:19,
168:16, 184:1,
184:6, 204:2,
214:21, 215:9,
219:19, 220:7,
220:21, 221:6,
221:14
introduce
40:7
introduced
7:18, 120:22
introductory
28:21
invested
193:5
investigation
142:7, 142:12,
142:14, 142:17,
143:2, 143:15,
143:21, 144:4,
144:17, 145:14,
203:9
investing
150:6

investment
95:17
investments
40:4, 41:14,
43:14, 217:22
invited
80:20, 84:2
involve
202:13
involved
76:14, 112:13,
198:22, 202:22,
215:13, 216:16,
216:20, 217:1
involvement
17:1, 17:4
irs
136:3, 136:7,
137:9, 138:13,
139:11, 139:19
isn't
96:6
issue
76:14, 76:21,
83:9, 127:12,
244:6
issues
81:2, 106:3,
146:6
it's
9:18, 10:9,
18:11, 18:12,
18:13, 20:2,
23:11, 24:7,
32:6, 32:9,
48:3, 49:18,
49:22, 50:1,
53:7, 59:19,
61:11, 64:8,
64:10, 65:13,
69:12, 71:5,
71:7, 71:22,
73:12, 77:18,
86:17, 93:5,
94:12, 94:22,
95:9, 95:14,
96:19, 99:16,
99:22, 109:5,

109:15, 109:16,
120:18, 122:21,
125:3, 127:10,
128:1, 128:20,
132:15, 138:17,
142:6, 142:9,
143:14, 145:14,
149:10, 150:14,
170:17, 173:21,
175:1, 185:3,
188:3, 201:10,
201:11, 231:9,
233:9, 238:16,
243:15
its
246:11
itself
24:21, 120:15

J

jail
196:13, 198:10,
223:12, 225:3
january
74:10, 114:3
jed
4:10, 7:5,
50:15, 77:12,
80:18, 185:17,
231:1
jeff
26:6
job
1:20, 33:16,
33:17, 116:22,
117:10, 117:11,
117:14
join
75:16
joint
231:8, 231:11,
231:15, 231:20,
232:3, 232:12,
232:14, 233:3,
233:4, 233:9,
233:11, 233:14,
233:17, 234:10,
234:12, 234:14

jointly
232:6, 232:8
judge
15:15, 15:21,
22:22, 23:10,
23:19, 24:8,
24:16, 24:17,
24:19, 25:5,
25:13, 26:11,
27:2, 73:15,
76:15, 77:16,
78:7, 82:4,
82:10, 83:2,
84:21, 87:4,
222:7
judge's
221:17, 227:7,
227:21, 228:8
judgment
26:21, 220:5
julius
1:7, 6:5
jurisdiction
186:11, 186:13,
186:18, 187:12
jurisdictions
201:18
jury
245:4
just
7:17, 9:10,
20:2, 23:16,
25:8, 25:20,
28:8, 28:11,
30:6, 47:4,
50:15, 50:17,
51:17, 52:5,
56:21, 75:10,
76:13, 77:8,
78:9, 83:20,
87:13, 105:9,
110:13, 118:22,
120:3, 120:8,
123:3, 126:7,
129:2, 144:1,
145:19, 146:14,
147:20, 148:1,
170:20, 173:21,

174:13, 174:14,
175:20, 176:2,
186:9, 195:22,
197:7, 202:19,
202:21, 203:3,
220:9, 232:10,
232:22, 240:9,
242:12, 242:22,
244:2
justice
73:14, 93:19
justification
15:1

**K**

katarina
12:11, 89:1
katrina
36:14, 105:17
keep
50:12, 51:6,
80:16
kept
107:15
kid
134:10, 157:20,
239:4
kids
107:12, 109:16,
109:17, 211:11,
212:3, 239:5
kiev
106:12, 106:13,
106:15
kind
32:7, 100:12,
107:7, 117:11,
124:3, 212:22,
224:12
kindly
51:7
king
3:12
knew
71:2, 135:3
knowledge
12:19, 13:14,
16:21, 17:3,

17:8, 17:11,
17:14, 19:13,
19:19, 20:7,
27:20, 29:19,
31:2, 31:7,
34:13, 36:4,
38:11, 42:5,
46:17, 54:17,
54:20, 68:10,
68:11, 72:3,
74:19, 98:13,
149:12, 150:4,
150:13, 151:5,
151:17, 151:19,
153:20, 154:3,
156:13, 162:10,
162:15, 178:8,
178:17, 179:13,
179:17, 181:1,
181:11, 181:16,
183:1, 197:3,
197:6, 197:21,
206:1, 216:1,
216:3, 217:5,
218:1, 218:4,
218:7, 220:13,
220:15, 220:18,
221:3, 224:15,
224:18
knows
238:2, 238:10
krieger
6:11
kuchma
159:20, 159:21
kuchma's
159:18
kyivstar
149:6, 149:8,
149:9, 149:13,
149:16, 149:18,
149:22, 150:3,
150:6, 150:9

**L**

label
74:22
lack
186:11, 186:13,

186:18, 187:12,
187:18, 187:20,
188:7, 188:16,
188:21, 189:7,
189:13, 240:18
language
100:16, 186:15,
188:3
languages
100:15
large
80:22
last
16:9, 17:22,
30:4, 49:12,
49:19, 49:21,
49:22, 52:9,
54:22, 63:13,
65:13, 100:10,
100:11, 128:14,
131:3, 132:16,
135:21, 142:6,
185:20, 190:13,
208:12, 221:6,
221:21, 230:18,
238:9
late
104:21
later
107:21, 175:1,
240:12, 241:17,
241:21, 242:10
laundered
215:17
laundering
195:17, 199:4,
199:9, 199:13,
216:20
law
198:11, 243:18
lawyer
10:17, 189:9
lawyers
111:13, 111:14,
112:1
lazarenko
1:11, 4:3, 4:9,
7:4, 7:6, 7:8,

7:19, 7:20, 8:1,
8:4, 16:6,
20:14, 20:17,
35:22, 53:14,
54:4, 54:16,
68:13, 77:18,
78:14, 82:18,
86:4, 86:7,
97:22, 98:4,
98:7, 103:5,
103:9, 105:10,
105:11, 105:13,
105:15, 105:17,
105:18, 108:21,
109:8, 123:21,
129:22, 130:2,
130:5, 132:1,
134:7, 137:8,
138:2, 138:9,
138:12, 139:5,
161:19, 173:18,
178:2, 178:7,
178:10, 178:15,
180:10, 180:22,
181:5, 181:15,
205:6, 206:17,
211:12, 215:21,
233:7, 236:8,
236:11
**lazarenko's**
26:16, 53:19,
86:10, 142:18,
143:15, 143:20,
173:14
**leads**
201:15
**learn**
164:19, 167:7
**learned**
175:1
**learning**
210:20
**least**
113:14
**left**
52:2, 85:2,
94:18, 119:20,
245:6

**left-hand**
44:13, 46:4
**legal**
39:11, 69:19,
93:11, 130:11,
131:10, 132:13,
174:20, 176:13,
177:4, 177:21,
184:21, 186:15,
188:1, 188:3,
189:22, 190:3,
190:20, 191:4,
191:20, 203:20,
239:21, 240:1,
240:2, 244:12
**legitimate**
198:18
**legitimately**
201:6
**leonid**
155:7, 157:14,
158:1, 158:5,
158:10, 158:14,
159:20
**less**
56:12
**lessia**
1:15, 2:1,
3:10, 5:2, 6:2,
7:3, 7:9, 7:19,
31:18, 87:22,
129:22, 130:2,
130:5, 132:1,
134:7, 164:5,
173:17, 231:21,
233:5, 245:15
**lestia**
217:7
**let**
10:17, 14:2,
26:8, 40:12,
44:8, 71:6,
85:7, 92:9,
92:20, 99:5,
118:19, 120:9,
140:16, 144:2,
148:5, 186:3,
188:13

**let's**
13:8, 16:13,
29:7, 40:7,
51:16, 58:18,
72:11, 73:10,
87:13, 87:15,
121:7, 149:8,
150:11, 181:21,
185:14, 230:2
**lets**
30:20
**letter**
240:11
**letters**
126:19
**lichtenstein**
217:2
**liechtenstein**
200:17, 217:7,
217:12
**life**
107:22, 133:3,
135:9, 135:10
**lifestyle**
132:22
**lifted**
136:4
**like**
9:9, 13:5,
30:2, 44:17,
44:19, 52:14,
60:21, 63:5,
63:17, 64:1,
64:5, 64:7,
64:22, 82:22,
87:7, 94:21,
95:16, 96:2,
99:16, 99:21,
100:4, 102:8,
103:21, 103:22,
104:8, 104:21,
107:7, 107:12,
110:6, 110:7,
115:2, 118:1,
119:4, 120:13,
121:4, 121:15,
125:13, 139:9,
143:7, 144:19,

**145:2, 146:10,**
148:3, 153:13,
157:19, 159:3,
166:21, 167:17,
170:1, 177:8,
182:4, 213:19,
225:4, 227:15,
239:5, 241:2,
241:10, 243:18
**limitation**
15:22, 16:11,
189:18
**limitations**
189:20, 190:4,
190:10
**limited**
15:15, 15:16,
15:21, 112:5,
112:8, 218:6,
218:9
**line**
42:22, 57:13,
62:2, 73:4,
135:1, 138:16,
174:8, 212:11,
218:3
**lines**
56:3, 174:8,
174:9
**list**
35:1, 35:13,
148:2
**listed**
41:3, 148:18,
186:11, 187:21,
204:17, 209:3
**listing**
47:17, 126:15
**lists**
18:8, 41:13,
41:20, 43:1,
49:13, 52:15,
55:4, 174:2
**lithuania**
200:5, 200:9
**litigate**
76:20, 82:16
**litigated**
76:14

litigation
15:13, 76:9
little
56:20, 137:4,
174:8, 174:9
live
114:19, 119:6,
119:9, 214:3,
214:4, 214:8,
224:6, 224:11,
227:13
lived
114:21, 115:1,
115:2, 115:9,
115:14, 214:6
living
45:14, 45:20,
107:21, 115:6
llp
4:5, 4:11
loan
21:9, 95:12,
95:16, 96:2,
96:15, 97:21,
101:16, 101:21,
206:9
loaned
208:17, 208:20
loaning
150:9, 151:8
loans
96:22, 116:4
located
47:22, 193:22
locations
106:17, 114:22
log
240:21
logan
4:12
lohosha
206:20, 207:2
long
11:10, 33:2,
33:8, 35:14,
61:11, 90:10,
95:10, 230:20,
232:15

longer
233:21
look
31:4, 31:8,
33:14, 41:12,
41:18, 42:22,
44:18, 46:4,
50:9, 54:22,
57:6, 65:18,
82:7, 83:4,
84:9, 84:19,
94:14, 118:2,
119:16, 126:13,
126:20, 127:2,
129:4, 129:20,
140:12, 141:22,
147:20, 148:4,
154:19, 154:21,
155:3, 155:5,
173:16, 175:16,
185:22, 194:13,
243:18
looked
85:1, 124:9,
125:15, 148:17,
179:7, 179:8,
204:11, 241:15
looking
71:19, 90:5,
90:15, 101:4,
179:10, 235:14
looks
44:17, 44:19,
52:14, 63:5,
63:17, 64:1,
64:5, 64:7,
94:21, 99:16,
99:21, 100:4,
100:14, 102:8,
128:12, 177:8
lot
96:6, 106:14,
112:10, 133:15,
168:21, 229:8
lots
219:18
ltd
1:8, 6:5

lublin
207:21, 208:1,
208:15, 208:17,
208:21
lunch
11:10, 87:11,
88:5

**M**

made
38:5, 56:15,
66:7, 67:3,
74:9, 76:17,
80:21, 82:5,
82:12, 82:21,
83:22, 85:12,
86:4, 87:4,
88:16, 100:13,
112:19, 128:8,
141:17, 142:11,
143:1, 143:11,
145:18, 172:12,
180:12, 189:5,
198:16, 201:13,
240:12
maiden
211:14, 211:15,
213:13
maintain
79:10
maintained
79:18, 92:21,
93:5
maintaining
79:16
makaroff
210:1
make
50:7, 51:17,
59:10, 68:21,
77:3, 96:22,
139:7, 173:10,
185:14, 205:7,
228:12, 234:2
makes
127:10, 197:14
making
82:1, 96:15,

172:4, 172:8,
221:20
man
135:13
managed
46:18
management
60:14, 60:17,
61:17, 62:3,
62:8, 154:7
managements
46:7
manipulate
93:16
manner
159:13
many
33:22, 34:4,
100:16, 133:11,
185:13, 219:22,
221:5, 245:7
march
1:17, 6:9,
246:13
mark
50:14, 50:22,
51:7
marked
8:6, 8:7, 8:11,
17:15, 18:3,
40:9, 44:2,
46:5, 48:22,
51:2, 57:3,
57:11, 57:12,
73:20, 74:2,
92:6, 94:4,
99:2, 119:17,
125:18, 127:6,
140:15, 146:13,
147:19, 154:15,
171:3, 175:3,
184:22, 243:6
market
4:6
marking
17:18, 50:10
marriage
119:1

