# Schwartz, Adam (CRM)

| | |
|---|---|
| **From:** | Patricia Bonheyo <pbonheyo@gnhllp.com> |
| **Sent:** | Thursday, June 6, 2019 3:59 PM |
| **To:** | Schwartz, Adam (CRM) |
| **Cc:** | Farley Neuman; Claman, Daniel (CRM) |
| **Subject:** | RE: Goldberg Gluck and Brusilovsky Subponea |

Adam—

I can confirm all responsive documents that are in my client's possession are in my possession, prepared for production and can be produced immediately upon my receipt of the denial of the motion. We can produce via a secure link (One Drive), which would be quicker, or if you prefer by overnighting a CD or flash drive.

The file size is as I represented to you before.

Please let me know if you need any further information. I appreciate your consideration of this request.

Trish

PATRICIA BONHEYO
DIRECT PHONE 415.705.0419
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
TEL 415.705.0400  FAX 415.705.0411
EMAIL pbonheyo@gnhllp.com
WEBSITE www.gnhllp.com

---

**From:** Schwartz, Adam (CRM) <Adam.Schwartz@usdoj.gov>
**Sent:** Thursday, June 06, 2019 12:53 PM
**To:** Patricia Bonheyo <pbonheyo@gnhllp.com>
**Cc:** Farley Neuman <FNeuman@gnhllp.com>; Claman, Daniel (CRM) <Daniel.Claman@usdoj.gov>
**Subject:** RE: Goldberg Gluck and Brusilovsky Subponea

Trish- I am extraordinarily frustrated by the Lazarenkos bad faith in litigating the same issue in multiple locations and essentially getting two bites at the apple.  The judge in Oakland denied their motion to quash, and now they are claiming they should be allowed to go to another court to make the same arguments.  Claimants are using every tactic they can

to delay the proceedings in the forfeiture case, and then use the passage of time to claim they have no relevant information.

I know this is not a situation of your making, but given the above want to confirm that all the material previously identified as responsive to the subpoena issued to Goldberg Gluck, is in your possession and can be provided to the United States immediately if the motion to quash in denied for a second time.  If that is the case, then I am willing to delay compliance with the subpoena.

Thank you

Adam J. Schwartz
Trial Attorney
Money Laundering and Asset Recovery Section
Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, DC  20005

(202) 616-3877

---

**From:** Patricia Bonheyo [mailto:pbonheyo@gnhllp.com]
**Sent:** Thursday, June 6, 2019 3:19 PM
**To:** Schwartz, Adam (CRM) <Adam.Schwartz@CRM.USDOJ.GOV>
**Cc:** Farley Neuman <FNeuman@gnhllp.com>
**Subject:** FW: Goldberg Gluck and Brusilovsky Subponea

Adam,

Are you amenable to extending my client's obligation to respond to the subpoena pending the determination of the motion to quash in the D.C. District Court? Please advise. Thank you!

Trish


PATRICIA BONHEYO
DIRECT PHONE 415.705.0419
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
TEL 415.705.0400  FAX 415.705.0411
EMAIL  pbonheyo@gnhllp.com
WEBSITE   www.gnhllp.com

---

**From:** emily@kingcampbell.com <emily@kingcampbell.com>
**Sent:** Thursday, June 06, 2019 7:59 AM
**To:** Patricia Bonheyo <pbonheyo@gnhllp.com>

**Cc:** 'Silversmith, Jed' <JSilversmith@BlankRome.com>; WStassen@foxrothschild.com; 'Daniel Horowitz' <horowitz@whitecollar.us>
**Subject:** Goldberg Gluck and Brusilovsky Subponea

Hi Ms. Bonheyo,

We received the attached order from the Northern District of California judge today denying our motion to quash the Goldberg Gluck & Brusilovsky subpoena from the Government. However, it was denied on solely procedural grounds with the Judge ruling that it should have been filed in the DC District Court and not in California. We have filed in DC as well, and the DC judge has not ruled on our motion there, which covers the Golberg Gluck subpoena as well as two others.

