# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. 1:04-cv-00798-PLF |
| **ALL ASSETS HELD AT BANK JULIUS BAER & CO., LTD., Guernsey Branch, Account Number 121128, in the name of Pavlo Lazarenko,** *et al.***,** ) ) ) ) ) ) | |
| **Defendants** *in rem***.** ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

The law firm of Vinson & Elkins LLP, including the undersigned counsel, hereby withdraws as counsel of record for Claimant, Liquidators of European Federal Credit Bank (in liquidation).

    Respectfully submitted,

    */s/ Jason A. Levine*
    Jason A. Levine (Bar No. 449053)
    VINSON & ELKINS LLP
    2200 Pennsylvania Avenue, N.W.
    Suite 500W
    Washington, D.C. 20037
    Telephone: (202) 639-6755
    Facsimile: (202) 639-6604
    Email:  jlevine@velaw.com

    *Attorney for Claimant*
January 16, 2020    *Liquidators of European Federal Credit Bank (In Liquidation)*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 16, 2020, a copy of the foregoing Notice of Withdrawal of Counsel was served on all counsel of record via the Court's CM/ECF system.

                   */s/ Jason A. Levine*
                   Jason A. Levine