# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 1:04-00798 (PLF/GMH)** |
| | ) | |
| **ALL ASSETS HELD AT BANK JULIUS** | ) | |
| **Baer & Company, Ltd., Guernsey** | ) | |
| **Branch, account number 121128, in the** | ) | |
| **name of Pavlo Lazarenko,** *et al.*, | ) | |
| | ) | |
| **Defendants** *In Rem,* | ) | |
| | ) | |

## UNITED STATES' *EX PARTE* AND *IN CAMERA* SUPPLEMENTAL RENEWED MOTION AND MEMORANDUM IN SUPPORT CONCERNING THE "CIPA" FILE

# FILED WITH THE CISO ON JANUARY 24, 2020.

Respectfully submitted,

DEBORAH CONNOR
CHIEF
MONEY LAUNDERING
    AND ASSET RECOVERY SECTION


/s/ Teresa C. Turner-Jones
DANIEL H. CLAMAN
TERESA TURNER JONES
ADAM J. SCHWARTZ
Money Laundering and
    Asset Recovery Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, DC 20530
Telephone: (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA