UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL ASSETS HELD AT BANK JULIUS, ) <br> Baer & Company, Ltd., Guernsey ) <br> Branch, account number 121128, in the ) <br> Name of Pavlo Lazarenko et al., ) <br> ) <br> Defendants In Rem. ) <br> ) | Civil Action No. 04-0798 (PLF) |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the United States' motion for summary judgment to strike the claim of Pavel Lazarenko to all assets held in the Balford Trust [Dkt. No. 554] is GRANTED.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE: April 2, 2020