UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:04-cv-00798-PLF |
| | ) |
| **ALL ASSETS HELD AT BANK JULIUS** | ) |
| **Baer & Company, Ltd., Guernsey** | ) |
| **Branch, account number 121128, in the** | ) |
| **name of Pavlo Lazarenko,** *et al.*, | ) |
| | ) |
| **Defendants** *In Rem.* | ) |

### CLAIMANT PAVEL LAZARENKO'S MOTION FOR SUMMARY JUDGMENT ON THE BANK JULIUS BAER GUERNSEY ACCOUNT

Claimant Pavel Lazarenko ("Mr. Lazarenko"), by and through his undersigned counsel, submits this motion for partial summary judgment seeking the release of the Bank Julius Baer Guernsey ("BJB Guernsey") account, described more fully in the Complaint, ¶ 5(a) and Amended Complaint, ¶ 5(a).  This account, according to the Government's tracing expert, Michael Petron, contains funds from a company called Nakosta as well as unidentified funds (which he labeled as "Other").  The Government has not connected payments from Nakosta to any of the alleged criminal acts in the Amended Complaint (i.e., interstate transportation of stolen property, foreign extortion, foreign bribery, or theft of public funds).  Thus, the Government cannot establish that payments from Nakosta are traceable to criminal activity.[1]  Since fact discovery has closed, there is no dispute that this account, which contained $2 million in 2000 and that the Government has frozen for the last 16 years, is traceable to any of the

---

[1] Mr. Lazarneko filed a motion for partial summary judgment on the "unknown payments" on August 12, 2015. Dkt. 426.  That motion involved the Government's allegations pertaining to Nakosta.  The motion argued that the Government possessed no evidence in 2004 about illegal conduct involving the payments from Nakosta at the time it filed its verified Complaint.  That motion is still pending.

criminal allegations in the Amended Complaint.  The account should be severed from the case and released to Mr. Lazarenko forthwith pursuant to Fed. R. Civ. P. 54.

                Respectfully submitted,

BLANK ROME LLP
By:  /s/ Jed M. Silversmith
Grant Palmer (*Pro Hac Vice*)
Jed M. Silversmith (D.D.C. Bar No. PA0055)
One Logan Square, 130 North 18th Street
Philadelphia, PA  19103
(215) 569-5500
(215) 569-5555 (fax)
palmer@blankrome.com
rhynhart@blankrome.com
jsilversmith@blankrome.com

FOX ROTHSCHILD LLP
Ian M. Comisky (D.C. Bar No. 927608)
William Stassen (D.C. Bar No. 461876)
2000 Market Street, 20th Floor
Philadelphia, PA  19103
(215) 299-2000
(215) 299-2150 (fax)
icomisky@foxrothschild.com
wstassen@foxrothschild.com

DAVID B. SMITH, PLLC
David B. Smith (D.C. Bar No. 403068)
Nicholas D. Smith (D.C. Bar No. 1029802)
108 N. Alfred St.
Alexandria, VA 22314
(703) 548-8911
(703) 548-8935 (fax)
dbs@davidbsmithpllc.com
nds@davidbsmithpllc.com

*Attorneys for Claimant*
*Pavel I. Lazarenko*