### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:04-cv-00798-PLF** |
| | ) | |
| **ALL ASSETS HELD AT BANK JULIUS** | ) | |
| **Baer & Company, Ltd., Guernsey** | ) | |
| **Branch, account number 121128, in the** | ) | |
| **name of Pavlo Lazarenko, *et al.*,** | ) | |
| | ) | |
| **Defendants *In Rem.*** | ) | |

### [PROPOSED] ORDER

On April 30, 2020, Claimant Pavel Lazarenko, by and through his counsel of record, filed a Motion for Partial Summary Judgment Regarding the Bank Julies Baer (Guernsey) Account, described more fully in the Amended Complaint at ¶ 5(a).  The Court, having reviewed the Moton, the Opposition and any Reply, now being fully advised in the premises, **GRANTS** the Motion for Partial Summary Judgment.

The Court further certifies that this final judgment is entered upon the express determination that there is no just reason for delay, and that entry of this final judgment under the circumstances of this case is in the interest of all parties and will expedite resolution of the case in its entirety.  This is a final order pursuant to Fed. R. Civ. P. 54(b).

The Court will issue a new restraining order omitting any reference to this account.

 **IT IS SO ORDERED.**

_____

The Hon. Paul L. Friedman

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:04-cv-00798-PLF** |
| ) | |
| ) | |
| **ALL ASSETS HELD AT BANK JULIUS** ) | |
| **BAER & COMPANY, LTD., GUERNSEY** ) | |
| **BRANCH, ACCOUNT NUMBER 121128,** ) | |
| **IN THE NAME OF PAVLO** ) | |
| **LAZARENKO, LAST VALUED AT** ) | |
| **APPROXIMATELY $2 MILLION IN** ) | |
| **UNITED STATES DOLLARS,** *ET AL.***,** ) | |
| ) | |
| **Defendants.** ) | |

## APPENDIX TO CLAIMANT PAVEL LAZARENKO'S
## MOTION FOR SUMMARY JUDGMENT (BJB GUERNSEY)

| Exhibit | Description | Page |
|---|---|---|
| 1 | Second Superseding Indictment from Pavel Lazarenko's crimninal case | 1 |
| 2 | April 4, 2002 Letter from Office of International Affairs to U.S. Attorney's Office (with enclosures) | 27 |
| 3 | Records produced by Bank Julius Baer ("BJB") Guernsey | 33 |
| 4 | Criminal Trial Testimony of Peter Kiritchenko, Vol. 13 | 59 |
| 5 | Criminal Trial Testimony of Peter Kiritchenko, Vol. 17 | 61 |
| 6 | Criminal Trial Testimony of Peter Kiritchenko, Vol. 39 | 63 |
| *7 | October 4, 2006 leter from Swiss Authorities [C014816-14910] | 66 |
| 8 | April 21, 2016 Report of Michael J. Petron | 161 |
| 9 | Petron Exhibit 3 | 188 |
| 10 | Petron Exhibit 4 | 189 |
| 11 | Petron Exhibit 5 | 191 |
| 12 | Petron Exhibit 6.01 | 192 |
| 13 | Petron Exhibit 7.01 | 193 |
| 14 | Petron Exhibit 7.02 | 198 |
| 15 | Petron Exhibit 7.03 | 200 |
| 16 | Petron Exhibit 7.04 | 201 |
| 17 | Petron Exhibit 11 | 204 |
| 18 | *Kiritchenko Deposition Excerpts (9/12/16) (pp. 142-145) | 205 |
| 19 | *Kiritchenko Deposition Excerpts (9/13/16) (pp. 264-267, 284-287) | 207 |
| 20 | *Kiritchenko Deposition Excerpts (9/14/16) (pp. 373-388, 521-524, 537-544) | 210 |

| Exhibit | Description | Page |
|---------|-------------|------|
| 21 | DOJ interrogatory responses on Nakosta | 218 |
| 22 | Documents referenced in interrogatory response | 221 |
| 23 | Supplemental (compelled) DOJ interrogatory responses on Nakosta | 225 |
| 24 | *FBI 302 of Alex Kokh (DOJ_00159791 to DOJ_00159793 | 231 |
| 25 | *May 18, 2000 Swiss Guilty Plea Colloquy of Pavel Lazarenko (DOJ_00180765 to DOJ_00180790) | 234 |
| 26 | *Swiss Witness Statement of Alex Ditiatkovsky, dated March 3, 2001 (DOJ_00182594 to DOJ_00182615) | 260 |
| 27 | *Swiss Witness Statement of Peter Kiritchenko, dated Febaruary 16, 2000 (DOJ_00183292 to DOJ_00183309) | 282 |
| 28 | *Swiss Witness Statement of Peter Kiritchenko, dated Febaruary 16, 2000 (DOJ_00186862 to DOJ_00186879) (duplicate of #27) | 300 |
| 29 | Excerpts from the Deposition of Pavel Lazarenko (1/9/17) | 318 |
| 30 | Excerpts from the Deposition of Pavel Lazarenko (1/11/17) | 327 |
| 31 | Lazarenko's Third Supplement to his Interrogatory Responses | 328 |
| 32 | Lazarenko's Sixth Supplement to his Interrogatory Responses | 345 |
| 33 | Lazarenko's Seventh Supplement to his Interrogatory Responses | 348 |

*Denotes documents that are filed under seal.