UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:04-cv-00798-PLF |
| ) | |
| **ALL ASSETS HELD AT BANK JULIUS** ) | |
| **Baer & Company, Ltd., Guernsey** ) | |
| **Branch, account number 121128, in the** ) | |
| **name of Pavlo Lazarenko,** *et al.*, ) | |
| ) | |
| **Defendants** *In Rem.* ) | |

### CLAIMANT PAVEL LAZARENKO'S MOTION FOR SUMMARY JUDGMENT ON THE YLOREX ESTABLISHMENTS ACCOUNT

Claimant Pavel Lazarenko ("Mr. Lazarenko") submits this motion for summary judgment. This summary judgment motion seeks the release of the Ylorex Establishments account, described more fully in the Amended Complaint at ¶ 5(i)(ii) (hereinafter the "Ylorex Establishments account").

As it pertains to the Ylorex Establishments account, there are no allegations about the transfers into the Ylorex Establishments account in the Amended Complaint. Amended Complaint, ¶¶ 114-119. The Government's tracing expert, Michael Petron, did not trace these funds because he did not possess sufficient records to trace the account. The Government conducted no discovery about this account. In short, there is no evidence that this account is derived from unlawful activity. The Government did not (and still does not) possess probable cause to assert that these accounts were criminally derived and it cannot meet its burden of proof at trial. The motion also seeks an order pursuant to Fed. R. Civ. P. 54(b)

WHEREFORE, Pavel Lazarenko requests that the Court grant his motion for partial summary judgment and enter an order pursuant to Fed. R. Civ. P. 54(b).

Respectfully submitted,

BLANK ROME LLP
By: /s/ Jed M. Silversmith
Grant Palmer (*Pro Hac Vice*)
Jed M. Silversmith (D.D.C. Bar No. PA0055)
One Logan Square, 130 North 18th Street
Philadelphia, PA  19103
(215) 569-5500
(215) 569-5555 (fax)
palmer@blankrome.com
jsilversmith@blankrome.com

FOX ROTHSCHILD LLP
Ian M. Comisky (D.C. Bar No. 927608)
William Stassen (D.C. Bar No. 461876)
2000 Market Street, 20th Floor
Philadelphia, PA  19103
(215) 299-2000
(215) 299-2150 (fax)
icomisky@foxrothschild.com
wstassen@foxrothschild.com

DAVID B. SMITH, PLLC
David B. Smith (D.C. Bar No. 403068)
Nicholas D. Smith (D.C. Bar No. 1029802)
108 N. Alfred St.
Alexandria, VA 22314
(703) 548-8911
(703) 548-8935 (fax)
dbs@davidbsmithpllc.com
nds@davidbsmithpllc.com

*Attorneys for Claimant*
*Pavel I. Lazarenko*