# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:04-cv-00798-PLF |
| ) | |
| **ALL ASSETS HELD AT BANK JULIUS** ) | |
| Baer & Company, Ltd., Guernsey ) | |
| Branch, account number 121128, in the ) | |
| name of Pavlo Lazarenko, *et al.*, ) | |
| ) | |
| **Defendants *In Rem.*** ) | |

## NOTICE OF JOINDER

Claimant Pavel Lazarenko files this notice joining the motion for summary judgment on statute of limitations grounds filed by Ekaterina and Lecia Lazarenko (Dkt. 1259).

    Respectfully submitted,

    BLANK ROME LLP
    By:  /s/ Jed M. Silversmith
    Grant Palmer (*Pro Hac Vice*)
    Jed M. Silversmith (D.D.C. Bar No. PA0055)
    One Logan Square, 130 North 18th Street
    Philadelphia, PA  19103
    (215) 569-5500
    (215) 569-5555 (fax)
    palmer@blankrome.com
    jsilversmith@blankrome.com

    FOX ROTHSCHILD LLP
    Ian M. Comisky (D.C. Bar No. 927608)
    William Stassen (D.C. Bar No. 461876)
    2000 Market Street, 20th Floor
    Philadelphia, PA  19103
    (215) 299-2000
    (215) 299-2150 (fax)
    icomisky@foxrothschild.com
    wstassen@foxrothschild.com

    DAVID B. SMITH, PLLC

David B. Smith (D.C. Bar No. 403068)
Nicholas D. Smith (D.C. Bar No. 1029802)
108 N. Alfred St.
Alexandria, VA 22314
(703) 548-8911
(703) 548-8935 (fax)
dbs@davidbsmithpllc.com
nds@davidbsmithpllc.com

*Attorneys for Claimant*
*Pavel I. Lazarenko*