UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
**UNITED STATES OF AMERICA**           )
                                       )
      **Plaintiff,**           )
                                       )
v.                                     )   Civil Action No. 04-798 (PLF/GMH)
                                       )
**ALL ASSETS HELD AT BANK JULIUS BAER &** )
**CO., LTD., GUERNSEY BRANCH, ACCOUNT**   )
**NUMBER 121128, IN THE NAME OF PAVLO**   )
**LAZARENKO,** *ET AL***.**               )
                                       )
      **Defendants** *In Rem***.**   )
_____)

## ORDER

This case has been referred to the undersigned to oversee discovery, including setting a discovery schedule and deadlines for post-discovery dispositive motions. The undersigned held a status conference on May 1, 2020. As the parties confirmed at that conference, expert discovery has been stayed (*see* ECF No. 1152) and fact discovery has been completed with the exception of discovery related to four disputes pending before the undersigned: (1) the motion of the Lazarenko children to quash subpoenas *duces tecum* served on two banks and an accounting firm,[1] (2) the government's renewed motion for a protective order regarding the so-called CIPA File,[2] (3) the dispute associated with Pavel Lazarenko's notice of withdrawal of his claim to funds held in the name of Tanas AG at LGT Bank in Liechtenstein,[3] and (4) the dispute concerning Pavel Lazarenko's alleged failure to supplement document production and interrogatory responses in light of information learned at his April 4, 2019 deposition.[4]

---

[1] The documents associated with that motion are found on the docket at ECF Nos. 1154, 1159, 1165, 1180, 1183, 1186 and 1244).

[2] The documents associated with that motion are memorialized on the docket at ECF Nos. 1213, 1226, 1231, 1235, 1247, 1252, and 1253.

[3] The documents associated with that dispute are found on the docket at ECF Nos. 1144, 1149, 1188, 1214, and 1224.

[4] The documents associated with that dispute are found on the docket at ECF Nos. 1187 and 1197.

As discussed at the May 1, 2020 status hearing, the parties shall confer and file, on or before May 15, 2020, a joint status report that:

(1) addresses whether, in light of the COVID-19 pandemic and the recently-filed dispositive motions, the stay on expert discovery should be lifted in part or in whole; and

(2) if it is practicable in light of the parties' position on the question above, proposes a schedule for the completion of expert discovery and for briefing post-discovery dispositive motions.

**SO ORDERED.**

Dated: May 4, 2020

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE