Confidential

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

         Plaintiff,

vs.                   NO. 1:04-cv-00798-
                               PLF-GHM

ALL ASSETS HELD AT BANK JULIUS
BAER & COMPANY, Ltd., Guernsey
Branch, account number 121128,
in the name of Pavlo Lazarenko,
et al.,

         Defendants.
_____/

TRANSCRIPT MARKED CONFIDENTIAL

PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF PETER KIRITCHENKO

VOLUME I - PAGES 1 to 154

San Francisco, California

Monday, September 12, 2016

Reported By:

LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

JOB NO. 270034



MAGNA LEGAL SERVICES

**Julius Baer 0205**

Confidential

Page 142

1    Q. And you were there with Mr. Lazarenko
2  when the account was opened, correct?
3    A. Yes.
4    Q. Now, you mentioned -- you mentioned
5  earlier some other entities. Actually, stop          04:22
6  that. Before I switch. Just a correction. You
7  said all the money went from third parties to --
8  I'm checking the live feed. So for CARPO, you
9  said -- I'm reading back the transcript. "My
10 money came in, and all the money from the third      04:23
11 parties." But earlier, you testified --
12   A. From my accounts.
13   Q. From your accounts?
14   A. The ones I've had control of. The money
15 came there from third parties. There were            04:23
16 several accounts. And so then it was transferred
17 to CARPO.
18   Q. And did money also come to Nihpro?
19   A. Yes.
20   Q. From you?                                       04:23
21   A. From me as well. But I had a very small
22 amount there compared to the -- compared to the
23 other amounts that came from somewhere else.
24   Q. And from you, I mean Agrosnabsbyt.
25   A. Orphin and Agrosnabsbyt.                        04:24

Page 143

1    Q. And did money come to Nihpro from third
2  parties?
3    A. You mean directly to Nihpro?
4    Q. Did you send money to Nihpro?
5    A. Yes.                                            04:24
6    Q. From third parties on behalf of
7  Mr. Lazarenko?
8    A. Yes.
9    Q. Now, you mentioned Kokh, I believe. And
10 who was Kokh?                                        04:25
11   A. He was Krukayev's partner.
12   Q. And who was Krukayev?
13   A. A businessman.
14   Q. What company did he have?
15   A. Well, he had several companies as well.        04:25
16   Q. Did you recall -- do you recall a
17 company called Nakosta?
18   A. Yes, yes. Nakosta.
19   Q. Whose company was Nakosta?
20   A. Krukayev and Kokh's.                           04:25
21   Q. Do you remember if Kokh had to pay -- if
22 the -- if Krukayev had to pay 50 percent of his
23 profits to Lazarenko?
24      MR. RHYNHART: Objection. Lack of
25 foundation.                                         04:26

Page 144

1      THE WITNESS: I know that they paid.
2  BY MS. ICKOVIC:
3    Q. How do you know that?
4    A. Money came from him from Nakosta. Also,
5  when we -- whenever -- whenever we came there,     04:26
6  they always would greet us, and they had an
7  office at Tsug, I believe.
8    Q. And by "they," you mean Nakosta?
9    A. Yes.
10   Q. And how do you know that Nakosta paid 50      04:26
11 percent of its profits to Lazarenko?
12   A. That's not what I said.
13   Q. Sorry. How do you know whether Krukayev
14 made payments to Lazarenko?
15   A. Because that's what it would say.             04:27
16 Nakosta.
17   Q. And it would say --
18   A. It was written in the statement.
19   Q. So you saw statements from Nakosta --
20 statements saying paying -- making transfers to    04:27
21 accounts on behalf of Mr. Lazarenko?
22   A. Yes, but I didn't see Nakosta's
23 statement. I saw my own statement.
24   Q. You mean your bank -- the bank
25 statements?                                        04:27

Page 145

1    A. Yes. The answer was bank statement.
2    Q. You mentioned an entity earlier called
3  GHP. Sometimes when I talk about entity, there's
4  companies and there's accounts.
5    A. This was a company and an account.            04:28
6    Q. Do you remember where the account was?
7    A. At SCS Alliance. And some other place.
8  Some other place.
9    Q. And some other place. And we'll go to
10 that later. Do you remember -- so you mentioned    04:28
11 a company called GHP. What did this company do?
12   A. Well, it had not a large -- it did some
13 business, but also mainly for receiving money and
14 transferring it further on.
15   Q. I didn't hear the last bit?                   04:29
16   A. But it was also for receiving money, and
17 mainly for receiving money and transferring it
18 further on.
19   Q. And who was the owner?
20   A. The owners were 50/50 with Lazarenko.         04:29
21   Q. And do you remember Lazarenko, how you
22 and Lazarenko owned GHP?
23   A. Well, it was a Baer share company. So
24 half of this shares were with him and half of the
25 shares were with me.                               04:29



37 (Pages 142 to 145)

Julius Baer 0206