Page 155

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                   NO. 1:04-cv-00798-PLF-GHM

ALL ASSETS HELD AT BANK JULIUS
BAER & COMPANY, Ltd., Guernsey
Branch, account number 121128,
in the name of Pavlo Lazarenko,
et al.,

        Defendants.
_____/


TRANSCRIPT MARKED CONFIDENTIAL

PURSUANT TO PROTECTIVE ORDER


VIDEOTAPED DEPOSITION OF PETER KIRITCHENKO

VOLUME II - PAGES 155 to 307

San Francisco, California

Tuesday, September 13, 2016


Reported By:

LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

JOB NO. 269870



MAGNA LEGAL SERVICES

**Julius Baer 0207**

```
                                                  Page 264                                                         Page 266
 1   of the related entities do business with Van Der        1      A.  The name sounds familiar, but -- but I
 2   Ploeg?                                                  2   don't recall anything.
 3      A.  No.                                              3      Q.  Do you remember whether you passed money
 4      Q.  Did you pass money on from Van Der Ploeg         4   from Fercometal to Mr. Lazarenko?
 5   to Mr. Lazarenko?                         02:53         5      A.  Well, if I had, then it would be in the    02:57
 6      A.  As far as I remember, that they were             6   statements.
 7   buying cows from Van Der Ploeg, and that was            7      Q.  Nakosta.  Did Agrosnabsbyt or any of its
 8   Naukovyi.                                               8   related entities do business with Nakosta?
 9      Q.  But did you pass money on from Van Der           9      A.  No.
10   Ploeg  to Mr. Lazarenko?                   02:54       10      Q.  Global -- oh.  And did you pass money on  02:57
11      A.  Yes, but the money came from Naukovyi.          11   from Nakosta to Mr. Lazarenko?
12      Q.  Thank you.  What about Dubl SC Corp.            12      A.  Yes.
13   D-U.  D-U-B Corps, Corporation.                        13      Q.  Global Treasury Service.  Did
14         THE INTERPRETER:  Double S?                      14   Agrosnabsbyt or any of its related entities do
15         MS. ICKOVIC:  No.  D-U.            02:54         15   business with Global Treasury Service?        02:58
16         THE INTERPRETER:  D-U.                           16      A.  No.
17         MS. ICKOVIC:  B-L.                               17      Q.  Did you pass money from Global Treasury
18         THE INTERPRETER:  B-L.                           18   Services to Mr. Lazarenko?
19         MS. ICKOVIC:  And then the next word,            19      A.  No.
20   the letter S.                               02:54      20      Q.  For Optech.  Did Agrosnabsbyt or any of   02:58
21         THE INTERPRETER:  S.                             21   its related entities do business with Optech?
22         MS. ICKOVIC:  C.                                 22      A.  No.
23         THE INTERPRETER:  C.                             23      Q.  Did you transfer money from Optech to
24         MS. ICKOVIC:  Corps, corporation.                24   Mr. Lazarenko?
25         THE INTERPRETER:  Corp.  Dubl Corps.  02:54      25      A.  I don't recall.                            02:59

                                                  Page 265                                                         Page 267
 1         THE WITNESS:  No, I don't.  It's                  1      Q.  What about Didyatkovsky?
 2   familiar to me.                                         2      A.  Oh, yes.  Didyatkovsky, yes.
 3   BY MS. ICKOVIC:                                         3      Q.  Did Agrosnabsbyt or any of its related
 4      Q.  Did you pass money on from Dubl SC Corps         4   entities do business with Didyatkovsky?
 5   to Mr. Lazarenko?                           02:54       5      A.  No, no.                                     02:59
 6      A.  I don't believe that that money came             6      Q.  And did you pass money from Didyatkovsky
 7   into my accounts.                                       7   to Mr. Lazarenko?
 8      Q.  Internova Trading.  Did Agrosnabsbyt do          8      A.  Yes.
 9   business or any of its Agrosnabsbyt related             9      Q.  And what about interaccount transfer,
10   entities do business with Internova Trading?  02:55   10   USB?  From UBS.  United Bank of Switzerland?  Did 02:59
11      A.  No.                                            11   Agrosnabsbyt or any of its related entities have
12      Q.  Did you pass money on from Internova           12   business with UBS?
13   Trading to Mr. Lazarenko?                             13         THE INTERPRETER:  The interpreter did
14      A.  Yes.                                           14   not understand the question.  Could you please?
15      Q.  Aizraukles.  A-I-Z-R-A-U-K-L-E-S.  Did  02:55  15         MS. ICKOVIC:  Yes, of course.  Sorry.    03:00
16   Agrosnabsbyt or any of its related entities do        16   Union Bank of Switzerland.
17   business with Aizraukles?                             17      Q.  Did Agrosnabsbyt or any of its related
18      A.  This is the first time I hear of it.          18   entities -- I just have to spit out the question
19      Q.  Did you pass money on from Aizraukles?        19   -- have business with UBS?
20      A.  No.  No.                             02:56    20      A.  No.                                         03:00
21      Q.  Fercometal.  Did Agrosnabsbyt or any of       21      Q.  Did you transfer money from Union Bank
22   its related entities do business with Fercometal?   22   of Switzerland to Mr. Lazarenko?
23      A.  There was no business but there was          23      A.  No.
24   something.  Ferro?                                  24      Q.  Ste Jean Yared et Fils.  I could write
25      Q.  Fercometal.  F-E-R-C-O-M-E-T-A-L.   02:56    25   it in English.                                 03:00
```



