Confidential

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                    Plaintiff,
vs.                                 NO. 1:04-cv-00798-
                                         PLF-GHM

ALL ASSETS HELD AT BANK JULIUS
BAER & COMPANY, Ltd., Guernsey
Branch, account number 121128,
in the name of Pavlo Lazarenko,
et al.,

                    Defendants.
_____/



            TRANSCRIPT MARKED CONFIDENTIAL

          PURSUANT TO PROTECTIVE ORDER


    VIDEOTAPED DEPOSITION OF PETER KIRITCHENKO

        VOLUME III - PAGES 308 to 545

           San Francisco, California

         Wednesday, September 14, 2016




Reported By:

LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO 10201

JOB NO. 269887



Julius Baer 0210

Confidential

Page 373

```
 1    the prior testimony.
 2        MR. RHYNHART:  Right?
 3        THE WITNESS:  Yes.
 4    BY MR. RHYNHART:
 5    Q.  In fact, I think at one point when you    10:57
 6    were being asked questions on direct, you said
 7    something like, "Why do I have to think?  I just
 8    count my own money."
 9        Do you remember saying that?
10    A.  Yes.                              10:57
11    Q.  Okay.  So it didn't concern you what
12    Mr. Lazarenko had agreed to with those third
13    parties?
14    A.  Yes.
15    Q.  And you don't know whether he was doing    10:57
16    work with those third parties?
17    A.  No.
18    Q.  Or what he was contributing to those
19    business arrangements?
20    A.  No, I don't know.                  10:58
21    Q.  So we talked about a company called
22    Nakosta, N-A-K-O-S-T-A.  You don't know why Nakosta
23    was making payments to Lazarenko?
24    A.  Yes.
25    Q.  By yes, you mean you don't know, right?   10:58
```

Page 374

```
 1        MS. ICKOVIC:  Objection.  Form.
 2        THE WITNESS:  I don't know why.
 3    BY MR. RHYNHART:
 4    Q.  You don't know.  Thank you.  Just
 5    clarifying the answer.                  10:58
 6        MS. ICKOVIC:  I didn't understand.  I'm
 7    sorry.  I didn't hear with the live feed.  It's not
 8    clean.  He said you don't know why.
 9        MR. RHYNHART:  He says he does not know.
10        MS. ICKOVIC:  I don't understand.  If you   10:58
11    could please ask the question again; otherwise, I'm
12    going to object and move to strike because it's
13    messy.
14        MR. RHYNHART:  Objecting and moving to
15    strike based on live feed is improper.  You can ask   10:58
16    question on redirect.
17        MS. ICKOVIC:  I'm objecting and moving to
18    strike because I don't understand your question.
19    Form.
20    BY MR. RHYNHART:                       10:59
21    Q.  Okay.  When the money came into your
22    account from third parties, you never even asked
23    Mr. Lazarenko why that money was coming in or what
24    his deals were with those third parties, right?
25    A.  Yes.                              10:59
```

Page 375

```
 1    Q.  And you don't know why money came in from
 2    Somolli Enterprises?
 3    A.  I knew that it was money from gas, but
 4    what was the basis, I did not.
 5    Q.  You understood Somolli was the natural gas   10:59
 6    business?
 7    A.  (No audible response).
 8    Q.  And same with UESU?
 9    A.  Yes.
10        THE REPORTER:  Was there an answer?   10:59
11        MR. RHYNHART:  Did we miss an answer?
12        MS. ICKOVIC:  Yes, you missed an answer.
13        MR. RHYNHART:  So what was the question?
14    (Record read as follows:
15        Question:  You understood Somolli was the   11:00
16        Natural gas business?
17        Answer:
18        Question:  And same with UESU?
19        Answer:  Yes.)
20    BY MR. RHYNHART:                       11:00
21    Q.  So starting with just Somolli, you
22    understood that was the natural gas business?
23    A.  Yes.
24    Q.  And UESU was also a natural gas business?
25    A.  Yes.                              11:00
```

