# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:04-cv-00798-PLF/GMH<br>)<br>) |
| ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT STATUS REPORT AND MOTION TO ENTER SCHEDULING ORDER

Plaintiff United States of America and Claimants Pavel, Katerina and Lecia Lazarenko (the "Parties") jointly file this Status Report as ordered by the Court on May 4, 2020 (Dkt. No. 1266). The Parties have conferred and respectfully request that the Court stay expert discovery for 120 days, until September 14, 2020, with the hope that the Court has the opportunity to issue opinions in the pending (and soon to be filed) dispositive motions. The Parties submit that it would not be an efficient use of the Parties' efforts or those of the Court to move forward with expert discovery or the resolution of any pending discovery disputes while the dispositive motions are pending. The Parties suggest that the Court enter an Order directing the Parties to file an updated status report with the Court by September 1, 2020.

Claimants Katerina and Lecia Lazarenko intend to take limited expert discovery concerning the United States' Motion to Strike the Claims of Ekaterina Lazarenko and Lecia Lazarenko to all Assets Held in the Accounts of the Balford Trust (Dkt. No. 1256). If the Parties

cannot reach an agreement with regard to that discovery, Claimants Katerina and Lecia Lazarenko will file a motion for the Court's consideration no later than May 18, 2020.

    A Proposed Order is attached.

By: /s/ Jed Silversmith
Grant S. Palmer
Daniel E. Rhynhart
Jed M. Silversmith
**BLANK ROME LLP**
One Logan Square, 130 N. 18th Street
Philadelphia PA 19103
Phone: (215) 569-5578
Fax: (215) 832-5578
    and
Barry W. Levine
1825 Eye Street NW
Washington, DC 20006
Phone: (202) 420-2200
Fax: (202) 420-2201
    and
Ian M. Comisky
William H. Stassen
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone: (215) 299-2795
Fax: (215) 299-2150
    and
David B. Smith
Nicholas D. Smith
**LAW OFFICES OF DAVID B. SMITH**
108 N. Alfred St.
Alexandria, VA 22314

Attorneys for Claimant
PAVEL LAZARENKO

DEBORAH CONNOR
CHIEF, MONEY LAUNDERING
AND ASSET RECOVERY SECTION

By: /s/ Adam J. Schwartz

By: /s/ Emily Beckman
Emily Beckman
**KING CAMPBELL PORETZ**
108 N. Alfred Street
Alexandria, VA 22314
703-683-7070 (Phone)
703-652-6010 (Fax)

Daniel Horowitz
**LAW OFFICES OF DANIEL HOROWITZ**
3650 Mt Diablo Blvd
Lafayette, CA 94549
(925) 299-6720 (Phone)

Attorneys for Claimants KATERINA LAZARENKO and LESSIA LAZARENKO

2

DANIEL H. CLAMAN
TERESA C. TURNER JONES
ADAM J. SCHWARTZ
Attorneys
Money Laundering and Asset Recovery
Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA