UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     Plaintiff,     v.    **ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS,** *ET AL.***,**     **Defendants.** | )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )  )    Civil Action No. 1:04-cv-00798-PLF/GMH |

## NOTICE

Please take note Claimant Pavel Lazarenko submitted the attached letter to the Magistrate Judge on May 20, 2020.  Counsel has also sent a copy of the letter to Stan Roman, Esq., counsel to Peter Kiritchenko.

Respectfully submitted,

**BLANK ROME LLP**

By: __/s/ Jed M. Silversmith_____
     Jed M. Silversmith (D.D.C. Bar No. PA0055)
One Logan Square, 130 N. 18th Street
Philadelphia PA  19103
Phone:  (215) 569-5789
Fax:  (215) 832-5789
jsilversmith@blankrome.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. I also certify that parties not so noticed have been served in accordance with Fed. R. Civ. P. 5(d).

                                                         ___/s/ Jed M. Silversmith_____