UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ALL ASSETS HELD AT BANK JULIUS ) <br> BAER & COMPANY, LTD., GUERNSEY ) <br> BRANCH, ACCOUNT NUMBER 121128, ) <br> IN THE NAME OF PAVLO ) <br> LAZARENKO, LAST VALUED AT ) <br> APPROXIMATELY $2 MILLION IN ) <br> UNITED STATES DOLLARS, *ET AL.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:04-cv-00798-PLF/GMH |

## ERRATA

Attached please find a complete copy of the appendix to the Bank Julius Baer Motion for Summary Judgment (dkt. 1257). Counsel has filed all the documents in one PDF file for ease of the parties and the Court. The deposition testimony of Peter Kiritchenko is attached, although it is remains redacted. A sealed copy can be found at dkts. 1258-2, 1258-3 & 1258-4. Magistrate Judge Harvey has set a briefing schedule pertaining to an order unsealing this deposition testimony.

//

//

//

Respectfully submitted,

**BLANK ROME LLP**

By: __/s/ Jed M. Silversmith_____
      Jed M. Silversmith (D.D.C. Bar No. PA0055)
One Logan Square, 130 N. 18th Street
Philadelphia PA  19103
Phone:  (215) 569-5789
Fax:  (215) 832-5789
jsilversmith@blankrome.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 27, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. I also certify that parties not so noticed have been served in accordance with Fed. R. Civ. P. 5(d).

                   ___/s/ Jed M. Silversmith_____