# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) Civil Action No. 04-798 (PLF/GMH) |
|  | ) |
| **ALL ASSETS HELD AT BANK JULIUS BAER &** | ) |
| **CO., LTD., GUERNSEY BRANCH, ACCOUNT** | ) |
| **NUMBER 121128, IN THE NAME OF PAVLO** | ) |
| **LAZARENKO,** *ET AL.* | ) |
|  | ) |
| **Defendants** *In Rem***.** | ) |

_____)

## ORDER

On June 12, 2020, Pavel Lazarenko filed a motion seeking to unseal portions of the deposition testimony of non-party Peter Kiritchenko (ECF No. 1297) that have been designated as confidential under the protective order governing this case and were filed (under seal) in support of Mr. Lazarenko's motion for summary judgment as to the funds in the Bank Julius Baer Guernsey account (ECF Nos. 1257, 1268). The Court had ordered the motion to unseal to be filed by June 5, 2020 (ECF No. 1281), but counsel for Mr. Lazarenko informed the Court on that date that discussions were ongoing with counsel for Mr. Kiritchenko that might obviate the need for a motion. Because those discussions did not succeed, it is hereby

**ORDERED** that, on or before June 26, 2020, Mr. Kiritchenko shall either (1) file an opposition to the motion or (2) file a notice that he does not intend to oppose the motion. It is further

**ORDERED** that Mr. Lazarenko shall file his reply, if any, on or before July 6, 2020. It is further

**ORDERED** that counsel for Mr. Lazarenko shall immediately serve counsel for Mr. Kiritchenko a copy of this Order by email.

**SO ORDERED.**

Dated: June 15, 2020

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE