UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALL ASSETS HELD AT BANK JULIUS** )<br>**Baer & Company, Ltd., Guernsey** )<br>**Branch, account number 121128, in the** )<br>**name of Pavlo Lazarenko, et** *al.* )<br>)<br>**Defendants *In Rem.*** ) | Case No. 1:04-cv-00798-PLF |

**[PROPOSED] ORDER DENYING SUMMARY JUDGMENT**

For the reasons set forth in the United States' Opposition to Claimant Pavel Lazarenko's Motion for Summary Judgment on the Bank Julius Baer Guernsey Account;

It is hereby ORDERED that the Claimant Lazarenko's motion is DENIED.

SO ORDERED.

_____
DATE: _____     THE HONORABLE PAUL L. FRIEDMAN
United States District Judge

1