UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALL ASSETS HELD AT BANK JULIUS<br>Baer & Company, Ltd., Guernsey<br>Branch, account number 121128, in the<br>Name of Pavlo Lazarenko et al.,<br><br>　　　　Defendants In Rem. | Civil Action No. 04-0798 (PLF) |

ORDER

　　　　On April 30, 2020, claimant Pavel Lazarenko filed a motion for summary judgment on the Bank Julius Baer account [Dkt. No. 1257].  The United States filed its opposition to claimant's motion [Dkt. No. 1305] on June 16, 2020, and Mr. Lazarenko filed a reply [Dkt. No. 1330] on July 24, 2020.  In his reply, Mr. Lazarenko argues that the Court may not consider any of the evidence offered by the United States in its opposition because the United States "makes no effort to comply with its obligation under Federal Rule 56(c) to provide admissible evidence."  Reply at 4; see Fed. R. Civ. P. 56(c)(2) (stating that a "party may object that the material cited to support or dispute a fact cannot be presented in a form that would be admissible in evidence").

　　　　Subdivision (c) of Federal Rule of Civil Procedure 56 was added to the rule in 2010.  See Fed. R. Civ. P 56(c) advisory committee's note to 2010 amendment.  The advisory committee notes explain that, under amended rule 56(c), the "burden is on the proponent to show that the material is admissible as presented or to explain the admissible form that is

anticipated." Id.  The United States, however, has not sought leave to file a surreply to address the admissibility of its evidence.  The Court concludes that a surreply would aid its resolution of the summary judgment motion.  Accordingly, it is hereby

ORDERED that the United States shall file a surreply to Mr. Lazarenko's motion for summary judgment on the Bank Julius Baer account; it is

FURTHER ORDERED that the surreply shall explain how each piece of evidence offered in opposition to the motion for summary judgment is admissible as presented or is capable of being converted into a form that would be admissible at trial; and it is

FURTHER ORDERED that the United States shall file is surreply on or before January 11, 2021.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  December 14, 2020