UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL ASSETS HELD AT BANK JULIUS )<br>Baer & Company, Ltd., Guernsey )<br>Branch, account number 121128, in the )<br>Name of Pavlo Lazarenko et al., )<br>)<br>Defendants In Rem. )<br>) | Civil Action No. 04-0798 (PLF) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that plaintiff United States' Motion [Dkt. No. 1275] to Strike Claimant Pavel Lazarenko's Claim to Assets Held in Liechtenstein is GRANTED; and it is

FURTHER ORDERED that claimant Pavel Lazarenko's Cross-Motion [Dkt. No. 1319] for Leave to Amend his Claim is DENIED.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  December 23, 2020