# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:04-cv-00798-PLF/GMH |
| | ) | |
| **ALL ASSETS HELD AT BANK JULIUS** | ) | |
| **Baer & Company, Ltd., Guernsey** | ) | |
| **Branch, account number 121128, in the** | ) | |
| **name of Pavlo Lazarenko, et** *al.* | ) | |
| | ) | |
| **Defendants** *In Rem* | ) | |

## UNITED STATES' NOTICE OF REDACTED FILING

Plaintiff, United States of America, by and through its undersigned attorneys, hereby submits redacted versions of Plaintiff's Sur-Reply to Claimant Pavel Lazarenko's Motion for Summary on the Bank Julius Baer Guernsey Account (Dkt. No. 1406-2), and the appendix attached thereto (Dkt. No. 1406-3).

The United States also wishes to clarify that neither its Motion for Leave to File Document Under Seal (Dkt. No. 1406), or the Text of Proposed Sealing Order (Dkt. No. 1406-1) contain protected material that would require sealing. Accordingly, Plaintiff has not filed redacted versions of these documents and respectfully requests that Docket Numbers 1406 and 1406-1 appear on the public record.

    Respectfully submitted,

    DEBORAH L. CONNOR, CHIEF
    MONEY LAUNDERING AND ASSET
     RECOVERY SECTION

    */s/ Adam J. Schwartz*
    DANIEL H. CLAMAN
    TERESA C. TURNER-JONES
    ADAM J. SCHWARTZ

Attorneys
Money Laundering and Asset
  Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA