UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*,<br><br>    Defendants. | Civil Action No. 1:04-cv-00798-PLF/GMH |

## JOINT STATUS REPORT

Pursuant to this Court's February 2, 2021 Order (Dkt. No. 1413), Plaintiff United States of America and Claimants Pavel, Katerina and Lecia Lazarenko (the "Parties") jointly file this Status Report.

**Joint Position of the Parties:** Discovery has been stayed by the District Court pending a ruling on the United States' motions to strike. (Dkt. No. 1313). Two of the United States' motions remain pending. (Dkt. Nos. 1256 and 1317). The Parties suggest they should file a status report either fourteen days after the Court decides both of the currently pending standing motions, or by June 25, 2021, whichever occurs sooner.

**Additional Position of Claimants Pavel, Katerina, and Lecia Lazarenko:** Claimants reserve the right to ask the District Court to modify the expert discovery stay after it rules on the first of the two standing motions.

By: /s/ Jed Silversmith
Grant S. Palmer
Jed M. Silversmith
**BLANK ROME LLP**
One Logan Square, 130 N. 18th Street

By: /s/ Emily Beckman
Emily Beckman
**KING CAMPBELL PORETZ**
108 N. Alfred Street
Alexandria, VA 22314

Philadelphia PA 19103
Phone: (215) 569-5789
Fax: (215) 832-5789
    and
Barry W. Levine
1825 Eye Street NW
Washington, DC 20006
Phone: (202) 420-2200
Fax: (202) 420-2201
    and
Ian M. Comisky
William H. Stassen
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone: (215) 299-2795
Fax: (215) 299-2150
    and
David B. Smith
Nicholas D. Smith
**LAW OFFICES OF DAVID B. SMITH**
108 N. Alfred St.
Alexandria, VA 22314

703-683-7070 (Phone)
703-652-6010 (Fax)

Daniel Horowitz
**LAW OFFICES OF DANIEL HOROWITZ**
3650 Mt Diablo Blvd
Lafayette, CA 94549
(925) 299-6720 (Phone)

Attorneys for Claimants KATERINA LAZARENKO and LESSIA LAZARENKO

Attorneys for Claimant
PAVEL LAZARENKO

DEBORAH CONNOR
CHIEF, MONEY LAUNDERING
AND ASSET RECOVERY SECTION

By: /s/ <u>Adam J. Schwartz</u>

DANIEL H. CLAMAN
TERESA C. TURNER JONES
ADAM J. SCHWARTZ
Attorneys
Money Laundering and Asset Recovery Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA