Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

ALL FUNDS ON DEPOSIT AT et al

Defendant(s)

Civil Action: 04-cv-00798-PLF-GMH

**RE:** DEFENDANT: ALL ASSETS HELD AT VERWALTUNGS-UND PRIVATBANK AG

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served by publication on 9/26/2008, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of April, 2021 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ T. Davis
Deputy Clerk