UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ALL ASSETS HELD AT BANK JULIUS )<br>BAER & COMPANY, LTD., GUERNSEY )<br>BRANCH, ACCOUNT NUMBER 121128, )<br>IN THE NAME OF PAVLO )<br>LAZARENKO, LAST VALUED AT )<br>APPROXIMATELY $2 MILLION IN )<br>UNITED STATES DOLLARS, *ET AL.*, )<br>)<br>Defendants. ) | Civil Action No. 1:04-cv-00798-PLF |

## REQUEST FOR RULINGS

Claimants Pavel Lazarenko, Katerina and Lecia Lazarenko, by and through counsel, request rulings on all of the pending motions including but not limited to:

1)   United States' Motion to Strike the Lazarenko Children's Claims to the Assets Held in the Balford Trust (Dkts. 1256 (motion), 1327 & 1328 (opposition), 1351 (reply))  Supplemental briefing was filed in 2021 (Dkts. 1421 & 1431) .[1]

2)   Pavel Lazarenko's Motion for Summary Judgment on the Bank Julius Baer Guernsey Account (Dkts. 1257 & 1268 (motion), 1299 & 1306 (opposition), 1331 (reply); Sur-reply (Dkt. 1424-1));  and

3)   The Lazarenko Children's Motion for Summary Judgment on Statute of Limitation Grounds  (Dkts. 1259 & 1260 (motion), 1339 & 1342 (opposition), 1363 & 1365 (reply)).

Rulings on these motions will help bring this case to closure.

---

[1] Also before the Court is the Lazarenko Children's Motion to Modify the Restraining Order (Dkts. 1327, 1328 & 1332 (motion), 1352 (opposition), 1361 (reply)).  This is a cross-motion to the Government's motion to strike the Lazarenko Daughters' claims to the Balford Trust.  If the Daughters' claims to the Balford Trust are struck in the United States, the Court should lift the foreign antisuit injunction and permit litigation in Guernsey to commence promptly.

Respectfully submitted,

| | |
|---|---|
| BLANK ROME LLP<br>By: /s/ Jed M. Silversmith<br>Grant Palmer (*Pro Hac Vice*)<br>Jed M. Silversmith (D.D.C. Bar No. PA0055)<br>One Logan Square, 130 North 18th Street<br>Philadelphia, PA 19103<br>(215) 569-5500<br>(215) 569-5555 (fax)<br>palmer@blankrome.com<br>jsilversmith@blankrome.com | KING CAMPBELL PORETZ<br>By: /s/ Emily Beckman<br>Emily Beckman<br>108 N. Alfred Street<br>Alexandria, VA 22314<br>(703) 683-7070<br>(703) 652-6010 (Fax)<br>emily@kingcampbell.com<br><br>*Attorneys for Katerina and Lecia Lazarenko* |

Barry Wm. Levine (D.C. Bar No. 143784)
1825 Eye Street NW
Washington, DC 20006
Phone: (202) 420-2200
Fax: (202) 420-2201
blevine@blankrome.com

FOX ROTHSCHILD LLP
Ian M. Comisky (D.C. Bar No. 927608)
William Stassen (D.C. Bar No. 461876)
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000
(215) 299-2150 (fax)
icomisky@foxrothschild.com
wstassen@foxrothschild.com

DAVID B. SMITH, PLLC
David B. Smith (D.C. Bar No. 403068)
Nicholas D. Smith (D.C. Bar No. 1029802)
108 N. Alfred St.
Alexandria, VA 22314
(703) 548-8911
(703) 548-8935 (fax)
dbs@davidbsmithpllc.com
nds@davidbsmithpllc.com

*Attorneys for Claimant
Pavel I. Lazarenko*