UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:04-cv-00798-PLF/GMH |
| ) | |
| ALL ASSETS HELD AT BANK JULIUS ) | |
| Baer & Company, Ltd., Guernsey ) | |
| Branch, account number 121128, in the ) | |
| name of Pavlo Lazarenko, *et al.* ) | |
| ) | |
| Defendants *In Rem* ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated March 31, 2021, Plaintiff United States of America and Claimants Pavel, Katerina and Lecia Lazarenko (the "Parties") jointly file this Status Report.

**Joint Position of the Parties:** Discovery has been stayed by the District Court pending a ruling on the United States' motions to strike. (Dkt. No. 1313). Two of the United States' motions remain pending. (Dkt. Nos. 1256 and 1317). The Parties suggest they should file a status report either fourteen days after the Court decides both of the currently pending standing motions, or by October 1, 2021, whichever occurs sooner.

**Additional Position of Claimants Pavel, Katerina, and Lecia Lazarenko:** The Court should modify the discovery stay to permit depositions of U.S.-based experts. Claimants do not believe that foreign-based experts can be deposed due to the Covid-19 pandemic. The case should move forward promptly, or at least move forward in the most practical manner possible under the circumstances. Over $70 million in funds are not subject to a motion to strike, so continuing with expert discovery is reasonable given the age of the case. The delay in the proceedings is prejudicial to the claimants. *Doggett v. United States*, 505 U.S. 647, 654 (1992); *United States v. $8,850*, 461 U.S.

1

555, 564-70 (1983). The district court should lift the discovery stay or, at least, modify the discovery stay to permit U.S.-based expert depositions to begin.

**United States' Response to Additional Position of Claimants Pavel, Katerina and Lecia Lazarenko:** As the Court has previously advised Claimants' counsel, this Joint Status Report is not a proper vehicle for consideration of any request to modify the stay of expert discovery ordered by the Honorable Judge Friedman on July 8, 2020. *See* November 5, 2020, Order (Dkt. No. 1377). Accordingly, although the United States disputes Claimants' representations, it does not further respond at this time.

Respectfully submitted,

By: /s/ Jed Silversmith
Grant S. Palmer
Jed M. Silversmith
**BLANK ROME LLP**
One Logan Square, 130 N. 18th Street
Philadelphia PA 19103
Phone: (215) 569-5789
Fax: (215) 832-5789
    and
Barry W. Levine
1825 Eye Street NW
Washington, DC 20006
Phone: (202) 420-2200
Fax: (202) 420-2201
    and
Ian M. Comisky
William H. Stassen
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone: (215) 299-2795
Fax: (215) 299-2150
    and
David B. Smith
Nicholas D. Smith
**LAW OFFICES OF DAVID B. SMITH**
108 N. Alfred St.
Alexandria, VA 22314

Attorneys for Claimant
PAVEL LAZARENKO

By: /s/ Emily Beckman
Emily Beckman
**KING CAMPBELL PORETZ**
108 N. Alfred Street
Alexandria, VA 22314
703-683-7070 (Phone)
703-652-6010 (Fax)

Daniel Horowitz
**LAW OFFICES OF DANIEL HOROWITZ**
3650 Mt Diablo Blvd
Lafayette, CA 94549
(925) 299-6720 (Phone)

Attorneys for Claimants KATERINA LAZARENKO and LESSIA LAZARENKO

2

DEBORAH CONNOR, CHIEF
MONEY LAUNDERING
 AND ASSET RECOVERY SECTION

<u>/s/Daniel H. Claman</u>
DANIEL H. CLAMAN
TERESA C. TURNER-JONES
ADAM J. SCHWARTZ
Money Laundering and Asset Recovery Section
Criminal Division, U.S. Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, DC 20530
Telephone: (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA