# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*,<br><br>      Defendants. | Civil Action No. l:04-cv-00798-PLF/GMH |

## ORDER

AND NOW, this __5th__ day of October, 2021, upon consideration of the Motion for *Pro hac vice* Admission of Joseph King, it is hereby ORDERED that Joseph King is admitted to practice *pro hac vice* on behalf of Claimants Alexandre, Lecia and Ekaterina Lazarenko in the above-referenced matter in the United States District Court for the District of Columbia.

_____
Opposed

__X__
Unopposed

_____
The Hon. Paul L. Friedman