UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )) |
| | )) |
| Plaintiff, | )) |
| | )) |
| v. | ))  Civil Action No. 1:04-cv-00798-PLF |
| | )) |
| | )) |
| ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*, | )) |

## NOTICE OF APPEAL

Notice is hereby given that Ekaterina Lazarenko and Lecia Lazarenko, Claimants, appeal to the U.S. Court of Appeals for the D.C. Circuit from the district court's September 7, 2021 order.  *See* Dkt. 1447.  An opinion was entered that same day.  Dkt. 1448.  This notice is made pursuant to 28 U.S.C. §§ 1291 & 1292(a).

        Respectfully submitted,

        /s/ Joseph King
        Joseph King
        King, Campbell, Poretz & Mitchell PLLC
        118 N. Alfred Street
        Alexandria, VA 22314
        Phone: (703) 683-7070
        joe@kingcampbell.com
        *Attorney for Lecia and Ekaterina Lazarenko*