# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5356**                                    **September Term, 2021**

**1:04-cv-00798-PLF-GMH**

**Filed On: November 29, 2021** [1924317]

United States of America,

        Appellee

     v.

All Assets Held at Credit Suisse (Guernsey)
Limited, account numbers 41610 and
41950, Suisse (Guernsey) Limited , account
numbers 41610 and 41950, in the name of
Samante Limited as Trustees of the Balford
Trust, last valued at approximately $147.9
million in United States, et al.,

        Appellees

Pavel Lazarenko,

        Appellant

**BEFORE:**    Tatel, Katsas, and Jackson, Circuit Judges

## O R D E R

Upon consideration of the motion of movant-intervenors for leave to supplement the record, the opposition thereto, and the reply, it is

**ORDERED** that consideration of the motion be deferred pending further order of the court.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk