UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     **Plaintiff,**              v.  **ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*,**     **Defendants.** | **Civil Action No. 1:04-cv-00798-PLF/GMH** |

## JOINT STATUS REPORT

Pursuant to this Court's April 13, 2022 Minute Order, Plaintiff United States of America and Claimants Pavel, Katerina and Lecia Lazarenko (the "Parties") jointly file this Status Report.

Discovery has been stayed (Dkt. No. 1313) until 30 days after the District Court rules on one pending motion to strike filed by the United States on July 17, 2020. (Dkt. No. 1317). The Parties recommend that they file a status report either fourteen days after the Court decides the currently pending standing motion, or by March 1, 2023, whichever occurs sooner.

On August 16, 2022, the United States Court of Appeals for the District of Columbia Circuit issued an opinion in Case No. 20-5356, which is Pavel Lazarenko's appeal of this Court's denial of his motion to modify this Court's restraining order prohibiting Pavel Lazarenko from filing suit to litigate the forfeitability of the Balford Trust, one of the defendant assets, in Guernsey. The D.C. Circuit affirmed the denial of Pavel Lazarenko's motion to modify the restraining order. (Opinion at 14). In addition, the D.C. Circuit, in a subsequent order also issued on August 16, 2022, ordered the Parties to file briefs by September 15, 2022, regarding

the appeal filed by Pavel Lazarenko's Daughters (Case No. 21-5226), which was held in abeyance during the pendency of Pavel Lazarenko's appeal.

Pavel Lazarenko's claim to one bank account in Guernsey (the Bank Julius Baer account) and one bank account in Liechtenstein (the NRKTO account) were forfeited on August 20, 2021, as substitute assets in Pavel Lazarenko's criminal case in the United States District Court for the Northern District of California. (Crim. Dkt. No. 1748). Lazarenko appealed the decision, and oral argument was held on August 12, 2022. Law firms representing Lazarenko filed an ancillary petition claiming a right, title and/or interest in the substitute assets. The court dismissed the law firms' ancillary petition on May 4, 2022 (Crim. Dkt. 1778), and the law firms appealed. The law firms' opening brief is due October 3, 2022.

By: /s/ __William H. Stassen_____
Grant S. Palmer
**BLANK ROME LLP**
One Logan Square, 130 N. 18th Street
Philadelphia PA 19103
Phone: (215) 569-5789
Fax: (215) 832-5789
         and
Barry W. Levine
1825 Eye Street NW
Washington, DC 20006
Phone: (202) 420-2200
Fax: (202) 420-2201
         and
Ian M. Comisky
William H. Stassen
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Phone: (215) 299-2795
Fax: (215) 299-2150
         and
David B. Smith
Nicholas D. Smith
**LAW OFFICES OF DAVID B. SMITH**
108 N. Alfred St.

By: /s/ Joseph King
Joseph King
**KING CAMPBELL PORETZ**
118 N. Alfred Street
Alexandria, VA 22314
703-683-7070 (Phone)
703-652-6010 (Fax)

Daniel Horowitz
**LAW OFFICES OF DANIEL HOROWITZ**
3650 Mt Diablo Blvd
Lafayette, CA 94549
(925) 299-6720 (Phone)

Attorneys for Claimants KATERINA LAZARENKO and LESSIA LAZARENKO


By: /s/ Adam J. Schwartz
JAMES CURT BOHLING
ACTING CHIEF, MONEY LAUNDERING
AND ASSET RECOVERY SECTION

Alexandria, VA 22314

Attorneys for Claimant
PAVEL LAZARENKO

DANIEL H. CLAMAN
TERESA C. TURNER JONES
ADAM J. SCHWARTZ
Attorneys
Money Laundering and Asset Recovery Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone: (202) 514-1263

Attorneys for Plaintiff
UNITED STATES OF AMERICA