UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALL ASSETS HELD AT BANK JULIUS<br>Baer & Company, Ltd., Guernsey<br>Branch, account number 121128, in the<br>Name of Pavlo Lazarenko et al.,<br><br>    Defendants In Rem. | Civil Action No. 04-0798 (PLF) |

ORDER

There are a number of motions in this case pending before the Court. Currently, discovery has been stayed until certain motions before the undersigned are resolved. See July 8, 2020 Order [Dkt. No. 1313]; November 5, 2020 Order [Dkt. No. 1377]. The Court would like the parties' input as to which motions the Court should give priority. In light of the D.C. Circuit's opinion of August 16, 2022, see United States v. All Assets Held at Credit Suisse (Guernsey) Ltd., 45 F.4th 426 (D.C. Cir. 2022), and order of December 7, 2022, and any recent developments in this case, the parties are directed to meet and confer and to file a joint status report advising the Court of (1) motions pending before the undersigned that still require resolution; (2) motions pending before the undersigned that are now moot; (3) the order in which it would be most helpful for the Court to address the motions that require resolution; and (4) any other relevant updates.

Accordingly, it is hereby ORDERED that the parties shall meet and confer and on or before March 1, 2023, the parties shall file a joint status report advising the Court of the foregoing.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 2/1/23