UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALL ASSETS HELD AT BANK JULIUS Baer & Company, Ltd., Guernsey Branch, account number 121128, in the Name of Pavlo Lazarenko et al., <br><br> Defendants In Rem. | Case 1:04-cv-00798-PLF-GMH |

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and all parties of record:

Please take notice of the withdrawal of appearance of Bryant Everett Gardner, Justin E. Endres, Kari M. Rollins, and W. Gordon Dobie as counsel of record on behalf of Defendant OAO Gazprom.

Gerald A. Morrissey, III will continue to represent OAO Gazprom.

Dated: February 21, 2023.                                 Respectfully Submitted,

/s/ Bryant Everett Gardner
Bryant Everett Gardner
DC Bar No. 473319
Winston & Strawn LLP
1901 L Street, NW
Washington, D.C. 20036-3506
(202) 282-5893
(202) 282-5100 (fax)
BGardner@winston.com

-2-

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 21st of February 2023 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

    /s/ Bryant Everett Gardner
Bryant Everett Gardner