UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL ASSETS HELD AT BANK JULIUS BAER & COMPANY, LTD., GUERNSEY BRANCH, ACCOUNT NUMBER 121128, IN THE NAME OF PAVLO LAZARENKO, LAST VALUED AT APPROXIMATELY $2 MILLION IN UNITED STATES DOLLARS, *ET AL.*,<br><br>    Defendants. | Civil Action No. 1:04-cv-00798-PLF/GMH |

## JOINT STATUS REPORT

Pursuant to this Court's February 1, 2023 Order (Dkt. No. 1467), Plaintiff United States of America and Claimants Pavel, Katerina and Lecia Lazarenko (the "Parties") jointly file this Status Report regarding the status of motions currently pending before the Court and proposed disposition of the motions.

1) Motions Pending Before the Court that Still Require Resolution

The following motions pending before the Court still require a decision by the Court:

    a. United States' Motion to Strike Claimant Pavel Lazarenko's Claim to Assets Held in Accounts Held in the name of Eurofed Bank in Lithuania and Switzerland (Dkt. No. 1317)

    b. Pavel Lazarenko's Motion for Partial Summary Judgment Regarding the "Unknown Payments" (Dkt. No. 426)

2) Parties Dispute Whether Any Additional Motions Pending Before the Court are Now Moot

The United States asserts that the following motion pending before the Court is now moot:

    a. Pavel Lazarenko's Motion for Summary Judgment on the Bank Julius Baer Account (Dkt. No. 1257)

Pavel Lazarenko asserts that so long as the United States refuses to dismiss the Bank Julius Baer Account from this case, the motion is not moot.

3) <u>Order To Resolve Motions</u>

The Parties suggest that the Court resolve the motions still requiring adjudication in the following order:

    a. United States' Motion to Strike Claimant Pavel Lazarenko's Claim to Assets Held in Accounts Held in the name of Eurofed Bank in Lithuania and Switzerland (Dkt. No. 1317)
    b. Pavel Lazarenko's Motion for Partial Summary Judgment Regarding the "Unknown Payments" (Dkt. No. 426)

4) <u>Other Relevant Updates</u>

Pavel Lazarenko's claim to the Bank Julius Baer account in Guernsey and the NRKTO account in Liechtenstein were forfeited on August 20, 2021, as substitute assets in Pavel Lazarenko's criminal case in the United States District Court for the Northern District of California. (Crim. Dkt. No. 1748). The decision was affirmed on appeal on September 12, 2022. Lazarenko filed a petition for writ of certiorari on January 10, 2023, and the United States' opposition to the petition for writ of certiorari is currently due April 3, 2023. In addition, the ancillary petition of the law firms representing Lazarenko was dismissed on May 4, 2022 (Crim. Dkt. 1778). These assets have been forfeited to the United States, but the government is waiting for a final disposition by the United States Supreme Court before filing a motion to dismiss the assets from this civil forfeiture matter.

If the Court strikes the claim to the defendant assets at issue in the United States' pending motion to strike (Dkt. No. 1317), the only remaining claims will be Pavel Lazarenko's claim to assets held in Antigua. It is a remaining question whether the Antiguan funds are available for forfeiture to the United States for recovery to Pavel Lazarenko. The Court specifically noted the

then ongoing and fluid nature of the proceeding in Antigua as a basis for denying the motion to dismiss the Antiguan res.  (Dkt. No. 948) at 10.

On December 23, 2022, the High Court of Justice for Antigua and Barbuda entered its judgment holding that Pavel Lazarenko is the "beneficial owner of the bearer share certificates and the value attached thereto for [multiple entities concerning Eurofed Bank Ltd.]" *See* Judgment attached hereto as Exhibit "A." Mr. Lazarenko will file supplemental briefing or a notice of supplemental authority concerning the Antiguan Judgment's impact, if any, to the pending motions.  In addition, Mr. Lazarenko anticipates that he may file a motion to modify the restraining order to further litigate in Antigua, if deemed necessary.  The United States does not believe supplemental briefing is permitted without leave of Court or necessary, as the Antiguan Court decision specifically states "[t]his judgment concerns a request by [Lazarenko] that [Lazarenko] be declared a creditor of the defendant's/respondent's bank, Eurofed Bank Limited" (Ex. A. at 1), and this Court has already determined that an account holder is no longer the owner of money deposited in a bank.  Dkt. 304 at 54-56.

| | |
|---|---|
| By: /s/ __William H. Stassen_____<br>Grant S. Palmer<br>**BLANK ROME LLP**<br>One Logan Square, 130 N. 18th Street<br>Philadelphia PA 19103<br>Phone: (215) 569-5789<br>Fax: (215) 832-5789<br>        and<br>Barry W. Levine<br>1825 Eye Street NW<br>Washington, DC 20006<br>Phone: (202) 420-2200<br>Fax: (202) 420-2201<br>        and<br>Ian M. Comisky<br>William H. Stassen | By: /s/ Joseph King<br>Joseph King<br>**KING CAMPBELL PORETZ**<br>118 N. Alfred Street<br>Alexandria, VA 22314<br>703-683-7070 (Phone)<br>703-652-6010 (Fax)<br><br>Daniel Horowitz<br>**LAW OFFICES OF DANIEL HOROWITZ**<br>3650 Mt Diablo Blvd<br>Lafayette, CA 94549<br>(925) 299-6720 (Phone) |

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | Attorneys for Claimants KATERINA |
| 2000 Market Street, 20th Floor | LAZARENKO and LESSIA LAZARENKO |
| Philadelphia, PA 19103-3222 | |
| Phone: (215) 299-2795 | |
| Fax: (215) 299-2150 | |
|     and | |
| David B. Smith | By: /s/ <u>Adam J. Schwartz</u> |
| Nicholas D. Smith | BRENT WIBLE, CHIEF |
| **LAW OFFICES OF DAVID B. SMITH** | MONEY LAUNDERING AND |
| 108 N. Alfred St. | ASSET RECOVERY SECTION |
| Alexandria, VA 22314 | |
| | DANIEL H. CLAMAN |
| Attorneys for Claimant | TERESA C. TURNER JONES |
| PAVEL LAZARENKO | ADAM J. SCHWARTZ |
| | Attorneys |
| | Money Laundering and Asset Recovery Section |
| | Criminal Division |
| | United States Department of Justice |
| | 1400 New York Avenue, N.W., 10th Floor |
| | Washington, D.C. 20530 |
| | Telephone: (202) 514-1263 |
| | |
| | Attorneys for Plaintiff |
| | UNITED STATES OF AMERICA |