UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:04-cv-00798-PLF |
| ) | |
| ALL ASSETS HELD AT BANK JULIUS ) | |
| Baer & Company, Ltd., Guernsey ) | |
| Branch, account number 121128, in the ) | |
| name of Pavlo Lazarenko, *et al.* ) | |
| ) | |
| **Defendants *In Rem*** ) | |

### UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT AND FOR ORDER OF FORFEITURE AGAINST CERTAIN DEFENDANT ASSETS LOCATED IN LIECHTENSTEIN

Plaintiff, United States of America, by and through its undersigned counsel, respectfully moves for entry of a default judgment in Plaintiff's favor and for an order of forfeiture to the United States of certain defendant assets on the grounds set forth in the First Amended Verified Complaint for Forfeiture *In Rem* (the "Amended Complaint"). As set forth in paragraph 5 of the Amended Complaint, the defendant assets include, *inter alia*:

> i. All assets held at various accounts in Liechtenstein and formerly on deposit at Liechtensteinisch Landesbank AG and LGT Bank in Liechtenstein AG in the names of Orilles Stiftung, Gruztam Stiftung, Lesja Stiftung, NRKTO 7541 or held for the benefit of Pavlo Lazarenko. These former accounts include, but are not limited to Liechtensteinisch Landesbank AG accounts 187.991.53 (Orilles Stiftung), 187.991.69 (Gruztam Stiftung), 187.991.39 or 187.991.32 (Lesja Stiftung), 527.908.09, 187.764.68, and 187.775.88 (NRKTO 7541), and LGT Bank in Liechtenstein AG accounts 143806 (Orilles Stiftung), 142807 (Gruztam Stiftung), 142808 (Lesja Stiftung) These defendant assets were last valued at the equivalent of approximately $7 million in United States dollars and are held at:
>
>> (i) Verwaltungs-und PrivatBank AG account number 325.295.900, in the name of Beranco Engineering Establishments;

1

     (ii) Verwaltungs-und PrivatBank AG account number 326.284.900, in the name of Ylorex Establishments;

     (iii) LGT Bank in Liechtenstein AG account numbers 0153633 AB and 0153633 AC, in the name of Tanas AG;[1]

  j. And all assets traceable to the above-mentioned proceeds and property, including but not limited to, any interest accrued or assets held in related sub-accounts or escrow accounts.

For purposes of this Motion, the assets identified in Amended Complaint paragraph 5(i), subparagraphs (i)-(iii), and all assets traceable thereto, as set forth in paragraph 5(j), are referred to herein as the "Beranco", "Ylorex", and "Tanas" Assets, respectively.

  The United States commenced this forfeiture action against certain assets in 2004. The United States filed the Amended Complaint on June 30, 2005, seeking the forfeiture of additional assets, including the Beranco, Ylorex, and Tanas Assets. On July 8, 2005, this Court entered a Restraining Order regarding all of the assets set forth in the Amended Complaint (Defendant Assets). The Clerk entered orders of default against the Beranco, Ylorex, and Tanas Assets on April 22, 2021. Dkt. No. 1438. The United States now seeks to partially resolve this litigation by moving for a default judgment and an order of forfeiture against the Beranco, Ylorex, and Tanas Assets. As grounds for its motion, the United States cites 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), Fed. R. Civ. P. 55, and Rule G of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

---

[1] On January 21, 2011, the United States filed a Notice of Errata identifying typographical errors inconsistent with other paragraphs of the Amended Complaint, noting that the account Orillies Stiftung account at LGT Bank In Liechtenstein AG should be "0142806 instead of "143806", that the account numbers for Orilles Stiftung, Gruztam Stiftung and Lesja Stiftung at LGT Bank in Liechtenstein would be more consistently referenced by omitting internal decimals and inserting the digit 0 as a prefix in some paragraphs. Dkt. 214 at 2. As noted below, paragraph 5(i), also included a subparagraph (iv) concerning assets held in the name of NRKTO 7541 or Pavlo Lazarenko, which are not a subject of this Affidavit seeking the Clerk's entry of default.

A proposed order accompanies this motion, as does a Memorandum of Law in support of it. As set forth more fully in that memorandum, there is no other party whose position to this motion can be stated here.

**WHEREFORE**, the United States respectfully requests that the Court grant this motion and the attached proposed order.

Respectfully submitted,

MARGARET A. MOESER, ACTING CHIEF
MONEY LAUNDERING AND
ASSET RECOVERY SECTION

By:

DANIEL H. CLAMAN
ADAM j. SCHWARTZ
TERESA S. TURNER-JONES
Money Laundering and Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW, 10th Floor
Washington, DC 20530
Tel: 202 514-1263
Daniel.Claman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA