UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　v. 　　　　　　　　　　　)　Case No. 1:04-cv-00798-PLF<br>　　　　　　　　　　　　　　　　)<br>ALL ASSETS HELD AT BANK JULIUS )<br>Baer & Company, Ltd., Guernsey 　　)<br>Branch, account number 121128, in the )<br>name of Pavlo Lazarenko, *et al.* 　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendants *In Rem*　　) | |

**UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT AND FOR ORDER OF FORFEITURE AGAINST DEFENDANT EUROFED CORRESPONDENT ASSETS LOCATED IN LITHUANIA AND SWITZERLAND**

Plaintiff, United States of America, by and through its undersigned counsel, respectfully moves for entry of a default judgment in plaintiff's favor and for an order of forfeiture to the United States of certain defendant assets located in Lithuania and Switzerland on the grounds set forth in the First Amended Verified Complaint for Forfeiture *In Rem* (the "Amended Complaint"). Dkt. No. 20. The defendant assets that are the subject of this motion include, the defendant assets identified in Amended Complaint paragraphs 5(f), 5(g), and 5(h), and all assets traceable thereto, as set forth in paragraph 5(j), as further described in the Court's July 8, 2005, Restraining Order (Dkt. No. 23), with the exception of $4,657,720.26, which is the portion of these assets ordered dismissed in accordance with paragraph 18 of the Stipulation and Settlement Agreement and Order Thereon, entered by the Court on November 14, 2014. (Dkt. No. 334). These defendant assets, subject to the settlement order, include:

> 5(f)  All assets on deposit at Credit Suisse (Geneva), in account number 0251-562927-6, in the name of European Federal Credit Bank Limited. These defendant assets are located in Switzerland and were last valued at approximately $4,822,598.45 in United States dollars;

1

    5(g)  All assets held at Banque SCS Alliance S.A. (Geneva) in account number 5491, in the name of European Federal Credit Bank Limited. These defendant assets are located in Switzerland and were last valued at approximately $483,629.69 in United States dollars;

    5(h)  All assets held at SEB Vilniaus Bankas held for the benefit of European Federal Credit Bank Limited, formerly held at accounts 073721 and 073420 at Bankas Hermis in the name of European Federal Credit Bank Limited. In February, 2000, Bankas Hermis merged with Vilniaus Bankas, which became SEB Viliniaus Bankas in April 2005. The account number for the defendant assets is believed to have changed to 5110730 and later to no. LT 89 7044 0600 0000 1794 at SEB Vilniaus Bankas. These defendant assets are located in Lithuania and were last valued at approximately $29,645,735.31 in United States dollars and additional sums in other currencies; and

    5(j)  And all assets traceable to the above-mentioned proceeds and property, including but not limited to, any interest accrued or assets held in related sub-accounts or escrow accounts.

For purposes of this Motion, these defendant assets are referred to herein as the "Eurofed Correspondent Assets."

    The United States commenced this forfeiture action against certain assets in 2004. The United States filed the Amended Complaint on June 30, 2005, seeking the forfeiture of additional assets, including the Eurofed Correspondent Accounts. On July 8, 2005, this Court entered a Restraining Order regarding all of the assets set forth in the Amended Complaint. Dkt. No. 23. Specifically, the Court found that based on the allegations set forth in the Amended Complaint, probable cause existed that the defendant assets constituted proceeds of or property involved in various criminal offenses including, but not limited to, bribery, embezzlement, extortion, fraud, misappropriation, and money laundering. *See id.* The United States filed an Affidavit in Support of Default as to the Eurofed Correspondent Assets on September 8, 2023. Dkt. No. 1478. The Clerk entered orders of default against the Eurofed Correspondent Accounts on December 21, 2023. Dkt. No. 1506. The United States now seeks to partially resolve this litigation by moving for a default judgment and an order of forfeiture against the Eurofed

Correspondent Assets.  As grounds for its motion, the United States cites 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), Fed. R. Civ. P. 55, and Rule G of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

Eurofed Bank Limited (*in liquidation*) (hereinafter "Eurofed") does not object to this default judgment motion regarding the Eurofed Correspondent Assets and agrees with the distribution of the $4,657,720.26 in dismissed assets set forth in the accompanying Memorandum of Law.  Eurofed nevertheless maintains its objections to the Government's Motion for Default Judgment regarding the Milchenko Funds, Dkt Nos. 1483-90, which is currently pending before the Court.

A proposed order accompanies this motion, as does a Memorandum of Law in support of it.  As set forth more fully in that memorandum, there is no other party whose position to this motion can be stated here.

**WHEREFORE**, the United States respectfully requests that the Court grant this motion and the attached proposed order.

Respectfully submitted,

MARGARET A. MOESER, ACTING CHIEF
MONEY LAUNDERING AND
ASSET RECOVERY SECTION

By:

DANIEL H. CLAMAN
ADAM J. SCHWARTZ
TERESA S. TURNER-JONES
Money Laundering and Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW, 10th Floor
Washington, DC 20530
Tel: 202 514-1263
Adam.Schwartz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA