UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>         Plaintiff,                  )<br>                                     )<br>         v.                          )<br>                                     )<br> ALL ASSETS HELD AT BANK JULIUS      )<br> Baer & Company, Ltd., Guernsey      )<br> Branch, account number 121128, in the)<br> Name of Pavlo Lazarenko et al.,     )<br>                                     )<br>         Defendants In Rem.          )<br>                                     ) | Civil Action No. 04-0798 (PLF) |

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the United States' Motion for Entry of Default Judgment and for Order of Forfeiture Against Certain Defendant Assets Located in Liechtenstein [Dkt. No. 1480], the United States' Motion for Entry of Default Judgment and for Order of Forfeiture Against Defendant Balford Trust Assets Located in Guernsey [Dkt. No. 1481], the United States' Motion for Entry of Default Judgment and for Order of Forfeiture Against Milchenko Account Assets in Antigua & Barbuda [Dkt. No. 1484], and the United States' Motion for Entry of Default Judgment and for Order of Forfeiture Against Defendant Eurofed Correspondent Assets Located in Lithuania and Switzerland [Dkt. No. 1507] are GRANTED IN PART and DENIED IN PART; it is

FURTHER ORDERED that judgment is entered in favor of the United States against the defendant assets identified in paragraphs 5(b) and 5(c) of the First Amended Verified

Complaint for Forfeiture <u>In Rem</u> ("Amended Complaint") [Dkt. No. 20], and all assets traceable thereto as enumerated in paragraph 5(j) of the Amended Complaint (collectively, "Balford Trust Assets"); it is

FURTHER ORDERED that judgment is entered in favor of the United States against the defendant assets identified in paragraph 5(i), subparagraphs (i)-(iii) of the Amended Complaint, and all assets traceable thereto as enumerated in paragraph 5(j) of the Amended Complaint (collectively, "Liechtenstein Accounts"); it is

FURTHER ORDERED that the defendant assets identified in paragraph 5(e) of the Amended Complaint, and all assets traceable thereto as enumerated in paragraph 5(j) of the Amended Complaint (collectively, "Milchenko Account Assets"), are in default; this paragraph constitutes an Entry of Default under Rule 55(a) of the Federal Rules of Civil Procedure; it is

FURTHER ORDERED that judgment is entered in favor of the United States against the Milchenko Account Assets; it is

FURTHER ORDERED that judgment is entered in favor of the United States against the defendant assets identified in paragraphs 5(f), 5(g), and 5(h) of the Amended Complaint, and all assets traceable thereto as enumerated in paragraph 5(j) of the Amended Complaint (collectively, "Correspondent Assets"), with the exception of the following amounts: $642,286.80 from the defendant assets described in paragraph 5(f) of the Amended Complaint, $64,724.44 from the defendant assets described in paragraph 5(g) of the Amended Complaint, and $3,950,609.02 from the defendant assets described in paragraph 5(h) of the Amended Complaint, <u>see</u> Opinion [Dkt. No. 1512] at 44 & n.15; it is

FURTHER ORDERED that the Balford Trust Assets, Liechtenstein Accounts, Milchenko Account Assets, and Correspondent Assets except for the amounts enumerated in the

preceding paragraph, are hereby FORFEITED to the United States; and that title to these defendant assets is vested in the United States, to be disposed of in accordance with applicable law; and that no right, title, or interest in these defendant assets shall exist in any other person or entity; it is

FURTHER ORDERED that the Clerk of the Court may close this matter as to the Balford Trust Assets, Liechtenstein Accounts, Milchenko Account Assets, and Correspondent Assets; it is

FURTHER ORDERED that this Order does not constitute a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; it is

FURTHER ORDERED that Pavel Lazarenko's First Motion to Lift Clerk's Entries of Default [Dkt. No. 1493] and his Cross Motion for an Evidentiary Hearing [Dkt. No. 1496] are hereby DENIED; and it is

FURTHER ORDERED that the Liquidators' Motion[s] to Enforce Settlement Agreement [Dkt. Nos. 1486 and 1488] are hereby DENIED.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 8/1/24