UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL ASSETS HELD AT BANK JULIUS )<br>Baer & Company, Ltd., Guernsey )<br>Branch, account number 121128, in the )<br>name of Pavlo Lazarenko, *et al.* )<br>)<br>**Defendants *In Rem*** ) | Case No. 1:04-cv-00798-PLF |

## MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

The United States of America, by and through its counsel, Adam J. Schwartz, respectfully moves this Court to allow him to withdraw as counsel for the United States in the above-styled matters. Daniel Claman and Teresa Turner-Jones of the International Unit of the Money Laundering and Asset Recovery Section of the Department of Justice, who have appeared in this matter, remain assigned to this matter, and will represent the United States moving forward.

Respectfully submitted,

MARGARET A. MOESER, CHIEF
MONEY LAUNDERING AND
ASSET RECOVERY SECTION

By: /s/

DANIEL H. CLAMAN
ADAM J. SCHWARTZ
TERESA S. TURNER-JONES
Money Laundering and Asset Recovery Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW, 10th Floor
Washington, DC 20530

1

Tel: 202 514-1263
Adam.Schwartz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA