UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL ASSETS HELD AT BANK JULIUS )<br>Baer & Company, Ltd., Guernsey )<br>Branch, account number 121128, in the )<br>Name of Pavlo Lazarenko et al., )<br>)<br>Defendants In Rem. )<br>) | Civil Action No. 04-0798 (PLF) |

ORDER

On August 29, 2024, the Court granted the government's unopposed motion to modifying the Court's restraining order to allow the repatriation of funds held at the Bank Julius Baer ("BJB Account") in Guernsey. See Order [Dkt. No. 1515]. In that motion, the government stated that "[o]nce the BJB Account is transferred to the [Seized Asset Deposit Fund of the United States Department of Justice], the United States intends to file a motion to voluntarily dismiss the BJB Account and the other remaining defendant assets that have not been defaulted in this matter, which have been dissipated." United States' Amended Motion to Modify Restraining Order to Allow Repatriation of Funds Held at Bank Julius Baer in Guernsey [Dkt. No. 1514] at 3 n.2. The government further stated that "[i]f the Court dismisses the remaining assets, final judgment may be entered in this matter." Id.

Given that it has almost been a year since the Court was last apprised of the status of the asset transfer, it is hereby

ORDERED that the parties shall file a joint status report on or before July 14, 2025. The joint status report shall address the following: (1) whether the government still "intends to file a motion to voluntarily dismiss the BJB Account and the other remaining defendant assets that have not been defaulted in this matter;" (2) whether the government's expected motion will render Claimant Pavel Lazarenko's remaining pending motions moot, see Claimant Pavel Lazarenko's Motion for Partial Summary Judgment Regarding the "Unknown Payments" [Dkt. No. 426]; Claimant Pavel Lazarenko's Motion for Summary Judgment on the Bank Julius Baer Guernsey Account [Dkt. No. 1257]; (3) when the government anticipates filing this motion; and (4) whether the Court may enter final judgment if it grants the motion.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 6/23/25