**married**
118:15, 118:17,
118:20, 159:18
**maryland**
91:20, 230:14
**mason**
117:21, 118:5,
222:3, 222:13
**mass**
206:9
**masters**
118:4
**match**
44:20
**matter**
6:3, 7:17
**matters**
238:21, 241:10
**may**
8:1, 11:1,
14:9, 14:14,
18:21, 28:16,
46:18, 84:6,
86:4, 102:13,
176:7, 205:12,
235:3, 243:20
**maybe**
9:2, 30:5,
35:20, 44:17,
64:9, 67:7,
85:8, 85:9,
92:5, 94:22,
100:13, 101:1,
115:3, 117:21,
166:22, 170:1,
170:12, 192:17,
206:22, 212:21,
235:18, 243:20
**mazurenko**
204:20, 205:12,
205:17, 206:9
**mean**
12:18, 30:8,
33:2, 33:10,
34:21, 40:20,
53:16, 66:21,
72:9, 73:11,
75:17, 77:8,

108:8, 111:5,
115:21, 122:17,
130:9, 131:8,
135:14, 145:1,
145:21, 159:20,
166:20, 169:20,
170:16, 174:8,
176:8, 182:10,
191:10, 203:17,
213:16, 214:10,
232:1, 232:11,
234:5, 234:20,
242:22
**meaning**
235:14
**means**
59:1, 72:9,
131:12
**medication**
12:8
**medications**
12:3, 12:5
**meet**
42:16, 230:20,
237:6
**meeting**
105:2, 105:6,
105:20, 106:5,
107:2, 109:4,
109:14, 125:14,
158:20, 164:11,
164:14, 164:15,
174:21, 176:17,
230:22, 231:3
**meetings**
30:2, 30:10,
30:12, 105:22,
235:22
**members**
21:6, 53:10,
91:6, 222:4
**memory**
101:12, 103:4,
235:20, 237:4
**mention**
141:1
**mentioned**
37:22, 166:22,

179:3
**mentions**
25:3
**met**
21:19, 30:1,
42:14, 155:17,
158:19, 161:8,
161:11, 230:18
**middle**
44:18, 46:4,
52:10, 55:1
**might**
22:4, 40:17,
40:18, 122:14,
122:16, 140:1,
155:9, 158:20,
170:7, 170:8,
185:8, 204:21,
205:2, 206:22,
209:8, 213:5
**mikonov**
210:7
**millions**
149:18
**mind**
220:6
**mine**
69:4, 94:22,
100:4, 185:6
**minister**
161:1, 161:3,
161:4, 162:3,
162:4
**minute**
127:14, 242:6
**minutes**
51:17
**mischaracterize**
125:6
**mischaracterized**
85:12, 85:16
**mischaracterizes**
71:15
**mischaracterizing**
77:15
**misinterpreted**
87:3
**misrepresentation**
85:10

**missing**
100:10, 155:9
**misstates**
37:9, 71:13,
72:6, 197:18,
202:11
**mistake**
85:9, 100:13,
240:12
**misunderstood**
86:5
**mm-hmm**
44:22, 55:3,
56:10, 57:8,
57:10, 66:5,
74:4, 140:21,
146:7, 171:10,
172:18, 172:20,
174:1, 174:4,
186:5, 240:7
**modern**
118:8
**modification**
101:22
**mom**
105:7, 105:12,
133:17, 145:2
**moment**
67:9
**money**
13:9, 14:16,
25:1, 25:18,
26:14, 27:16,
39:16, 39:19,
56:9, 67:18,
68:14, 68:22,
69:10, 69:13,
69:14, 69:22,
88:6, 89:6,
91:5, 96:6,
104:11, 107:9,
107:12, 107:14,
108:4, 108:6,
108:14, 108:18,
130:19, 132:1,
132:5, 133:7,
134:14, 150:6,
150:9, 151:8,

151:11, 152:20,
153:2, 156:6,
156:9, 156:22,
157:3, 164:16,
164:19, 165:6,
166:5, 166:15,
167:4, 167:7,
167:12, 168:10,
168:19, 168:21,
169:3, 169:11,
170:17, 180:9,
180:13, 183:12,
183:18, 184:1,
184:5, 195:17,
199:4, 199:9,
199:13, 201:6,
203:22, 204:3,
204:6, 208:18,
208:20, 214:16,
215:17, 216:20,
218:15, 218:19,
225:7, 225:11,
225:15, 225:20,
226:3, 226:15
**moneys**
14:9
**monitor**
6:10
**month**
56:13, 221:6,
221:21
**monthly**
228:12
**months**
83:5
**more**
26:21, 28:17,
30:13, 30:17,
65:4, 120:8,
133:12, 133:13,
206:12, 214:15,
234:22
**morning**
7:12, 7:13
**most**
185:16, 244:8
**mother**
21:18, 106:6,

106:21, 108:20,
116:14, 132:10,
159:7, 168:15,
179:4, 211:17,
211:21, 212:15,
214:1, 214:12,
214:19, 215:2,
215:8, 215:13,
215:17
**mother's**
211:12, 213:12,
213:20, 214:1,
214:12
**motion**
26:21, 76:10
**motions**
27:2
**motivated**
145:4, 196:18,
197:8, 197:15
**move**
82:22, 83:9,
176:7, 214:9
**moved**
81:1, 114:15,
115:3
**mrs**
96:7
**much**
89:5, 89:19,
103:22, 108:12,
108:14, 129:16,
133:7, 164:16,
164:19, 165:6,
167:4, 167:7,
167:11, 169:13,
169:14, 169:15,
169:16, 196:19,
214:16, 230:18
**multi-millionair-
es**
133:6
**multiple**
24:20, 133:10,
139:15, 213:17,
232:13
**mykola**
155:6, 155:15,

156:11, 156:13,
156:19, 156:21,
157:8, 157:11
**myself**
228:16

---

**N**

**name**
1:10, 7:14,
16:3, 16:20,
17:22, 19:15,
19:17, 21:14,
41:3, 92:1,
112:9, 120:20,
121:5, 152:9,
157:20, 159:5,
176:20, 204:14,
204:21, 205:2,
206:4, 206:20,
207:4, 209:8,
209:9, 209:10,
209:14, 210:3,
210:5, 210:6,
210:7, 210:8,
210:11, 210:12,
211:12, 211:14,
211:15, 214:20,
218:10, 228:4
**named**
16:4, 16:16,
17:2, 17:5,
25:1, 78:4,
78:16, 217:1,
217:21, 218:2,
218:5, 218:9,
227:1
**names**
127:2, 148:5,
148:18, 154:19,
154:21, 155:2,
204:17
**nature**
98:10, 103:12,
167:1
**necessarily**
134:12
**need**
11:12, 24:16,

28:10, 58:11,
122:6, 124:8,
131:14, 148:12,
170:14, 203:14,
234:5, 242:5,
243:21
**needs**
86:22, 128:8,
242:20
**negotiations**
140:3
**neither**
246:8
**nevada**
48:4, 48:6,
114:5
**never**
67:20, 98:13,
124:9, 125:4,
133:9, 145:4,
168:11, 168:19,
175:16, 176:9,
203:14, 203:15,
213:11, 214:9,
223:15, 243:4
**new**
2:6, 3:6, 6:12,
62:7, 101:20,
241:11
**news**
5:11, 18:13,
18:14, 18:17,
18:19, 20:2,
21:12, 29:8,
29:11, 29:17,
31:4, 143:17,
143:18, 159:17,
161:2, 179:7,
195:19, 196:1,
204:10
**newspaper**
179:6
**next**
10:12, 57:13,
134:5
**nice**
214:10
**nicer**
214:7

nikola
157:2
nine
245:6
nodding
10:4
nods
10:2
nominate
14:7
nominee
229:15, 229:17,
229:19, 229:20,
229:22
non
15:11
nope
141:15
nor
16:10, 79:17,
246:9
normal
135:10, 214:4,
214:5, 214:7,
220:2, 220:4,
220:5, 220:6,
220:9, 220:10,
220:11
north
4:13, 224:7
northeast
230:14
northwest
6:13
notary
2:16, 246:1
note
77:13, 140:1
noted
73:16, 244:6
nothing
12:19, 57:3,
57:11, 71:2,
71:10, 145:5,
153:16, 210:19,
228:16, 245:13
notice
5:10, 8:19,

21:12
november
45:1, 45:14,
47:5, 47:6
now
18:4, 30:17,
40:20, 40:21,
66:1, 77:17,
82:22, 83:17,
86:8, 87:15,
87:17, 110:10,
118:10, 132:5,
140:8, 175:17,
181:2, 211:14,
233:10, 234:15,
234:22, 241:20,
242:13
number
1:9, 65:10,
65:11, 65:15,
65:20, 65:22,
66:2, 81:19,
120:18, 126:14,
131:3, 140:19,
140:20, 142:3,
142:9, 148:19,
240:14
numbered
127:10
numbers
65:9, 165:18
numerous
26:5, 219:1

O

oath
9:7, 29:1,
29:4, 52:6,
88:3, 164:8,
230:11
object
45:8, 68:2
objected
76:6
objecting
75:12
objectionable
76:7

objections
11:2, 11:3
obligation
86:9, 86:16,
86:17
obtain
118:4, 130:19,
206:10
obtained
42:6, 43:2,
79:2, 191:16,
201:6, 205:9,
207:13, 207:17,
215:3, 217:16
obviously
16:8, 85:7,
86:16, 86:22,
87:5, 87:7,
120:6, 185:21,
234:19, 235:3,
244:4
occasions
208:9
occur
106:10, 136:21
occurred
235:12, 235:16
october
74:10
off
28:1, 28:3,
28:5, 51:16,
51:19, 51:21,
75:18, 87:18,
98:9, 123:11,
127:13, 127:15,
127:17, 164:1,
194:16, 194:17,
194:19, 230:2,
230:5, 230:7,
245:16
office
29:14, 29:20,
29:21, 48:5,
48:10, 145:13,
212:8, 213:5,
237:7, 237:11
officer
34:15, 85:6,

246:2
officers
21:9, 35:1,
35:2, 47:17
offices
2:2, 30:21
official
132:18, 197:16
officially
50:11
officials
133:20
oh
49:20, 50:3,
80:6, 80:11,
148:13
oksana
178:20, 178:22,
179:4, 179:19,
180:3, 180:7,
180:12, 180:18,
223:14, 226:13,
237:21, 238:4
old
79:19, 198:14,
214:8, 214:18,
215:21
older
109:9, 155:18
oleksandr
204:20, 205:12,
205:16, 206:8
olexander
161:22, 162:13,
163:14
olsen
111:16
omitting
221:18
once
8:22, 25:15,
114:7, 187:4,
213:6
one
4:12, 9:13,
10:7, 25:16,
26:17, 29:22,
30:2, 45:7,

50:14, 50:21,
76:2, 79:3,
85:19, 100:17,
100:18, 102:4,
106:8, 106:9,
106:16, 113:16,
115:4, 120:13,
121:4, 121:6,
126:2, 127:14,
128:20, 129:2,
129:4, 130:12,
133:12, 142:9,
142:10, 142:13,
149:10, 151:6,
161:1, 166:20,
173:20, 173:21,
185:9, 185:10,
185:14, 241:17,
241:21, 241:22,
242:2, 244:17

**ones**
39:7, 149:2,
155:5, 155:12

**only**
11:14, 16:1,
76:1, 77:18,
85:2, 106:5,
129:15, 151:19,
185:17, 185:19,
185:22, 245:6

**open**
29:5, 35:16,
45:18, 48:19,
49:7, 58:2, 58:5

**opened**
62:22

**opening**
43:18, 43:20,
43:21, 45:2,
48:12, 53:3,
53:10, 53:14,
63:4, 63:7,
91:15, 92:3

**operates**
110:9, 110:12,
110:13

**operating**
43:7

**operations**
43:10, 61:7,
72:3

**opinion**
176:4, 176:5,
176:6, 220:9

**opportunity**
83:4, 235:2

**opposed**
214:5

**oral**
234:11, 234:17

**orally**
144:20

**order**
51:5, 51:6,
58:2, 73:15,
74:17, 81:10,
221:17, 227:21,
228:8

**ordered**
25:5, 27:3,
82:4, 82:10

**orders**
25:13, 77:8

**origin**
101:8, 233:13

**original**
64:9, 92:16,
92:18, 93:4,
128:4

**other**
10:7, 10:10,
12:2, 12:5,
14:11, 31:10,
34:5, 34:10,
35:2, 38:4,
38:8, 40:21,
47:16, 47:18,
67:2, 76:16,
78:4, 78:17,
90:5, 90:15,
91:5, 93:17,
97:11, 98:11,
104:1, 104:2,
104:4, 104:14,
104:16, 109:17,
113:5, 113:6,