It is our position that the subpoena'd documents should not be turned over to the government before the DC Judge rules on the pending motion to quash, which includes the Golberg Gluck materials.

Please let me know if you have any questions or if your view differs from ours.

Thanks,
Emily

Emily R. Beckman, Esq.
King, Campbell & Poretz, PLLC
108 N. Alfred St., Second Floor
Alexandria, VA 22314
(703) 683-7070
fax (703) 652-6010
emily@kingcampbell.com

CONFIDENTIALITY NOTICE – CLIENT PRIVILEGED: This e-mail transmission, and any documents, files, or previous e-mail messages attached to it may contain confidential information that is legally privileged.  DO NOT read this e-mail if you are not the intended recipient.   If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail and destroy the original transmission and any attachments from your hard drive and servers.

**From:** Patricia Bonheyo <pbonheyo@gnhllp.com>
**Sent:** Wednesday, May 15, 2019 3:43 PM
**To:** emily@kingcampbell.com
**Cc:** Joanne Padilla <JPadilla@gnhllp.com>
**Subject:** FW: Duncan Shatalin forms

Emily—

Thanks for having your client resign the forms; our paralegal will send you a secure link for you to electronically download the documents. Please let us know if you have any difficulty accessing the documents.

Trish

PATRICIA BONHEYO
DIRECT PHONE 415.705.0419
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
TEL 415.705.0400  FAX 415.705.0411
EMAIL pbonheyo@gnhllp.com
WEBSITE   www.gnhllp.com

---

**From:** kateryna lazarenko <lazarenkokateryna@gmail.com>
**Sent:** Wednesday, May 15, 2019 9:59 AM
**To:** Patricia Bonheyo <pbonheyo@gnhllp.com>
**Subject:** Duncan Shatalin forms

**CONSENT TO DISCLOSURE OF TAX RETURNS
AND TAX RETURN INFORMATION
PURSUANT TO C.F.R. SECTION 301.7216-3**

I, Lessia Shatalin, hereby consent to the production by Goldberg, Gluck & Brusilovsky LLP and/or Elina Brusilovsky to Emily R. Beckman of all of the tax return information called for in the United States of America's March 18, 2019 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena") to Goldberg, Gluck & Brusilovsky LLP in the matter of *United States v. All Funds on Deposit At* (case number 1:04-cv-00798-PLF-GMH, United States District Court for the District of Columbia). Specifically, the Subpoena requests tax records related to, among other persons and entities, Lessia Shatalin, Kateryna Duncan, and UIS, Inc. I warrant that I am fully authorized to provide such consent on behalf of myself and UIS, Inc. I do not authorize disclosure of these documents for any other purpose not stated herein or otherwise permitted under Code of Federal Regulations, Section 301.7216-2.

DATED: 5/15/2019          _____
                                       Lessia Shatalin



**CONSENT TO DISCLOSURE OF TAX RETURNS AND TAX RETURN INFORMATION PURSUANT TO C.F.R. SECTION 301.7216-3**

I, Kateryna Duncan, hereby consent to the production by Goldberg, Gluck & Brusilovsky LLP and/or Elina Brusilovsky to Emily R. Beckman of all of the tax return information called for in the United States of America's March 18, 2019 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena") to Goldberg, Gluck & Brusilovsky LLP in the matter of *United States v. All Funds on Deposit At* (case number 1:04-cv-00798-PLF-GMH, United States District Court for the District of Columbia). Specifically, the Subpoena requests tax records related to, among other persons and entities, Lessia Shatalin, Kateryna Duncan, and UIS, Inc. I warrant that I am fully authorized to provide such consent on behalf of myself. I do not authorize disclosure of these documents for any other purpose not stated herein or otherwise permitted under Code of Federal Regulations, Section 301.7216-2.

DATED: 5/15/2019

Kateryna Duncan

Sent from my iPhone