29 (Pages 264 to 267)

**Julius Baer 0208**

```
                                            Page 284
 1      A.  Yes.
 2      Q.  And that was the KATO and the LipHandle
 3  accounts?
 4      A.  Yes.
 5      Q.  And you didn't see those bank accounts?    04:00
 6  You didn't see what money went in them?
 7          MS. ICKOVIC:  Objection.  Leading.
 8          THE WITNESS:  No.  I have not seen the
 9  statements.
10  BY MR. RHYNHART:                                   04:01
11      Q.  And back then, you weren't handling
12  financial transactions in those two bank accounts
13  for Mr. Lazarenko?
14      A.  I transferred my own money into that,
15  those accounts from my own business.               04:01
16      Q.  Understood.  Understood.  But you didn't
17  handle those two accounts in terms of actually
18  seeing third parties paying money into them,
19  correct?
20          MS. ICKOVIC:  Objection.  Form.            04:01
21          THE WITNESS:  No.
22  BY MR. RHYNHART:
23      Q.  In 1994, Mr. Lazarenko opened some new
24  accounts in Switzerland, right?  And that's the
25  CARPO and the Nihpro accounts?                     04:01
```

```
                                            Page 285
 1      A.  Together with me.  I helped him to open
 2  them.
 3      Q.  And that's when you start to see the
 4  bank statements?
 5      A.  Yes.                                       04:02
 6      Q.  Where you see actually third party
 7  payments into an account, right?
 8      A.  Yes.
 9      Q.  And from 1994 on, third parties would
10  sometimes pay money into your accounts, and --     04:02
11      A.  Not sometimes.  All the time.  But
12  again, we need to clarify whether it was '94 or
13  '93.  But most likely, you're correct.
14      Q.  '94?
15          MS. ICKOVIC:  Objection.  Calls for        04:02
16  speculation.
17  BY MR. RHYNHART:
18      Q.  Okay.  Those third parties that would
19  send money into your accounts, and now I'm
20  talking about Orphin, GHP?                         04:03
21      A.  Paddox, Wilnorth.
22      Q.  Okay.  That money would come into your
23  accounts, and then you would transfer it to the
24  CARPO or the Nihpro accounts?
25      A.  Yes.                                       04:03
```

```
                                            Page 286
 1      Q.  All right.  So when you're being asked
 2  questions about the companies that were sending
 3  money from 1994 until 1997.
 4      A.  Probably '98 as well.  I believe.
 5      Q.  You know what you know about those         04:03
 6  payments from reviewing your own bank statements?
 7      A.  Yes.
 8      Q.  Okay.  You don't know what
 9  Mr. Lazarenko's deals were with those third
10  parties?                                           04:04
11          MS. ICKOVIC:  Objection.  Leading.
12          THE WITNESS:  Not specifically, no.
13  BY MR. RHYNHART:
14      Q.  You were not privy to his conversations
15  with those third parties?                          04:04
16      A.  No.  There were never conversations in
17  my presence.
18      Q.  And if he made agreements with those
19  third parties, whether in writing or orally, you
20  were not present for that, correct?                04:04
21      A.  I was not present, but Lazarenko himself
22  told me that he works 50/50 with everyone.  When
23  we -- we have made an oral agreement with him.
24      Q.  When did he tell you that?
25      A.  It was in Warsaw.  In Warsaw.  At the      04:05
```

```
                                            Page 287
 1  beginning of '92.
 2      Q.  When you and he first started doing
 3  business together?
 4      A.  Yes.
 5      Q.  And that was in 1992?                      04:05
 6      A.  Yes.
 7      Q.  After 1992, he never said that to you
 8  again?
 9      A.  No.
10      Q.  And after 1992, you were never a witness   04:05
11  to any agreement that he made with any of the
12  third parties that sent money into your accounts,
13  correct?
14      A.  Yes.
15      Q.  Do you know of any other person who        04:06
16  received third party payments in to bank accounts
17  and forwarded them to CARPO and Nihpro like you
18  did?
19      A.  No.  I do not.
20      Q.  Do you believe you were the only one who   04:06
21  did that?
22      A.  No.
23      Q.  You don't know?
24      A.  I don't know.
25      Q.  Did you see the Car --                     04:07
```



34 (Pages 284 to 287)