Page 376

```
 1    Q.  You don't know what Mr. Lazarenko's
 2    business arrangements were with those two
 3    companies?
 4    A.  I don't know.
 5    Q.  Okay.  The Naukovyi state farm money      11:00
 6    involving Mr. Agrofonov came into your Orphin
 7    account as well, right?
 8    A.  Yes.  I knew what business it came from.
 9    Q.  You knew, right.  You knew what that
10    business was, but you did not know what         11:01
11    Mr. Lazarenko's business arrangements were with
12    that company?
13    A.  No.
14    Q.  And the money that came in from the ITERA
15    business, Mr. Makarov --                 11:01
16    A.  Yes.
17    Q.  -- that's a well known business, you said?
18    A.  It's also gas.
19    Q.  Right.  So it's a business that you were
20    familiar with?                         11:01
21    A.  Familiar how?
22    Q.  Well, you had heard of them?
23    A.  Yes.
24    Q.  But you did not know what Mr. Lazarenko's
25    business arrangements were with that company    11:0
```



18 (Pages 373 to 376)

Confidential

| Page 377 |
| --- |

1    either, right?
2        A. He told me that money would be coming in,
3    yes. But from there. From Makarov.
4        Q. But you don't know what Mr. Lazarenko's
5    business was with Mr. Makarov?            11:02
6        A. What the agreements was, I don't know.
7        MS. ICKOVIC: You didn't pick up one of my
8    objections. I objected vague to the last question.
9    To the question, "But you did not know what
10   Mr. Lazarenko's business arrangements were with   11:02
11   that company either?" I objected, vague. Is there
12   a problem with the microphone?
13       THE VIDEOGRAPHER: None at all. Sometimes
14   the objects are coming when they are still talking,
15   so your voice gets overridden.             11:02
16       MS. ICKOVIC: Yeah. So if we could just
17   please, yeah. I think maybe if Mr. Kiritchenko
18   would take a pause after the question and wait for
19   the translator, that might help clean some things
20   up.                                        11:02
21       Thank you. I know we are all talking over
22   each other.
23       MR. RHYNHART: I'm about to get into
24   Decree 100, so change of topic. Do we need a break
25   for a minute, or should we just keep pushing?   11:03

| Page 378 |
| --- |

1    Let's take a little break.
2        MS. ICKOVIC: I think a break would be
3    great.
4        THE VIDEOGRAPHER: Off the record. The
5    time is 11:03 a.m.                          11:03
6        (Recess taken from 11:03 a.m. to
7    11:19 a.m.)
8        THE VIDEOGRAPHER: Going back on the
9    record. The time is 11:19 a.m. Please proceed.
10   BY MR. RHYNHART:                            11:19
11       Q. Mr. Kiritchenko, I was asking about some
12   companies who had made payments in to your bank
13   accounts which were for Mr. Lazarenko, right?
14       A. Yes.
15       Q. Just a few more. Company called Internova   11:19
16   Trading. Did they send money into your accounts?
17       A. Yes.
18       Q. And you don't know what their business
19   arrangement was with Mr. Lazarenko?
20       A. Can we just shorten this whole thing? All   11:19
21   the accounts, all the money that came from third
22   parties, I knew who it came from, for what, but I
23   did not know why.
24       Q. Okay. Okay.
25       A. I had guesses. You know, because I kept   11:20

| Page 379 |
| --- |

1    saying, I worked with everyone 50/50. But I did
2    not see any agreements. I was not party to any
3    discussions.
4        Q. Right. And when you say -- when you
5    reference this work with everyone 50/50, that was   11:20
6    something that Mr. Lazarenko said to you one time
7    when you first met with him; is that right?
8        A. Yes.
9        Q. Okay. And after that first conversation
10   in 1992, after that, all of the payments that came   11:20
11   in from third parties to your accounts for
12   Mr. Lazarenko, you have no knowledge at all what
13   Mr. Lazarenko's business deals were with those
14   companies, right?
15       A. I just said I knew what the company were,   11:21
16   what their nature of their business, who it came
17   from, but I did not know why.
18       Q. Okay. Did not know why. I want to be
19   clear on that. You did not know what
20   Mr. Lazarenko's business agreements were with any   11:21
21   of them, right?
22       A. Yes.
23       Q. And that is true for a company called Ein
24   Kunde?
25       A. I don't know. I don't remember that.   11:21

| Page 380 |
| --- |

1        Q. Pacific Shipping?
2        A. I don't remember. I would need to look up
3    the documents.
4        Q. DAV Riga?
5        A. I would need to look up.              11:22
6        Q. Have you heard of DAV Riga?
7        A. Something like that, I've heard.
8        Q. Okay. But again, if you don't remember
9    them, you obviously don't know what Mr. Lazarenko's
10   business arrangements were with them?          11:22
11       A. I don't remember that company at all.
12   Whether there was money coming in from it or not.
13       Q. SB Corp?
14       A. I don't remember.
15       Q. Optech.                             11:22
16       A. Optech? Show me the documents.
17       Q. I'm just asking if you know that name.
18       A. I don't remember.
19       Q. Torviscas?
20       A. I don't remember.                    11:22
21       Q. L.I.T.A.T.?
22       A. L.I.T.A.T.?
23       Q. L.I.T.A.T. L.I.T.A.T.?
24       MR. SILVERSMITH: L.I.T.A.T.
25       MR. ROMAN: L.I.T.A.T.                   11:22