113:17, 113:20,
123:20, 129:7,
130:14, 130:20,
131:5, 131:14,
134:16, 135:16,
137:16, 144:21,
145:7, 145:8,
147:4, 147:14,
149:12, 149:18,
149:20, 153:12,
153:14, 154:6,
154:7, 164:14,
166:22, 169:17,
170:3, 172:21,
174:12, 178:1,
181:13, 181:21,
187:20, 191:15,
191:17, 195:4,
196:20, 200:4,
202:5, 202:6,
203:3, 203:4,
203:8, 204:17,
214:11, 226:13,
236:18, 236:19,
237:16, 242:16

**otherwise**
86:21, 246:11

**our**
26:9, 27:10,
73:12, 76:8,
76:9, 76:10,
76:11, 77:19,
78:5, 87:1,
88:5, 92:21,
93:5, 93:11,
93:15, 105:2,
106:11, 108:2,
114:12, 127:11,
127:21, 135:1,
168:10, 174:21,
196:17, 233:18,
240:17, 240:20,
241:17, 242:5

**out**
13:21, 25:18,
31:4, 34:20,
34:21, 58:5,
59:1, 62:1,

66:3, 68:22,
69:14, 78:13,
78:15, 80:7,
88:6, 89:22,
90:1, 90:3,
97:10, 107:2,
112:19, 113:16,
116:4, 125:3,
136:12, 156:16,
167:3, 172:16,
177:10, 214:9,
221:20, 241:5

**outcome**
246:11

**outgoing**
57:1, 57:7,
57:14, 57:15,
58:20, 59:21,
88:16

**outside**
16:9, 54:13,
73:14, 74:16,
213:6, 221:17,
222:6, 227:7

**over**
9:10, 10:10,
13:9, 13:19,
14:4, 21:13,
43:3, 50:3,
68:4, 75:5,
79:19, 82:11,
89:6, 90:5,
90:15, 112:22,
144:20, 147:20,
148:17, 165:19,
167:15, 181:11,
200:21, 220:21

**overruled**
76:16

**own**
14:12, 20:5,
22:4, 31:5,
34:12, 37:1,
82:20, 179:11,
179:15, 214:20,
215:4, 227:18

**owned**
29:17, 31:1,

109:19, 183:22
**owner**
15:21, 17:9,
17:12, 18:20,
19:6, 19:22,
20:10, 29:11,
179:8
**owners**
204:17
**ownership**
21:21, 46:5,
151:14, 153:6,
181:9, 181:11,
182:1, 182:6,
205:10
**owning**
34:14, 179:14,
179:18
**owns**
14:13, 14:14,
21:13, 40:2,
40:5, 110:17,
209:20, 224:8,
224:10, 224:11

**P**

**pa**
4:7, 4:14
**page**
5:2, 5:9, 41:2,
41:4, 41:12,
41:17, 41:19,
44:21, 49:12,
49:19, 49:21,
49:22, 52:9,
52:10, 55:1,
55:2, 56:2,
56:4, 58:19,
63:13, 65:13,
65:19, 92:13,
94:14, 94:16,
98:12, 99:13,
100:1, 100:5,
100:7, 100:8,
100:10, 100:12,
126:14, 128:14,
132:15, 173:22,
186:9

**pages**
1:21, 50:6,
84:5, 99:18,
185:20, 186:1,
186:4
**paid**
116:1, 116:14,
116:16, 116:18,
116:21, 139:11,
172:16, 222:19,
223:4, 240:2
**paperwork**
35:8, 194:8
**paragraph**
132:17, 134:5,
135:20, 140:22,
142:6, 187:21,
189:5, 189:17
**paralegal**
241:17
**parent's**
169:4
**parents**
104:11, 104:13,
104:20, 105:3,
106:19, 113:14,
164:16, 165:10,
166:5, 167:20,
168:4, 168:7,
169:20, 174:22,
176:16, 183:8,
183:17
**part**
13:15, 22:21,
34:22, 109:1,
109:17, 232:14
**particular**
30:15, 177:2
**parties**
124:11, 232:14,
232:17, 246:9
**party**
124:16, 125:8
**past**
16:7, 235:17
**pater**
210:22
**pavlo**
1:11, 7:6, 7:7,

16:6, 20:13,
82:18, 86:4,
98:6, 103:9,
105:10, 105:11,
109:8, 123:21,
138:2, 138:12,
139:5, 142:18,
143:15, 143:20,
161:19, 173:13,
178:2, 178:6,
178:10, 178:15,
180:10, 205:6,
206:17, 232:5,
236:8
**pavlo's**
185:5
**pay**
115:16, 115:19,
115:21, 116:4,
116:8, 116:13,
132:1, 132:5,
132:6, 136:2,
136:7, 138:13,
139:2, 139:19,
222:12, 222:20,
225:15, 226:8,
228:6
**paying**
226:4, 239:13,
239:15
**payment**
239:17, 239:20
**payments**
91:2, 141:12,
141:17, 157:11,
173:10, 228:11
**pen**
148:8
**pending**
11:11, 11:18,
96:21, 201:12,
229:13
**people**
10:9, 66:22,
78:11, 79:18,
98:19, 98:21,
104:10, 110:15,
137:17, 145:2,

149:19, 204:18,
214:8
**per**
56:13
**percent**
207:1
**perform**
35:7
**performed**
33:8, 33:12,
47:19, 55:13
**performing**
32:21, 34:8
**perhaps**
24:11, 24:14,
28:16, 122:18
**period**
16:8, 88:21,
89:6, 90:21,
118:22, 140:4,
169:14, 169:16
**permanent**
195:3
**permissible**
227:7
**permission**
69:21
**person**
119:11
**personal**
45:12, 91:1,
134:8, 162:7,
162:12, 215:3,
219:19, 221:10,
221:14, 221:18,
221:21, 222:8,
222:16, 227:8,
228:8
**personally**
22:15, 22:16,
31:16, 83:11,
112:15, 113:19,
115:21, 147:9,
153:17, 163:17,
192:11, 222:20,
239:9
**pertaining**
192:16

peter
210:10, 210:12,
210:17, 211:5,
211:10
philadelphia
4:7, 4:14
phone
149:10
physical
48:9
picked
133:17
pinchuk
155:8, 159:16,
160:2, 160:6,
160:9, 160:14,
160:19
place
6:12, 183:18
placed
74:1, 184:11
plaintiff
1:5, 3:3
planet
6:11
play
124:1
played
239:5
plays
31:3
pleading
240:15, 242:1
pleadings
239:2
please
6:14, 9:13,
10:3, 11:13,
23:4, 40:13,
44:9, 49:13,
50:7, 58:13,
92:10, 99:6,
187:2
point
28:17, 38:15,
48:12, 73:11,
76:17, 83:18,
85:15, 91:10,

137:14, 161:1,
161:3, 166:17,
209:13, 244:11
pointing
202:6
political
198:5
politically
145:4, 196:17,
197:8, 197:14
poretz
3:12
portion
138:12, 139:1,
139:10, 139:18,
199:20, 209:21
position
34:17, 52:22,
73:13, 146:6,
196:19, 233:18,
242:5, 243:20
positions
96:3, 96:14,
154:6, 154:8
possession
78:9, 78:10,
169:4, 187:14,
188:6, 189:12
possible
19:14, 19:20,
207:10
posting
240:15
potential
30:10, 30:12
practice
243:16
preliminary
7:17
prep
30:2
preparation
233:20, 235:7
prepare
230:16
prepared
26:18, 80:3
preparing
147:1, 147:16

presence
233:3
present
4:17, 105:19,
230:22, 231:18
presented
195:5
president
34:18, 37:7,
37:11, 49:14,
52:15, 61:2,
61:5, 70:9,
70:16, 71:1,
71:8, 72:2,
72:12, 95:22,
96:9, 159:22
pretty
89:19, 103:22,
108:12, 196:19,
230:18
prevailed
76:21, 81:2
prevent
12:2, 12:8,
26:19
previous
15:3, 22:10,
23:6, 24:18,
58:14, 77:16,
143:6, 187:5
previously
14:20, 22:12,
31:9, 75:14,
89:16, 119:17,
120:3, 120:12,
120:22, 121:8,
153:9, 154:1,
154:15, 240:20,
241:20
prime
160:22, 161:1,
161:3, 161:4,
162:3, 162:4
printed
18:21
prior
15:13, 15:17,
28:13, 29:15,

30:20, 103:13,
103:18, 104:14,
106:6, 135:8,
211:17, 211:19,
211:22, 212:1
prison
183:5
pristine
51:6
privat
149:4
privatbank
150:11, 150:13,
150:16, 150:19,
151:1, 151:4,
151:8, 151:11,
151:14
privilege
231:10, 240:21,
241:1, 241:20,
242:4, 243:10
privileged
233:22, 241:19
probable
187:18, 187:20,
188:7, 188:16,
188:21, 189:7,
189:14
probably
64:17, 66:11,
93:18, 166:17,
208:13, 230:4
problem
243:3
procedure
9:10, 241:4
procedures
170:1
proceeds
201:7, 201:16,
201:22, 202:8,
202:17, 203:11
process
128:9, 190:14,
190:17, 191:2,
245:5
produce
77:21, 81:11,

81:15, 86:9,
122:6, 124:9,
126:4
**produced**
74:22, 75:14,
76:19, 77:4,
80:9, 81:13,
81:22, 83:12,
83:15, 83:16,
83:21, 84:5,
84:10, 86:21,
86:22, 87:9,
93:2, 93:18,
241:13, 241:17,
244:10
**producing**
126:10
**product**
76:8, 87:2,
87:6, 240:21,
241:1, 241:3,
242:4, 243:10,
243:12
**production**
78:5, 83:1,
85:1, 86:3,
121:11, 123:19,
125:9, 125:11,
127:11
**proffer**
83:22
**proko**
105:14, 105:15
**pronounce**
17:22
**property**
40:2, 46:7,
46:17, 60:14,
60:17, 61:17,
62:3, 62:8,
173:19, 178:15,
178:19, 179:11,
179:14, 180:21,
182:2, 203:18
**prosecutor**
145:13, 237:7,
237:11
**protective**
175:11

**provide**
9:19, 11:17,
20:8, 55:8,
60:1, 78:8,
180:13, 225:20,
233:12
**provided**
13:5, 123:19,
134:1, 134:3,
153:14, 193:15,
205:13, 206:9,
222:7, 241:14
**provides**
226:14
**providing**
10:14, 13:18,
156:5, 156:9,
192:20, 240:10
**public**
2:16, 197:16,
246:1
**published**
143:10, 143:11
**purported**
207:13, 234:10
**purpose**
46:6, 46:11,
102:17
**purposes**
120:16, 128:6
**pursuant**
2:15, 8:18
**put**
25:8, 47:4,
75:11, 140:14,
141:4, 188:13,
198:10, 244:2
**putting**
124:1

**Q**

**question**
9:15, 10:12,
10:13, 11:5,
11:7, 11:16,
11:18, 14:19,
14:22, 15:3,
15:4, 15:11,

16:11, 22:7,
22:8, 22:10,
23:5, 23:6,
23:14, 23:15,
23:16, 28:14,
28:15, 37:5,
37:6, 57:22,
58:12, 58:14,
73:9, 75:11,
80:2, 80:4,
95:21, 96:19,
96:20, 97:6,
113:9, 121:6,
142:10, 143:4,
143:6, 178:5,
187:4, 187:5,
188:12, 189:11,
197:20, 201:10,
201:11, 225:5,
227:10, 229:11,
237:5, 244:17
**question's**
229:13
**questioning**
73:4, 135:1
**questions**
9:12, 9:13,
11:2, 11:21,
12:16, 13:1,
13:22, 23:20,
24:15, 27:8,
73:13, 73:17,
75:13, 107:5,
107:7, 112:10,
120:4, 122:2,
138:21, 146:4,
146:16, 159:9,
161:15, 163:13,
185:20, 195:1,
222:15, 236:15,
236:20, 240:6,
243:14, 245:11
**quick**
163:21, 230:3
**quickly**
176:7, 230:4,
244:7

**R**

**raise**
11:1

**raised**
189:17, 195:2,
195:10
**raising**
184:17
**ranking**
132:18
**rather**
10:3, 243:17,
244:9
**ray**
34:1
**re-exploring**
28:15
**reach**
144:8
**reached**
78:13, 78:15,
143:19
**reaction**
167:10, 168:13
**read**
14:19, 15:3,
22:10, 23:6,
58:11, 58:14,
95:1, 101:3,
120:7, 143:5,
143:6, 187:5
**reading**
246:7
**really**
9:2, 104:7,
157:16, 173:3,
186:15, 189:22,
206:7, 218:20,
241:12
**reasking**
28:15
**reason**
12:7, 67:2,
79:17, 198:21,
201:5, 201:20
**rebecca**
4:18, 6:20
**recalled**
43:17
**receive**
33:20, 33:22,