19 (Pages 377 to 380)

Confidential

Page 381

1      MS. ICKOVIC: L.I.T.A.T.
2      THE WITNESS: Money did come in from them.
3  Yes. I did receive it.
4  BY MR. RHYNHART:
5      Q. You saw money come in from L.I.T.A.T.?      11:23
6      A. Yes.
7      Q. You did not know what Mr. Lazarenko's
8  business arrangements were with L.I.T.A.T.?
9      A. No, I don't.
10     Q. Dubl SC Corp?      11:23
11     A. I don't remember.
12     Q. Fercometal?
13     A. It's familiar name, but I don't remember.
14     Q. Ste Jean Yared et Fils?
15     A. I don't remember.      11:23
16     Q. Societe Libanaise?
17     A. Yes, money did come in.
18     Q. And you do not know what Mr. Lazarenko's
19  business arrangement was with Societe Libanaise?
20     A. I don't know.      11:23
21     Q. Orchard Road?
22     A. I don't remember.
23     Q. Aizraukles?
24     A. I don't remember.
25     Q. Naukovyi?      11:24

Page 382

1      A. There was something like that.
2      Q. You did not know what Mr. Lazarenko's
3  business arrangement was with Lateka Bank, if any?
4      A. I don't know.
5      Q. Didyatkovsky?      11:24
6      A. Didyatkovsky.
7      Q. Money came in from him?
8      A. Yes.
9      Q. You did not know what Mr. Lazarenko's
10  business arrangements, if any, were with      11:24
11  Didyatkovsky?
12     A. Yes.
13     Q. Yes, you do not know?
14     A. I do not know.
15     Q. Viakara?      11:25
16     A. No.
17     MR. RHYNHART: Withdraw the question.
18     Q. You do not know what business arrangements
19  Mr. Lazarenko had, if any, in the Middle East or
20  Lebanon?      11:25
21     A. Money did come in from there.
22     Q. But do you not know what his business
23  arrangements were there?
24     A. No.
25     Q. You previously testified you were involved      11:25

Page 383

1  with the closing of that Nihpro account in
2  Switzerland?
3      A. Yes.
4      Q. Do you know where the funds from that
5  account went?      11:25
6      A. It would need to be looked up in the
7  statements to be clear where it goes. I can't
8  remember now. Everything is seen very clearly
9  there.
10     Q. Were you involved in the transfer of any      11:26
11  money to Guernsey?
12     A. Some money went to Guernsey, some went to
13  Euro Fed. From which account, I don't remember.
14     Q. Were you involved in the transfer of funds
15  to Guernsey?      11:26
16     A. What do you mean, "involved"?
17     Q. Did you authorize any wire or otherwise
18  move money to Guernsey?
19     A. No. I was just present.
20     Q. You did not do that yourself?      11:26
21     A. No.
22     Q. Yesterday, or even the day before -- I'm
23  losing track at this count -- at this time, we
24  looked at Decree 100, a document that was marked as
25  Exhibit 16 by the government.      11:27

Page 384

1      Do you still have that?
2      A. I have it in Ukrainian.
3      Q. You have it written in Ukrainian so you
4  can read it?
5      A. Yes.      11:27
6      Q. All right. I just wanted to ask you a
7  couple questions about it. Was this a document
8  that you had ever seen before it was shown to you
9  at this deposition?
10     A. There's also an addendum there, right?      11:27
11     Q. It's a three-page document, right?
12     A. Yes.
13     Q. Was this something you had ever seen
14  before this deposition?
15     A. I did see it a long time ago, back then.      11:28
16     Q. And when did you see it, back in 1994?
17     A. Yes.
18     Q. And in 1994, that's the date of this list,
19  right?
20     A. '94.      11:28
21     Q. And at that point in time, you had already
22  been working with Mr. Lazarenko for two or three
23  years, right?
24     A. Yes.
25     Q. So this was not the first time that your      11:28