36:17, 62:13,
173:13, 191:22,
192:9, 219:12,
219:18, 220:1,
220:2, 220:6,
223:5, 227:4,
239:7, 240:22
**received**
13:1, 24:19,
24:21, 25:1,
25:16, 27:16,
37:22, 38:1,
41:6, 152:20,
192:3, 192:6,
192:12, 220:21,
221:5, 221:13,
222:3, 223:10,
224:19, 228:18
**receiving**
13:4, 27:21,
62:18, 69:10,
69:13, 151:11,
192:14, 219:7,
228:21, 229:5,
239:11
**recent**
137:1
**recently**
30:13, 232:3
**recess**
87:20, 123:13,
164:3
**recognize**
94:9, 94:12,
98:11, 99:10,
99:11, 128:13,
175:6
**recognized**
244:4
**recollection**
36:6, 41:15,
41:21, 46:10,
46:13, 49:5,
52:22, 53:3,
68:13, 74:20,
95:3, 97:17,
101:7, 101:11,
103:8, 103:17,

103:19, 104:4,
139:17, 152:4,
205:16, 206:13,
235:11
**reconsideration**
15:19
**record**
6:15, 11:4,
25:9, 28:2,
28:3, 28:5,
28:7, 28:9,
51:6, 51:16,
51:19, 51:21,
52:1, 52:5,
75:12, 75:18,
75:20, 77:14,
81:5, 83:19,
84:1, 85:16,
87:18, 88:1,
105:9, 123:11,
123:15, 127:14,
127:15, 127:17,
127:19, 127:22,
164:1, 164:6,
194:16, 194:17,
194:19, 194:21,
230:2, 230:5,
230:7, 230:9,
240:9, 244:2,
244:3, 245:17,
246:5
**recovered**
173:1, 173:6
**reduced**
246:6
**refer**
8:1, 8:2,
98:18, 120:17,
204:9
**reference**
66:1, 142:5,
142:11
**referenced**
66:7, 66:16,
67:6, 67:11,
67:16, 67:18,
68:5, 68:22,
69:22, 74:9,

75:5, 176:16
**referring**
8:4, 105:10,
105:12, 105:16,
105:18, 120:18,
130:2, 152:1
**reflect**
240:9
**reflected**
97:21
**reflecting**
101:16
**reflects**
74:6, 241:7
**refresh**
41:14, 41:21,
46:10, 46:13,
49:5, 53:2,
95:2, 101:7,
205:15, 206:12,
235:13, 235:14
**refreshed**
235:11, 235:19
**refusal**
15:2
**refusing**
14:21, 15:4,
23:14, 23:15
**regard**
86:10
**regarding**
29:9, 29:10,
30:10, 30:12,
31:5, 53:14,
54:4, 56:16,
57:19, 85:17,
86:2, 103:14,
104:2, 104:5,
104:20, 106:6,
111:7, 112:14,
121:11, 121:21,
122:6, 124:12,
125:9, 125:20,
126:4, 137:8,
141:12, 141:16,
143:12, 143:14,
143:20, 149:12,
153:13, 157:10,

159:10, 161:15,
163:13, 164:12,
166:5, 169:3,
170:14, 172:22,
179:20, 180:3,
183:3, 186:12,
192:22, 193:17,
222:16, 224:15,
228:8, 237:8,
237:13, 237:17,
238:8, 240:15,
241:13, 244:9,
244:14
**regardless**
104:11
**relate**
23:1, 23:2
**related**
23:11, 23:12,
27:14, 78:3,
79:22, 86:3,
170:14, 246:9
**relates**
15:7, 23:9,
24:9
**relating**
75:13
**relationship**
22:13, 22:19,
31:22, 95:3,
113:6, 113:17,
113:20, 162:13
**relationships**
31:12, 31:20
**relatively**
230:4, 240:19
**release**
183:5, 205:15,
206:11
**released**
223:12
**relevance**
13:13, 14:2,
23:8, 24:6,
27:19, 33:1,
34:3, 35:19,
37:18, 38:6,
38:10, 38:22,

41:11, 42:3,
42:8, 43:6,
44:15, 45:11,
45:15, 47:1,
49:10, 53:6,
62:16, 63:3,
67:13, 68:7,
69:16, 70:3,
72:16, 74:16,
77:3, 99:15,
229:5
**relevant**
14:17, 23:19,
25:4, 27:10,
49:17, 76:22,
78:19
**relied**
90:4, 242:2
**rely**
90:1, 202:6
**relying**
16:10
**rem**
1:12, 15:7,
16:3, 16:4,
16:12, 23:1,
23:11, 24:9,
25:3, 25:17,
27:4, 27:6,
27:14, 173:18,
228:17, 229:6
**remark**
50:14
**remarks**
28:22
**remind**
28:22
**remove**
182:16
**renounce**
182:12, 226:17
**rent**
115:12, 228:1,
228:6, 228:11
**rental**
115:15, 228:4
**reopen**
234:1, 235:4

**repeat**
22:8, 22:9,
23:4, 142:10,
143:4, 187:2,
187:3, 195:14
**rephrase**
92:20
**report**
47:16, 143:10
**reported**
1:22, 19:6,
19:22, 36:20,
55:18, 205:9
**reporter**
6:16, 8:10,
9:16, 9:20,
10:1, 10:8,
14:19, 50:11,
58:11, 74:1,
246:1
**reporting**
29:10, 29:17
**reports**
18:19, 21:13
**represent**
6:15, 74:5,
83:8, 84:21,
232:13, 233:2,
237:16
**representation**
56:16, 59:10,
59:20, 85:4,
85:8, 85:17,
93:15, 172:11,
233:13
**representations**
57:18, 85:12
**representatives**
237:6
**represented**
10:18, 232:2
**representing**
6:11, 7:16,
79:2, 111:13,
111:14, 232:7,
232:9, 232:11
**represents**
174:5, 231:7

**republic**
5:13, 45:3,
48:19, 49:7,
55:18, 58:4,
65:2, 68:4,
74:8, 75:6,
88:8, 91:11
**request**
15:18, 75:15,
76:1, 76:6,
76:17, 77:19,
78:2, 78:5,
86:11, 120:6,
125:10, 126:14,
126:20, 145:20,
147:6, 147:10
**requested**
246:8
**requesting**
240:22, 241:21
**requests**
76:3, 86:3,
121:11, 122:12,
123:19, 126:5,
145:17, 145:19,
146:17, 148:1,
154:17, 180:12
**requirement**
86:19
**requiring**
81:11
**research**
244:12
**reserve**
234:1
**reside**
227:19, 228:1
**respect**
11:15, 15:19,
59:20, 66:2,
76:10, 77:15,
77:18, 87:2,
90:12, 106:4,
111:4, 130:17,
140:2, 143:1,
162:18, 180:16,
187:17, 195:2,
195:9, 222:15,

234:17
**respond**
14:21, 14:22,
126:5
**responded**
13:3
**responding**
86:1, 146:8
**response**
125:10, 129:1,
129:20, 129:21,
131:2, 131:22,
132:14, 132:17,
134:6, 135:20,
138:18, 140:13,
140:17, 140:22,
142:1, 142:2,
172:12, 236:14
**responses**
86:2, 86:18,
123:18, 124:2,
128:17, 128:18,
129:9, 129:13,
129:17, 147:1,
147:6, 147:10,
147:16
**responsive**
15:11, 28:14,
28:17, 75:15,
76:2, 76:20,
77:19, 78:1,
122:2, 122:12,
122:15, 124:4,
124:6, 124:12
**rest**
35:13
**restamp**
50:8
**restarted**
28:11
**restraint**
136:4
**result**
243:13, 245:2
**return**
5:12
**returned**
198:1, 241:2,

241:22, 242:13,
242:19
**returns**
38:17, 38:19,
39:3, 39:5,
125:4
**reveal**
76:8
**review**
18:3, 40:13,
40:14, 49:3,
83:6, 92:10,
99:6, 128:11,
128:17, 140:17,
142:9, 143:8,
146:14, 146:18,
171:8, 235:6
**reviewed**
83:11, 84:22,
94:7, 142:2,
142:22, 143:7,
144:8, 147:12,
155:1, 165:13,
165:15, 232:2,
235:8
**reviewing**
18:5, 44:8,
44:10, 52:3,
92:12, 95:2,
99:7, 125:21,
147:15, 186:3
**revolution**
118:8
**right**
11:19, 18:4,
47:8, 57:6,
73:10, 110:10,
117:6, 119:3,
131:4, 140:12,
145:16, 154:14,
167:16, 185:10,
185:13, 185:14,
211:19, 234:1,
234:15, 234:22,
242:13, 245:14
**right-hand**
41:19, 44:19
**rights**
130:18

**rived**
177:1
**role**
24:3, 25:6,
27:11, 32:11,
32:13, 34:5,
34:10, 35:21,
35:22, 36:3,
124:1, 124:3
**rome**
4:11
**rothschild**
4:5
**ruby**
217:22
**rule**
11:14, 86:17
**rules**
241:3, 241:12
**ruling**
77:15, 227:7
**russian**
100:18, 100:21,
101:1, 101:2,
101:3, 101:5,
102:21

---
**S**
---
**s**
171:6
**said**
38:3, 38:12,
60:13, 63:17,
69:6, 76:6,
76:15, 85:14,
86:5, 86:6,
86:15, 95:6,
96:5, 103:2,
104:18, 107:1,
107:19, 108:1,
108:11, 109:14,
109:16, 110:1,
110:3, 113:10,
113:15, 124:16,
124:17, 125:7,
125:14, 135:1,
136:16, 137:19,
139:9, 153:17,

153:22, 154:3,
154:12, 172:13,
176:2, 195:3,
195:22, 197:7,
210:4, 214:6,
227:13, 229:18,
229:20, 235:5,
246:5
**salary**
33:20, 33:22,
36:17, 36:20,
38:1, 38:2
**samante**
112:5, 112:8
**same**
36:16, 45:16,
59:15, 70:2,
88:21, 89:15,
100:14, 106:22,
121:4, 131:2,
159:9, 159:13,
161:14, 161:20,
163:13, 163:17,
177:12, 191:9,
215:11, 221:22,
222:5, 222:14,
223:3, 229:3
**san**
45:19, 199:16,
224:7
**saves**
112:10
**savings**
53:3, 58:2,
58:6, 59:3, 65:6
**saw**
29:13, 29:19,
60:13, 124:18,
166:21, 208:7,
238:9
**say**
8:3, 9:17,
9:21, 25:15,
28:12, 34:7,
66:1, 94:2,
99:17, 105:10,
105:12, 105:15,
105:17, 108:3,

108:6, 133:5,
148:14, 151:22,
152:10, 155:12,
159:5, 159:20,
165:15, 181:21,
182:10, 194:7,
208:2, 213:14,
214:12, 216:11,
216:15, 216:19,
220:4, 229:18
**saying**
13:8, 93:3,
140:11
**says**
25:14, 41:6,
41:9, 42:4,
46:6, 48:3,
55:2, 56:5,
56:8, 56:11,
56:21, 57:6,
57:14, 58:19,
60:8, 60:11,
65:14, 83:6,
129:21, 131:3,
132:1, 132:5,
132:17, 134:6,
135:22, 144:2,
144:9, 149:18,
173:17, 186:6,
194:3, 229:15,
229:16
**scenario**
15:14
**schedule**
41:12
**school**
114:8, 114:11,
114:12, 114:16,
115:3, 117:4,
117:15, 117:17,
133:16, 133:17,
133:21, 134:2,
222:2, 222:13,
222:21
**schwartz**
3:4, 5:3, 6:18,
7:14, 15:9,
16:13, 17:19,

Transcript of Lessia Shatalin
Conducted on March 13, 2019                                  96

22:9, 23:4,
24:14, 25:20,
26:3, 26:6,
26:8, 28:1,
28:9, 28:12,
28:19, 40:7,
44:6, 49:20,
50:5, 50:13,
50:17, 50:22,
51:9, 51:12,
51:15, 63:12,
73:16, 73:19,
75:2, 75:19,
75:22, 77:12,
78:21, 79:5,
79:12, 79:20,
80:3, 81:22,
82:5, 82:11,
82:15, 85:21,
86:12, 86:14,
87:14, 87:16,
92:14, 92:17,
92:20, 93:11,
93:14, 93:21,
94:1, 118:19,
119:19, 120:1,
122:21, 123:2,
123:6, 127:12,
127:20, 140:5,
140:7, 143:5,
148:11, 148:14,
163:20, 171:2,
171:7, 175:20,
176:6, 185:3,
185:8, 185:17,
187:3, 194:16,
230:2, 231:6,
231:11, 231:14,
231:20, 232:10,
232:17, 232:22,
233:7, 233:12,
234:9, 234:19,
235:1, 240:5,
240:8, 241:11,
242:11, 242:15,
242:18, 244:1,
245:13
**seal**
246:13

**search**
122:11, 124:4,
124:6
**searched**
241:14
**second**
28:2, 49:21,
54:22, 68:2,
78:5, 129:4,
132:16, 135:20,
135:21, 140:22
**secondly**
77:22
**secretary**
34:18, 37:7,
37:11, 61:2,
70:9, 70:15,
71:1, 71:8,
72:1, 72:12,
95:22, 96:9
**security**
183:4, 205:13,
205:19, 205:20,
206:10, 240:16
**see**
8:14, 13:14,
15:5, 18:8,
23:9, 23:18,
24:7, 27:13,
27:20, 28:16,
29:21, 40:20,
41:2, 46:8,
46:9, 48:3,
50:3, 50:6,
52:10, 52:17,
55:1, 55:6,
56:3, 56:7,
56:8, 56:14,
57:2, 57:12,
57:17, 58:21,
60:15, 64:8,
65:19, 65:21,
71:14, 84:10,
93:2, 94:14,
94:17, 98:10,
100:5, 100:20,
101:1, 102:11,
131:2, 138:20,