Confidential

Page 385

1   company Agrosnabsbyt was authorized to expert
2   certain products?
3       A.  Our company, with Lazarenko.
4       Q.  Your company, with Lazarenko.  You had not
5   -- well, strike that.                    11:29
6           This was not the first time that
7   Agrosnabsbyt had been approved for exports, right?
8       A.  Yes.
9       Q.  Do you know all ten companies on this
10  list?                                    11:29
11      A.  Not all of them.
12      Q.  Aside from Agrosnabsbyt, do you have any
13  idea what, if any, business arrangement
14  Mr. Lazarenko had with the other nine companies?
15      A.  I don't know.            11:29
16      Q.  You don't know, right?
17      A.  No.
18      Q.  You only know yours, Agrosnabsbyt, right?
19      A.  Yes.
20      Q.  You mentioned KUB before, K-U-B, right?   11:30
21      A.  Yes.
22      Q.  And you recognize that name as a
23  Timoshenko company, right?
24      A.  Yes.
25      Q.  And KUB is Number 8 on this list?      11:30

Page 386

1       A.  Yes.
2       Q.  At this point in time, 1994, KUB was a
3   relatively small company; is that true?
4       A.  It's not known to me.  But it sounded
5   large in conversations.                  11:30
6       Q.  Do you know if it earned about one or $2
7   million a year?
8       A.  No.  I don't know.
9       Q.  Don't know?
10      A.  No.                       11:30
11      Q.  Okay.  Later, obviously, Timoshenko had
12  the UESU business?
13      A.  Yes.
14      Q.  Which was very successful, right?
15      A.  Thanks to Lazarenko.         11:30
16      Q.  You never actually saw any money come in
17  from KUB for Mr. Lazarenko into your accounts,
18  right?
19      A.  From KUB?  No.
20      Q.  No?  You do not recall seeing money from   11:31
21  KUB come into your bank accounts from
22  Mr. Lazarenko?
23      A.  They came from KUB through their other
24  company -- their other accounts.
25      Q.  What other accounts?           11:31

Page 387

1       A.  Bank Slavyanskiy, and I can't remember
2   right now.
3       Q.  Was that a KUB account?
4       A.  No.
5       Q.  So you didn't see any money come in from   11:31
6   KUB for Mr. Lazarenko, right?
7           MS. ICKOVIC:  Objection.  Mischaracterizes
8   the testimony.
9           THE WITNESS:  If you take Agrosnabsbyt and
10  Orphin, KUB had some company within it that is   11:32
11  associated with KUB.  For example, Bank
12  Slavyanskiy.
13  BY MR. RHYNHART:
14      Q.  So you believe Bank Slavyanskiy was
15  somehow affiliated with KUB?             11:32
16      A.  I'm not asserting that.
17      Q.  You don't know?
18      A.  I don't know.
19      Q.  And as we sit here today, you can't think
20  of any company that was affiliated with KUB that   11:32
21  sent money in for Mr. Lazarenko?
22      A.  Yes.  I don't know.
23      Q.  When this list was issued in 1994, do you
24  know if it was actually prepared by the economic
25  committee of Ukraine?                  11:32

Page 388

1       A.  Say that again.
2       Q.  Have you ever heard of the economic
3   committee of Ukraine?
4       A.  Economic committee of the Ukraine of what?
5       Q.  How about Antonio Vareton, the chairman of   11:33
6   the economic committee?
7       A.  No.  I don't remember such a name.
8       Q.  So you don't know if there was a committee
9   at Ukraine --
10      A.  It probably was called something else.   11:33
11      Q.  Okay -- that issued this list?
12      A.  This list is a presidential.
13      Q.  I understand that the president of the
14  Ukraine authorized this, right?
15      A.  Yes.                     11:33
16      Q.  And it was signed by Mr. Lazarenko?
17      A.  Yes.
18      Q.  But do you know if there was an economic
19  committee of some kind that actually prepared and
20  authorized this list of companies for exports?   11:34
21      A.  You mean the Dnepropetrovsk region?
22      A.  Yes.
23      A.  Yes, there was one.
24      Q.  There was a committee like that, right?
25      A.  Yes.                     11:34