142:5, 142:11,
142:16, 146:11,
173:17, 174:2,
175:9, 175:12,
175:20, 186:6,
191:11, 192:17,
193:2, 229:4,
232:20, 239:4
**seeing**
29:15, 30:20,
40:22, 101:4,
101:10, 120:2,
127:5
**seeking**
76:4
**seem**
97:3, 229:8
**seems**
44:20, 201:5
**seen**
8:12, 40:16,
40:18, 96:1,
98:13, 113:2,
120:12, 121:3,
121:5, 126:1,
141:5, 146:20,
157:15, 175:16,
176:3, 176:9,
208:2, 208:4,
224:13, 239:3,
239:4
**sell**
37:20
**send**
67:17, 68:14,
69:14, 166:2,
225:11, 239:22
**sending**
13:9, 74:13,
88:22, 91:5
**sense**
109:19, 123:3,
169:2
**sent**
25:18, 64:18,
68:3, 89:5,
141:12, 153:2,
239:21

**sentence**
130:4, 130:16,
131:3, 132:16,
134:5, 135:22
**sergei**
160:21, 161:8,
161:11, 161:16
**series**
9:12, 146:4,
159:9, 161:14,
194:22
**serve**
72:1
**served**
125:11
**service**
62:2, 62:9
**services**
55:5, 55:7,
55:13, 55:19,
56:6, 60:10,
60:18, 61:18,
62:4, 149:20,
240:3
**sessions**
234:4
**set**
74:18, 103:20,
105:3, 106:20,
107:3, 107:17,
107:20, 108:1,
108:12, 109:4,
110:1, 110:2,
110:3, 110:6,
112:17, 113:11,
113:15, 148:1,
154:16, 174:22,
177:10, 246:12
**sets**
110:14
**settlement**
140:2
**seven**
244:18, 245:6
**several**
80:19, 80:20,
84:2
**shaking**
10:4, 93:12

shape
242:1, 242:3
share
20:5, 153:14,
178:22, 179:15,
181:14, 182:1,
205:9
shareholders
37:12
shares
17:9, 17:12,
19:17, 22:4,
34:12, 34:14,
37:1, 204:18
sharing
172:22
shatalin
1:15, 2:1,
3:10, 5:2, 6:3,
7:9, 7:12, 7:21,
7:22, 8:2,
16:15, 18:2,
22:7, 25:6,
27:11, 28:21,
29:7, 29:15,
30:21, 31:18,
40:7, 52:2,
65:19, 74:1,
75:4, 87:22,
88:2, 92:10,
94:7, 94:9,
96:7, 99:8,
120:3, 123:16,
128:10, 135:22,
164:5, 164:7,
171:3, 175:3,
175:7, 184:22,
185:19, 194:22,
230:10, 231:21,
233:19, 235:6,
240:5, 245:16
shatalin-1
8:7, 8:11
shatalin-2
17:20, 18:3,
18:17, 204:10
shatalin-3
40:9, 40:13

shatalin-4
44:2, 44:7
shatalin-5
48:22
shatalin-5a
51:2
shatalin-6
73:20
shatalin-7
92:6, 94:4
shatalin-8
99:2
shatalin-9
127:6
she
12:15, 13:1,
13:3, 72:13,
78:13, 83:10,
124:16, 125:14,
131:3, 131:4,
135:22, 146:2,
148:7, 148:15,
158:22, 162:4,
176:2, 179:6,
207:13, 211:14,
212:3, 212:5,
212:7, 212:9,
212:21, 212:22,
213:3, 214:15,
238:2, 238:10,
239:22
she's
42:13, 92:11,
148:8, 162:3,
175:21, 189:8,
207:6, 214:2,
214:18, 223:21,
233:1
short
159:15
shorter
11:11
should
13:22, 14:1,
77:4, 120:20,
121:5, 123:8,
194:6, 194:7,
236:14, 236:20,

241:6, 242:18
shoulder
147:21
show
125:17, 140:15,
146:12, 147:18,
154:14
showed
29:13, 146:11,
240:13
shown
167:13
shows
240:18
side
41:19, 44:19,
46:5
sign
171:14
signature
44:12, 44:20,
49:13, 49:16,
52:11, 52:13,
63:18, 63:20,
64:5, 64:7,
64:10, 75:4,
94:15, 94:18,
94:19, 98:11,
99:12, 99:20,
99:21, 100:2,
100:3, 100:11,
128:13
signature's
63:6, 63:13
signature-auu9s
246:18
signatures
94:16, 94:17,
99:19
signed
102:20, 124:19,
171:15, 192:15
significant
136:1, 140:4
signing
94:21, 101:12,
171:11, 171:18,
171:21, 192:18,

246:8
silver
81:18
silverman
86:1
silversmith
4:10, 5:4, 7:5,
25:8, 25:22,
26:2, 26:4,
26:7, 30:6,
49:18, 49:22,
50:20, 64:15,
74:21, 75:3,
76:13, 79:6,
80:6, 80:12,
80:16, 81:1,
81:7, 81:9,
81:15, 82:3,
82:9, 82:14,
83:8, 83:20,
84:12, 84:17,
84:20, 85:6,
86:2, 87:3,
112:11, 127:9,
127:13, 137:6,
171:6, 185:5,
199:7, 231:3,
231:6, 231:17,
232:6, 232:20,
234:7, 236:1,
237:17, 240:10,
241:8, 242:17,
243:2, 244:5,
244:17, 244:22,
245:10
sim
149:17
simply
27:7, 83:13,
83:22
since
70:4, 170:17,
200:2, 222:2,
223:5, 223:10,
223:11, 225:2,
225:6, 244:2
sister
12:11, 13:19,

14:10, 14:14,
14:17, 20:19,
89:6, 89:12,
90:11, 105:7,
105:15, 107:21,
113:12, 113:22,
114:7, 114:16,
114:19, 119:8,
119:10, 138:5,
145:2, 146:5,
166:15, 168:2,
181:18, 182:1,
192:3, 231:19,
231:22, 233:20,
236:1
**sister's**
119:17, 121:1
**sit**
106:2
**sitting**
71:6, 71:19,
194:9, 234:15
**situated**
194:11
**situation**
71:19, 198:6,
243:4
**six**
119:4
**skills**
188:1
**slightly**
30:16
**slip**
8:1
**snap**
144:21
**some**
11:2, 12:1,
12:22, 14:9,
14:16, 25:16,
30:4, 33:2,
33:3, 33:10,
38:15, 48:12,
51:11, 61:6,
62:12, 84:6,
91:10, 101:1,
101:4, 104:10,

104:18, 112:16,
117:19, 121:14,
137:14, 155:4,
155:9, 164:11,
165:5, 166:17,
172:16, 194:1,
194:7, 196:5,
196:10, 208:9,
209:13, 212:4,
212:22, 233:13,
235:8
**somebody**
110:14, 133:1
**somehow**
207:4
**someone**
19:14, 93:1,
205:5, 226:9,
232:11
**something**
34:19, 67:8,
72:20, 103:22,
104:21, 108:18,
110:7, 112:16,
117:20, 136:16,
167:17, 196:6,
227:15, 235:16,
235:19, 242:8
**sometime**
103:21, 137:14,
213:7
**somewhere**
144:11, 166:1,
167:15, 209:9
**son**
155:15, 155:18
**sorry**
79:1, 95:8,
154:12, 154:20,
180:18, 195:14,
209:3, 210:4
**sort**
13:18, 22:13,
77:2, 86:8,
143:9, 149:21,
181:8, 192:20,
213:5, 232:18,
233:13

**sound**
143:22, 148:22,
167:15, 206:20
**sounds**
9:9, 62:17,
205:3
**source**
39:15
**sources**
39:13, 184:10
**speak**
124:11, 124:22,
125:8, 196:20,
197:22, 238:4
**speaking**
121:20, 139:17,
145:7, 145:12,
147:14
**specific**
12:20, 65:4,
88:12, 104:16,
107:1, 120:5,
126:2, 145:10,
146:16, 164:21,
167:1, 222:9,
234:22, 236:21
**specifically**
11:6, 25:14,
33:14, 35:20,
78:7, 115:9,
121:15, 144:15,
151:20, 165:8,
166:7, 166:10,
170:7, 199:13,
235:19
**specifics**
42:21, 53:16,
64:16, 66:11,
88:19, 89:4,
89:14, 90:9,
91:4, 91:14,
91:18, 92:2,
92:5, 104:1,
109:3, 120:10,
121:13, 138:22,
139:12, 170:12,
180:6, 196:7,
196:11, 200:13,

208:10, 213:7,
218:16
**specify**
182:9
**speculative**
175:11
**spent**
129:16
**spoke**
42:20, 181:14
**spoken**
20:13, 20:16,
20:19, 20:22,
21:3, 21:6,
21:9, 22:3,
42:18
**square**
4:12
**stamp**
50:18
**stamped**
84:10
**stamps**
87:9
**stand**
77:22
**standing**
77:13
**stands**
76:11, 87:1
**stapled**
100:12
**start**
10:17, 117:17,
149:8
**started**
88:5, 117:20,
164:21
**state**
39:5, 45:6,
136:3, 136:7,
137:10, 138:14,
139:20, 172:15
**stated**
31:9, 69:4,
103:10, 203:3
**statement**
132:20, 189:5

statements
143:11, 191:22,
192:4, 192:7
states
1:1, 1:4, 6:3,
6:4, 6:6, 6:19,
6:21, 7:1, 7:15,
54:8, 54:14,
54:19, 76:5,
77:10, 77:21,
114:1, 114:4,
121:12, 122:7,
128:5, 145:18,
199:10, 205:21,
208:7, 211:18,
225:6, 245:3
status
85:18, 193:17
statute
189:18, 189:20,
190:3, 190:9
stay
212:5, 212:6
stealing
14:4
stefanie
1:22, 2:15,
6:16, 246:2,
246:20
steps
131:13, 131:18
sticker
50:19, 120:14,
120:15, 120:16
stiftung
217:2, 217:7,
217:8
still
8:4, 11:4,
29:1, 29:4,
43:7, 52:6,
58:16, 77:22,
80:12, 80:14,
88:2, 110:12,
115:5, 120:7,
128:19, 139:16,
159:18, 164:7,
214:2, 230:11

stolen
26:15
store
213:3
strange
70:21, 71:5,
71:7, 71:22,
72:8, 72:10
strategy
76:9
street
3:13, 4:6, 4:13
strike
31:10, 58:3,
164:15, 180:7,
201:17, 223:11
struggling
110:12
stuff
30:2, 47:15,
89:15, 89:17,
121:14, 143:16,
165:17, 165:18,
176:13, 189:22,
207:20, 237:22,
239:5
stupid
143:22
style
133:3, 135:9,
135:10
subject
233:22
submission
146:17, 235:3
substance
121:9, 126:13,
136:17, 236:4,
236:6, 238:18
substitute
244:7, 244:9
successful
132:19, 132:21,
133:2, 134:13,
134:15, 134:17,
134:19, 135:2,
135:5, 135:12,
135:18, 213:10

such
98:21, 124:22
sudden
235:15
suggest
28:14, 30:22,
236:13, 242:3
suggested
205:12, 206:8
suggestions
77:11, 236:20
sum
165:11, 165:12
summary
26:21
sums
166:7, 166:9
supplement
86:18
supplementation
86:19
support
13:2, 13:4,
13:6, 13:7,
13:19, 15:7,
16:6, 23:2,
23:12, 23:21,
24:10, 27:15,
27:22, 134:18,
186:17, 187:11,
187:19, 188:6,
189:4, 189:13,
190:2, 190:8,
190:15, 190:22,
191:7, 191:17,
195:5, 195:9,
202:16, 203:4,
222:4, 223:6,
224:20, 227:4,
228:16, 228:17,
228:19, 228:22,
229:6
supported
135:9
supports
223:13
supposed
70:6, 104:9

sure
30:5, 41:1,
44:17, 51:12,
64:8, 85:21,
99:17, 100:4,
109:2, 110:20,
129:5, 134:4,
155:10, 155:16,
158:18, 163:22,
165:14, 169:13,
176:4, 182:10,
185:14, 196:10,
204:21, 207:1
surprise
88:13, 168:7
surprised
167:7, 168:12
svitlana
206:20, 207:2
swear
6:17
swiss
196:21, 197:4,
197:13, 198:11
switzerland
195:18, 196:13,
197:9, 198:1,
198:4, 198:10,
199:2, 199:5,
200:12
sworn
7:11
systems
149:5, 151:16,
151:18, 152:5,
152:13, 152:16,
152:20, 153:2,
153:6

                 T
table
7:3
take
9:20, 10:2,
10:9, 11:9,
11:10, 11:15,
11:18, 50:9,
51:16, 65:18,