Confidential

Page 521

1  was a public official, or was it like a business
2  relationship in the United States?  When you talked
3  about business relationships with other people, what
4  did you mean?
5       MR. RHYNHART:  Object to the form.        04:33
6       THE WITNESS:  I don't understand.
7  BY MS. ICKOVIC:
8       Q.  All right.  You and Mr. Rhynhart talked
9  today about whether you knew about Mr. Lazarenko's
10  business relationships with other people?        04:33
11      A.  Yes.
12      Q.  And you used this word "business
13  relationships with other people"?
14      My question is:  "Business relationships
15  with other people," do you understand this to mean   04:33
16  a typical business relationship that you have in
17  the United States?
18      MR. RHYNHART:  Object to the form.
19      THE WITNESS:  No, of course.
20  BY MS. ICKOVIC:                                04:34
21      Q.  What did you understand by Mr. Lazarenko's
22  business relationships with other people?
23      A.  As he said, he works 50 -- he works 50/50.
24  Novakova, one of them paid 60 percent.  Agrofonov.
25  BY MS. ICKOVIC:                                04:34

Page 522

1       Q.  So do you recall telling the government
2  that Mr. Lazarenko told you he had similar
3  arrangements with other people engaged in business
4  in the Ukraine?
5       A.  Yes.                                  04:34
6       Q.  Do you recall what you told -- what -- do
7  you recall what you told the government about
8  Mr. Lazarenko's relationship with Mr. Agrofonov?
9       A.  That Agrofonov paid 60 percent.
10      Q.  And if we could refer to Government      04:35
11  Exhibit 3.  This was a 302, and Mr. Earl's
12  transcription of the interview which you had with
13  Mr. Earl, among other people.  And I would like to
14  refer you to the second page, second paragraph.
15  Bates DOJ_00159926, second paragraph, second    04:36
16  sentence.
17      I'll read the sentence in English so you
18  can have it translated.  "Lazarenko also admitted
19  to source that Niccolo Agrofonov was paying
20  Lazarenko 60 percent of his profits, suggesting   04:36
21  that source should feel lucky that he was only
22  being forced to pay 50 percent of his profits to
23  Lazarenko."
24      And my question is:  Is it true that
25  Mr. Lazarenko told you that Mr. Agrofonov was    04:36

Page 523

1  paying Lazarenko 60 percent of his profits?
2       MR. RHYNHART:  Objection to form.
3       THE WITNESS:  Yes.
4  BY MS. ICKOVIC:
5       Q.  Thank you.                            04:37
6       And my question is:  The sentence also
7  says that -- it was already translated -- that you,
8  source, you should feel lucky he was only being
9  forced to pay 50 percent of his profits to
10  Lazarenko.                                    04:37
11      Did you feel lucky because you only had to
12  pay 50 percent rather than 60 percent?
13      A.  Yes.
14      Q.  And I'll read another excerpt.  Exhibit 3.
15  Last sentence in this.                        04:38
16      MR. ROMAN:  Which page?
17      MS. ICKOVIC:  00159926.  Page 2 of Exhibit
18  3. Last sentence in the second paragraph.
19      Q.  "Source was also told by another Ukrainian
20  businessman, Alik Kurkhayev, that he was paying   04:38
21  Lazarenko 50 percent of the profits made by his
22  business, Nakosta Metal Products."
23      And my question is this:  Did
24  Mr. Lazarenko tell you this?
25      A.  Yes.  Everyone paid 50 percent except   04:38

Page 524

1  Agrofonov.
2       Q.  Did Yulia Timoshenko pay 50 percent?
3       A.  Yes.
4       Q.  Did Lazarenko tell you this?
5       A.  Yes.  Well, first of all, I saw even --   04:38
6  saw from the money that was coming in from
7  Timoshenko.  Is very simple to calculate.  If, for
8  example, he would sell 20,000 tons of seeds, the
9  profit would be about a million, a million 600.
10  800,000 would come to us.  That's 50 percent.  If I   04:39
11  took ten percent, it would be 800,000, and 400,000,
12  I would pay.
13      Q.  And did you see this -- do you recall
14  which accounts you saw Yulia Timoshenko make these
15  payments from?                                04:39
16      A.  Many accounts.
17      Q.  And they talked -- and we have mentioned
18  two.  Do you recall which business money from KUB
19  was forwarded to Mr. Lazarenko?
20      THE INTERPRETER:  Could you say that       04:40
21  again?
22  BY MS. ICKOVIC:
23      Q.  Do you recall which enterprise forwarded
24  money to Mr. Lazarenko as part of KUB?
25      MR. RHYNHART:  Object to the form.        04:40