87:16, 105:4,
107:3, 111:3,
116:4, 122:17,
122:18, 123:6,
123:8, 131:14,
140:12, 146:5,
148:4, 163:20,
176:6, 180:15,
242:6, 243:21,
244:11

**taken**
11:3, 87:5,
123:13, 131:18,
164:3, 182:11,
246:3, 246:6

**taking**
6:12, 9:16,
12:1, 12:2,
12:5, 14:16,
87:11, 175:16,
182:7

**takurachenko**
210:10, 210:12,
210:18, 210:22,
211:5

**takurachenko's**
211:10

**talk**
28:10, 75:18,
106:2, 168:10,
169:13, 169:14,
169:15, 169:16,
196:15, 224:9,
234:7, 238:20,
239:1, 241:8

**talked**
30:14, 53:18,
106:22, 124:16,
126:6, 126:16,
147:12, 164:10,
166:22, 168:19,
169:20, 172:11,
173:5, 181:3,
204:14, 223:15,
236:6, 238:14

**talking**
10:10, 24:12,
65:2, 88:6,

109:15, 121:14,
126:10, 165:16,
167:2

**talks**
56:21

**tamara**
21:13, 21:14,
21:17, 21:19,
105:13, 105:15,
108:20, 179:3,
179:11, 179:14,
179:16, 179:18,
180:7, 180:15,
180:17, 204:15,
211:12

**tanas**
141:2, 141:7,
141:9, 141:13,
141:18

**tax**
5:12, 38:17,
38:19, 39:2,
39:5, 90:5,
90:6, 90:15,
124:20, 125:4,
136:3, 136:7,
138:13, 139:2,
170:14, 170:16

**taxes**
39:6, 39:8,
89:18, 89:22,
90:1, 90:13,
97:10, 139:19,
172:15

**teach**
118:10, 118:12

**telephone**
149:20

**tell**
14:21, 107:14,
107:17, 108:14,
108:17, 149:2,
164:16, 166:18,
198:3, 216:4,
216:7

**ten**
56:12, 79:19,
126:15

**teresa**
4:19, 6:22,
80:7, 85:7

**term**
145:20

**terms**
93:4, 117:9,
221:2

**testified**
7:11, 22:12,
22:17, 31:11,
113:22, 114:8,
237:3

**testify**
64:9, 236:14

**testifying**
12:9, 29:5

**testimony**
12:14, 26:20,
37:10, 51:11,
52:18, 71:16,
72:7, 113:10,
125:7, 175:18,
197:19, 202:12,
212:12, 236:4,
236:22, 237:8,
237:13, 237:18,
237:20, 243:7,
244:8, 246:5

**th**
1:17, 2:7,
4:13, 18:21,
74:10, 246:13

**than**
10:3, 26:22,
30:17, 40:21,
47:16, 56:12,
90:5, 90:15,
104:2, 104:15,
113:5, 113:17,
119:11, 120:8,
129:7, 133:4,
133:5, 133:12,
133:13, 134:16,
135:10, 137:16,
145:7, 147:4,
147:14, 149:20,
153:14, 154:6,

164:14, 169:17,
170:3, 181:13,
181:21, 187:20,
191:15, 195:4,
196:20, 202:5,
203:3, 214:7,
226:13, 234:22,
236:18, 237:16,
244:9

**thank**
28:19, 77:12,
92:19, 93:22,
242:15

**that's**
18:16, 25:11,
26:2, 32:9,
33:6, 37:6,
41:9, 42:4,
46:12, 52:21,
59:16, 60:11,
60:21, 62:20,
62:21, 63:19,
65:22, 67:7,
68:18, 70:7,
70:20, 71:4,
73:9, 75:20,
82:20, 87:14,
89:19, 92:12,
97:9, 98:13,
103:22, 106:9,
108:12, 112:15,
112:17, 126:8,
131:1, 133:18,
135:3, 137:12,
137:20, 139:13,
140:10, 145:6,
148:11, 156:12,
158:18, 159:5,
162:1, 165:13,
167:13, 167:14,
169:21, 171:12,
176:9, 181:7,
185:16, 196:19,
198:6, 198:7,
205:5, 219:16,
220:5, 222:6,
229:22, 230:18,
231:4, 236:16,

Transcript of Lessia Shatalin
Conducted on March 13, 2019                                        101

**242:11**
**their**
93:12, 104:11,
104:12, 104:13,
133:20, 143:1,
143:11, 143:12,
149:20, 176:16,
210:14, 214:10
**them**
33:3, 77:9,
79:7, 82:7,
90:3, 108:18,
127:1, 127:5,
146:11, 146:14,
155:13, 155:16,
232:4, 232:9,
232:14, 232:19,
233:2
**themselves**
6:14, 196:15
**then**
6:16, 11:18,
14:22, 25:17,
50:15, 56:8,
57:13, 59:20,
79:6, 79:8,
87:4, 100:19,
102:5, 114:14,
115:3, 142:1,
159:15, 169:22,
190:13, 233:16,
233:18, 234:1,
235:2, 242:15,
243:7, 244:13,
245:5
**there**
12:7, 16:10,
20:8, 22:3,
28:10, 29:16,
30:9, 30:11,
31:3, 35:2,
43:12, 52:11,
54:17, 57:11,
57:12, 58:20,
59:2, 59:21,
60:2, 65:12,
67:2, 68:16,
73:17, 75:17,

76:9, 80:18,
82:11, 84:10,
86:8, 86:15,
86:20, 88:15,
90:17, 99:18,
99:19, 100:1,
102:6, 102:7,
102:10, 107:3,
108:11, 110:6,
112:16, 112:22,
114:7, 121:4,
127:12, 127:22,
128:15, 137:7,
137:20, 149:17,
150:21, 167:14,
176:19, 201:15,
213:5, 213:6,
224:11, 231:11,
231:13, 231:15,
231:19, 231:20,
233:4, 233:6,
233:8, 233:11,
233:17, 234:12,
234:13, 238:10,
241:12
**there's**
31:4, 44:19,
52:10, 56:11,
57:3, 57:9,
57:11, 57:15,
65:6, 86:16,
92:12, 94:15,
94:16, 96:20,
100:19, 100:21,
102:8, 126:15,
128:7, 139:10,
141:1, 142:5,
142:11, 185:13,
201:5, 204:17,
231:8, 232:3,
234:17, 242:16,
242:19, 243:6
**thereafter**
246:6
**therefore**
25:4
**thereupon**
7:8

**these**
14:8, 19:17,
27:5, 78:1,
78:14, 78:18,
79:3, 79:10,
81:2, 87:8,
122:4, 124:2,
126:5, 128:18,
128:19, 129:10,
129:13, 129:18,
138:20, 140:5,
148:5, 155:12,
166:21, 196:3,
196:8, 197:8
**they**
6:15, 79:2,
103:20, 105:3,
106:20, 106:22,
107:14, 107:17,
107:19, 108:1,
108:3, 108:6,
108:9, 108:11,
108:14, 108:17,
108:20, 109:4,
109:15, 109:16,
110:1, 110:3,
110:15, 113:15,
113:18, 122:4,
124:12, 128:4,
133:11, 146:4,
146:15, 156:15,
174:22, 203:15,
210:13, 213:17,
213:18, 214:3,
214:4, 214:8,
214:9, 224:11,
232:11, 232:16,
232:18, 242:18
**they're**
111:16, 174:22,
214:8, 232:2
**they've**
143:9
**thing**
10:1, 85:2,
137:4, 145:3,
164:22, 165:1,
212:4, 243:16

**things**
10:7, 28:10,
37:20
**thinking**
76:8
**third**
23:17, 99:18,
124:11, 124:15,
125:8, 142:6
**those**
11:2, 14:9,
14:16, 16:1,
28:21, 79:3,
79:9, 79:12,
79:16, 79:18,
82:16, 83:4,
83:11, 85:2,
96:3, 96:14,
103:11, 106:16,
123:18, 140:8,
143:13, 146:9,
146:20, 158:13,
186:4, 202:13,
234:3, 234:4,
235:10, 240:5
**thought**
7:2, 86:5
**thousands**
24:20, 24:22,
84:3, 84:5
**three**
26:16, 100:15,
100:17, 117:22,
185:20, 212:10,
212:13, 212:14
**through**
14:12, 26:16,
30:1, 84:9,
89:7, 90:22,
126:19, 128:9,
128:12, 129:4,
219:5, 241:15,
245:5
**throughout**
11:11, 114:19
**ties**
156:18
**tihipko**
155:9, 160:21,

161:9, 161:12,
161:16
**time**
6:9, 11:12,
16:8, 20:5,
23:17, 24:12,
25:16, 29:3,
29:13, 29:20,
30:4, 30:7,
30:18, 32:20,
33:2, 33:10,
35:14, 41:11,
42:3, 44:15,
45:6, 45:11,
46:21, 47:1,
47:4, 47:14,
48:1, 49:10,
49:17, 51:22,
59:9, 62:12,
64:13, 66:9,
66:18, 67:15,
68:1, 68:6,
69:3, 70:11,
74:14, 74:15,
87:22, 88:21,
89:6, 90:21,
94:10, 95:10,
104:18, 106:22,
114:12, 114:20,
118:22, 123:14,
129:16, 134:10,
140:4, 164:6,
164:11, 165:5,
171:17, 208:11,
219:10, 243:22,
244:15, 245:16
**times**
30:1
**timing**
221:2
**title**
175:9
**today**
8:18, 10:19,
10:21, 12:9,
43:16, 52:19,
71:6, 71:19,
85:15, 124:18,

128:3, 153:15,
164:10, 179:3,
194:9, 204:14,
214:6, 230:17,
233:15, 233:18,
236:22, 237:3,
237:8, 237:13,
237:18, 237:20,
238:8, 240:6,
240:12
**today's**
6:8, 9:18,
128:6
**together**
114:21, 124:1,
156:17
**told**
80:11, 82:6,
83:10, 105:3,
106:20, 107:19,
112:16, 145:19,
146:3, 218:22,
236:16
**tonas**
25:1
**took**
88:5, 107:2,
123:16, 133:16,
134:2
**top**
41:18, 56:3,
65:19, 192:18,
194:6, 194:13
**total**
41:19, 41:20
**totaling**
74:7
**totally**
89:1
**towards**
169:9
**towns**
1:22, 2:16,
6:16, 246:2,
246:20
**toy**
137:9
**traceable**
16:3, 16:12,

25:2, 25:10,
25:14, 25:17,
25:21, 26:5,
27:3, 27:6
**tracing**
26:10
**track**
50:12
**transaction**
95:12, 95:17
**transactions**
59:3, 59:22,
88:16, 98:5,
158:4, 158:8,
159:10
**transcript**
5:8, 8:9,
17:16, 40:11,
44:4, 49:2,
51:4, 73:22,
92:8, 94:6,
99:4, 120:17,
127:8, 171:5,
175:5, 185:2,
241:6, 246:4
**transcripts**
85:14
**transfer**
68:21, 219:13
**transferring**
157:3, 157:7,
180:9
**transfers**
62:13, 62:19,
64:11, 64:18,
66:3, 66:6,
66:16, 67:2,
67:4, 67:10,
74:7, 88:22,
141:2, 219:4,
219:7, 219:19,
219:22, 220:3,
220:7, 221:5,
221:14, 221:20
**translation**
100:19, 102:12,
102:14, 102:18
**transmitted**
128:5

**traveled**
106:13
**treasurer**
37:8, 37:11,
61:2, 70:9,
70:16, 71:1,
71:9, 72:2,
72:12, 96:1,
96:10
**trend**
59:22
**trial**
26:20, 152:9,
183:3, 199:14,
199:18, 199:19,
199:20, 205:14,
209:14, 245:2
**trick**
123:2
**true**
97:9, 237:1,
246:4
**truly**
64:10
**trustees**
111:10, 111:19,
192:21, 193:16
**truthfully**
12:9, 236:16,
236:19, 237:3,
237:5
**try**
8:2, 10:3,
10:10, 16:13,
30:20, 58:18,
72:11, 144:2,
188:13
**trying**
58:6, 59:8,
71:18, 73:6,
102:3, 122:8,
122:22, 123:3,
138:17, 144:6,
146:4, 197:12
**tsykova**
21:13, 21:15,
21:19, 178:20,
179:1, 179:3,

179:12, 179:14,
179:16, 179:18,
179:20, 180:3,
180:7, 180:12,
180:15, 180:17,
180:18, 204:15,
226:13, 237:21,
238:5

**tsykova's**
179:4

**tuition**
115:16, 115:19,
115:22, 116:1,
116:8, 116:19,
116:21

**turn**
41:2, 41:17,
49:12, 52:9,
56:2, 132:14

**turner-jones**
4:19, 6:22,
12:22, 80:11,
80:14, 80:17,
81:4, 81:8,
81:13, 81:17,
81:20, 83:10,
83:19, 84:1,
84:14, 84:18,
85:5, 85:11