Confidential

---

Page 537

1    A.  Because he nevertheless continued having a
2  huge influence, and I was interested in
3  privatizing.  He had a lot more money than I did.
4  And I was interested in his giving money.  I was --
5  I was engaged in privatization, and we shared -- we       04:58
6  split the shares half and half.
7    Q.  Did you think that it was possible that
8  Mr. Lazarenko may come back into Ukraine politics
9  at that time?
10    MR. RHYNHART:  Objection.  Calls for              04:59
11  speculation.
12    THE WITNESS:  Everything is possible.  Had
13  Kuchma not been re-elected, he had good chances.
14  BY MS. ICKOVIC:
15    Q.  And you went over a chart of restitution      04:59
16  of money during the restitution hearing.
17  Mr. Rhynhart asked you about this chart, and it was
18  Exhibit 22.  But we don't need to refer to it.
19    My question is -- is this:  Do you recall
20  that you were extorted for more than the amount        04:59
21  which your attorneys argued for in the restitution
22  hearing?
23    MR. RHYNHART:  Objection.  Leading.
24    THE WITNESS:  It was just compiled
25  rapidly, this list of what -- how should I say         05:00

---

Page 538

1  this.  Of course it was more.  Of course it was
2  more.  That list was simply compiled of what was
3  very easily proved.
4  BY MS. ICKOVIC:
5    Q.  And how much did Mr. Lazarenko extort from     05:00
6  you?
7    A.  Around $30 million.  Maybe more.  But
8  that's not counting the re-investment in the
9  Ukraine.
10    Q.  You talked about three accounts with         05:00
11  Mr. Rhynhart.  Lady Lake, Fairmont, Guardian
12  Investments, and you stated that Tamara Lazarenko
13  bought them.  Do you know whether this is true?
14    A.  Yes.
15    Q.  You were -- do you recall being cross-       05:01
16  examined at the criminal trial by Mr. Weinberg?
17    A.  What?
18    Q.  About the tax returns regarding -- scratch
19  that.
20    Regarding -- regarding -- regarding           05:01
21  invoices for ABS.  Exhibit 9, 1459.  And it's
22  actually Exhibit 10 for you.
23    MR. ROMAN:  What page?
24    MS. ICKOVIC:  1459.
25    Q.  And if you could just read this, I just      05:02

---

Page 539

1  want to use this to refresh your recollection.  And
2  so if you could read 14, actually starting 1458,
3  Lines 4 to 17.  That's it.  And ending where -- in
4  English where it says, "Basically, it was a big
5  mistake and stupidity, too."  So ending on Line 18.    05:02
6    A.  Oh, I absolutely agree with all this.  I
7  can confirm this.
8    Q.  And do you recall why you prepared these
9  invoices?
10    A.  Yes.                                      05:03
11    Q.  Did any of these reasons have to do with
12  Mr. Lazarenko?
13    A.  Because ABS account received money from
14  third parties.
15    Q.  And do you recall telling Mr. Lazarenko     05:04
16  about the audit, the IRS audit of ABS returns?
17    A.  Yes.
18    Q.  And do you recall what Mr. Lazarenko said
19  to you?
20    A.  You decide yourself how to solve these      05:04
21  problems.
22    Q.  And was one of the reasons that you
23  created these invoices to help conceal
24  Mr. Lazarenko's money?
25    A.  Yes.                                      05:04

---

Page 540

1    MS. ICKOVIC:  I'm just making sure that
2  I'm done-done.  I think so.
3    Just checking my outline.  I appreciate
4  your patience.
5    I want to thank you very much for coming       05:05
6  here today and yesterday and the day before.  Thank
7  you.
8    FURTHER EXAMINATION
9  BY MR. RHYNHART:
10    Q.  Mr. Kiritchenko, just 20 seconds.  All     05:05
11  right.  You mentioned Agrofonov and Kurkhayev.
12    A.  Yes.
13    Q.  And then Nakosta Metal Company, right?
14    A.  Yes.
15    Q.  And you said you understood that they had   05:05
16  50/50 arrangements or even 60/40 sharing
17  arrangements?
18    A.  60/40 was with Agrofonov.
19    Q.  Let me start over.  You mentioned a 50/50
20  sharing arrangement between Mr. Lazarenko and       05:06
21  Kurkhayev and Nacosta.
22    A.  Yes.
23    Q.  And you mentioned what you believed was a
24  60/40 sharing arrangement with Agrofonov?
25    MS. ICKOVIC:  Objection.  Misstates his        05:06