**twice**
98:10

**two**
9:2, 15:21,
16:2, 51:16,
94:16, 94:17,
106:16, 115:3,
117:21, 117:22,
185:20

**tymoshenko**
161:22, 162:2,
162:8, 162:13,
162:18, 162:20,
163:2, 163:6,
163:11, 163:14

**tymoshenko's**
162:1

**tymoshenkos**
155:8

**type**
9:4, 32:17,
35:6, 55:4,
56:5, 95:16,
243:16

**types**
46:14, 54:4

**typewriting**
246:7

**typically**
219:18

**tysykova**
21:17

---
                U
---

**uis's**
43:13, 54:18

**ukhan**
206:3, 206:6,
206:16, 207:16

**ukraine**
14:5, 26:15,
126:18, 133:1,
133:19, 142:13,
143:19, 144:3,
144:9, 145:13,
149:11, 150:14,
151:17, 151:18,
152:5, 152:13,
152:17, 152:21,
153:3, 153:7,
161:2, 161:4,
162:3, 162:4,
198:1, 198:6,
208:5, 211:17,
211:22, 214:7,
237:7, 237:11

**ukraine's**
144:16

**ukrainian**
100:18, 100:20,
101:3, 101:10,
102:5, 102:21,
132:18, 135:11,
142:7, 142:12,
142:17, 143:14,
197:16

**ukrainians**
143:1

**unaware**
134:7

**unclear**
128:2

**under**
9:6, 29:1,
29:4, 41:19,
46:5, 52:6,
58:19, 86:17,
88:3, 130:18,
135:2, 164:8,
193:10, 198:11,
230:11, 232:12,
241:3, 241:11,
246:7

**understand**
8:3, 8:17,
9:12, 18:10,
20:3, 29:1,
29:6, 52:5,
57:5, 57:22,
58:7, 58:16,
59:8, 71:17,
72:8, 73:4,
73:5, 88:2,
95:21, 102:3,
104:7, 110:12,
113:9, 121:6,
122:15, 123:18,
123:22, 124:15,
130:22, 131:12,
134:22, 137:22,
138:16, 139:6,
139:16, 140:6,
143:7, 144:1,
144:6, 167:6,
170:18, 173:3,
176:12, 176:21,
177:5, 178:5,
179:4, 186:16,
188:2, 188:4,
188:11, 188:14,
190:1, 191:14,
230:10

**understanding**
13:21, 15:5,
16:18, 24:7,
27:13, 29:16,

68:19, 69:9,
69:12, 71:18,
73:7, 94:1,
109:7, 110:8,
110:11, 110:14,
110:17, 112:7,
112:18, 125:3,
128:21, 130:1,
130:4, 130:12,
130:14, 130:17,
130:20, 131:1,
136:12, 136:14,
137:12, 137:20,
138:1, 139:1,
146:15, 149:9,
165:6, 167:11,
167:13, 172:14,
174:5, 175:13,
175:22, 176:8,
176:14, 176:22,
177:6, 184:16,
188:17, 188:20,
189:19, 193:4,
193:7, 193:10,
193:13, 194:10,
197:12, 205:8,
225:1, 230:1,
233:10, 234:10,
234:21, 235:16

**understands**
131:4

**understood**
9:15, 123:5,
231:16, 242:14

**undertaken**
203:9

**unexplained**
229:8

**unite**
152:16

**united**
1:1, 1:4, 6:3,
6:6, 6:19, 6:21,
7:1, 7:15, 54:8,
54:13, 54:18,
76:5, 77:10,
77:21, 114:1,
114:4, 121:12,

122:7, 128:5,
145:18, 149:5,
151:16, 151:17,
152:4, 152:13,
152:20, 153:2,
153:6, 182:16,
199:10, 205:21,
208:7, 211:18,
225:6, 245:3
**universities**
114:13
**university**
114:14, 114:17,
114:20, 115:1,
115:17, 116:5,
116:9, 116:12,
116:15, 117:1,
117:5, 117:7,
119:3
**unless**
11:5
**until**
10:13, 233:10,
233:17
**unusual**
15:14, 133:19,
219:12, 219:16,
219:17
**upon**
25:15
**usdoj**
2:5, 3:5
**use**
76:5, 76:18,
77:2, 77:7,
128:7, 136:6,
137:8, 138:12,
240:18
**used**
14:6, 19:14,
25:10, 25:11,
27:9, 80:8,
81:12, 83:15,
128:3, 136:2,
156:16, 183:18,
241:22, 243:5,
243:13, 244:5
**using**
139:18, 149:20,

183:3
**usually**
96:22

## V

**vadim**
155:6, 155:14,
155:20, 156:2,
156:6, 156:8
**vague**
17:6
**valentina**
155:7, 158:17,
158:19, 158:22,
159:6, 159:11
**valid**
76:12
**value**
132:6, 177:16,
233:16
**variety**
79:14
**various**
11:11, 14:6,
14:11, 146:6
**verbally**
10:3
**verified**
5:20, 189:1
**verify**
147:9
**version**
100:17, 100:18,
100:21, 101:5,
101:10, 102:4,
102:6
**versus**
6:4, 30:17
**very**
9:10, 9:18,
10:8, 10:15,
78:6, 157:16,
176:7
**vice**
160:22, 161:3
**victor**
159:15
**video**
6:10

**videographer**
6:1, 6:10,
9:17, 28:3,
28:6, 51:19,
51:22, 87:18,
87:21, 123:11,
123:14, 127:15,
127:18, 164:1,
164:4, 194:17,
194:20, 230:5,
230:8, 245:14
**videotaped**
6:2, 245:15
**videotaping**
9:17
**viktor**
160:2, 160:6,
160:9, 160:14,
160:19, 206:3,
206:6, 206:16,
207:16
**village**
214:9, 214:10
**virginia**
3:14, 115:10
**visit**
213:18
**visited**
224:2
**visiting**
213:2
**vitamins**
12:1
**vividly**
78:6

## W

**w-2**
36:21
**wait**
10:11, 10:13
**waived**
243:12
**waiver**
242:3
**want**
24:15, 25:8,
26:6, 26:9,

26:18, 28:22,
30:6, 50:15,
75:11, 77:2,
82:14, 120:6,
120:7, 122:18,
123:6, 123:9,
125:6, 126:12,
129:2, 136:15,
136:17, 143:22,
148:7, 148:9,
175:20, 192:22,
240:9, 244:2
**wanted**
82:8, 120:9,
176:5, 204:19,
214:9
**warranted**
243:20
**washington**
1:16, 2:8, 3:7,
6:13, 45:20,
114:15, 119:7,
230:15
**wasn't**
176:4, 176:19,
176:20
**way**
16:14, 24:15,
30:20, 51:13,
80:6, 100:12,
121:7, 144:2,
161:7, 163:22,
188:13, 206:18,
207:7, 236:14,
236:21, 242:1,
242:2
**ways**
139:15
**we'll**
11:9, 11:10,
50:7, 50:13,
50:14, 51:17,
80:14, 113:16
**we're**
17:19, 24:12,
65:2, 80:17,
81:4, 83:17,
87:9, 120:18,

155:16, 238:1,
242:21

**we've**
18:16, 26:4,
73:12, 81:1,
84:4, 126:16,
147:12

**wealthy**
213:13, 213:16,
214:13, 214:14

**wednesday**
1:17, 6:9

**week**
27:1, 33:18,
230:18, 238:9

**weeks**
8:16

**weinberg**
171:17, 171:21

**welcome**
120:8

**well**
9:17, 10:17,
16:8, 33:6,
37:7, 61:1,
61:11, 63:6,
65:6, 73:5,
77:12, 78:4,
78:17, 87:10,
95:22, 96:6,
97:3, 99:19,
100:19, 102:8,
102:21, 104:10,
106:19, 107:8,
108:9, 110:6,
110:10, 121:7,
128:22, 134:5,
138:17, 139:7,
140:5, 143:9,
144:9, 164:15,
177:11, 188:13,
199:1, 201:3,
213:17, 227:11,
229:8, 231:6,
232:10, 232:22,
234:19, 235:1

**went**
12:18, 28:8,

114:5, 114:8,
114:16

**were**
7:2, 9:1, 9:4,
12:17, 16:2,
17:12, 20:10,
28:10, 29:5,
29:22, 30:1,
30:9, 30:11,
32:20, 34:15,
35:2, 36:13,
37:7, 38:5,
43:17, 45:1,
45:14, 45:20,
46:20, 47:7,
47:10, 47:13,
52:3, 61:1,
61:11, 61:14,
70:5, 70:8,
74:9, 76:14,
76:22, 80:18,
81:11, 82:11,
82:12, 83:5,
85:2, 86:1,
88:15, 97:12,
105:22, 107:12,
109:15, 112:13,
112:16, 114:7,
115:1, 115:7,
118:17, 119:19,
123:16, 123:18,
123:19, 128:4,
133:5, 140:5,
146:4, 148:2,
156:15, 157:16,
167:7, 168:4,
172:3, 184:11,
191:15, 197:7,
197:8, 197:9,
198:18, 200:1,
203:15, 210:13,
210:14, 211:11,
211:22, 212:3,
212:4, 212:13,
214:6, 237:10,
237:15, 245:6,
245:7

**weren't**
198:9

**what's**
8:10, 65:11,
74:2, 81:18,
122:15, 125:17,
137:13, 140:15,
144:22, 146:12,
147:18, 187:20,
195:5, 220:4,
220:10

**whatever**
165:17, 165:18,
194:3, 237:22,
244:12

**when**
8:14, 9:1,
10:9, 18:20,
29:13, 29:21,
29:22, 30:3,
30:18, 40:12,
40:18, 42:16,
44:8, 59:1,
60:16, 61:12,
61:16, 62:7,
66:1, 72:2,
85:22, 87:11,
88:5, 92:9,
99:5, 105:9,
105:12, 105:15,
105:17, 107:8,
107:11, 108:3,
114:4, 116:11,
117:17, 118:17,
133:5, 136:4,
136:10, 136:20,
137:7, 137:21,
140:8, 140:16,
144:14, 149:17,
151:22, 157:15,
159:20, 164:19,
164:21, 165:15,
166:2, 166:12,
167:3, 169:21,
169:22, 174:16,
174:21, 182:10,
186:3, 191:11,
191:16, 195:16,
195:19, 195:20,
197:22, 203:2,

203:21, 204:22,
205:3, 207:4,
208:4, 208:7,
211:21, 212:3,
212:4, 212:7,
212:20, 214:6,
238:7

**where**
15:15, 18:8,
18:22, 26:13,
27:2, 31:3,
31:8, 38:19,
39:16, 43:1,
45:14, 47:22,
49:13, 49:16,
56:8, 57:6,
57:18, 58:7,
58:16, 59:9,
59:22, 61:1,
65:14, 106:10,
107:14, 115:6,
119:6, 122:4,
124:6, 142:11,
144:12, 146:2,
146:4, 172:13,
173:17, 174:2,
183:12, 186:6,
193:21, 194:10,
204:3, 204:6,
205:1, 209:10,
215:2, 218:22,
219:4, 221:13,
223:19, 224:6,
228:21, 243:4

**whereof**
246:12

**whether**
13:1, 20:10,
30:14, 41:22,
43:17, 71:5,
71:21, 73:2,
101:21, 124:12,
128:2, 128:3,
154:18, 154:20,
168:12, 170:20,
198:13, 198:17,
209:20, 224:10,
233:1, 233:14,

234:10, 234:16
**which**
15:14, 22:18,
24:21, 25:1,
30:16, 31:21,
32:3, 32:20,
39:7, 41:12,
43:14, 60:8,
63:9, 76:2,
77:21, 78:11,
78:18, 83:5,
84:3, 84:6,
100:5, 122:4,
126:14, 135:16,
142:9, 149:2,
155:5, 173:20,
178:2, 178:19,
180:21, 181:3,
181:18, 183:17,
194:4, 224:16,
228:18, 240:11,
240:18, 241:6,
243:9
**while**
11:16, 80:17,
81:4, 92:11,
115:1, 115:6,
116:22, 196:13,
205:13
**who**
10:21, 21:17,
22:3, 36:13,
42:10, 54:17,
78:16, 78:18,
98:18, 98:19,
102:13, 105:6,
106:19, 107:1,
108:6, 109:19,
110:2, 110:17,
111:14, 116:1,
116:16, 116:21,
123:20, 124:19,
133:2, 137:21,
145:11, 150:18,
156:11, 157:14,
158:17, 159:15,
160:21, 161:22,
162:2, 179:3,

183:22, 193:7,
197:15, 204:18,
205:16, 206:3,
206:13, 207:2,
207:21, 208:1,
209:6, 210:1,
222:19, 224:13,
232:6, 232:8,
239:4
**who's**
151:3
**whole**
137:4
**whom**
6:15, 26:17,
55:12, 64:18,
119:9, 137:17,
139:7, 139:12,
246:2
**why**
19:21, 28:1,
31:4, 39:8,
45:1, 45:18,
55:17, 56:15,
62:18, 66:15,
67:3, 68:3,
69:9, 69:12,
70:8, 74:12,
74:19, 89:5,
106:9, 138:17,
138:20, 163:20,
185:12, 197:12,
198:6, 198:9,
216:22, 218:8,
220:20
**wife**
14:11, 14:14,
155:7, 158:18,
178:19, 223:16,
223:18, 223:19,
226:13
**wife's**
21:18
**will**
8:2, 10:10,
10:14, 11:16,
11:17, 24:16,
25:5, 27:8,