---



59 (Pages 537 to 540)

Confidential

| | Page 541 | | Page 543 |
|---|---|---|---|

**Page 541**

1  testimony.
2      THE WITNESS:  I didn't believe that.  I
3  knew about it.
4  BY MR. RHYNHART:
5    Q.  And who told you that?       05:06
6    A.  Lazarenko.
7    Q.  Earlier, when I asked you if he ever
8  talked to you about his arrangements with any other
9  third parties, I thought you said you only had the
10  one conversation back in 1992.  There was another   05:06
11  conversation?
12    A.  Yes.
13    Q.  Okay.
14    A.  Oh, maybe it was in '92 that he told me
15  that this was with Agrofonov, but I don't remember  05:07
16  now.
17    Q.  Setting aside whatever his sharing
18  arrangement was with Agrofonov and with Kurkhayev,
19  you still don't know what he was doing
20  business-wise with those companies, right?    05:07
21      MS. ICKOVIC:  Objection.  Mischaracterizes
22  his testimony.
23      THE WITNESS:  Right.
24  BY MR. RHYNHART:
25    Q.  And you don't know why they were paying  05:07

**Page 542**

1  that money to him because you were not privy to
2  their discussions, right?
3    A.  Yes.
4      MS. ICKOVIC:  Objection.
5      MR. RHYNHART:  Okay.  Thank you.  Sorry.   05:07
6      MR. SILVERSMITH:  Wait one second.
7      MR. ROMAN:  You don't have to come back.
8      MR. RHYNHART:  One more question.
9        FURTHER EXAMINATION
10  BY MR. RHYNHART:        05:07
11    Q.  Kurkhayev, the statement that was read
12  from an F.B.I. 302 report stated that you heard
13  about his sharing arrangement from Kurkhayev, not
14  -- from a third party.
15      MR. SILVERSMITH:  No.      05:08
16      MR. RHYNHART:  From a third party.  Not
17  from Lazarenko.
18      MS. ICKOVIC:  Objection.  Foundation.
19      MR. RHYNHART:  Is that right?
20      MS. ICKOVIC:  Objection mischaracterizes   05:08
21  his testimony.
22      THE WITNESS:  I don't remember.
23  BY MR. RHYNHART:
24    Q.  You don't remember?
25    A.  No.        05:08

**Page 543**

1    Q.  So you don't remember whether a third
2  party told you that?
3    A.  Said what?
4    Q.  All right.  It was Exhibit 3.  And it
5  says, "Source was also told by another Ukrainian   05:08
6  businessman, Alik Kurkhayev, that he was paying
7  Lazarenko 50 percent," right?
8    So --
9    A.  I don't remember that.
10    Q.  But so the statement was not from    05:09
11  Mr. Lazarenko was my only point, right?
12    A.  About Kurkhayev?
13    Q.  Right.
14      MS. ICKOVIC:  Objection.  Foundation.
15      THE WITNESS:  No.  Maybe.      05:09
16      MS. ICKOVIC:  He didn't have the document
17  in front of him.
18      MR. ROMAN:  Will you let him finish his
19  answer?
20      THE WITNESS:  I don't remember.    05:09
21      MR. RHYNHART:  Don't know.  Okay.  Thank
22  you sir.
23      THE INTERPRETER:  And the interpreter
24  would like to make one clarification on the
25  record.  There was a term when manganese was   05:09

**Page 544**

1  described, privatization of manganese, and the
2  witness said GOK, G-O-K, which is a Russian acronym
3  that stands for ore mining or ore processing plant.
4      THE VIDEOGRAPHER:  This ends today's
5  deposition of Peter Kiritchenko, volume Number 3.
6  The total number of media used today is four.  We
7  are now off the record.  The time is 5:10 p.m.
8      The reporter:  Counsel do you want to
9  order a copy of the transcript?
10      MR. ROMAN:  I don't need one.
11      MR. RHYNHART:  Yes I'll take a copy,
12  regular copy.
13    (Time noted:  5:10 p.m.)
14
15
16        _____
17        PETER KIRITCHENKO
18
19    Subscribed and sworn to before me
20
21    This     day of     2016.
22
23    _____
24
25



Julius Baer 0217