51:14, 51:15,
72:20, 73:1,
83:2, 83:7,
83:8, 84:18,
93:14, 94:2,
105:4, 107:3,
107:12, 136:2,
139:2, 240:11
**william**
4:4, 7:7
**winding**
43:9
**wire**
56:21, 57:1,
57:4, 57:14,
57:15, 57:19,
58:19, 58:21,
59:3, 59:22,
60:3, 62:13,
62:19, 64:11,
64:18, 66:2,
66:6, 66:15,
67:3, 67:10,
73:10, 74:6,
88:16, 88:22,
219:4, 219:7,
219:12, 219:18,
219:22, 220:2,
220:6, 221:5,
221:13, 221:20
**wired**
218:8
**wires**
65:8
**wiring**
90:22
**withdrawals**
56:13
**withdrawing**
182:20
**withheld**
240:20, 241:19
**within**
15:6, 24:8,
27:21, 30:4,
73:18, 86:6,
93:8, 208:11
**without**
120:16

**witness**
3:10, 6:17,
7:10, 19:11,
27:7, 100:7,
148:12, 240:7,
244:20, 246:12
**wondering**
100:17
**words**
93:17
**work**
32:14, 32:15,
32:17, 32:21,
33:3, 33:9,
33:13, 33:18,
34:9, 36:16,
47:19, 68:18,
70:5, 76:7,
80:14, 87:2,
87:6, 98:19,
98:21, 211:17,
212:9, 223:16,
223:18, 240:21,
241:1, 241:3,
241:4, 242:4,
243:10, 243:12
**worked**
66:22, 212:3,
212:7
**working**
47:10, 61:14,
80:12, 80:16,
116:22, 211:21,
216:8, 225:3
**works**
77:9, 223:14,
223:16, 223:18,
223:19, 223:20
**would**
6:14, 11:14,
12:8, 15:12,
24:11, 24:14,
27:7, 28:11,
28:14, 28:16,
30:16, 31:4,
31:8, 36:20,
43:2, 45:18,
54:17, 55:17,

Transcript of Lessia Shatalin
Conducted on March 13, 2019                                        107

56:15, 57:20,
58:7, 59:2,
59:21, 60:2,
61:5, 61:6,
62:18, 62:20,
66:15, 67:3,
68:3, 70:5,
71:7, 72:13,
73:2, 73:3,
76:8, 77:4,
77:13, 78:11,
78:12, 78:13,
78:15, 82:7,
82:22, 84:8,
87:7, 88:13,
89:5, 90:12,
90:18, 90:20,
95:17, 96:14,
96:15, 104:17,
106:2, 107:8,
108:3, 108:9,
116:12, 124:15,
126:5, 131:14,
133:1, 141:17,
143:16, 152:5,
153:13, 159:13,
161:19, 163:17,
172:15, 173:6,
176:22, 177:9,
181:3, 181:20,
185:12, 197:6,
197:14, 205:15,
207:10, 208:2,
214:12, 215:2,
217:16, 218:8,
219:12, 220:20,
233:21, 234:1,
241:2, 242:5,
243:11

**wouldn't**
191:12, 213:11

**write**
20:3, 148:8,
148:10, 148:16

**written**
234:11, 234:12,
234:14

**wrong**
185:9, 185:17

**wrote**
50:20

---

**Y**

**yeah**
14:3, 18:15,
42:19, 47:6,
47:12, 50:13,
64:17, 89:18,
100:10, 105:8,
105:14, 106:2,
106:3, 106:9,
106:18, 113:13,
113:15, 114:15,
120:1, 122:21,
123:1, 127:13,
128:21, 129:6,
136:19, 138:15,
146:21, 147:3,
148:14, 150:12,
154:13, 159:22,
160:22, 165:2,
165:4, 165:22,
166:17, 171:12,
174:10, 177:8,
185:3, 185:15,
198:2, 199:3,
208:13, 209:8,
235:8, 238:1,
238:16, 243:2

**year**
13:10, 15:17,
16:1, 30:4,
30:11, 30:17,
36:21, 64:2,
93:6, 98:10,
102:3, 102:5,
114:9, 115:4,
117:20, 239:5

**years**
9:2, 13:17,
16:7, 16:9,
33:22, 34:4,
59:19, 60:5,
60:21, 60:22,
61:9, 79:19,
80:21, 88:9,
97:2, 103:11,

115:3, 117:21,
117:22, 119:4,
119:5, 159:3,
165:19, 198:14,
208:12, 214:18,
239:3

**yes**
8:5, 8:13,
8:20, 9:8, 9:22,
10:4, 10:6,
10:16, 10:20,
12:4, 12:13,
18:1, 18:7,
18:18, 21:16,
22:17, 32:2,
32:16, 33:6,
34:16, 36:2,
36:12, 36:19,
38:3, 40:15,
41:5, 42:15,
44:6, 44:11,
49:4, 52:4,
52:12, 52:20,
53:1, 58:13,
58:22, 61:3,
66:12, 69:8,
70:17, 81:16,
81:22, 92:14,
94:8, 114:6,
114:10, 114:18,
114:21, 115:20,
117:16, 118:6,
118:16, 118:19,
119:13, 124:5,
124:21, 125:22,
128:12, 128:15,
130:3, 138:22,
139:3, 142:4,
146:19, 152:3,
153:11, 159:14,
161:21, 163:19,
164:13, 171:7,
174:15, 176:20,
179:5, 179:10,
181:7, 186:5,
186:8, 187:15,
195:7, 196:2,
200:3, 204:13,

204:16, 205:22,
207:22, 212:2,
212:3, 212:17,
213:21, 214:2,
224:1, 224:3,
228:5, 236:3

**yesterday**
12:12, 80:8,
83:14, 84:8,
84:15, 113:22,
119:9, 240:13

**yet**
84:13, 119:21

**york**
2:6, 3:6, 6:13

**you'd**
213:18

**you'll**
21:12

**you're**
8:17, 9:9,
44:8, 77:14,
80:3, 80:12,
105:10, 105:12,
105:16, 120:8,
130:21, 135:11,
135:17, 152:1,
172:8, 174:3,
174:6, 174:11,
184:17, 186:3,
200:4, 230:10,
232:6, 232:10

**you've**
22:3, 25:20,
40:12, 51:10,
80:21, 92:9,
99:5, 140:17,
149:2, 171:8,
186:18, 189:5,
189:17, 208:4,
237:2

**young**
157:16, 212:4

**yourself**
83:3, 182:16,
205:16

**yulia**
162:1, 162:2,

162:8, 162:18,
162:19, 163:1,
163:6, 163:10
**yuriy**
208:15, 208:17,
208:21
**yury**
207:21, 208:1

**Z**

**zemelny**
16:16, 16:19,
17:2, 17:5,
17:10, 17:13,
18:9, 18:20,
19:7, 19:22,
20:6, 20:10,
20:14, 20:17,
20:20, 21:1,
21:4, 21:7,
21:10, 21:14,
21:22, 22:4,
22:14, 22:20,
24:21, 27:17,
29:9, 29:12,
29:18, 31:1,
31:6, 31:12,
31:20, 32:1,
62:14, 62:19,
68:3, 68:14,
74:7, 74:12,
95:4, 95:12,
98:6, 98:16,
98:19, 98:20,
98:22, 101:17,
126:17, 141:13,
149:6, 153:9,
153:13, 153:18,
154:2, 154:5,
179:8, 204:18,
205:10, 207:14,
207:17, 209:21
**zero**
57:15, 58:20,
59:21

**$**

**$15,000,000**
214:20, 215:8

**$150,000,000**
167:15, 167:18,
167:22, 168:5,
168:8, 168:15,
168:21
**$2,000**
13:9, 13:20
**$200,000**
89:2
**$24,000**
43:3
**$24,834**
43:1
**$250,000,000**
14:5
**$26,000**
41:7
**$26,400**
41:7
**$29,000,000**
220:21
**$300,000**
91:2
**$500,000**
88:16, 214:15
**$60,000,000**
200:22
**$673,166**
41:21
**$7,000,000**
217:16
**$700,000**
42:6
**$8,000**
218:9
**$800,000**
68:4
**$806,000**
74:7, 74:13
**$825,000**
101:18
**$950,000**
96:6

**0**

**00798**
1:7, 6:8
**01**
28:6, 245:16
**04**
1:7, 6:8
**05**
88:14
**08**
164:6

**1**

**1**
88:1
**10**
1:18, 2:7,
5:20, 6:10,
28:4, 142:1,
142:3, 142:9,
171:2, 171:3,
171:6, 171:9,
171:11, 171:14,
171:22, 173:17,
173:21
**100**
168:21, 234:14,
243:20
**104**
230:14
**108**
3:13
**11**
5:21, 28:6,
51:20, 52:1,
74:10, 175:3,
175:7, 175:10,
177:7
**12**
5:22, 87:19,
135:14, 135:15,
184:22, 185:21,
186:10, 187:21,
189:6, 195:2,
195:5, 195:11
**121128**
1:9
**1263**
3:8
**127**
5:19
**13**
1:17, 6:9,

135:15
**130**
4:13
**1341**
230:14
**1400**
2:6, 3:6, 6:12
**15**
97:2, 103:15,
103:16, 104:8,
108:11, 135:15,
198:8, 198:14,
203:2, 211:11
**15,000,000**
215:3
**157**
187:21, 189:5
**158**
189:17
**16**
103:15, 103:16,
211:11
**17**
5:11
**171**
5:20
**175**
5:21
**18**
4:13, 87:19
**185**
5:22
**19103**
4:7, 4:14
**1997**
104:18, 164:11
**1998**
104:19, 164:12,
196:7
**1999**
114:2, 114:3,
200:2, 211:18,
211:22, 217:17,
228:20
**1:-cv--plf**
1:7
**1:-cv--plf-gmh**
6:8

Transcript of Lessia Shatalin
Conducted on March 13, 2019

| 2 |
|---|

**2**
123:12, 123:14,
127:16, 127:18
**20**
88:14, 198:14
**200**
4:6
**2000**
15:17, 16:1,
114:14, 170:18,
223:5, 223:10
**20002**
230:15
**20005**
3:7
**2001**
220:22
**2002**
33:10, 64:1,
64:2, 68:17,
70:20, 71:4,
73:6, 73:8,
218:10
**2004**
13:11, 13:17,
16:8, 33:10,
45:1, 45:14,
46:12, 47:5,
47:6, 47:11,
64:3, 64:4,
119:3, 165:5
**2005**
88:9, 88:14,
89:7, 90:22,
92:12, 93:6,
94:12, 95:6,
95:9, 95:14,
118:1, 119:4
**2006**
118:1
**2007**
118:1
**2008**
118:1
**2010**
41:7, 124:19

**2011**
48:18, 53:4,
53:7, 55:8,
55:13, 55:20,
58:6, 59:16,
60:8, 74:11,
88:9, 88:15,
89:7, 90:22
**2012**
91:10
**2013**
33:4, 33:5
**2015**
13:11, 13:17,
74:10, 88:14
**2016**
18:21, 19:9,
20:5, 20:11,
31:5
**2017**
185:4
**2019**
1:17, 6:9,
246:14
**202**
2:9, 3:8
**20530**
2:8
**21**
186:1, 186:9
**215**
4:15
**22**
21:13, 179:8,
186:1
**22314**
3:14
**233550**
1:20
**245**
5:4
**246**
1:21
**25**
1:18, 6:10
**26**
86:17
**27**
123:12, 185:4

**28**
74:6
**29**
246:13

| 3 |
|---|

**3**
164:2
**30**
18:21, 51:20,
230:6
**3393**
2:9
**39**
215:22

| 4 |
|---|

**4**
164:6, 194:18,
194:20
**40**
5:12, 33:18,
215:22
**404**
77:3
**42**
88:1, 123:14,
164:2, 245:4
**44**
5:13
**45**
52:1, 194:18
**47**
28:4, 205:9,
230:8
**49**
5:14, 127:16

| 5 |
|---|

**5**
230:6, 230:8
**51**
5:15
**514**
3:8
**569**
4:15
**57**
127:18, 194:20

**5789**
4:15
**5a**
5:15, 50:14,
51:1, 51:8,
51:15, 52:3,
52:9, 53:2,
55:1, 56:3,
56:4, 58:19,
63:12, 63:14,
65:10, 65:13
**5th**
74:10, 88:14

| 6 |
|---|

**6**
245:16
**616**
2:9
**683**
3:15
**69**
126:14, 126:20

| 7 |
|---|

**7.8193**
18:9
**703**
3:15
**7070**
3:15
**74**
5:16
**75**
88:22

| 9 |
|---|

**91800024135**
65:20
**93**
214:18
**94**
5:17
**97**
103:21, 104:21
**98**
103:21, 104:21,
195:21, 198:8